WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Plaintiffs
HTC CORPORATION and
HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.  C 08 00882 JL <br><br> **PROOF OF SERVICE** |

| Attorney or Party without Attorney:<br>WILLIAM SLOAN COATS<br>WHITE & CASE LLP<br>3000 EL CAMINO REAL<br>5 PALO ALTO SQUARE, 9th FLOOR<br>Palo Alto, CA 94306<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>1659401-0007. | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: HTC CORPORATION AND HTC AMERICA, INC. | | | | |
| Defendant: Technology Properties Limited Patriot Scientific Corporation And Alliacense Limited | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0800882JL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint Northern District Of California San Jose Division Criminal And Civil Law And Motion/Trial/ Settlement/ Case Management/ Dismissal Hearing Schedules; General Order No. 40; Ecf Registration Information Handout; General Order No.45; Notice Of Electronic Availability Of Case File Information; General Oder No.53; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Need For Adr Phone Conference; Order Setting Initial Management Conference And Adr Deadlines; Order Setting Case Management Conference; Notice Of Settlement Conference And Settlement Conference Order; Joint Case Management Statement And Proposed Order; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Of The Chief Judge.

3. a. Party served:            TECHNOLOGY PROPERTIES LIMITED
   b. Person served:           MARGRET WILSON, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   818 WEST 7th STREET
                                          SUITE 200
                                          LOS ANGELES, CA 90071

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Mar. 10, 2008 (2) at: 3:15PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS FORREST                                   d. *The Fee for Service was:*

   **BEVERLY HILLS EXPRESS**                            e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272                        (i)  Independent Contractor
   LOS ANGELES, CA 90071                                    (ii) Registration No.:   5141
   (213) 346-1000, FAX (213) 346-1010                       (iii) County:            Los Angeles
   BEVERLYHILLSEXPRESS.COM

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Mar. 11, 2008

                                                                          (DOUGLAS FORREST)