WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
email: sorourke@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Attorneys for Plaintiffs
HTC CORPORATION and
HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. C 08 00882 JL <br><br> **PROOF OF SERVICE** |

| *Attorney or Party without Attorney:* <br> WILLIAM SLOAN COATS <br> WHITE & CASE LLP <br> 3000 EL CAMINO REAL <br> 5 PALO ALTO SQUARE, 9th FLOOR <br> Palo Alto, CA 94306 <br> *Telephone No:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* <br> 1659401-0007. | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Northern District Of California | | | | |
| *Plaintiff:* HTC CORPORATION AND HTC AMERICA, INC. | | | | |
| *Defendant:* Technology Properties Limited Patriot Scientific Corporation And Alliacense Limited | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C0800882JL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Northern District Of California San Jose Division Criminal And Civil Law And Motion/Trial/ Settlement/ Case Management/ Dismissal Hearing Schedules; General Order No. 40; Ecf Registration Information Handout; General Order No.45; Notice Of Electronic Availability Of Case File Information; General Oder No.53; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Need For Adr Phone Conference; Order Setting Initial Management Conference And Adr Deadlines; Order Setting Case Management Conference; Notice Of Settlement Conference And Settlement Conference Order; Joint Case Management Statement And Proposed Order; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Of The Chief Judge.

3. a. Party served: ALLIACENSE LIMITED
   b. Person served: MARGRET WILSON, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 818 WEST 7th STREET
   SUITE 200
   LOS ANGELES, CA 90071

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Mar. 10, 2008 (2) at: 3:15PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS FORREST
   d. *The Fee for Service was:*

   BEVERLY HILLS EXPRESS
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Mar. 11, 2008

   Judicial Council Form                 PROOF OF SERVICE              DOUGLAS FORREST
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                            641913.whitewsc.2622