1  WILLIAM SLOAN COATS (SBN: 94864)
   email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.com
3  SAM O'ROURKE (SBN: 205233)
   email: sorourke@whitecase.com
4  KYLE D. CHEN (SBN 239501)
   email: kchen@whitecase.com
5  WHITE & CASE LLP
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
7  Telephone: (650) 213-0300
   Facsimile:  (650) 213-8158
8
   Attorneys for Plaintiffs
9  HTC CORPORATION and
   HTC AMERICA, INC.
10

11                         UNITED STATES DISTRICT COURT
12                        NORTHERN DISTRICT OF CALIFORNIA
13                              SAN FRANCISCO DIVISION
14

15 
16  HTC CORPORATION and HTC       | Case No.  C 08 00882 JL
    AMERICA, INC.,                |
17                                | **CERTIFICATION OF INTERESTED
              Plaintiffs,         | ENTITIES**
18                                |
         v.                       | **F.R.C.P. 7.1; Civil Local Rule 3-16**
19                                |
    TECHNOLOGY PROPERTIES         |
20  LIMITED, PATRIOT SCIENTIFIC   |
    CORPORATION, and ALLIACENSE   |
21  LIMITED,                      |
                                  |
22            Defendants.         |

23
24
25
26
27
28

1      Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Plaintiffs HTC Corporation and HTC America, Inc. certify that, other than the named parties, no persons, associations of persons, firms, partnerships, corporation (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to a proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

    These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: March 21, 2008                    WHITE & CASE LLP

By: /s/ Mark R. Weinstein

    Attorneys for Plaintiff
    HTC Corporation and
    HTC America, Inc.