UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.: C 08 00882 JL <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT** |

**STIPULATION**

Pursuant to Civil L.R. 6-1(a), the undersigned attorneys for Plaintiffs HTC CORPORATION and HTC AMERICA, INC. (collectively, "Plaintiffs"), and Defendants Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited (collectively, "Defendants") hereby stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint, to and including April 25, 2008.

DATED: March 26, 2008              THELEN REID BROWN RAYSMAN & STEINER LLP

By ____/s/ Ronald F. Lopez____
RONALD F. LOPEZ
Counsel for Technology Properties Limited and Alliacense Limited

DATED: March 26, 2008              KIRBY NOONAN LANCE & HOGE

By ____/s/ Charles T. Hoge____
CHARLES T. HOGE
Counsel for Patriot Scientific Corporation

DATED: March 26, 2008              WHITE & CASE LLP

By ____/s/ Mark R. Weinstein____
MARK R. WEINSTEIN
Counsel for HTC CORPORATION and HTC AMERICA, INC.