1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11    HTC CORPORATION and HTC AMERICA, INC., | Case No.: C 08 00882 JL |
| 12                  Plaintiffs, | **GENERAL ORDER 45 DECLARATION OF RONALD F. LOPEZ RE SIGNATURES OF RONALD F. LOPEZ, CHARLES T. HOGUE, AND MARK R. WEINSTEIN** |
| 13          vs. | |
| 14    TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, | |
| 15                 Defendants. | |

19
20
21
22
23
24
25
26
27
28

SF #1448104 v1

GENERAL ORDER 45 DECLARATION RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No.: C 08 00882 JL

1  I, Ronald F. Lopez, declare as follows:

2  1.  I am a member in good standing of the State Bar of California and a partner in Thelen Reid Brown Raysman & Steiner LLP, attorneys for defendants Technology Properties Limited, MCM Portfolio LLC, and Alliacense Limited in the above-entitled action.  I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto.  I make this declaration in support of the parties' Stipulation for Extension of Time to Respond to Complaint.

2.  Pursuant to General Order 45 of this Court, I hereby verify that concurrence in the filing of the stipulation submitted concurrently herewith was obtained from Charles T. Hogue and Mark R. Weinstein, whose signatures are provided electronically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on March 26, 2008 in San Francisco, California.

          /s/ Ronald F. Lopez
          Ronald F. Lopez

SF #1448104 v1

- 1 -

GENERAL ORDER 45 DECLARATION RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No.: C 08 00882 JL