1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.: C 08 00882 JL <br><br> **CERTIFICATE OF SERVICE BY MAIL OF STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT AND GENERAL ORDER 45 DECLARATION OF RONALD F. LOPEZ RE SIGNATURES OF RONALD F. LOPEZ, CHARLES T. HOGE, AND MARK R. WEINSTEIN** |

SF #1447029 v1

CERTIFICATE OF SERVICE BY MAIL

Case No. C 08 00882 JL

## CERTIFICATE OF SERVICE BY MAIL

United States District Court, Northern District of California
Case No. C 08 00882 JL

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid & Priest LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On March 26, 2008, I served the following entitled documents:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT**

**GENERAL ORDER 45 DECLARATION OF RONALD F. LOPEZ RE SIGNATURES OF RONALD F. LOPEZ, CHARLES T. HOGE, AND MARK R. WEINSTEIN**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Charles T. Hoge
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA 92101

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2008, at San Francisco, California.

/s/ Teresa L. DeLillo
Teresa L. DeLillo

THELEN REID
& PRIEST LLP

SF #450847 v1

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.: C 08 00882 JL <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT** |

SF #1447029 v1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 08 00882 JL

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.: C 08 00882 JL <br><br>**GENERAL ORDER 45 DECLARATION OF RONALD F. LOPEZ RE SIGNATURES OF RONALD F. LOPEZ, CHARLES T. HOGUE, AND MARK R. WEINSTEIN** |

SF #1448104 v1

GENERAL ORDER 45 DECLARATION RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No.: C 08 00882 JL