ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
PAPOOL S. CHAUDHARI, CA BAR NO. 241346,
pchaudhari@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113–1723
Tel. 408.292.5800, Fax 408.287.8040

RONALD F. LOPEZ, CA BAR NO. 111756
rflopez@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800, San Francisco, CA 94105–3606
Tel. 415.371.1200, Fax. 415.371.1211

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED.

CHARLES T. HOGE, CA BAR NO. 110696
choge@knlh.com
KIRBY NOONAN LANCE & HOGE, LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel. 619.231.8666, Fax. 619.231.9593

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | CASE NO. 08-CV-00882 JL<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES**<br><br>Date:    June 4, 2008<br>Time:   9:30 a.m.<br>Place:   Courtroom F, 15th Floor<br>Judge:  Hon. James Larson |

DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES

SV #341276 v1                    1                  Case No. 08-CV-00882 JL

1  TO PLAINTIFFS ASUSTEK COMPUTER, INC. AND ASUS COMPUTER
2  INTERNATIONAL AND THEIR COUNSEL OF RECORD:
3      PLEASE TAKE NOTICE that on June 4, 2008 at 9:30 a.m., or as soon thereafter as the
4  matter may be heard, at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom F, 15th
5  Floor, Defendants TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC
6  CORPORATION, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED will move, and
7  hereby move, (1) for an order dismissing this action for lack of subject matter jurisdiction; (2) in
8  the alternative, for an order transferring this action to the Eastern District of Texas; or (3) in the
9  alternative, for an order staying this action pending an appeal involving the same issues that will
10 arise in this action.
11     This Motion is made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and
12 28 U.S.C. § 1404(a), on the grounds that subject matter jurisdiction is not present and not
13 warranted under the Court's discretion and therefore the case should be dismissed, that in the
14 alternative, the present forum is not convenient and should be transferred to the Eastern District of
15 Texas, and that in the alternative, the court should exercise its discretion to grant a stay pending
16 the appeal of a related action, in the interest of judicial economy.
17     This Motion is based on this Notice of Motion and Motion, the supporting Memorandum,
18 the Declarations of Ronald F. Lopez, Roger Cook, and Mike Davis including their exhibits, all
19 pleadings and records on file in this action, any other matter of which the Court may take judicial
20 notice, and any other written and oral argument and authorities that may be presented to the Court
21 on this matter.

Respectfully submitted,

Dated: April 25, 2008   By:  _____/s/_____
ROBERT E. KREBS
RONALD F. LOPEZ
CHRISTOPHER L. OGDEN
PAPOOL S. CHAUDHARI
of THELEN REID BROWN RAYSMAN & STEINER LLP,
Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED.

CHARLES T. HOGE
of KIRBY NOONAN LANCE & HOGE, LLP,
Attorneys for Defendant PATRIOT SCIENTIFIC CORPORATION.

DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES

SV #341276 v1                        2                        Case No. 08-CV-00882 JL

1  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
2  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
3  PAPOOL S. CHAUDHARI, CA BAR NO. 241346,
   pchaudhari@thelen.com
4  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
5  San Jose, CA 95113–1723
   Tel. 408.292.5800, Fax 408.287.8040
6
   RONALD F. LOPEZ, CA BAR NO. 111756
7  rflopez@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
8  101 Second Street, Suite 1800, San Francisco, CA 94105–3606
   Tel. 415.371.1200, Fax. 415.371.1211
9
   Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE
10 LIMITED.

11 CHARLES T. HOGE, CA BAR NO. 110696
   choge@knlh.com
12 KIRBY NOONAN LANCE & HOGE, LLP
   350 Tenth Avenue, Suite 1300
13 San Diego, CA 92101
   Tel. 619.231.8666, Fax. 619.231.9593
14
   Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION
15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br> Defendants. | CASE NO. 08-CV-00882 JL <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES** <br><br> Date: June 4, 2008 <br> Time: 9:30 a.m. <br> Place: Courtroom F, 15th Floor <br> Judge: Hon. James Larson |

1     Having reviewed Defendants Technology Properties Limited, Patriot Scientific
2  Corporation, MCM Portfolio LLC, and Alliacense Limited's Motion to Dismiss on Grounds of
3  Lack of Subject Matter Jurisdiction, or in the Alternative to Transfer to the Eastern District of
4  Texas, or in the Alternative to Stay Pending Appeal in a Related Case Involving the Same Issues,
5
6     IT IS HEREBY ORDERED that this case be dismissed due to lack of subject matter
7  jurisdiction; or in the alternative,
8
9     IT IS HEREBY ORDERED that this case be transferred to the Eastern District of Texas; or
10 in the alternative,
11
12    IT IS HEREBY ORDERED that this case be stayed pending the appeal in related Case No.
13 2:05-cv-00494-TJW.
14
15 DATED THIS _____ day of _____, 2008
16
17                                                          By:_____
                                                                  HON. JAMES LARSON
18                                                                UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING [PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES

SV #341309 v1                                    1                                    Case No. 08-CV-00882 JL