1 | ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
2 | CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
3 | PAPOOL S. CHAUDHARI, CA BAR NO. 241346
pchaudhari@thelen.com
4 | THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
5 | San Jose, CA 95113-1723
Tel. 408.292.5800
6 | Fax 408.287.8040

7 | RONALD F. LOPEZ, CA BAR NO. 111756
rflopez@thelen.com
8 | THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
9 | San Francisco, CA 94105-3606
Tel. 415.371.1200
10 | Fax. 415.371.1211

11 | Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, MCM PORTFOLIO LLC, and ALLIACENSE LIMITED.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, MCM PORTFOLIO LLC, AND ALLIACENSE LIMITED,<br><br>Defendants. | CASE NO. 08-CV-00884 EMC<br><br>**DECLARATION OF MIKE DAVIS IN SUPPORT OF DEFENDANTS' MOTION**<br><br>Date:     June 11, 2008<br>Time:    10:30 a.m.<br>Place:   Courtroom C, 15th Floor<br>Judge:   Hon. Edward M. Chen |

SV #341197 v1

DECLARATION OF MIKE DAVIS IN SUPPORT OF DEFENDANTS' MOTION
CASE NO. 08-CV-00884 EMC

I, Mike Davis, declare and state as follows:

1. I am Senior Vice President of Licensing for Alliacense.

2. I was personally involved in the licensing negotiations with ASUSTeK regarding the MMP patents and the CORE Flash patents. I spoke only with employees of ASUSTeK based in Taiwan. These employees included Vincent Hong, General Counsel, Peter Wang, Manager of Legal Affairs Office, and Colin Huang, Patent Engineer. To my knowledge, all of Alliacense's written communications with ASUSTeK were with ASUSTeK personnel based in Taiwan.

3. I did not speak with any person associated with ASUSTeK that was based in the U.S. Further, I am not aware of any person associated with Alliacense that spoke with a person associated with ASUSTeK who was based in the U.S.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 25th day of April 2008 in Taipei, Taiwan, ROC.

_____
Mike Davis

SV #341197 v1

DECLARATION OF MIKE DAVIS IN SUPPORT OF DEFENDANTS' MOTION
CASE NO. 08-CV-00884 EMC