ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
PAPOOL S. CHAUDHARI, CA BAR NO. 241346
pchaudhari@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

RONALD F. LOPEZ, CA BAR NO. 111756
rflopez@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax. 415.371.1211

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | CASE NO. 08-CV-00882 JL<br><br>**DECLARATION OF MIKE DAVIS IN SUPPORT OF DEFENDANTS' MOTION**<br><br>Date:     June 4, 2008<br>Time:    9:30 a.m.<br>Place:   Courtroom F, 15th Floor<br>Judge:   Hon. James Larson |

I, Mike Davis, declare and state as follows:

1. I am Senior Vice President of Licensing for Alliacense.

2. I was personally either involved or oversaw the negotiations in the licensing negotiations with HTC regarding the MMP patents. I spoke only with employees of HTC based in Taiwan. These employees included Grace Lei, General Counsel, Hogo Ho, Senior Counsel, and Vince Wang, Principal Patent Engineer. To my knowledge, all of Alliacense's written communications with HTC were with HTC personnel based in Taiwan.

3. I was told that Hogo Ho would have final decision-making authority in this matter.

4. I did not speak with any person associated with HTC that was based in the U.S. Further, I am not aware of any person associated with Alliacense that spoke with a person associated with HTC who was based in the U.S.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 25th day of April 2008 in Taipei, Taiwan, ROC.

_____
Mike Davis