# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| HTC Corporation,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Technology Properties Limited,<br><br>                    Defendant(s). | 08-00882 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2   to an e-mail directed to adr@cand.uscourts.gov.

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5   required, to occur <u>before</u> the Case Management Conference.

8   Dated: May 16, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    *Timothy Smagacz*
                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-00882 JF                              -2-

PROOF OF SERVICE

Case Name:		HTC Corporation v. Technology Properties Limited

Case Number:	08-00882 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On May 16, 2008, I served a true and correct copy of:

>**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Samuel Citron O'Rourke
>White & Case LLP
>3000 El Camino Real
>5 Palo Alto Square
>9th Floor
>Palo Alto, CA 94306
>sorourke@whitecase.com
>
>Kyle Dakai Chen
>White & Case LLP
>3000 El Camino Real
>5 Palo Alto Square, 9th Fl
>Palo Alto, CA 94306
>kchen@whitecase.com
>
>William Sloan Coats III
>White & Case LLP
>3000 El Camino Real
>5 Palo Alto Square, 10th Floor
>Palo Alto, CA 94306
>wcoats@whitecase.com

Mark R. Weinstein
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, Ninth Floor
Palo Alto, CA 94306
mweinstein@whitecase.com

Ronald Frank Lopez
Thelen Reid & Brown Raysman & Steiner LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3601
rflopez@thelenreid.com

Christopher Lee Ogden
Thelen Reid Brown Raysman & Steiner LLP
225 West Santa Clara Street
Suite 1200
San Jose, CA 95113-1723
cogden@thelen.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov