| | |
|---|---|
| Robert E. Krebs, State Bar No. 57526<br>rkrebs@thelen.com<br>Thelen Reid Brown Raysman & Steiner LLP<br>225 West Santa Clara Street, Suite 1200<br>San Jose, CA 95113-1723<br>Tel. 408.292.5800<br>Fax 408.287.8040 | Charles T. Hoge, State Bar No. 110696<br>choge@knlh.com<br>Kirby Noonan Lance & Hoge<br>350 Tenth Avenue, Suite 1300<br>San Diego, CA 92101<br>Tel.: (619) 231-8666<br>Fax: (619) 231-9593 |
| Ronald F. Lopez, State Bar No. 11756<br>rflopez@thelen.com<br>Sushila Chanana, State Bar No. 254100<br>schanana@thelen.com<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105–3606<br>Tel. 415.371.1200<br>Fax. 415.371.1211 | ATTORNEY FOR DEFENDANT<br>PATRIOT SCIENTIFIC CORPORATION |

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
and ALLIACENSE LIMITED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendant. | Case No. 5:08-CV-08-882-JF<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION**<br><br>**Date:** August 1, 2008<br>**Time:** 9:00 a.m.<br>**Department**: Courtroom 3, 5th Floor<br>**Judge**: Honorable Jeremy Fogel |

1  TO PLAINTIFFS HTC CORPORATION and HTC AMERICA, INC. AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants' Motion to Dismiss, or to Transfer, or to Stay Proceeding, originally scheduled to heard on June 4, 2008 at 9:30 a.m. at 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom F, 15th Floor, shall now be heard on August 1, 2008 at 9:00 a.m. at 280 S. First Street, San Jose, CA 95113, Courtroom 3, 5th Floor, the same date and time that a similar motion will be heard for a related case, *Acer, Inc. et al v. Technology Properties Limited et al* ("*Acer*"; cv-00877-JF).

On April 29, 2008, the Court entered a Related Case Order ("Order") determining that this case and the following two cases are related: (1) *Acer;* and (2) *Asustek Computer Inc. v. Technology Properties Limited et al* (C 08-00884 EMC) (Docket No. 21). A motion to dismiss or in the alternative to transfer the *Acer* action has also been filed. The hearing for these motions in the *Acer* case is scheduled for August 1, 2008 (*Acer*, Docket No. 19).

Respectfully submitted,
THELEN REID BROWN RAYSMAN & STEINER LLP

Dated: May 19, 2008            _____/s/_____

ROBERT E. KREBS
RONALD F. LOPEZ
SUSHILA CHANANA
of THELEN REID BROWN RAYSMAN & STEINER LLP,
Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, and ALLIACENSE LIMITED.

CHARLES T. HOGE
of KIRBY NOONAN LANCE & HOGE, LLP,
Attorneys for Defendant PATRIOT SCIENTIFIC CORPORATION.