| | |
|---|---|
| Robert E. Krebs, State Bar No. 57526<br>Christoper L. Ogden, State Bar No. 235517<br>Thelen Reid Brown Raysman & Steiner LLP<br>225 West Santa Clara Street, Suite 1200<br>San Jose, CA  95113-1723<br>Tel. 408.292.5800<br>Fax 408.287.8040<br><br>Ronald F. Lopez, State Bar No. 11756<br>Sushila Chanana, State Bar No. 254100<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105–3606<br>Tel. 415.371.1200<br>Fax. 415.371.1211<br><br>ATTORNEYS FOR DEFENDANTS<br>TECHNOLOGY PROPERTIES LIMITED,<br>and ALLIACENSE LIMITED<br><br>Charles T. Hoge, State Bar No. 110696<br>Kirby Noonan Lance & Hoge<br>350 Tenth Avenue, Suite 1300<br>San Diego,  CA  92101<br>Tel.:  (619) 231-8666<br>Fax:  (619) 231-9593<br><br>ATTORNEY FOR DEFENDANT<br>PATRIOT SCIENTIFIC CORPORATION | William Sloan Coats, III, State Bar No. 94864<br>Mark R. Weinstein, State Bar No. 193043<br>Kyle D. Chen, State Bar No. 239501<br>White & Case LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Fl<br>Palo Alto, CA 94306<br>Tel.: 650-213-0300<br>Fax: 650-213-8158<br><br>ATTORNEYS FOR PLAINTIFFS<br>HTC CORPORATION and HTC AMERICA,<br>INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION, et al.<br><br>             Plaintiffs,<br><br>     vs.<br><br>TECHNOLOGY PROPERTIES LIMITED,<br>et al.<br><br>             Defendants. | Case No. 5:08-CV-882 JF<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, on February 8, 2008, plaintiffs HTC Corporation and HTC America, Inc. (collectively "HTC" or "Plaintiffs") filed a complaint against defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants") for declaratory judgment of patent non-infringement and invalidity of U.S. Patent Nos. 5,809,336 ("the '336 patent"); 5,784,584 ("the '584 patent"); 5,440,749 ("the '749 patent"); and 6,598,148 ("the '148 patent");

WHEREAS, on April 25, 2008, TPL and Patriot filed complaints for patent infringement against HTC for alleged infringement as to the '336 patent, the '749 patent, and the '148 patent in the Eastern District of Texas, Case No. 2-08-cv-172 (DF) and as to the '584 patent in Case No. 2-08-cv-174 (TJW) (collectively, "Texas Actions");

WHEREAS, the Court entered a Related Case Order determining that the present case and the following two cases pending in this district are related to one another: (1) *Acer, Inc. et al v. Technology Properties Limited et al* (C 08-00877 JF); and (2) *ASUSTeK Computer Inc. el al v. Technology Properties Limited et al* (C 08-00884 EMC) (Docket No. 21) ("Related Matters");

WHEREAS, Defendants in each of the Related Matters have filed motions to dismiss or in the alternative to transfer to the Eastern District of Texas, with all such motions currently set for hearing on August 1, 2008 ("Motions to Dismiss");

WHEREAS, the parties' Case Management Conference is currently scheduled for May 30, 2008 (Docket No. 22);

WHEREAS, Defendants have requested a continuance of the Case Management Conference ("CMC") so that discovery and other related obligations would be deferred until after the Court rules upon Defendants' Motions to Dismiss; and

WHEREAS Plaintiffs have agreed to a continuance of the CMC, while the Defendants have agreed to an extension of time for HTC to respond to the Texas Actions until August 15, 2008;

1  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND
2  RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:
3  The Case Management Conference currently set for May 30, 2008 shall be
4  continued to a date determined by the Court following the August 1, 2008 hearing on the Motions
5  to Dismiss.

Respectfully submitted,

Dated: May 21, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s/ Robert E. Krebs
     Robert E. Krebs

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, and ALLIACENSE LIMITED

Dated: May 21, 2008

KIRBY NOONAN LANCE & HOGE

By: /s/ Charles T. Hoge
     Charles T. Hoge

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

Dated: May 21, 2008

WHITE & CASE LLP

By: /s/ Kyle D. Chen
     Kyle D. Chen

Attorneys for Plaintiffs HTC CORPORATION and HTC AMERICA, INC.

///

///

3
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. CV-00882-JF

SF #1486477 v1

1  PURSUANT TO STIPULATION IT IS SO ORDERED:

4  Dated: _____

                                                    _____
                                                  The Honorable Jeremy Fogel
                                                  United States District Judge

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. CV-00882-JF

SF #1486477 v1