1  Robert E. Krebs, State Bar No. 57526
   Christoper L. Ogden, State Bar No. 235517
2  Thelen Reid Brown Raysman & Steiner LLP
   225 West Santa Clara Street, Suite 1200
3  San Jose, CA  95113-1723
   Tel. 408.292.5800
4  Fax 408.287.8040
5
   Ronald F. Lopez, State Bar No. 11756
6  Sushila Chanana, State Bar No. 254100
7  Thelen Reid Brown Raysman & Steiner LLP
   101 Second Street, Suite 1800
8  San Francisco, CA 94105–3606
   Tel. 415.371.1200
9  Fax. 415.371.1211

10
   ATTORNEYS FOR DEFENDANTS
11 TECHNOLOGY PROPERTIES LIMITED,
   and ALLIACENSE LIMITED
12
13 Charles T. Hoge, State Bar No. 110696
   Kirby Noonan Lance & Hoge
14 350 Tenth Avenue, Suite 1300
   San Diego,  CA  92101
15 Tel.:  (619) 231-8666
   Fax:  (619) 231-9593
16
17 ATTORNEY FOR DEFENDANT
   PATRIOT SCIENTIFIC CORPORATION

William Sloan Coats, III, State Bar No. 94864
Mark R. Weinstein, State Bar No. 193043
Kyle D. Chen, State Bar No. 239501
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Fl
Palo Alto, CA 94306
Tel.: 650-213-0300
Fax: 650-213-8158

ATTORNEYS FOR PLAINTIFFS
HTC CORPORATION and HTC AMERICA,
INC.

18              UNITED STATES DISTRICT COURT

19          FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21 HTC CORPORATION, et al.          | Case No. 5:08-CV-882 JF

22              Plaintiffs,         | **STIPULATION AND [PROPOSED]**
                                    | **ORDER TO EXTEND MEDIATION**
23       vs.                        | **DEADLINE TO OCTOBER 27, 2008**

24 TECHNOLOGY PROPERTIES LIMITED,
   et al.
25
26              Defendants.

27

28

1    WHEREAS, on May 23, 2008, plaintiffs HTC Corporation and HTC America, Inc.

2    (collectively "HTC" or "Plaintiffs") and defendants Technology Properties Limited ("TPL"),

3    Patriot Scientific Corporation ("Patriot"), and Alliacense Limited (collectively, "Defendants")

4    stipulated to mediation as the ADR process in the above-captioned action;

5    WHEREAS, on May 28, the Court entered the parties' proposed order to mediate

6    within ninety (90) days of entry of the order, i.e., a deadline to mediate by August 26, 2008;

7    WHEREAS, the parties agree that it would be beneficial to conduct the mediation

8    after the August 26, 2008 deadline;

9

10    WHEREAS, this Stipulation is made pursuant to the  conference call that took

11    place on June 18, 2008 among the ADR facilitator for the Court and counsel for the parties in

12    accordance with the Northern District ADR Local Rules;

13    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND

14    RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

15    (1)    The August 26, 2008 mediation deadline is hereby extended to Monday,

16    October 27, 2008.

17    Respectfully submitted,

18    Dated: June 18, 2008    THELEN REID BROWN RAYSMAN &
                             STEINER LLP
19
                             By: /s/ Robert E. Krebs
20                               Robert E. Krebs

21                             Attorneys for Defendants TECHNOLOGY
                             PROPERTIES LIMITED, and ALLIACENSE
22                             LIMITED

23    Dated: June 18, 2008    KIRBY NOONAN LANCE & HOGE

24                             By: /s/ Charles T. Hoge
                               Charles T. Hoge
25
                             Attorney for Defendant PATRIOT
26                             SCIENTIFIC CORPORATION

27

28    ///

2

1    Dated: June 18, 2008                    WHITE & CASE LLP

2                                            By:  /s/ Kyle D. Chen
                                                    Kyle D. Chen
3
                                             Attorneys for Plaintiffs HTC CORPORATION
4                                            and HTC AMERICA, INC.

5

6    PURSUANT TO STIPULATION IT IS SO ORDERED:

7

8

9    Dated: _____

10

11                                           _____
                                             The Honorable Jeremy Fogel
12                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28