WILLIAM SLOAN COATS (SBN: 94864)
email: wcoats@whitecase.com
MARK R. WEINSTEIN (SBN: 193043)
email: mweinstein@whitecase.com
KYLE D. CHEN (SBN 239501)
email: kchen@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Plaintiffs
HTC CORPORATION and HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

|  |  |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.  C 08 00882 JF <br> (Related to C 08 00877 JF and C 08 00884 JF) <br><br> **DECLARATION OF HOGO HO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION (1) TO DISMISS ON GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION, (2) IN THE ALTERNATIVE, TO TRANSFER TO THE EASTERN DISTRICT OF TEXAS, AND (3) IN THE ALTERNATIVE, TO STAY PENDING APPEAL IN A RELATED CASE INVOLVING THE SAME ISSUES** |

1    I, Hogo Ho, declare:

2    1.    I am a Senior Manager in the Legal and Intellectual Property Division of plaintiff

3    HTC Corporation ("HTC"), and I have held that position since July 2005. As a Senior Manager

4    in the Legal and Intellectual Property Division of HTC, I am familiar with the operations of both

5    HTC and plaintiff HTC America, Inc. ("HTC America"), HTC's U.S. subsidiary. I have personal

6    knowledge of the facts set forth in this Declaration, know them to be true and correct, and can

7    testify competently thereto if called upon to do so.

8    2.    Beginning in or about December, 2005, defendant Technology Properties Limited

9    ("TPL"), through defendant Alliacense Limited ("Alliacense"), has demanded that HTC and its

10   subsidiaries enter into a royalty-bearing license to certain patents including U.S. Patent Nos.

11   5,440,749, 5,784,584, 5,809,336 and 6,598,148, which I understand are co-owned by TPL and

12   defendant Patriot Scientific Corporation. TPL's demands were accompanied by allegations that

13   HTC products infringe one or more of these patents, and included claim charts purporting to

14   describe how certain HTC products are allegedly practicing the claims of TPL's patents. HTC

15   has denied, and continues to deny, that it infringes any of TPL's patents.

16   3.    TPL (through Alliacense) met with HTC multiple times throughout 2006 and

17   2007. During this period, TPL (through Alliacense) continued to demand that HTC promptly

18   take a license to TPL's patents on the behalf of itself and its subsidiaries. For instance, on

19   October 9, 2007, TPL (through Alliacense) sent HTC a memorandum advising that "if HTC

20   wishes to postpone its licensing," then "HTC's products are exposed to litigation and ITC

21   actions." TPL (through Alliacense) and HTC continued to discuss a potential license agreement

22   during the following months, but by February, 2008, the talks had reached an impasse.

23   4.    It is my belief that the dispute between HTC, HTC America and the defendants

24   can be more conveniently resolved in San Jose, California than in Marshall, Texas. HTC

25   America is in charge of sales and distribution of HTC products in the United States and is

26   headquartered in Bellevue, Washington. Witnesses and party representatives from HTC America

27   can take a non-stop, direct flight of approximately two hours from Seattle, Washington to reach

28   San Jose, California. I estimate that it would take those same people three times that amount of

1    time to reach Marshall, Texas because they would first have to fly to Dallas, Texas (a flight of

2    approximately four hours), followed by surface travel of approximately a hundred and fifty miles.

3        5.        HTC is a Taiwan corporation headquartered in Taoyuan, Taiwan. Witnesses and

4    party representatives from HTC in Taiwan could take a non-stop commercial flight from Taipei,

5    Taiwan directly to San Francisco, California, which takes approximately eleven and a half hours.

6    In order for those same witnesses and representatives to travel to Marshall, Texas, they would

7    have to first make the trip to the United States (through San Francisco or another connecting

8    airport), then take a second flight to Dallas, Texas, followed by approximately a hundred and fifty

9    miles of ground travel to Marshall, Texas. I estimate that, once typical delays and layovers and

10   ground transportation are accounted for, it would likely take HTC witnesses and representatives

11   in Taiwan twenty-two hours or more to travel to Marshall, Texas.

12       6.        Neither HTC nor HTC America has any employees, facilities or documents

13   pertinent to this case located in the Eastern District of Texas.

14

15       I declare under penalty of perjury that the foregoing is true and correct. Executed in

16   Taoyuan, Taiwan.

17

18   Dated: July 10, 2008

19                                              By: /s/ Hogo Ho

20                                              Senior Manager
                                                Legal and Intellectual Property Division
21                                              HTC Corporation

22

23

24

25

26

27

28

DECLARATION OF HOGO HO IN                       -2-                      Case No. C 08 00882 JF
SUPPORT OF PLAINTIFFS' OPPOSITION                                (related to C 08 00877 JF and C 08 00884 JF)
TO DEFENDANTS' MOTION TO
DISMISS, TRANSFER, OR STAY