United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

10  HTC Corporation,                              08-00882 JF MED

11            Plaintiff(s),              **Notice of Appointment of Mediator**

12      v.

13  Technology Properties Limited,

14            Defendant(s).

15  TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18                          **Jack Slobodin**
                            424 Ridge Gate Road
19                          Orinda, CA 94563
                            510-847-9986
20                          jlslobodin@yahoo.com

21          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22  governs the Mediation program.  The mediator will schedule a joint phone conference

23  with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24  the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25  The court permits the mediator to charge each party its pro rata share of the cost of the

26  phone conference.

27
28

**Notice of Appointment of Mediator**
08-00882 JF MED                    - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: July 18, 2008

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:     Alice M. Fiel

7

8                                              _____
9                                              ADR Case Administrator
                                               415-522-3148
10                                             Alice_Fiel@cand.uscourts.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
Northern District of California