**E-filed 7/21/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

HTC CORPORATION,

      Plaintiff,

      v.

TECHNOLOGY PROEPRTIES, ET AL.,

      Defendants.
and all related matters.
—————————————————————

No. C-08-882-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motions to Dismiss, Transfer or
Stay and Case Management Conferences currently scheduled for
August 1, 2008. The new hearing date is Friday, August 8, 2008.
The parties may appear by telephone by contacting Court Call at
866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 7/21/08               For the Court,
                        Richard W. Wieking, Clerk

                        Diana Munz
                        electronic signature
                        Courtroom Deputy