**E-filed 8/12/08**

| | |
|---|---|
| Robert E. Krebs, State Bar No. 57526 | William Sloan Coats, III, State Bar No. 94864 |
| Christoper L. Ogden, State Bar No. 235517 | Mark R. Weinstein, State Bar No. 193043 |
| Thelen Reid Brown Raysman & Steiner LLP | Kyle D. Chen, State Bar No. 239501 |
| 225 West Santa Clara Street, Suite 1200 | White & Case LLP |
| San Jose, CA 95113-1723 | 3000 El Camino Real |
| Tel. 408.292.5800 | 5 Palo Alto Square, 9th Fl |
| Fax 408.287.8040 | Palo Alto, CA 94306 |
| | Tel.: 650-213-0300 |
| Ronald F. Lopez, State Bar No. 11756 | Fax: 650-213-8158 |
| Sushila Chanana, State Bar No. 254100 | |
| Thelen Reid Brown Raysman & Steiner LLP | ATTORNEYS FOR PLAINTIFFS |
| 101 Second Street, Suite 1800 | HTC CORPORATION and HTC AMERICA, INC. |
| San Francisco, CA 94105–3606 | |
| Tel. 415.371.1200 | |
| Fax. 415.371.1211 | |

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
and ALLIACENSE LIMITED

Charles T. Hoge, State Bar No. 110696
Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel.: (619) 231-8666
Fax: (619) 231-9593

ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION, et al. | Case No. 5:08-CV-882 JF |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON MOTIONS TO DISMISS, TRANSFER, OR STAY AND CASE MANAGEMENT CONFERENCE** |
| vs. | |
| TECHNOLOGY PROPERTIES LIMITED, et al. | |
| Defendants. | |

1   WHEREAS, on February 8, 2008, plaintiffs HTC Corporation and HTC America,
2   Inc. (collectively "HTC" or "Plaintiffs") filed a complaint against defendants Technology
3   Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited
4   (collectively, "Defendants") for declaratory judgment of patent non-infringement and invalidity of
5   U.S. Patent Nos. 5,809,336 ("the '336 patent"); 5,784,584 ("the '584 patent"); 5,440,749 ("the
6   '749 patent"); and 6,598,148 ("the '148 patent");

7   WHEREAS, on April 25, 2008, TPL and Patriot filed complaints for patent
8   infringement against HTC for alleged infringement as to the '336 patent, the '749 patent, and the
9   '148 patent in the Eastern District of Texas, Case No. 2-08-cv-172 (DF); as to the '584 patent in
10  Case No.2-08-cv-174 (TJW);

11  WHEREAS, on June 4, 2008 Defendants filed a complaint for patent infringement
12  against HTC for alleged infringement as to U.S. Patent No. 5,530,890 ("the '890 patent") in the
13  Eastern District of Texas, Case No. 2:08-cv-226 (TJW) (all Texas cases collectively, "the Texas
14  Actions");

15  WHEREAS, on July 10, 2008, Plaintiffs filed a First Amended Complaint against
16  Defendants for declaratory judgment of patent non-infringement and invalidity of the '890 patent
17  (Docket No. 34);

18  WHEREAS, the Court entered a Related Case Order determining that the present
19  case and the following two cases pending in this district are related to one another: (1) *Acer, Inc.*
20  *et al v. Technology Properties Limited et al* (C 08-00877 JF); and (2) *ASUSTeK Computer Inc. el*
21  *al v. Technology Properties Limited et al* (C 08-00884 EMC) (Docket No. 21) ("Related
22  Matters");

23  WHEREAS, Defendants in the present action and each of the Related Matters filed
24  motions on April 25, 2008 to dismiss or in the alternative to transfer to the Eastern District of
25  Texas, with all such motions currently set for hearing on August 29, 2008 ("Motions");

2

WHEREAS, the Case Management Conference ("CMC") for the present action and the Related Matters is currently scheduled for August 29, 2008;

WHEREAS, Defendants have requested a continuance of the Motions and CMC due to a conflict in scheduling; and

WHEREAS, Plaintiffs have agreed to a continuance of the hearing date for the Motions and CMC in the present action and the Related Matters, while the Defendants have agreed to an extension of time for Plaintiffs to respond to the Texas Actions until October 3, 2008;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

The Case Management Conference and the hearings on the Motions in the present action and the Related Matters currently set for August 29, 2008 shall be continued to September 19, 2008.

Respectfully submitted,

Dated: August 6, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

By: /s/ Robert E. Krebs
    Robert E. Krebs

Attorneys for Defendants TECHNOLOGY PROPERTIES LIMITED, and ALLIACENSE LIMITED

Dated: August 6, 2008          KIRBY NOONAN LANCE & HOGE

By: /s/ Charles T. Hoge
    Charles T. Hoge

Attorney for Defendant PATRIOT SCIENTIFIC CORPORATION

Dated: August 6, 2008          WHITE & CASE LLP

By: /s/ Kyle D. Chen
    Kyle D. Chen

3

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Attorneys for Plaintiffs HTC CORPORATION and HTC AMERICA, INC.

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: ___8/12/08___

_____
The Honorable Jeremy Fogel
United States District Judge