Robert E. Krebs, State Bar No. 57526
rkrebs@nixonpeabody.com
Christoper L. Ogden, State Bar No. 235517
cogden@nixonpeabody.com
Nixon Peabody LLP
200 Page Mill Road, Suite 200
Palo Alto, CA 94305-2022
Tel. 650.320.7700
Fax. 650.320.7701

Ronald F. Lopez, State Bar No. 11756
rflopez@nixonpeabody.com
Sushila Chanana, State Bar No. 254100
schanana@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Tel. 415.984.8200
Fax. 415.984.8300

ATTORNEYS FOR DEFENDANTS
TECHNOLOGY PROPERTIES LIMITED,
and ALLIACENSE LIMITED

Charles T. Hoge, State Bar No. 110696
CHoge@knlh.com
Kirby Noonan Lance & Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Tel.: (619) 231-8666
Fax: (619) 231-9593

ATTORNEY FOR DEFENDANT
PATRIOT SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.: 08–CV–00882 JF<br>(related cases: 08–CV–00884, 00877)<br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST TO SHORTEN TIME ON DEFENDANTS' MOTION TO COMPEL THE DEPOSITIONS AND TRIAL TESTIMONY OF PLAINTIFF HTC'S WITNESSES IN THIS DISTRICT** **AS AMENDED BY THE COURT**<br><br>Date: December 23, 2008<br>Time: 10 a.m.<br>Dept: Courtroom, 2, 5th Floor<br>Before: Magistrate Judge Howard Lloyd<br>(Requesting December 16, 2008 hearing date) |

**[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST**

1

The Court having considered the Stipulated Request for Order Changing Time filed by Defendants TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED (collectively, "TPL") and Plaintiffs HTC CORPORATION and HTC AMERICA, INC. (collectively, "HTC"),

IT IS HEREBY ORDERED that the Stipulated Request to Change Time is GRANTED as follows:

1. HTC shall file their Opposition to TPL's Motion to Compel the Depositions and Trial Testimony of Plaintiff HTC's Witnesses ("Motion") in This District on or before ~~Friday, December 5, 2008.~~ **MONDAY DECEMBER 1, 2008**

2. TPL shall file their Reply on or before ~~Tuesday, December 9, 2008~~. **FRIDAY DECEMBER 5, 2008**

3. TPL's Motion shall be heard on Tuesday, December 16, 2008 at 10:00 a.m. in Courtroom 2, 5th Floor, located at 280 South 1st Street, San Jose, CA 95113, by Magistrate Judge Howard Lloyd.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/21, 2008

_____
HON. HOWARD LLOYD
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PARTIES'
STIPULATED REQUEST -2-