1  WILLIAM SLOAN COATS (SBN: 94864)
   email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.com
3  TARYN LAM (SBN 236124)
   email: tlam@whitecase.com
4  KYLE D. CHEN (SBN 239501)
   email: kchen@whitecase.com
5  **WHITE & CASE LLP**
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
7  Telephone: (650) 213-0300
   Facsimile:  (650) 213-8158
8
   Attorneys for Plaintiffs
9  HTC CORPORATION and HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED,<br><br>Defendants. | Case No.  C 08 00882 JF<br>        (related to C 08 00877,  C 08 00884, and C 08 05398)<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS HTC CORPORATION'S AND HTC AMERICA, INC.'S MOTION TO FILE EXHIBITS UNDER SEAL**<br><br>Date:    April 14, 2009<br>Time:    10:00 a.m.<br>Dept:    Courtroom 2, 5th Floor<br><br>The Honorable Howard Lloyd |

-2-

| | |
|---|---|
| 1 | Having considered Plaintiffs' Motion to File Exhibits Under Seal, and for good cause shown, |
| 2 | IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and that Exhibits G-I to |
| 3 | the Declaration of Taryn Lam in Support of Plaintiffs HTC Corporation's and HTC America Inc.'s |
| 4 | Motion to Allow Disclosure of Defendants' Preliminary Infringement Contentions shall be filed |
| 5 | under seal. |
| 6 | IT IS SO ORDERED. |

DATED: 4/14/09

_____
Hon. Howard Lloyd