1  Heidi L. Keefe (SBN 178960)
   Mark R. Weinstein (SBN 193043)
2  Kyle D. Chen (SBN 239501)
   **Cooley Godward Kronish LLP**
3  3000 El Camino Real
   Five Palo Alto Square, 4th Floor
4  Palo Alto, California 94306
   Tel. 650.843.5000
5  Fax 650.857.0663

6  ATTORNEYS FOR PLAINTIFFS

7  HTC CORPORATION and
   HTC AMERICA, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | HTC CORPORATION and HTC | No. C 08 00882 JF
   | AMERICA, INC.,          |
14 |                         | *Related to No.* C 08 00877 JF
   |        Plaintiffs,      |
15 |   v.                    | **NOTICE AND [PROPOSED] ORDER OF
   |                         | SUBSTITUTION OF COUNSEL FOR
16 | TECHNOLOGY PROPERTIES   | PLAINTIFFS HTC CORPORATION AND
   | LIMITED, PATRIOT SCIENTIFIC | HTC AMERICA, INC.**
17 | CORPORATION and ALLIACENSE |
   | LIMITED,                |
18 |                         |
   |                         |
19 |        Defendants.      |

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21     Plaintiffs herein, HTC Corporation and HTC America, Inc. ("HTC"), hereby substitute the

22 law firm of Cooley Godward Kronish LLP, 3000 El Camino Real, 5 Palo Alto Square, 4th Floor,

23 Palo Alto, California 94306, telephone 650-843-5000, in place and instead of the law firm of

24 White & Case LLP, as their counsel in the above captioned action. White & Case LLP hereby

25 withdraws as counsel for HTC in the above-captioned case.

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 16, 2009 | HTC Corporation and HTC America, Inc. |
| 3 | | By: _____ /s/ Alex Chen _____ by KC |
| 4 | | |
| 5 | Dated: September 15, 2009 | White & Case LLP |
| 6 | | By: _____ /s/ _____ |
| 7 | | Jennifer Yokoyama |
| 8 | Dated: September 15, 2009 | Cooley Godward Kronish LLP |
| 9 | | By: _____ /s/ _____ |
| | | Kyle Chen |
| 10 | | Attorneys for Plaintiffs |
| | | HTC Corp. and HTC America, Inc. |

11  Pursuant to Civil Local Rule 11-5, and in accordance with General Order 45, Section IV.C.(5), IT IS SO ORDERED.

13  Dated: 9/22/09

_____ /s/ _____
United States District Judge J. Fogel

- 1 -