| | |
|---|---|
| 1 | ROBERT E. KREBS, CA Bar No. 057526 |
| | rkrebs@nixonpeabody.com |
| 2 | CHRISTOPHER L. OGDEN, CA Bar No. 235517 |
| | cogden@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
| | 200 Page Mill Road, 2nd Floor |
| 4 | Palo Alto, CA 94305–2022 |
| | Tel.: (650) 320–7700; Fax: (650) 320–7701 |
| 5 | |
| 6 | RONALD F. LOPEZ, CA Bar No. 111756 |
| | rflopez@nixonpeabody.com |
| 7 | SUSHILA CHANANA, CA Bar No. 254100 |
| | schanana@nixonpeabody.com |
| 8 | NIXON PEABODY LLP |
| | One Embarcadero Center, 18th Floor |
| 9 | San Francisco, CA 94111–3600 |
| | Tel.: (415) 984–8200; Fax: (415) 984–8300 |

*Attorneys for Defendants-Counterclaim Plaintiffs*
*TECHNOLOGY PROPERTIES LIMITED, and*
*ALLIACENSE LIMITED.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> vs. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED <br><br> Defendants-Counterclaim Plaintiffs, | **Case No. 08-cv-00882 JF** <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAW OF COUNSEL AND SUBSTITUTION OF COUNSEL BY DEFENDANTS TECHNOLOGY PROPERTIES LIMITED AND ALLIACENSE LIMITED** |

//
//
//
//

[PROPOSED] ORDER

08-cv-00882 JF
12882473.1

Having reviewed and considered the Notice of Withdrawal of Counsel and Notice of Substitution of Counsel by Defendants Technology Properties Limited and Alliacense Limited and Request for Court Approval, and good cause appearing, the Court hereby orders that Ronald E. Krebs, Ronald F. Lopez, Christopher L. Ogden, and Sushila Chanana from the law firm of Nixon Peabody, LLP shall be permitted to withdraw as counsel of record, and John L. Cooper, Jeffrey M. Fisher, Nan E. Joesten, and Eugene Mar may appear as substitute counsel of record for Technology Properties Limited and Alliacense Limited. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

DATED: 2/12, 2010

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE