John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED
and ALLIACENSE LIMITED

Charles T. Hoge, Esq. (State Bar No. 110696)
choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA  92101
Telephone:  (619) 231-8666
Facsimile:  (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 JF<br><br>[PROPOSED] **SEALING ORDER**<br><br>Date:   May 28, 2010<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 3, 5th Floor<br>Judge:  The Honorable Jeremy Fogel |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] SEALING ORDER - Case No. 5:08-cv-00882 JF

23129\2240840.1

1   Having considered HTC's Administrative Request To File Under Seal and the Declaration
2   of Eugene Y. Mar in support of the [Proposed] Sealing Order,

3   **IT IS HEREBY ORDERED** that the following documents are to placed under seal:

4   1)  Exhibits B, C, E, and F to the Declaration of Kyle Chen in Support of Plaintiffs'
5   Motion for Order Prohibiting Improper Contact with HTC Employees by Defendants' Counsel;

6   2)  Exhibits A & B to the Declaration of Becky Nine in Support of Plaintiffs' Motion for
7   Order Prohibiting Improper Contact with HTC Employees by Defendants' Counsel; and

8   3)  Plaintiffs' Memorandum and Authorities in Support of Its Motion for Order
9   Prohibiting Improper Contact with HTC Employees by Defendants' Counsel.

12  DATED: April 26, 2010

13  The Honorable Jeremy Fogel
    United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] SEALING ORDER - Case No.
5:08-cv-00882 JF
- 2 -
23129\2240840.1