1  Heidi L. Keefe (SBN 178960)
   Mark R. Weinstein (SBN 193043)
2  Kyle D. Chen (SBN 239501)
   **Cooley LLP**
3  3175 Hanover Street
   Palo Alto, California 94304
4  Tel. 650.843.5000
   Fax. 650.857.0663
5
   Attorneys for Plaintiffs
6  HTC CORPORATION and  HTC
   AMERICA,  INC.
7

   John L. Cooper  (SBN 050324)
   jcooper@fbm.com
   Jeffrey M. Fisher (SBN 155284)
   jfisher@fmb.com
   **Farella Braun & Martel LLP**
   235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
   Telephone: (415) 954-4400
   Facsimile: (415) 954-4480

   Attorney for Defendants
   TECHNOLOGY PROPERTIES LIMITED
   and ALLIACENSE LIMITED

8  Charles T. Hoge, Esq. (SBN 110696)
   choge@knlh.com
9  **Kirby Noonan Lance & Hoge**
   35 Tenth Avenue
10 San Diego, CA 92101
   Telephone: (619) 231-8666
11 Facsimile: (619) 231-9593

12 Attorney for Defendants
   PATRIOT SCIENTIFIC CORPORATION

13

14                     UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17 HTC CORP. AND HTC AMERICA, INC.,      Case No. 5:08-CV-00882 JF

18         Plaintiffs,

19         v.                                **STIPULATION AND [PROPOSED]**
                                             **AMENDED SCHEDULING ORDER**
20 TECHNOLOGY PROPERTIES LIMITED,
   PATRIOT SCIENTIFIC CORPORATION,
21 and ALLIACENSE LIMITED,

22         Defendants.

23         **WHEREAS** on February 22, 2010 this Court entered an Order Following Case

24 Management Conference (D.I. 148) establishing a schedule for this action ("Scheduling Order");

25         **WHEREAS** on February 26, 2010, the case styled *Sirius XM Radio v. Technology*

26 *Properties Limited et al*, Case No. C10-00816 EDL (N.D. Cal.) ("Sirius Action") was transferred

27 to the Northern District of California from the Southern District of New York;

28

**WHEREAS** the Sirius Action involves all of the patents in this action;

**WHEREAS** the parties in the Sirius Action have filed a joint motion under Civil Local Rule 3-12 to consider Whether Cases Should Be Related and Requesting Modification of Existing Case Schedule ("Motion"), seeking to have the Sirius Action deemed related to this action and assigned to the Honorable Jeremy Fogel for further proceedings;

**WHEREAS** the Motion also seeks entry of a proposed schedule similar to the one adopted in the Scheduling Order, but with the dates adjusted by an average of 3-4 weeks;

**WHEREAS** the parties to this action have met and conferred and have agreed that, in the interests of judicial economy and to conserve judicial and party resources, the Scheduling Order in this action should be modified to match the dates set forth in the schedule proposed for the Sirius Action, as follows:

| Event | Scheduling Order Date | New [Proposed] Date |
|---|---|---|
| Last day to serve amended disclosure of asserted claims and preliminary infringement contentions (and related documents) for United States Patent No. 5,809,336 ("the '336 patent") | April 19, 2010 | April 30, 2010 |
| Last day to serve amended invalidity contentions (and related documents) | June 3, 2010 | June 30, 2010 |
| Last day to exchange list of "Proposed terms and Claim Elements for Construction" for the '336 patent | June 25, 2010 | July 23, 2010 |
| Last day to exchange "Preliminary Claim Constructions and Extrinsic Evidence" for the '336 patent | June 25, 2010 | August 30, 2010 |
| Last day to file joint claim construction and pre-hearing statement | July 16, 2010 | September 21, 2010 |
| Claim construction discovery cut-off | August 13, 2010 | October 19, 2010 |
| Defendants' opening claim construction brief | August 27, 2010 | November 2, 2010 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] SCHEDULING ORDER
CASE NO. 5:08-CV-00882 JF

