**\*\* E-filed November 19, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORP., et al., | No. C08-00882 JF (HRL) |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION FOR AN ORDER SHORTENING TIME** |
| v. | |
| TECHNOLOGY PROPERTIES LTD., et al., | **[Re: Docket No. 201]** |
| Defendants. | |

On November 17, 2010, Defendants filed a motion to compel the deposition of Plaintiffs' claim construction expert, Dr. David May. (Docket No. 203.) That same day, Defendants also filed a motion for an order setting the hearing on Defendants' motion to compel on November 23, with Plaintiffs' opposition brief due today, November 19. (Docket No. 201.) However, on November 19, Plaintiffs filed an administrative motion before Judge Fogel seeking an order modifying the claim construction scheduling order. (Docket No. 206.) In light of Plaintiffs' administrative motion before Judge Fogel, this Court DENIES Defendants' motion for an order shortening time for hearing their motion to compel.

**IT IS SO ORDERED.**

Dated: November 19, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-00882 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Eugene Y. Mar | emar@fbm.com, mclaros@fbm.com |
| Heidi Lyn Keefe | hkeefe@cooley.com, jmcintosh@cooley.com |
| Jeffrey M. Fisher | jfisher@fbm.com, calendar@fbm.com, renterig@fbm.com, wpemail@fbm.com |
| John L. Cooper | jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com |
| Kyle Dakai Chen | kyle.chen@cooley.com, jmcintosh@cooley.com, lfass@cooley.com |
| Mark R. Weinstein | mweinstein@cooley.com, lfass@cooley.com, mkenny@cooley.com |
| Nan E. Joesten | njoesten@fbm.com, calendar@fbm.com, llaflamme@fbm.com |
| Stephanie Powers Skaff | sskaff@fbm.com, bwestburg@fbm.com, calendar@fbm.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**