**\*\* E-filed December 13, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORP., et al., | No. C08-00882 JF (HRL) |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS'**<br>**REQUEST FOR LEAVE TO FILE A**<br>**SUPPLEMENTAL STATEMENT** |
| v. | |
| TECHNOLOGY PROPERTIES LTD., et al., | **[Re: Docket No. 231]** |
| Defendants. | |

On November 2, 2010, Defendants filed a motion to compel Plaintiffs to provide further responses to their interrogatories and requests for production of documents. Docket No. 191. Oral argument is scheduled to take place on December 14, 2010. Now, the day before the hearing, Plaintiffs seek leave to file a supplemental statement in support of their opposition to Defendants' motion. Docket No. 231. Good cause failing to be shown, the Court DENIES Plaintiffs' request.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-00882 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Eugene Y. Mar | emar@fbm.com, ljensen@fbm.com, mclaros@fbm.com |
| Heidi Lyn Keefe | hkeefe@cooley.com, jmcintosh@cooley.com |
| Jeffrey M. Fisher | jfisher@fbm.com, calendar@fbm.com, renterig@fbm.com, wpemail@fbm.com |
| John L. Cooper | jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com |
| Kyle Dakai Chen | kyle.chen@cooley.com, jmcintosh@cooley.com, lfass@cooley.com |
| Mark R. Weinstein | mweinstein@cooley.com, lfass@cooley.com, mkenny@cooley.com |
| Nan E. Joesten | njoesten@fbm.com, calendar@fbm.com, llaflamme@fbm.com |
| Stephanie Powers Skaff | sskaff@fbm.com, bwestburg@fbm.com, calendar@fbm.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**