1 | COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
2 | MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
KYLE D. CHEN (239501) (kyle.chen@cooley.com)
3 | Five Palo Alto Square, 4th Floor
3000 El Camino Real
4 | Palo Alto, California 94306-2155
Telephone:   (650) 843-5000
5 | Facsimile:   (650) 857-0663

6 | Attorneys for Plaintiffs
HTC CORPORATION AND HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACER, INC., ACER AMERICA CORPORATION and GATEWAY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br>Defendants. | Case No. 5:08-cv-00877 JR/HRL <br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL <br><br>**[RELATED CASES]** |
| HTC CORPORATION, HTC AMERICA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, <br><br>Defendants. | Case No. 5:08-cv-00882 JF/HRL |

Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398
**[PROPOSED]** ORDER GRANTING MOTION
TO FILE UNDER SEAL

| | |
|---|---|
| BARCO N.V., a Belgian corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>TECHNOLOGY PROPERTIES LTD.,<br>PATRIOT SCIENTIFIC CORP.,<br>ALLIACENSE LTD.,<br><br>  Defendants. | Case No. 5:08-cv-05398 JF/HRL |

Plaintiffs HTC Corporation and HTC America, Inc. (collectively, "Plaintiffs") filed an Administrative Motion To File Confidential Exhibits Under Seal on January 25, 2011. Defendants did not oppose the motion.

The Court, having reviewed the evidence in support of the motion, finds that the following exhibits to the Declaration of Kyle Chen in Support of Plaintiffs' Consolidated Responsive Claim Construction Brief (Docket No. 244) should be filed under seal pursuant to Local Rule 79-5(c):

1. Exhibit E, excerpts from the deposition transcript of Charles H. Moore taken on July 10, 2007 in *Technology Properties Ltd., et al. v. Matsushita Electric Industrial Co., Ltd.*, Civil Case No. 2-05CV-494 (TJW), United States District Court for the Eastern District of Texas.

2. Exhibit F, excerpts from the deposition transcript of Charles H. Moore taken on November 4, 2010 in this case.

3. Exhibit G, excerpts from the deposition transcript of Russell H. Fish taken on June 25, 2007 in *Technology Properties Ltd., et al. v. Matsushita Electric Industrial Co., Ltd.*, Civil Case No. 2-05CV-494 (TJW), United States District Court for the Eastern District of Texas.

4. Exhibit J, excerpts from the claim construction charts accompanying Defendants' Amended Patent Local Rule 3-1 Infringement Contentions for Reexamined U.S. Patent No. 5,809,336, dated April 30, 2010.

///

///

///

1    IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and that the above listed
2 documents shall be filed under seal by the Clerk of the Court in conformity with Local Rule 79-
3 5(f).
4
5 Dated: February 9, 2011

6
7                                   _____
                                    The Honorable Jeremy Fogel
                                    United District Court Judge
8
9 913177 v1/HN

- 3 -   Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398
        [PROPOSED] ORDER GRANTING MOTION
        TO FILE UNDER SEAL