**E-Filed 3/23/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD.,<br><br>          Defendants. | Case Number 5:08-cv-00882 JF (HRL)<br><br>**ORDER[1] SCHEDULING BRIEFING FOR MOTION FOR SUMMARY JUDGMENT** |

Plaintiff HTC Corporation ("HTC") has informed the Court of its intent to move for summary judgment of non-infringement. Because the parties' summary judgment arguments may impact claim construction, the Court will adopt the briefing schedule set forth below. Oral arguments on HTC's motion will be scheduled after the claim construction hearing currently set for May 10, 2011.

| | |
|---|---|
| Friday April 8, 2011 | Last day for HTC to move for summary judgment |
| Friday April 22, 2011 | Last day for Defendants to file and serve their opposition, if any |
| Friday April 29, 2011 | Last day for HTC to file and serve its reply, if any |

---

[1] This disposition is not designated for publication.

Case Number 5:08-cv-00882-JF (HRL)
ORDER SCHEDULING BRIEFING FOR MOTION FOR SUMMARY JUDGMENT
(JFLC1)

**IT IS SO ORDERED.**

**DATED:** March 23, 2011

_____
JEREMY FOGEL
United States District Judge