**E-Filed 4/7/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD.,<br><br>　　　　　Defendants. | Case Number 5:08-cv-00882 JF (HRL)<br><br>**ORDER[1] AMENDING BRIEFING SCHEDULE** |

　　Defendants Technology Properties Ltd., Patriot Scientific Corp., and Alliacense Ltd. (collectively "TPL") seek relief from the briefing schedule on Plaintiff HTC's proposed motion for summary judgment of non-infringement as set forth in the Court's order dated March 23, 2011. *See* Order Scheduling Briefing for Summary Judgment, Dkt. 279.

　　Having read and considered all papers filed in relation to the instant motion, and for good cause appearing, the schedule will be amended as follows.

| | |
|---|---|
| Friday April 8, 2011 | Last day for HTC to move for summary judgment |
| Tuesday April 26, 2011 | Last day for Defendants to file and serve their opposition, if any |

---

[1] This disposition is not designated for publication.

Case Number 5:08-cv-00882-JF (HRL)
ORDER AMENDING BRIEFING SCHEDULE
(JFLC1)

| Tuesday May 3, 2011 | Last day for HTC to file and serve its reply, if any |

**IT IS SO ORDERED.**

**DATED:** April 7, 2011

_____
JEREMY FOGEL
United States District Judge