| | |
|---|---|
| 1 | COOLEY LLP |
| | HEIDI L. KEEFE (178960) (hkeefe@cooley.com) |
| 2 | MARK R. WEINSTEIN (193043) (mweinstein@cooley.com) |
| | KYLE D. CHEN (239501) (kyle.chen@cooley.com) |
| 3 | 3175 Hanover Street |
| | Palo Alto, CA 94304 |
| 4 | Telephone:   (650) 843-5000 |
| | Facsimile:    (650) 857-0663 |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | HTC CORPORATION and |
| | HTC AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., | Case No.  5:08-CV-00882 JF |
| Plaintiffs, | (Related to Case Nos. 5:08-cv-05398 JF and 5:08-cv-00877 JF) |
| v. | **DECLARATION OF KYLE D. CHEN IN SUPPORT OF HTC'S OPPOSITION TO DEFENDANTS' MOTIONS FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS FOR U.S. PATENT NOS. 5,530,890 AND 5,440,749** |
| TECHNOLOGY PROPERTIES LIMITED, PATRIOTIC SCIENTIFIC CORPORATION and ALLIACENSE LIMITED, | |
| Defendants. | |
| | Date:     April 22, 2011 |
| | Time:     9:00 a.m. |
| | Place:    Courtroom 3, 5th Floor |
| | Judge:    Hon. Jeremy Fogel |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DECL. OF KYLE D. CHEN ISO OPPO. TO MOT.
FOR LEAVE TO AMEND INFRINGEMENT CONT.
CASE NO. 5:08-CV-00882 JF

I, Kyle D. Chen, declare:

1. I am an attorney at the law firm of Cooley LLP, counsel in this action for Plaintiffs HTC Corporation and HTC America, Inc. (collectively "HTC"). I make this declaration in support of HTC's Opposition to Technology Properties Ltd.'s, Patriot Scientific Corp.'s and Alliacense Ltd.'s (collectively "TPL's") Motions for Leave To Amend Infringement Contentions for U.S. Patent Nos. 5,530,890 ("the '890 patent") and 5,440,749 ("the '749 patent"). I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. TPL served its Disclosure of Asserted Claims and Preliminary Infringement Contentions in December 2008 ("Original Contentions"), of which a true and correct copy is attached hereto as Exhibit A. The Original Contentions assert claims 1, 2, 7 and 9 of the '890 patent, and claims 1, 9, 18, 23, and 24 of the '749 patent.

3. TPL served its Amended Preliminary Infringement Contentions for the '890 Patent on March 1, 2011 ("March 2011 Contentions for the '890 patent"), of which a true and correct copy is attached hereto as Exhibit B. The March 2011 Contentions for the '890 patent additionally accuse the following 11 products of infringing the '890 patent (March 2011 Contentions for the '890 patent at 3-4):

- Aria
- Desire
- EVO 4G
- EVO Shift 4G
- HD7
- Inspire 4G
- Surround
- T-Mobile G2
- T-Mobile myTouch
- Thunderbolt
- Wildfire

4. TPL served its Amended Preliminary Infringement Contentions for the '749 Patent on March 24, 2011 ("March 2011 Contentions for the '749 patent"), of which a true and correct copy is attached hereto as Exhibit C. The March 2011 Contentions for the '749 patent additionally accuse the following 13 products of infringing the '749 patent (March 2011 Contentions for the '749 patent at 4):

- Aria
- Arrive
- Desire
- EVO 4G
- EVO Shift 4G
- Freestyle
- HD7
- Inspire 4G
- Surround
- T-Mobile G2
- T-Mobile myTouch
- Thunderbolt
- Wildfire

5. Attached to this declaration as Exhibit D is a true and correct copy of an HTC press release dated June 14, 2010 announcing the HTC Aria, which I downloaded from HTC's website at www.htc.com on April 7, 2011. The June 14, 2010 press release announced that the HTC Aria "will be available exclusively at AT&T beginning June 20."

6. Attached to this declaration as Exhibit E is a true and correct copy of an HTC press release dated February 10, 2010 announcing the HTC Desire, which I downloaded from HTC's website at www.htc.com on April 7, 2011. The February 10, 2010 press release announced that the "HTC Desire is powered by a one gigahertz Snapdragon processor . . . ."

7. Attached to this declaration as Exhibit F is a true and correct copy of an Internet article dated August 18, 2010 reviewing the HTC Desire, which I downloaded from the Internet at

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

DECL. OF KYLE D. CHEN ISO OPPO. TO MOT.
FOR LEAVE TO AMEND INFRINGEMENT CONT.
CASE NO. 5:08-CV-00882 JF

1 www.cnet.com on April 7, 2011. The August 18, 2010 article shows that the HTC Desire was released in the U.S. on August 27, 2010.

