# EXHIBIT D



**06.14.2010**

# Pocket-Sized HTC Aria to Premiere on Nation's Fastest 3G Network

For more information, contact:
Warner May
AT&T
Office: 404-986-1807
E-mail: wmay@attnews.us

HTC Public Relations
425-638-7000
htcpr@waggeneredstrom.com

**Pocket-Sized HTC Aria to Premiere on Nation's Fastest 3G Network**

Android 2.1 & HTC Sense™ Experience Combined With 7.2 HSPA Speeds Offers Exceptional Mobile Broadband Performance

**DALLAS and BELLEVUE, Wash. – June 14, 2010** – AT&T* and HTC Corporation ("HTC") today announced that HTC Aria™, a rich and powerful addition to AT&T's Android smartphone portfolio, will be available exclusively at AT&T beginning June 20.  Pocket-sized and packing the power of the Android 2.1 platform, a five megapixel camera and a bright 3.2 inch HVGA display, HTC Aria offers AT&T customers Android smartphone functionality in an amazingly easy-to-carry design. The combination of 3G speed, a responsive capacitive touch screen and an optical joystick makes HTC Aria an ideal smartphone for mobile broadband.

HTC Aria is Wi-Fi capable and qualifying customers will receive access to AT&T Wi-Fi, with more than 20,000 hotspots across the U.S.  In addition, HTC Aria is compatible with AT&T's High Speed Packet Access (HSPA) 7.2 Mbps technology.  This technology provides a considerable boost to 3G speeds when combined with expanded backhaul. The combination of faster wireless networks, smartphones like HTC Aria, and tens of thousands of available innovative mobile apps allows AT&T customers to mobilize virtually everything, from video and music, to social networking, to business applications.

"HTC Aria is the first of several smartphones in our Android portfolio to run the 2.1 platform," said Jeff Bradley, senior vice president, Devices, AT&T Mobility and Consumer Markets. "When you combine the nation's fastest 3G network, and access to the nation's largest Wi-Fi network, HTC Aria will be one of the best Android smartphones available."

HTC Aria features the acclaimed HTC Sense experience, which automatically delivers the most-wanted information by bringing it to the forefront of the mobile experience.  Featuring the latest version of HTC Sense, HTC Aria offers even more ways to stay connected, including Friend Stream, which delivers Facebook, Twitter and Flickr updates in a single, consolidated view.

"Its unique combination of compact size and beautiful design instantly separates HTC Aria from the pack of 'me-too' smartphones," said Jason Mackenzie, vice president of HTC America. "But what really differentiates HTC Aria from other smartphones is the acclaimed HTC Sense experience, which we are pleased to be bringing to AT&T customers. By putting people at the center of everything it does, HTC Aria organizes all of your communications in the most human way possible – by person."

A full selection of the newest and most popular Google services can be accessed with HTC Aria. This includes Google search, Google Maps, Google Navigation, Gmail, YouTube and more. With Android Market, customers can also choose from more than 50,000 applications to further personalize the mobile experience.

Along with being ultra-small at just over 4 inches long and weighing a mere 4.05 ounces, HTC Aria's seamless wrap-around soft-touch back cover eliminates sharp edges, making HTC Aria exceptionally convenient to carry and comfortable to hold as well.

Featuring the best selection of smartphones and OS, AT&T is ranked #1 in customer satisfaction among smartphone owners.  AT&T plans to expand its Android portfolio to include other Android smartphones during the second half of 2010.

**Pricing and Availability**
HTC Aria will be available on June 20 at AT&T retail locations nationwide or at http://www.att.com/wireless for $129.99 after $100 mail-in rebate (pay $229.99 and after mail-in rebate receive $100 AT&T Promotion Card.  Two-year agreement required and smartphone data plan required).

For the complete array of AT&T offerings, visit www.att.com

[1] 3G coverage is not available in all areas.
[2] Coverage not available in all areas.
[3] AT&T Promotion Card: Price for HTC Aria before AT&T Promotion Card & with 2 year contract is $229.99. Allow 60 days for fulfillment. Card valid for 120 days wherever major credit cards accepted. May be used to pay wireless bill. Not redeemable for cash and cannot be used at ATMs or gas pumps. Some restrictions and other charges apply. See terms at store or at att.com/wirelessrebate. You must be customer for 30 consecutive days to receive Promotion Card.
[4] Limited-time offer. Other conditions & restrictions apply. See contract & rate plan brochure for details.. Early Termination Fee: None if cancelled in the first 30 days, but up to $35 restocking fee may apply to equipment returns; thereafter up to up to $325
[5] Largest Wi-Fi network claim based on non-municipal company and owned and operated hotspots. An 802.11 b/g enabled device required. Other restrictions apply. See www.attwifi.com for additional services details and locations .

**Find More Information Online:**

| Web Site Links: | Related Media Kits: |
|---|---|
| AT&T Web Site | Wireless Networks |
| AT&T Wireless Web Site | AT&T Mobile Phones |
| **Related Releases:** | **Related Fact Sheets:** |
| AT&T and Samsung Mobile Announce Upcoming Availability of the Samsung Rugby® II | AT&T Network Coverage Map  Network-at-a-Glance Fact Sheet  3G Services Fact Sheet  3G Coverage: Cities with 3G Service |

*AT&T products and services are provided or offered by subsidiaries and affiliates of AT&T Inc. under the AT&T brand and not by AT&T Inc.

**About AT&T**

AT&T Inc. (NYSE:T) is a premier communications holding company. Its subsidiaries and affiliates – AT&T operating companies – are the providers of AT&T services in the United States and around the world. With a powerful array of network resources that includes the nation's fastest 3G network, AT&T is a leading provider of wireless, Wi-Fi, high speed Internet and voice services. A leader in mobile broadband, AT&T also offers the best wireless coverage worldwide, offering the most wireless phones that work in the most countries.  It also offers advanced TV services under the AT&T U-verse® and AT&T │DIRECTVbrands. The company's suite of IP-based business communications services is one of the most advanced in the world. In domestic markets, AT&T Advertising Solutions and AT&T Interactive are known for their leadership in local search and advertising. In 2010, AT&T again ranked among the 50 Most

Admired Companies by *FORTUNE*® magazine.

Additional information about AT&T Inc. and the products and services provided by AT&T subsidiaries and affiliates is available at http://www.att.com.  This AT&T news release and other announcements are available at http://www.att.com/newsroom and as part of an RSS feed at www.att.com/rss. Or follow our news on Twitter at @ATTNews. Find us on Facebook at www.Facebook.com/ATT to discover more about our consumer and wireless services or at www.Facebook.com/ATTSmallBiz  to discover more about our small business services.

**About HTC**
HTC Corporation (HTC) is one of the fastest growing companies in the mobile phone industry. By putting people at the center of everything it does, HTC creates innovative smartphones that better serve the lives and needs of individuals. For more information about HTC, please visit www.htc.com.

© 2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

**Cautionary Language Concerning Forward-Looking Statements**
Information set forth in this news release contains financial estimates and other forward-looking statements that are subject to risks and uncertainties, and actual results may differ materially. A discussion of factors that may affect future results is contained in AT&T's filings with the Securities and Exchange Commission. AT&T disclaims any obligation to update or revise statements contained in this news release based on new information or otherwise.