# EXHIBIT F

Case5:08-cv-00882-JF   Document292-6   Filed04/08/11   Page1 of 7

CNET Home
 **Go green with AT&T Refurb Phones**

   log in
   join CNET

   Home
   *You are here:*Reviews
   News
   Downloads
   Video

Search

Go

   Cell Phones
   Camcorders
   Digital Cameras
   Laptops
   TVs
   Car Tech
   All Categories *Menu*
   Forums

# HTC Desire (U.S. Cellular)

   Want it**10**
   Got it**20**
   Had it**11**

Like  80





**CNET Editors' Rating**
4.0 stars

Excellent

**Average User Rating**
4.0 stars

out of 39 user reviews See all user reviews

## Quick Specs

> Service provider: U.S. Cellular
> Cellular technology: WCDMA (UMTS) / GSM
> Talk time: Up to 400 min (GSM) Up to 390 mins (WCDMA)

See all specifications

## Where to buy

As shown: $199.99

See **manufacturer** site for availability

**Editors' review**    

Expand full review

Reviewed by:
Bonnie Cha
Reviewed on: 08/18/2010
Released on: 08/27/2010

CNET editors' rating
    Design: **9.0**
4.0 stars
      **9.0/10**

Features: **8.0**
    Performance: **8.0**
**8.0/10**         Editors'
          rating
      **8.0/10**  explained

Check coverage
in your area

**The good:** The HTC Desire features a sleek design with a sharp and responsive touch screen. The 1GHz Snapdragon processor keeps things running smoothly, and call quality is good.

**The bad:** No voice dialing over Bluetooth. Camera and camcorder quality are so-so.

**The bottom line:** Sleek and fast, the HTC Desire is not only U.S. Cellular's best Android device but the carrier's best smartphone to date.

## User Reviews

See All User Reviews

**Average user rating**

4.0 stars out of 39 user reviews

**My Rating**

0 stars

you have not rated this yet

**Write Review**

**Rating Breakdown**

> **5 star**
> **24/39**
> **24**
> **4 star**
> **8/39**
> **8**
> **3 star**
> **4/39**
> **4**
> **2 star**
> **0/39**
> **0**
> **1 star**
> **3/39**
> **3**

## CNET Community

**This product is on 67 member lists.**

Most helpful user review

Showing number 1 of 39 reviews 3 of 3 users found this review helpful

5.0 stars

**"One of the best mobiles currently available. Fantastic!"** on August 19, 2010 by Nyadach (1 review)

**Pros:** Screen is fantastic, pin sharp and beautiful. The Sense user interface is slick, smooth and many great customisations.

Camera is fantastic, and will easily ourperform the 3GS camera and many 8mp camera's on phones for colour and sharpness.

**Cons:** Screen in direct sunlight outside can be hard to see due to reflections.

At first the battery can be drained in 6-8hrs, after a few full charges this is fixed, or replaced with a higher capacity battery. Just a bit worrying when you first buy it.

**Summary:** First using the Desire the Sense user interface really strikes you along with the screen (the screen is only very fractionally less as high resolution as the Iphone4, but nothing you can actually see when using it unless you use it at nose length). The smooth scrolling, swishing of panels, ... Expand full review

Most recent user reviews (Showing 2 of 39 reviews)

5.0 stars

**"great phone us cellulars best!!!"** on March 24, 2011 by **ericthegnome** (**1 review**)

4.5 stars

**"Love this phone!"** on March 20, 2011 by **wgspurlin** (**1 review**)

See all user reviews

## Where to buy

As shown: $199.99

**See manufacturer site for availability**

## Specifications

See All

　　　　Service provider: U.S. Cellular
　　　　Cellular technology: WCDMA (UMTS) / GSM
　　　　Talk time: Up to 400 min (GSM) Up to 390 mins (WCDMA)
　　　　Combined with: With digital camera / digital player / FM radio
　　　　Weight: 4.76 oz

See all specifications


　　　　Reviews
　　　　All Reviews
　　　　Camcorders
　　　　Car Tech
　　　　Cell Phones
　　　　Digital Cameras

GPS
Laptops
TVs

News
All News
Business Tech
Crave
Cutting Edge
Green Tech
Security
Wireless

Downloads
Add Your Software
All Downloads
Mac
Mobile
Software Deals
Webware
Windows

Video
All Videos
Apple Byte
Buzz Report
CNET Top 5
Loaded
Prizefight

More
About CBS Interactive
About CNET
CNET Deals
CNET Forums
CNET Mobile
CNET Site Map
CNET Widgets
Corrections
Help Center
Newsletters
Permissions
RSS

Join us on
Facebook
Twitter
YouTube

# POPULAR TOPICS:

Apple iPhone,
Apple iPod,
LCD TV,
Apple iPad,
Smartphones,
Windows 7,
CES 2011,
Google Android,
HTC phones,
Android phones

Top Brands:
Intel Products
Samsung
- Televisions
- Mobile Phones
- Blu-Ray & Home Theater
- Notebooks
- Monitors & Printers
- Cameras & Camcorders

AT&T Products
- Cell Phones

Acer Products
- Notebooks

© 2011 CBS Interactive. All rights reserved.
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
Visit other CBS Interactive sites: Select Site