# EXHIBIT H

CNET Home
**Shop Motorola ATRIX 4G from AT&T**

log in
join CNET

Home
*You are here:*Reviews
News
Downloads
Video

Search

Go

Cell Phones
Camcorders
Digital Cameras
Laptops
TVs
Car Tech
All Categories *Menu*
Forums

# HTC Evo 4G - black (Sprint)

Want it**107**
Got it**151**
Had it**48**





Service provider: Sprint Nextel
Cellular technology: WiMAX CDMA2000 1X
Combined with: With digital camera

See all specifications

**Where to buy**

Shop now

Starting at: $119.99 from 8 stores

$479.53 A1 Wireless

**See It**
$119.99 Amazon.com

**See It**
$479.53 Cellular Choices

**See It**
$199.99 Sprint

**See It**
$550.00 eBay

**See It**

**Compare prices from all 8 stores**

**Editors' review** 

Expand full review

Reviewed by:
Bonnie Cha
Reviewed on: 05/19/2010
Updated on: 06/04/2010
Released on: 06/04/2010

CNET editors' rating

Design: **9.0**
4.0 stars
9.0/10

Features: **9.0**
9.0/10

Performance: **8.0**
8.0/10

Editors' rating explained

Check coverage in your area

**The good:** The HTC Evo 4G delivered respectable 4G speeds, and the mobile hot-spot feature lets you connect up to eight devices. The smartphone has a front-facing camera for video chats and also comes with an 8-megapixel camera with HD-video-recording capabilities. The Evo ships with YouTube's HQ video player, Android 2.1 with HTC Sense, and an HDMI port. Other highlights include an extra-large 4.3-inch touch screen and a 1GHz Snapdragon processor.

**The bad:** Sprint's 4G network is limited at this time, making the mandatory $10 premium data add-on tough to swallow for anyone outside of the coverage area. The Evo lacks support for Bluetooth voice-activated dialing. Battery drains quickly with 4G.

**The bottom line:** The HTC Evo 4G is easily Sprint's best smartphone and one of today's top Android devices. It also shows the promise of 4G, which will grow as Sprint's WiMax network expands, but until there's broader 4G coverage, it's hard to agree with the mandatory premium data add-on fee.

**User Reviews**

See All User Reviews

**Average user rating**

4.0 stars out of 457 user reviews

**My Rating**

0 stars

you have not rated this yet

**Write Review**

**Rating Breakdown**

5 star
340/457
340
4 star
53/457
53
3 star
23/457
23
2 star
28/457
28
1 star
13/457
13

**CNET Community**

This product is on 455 **member lists**.

Most helpful user review

Showing number 1 of 457 reviews 32 of 32 users found this review helpful

5.0 stars

**"Worth the Hype/Wait, Absolutely Love It!"** on February 23, 2011 by **MarionMobileCrazy** (**2 reviews**)

**Pros:** + Gorgeous, gigantic, super bright, crystal clear screen.
+ Call quality is excellent
+ WiFi works very well
+ 8 Megapixel camera AND HD video camcorder
+ Touch screen is VERY sensitive and fast
+ Everything about this thing is just fast.

**Cons:** - Battery Life. This makes sense as the gigantic screen by itself likes to eat up juice when in use. WiFi, Bluetooth and certain auto-updating apps also drain the

**Review:**

*Editors' note:* The ratings for this product have been updated since the review's original publish date because of results from additional testing.


[Photo gallery: HTC Evo 4G](#)

Ever since it was first introduced at CTIA 2010, the anticipation and hype surrounding the HTC Evo 4G has taken on a life of its own. Come June 4, we will finally see America's first 4G smartphone become a reality. Of course, this type of device comes with a whole set of expectations, which can either be met with joy or disappointment. Fortunately, for Sprint and HTC, it's more of ... Expand full review

*Editors' note:* The ratings for this product have been updated since the review's original publish date because of results from additional testing.


[Photo gallery: HTC Evo 4G](#)

Ever since it was first introduced at CTIA 2010, the anticipation and hype surrounding the HTC Evo 4G has taken on a life of its own. Come June 4, we will finally see America's first 4G smartphone become a reality. Of course, this type of device comes with a whole set of expectations, which can either be met with joy or disappointment. Fortunately, for Sprint and HTC, it's more of the former than the latter, but we certainly have our gripes about the handset, too. Overall, the HTC Evo 4G is, hands-down, the best smartphone that Sprint has to offer and certainly ranks as one of the best Android phones on the market today. It's feature packed and powerful, and shows the promise of 4G. Admittedly, we had higher hopes for 4G speeds, but it made good on Sprint's claims and is definitely a step up from 3G.

