# EXHIBIT J

CNET Home
**Go green with AT&T Refurb Phones**

log in
join CNET

Home
*You are here:*Reviews
News
Downloads
Video

Search

Go

Cell Phones
Camcorders
Digital Cameras
Laptops
TVs
Car Tech
All Categories *Menu*
Forums

# HTC HD7 (T-Mobile)

Want it**27**
Got it**20**
Had it**3**

Like | 108





Service provider: T-Mobile
Cellular technology: WCDMA (UMTS) / GSM
Combined with: With digital camera

See all specifications

**Where to buy**

Shop now

Starting at: $9.99 from 9 stores

$409.99 Amazon.com

**See It**
$589.99 CompUSA

**See It**
$589.99 TigerDirect.com

**See It**
$519.53 Cellular Choices

**See It**
$589.99 Circuit City

**See It**

**Compare prices from all 9 stores**

| | | | |
|---|---|---|---|
| **Editors' review**  Expand full review | Reviewed by: Bonnie Cha Reviewed on: 11/05/2010 Released on: 11/08/2010 | CNET editors' rating Design: **8.0** 4.0 stars **8.0/10** Features: **8.0** **8.0/10** Performance: **8.0** **8.0/10** | Check coverage in your area Editors' rating explained |

**The good:** The HTC HD7 features a large 4.3-inch display and has a solid build quality and integrated kickstand. The Windows Phone 7 device offers full wireless options, a 5-megapixel camera with HD video capture, and 16GB of internal memory.

**The bad:** The HD7 is on the bigger side and lacks expandable memory. Speaker is weak. Touch screen isn't quite as sharp or vibrant as the latest devices.

**The bottom line:** The hardware could use a bit of updating, but the HTC HD7 for T-Mobile combines the power of Windows Phone 7 with a large touch screen and delivers satisfying performance.

### User Reviews

See All User Reviews

**Average user rating**

4.0 stars out of 48 user reviews

**My Rating**

0 stars

you have not rated this yet

**Write Review**

**Rating Breakdown**

> 5 star
> 28/48
> 28
> 4 star
> 12/48
> 12
> 3 star
> 2/48
> 2
> 2 star
> 5/48
> 5
> 1 star
> 1/48
> 1

### CNET Community

**This product is on 37 member lists.**

Most helpful user review

Showing number 1 of 48 reviews  18 of 20 users found this review helpful

5.0 stars

**"Exceeded My High Expectations!"** on March 3, 2011 by **FernandoNY** (**5 reviews**)

**Pros:** + Clean, uncluttered interface
+ Very responsive
+ Extremely stable
+ 16gb of onboard memory
+ Multiple MS Exchange server accounts allowed
+ Call quality (clarity) is decent
+ Screen colors are natural though a bit washed out

**Cons:** - Non-removable memory
- Battery life is bad (OK, I am pushing 3 email accounts)
- Picture quality is less than expected

**Review:**



Photo gallery:
HTC HD7 (T-Mobile)

The HTC HD7 is T-Mobile's first Windows Phone 7 device and makes its debut on November 8, along with the Samsung Focus and HTC Surround for AT&T. The HD7, however, holds the distinction of having the largest display of any Windows Phone 7 handset in the U.S., and certainly the extra screen real estate plays well with the platform's multimedia and gaming abilities. That said, it doesn't have the crispness and vibrancy of some of the latest smartphone displays, and in general, we would have liked to see more improvements ... Expand full review



Photo gallery:
HTC HD7 (T-Mobile)

The HTC HD7 is T-Mobile's first Windows Phone 7 device and makes its debut on November 8, along with the Samsung Focus and HTC Surround for AT&T. The HD7, however, holds the distinction of having the largest display of any Windows Phone 7 handset in the U.S., and certainly the extra screen real estate plays well with the platform's multimedia and gaming abilities. That said, it doesn't have the crispness and vibrancy of some of the latest smartphone displays, and in general, we would have liked to see more improvements or upgrades to the HD7 in comparison to its predecessor, the HTC HD2, as the two phones share the same screen, processor, and battery. Still, the HD7 performs well and as we discussed in our review of Windows Phone 7, Microsoft's revamped mobile operating system is solid, so if you crave a big display, the HD7 is the way to go. The HTC HD7 will cost $199.99 with a two-year contract and after a $50 mail-in rebate.

**Design**

Of the Windows Phone 7 devices we've reviewed so far--the Samsung Focus and the HTC Surround--the HTC HD7 is certainly the most eye-catching. For one, it's the largest of the group, taking after its predecessor, the HTC HD2. The smartphone measures 4.8 inches tall by 2.7 inches wide by 0.4 inch thick and weighs 5.7 ounces. The size won't appeal to everyone, as it is a handful, but to HTC's credit, the company kept the handset pretty thin so you can still manage to slip it into a pants pocket. The build quality of the phone is solid, and the soft-touch finish on the back prevents it from feeling too plasticky and slick.



**The HTC HD7 is on the larger side, but you get the benefit of a bigger screen.**

Of course, the whole reason for the HD7's bigger size is the 4.3-inch touch screen. It's currently the largest display offered on a Windows Phone 7 device here in the U.S. There are several benefits to that. The extra screen real estate makes it great for multimedia, playing games, and Web browsing--features which are well-implemented on Windows Phone 7. When the Amazon Kindle app for Windows Phone 7 is released, you'll also be able to read e-books right on the phone.

