# EXHIBIT K

CNET Home
**Go green with AT&T Refurb Phones**

log in
join CNET

Home
*You are here:*Reviews
News
Downloads
Video

Search

Go

Cell Phones
Camcorders
Digital Cameras
Laptops
TVs
Car Tech
All Categories *Menu*
Forums

# HTC Surround (AT&T)

Want it**13**
Got it**18**
Had it**2**

Like   36



**CNET Editors' Rating**
3.5 stars

Very good

**Average User Rating**
4.0 stars

out of 21 user reviews  See all user reviews

**Quick Specs**

Service provider: AT&T
Cellular technology: WCDMA (UMTS) / GSM
Combined with: With digital camera

See all specifications

**Where to buy**

Shop now

Starting at: $0.00 from 3 stores

$0.01 Amazon.com

**See It**
$0.00 AT&T Wireless

**See It**
$99.99 LetsTalk.com

**See It**

**Compare prices from all 3 stores**

**Editors' review**

Expand full review 

Reviewed by:
Bonnie Cha
Reviewed on: 10/20/2010
Released on: 11/08/2010

CNET editors' rating
Design: **7.0**
3.5 stars    Features: **8.0**
    **7.0/10**    Performance: **8.0**
    **8.0/10**
    **8.0/10**

Check coverage in your area

Editors' rating explained

**The good:** The HTC Surround features surround-sound speakers and a kickstand. The smartphone has a 1GHz processor, full wireless options, and a 5-megapixel camera. Windows Phone 7 brings a fresh and friendly user interface, great multimedia capabilities, and an improved browser.

**The bad:** Speakerphone volume is low. Phone is hefty and lacks expandable memory. No copy and paste yet. Limited support for landscape mode. Xbox Live games slow to load. No direct syncing for non-Exchange Outlook accounts; must go through the cloud.

**The bottom line:** The HTC Surround features the high-quality design that we've come to expect from HTC, but the only thing its built-in speakers really add to the phone is weight. Unless you're set on the speakers, the Samsung Focus is a sleeker Windows Phone 7 device for AT&T with slightly better performance and options.

### User Reviews

See All User Reviews

**Average user rating**

4.0 stars out of 21 user reviews

**My Rating**

0 stars

you have not rated this yet

**Write Review**

**Rating Breakdown**

5 star
13/21
13
4 star
5/21
5
3 star
0/21
0
2 star
2/21
2
1 star
1/21
1

**CNET Community**

This product is on 27 **member lists**.

Most helpful user review

Showing number 1 of 21 reviews 4 of 4 users found this review helpful

4.0 stars

**"Better user experience than with Samsung Focus"** on December 12, 2010 by urr_quasdim (16 reviews)

**Pros:** Build quality, touch-screen response, non-slip back, very fast CPU, good size and nice color display

**Cons:** lacks cut & paste (for now), app count small and repetitive (but growing), camera lacks anti-shake, mail client doesn't open all attachments and syncs Inbox folder only

**Summary:** I had the opportunity to compare the Samsung Focus to the HTC Surround, both being WP7 devices. Aware of the fact that the former was better rated than the latter (even made it to the top 10 CNET choice for 2010), I nevertheless tried to compare the two without any ... Expand full review

Most recent user reviews (Showing 2 of 21 reviews)

5.0 stars

**"Windows Phone 7 + HTC = Great Phone"** on February 15, 2011 by dcdenonda (2 reviews)

4.5 stars

**Review:**



Photo gallery:
HTC Surround (AT&T)

*Editors' note: In our review of the HTC Surround and Samsung Focus, we point out some of the more major features of Windows Phone 7, but for a more detailed look at the full operating system, please check out our in-depth review of* Windows Phone 7.

HTC came out strong at the Windows Phone 7 launch event with the introduction of five handsets. Most were for the European and Asian markets, but AT&T landed the HTC Surround, while Sprint will get the HTC 7 Pro in early 2011. The Surround is unique in ... Expand full review



Photo gallery:
HTC Surround (AT&T)

*Editors' note: In our review of the HTC Surround and Samsung Focus, we point out some of the more major features of Windows Phone 7, but for a more detailed look at the full operating system, please check out our in-depth review of* Windows Phone 7.

HTC came out strong at the Windows Phone 7 launch event with the introduction of five handsets. Most were for the European and Asian markets, but AT&T landed the HTC Surround, while Sprint will get the HTC 7 Pro in early 2011. The Surround is unique in that it offers built-in surround-sound speakers with Dolby Mobile and SRS WOW HD technology--a cool but niche feature. As far as devices go, the Samsung Focus will be the best choice for most consumers. Of course, the bigger story here is Windows Phone 7. Microsoft's gamble to completely overhaul its mobile operating system paid off, resulting in a fun and easy-to-use interface and an updated feature list that keeps it in step with the iPhone and Android. There are certainly issues and omissions that need to addressed --and hopefully quickly on Microsoft's part--but Windows Phone 7 shouldn't be overlooked.

The HTC Surround will be available starting November 8, for $199.99 with a two-year contract.

**Design**
The HTC Surround fits right into the company's portfolio of smartphones with its classic, corporate-appropriate look and high-quality construction. The handset measures 4.7 inches tall by 2.4 inches wide by 0.5 inch thick and weighs 5.82 ounces, so it's a tad on the hefty side but in turn, you get a very solid-feeling device. The soft-touch finish and metal frame around the screen also add to the phone's premium design.



