# EXHIBIT L



**09.09.2010**

# Introducing the T-Mobile G2 with Google — the First Smartphone Delivering 4G Speeds on T-Mobile's Super-Fast HSPA+ Network

Introducing the T-Mobile G2 with Google — the First Smartphone Delivering 4G Speeds on T-Mobile's Super-Fast HSPA+ Network

*T-Mobile, Google and HTC re-team to deliver the groundbreaking successor to the T-Mobile G1; Exclusive preorder for current T-Mobile customers begins later this month*

**BELLEVUE, Wash. — Sept. 9, 2010 —** T-Mobile USA, Inc. today unveiled the T-Mobile® G2™ with Google™, delivering downloads at 4G speeds[1], a blazing fast web browsing experience and tight integration with Google services. The G2 breaks new ground as the first Smartphone specifically designed for T-Mobile's new HSPA+ network[2], which covers 100 million Americans in more than 55 major metropolitan areas across the country. The G2 is an ultra-powerful Smartphone designed by HTC and is the highly anticipated successor to the T-Mobile G1, the world's first Android™ powered mobile phone, pairing a large 3.7-inch screen with a unique hinge design that opens to reveal a full QWERTY keyboard. Current T-Mobile customers will get exclusive access to preorder the G2 starting later this month.

"T-Mobile ignited the spark that set the Android world ablaze two years ago with the launch of the world's first Android-powered mobile phone, the T-Mobile G1, which remains an important milestone for both T-Mobile and the Android operating system," said Cole Brodman, chief technology and innovation officer, T-Mobile USA. "Now, with the launch of the T-Mobile G2, we are re-teaming with our partners at Google and HTC to provide T-Mobile customers with another first — the first Android Smartphone designed to deliver 4G speeds on our new network."

"One of the advantages of an open platform is the opportunity for developers to create rich mobile experiences and seamlessly get those experiences into the hands of consumers," said Andy Rubin, vice president, engineering, Google. "From new services, such as Voice Actions, to mobile applications, developer-led Android innovation is flourishing. On Android Market alone, the number of applications available to consumers has grown from just 50 applications two years ago to more than 80,000 applications today."

"Two years ago, HTC and T-Mobile worked together to deliver the world's first Android phone, the

T-Mobile G1. From that start, Android has grown to be the leading Smartphone platform in the U.S., and one of the most popular globally," said Peter Chou, chief executive officer, HTC Corporation. "With today's announcement of the G2, HTC and T-Mobile are once again bringing a breakthrough Android product to market."

The first Smartphone specifically designed to deliver 4G speeds on T-Mobile's new HSPA+ network, the G2 is optimized for performance to provide customers with blazing fast access to a world of information through websites, applications, videos, file downloads and more. Built on Android 2.2, the G2 offers seven customizable home screen panels, including a dedicated panel with one-click access to your favorite Google applications such as Android Market™, which currently offers more than 80,000 applications.

The T-Mobile G2 delivers a powerful mobile data experience that is tightly integrated with Google Voice™, as well as packed with Google applications such as Voice Actions™ from Google, Google Goggles™ and more. It is one of the first Smartphones in the industry to offer the new Voice Actions feature of Google Search™, which allows you to control your phone with your voice for calling contacts and businesses, sending messages, browsing the Web, listening to music and completing common tasks. It is also the first Smartphone to offer integrated access to Google Voice™, allowing customers to create a new account using their current mobile number right from the home screen. Google Voice then automatically transcribes voicemails to text so customers can read them like an e-mail or text message from their phone or online. Additional pre-loaded Google services include Google Search, Gmail™, Google Maps™ with Places and Navigation, YouTube™, Google Talk™ and Google Earth™, among others.

Adding fuel to the G2's speed is its Snapdragon™ MSM7230 mobile processor which combines Qualcomm's new HSPA+ capabilities and second generation applications processor. The Snapdragon MSM7230 offers an 800 MHz CPU and is optimized to deliver exceptional performance, long battery life and leading edge multimedia and web browsing — with download speeds faster than other solutions currently in the market.

