# EXHIBIT M

CNET Home
 **Go green with AT&T Refurb Phones**

log in
join CNET

Home
*You are here:*Reviews
News
Downloads
Video

Search

Go

Cell Phones
Camcorders
Digital Cameras
Laptops
TVs
Car Tech
All Categories *Menu*
Forums

# T-Mobile G2

Want it**103**
Got it**106**
Had it**28**

Like   422

**CNET Editors' Rating**
4.0 stars

Excellent

**Average User Rating**
4.0 stars

out of 109 user reviews   See all user reviews

**Quick Specs**

Weight: 6.5 oz
Diagonal screen size: 3.7 in

See all specifications

**Where to buy**

Shop now

Starting at: $79.99 from 7 stores

$539.53 Cellular Choices

**See It**
$539.53 A1 Wireless

**See It**
$450.00 Amazon.com Marketplace

**See It**
$568.15 Amazon.com

**See It**
$539.99 Wirefly Mobile

**See It**

**Compare prices from all 7 stores**

**Editors' review** 

Expand full review

Reviewed by:
Bonnie Cha
Reviewed on: 10/05/2010
Released on: 10/06/2010

CNET editors' rating
Design: **8.0**
4.0 stars　　Features: **8.0**
　　8.0/10　　Performance: **9.0**
　　　　　　8.0/10
　　　　　　　　　9.0/10

Check coverage in your area

Editors' rating explained

**The good:** The T-Mobile G2 boasts a premium design and easy-to-use QWERTY keyboard. It's the first smartphone to support T-Mobile's HSPA+ network, and offers speedy performance and good call quality. It ships running Android 2.2 with the stock Android interface.

**The bad:** The G2 doesn't offer tethering or mobile hot spot capabilities. We have some concerns about the slider hinge.

**The bottom line:** Some minor issues aside, the T-Mobile G2 is one of the carrier's top Android smartphones, offering an excellent QWERTY keyboard, speed, and plenty of features.

### User Reviews

See All User Reviews

**Average user rating**

4.0 stars out of 109 user reviews

**My Rating**

0 stars

you have not rated this yet

**Write Review**

**Rating Breakdown**

5 star
69/109
69
4 star
16/109
16
3 star
9/109
9
2 star
7/109
7
1 star
8/109
8

**CNET Community**

**This product is on 96 member lists.**

Most helpful user review

Showing number 1 of 109 reviews 23 of 42 users found this review helpful

5.0 stars

**"Knocked my socks off! Unbelievable phone."** on September 30, 2010 by want2cbetter (4 reviews)

**Pros:** Great build quality. Keyboard is the best I've used since my Blackberry. Screen quality is amazing. 800mhz processor is fast. Good battery life. Android 2.2 out of the box.

**Cons:** May be too heavy for some (although I enjoy the substance). No movie preloaded on it like the HD2 and Vibrant :(

**Summary:** This is my first Android device and what a device it is It feels firm in your hand - solid, quality build. The processor is fast - much faster (at 800mhz) than my HD2 (at 1ghz). The battery life is impressive. The keyboard is very very easy to get used ... Expand full review

Most recent user reviews (Showing 2 of 109 reviews)

2.0 stars

**Review:**



Photo gallery:
T-Mobile G2

With all the Android devices that have come out in the past year, it's surprising that the T-Mobile G1, the first Android phone to ever hit the market, is just now getting a successor. After all, it's been two years since the G1 debuted, which is an eternity in the tech world. However, the T-Mobile G2 (also known as the HTC Desire Z overseas) was worth the wait with its premium design, outstanding keyboard, and fast performance. It's also the first smartphone to support T-Mobile's HSPA+ network, which delivered impressive speeds. Sure, ... Expand full review



Photo gallery:
T-Mobile G2

With all the Android devices that have come out in the past year, it's surprising that the T-Mobile G1, the first Android phone to ever hit the market, is just now getting a successor. After all, it's been two years since the G1 debuted, which is an eternity in the tech world. However, the T-Mobile G2 (also known as the HTC Desire Z overseas) was worth the wait with its premium design, outstanding keyboard, and fast performance. It's also the first smartphone to support T-Mobile's HSPA+ network, which delivered impressive speeds. Sure, we have our quibbles, but for T-Mobile customers looking for a more high-end device or a purer Android experience than the Samsung Vibrant or the T-Mobile MyTouch 3G Slide, should definitely check out the G2. The T-Mobile G2 is available for $199.99 with a two-year contract at T-Mobile stores, as well as other electronic retailers including Best Buy and Radio Shack.

**Design**
Let's be honest. The T-Mobile G1 wasn't much of a stunner in the looks department, and though we wouldn't necessarily classify the T-Mobile G2 as sexy, the smartphone's design is a huge improvement over its predecessor. At 4.68 inches tall by 2.37 inches wide by 0.55 inch thick and 6.5 ounces, the G2 isn't the most compact or lightweight device, but without the chin, it's easier to slip into a pants pocket. The overall look of the phone is clean and very professional, but what's striking about the handset is its build quality. The G2 features stainless-steel parts and a soft-touch finish, and when you hold the phone in your hand, it feels like you're getting a premium device and not something plasticky or cheap.



