# EXHIBIT N

CNET Home
 **Go green with AT&T Refurb Phones**

log in
join CNET

Home
*You are here:*Reviews
News
Downloads
Video

Search

Go

Cell Phones
Camcorders
Digital Cameras
Laptops
TVs
Car Tech
All Categories *Menu*
Forums

# T-Mobile MyTouch 4G (white)

Want it **60**
Got it **64**
Had it **13**

Like ·323



Service provider: T-Mobile
Cellular technology: WCDMA (UMTS) / GSM
Combined with: With digital player / digital camera

See all specifications

**Where to buy**

Shop now

Starting at: $79.99 from 2 stores

$79.99 Amazon.com

**See It**
$79.99 LetsTalk.com

**See It**

**Compare prices from all 2 stores**



| **Editors' review** | | CNET editors' rating | | | **Check coverage in your area** | **The good:** The T-Mobile MyTouch 4G features a thin and sturdy design. The Android 2.2 device supports the |
|---|---|---|---|---|---|---|
| Expand full review | | Design: **8.0** | Features: **9.0** | | | |
| | | 4.0 stars | | Performance: **8.0** | | |
| | Reviewed by: Bonnie Cha Reviewed on: 11/01/2010 Released on: 11/03/2010 | **8.0/10** | **9.0/10** | **8.0/10** | **Editors' rating explained** | |

carrier's HSPA+ network and offers Wi-Fi calling and mobile hot spot capabilities. The MyTouch 4G also has a 1GHz Snapdragon processor and a 5-megapixel camera.

**The bad:** Speakerphone volume is too low. We had numerous issues with video calls. The smartphone is a little on the heavy side.

**The bottom line:** Though video chat isn't ready for prime time, there's plenty to love about the T-Mobile MyTouch 4G, including its speed, sleek and sturdy design, and great call quality.

### User Reviews

See All User Reviews

**Average user rating**

4.0 stars out of 67 user reviews

**My Rating**

0 stars

you have not rated this yet

**Write Review**

**Rating Breakdown**

5 star
51/67
51
4 star
8/67
8
3 star
6/67
6
2 star
2/67
2
1 star
0/67
0

**CNET Community**

**This product is on 63 member lists.**

Most helpful user review

Showing number 1 of 67 reviews 24 of 25 users found this review helpful

5.0 stars

**"Major New 4G!"** on March 12, 2011 by **ThomasMatte** (**3 reviews**)

**Pros:** + Fast, Fast, Fast
+ Large 3.8 inch display
+ Freedom of Android OS
+ Seamlessly linked to Google
+ Life time free navigation on Google Maps

**Cons:** - T-Mobile modified software
- The power button at the top of the phone is not recessed

**Summary:** I was a loyal G1 user. I had decided to upgrade to either the G1 G2 or the 4G MyTouch. I was scared to go keyboard-less, being used to the slide keyboard. I also felt that somehow I would be abdicating my loyalty to Android if I bought the 4G, ... Expand full review

Most recent user reviews (Showing 2 of 67 reviews)

5.0 stars

**"Major New 4G!"** on March 12, 2011 by **ThomasMatte** (**3 reviews**)

5.0 stars

**Review:**

The T-Mobile MyTouch 4G is the latest addition to the carrier's MyTouch series of Android phones, and it brings a slew of design and feature enhancements. With a more solid build, the Android 2.2 smartphone feels like a premium device and has the goods to back it up, with HSPA+ support, Wi-Fi calling, mobile hot spot capabilities, and a second-gen 1GHz Snapdragon processor, just to name a few. Unfortunately, one of its hallmark features, video chat, doesn't work all that well, as we were ran into a number of issues. The good news is that there are ... Expand full review

The T-Mobile MyTouch 4G is the latest addition to the carrier's MyTouch series of Android phones, and it brings a slew of design and feature enhancements. With a more solid build, the Android 2.2 smartphone feels like a premium device and has the goods to back it up, with HSPA+ support, Wi-Fi calling, mobile hot spot capabilities, and a second-gen 1GHz Snapdragon processor, just to name a few. Unfortunately, one of its hallmark features, video chat, doesn't work all that well, as we were ran into a number of issues. The good news is that there are plenty of other great things about the smartphone to occupy you until video chat is ironed out. The MyTouch 4G is fast, sleek, and delivers great call quality, making it a great alternative if you don't need a keyboard or dislike the bulkiness of the T-Mobile G2. The T-Mobile MyTouch 4G will be available November 3 for $199.99 with a two-year contract.

**Design**
The T-Mobile MyTouch 4G has a similar shape and look as the rest of the MyTouch family, but there's a noticeable difference in weight and feel. Unlike the previous models, the MyTouch 4G features stainless steel parts and in some instances, a soft-touch finish around the edges (only on certain colors) to give it a more solid and premium feel. As a result, the handset is a bit on the heavier side at 5 ounces. Though design is a subjective thing, we'd rather have a slightly heavier but more solid-feeling device than a light and cheap, plasticky phone. Plus, the MyTouch 4G is still thin and pocketable at 4.8 inches tall by 2.4 inches wide by 0.4 inch thick.



**The T-Mobile MyTouch 4G has a sturdier design than the rest of the models in the line.**

On front, you get a 3.8-inch WVGA touch screen with the option of five or seven home screen panels. Like the MyTouch 3G Slide, the MyTouch 4G uses a combination of T-Mobile's customized user interface and HTC Sense, including the company's widgets and Leap screen, which shows you thumbnail versions of all your home screens. Our stance on customized UIs is that as long as they're useful and don't interfere with software updates, we have no problem with it. Though the latter remains to be seen, as it is now, the MyTouch 4G's interface is helpful and user-friendly, particularly for consumers and first-time Android users.

