# EXHIBIT P

[CNET](#) [Home](#)
 **[Shop Motorola ATRIX 4G from AT&T](#)**

log in
join CNET

[Home](#)
*You are here:*Reviews
[News](#)
[Downloads](#)
[Video](#)

```
Search
```

Go

[Cell Phones](#)
[Camcorders](#)
[Digital Cameras](#)
[Laptops](#)
TVs
[Car Tech](#)
[All Categories *Menu*](#)
[Forums](#)

# HTC Wildfire (Alltel Wireless)

Want it **0**
Got it **0**
Had it **0**

Like  8





**CNET Editors' Rating**

3.0 stars

Good

**Average User Rating**

4.0 stars

out of 4 user reviews See all user reviews

**Quick Specs**

>    Service provider: Alltel Wireless
>    Cellular technology: WCDMA (UMTS) / GSM
>    Combined with: With digital player / digital camera / FM radio

See all specifications

**Where to buy**

As shown: $149.99

See **manufacturer** site for availability

**Editors' review**                                                  CNET editors' rating
                                                                                      Design: **6.0**
Expand full review                                                                 3.0 stars
                                                                                            **6.0/10**
                                 Reviewed by:
                                 Bonnie Cha                                        Features: **6.0**
                                 Reviewed on: 11/11/2010                                       Performance: **6.0**
                                 Released on: 10/28/2010                           **6.0/10**           Editors'
                                                                                            **6.0/10** rating
                                                                                                        explained

                                                                                   Check coverage
                                                                                   in your area

**The good:** The HTC Wildfire features a compact and sturdy design. The Android 2.1 smartphone has a very affordable price tag and offers a 5-megapixel camera and full wireless options.

**The bad:** The Wildfire has a small, lower-resolution screen. The smartphone can be a bit sluggish.

**The bottom line:** For Alltel customers on a budget, the HTC Wildfire is a very affordable and decently featured Android phone, but it comes at the cost of screen quality and processor speed.

## User Reviews

See All User Reviews

**Average user rating**

4.0 stars out of 4 user reviews

**My Rating**

0 stars

you have not rated this yet

**Write Review**

**Rating Breakdown**

> **5 star**
> **3/4**
> **3**
> **4 star**
> **0/4**
> **0**
> **3 star**
> **1/4**
> **1**
> **2 star**
> **0/4**
> **0**
> **1 star**
> **0/4**
> **0**

**CNET Community**

**This product is on 3 member lists.**

Most recent user reviews

Showing 3 of 4 reviews

2.5 stars

**"Excellent phone but with some serious let dowsn"** on February 17, 2011 by mark5372 (1 review)

**Pros:** Android takes a bit of getting used to after Nokia. But wow once you are over that hurdle it's fantastic. Very well made phone. Crystal clear call quality, loud ring tones, superior antenna.

**Cons:** Umm some nasty ones. On the phones we have in Aus there is a ring delay problem. If you call

the phone it rings about 2 or 3 times from the calling phone before the Wildfire actually rings. Nasty when combined with the bizarre slider bar to answer.

**Summary:** Excellent phone let down by some fundamental flaws. Poor battery life but not insurmountable. You must download and use ATK otherwise every single app on the phone runs at once and you can't "exit out" of them. The 2 to 3 second ring delay caused me to revert ... Expand full review

5.0 stars

**"Speedy with great features! Perfect repl for Treo 755p"** on February 17, 2011 by easyrider204 (1 review)

**Pros:** Seamless integration with facebook, gmail, google talk. Setup very quick. Android touchscreen is an easy interface to learn. Battery life not an issue if default sync timing changed. It is set for every 15 minutes out of box. Need to turn down.

**Cons:** Skimpy accessories out of box. Silly to buy own car charger. Sync option is cloud only vs. Palm Treo desktop sync. Like to see someone offer app to desktop sync via bluetooth or usb. Watch free applications from google market. Take private info!

**Summary:** Get it now.

Updated on Dec 24, 2010

this review was based on HTC Desire from Alltel, not Wildfire. Unfortunately, there wasn't an entry for HTC Desire from Alltel just from USCellular.

4.5 stars

**"LOVE it! But stay close to a plug in."** on February 17, 2011 by WillDoDa (1 review)

**Pros:** Android, Easy to use, very intuitive. Easy Set up. 5.0 MP camera. Flashlight feature. Kindle downloaded for free! 3G or WiFi. Very intuitive touch screen

**Cons:** Battery life is horrid.

**Summary:** I have only had this phone 2 days but I already love it. It is easy to set up and use. I love all the apps you can download and have been playing with this phone pretty much non stop since I got it. My last phone was an LG ... Expand full review

See all user reviews

## Where to buy

As shown: $149.99

See **manufacturer** site for availability

## Specifications

See All

    Service provider: Alltel Wireless
    Cellular technology: WCDMA (UMTS) / GSM
    Combined with: With digital player / digital camera / FM radio
    Weight: 4.2 oz
    Sensor resolution: 5 megapixels

See all specifications

    Reviews
    All Reviews
    Camcorders
    Car Tech
    Cell Phones
    Digital Cameras
    GPS
    Laptops
    TVs

    News
    All News
    Business Tech
    Crave
    Cutting Edge
    Green Tech
    Security
    Wireless

    Downloads
    Add Your Software
    All Downloads
    Mac
    Mobile
    Software Deals
    Webware
    Windows

    Video
    All Videos
    Apple Byte
    Buzz Report
    CNET Top 5
    Loaded
    Prizefight

    More
    About CBS Interactive
    About CNET
    CNET Deals

    CNET Forums
    CNET Mobile
    CNET Site Map
    CNET Widgets
    Corrections
    Help Center
    Newsletters
    Permissions
    RSS

    Join us on
    Facebook
    Twitter
    YouTube

## POPULAR TOPICS:

    Apple iPhone,
    Apple iPod,
    LCD TV,
    Apple iPad,
    Smartphones,
    Windows 7,
    CES 2011,
    Google Android,
    HTC phones,
    Android phones

    Top Brands:
    Acer Products
        Notebooks
    Samsung
        Televisions
        Mobile Phones
        Blu-Ray & Home Theater
        Notebooks
        Monitors & Printers
        Cameras & Camcorders
    AT&T Products
        Cell Phones
    Intel Products

    © 2011 CBS Interactive. All rights reserved.
    Privacy Policy
    Ad Choice
    Terms of Use
    Mobile User Agreement
    Visit other CBS Interactive sites: Select Site