COOLEY GODWARD KRONISH LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
KYLE D. CHEN (239501) (kyle.chen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Plaintiffs
HTC CORPORATION and
HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOTIC SCIENTIFIC CORPORATION and ALLIACENSE LIMITED, <br><br> Defendants. | Case No.  5:08-CV-00882 JF <br><br> (Related to Case Nos. 5:08-cv-05398 JF and 5:08-cv-00877 JF) <br><br> **DECLARATION OF KYLE D. CHEN IN SUPPORT OF HTC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 5,440,749, 5,809,336 AND 6,598,148** <br><br> Date:     [TBD] <br> Time:    [TBD] <br> Place:   Courtroom 3, 5th Floor <br> Judge:   Hon. Jeremy Fogel |

I, Kyle D. Chen, declare:

1.  I am an attorney at the law firm of Cooley LLP, counsel in this action for Plaintiffs HTC Corporation and HTC America, Inc. (collectively "HTC").  I make this declaration in support of HTC's Motion for Summary Judgment of Non-Infringement.  I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

CHEN DECL. ISO HTC'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
CASE NO. 5:08-CV-00882 JF

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Amendment in Response to Non Final Office Action in *Ex Parte* Reexamination Proceedings, dated January 19, 2010, from Control No. 90/009,034 merged with Control No. 90/009,389 merged with Control No. 90/010,520, a merged re-examination of U.S. Patent No. 5,440,749 to Charles H. Moore et al.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of the Amendment in Response to Final Office Action in *Ex Parte* Reexamination Proceedings wit Information Disclosure Statement, dated November 29, 2010, from Control No. 90/009,034 merged with Control No. 90/009,389 merged with Control No. 90/010,520, a merged re-examination of U.S. Patent No. 5,440,749 to Charles H. Moore et al.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of TPL's claim chart in its Infringement Contentions for U.S. Patent No. 5,440,749 (the "'749 patent") against HTC Star Trek 3125 that is representative of the claim charts for the '749 patent against HTC Faraday 2125, Iris S640, PC Advantage X7501, Apache XV6700, S621, Shadow, Tilt TYTN II, Touch Dual, XV6600, Wing, Mogul XV6800, P4351, PDA i-mate, P3600, Dash, P3300, P3470, P4300, PDA2K, S710, TYTN, Wizard, S720, SPV C500/SMT 5600, Tornado, Touch Cruise P3650, Touch Phone Diamond and Touch Phone Touch ("accused '749 products") with respect to the limitation of "supply the multiple sequential instructions to said central processing unit integrated circuit during a single memory cycle."

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of TPL's claim chart in its Infringement Contentions for U.S. Patent No. 5,809,336 (the "'336 patent") against HTC Wing that is representative of the claim charts for the '336 patent against HTC Dash, P4000, P4300, P4351, S621, S630, S640, S710, S720, S730, Shadow, Star Trek 3125, Tornado, Touch Phone Diamond, Touch Phone Fuze, Touch Phone P3650, Typhoon, Wizard, and Titan XV6800 with respect to the following limitations:

| Patent | Claim Term |
|--------|------------|
| '336 | An entire ring oscillator variable speed system clock in said single integrated circuit |

| |
|---|
| An entire oscillator disposed upon said integrated circuit substrate |
| Providing an entire variable speed clock disposed upon said integrated circuit substrate |

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of TPL's claim chart in its Infringement Contentions for U.S. Patent No. 6,598,148 (the "'148 patent") against HTC Advantage X7501 that is representative of the claim charts for the '148 patent against HTC P3470 and P3300 with respect to the following limitations:

| Patent | Claim Term |
|---|---|
| '148 | A *ring oscillator* having a variable output frequency, wherein the ring oscillator provides a system clock to the processing unit, the ring oscillator disposed on said integrated circuit substrate[1] |
| | a *ring oscillator* having a variable output frequency, wherein the ring oscillator provides a system clock to the processing unit, the ring oscillator disposed on said first substrate |

7. Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Vojin Oklobdzija, dated December 22, 2010.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on April 8, 2011 in Palo Alto, California.

                                                    */s/ Kyle D. Chen*
                                                       Kyle D. Chen

932195 v1/HN

---

[1] HTC has asked the Court to construe the term "ring oscillator" from the '148 patent. To provide fuller context, the phrases shown in the chart in the text for the '148 patent reflect the entire phrase in which "ring oscillator" (shown in italics) appears.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

CHEN DECL. ISO HTC'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
CASE NO. 5:08-CV-00882 JF