\*\*E-Filed 4/20/2011\*\*

COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
KYLE D. CHEN (239501) (kyle.chen@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Plaintiffs
HTC CORPORATION AND HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION, HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 JF<br><br>(Related to Case Nos. C-08-05398 JF and C-08-00877 JF)<br><br>[PROPOSED] ORDER GRANTING HTC'S ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL |

Plaintiffs HTC Corporation and HTC America, Inc. (collectively, "HTC") filed an Administrative Motion To File Confidential Exhibits Under Seal, on April 9, 2011. Defendants did not oppose the motion.

The Court, having reviewed the evidence in support of the motion, finds that Exhibits 3-5 to the Declaration of Kyle Chen in Support of HTC's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 5,440,749, 5,809,336 and 6,598,148 should be filed under seal pursuant to Local Rule 79-5(c):

1
2    IT IS HEREBY ORDERED that Exhibits 3-5 to the Declaration of Kyle Chen in Support
3  of HTC's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 5,440,749,
4  5,809,336 and 6,598,148 shall be filed under seal by the Clerk of the Court in conformity with
5  Local Rule 79-5(f)

6  Dated: April _20_, 2011

7  _____
8  The Honorable Jeremy Fogel
    United States District Judge