1  COOLEY LLP
   HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
2  MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
   KYLE D. CHEN (239501) (kyle.chen@cooley.com)
3  Five Palo Alto Square, 4th Floor
   3000 El Camino Real
4  Palo Alto, California 94306-2155
   Telephone:    (650) 843-5000
5  Facsimile:    (650) 857-0663

6  Attorneys for Plaintiffs
   HTC CORPORATION AND HTC AMERICA, INC.
7
   [See signature page for additional counsel]
8

*IT IS SO ORDERED*
*Judge James Ware*

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | ACER, INC., ACER AMERICA              | Case No. 5:08-cv-00877 JW
   | CORPORATION and GATEWAY, INC.,        |
14 |                                       | **PLAINTIFFS' JOINT MOTION FOR**
   |            Plaintiffs,                | **ORDER PERMITTING USE OF**
15 |                                       | **EQUIPMENT DURING COURT**
   |       v.                              | **HEARING; [PROPOSED] ORDER**
16 |                                       |
   | TECHNOLOGY PROPERTIES                 |
17 | LIMITED, PATRIOT SCIENTIFIC           | Date:     January 26-27, 2012
   | CORPORATION, and ALLIACENSE           | Time:     9:00 a.m.
18 | LIMITED,                              | Location: Courtroom 9
   |                                       | Judge:    Hon. James Ware
19 |            Defendants.                |

20 | HTC CORPORATION, HTC AMERICA,         | Case No. 5:08-cv-00882 JW
   | INC.,                                 |
21 |                                       |
   |            Plaintiffs,                |
22 |                                       |
   |       v.                              |
23 |                                       |
   | TECHNOLOGY PROPERTIES                 |
24 | LIMITED, PATRIOT SCIENTIFIC           |
   | CORPORATION, and ALLIACENSE           |
25 | LIMITED,                              |
   |                                       |
26 |            Defendants.                |

27

28

Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398

PLAINTIFFS' JOINT MOTION FOR ORDER
PERMITTING USE OF EQUIPMENT DURING COURT
HEARING; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | BARCO N.V., a Belgian corporation, | Case No. 5:08-cv-05398 JW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., | |
| 5 | ALLIACENSE LTD., | |
| 6 | Defendants. | |

Counsel for Plaintiffs Acer, Inc., Acer America Corp., Gateway, Inc., HTC Corporation, HTC America, Inc. and Barco, N.V. in the above-captioned cases hereby request the Court's permission to bring equipment into the Federal Courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102, for use during the Claims Construction Tutorial on Thursday, January 26, 2012 and the Claims Construction Hearing on Friday, January 27, 2012, in the courtroom of the Honorable James Ware, Courtroom 9.

As such, counsel seek leave of the Court to bring into the courtroom projection equipment, laptop computers for connection to the projection equipment, cables and other supporting computer peripherals, and a projection screen on Wednesday, January 25, 2012 to prepare for their use in the courtroom on Thursday, January 26, 2012 and Friday, January 27, 2012.

///

///

| | | |
|---|---|---|
| 1 | Dated:   January 23, 2012 | Respectfully submitted, |
| 2 | | K&L GATES LLP |
| 3 | | |
| 4 | | By:  /s/ Timothy Walker<br>Timothy P. Walker, Esq. |
| | | Timothy.walker@klgates.com |
| 5 | | Howard Chen, Esq. |
| 6 | | Howard.chen@klgates.com<br>Harold H. Davis, Jr., Esq. |
| 7 | | Harold.davis@klgates.com |
| | | Jas Dhillon, Esq. |
| 8 | | Jas.dhillon@klgate.com<br>Jeffrey M. Ratinoff |
| 9 | | Jeffrey.ratinoff@klgates.com |
| 10 | | K&L Gates LLP<br>Four Embarcadero Center, Suite 1200 |
| 11 | | San Francisco, CA 94111 |
| 12 | | Phone:  (415) 882-8200<br>Fax:  (415) 882-8220 |
| 13 | | ***Attorneys for Acer, Inc., Acer America Corp. and Gateway, Inc.*** |
| 14 | | |
| 15 | Dated:   January 23, 2012 | COOLEY LLP |
| 16 | | By:  /s/  Kyle  D. Chen |
| 17 | | Kyle D. Chen, Esq.<br>kyle.chen@cooley.com |
| 18 | | Heidi L. Keefe, Esq.<br>hkeefe@cooley.com |
| 19 | | Mark R. Weinstein, Esq.<br>mweinstein@cooley.com |
| 20 | | Cooley LLP<br>3000 El Camino Real |
| 21 | | Five Palo Alto Square, 4th Floor<br>Palo Alto, California 94306 |
| 22 | | Phone:  (650) 843-5000<br>Fax:  (650) 857-0663 |
| 23 | | ***Attorneys for HTC Corporation and HTC America, Inc.*** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Case Nos. 5:08-cv-00877, 5:08-cv-00882, 5:08-cv-05398     -3-     PLAINTIFFS' JOINT MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING; [~~PROPOSED~~] ORDER

| | | |
|---|---|---|
| 1 | Dated: January 23, 2012 | BAKER & MCKENZIE |

By: */s/ Edward Runyan*
Edward Runyan, Esq.
Edward.Runyan@bakernet.com
Baker & McKenzie
130 East Randolph Drive
Chicago, IL 60601
Phone: (312) 861-8811
Fax: (312) 698-2341

***Attorneys for Barco, N.V.***

### ATTESTATION PER GENERAL ORDER 45

I, Kyle D. Chen, am the ECF User whose ID and password are being used to file Plaintiffs' Joint Motion For Order Permitting Use of Equipment During Court Hearing; [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: January 23, 2012          By: */s/ Kyle D. Chen*
                                              Kyle D. Chen

IT IS SO ORDERED.

Dated: January 24, 2012          _____
                                              The Honorable James Ware
                                              United States District Chief Judge