IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTC CORPORATION ET AL, | No. CV 08-00882 JW |
| Plaintiff, | **ORDER** |
| v. | |
| TECHNOLOGY PROPERTIES LIMITED ET AL, | |
| Defendant. / | |

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable PAUL SINGH GREWAL** in the **SAN JOSE division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials PSG** immediately after the case number. All hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated: August 15, 2012 sv

Richard W. Wieking
Clerk of Court

rev 4-12

**United States District Court**
For the Northern District of California