COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
RONALD S. LEMIEUX (SBN 120822) (rlemieux@cooley.com)
KYLE D. CHEN (239501) (kyle.chen@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

STEPHEN R. SMITH (*pro hac vice*) (stephen.smith@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Plaintiffs
HTC CORPORATION and
HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-CV-00882 PSG<br><br>(Related to Case No. 5:08-CV-00877 PSG)<br><br>**DECLARATION OF KYLE D. CHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 5 TO EXCLUDE THE TESTIMONY OF DAVID MAY**<br><br>Complaint Filed:   February 8, 2008<br>Trial Date:            September 23, 2013<br><br>Date:    August 29, 2013<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

I, Kyle D Chen, declare as follows:

1. I am an attorney at the law firm of Cooley LLP, counsel in this action for Plaintiffs HTC Corporation and HTC America, Inc. (collectively "HTC"). I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion *in Limine* No. 5 To Exclude the Testimony of Dr. David May. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Michael David May, Ph.D., taken on July 15, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Expert Report of David May on the Invalidity of U.S. Patent No. 5,530,890, dated June 4, 2013 ("May Expert Report").

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Exhibit G, '890 Invalidity Chart: Analysis of Transputer Architecture for U.S. Patent 5,530,890, to the May Expert Report.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from Exhibit H, '890 Invalidity Chart: Analysis of ARM for U.S. Patent 5,530,890, to the May Expert Report.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on August 22, 2013 in Palo Alto, California.

*/s/ Kyle D. Chen*
Kyle D. Chen