| Event | Scheduling Order Date | New [Proposed] Date |
|---|---|---|
| Plaintiffs' responsive claim construction brief | September 10, 2010 | November 30, 2010 |
| Defendants' reply claim construction brief | September 17, 2010 | December 14, 2010 |
| Patent Technology Tutorial* | *If requested by the Court<br><br>Approximately 20 days after reply claim construction brief | *If requested by the Court<br><br>Approximately 20 days after reply claim construction brief |
| Claim construction hearing | To be determined | To be determined |
| Status conference | Three weeks after the claim construction hearing | Three weeks after the claim construction hearing |
| Final infringement contentions | 30 days after the claim construction ruling | 30 days after the claim construction ruling |
| Final invalidity contentions | 50 days after the claim construction ruling | 50 days after the claim construction ruling |
| Defendants to serve willfulness documents; opinion of counsel | 50 days after the claim construction ruling | 50 days after the claim construction ruling |
| Close of fact discovery | Six months after the final invalidity contentions | Six months after the final invalidity contentions |
| Initial expert reports | 30 days after the close of fact discovery | 30 days after the close of fact discovery |
| Rebuttal expert reports | 30 days after the initial expert reports | 30 days after the initial expert reports |
| Close of expert discovery | Two weeks after the rebuttal expert reports | Two weeks after the rebuttal expert reports |
| Trial | To be determined | To be determined |

**THEREFORE**, the parties hereby respectfully request that the Court adopt the following schedule for this action:

| Event | Date |
|-------|------|
| Last day to serve amended disclosure of asserted claims and preliminary infringement contentions (and related documents) for United States Patent No. 5,809,336 ("the '336 patent") | April 30, 2010 |
| Last day to serve amended invalidity contentions (and related documents) | June 30, 2010 |
| Last day to exchange list of "Proposed terms and Claim Elements for Construction" for the '336 patent | July 23, 2010 |
| Last day to exchange "Preliminary Claim Constructions and Extrinsic Evidence" for the '336 patent | August 30, 2010 |
| Last day to file joint claim construction and pre-hearing statement | September 21, 2010 |
| Claim construction discovery cut-off | October 19, 2010 |
| Defendants' opening claim construction brief | November 2, 2010 |
| Plaintiffs' responsive claim construction brief | November 30, 2010 |
| Defendants' reply claim construction brief | December 14, 2010 |
| Patent Technology Tutorial* | *If requested by the Court Approximately 20 days after reply claim construction brief |
| Claim construction hearing | To be determined |
| Status conference | Three weeks after the claim construction hearing |
| Final infringement contentions | 30 days after the claim construction ruling |
| Final invalidity contentions | 50 days after the claim construction ruling |

Cooley LLP
Attorneys At Law
Palo Alto

**[PROPOSED] SCHEDULING ORDER**
**Case No. 5:08-CV-00882 JF**

| Event | Date |
|-------|------|
| Defendants to serve willfulness documents; opinion of counsel | 50 days after the claim construction ruling |
| Close of fact discovery | Six months after the final invalidity contentions |
| Initial expert reports | 30 days after the close of fact discovery |
| Rebuttal expert reports | 30 days after the initial expert reports |
| Close of expert discovery | Two weeks after the rebuttal expert reports |
| Trial | To be determined |

**IT IS HEREBY STIPULATED.**

Dated:  April 30, 2010                                  COOLEY LLP


By: */s/ Kyle Chen*
Kyle Chen

Attorneys for Plaintiffs HTC CORPORATION and HTC AMERICA, INC.


Dated:  April 30, 2010                                  FARELLA BRAUN & MARTEL LLP


By: */s/ John Cooper*
John L. Cooper

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**[PROPOSED] SCHEDULING ORDER**
**CASE NO.  5:08-CV-00882 JF**

1 Dated: April 30, 2010     KIRBY NOONAN LANCE & HOGE

2

3            By: */s/ Charles Hoge*
            Charles T. Hoge

4            Attorneys for Defendants
            PATRIOT SCIENTIFIC CORPORATION

5

6

7

8 **PURSUANT TO STIPULATION IT IS SO ORDERED:**

9

10 Dated: 5/17/10

11

12

13            The Honorable Jeremy Fogel
            United States District Judge

14

15

16

17         **FILER'S ATTESTATION**

    Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

18 all parties have concurred in the filing of this STIPULATION AND [PROPOSED] AMENDED

19 SCHEDULING ORDER.

20 DATED:  April 30, 2010    COOLEY LLP

21

22

23            By:     */s/ Kyle Chen*
                 Kyle Chen

24

25

26

27

28