8. Attached to this declaration as Exhibit G is a true and correct copy of an HTC press release dated March 23, 2010 announcing the HTC EVO 4G, which I downloaded from HTC's website at www.htc.com on April 7, 2011. The March 23, 2010 press release announced that the HTC EVO 4G features "a 1GHz Qualcomm® Snapdragon™ processor" and that "[c]ustomers will be able to purchase HTC EVO 4G through all Sprint channels and through national retail partners, RadioShack, Best Buy and Walmart, this summer. Pricing will be announced at a later date. Pre-registration begins today at www.sprint.com/evo."

9. Attached to this declaration as Exhibit H is a true and correct copy of an Internet article dated June 4, 2010 reviewing the HTC EVO 4G, which I downloaded from the Internet at www.cnet.com on April 7, 2011. The June 4, 2010 article shows that the HTC EVO 4G was released in the U.S. on June 4, 2010.

10. Attached to this declaration as Exhibit I is a true and correct copy of an HTC press release dated October 11, 2010 announcing "HTC 7 Surround . . . HTC 7 Pro and HTC HD7," which I downloaded from HTC's website at www.htc.com on April 7, 2011. The October 11, 2010 press release announced that these HTC products "will be available through mobile operators and retailers across major European, Asia-Pacific and North American markets from late October."

11. Attached to this declaration as Exhibit J is a true and correct copy of an Internet article dated November 5, 2010 reviewing the HTC HD7, which I downloaded from the Internet at www.cnet.com on April 7, 2011. The November 5, 2010 article shows that the HTC HD7 was released in the U.S. on November 8, 2010.

12. Attached to this declaration as Exhibit K is a true and correct copy of an Internet article dated October 20, 2010 reviewing the HTC Surround, which I downloaded from the Internet at www.cnet.com on April 7, 2011. The October 20, 2010 article shows that the HTC Surround was released in the U.S. on November 8, 2010.

13. Attached to this declaration as Exhibit L is a true and correct copy of an HTC

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

DECL. OF KYLE D. CHEN ISO OPPO. TO MOT.
FOR LEAVE TO AMEND INFRINGEMENT CONT.
CASE NO. 5:08-CV-00882 JF

1 press release dated September 9, 2010 announcing "the T-Mobile® G2™," which I downloaded
2 from HTC's website at www.htc.com on April 7, 2011. The September 9, 2010 press release
3 announced that the T-Mobile G2 features a "Snapdragon™ MSM7230 mobile processor" and
4 "will be available in the U.S. exclusively from T-Mobile, and current T-Mobile customers will
5 have the opportunity to preorder the G2 in limited quantities later this month."

6     14. Attached to this declaration as Exhibit M is a true and correct copy of an Internet
7 article dated October 5, 2010 reviewing the T-Mobile G2, which I downloaded from the Internet
8 at www.cnet.com on April 7, 2011. The October 5, 2010 article shows that T-Mobile® G2™ was
9 released in the U.S. on October 6, 2010.

10     15. Attached to this declaration as Exhibit N is a true and correct copy of an Internet
11 article dated November 1, 2010 reviewing the T-Mobile MyTouch 4G, which which I
12 downloaded from the Internet at www.cnet.com on April 7, 2011. The November 1, 2010 article
13 shows that the T-Mobile MyTouch 4G was released in the U.S. on November 3, 2010.

14     16. Attached to this declaration as Exhibit O is a true and correct copy of an HTC
15 press release dated May 17, 2010 announcing "HTC Wildfire™," which I downloaded from
16 HTC's website at www.htc.com on April 7, 2011.

17     17. Attached to this declaration as Exhibit P is a true and correct copy of an Internet
18 article dated November 11, 2010 reviewing the HTC Wildfire, which I downloaded from the
19 Internet at www.cnet.com on April 7, 2011. The November 11, 2010 article shows that the HTC
20 Wildfire was released in the U.S. on October 28, 2010.

21     18. The U.S. Patent and Trademark Office issued a final rejection of claims 1-8 of the
22 '890 patent on April 29, 2010 in the *Ex Parte* Reexamination Control No. 90/009,388, of which a
23 true and correct copy is attached hereto as Exhibit Q.

24     19. The U.S. Patent and Trademark Office issued a non-final rejection of claims 1-20
25 and 30-54 of the '749 patent on November 19, 2009 in the *Ex Parte* Reexamination Control No.
26 90/010,520, of which a true and correct copy is attached hereto as Exhibit R.

27 ///
28 ///

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

DECL. OF KYLE D. CHEN ISO OPPO. TO MOT.
FOR LEAVE TO AMEND INFRINGEMENT CONT.
CASE NO. 5:08-CV-00882 JF

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2011 in Palo Alto, California.

    /s/_Kyle D. Chen
    Kyle D. Chen

930666 /HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

DECL. OF KYLE D. CHEN ISO OPPO. TO MOT.
FOR LEAVE TO AMEND INFRINGEMENT CONT.
CASE NO. 5:08-CV-00882 JF