That said, it's a shame that only a limited group will be able to really enjoy the full potential of the Evo 4G at launch, given the limited reach of Sprint's 4G network, but what's worse is the mandatory $10 premium data add-on. It's not the $10 charge for WiMax that upsets us; that is a completely fair price in our opinion. However, making it mandatory for everyone, regardless of whether you live in a 4G market or not, seems unfair. Yes, in the grand scheme of things, Sprint's data plans are much less than its competitors' plans, and there is no data cap with the premium add-on, but still, it's a bit maddening to have to pay for something you're not getting. Why not just make it a requirement for those in a 4G coverage area and offer it as an a-la-carte option for those who live in 3G markets and might travel to a 4G market?

Again, the Evo 4G is Sprint's premier smartphone and you'll get a great device regardless of our quibbles. We just hope Sprint starts to light up those 4G markets faster, so everyone can take advantage of the 4G capabilities and get their money's worth. The HTC Evo 4G will be available June 4 for $199.99 with a two-year contract and the aforementioned data plans. Though Sprint requires a $100 mail-in rebate, Best Buy and Radio Shack do not, so you get the $200 price tag instantly.

**Design**

Cut from the same cloth as the HTC HD2, the HTC Evo 4G isn't what you'd call a dainty phone. It measures 4.8 inches tall by 2.6 inches wide by 0.5 inch thick and weighs 6 ounces, so you're dealing with a good chunk of hardware. It's right on the cusp of being too big, but HTC was able to keep the Evo relatively thin, making it more manageable.



**The Evo 4G is a beast.**

Plus, you might be willing to overlook the large size once you get a glimpse of the smartphone's massive display. Like the HD2, the Evo 4G rocks a 4.3-inch capacitive touch screen that's downright mesmerizing. The extra screen real estate makes a huge difference when viewing Web pages and reading text, and the Evo supports the pinch-to-zoom gesture in a number of apps. The display shows vibrant colors and the sharp WVGA 800x480-pixel resolution makes everything look crisp. There is a built-in light sensor that will automatically adjust the backlight based on the ambient light; we were able to read the screen in most environments, but it did wash out a bit in bright sunlight.

Another benefit of the large display is a spacious keyboard that rivals the iPhone's in ease of use. Even in portrait mode, we were able to quickly punch out a message with both thumbs (none of that pecking at the keys with one finger) with minimal mistakes. As you can imagine, the landscape keyboard is even roomier, but most times we found we could get away with just typing in portrait mode.

Below the screen, you get four touch-sensitive navigation controls: home, menu, back, and search. A long press of the home key will bring up a list of your most recently used apps. There's a volume rocker on the right side, and the top of the device features a power button and 3.5mm headphone jack. On the bottom, you'll find a Micro-USB port and an HDMI port. Be aware that the latter is a Type D connector, so you'll have to get a compatible cable to hook the phone up to your TV. Of course, you can watch video and view photos right from the phone, and there's a handy kickstand on back so you can prop the phone up on a desk.



**On bottom, you will find the Micro-USB and HDMI ports. There's also a kickstand on the back that lets you prop the phone up on a desk.**

Sprint ships the HTC Evo 4G in an environmentally friendly package, but the included accessories are pretty sparse. You get an AC adapter, a USB cable, an 8GB microSD card, and reference material. For more add-ons, please check our cell phone accessories, ringtones, and help page.

**User interface**

Though there will be purists who prefer the standard Android skin, in most cases, we'd choose a device running HTC Sense. Out of all our custom skins for Android (Motoblur,

Sense also makes it easy to access as much information as possible within the contact management system. If any of your contacts have Facebook updates, it will display them right next to their pictures in the contact database. You can also see all your exchanges (text messages, call logs, etc.) with a single person from his or her contact card, and all your contacts are accessible within the phone app. However, we still had multiple instances of duplicate contacts and had to go back and manually link them together.

Another feature, called Friend Stream, provides a single place for all your social-networking needs, piping in updates from Facebook, Twitter, and Flickr. Unlike Motoblur, it's not server-based; the phone connects to the sites and pulls information directly from there.

By far our favorite new feature, however, is the Leap screen. Pinching the home screen (or pressing the home button if you're on the center panel) brings up a thumbnail view of all your home screen panels, so if you have your favorite apps and widgets on those screens, you easily "leap" to the screen you want. The Evo 4G offers seven home screen panels, and there are different "Scenes," which presents a whole new set of seven home screen panels that you can customize by the theme of the Scene (Social, Work, Travel, Play, and so forth). Admittedly, it can be overwhelming, but the best part is that you can use as many or as few of the features as you want; the device is completely customizable to your needs.