Another advantage is that you get a larger keyboard. Windows Phone 7 already offers a pretty great and accurate keyboard, and we had no problems using it on the Samsung Focus and HTC Surround, but we did find we were able to type much faster using the HD7. One thing that doesn't change, however, is the number of tiles and apps that are viewable from the Start screen and apps menu list. They're simply enlarged on the HD7, so you're seeing the same amount that you would on the Focus or Surround.

The touch screen is responsive. Apps and hubs launched as soon as we tapped on the tiles or shortcuts, and we were able to quickly move through the hubs. Scrolling and pinch-to-zoom were also smooth. Overall, the display is bright and clear, showing off 480x800 pixels, but we definitely noticed a difference in quality compared with some of the higher-resolution displays on some of the today's latest smartphones. It just wasn't as sharp or crisp as some of the latest smartphones, and colors looked a bit dull compared with the Super AMOLED screen on the Focus. It's not a deal breaker, and the touch screen works well with Windows Phone 7; we just think the experience could have been that much better with a sharper display.

Below the display, you will find the back, start, and search buttons, which are required by Microsoft. They're of the touch-sensitive variety, but there are also several physical buttons on the device, including a volume rocker and a camera key on the right side, and a power button on top of the phone.

Rounding out things is a Micro-USB port and a 3.5-millimeter headphone jack on the bottom, and the camera and dual-LED flash on back. HTC cleverly incorporated a metal kickstand around the latter. There's a small gap where you can use your finger to pop the kickstand open and lay the phone on a flat surface so you can enjoy videos and music hands-free. The phone's speakers are visible just above and below the touch screen.



The HTC HD7 comes packaged with an AC adapter, a USB cable, a wired stereo headset, and reference material.

**Features**

We won't dive into every feature of Windows Phone 7 here; you can read more about the operating system in our in-depth review here. Instead, for this review, we'll focus more on the features that are specific to the HTC HD7.

The phone features are pretty much what you would expect: quad-band world roaming, a speakerphone, call waiting, call forwarding, conference calling, voice dialing, and text and multimedia messaging. The HD7 doesn't support T-Mobile's HSPA+ network, but it is 3G-capable and has Wi-Fi (802.11b/g/n), Bluetooth 2.1, and GPS. As a limitation of Windows Phone 7, there is no tethering support right now.

Hide Review Next page

**The HD7 has a built-in kickstand, which you can use to view videos and photos and listen to music hands-free.**

Though customization is limited on Windows Phone 7, OEMs (Original Equipment Manufacturers) and carrier partners can still put their own spin on the devices, and

**Summary:** I've had the HD7 for about 10 days, now, and am extremely pleased. My previous smartphone was a Blackberry Curve, which was a great phone when I bought it, but it had gotten pretty out-of-date. But my university has a contract with ATT, and my RIM was with T-Mobile, ... Expand full review

Most recent user reviews (Showing 2 of 48 reviews)

5.0 stars

**"Extremely handy, very slick, just a beautiful phone."** on April 2, 2011 by **Karyesea** (**1 review**)

5.0 stars

**"Awesome phone! Would recommend to anybody!"** on March 21, 2011 by **Hahnmr** (**1 review**)

See all user reviews

**Where to buy**

Shop now

Starting at: $9.99 from 9 stores

$409.99 Amazon.com

**See It**
$589.99 CompUSA

**See It**
$589.99 TigerDirect.com

**See It**
$519.53 Cellular Choices

**See It**
$589.99 Circuit City

**See It**

**Compare prices from all 9 stores**

**Specifications**

See All

Service provider: T-Mobile
Cellular technology: WCDMA (UMTS) / GSM
Combined with: With digital camera
Weight: 5.7 oz
Sensor resolution: 5 megapixels

See all specifications

Reviews
All Reviews
Camcorders
Car Tech
Cell Phones
Digital Cameras
GPS
Laptops
TVs

News
All News
Business Tech
Crave
Cutting Edge
Green Tech
Security
Wireless

Downloads
Add Your Software
All Downloads
Mac
Mobile
Software Deals
Webware

Windows

Video
All Videos
Apple Byte
Buzz Report
CNET Top 5
Loaded
Prizefight

More
About CBS Interactive
About CNET
CNET Deals
CNET Forums
CNET Mobile
CNET Site Map
CNET Widgets
Corrections
Help Center
Newsletters
Permissions
RSS

Join us on
Facebook
Twitter
YouTube

## POPULAR TOPICS:

Apple iPhone,
Apple iPod,
LCD TV,
Apple iPad,
Smartphones,
Windows 7,
CES 2011,
Google Android,
HTC phones,
Android phones

Top Brands:
Acer Products
    Notebooks
Samsung
    Televisions
    Mobile Phones
    Blu-Ray & Home Theater
    Notebooks
    Monitors & Printers
    Cameras & Camcorders
Intel Products
AT&T Products
    Cell Phones

© 2011 CBS Interactive. All rights reserved.
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
Visit other CBS Interactive sites: Select Site