Now, there's actually a reason for the extra bulk and that's the built-in Yamaha speakers. They hide behind the screen until you push the screen to the left. If you flip the phone around to the back, you'll also see there's a kickstand at the bottom that allows you to prop the phone on a flat surface for watching a video, listening to music, or taking a call hands-free. The speakers actually offer surround sound via Dolby Mobile and SRS WOW HD and to activate it, you just press the small button on the left-hand side of the speaker.

There's a noticeable difference when you do this, as the audio sounds richer and fuller. However, the overall sound quality didn't really knock our socks off. It's certainly better than most, but songs still sounded somewhat tinny. Also, during a speakerphone call, the volume, even at its highest level, was too low to have a conversation in a slightly noisier environment. For being the phone's highlighted feature, it's certainly not the selling point for the phone. We already felt like the speakers were bit of a superfluous item that would only appeal to a limited number of people, but now even more so.

**The HTC Surround features a slider design with surround-sound speakers.**



**The Surround also has a kickstand, so you can place it on a desk to watch videos or listen to music.**

Moving along, the Surround features a 3.8-inch, 480x800 pixel capacitive touch screen. It's crisp and bright, but colors don't quite pop off the screen as they do on the Samsung Focus' Super AMOLED screen. However, it's easy to read and viewable in daylight, and responsive.

The back, Start, and search keys are below the display, and like the Samsung Focus, HTC chose to go with touch-sensitive buttons. There's a volume rocker and a camera button on the right spine, and a power button and 3.5mm headphone jack on top of the device. On back, you'll find the camera and flash.

AT&T packages the HTC Surround with an AC adapter, a USB cable, a wired stereo headset, and reference material.

**User interface**
Windows Phone 7 is a complete and refreshing departure from previous versions of Windows Mobile. Microsoft essentially pressed the restart button and worked with a team of designers to create a mobile operating system based a number of principles, including elegance and simplicity, typography, motion, and relevance, which we mostly saw during this preview.

The change is immediately noticeable as soon as you pick up the phone. Microsoft stripped away all unnecessary information (almost too much actually--the status bar displaying battery life, signal strength, and so forth goes into hiding after a couple of seconds) and soft buttons, and created a Start screen that consists of "live tiles," which are essentially dynamic widgets to your favorite apps, contacts, and hubs and also display alerts, such as new e-mail and missed calls. You can rearrange the order of the tiles and remove them by doing a long press on the screen. You can also "pin" new tiles, but to do so, you must first navigate to the list of apps (press arrow to the right of the Start screen) or the People hub, find the item that you want to add, and then pin it to the Start screen.

Overall, Windows Phone 7 provides a more pleasant navigation experience than previous iterations of Windows Mobile, mostly from an aesthetic standpoint but in other aspects too. As much as Microsoft focused on the typography and creating a chromeless user interface, it also concentrated on motion and as you launch apps and navigate through the different screens, you'll notice that some of the transitions are marked by turnstile motions. It's modern and fresh, but sometimes it can slow down navigation.

Case5:08-cv-00882-JF   Document292-11   Filed04/08/11   Page6 of 7

**"Awesome Phone"** on February 13, 2011 by **brandontkeenan** (**3 reviews**, **2 lists**)

See all user reviews

**Where to buy**

Shop now

Starting at: $0.00 from 3 stores

> $0.01 Amazon.com
>
> **See It**
> $0.00 AT&T Wireless
>
> **See It**
> $99.99 LetsTalk.com
>
> **See It**

**Compare prices from all 3 stores**

**Specifications**

See All

> Service provider: AT&T
> Cellular technology: WCDMA (UMTS) / GSM
> Combined with: With digital camera
> Weight: 5.8 oz
> Sensor resolution: 5 megapixels

See all specifications

> Reviews
> All Reviews
> Camcorders
> Car Tech
> Cell Phones
> Digital Cameras
> GPS
> Laptops
> TVs
>
> News
> All News
> Business Tech
> Crave
> Cutting Edge
> Green Tech
> Security
> Wireless
>
> Downloads
> Add Your Software
> All Downloads
> Mac
> Mobile
> Software Deals
> Webware
> Windows
>
> Video
> All Videos
> Apple Byte
> Buzz Report
> CNET Top 5
> Loaded
> Prizefight
>
> More
> About CBS Interactive
> About CNET
> CNET Deals
> CNET Forums
> CNET Mobile
> CNET Site Map

CNET Widgets
Corrections
Help Center
Newsletters
Permissions
RSS

Join us on
Facebook
Twitter
YouTube

## POPULAR TOPICS:

Apple iPhone,
Apple iPod,
LCD TV,
Apple iPad,
Smartphones,
Windows 7,
CES 2011,
Google Android,
HTC phones,
Android phones

Top Brands:
Acer Products
    Notebooks
Samsung
    Televisions
    Mobile Phones
    Blu-Ray & Home Theater
    Notebooks
    Monitors & Printers
    Cameras & Camcorders
Intel Products
AT&T Products
    Cell Phones

© 2011 CBS Interactive. All rights reserved.
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
Visit other CBS Interactive sites: Select Site