The G2 delivers advanced Smartphone features including an HD video camera for recording crystal-clear, high-definition (720p) videos that can be automatically uploaded to your Photobucket account and a 5-megapixel camera with LED flash and autofocus. The G2 also offers Smartphone essentials such as easy access to personal and work e-mail, including support for Microsoft® Exchange e-mail, contacts and calendar; social networking; and instant messaging. In addition, the G2 features a pre-installed 8GB microSD memory card with support for up to 32 GB, as well as a music player.

Additional features of the G2 include the following:

- Dedicated Quick Keys for one-touch access to your favorite Google shortcuts and applications
- Adobe Flash Player enabled Web browsing experience
- Pinch and zoom functionality for Web browsing and photo gallery
- 4GB internal memory with pre-installed 8GB micro SD card, with support for up to 32 GB of external memory
- Built-in 3.5mm headphone jack, stereo headset and Bluetooth support
- Swype® text input for fast, accurate communication

**Availability**
The T-Mobile G2 with Google will be available in the U.S. exclusively from T-Mobile, and current T-Mobile customers will have the opportunity to preorder the G2 in limited quantities later this month.

Additional availability details will be shared in the coming weeks. Visit http://g2.t-mobile.com to register for updates.

**About T-Mobile's HSPA+ Network**

T-Mobile continues to expand its super-fast HSPA+ mobile broadband network, which now covers 100 million Americans in more than 55 major metropolitan areas. T-Mobile's new

HSPA+ network — which offers theoretical peak throughput speeds of 21 Mbps — offers today's available 4G speeds to more people than any other wireless network in the country, with plans to reach more than 200 million people this year. For more information on where T-Mobile's HSPA+ network service is available, please visit http://t-mobile.com/coverage.

*1HSPA+ operates at today's 4G speeds; not available everywhere.*

*2 The T-Mobile G2 is designed for theoretical peak speeds of 14.4 Mbps*

Google, Android, Android Market, Google Voice, Voice Actions, Google Goggles, Gmail, Google Search, Google Maps, YouTube, Google Talk and Google Earth are trademarks of Google, Inc.

Qualcomm is a registered trademark of Qualcomm Incorporated. Snapdragon is a trademark of Qualcomm Incorporated.

**About T-Mobile USA, Inc.**

Based in Bellevue, Wash., T-Mobile USA, Inc. is the U.S. wireless operation of Deutsche Telekom AG. By the end of the second quarter of 2010, more than 130 million mobile customers were served by the mobile communication segments of the Deutsche Telekom group — 33.6 million by T-Mobile USA — all via a common technology platform based on GSM and UMTS, the world's most widely used digital wireless standards. T-Mobile USA's innovative wireless products and services help empower people to connect to those who matter most. Multiple independent research studies continue to rank T-Mobile among the highest in numerous regions throughout the U.S. in wireless customer care and call quality. For more information, please visit http://www.T-Mobile.com. T-Mobile is a federally registered trademark of Deutsche Telekom AG.

**Forward-looking statements**

This press release contains forward-looking statements that reflect the current views of Deutsche Telekom management with respect to future events. The words "anticipate," "believe," "estimate," "expect," "intend," "may," "plan," "project" and "should" and similar expressions are intended to identify forward-looking statements. Forward-looking statements are based on current plans, estimates and projections, and therefore you should not place too much reliance on them. Such statements are subject to risks and uncertainties, most of which are difficult to predict and are generally beyond Deutsche Telekom's control, including, without limitation, those factors set forth in "Forward-Looking Statements" and "Risk Factors" contained in Deutsche Telekom's annual report. If these or other risks and uncertainties materialize, or if the assumptions underlying any of these statements prove incorrect, Deutsche Telekom's actual results may be materially different from those expressed or implied by such statements. Deutsche Telekom does not intend or assume any obligation to update these forward-looking statements.