**In hand, the T-Mobile G2 has a very high-quality feel to it.**

The G2 features a 3.7-inch WVGA Super TFT capacitive touch screen. It's not quite as vivid as the Super AMOLED displays that grace Samsung's Galaxy S phones, but it's still gorgeous and bright. Images and video look great, and text was easy to read. The display also has a proximity sensor, a built-in accelerometer, and pinch-to-zoom support, all of which were responsive during our testing.

The G2 offers both the Android keyboard and Swype, but you also have a four-row QWERTY keyboard at your disposal, and it's quite a good one. The raised buttons are a decent size with enough spacing between them to minimize mispresses. Though we love Swype, we found the keyboard so easy to use that we found ourselves using it for most tasks, even sending short text messages. There's also a dedicated button for the www./.com extensions, as well as three "quick keys" on the bottom row, which you can assign to open specific apps.



**We found the G2's QWERTY keyboard easy to use.**

All that said, there is one aspect of the G2's design that bothers us a bit, and that's the slider hinge. The sliding mechanism itself is very smooth, and the screen locks securely into place. However, as some early users have discovered, it doesn't always stay in place. It's unclear whether this is happening on every device, but when the G2 is held upside down, the screen drops down. It happened on our review unit after a few hours of use, but granted, you're not going to be holding your phone in that position; we wouldn't say it's a deal breaker, but still, we'd prefer if it stayed shut. We're also a little weary at how the hinge will hold up after an extended period of use, but T-Mobile said that it put the G2 through rigorous testing and passed, so we'll see.

There are a number of other controls on the phone. Below the display, you'll find the standard Android shortcuts--home, menu, back, and search--as well as an optical trackpad. On the left side, there's a volume rocker and Micro-USB port and a camera activation/capture key on the right spine. The top of the device features a 3.5mm headphone jack and a power button, and the camera and flash are located on the back.

The T-Mobile G2 comes packaged with an AC adapter, a USB cable, an 8GB microSD card, a wired stereo headset, and reference material.

**Features**
The T-Mobile G2 is quite a feature-packed smartphone, but one aspect that sets it apart from the rest of the pack is the fact that it's T-Mobile's first HSPA+ smartphone. HSPA+ is an evolution of the carrier's 3G network, and though not technically 4G, T-Mobile is promising 4G-like speeds with theoretical peak speeds of 14.4Mbps. One thing to keep in mind, however, is that the network isn't widely available. Currently, T-Mobile has rolled out its HSPA+ network to 65 major metropolitan cities, including the San Francisco Bay Area, Los Angeles, New York, Boston, Philadelphia, Houston, and Seattle, and reaches 100 million people. The carrier said it plans to expand its footprint to 100 major metropolitan cities by the end of the year. You can check for your city on T-Mobile's coverage map.

Luckily, we were able to test out the network here in Manhattan, and we have to say the speeds were quite impressive. We downloaded Ookla's Speedtest.net app from the Android Market to our G2 to clock download and upload speeds, and we averaged 3.89Mbps down, peaking at 5.18Mbps, and 1.28Mbps up. By comparison, Sprint's 4G network provided average download speeds of 3.42Mbps and upload speeds of 0.93Mbps on the HTC Evo 4G.

**"Not worth it. Could be a great phone if it worked."** on March 31, 2011 by **brownchunk** (**1 review**)

5.0 stars

**"Best phone ever."** on March 30, 2011 by **guido44** (**9 reviews**, **2 lists**)

See all user reviews

**Where to buy**

Shop now

Starting at: $79.99 from 7 stores

$539.53 Cellular Choices

**See It**
$539.53 A1 Wireless

**See It**
$450.00 Amazon.com Marketplace

**See It**
$568.15 Amazon.com

**See It**
$539.99 Wirefly Mobile

**See It**

**Compare prices from all 7 stores**

**Specifications**

See All

Weight: 6.5 oz
Diagonal screen size: 3.7 in

See all specifications

Reviews
All Reviews
Camcorders
Car Tech
Cell Phones
Digital Cameras
GPS
Laptops
TVs

News
All News
Business Tech
Crave
Cutting Edge
Green Tech
Security
Wireless

Downloads
Add Your Software
All Downloads
Mac
Mobile
Software Deals
Webware
Windows

Video
All Videos
Apple Byte
Buzz Report
CNET Top 5
Loaded
Prizefight

More
About CBS Interactive
About CNET
CNET Deals
CNET Forums
CNET Mobile
CNET Site Map
CNET Widgets
Corrections
Help Center
Newsletters
Permissions
RSS

Join us on
Facebook
Twitter
YouTube

## POPULAR TOPICS:

Apple iPhone,
Apple iPod,
LCD TV,
Apple iPad,
Smartphones,
Windows 7,
CES 2011,
Google Android,
HTC phones,
Android phones

Top Brands:
AT&T Products
    Cell Phones
Intel Products
Acer Products
    Notebooks
Samsung
    Televisions
    Mobile Phones
    Blu-Ray & Home Theater
    Notebooks
    Monitors & Printers
    Cameras & Camcorders

© 2011 CBS Interactive. All rights reserved.
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
Visit other CBS Interactive sites: [Select Site ▼]