As for the display itself, it's clear and sharp, though colors don't look quite as rich as those on the Samsung Vibrant's Super AMOLED screen. The touch screen is responsive. Apps launched as soon as we tapped the icon, and the scrolling and pinch-to-zoom actions were fast and smooth. The MyTouch 4G comes with the Swype keyboard installed, though if you don't like it, you can turn it off and peck away on a regular onscreen keyboard. Alternatively, you can use the phone's Nuance Dragon Dictation voice command system to dictate your messages.



**The smartphone features an optical trackpad, traditional Android shortcut keys, and a Genius button, which launches the voice command application.**

Below the display, there's an optical trackpad and Android shortcuts for home, back, and menu. However, instead of a search button, you get T-Mobile's Genius button, which activates the aforementioned Nuance-powered voice command application where you can make calls, compose messages, search the Web, and launch applications with your voice.

On the left side, there's a volume rocker and a Micro-USB port; there's a sole camera button on the right side. The top of the device houses a power button and a 3.5mm headphone jack.

The smartphone's main camera and flash are located on the back, but there is a front-facing VGA camera as well, just above the screen on the right side.

The T-Mobile MyTouch 4G comes packaged in a nice, reusable carrying case with an AC adapter, a USB cable, wired stereo headset, an 8GB microSD card, and reference material.

**Features**
The T-Mobile MyTouch 4G is the most advanced model in the MyTouch series to date. It's running Android 2.2 and also supports the carrier's HSPA+ network. The latter is T-Mobile's enhanced 3G network and not true 4G technology, though the product name and T-Mobile's marketing would certainly have you think otherwise. That aside, the network promises 4G-like speeds and we've certainly experienced that in our tests.

Here in New York, we averaged download speeds of 5.37Mbps and upload speeds of 1.31Mbps, peaking at 7.07Mbps down and 1.33Mbps up. (For comparison, Sprint's 4G network provided average download speeds of 3.42Mbps and upload speeds of 0.93Mbps on the HTC Evo 4G when tested in Philadelphia.) With those speeds, the phone's browser was able to load CNET's full page in just 13 seconds, and CNN and ESPN's mobile sites in 6 seconds and 7 seconds, respectively. High-quality YouTube videos loaded within a couple of seconds and played back continuously with synchronized audio and video.

Unlike the T-Mobile G2, the MyTouch 4G can be used as a mobile hot spot with WEP and WPA encryption. T-Mobile's Wi-Fi and Tethering Plan costs $15 per month on top of the $30 unlimited data plan. We had no problems connecting the smartphone to our MacBook Pro, and again T-Mobile's HSPA+ network provided swift speeds. CNET's full site loaded in 9 seconds, as did ESPN.com; the New York Times full site came up in 10 seconds. We were also able to upload a 2MB photo in 15 seconds, and downloaded a five-track album (file size ranged from 4.7MB to 7.7MB) from iTunes in 50 seconds. The speeds were certainly more than adequate for us to get our work done and then some, though we did experience a drop off in speed in certain parts of Manhattan, such as Midtown.

The phone book is limited only by the available memory (the SIM card holds an additional 250 contacts), and there's room in each entry for multiple numbers, e-mail addresses, IM handles, group IDs, photo caller IDs, and so on. Similar to other Android phones, the smartphone will merge contact information, as well as calendar appointments, from multiple e-mail and social networking accounts, including Exchange, POP3, IMAP, Facebook, and Twitter.

Hide Review Next page

**"Brilliant phone. Sturdy, reliable, feature rich."** on March 11, 2011 by tfbriels (**1 review**)

See all user reviews

**Where to buy**

Shop now

Starting at: $79.99 from 2 stores

$79.99 Amazon.com

**See It**
$79.99 LetsTalk.com

**See It**

**Compare prices from all 2 stores**

**Specifications**

See All

Service provider: T-Mobile
Cellular technology: WCDMA (UMTS) / GSM
Combined with: With digital player / digital camera
Weight: 5 oz
Sensor resolution: 5 megapixels

See all specifications

Reviews
All Reviews
Camcorders
Car Tech
Cell Phones
Digital Cameras
GPS
Laptops
TVs

News
All News
Business Tech
Crave
Cutting Edge
Green Tech
Security
Wireless

Downloads
Add Your Software
All Downloads
Mac
Mobile
Software Deals
Webware
Windows

Video
All Videos
Apple Byte
Buzz Report
CNET Top 5
Loaded
Prizefight

More
About CBS Interactive
About CNET
CNET Deals
CNET Forums
CNET Mobile
CNET Site Map
CNET Widgets
Corrections
Help Center
Newsletters
Permissions
RSS

Join us on
Facebook
Twitter
YouTube

## POPULAR TOPICS:

Apple iPhone,
Apple iPod,
LCD TV,
Apple iPad,
Smartphones,
Windows 7,
CES 2011,
Google Android,
HTC phones,
Android phones

Top Brands:
Samsung
    Televisions
    Mobile Phones
    Blu-Ray & Home Theater
    Notebooks
    Monitors & Printers
    Cameras & Camcorders
AT&T Products
    Cell Phones
Intel Products
Acer Products
    Notebooks

© 2011 CBS Interactive. All rights reserved.
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
Visit other CBS Interactive sites: [Select Site]