**Features**
Sitting underneath HTC Sense is Android 2.1. This is the latest version of Android currently available, so aside from the standard Google services and Android apps, you're also getting such features as Google Maps with Navigation, voice-to-text entry, and live wallpapers. However, if you follow Android developments at all, then you know that Android 2.2, aka Froyo, is on the way, bringing support for Flash 10.1, among other things. We asked Sprint whether the Evo would get an Android 2.2 update and a representative said the company was not announcing anything at this time, but any news would be communicated closer to availability. We can only hope that Sprint will be a bit more swift this time around than it was with bringing Android 2.1 to the Samsung Moment and the HTC Hero.

That aside, you are still getting an action-packed device that's focused around the 4G and multimedia experience. The Evo 4G is the first phone to take advantage of Sprint's WiMax network, and the smartphone ships with a handful of features that really take advantage of 4G. For one, the Evo will be the first handset to ship with YouTube's high-quality player, and also includes the aforementioned HDMI port so you can stream videos and photos in HD quality from your phone to your home theater system.

The Evo also has a front-facing 1.3-megapixel camera, in addition to an 8-megapixel camera that can shoot HD-quality video, and will come with a Qik video chat application, so you can make video calls. Now, video calling and Qik isn't new. Video conferencing has long been available in international markets and front-facing cameras are the norm on Nokia's higher-end smartphones, but the Evo 4G is the first handset with a U.S. carrier that really makes video chatting a viable option. Unlike AT&T's Video Share service, the recipient isn't required to have a compatible phone. Qik has a PC client so you could video chat with someone via PC and Webcam. Unfortunately, we weren't able to test the video-chatting capabilities, since our review unit didn't come preloaded with Qik Chat, though Sprint says it will provide us with access next week. The Qik video chat service is free, but if you can also upgrade to a premium service for $4.99 per month, which gives you higher resolution video calls, video archiving, and more.

Hide Review Next page

battery.

**Summary:** I've been on Sprint since 2005 and have experience using many of their smartphones: from the Mogul and Touch Pro to the Pre/Hero and Moment, and now the one that makes all those look like toys: the HTC Evo.

Let's start off with the battery life myth: ... Expand full review

Most recent user reviews (Showing 2 of 457 reviews)

1.0 stars

**"Low build quality,un-refined OS,speaker dead"** on April 7, 2011 by **s_u19** (**1 review**)

5.0 stars

**"By far, my favorite phone out right now, still!"** on April 6, 2011 by **TruHuSKa** (**2 reviews**, **1 list**)

See all user reviews

**Where to buy**

Shop now

Starting at: $119.99 from 8 stores

    $479.53 A1 Wireless

    **See It**
$119.99 Amazon.com

    **See It**
$479.53 Cellular Choices

    **See It**
$199.99 Sprint

    **See It**
$550.00 eBay

    **See It**

**Compare prices from all 8 stores**

**Specifications**

See All

    Service provider: Sprint Nextel
    Cellular technology: WiMAX CDMA2000 1X
    Combined with: With digital camera
    Weight: 6.2 oz
    Sensor resolution: 8 megapixels

See all specifications

    Reviews
    All Reviews
    Camcorders
    Car Tech
    Cell Phones
    Digital Cameras
    GPS
    Laptops
    TVs

    News
    All News
    Business Tech
    Crave
    Cutting Edge
    Green Tech
    Security
    Wireless

    Downloads
    Add Your Software
    All Downloads

    Mac
    Mobile
    Software Deals
    Webware
    Windows

Video
    All Videos
    Apple Byte
    Buzz Report
    CNET Top 5
    Loaded
    Prizefight

More
    About CBS Interactive
    About CNET
    CNET Deals
    CNET Forums
    CNET Mobile
    CNET Site Map
    CNET Widgets
    Corrections
    Help Center
    Newsletters
    Permissions
    RSS

Join us on
    Facebook
    Twitter
    YouTube

## POPULAR TOPICS:

    Apple iPhone,
    Apple iPod,
    LCD TV,
    Apple iPad,
    Smartphones,
    Windows 7,
    CES 2011,
    Google Android,
    HTC phones,
    Android phones

Top Brands:
    Samsung
        Televisions
        Mobile Phones
        Blu-Ray & Home Theater
        Notebooks
        Monitors & Printers
        Cameras & Camcorders
    Intel Products
    AT&T Products
        Cell Phones
    Acer Products
        Notebooks

© 2011 CBS Interactive. All rights reserved.
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
Visit other CBS Interactive sites: [Select Site]