COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)
KYLE D. CHEN (239501) (kyle.chen@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

STEPHEN R. SMITH (*pro hac vice*) (stephen.smith@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Plaintiffs
HTC CORPORATION and
HTC AMERICA, INC.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 PSG<br><br>[Related to Case No. 5:08-cv-00877 PSG]<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR PERMISSION TO BRING EQUIPMENT FOR USE DURING TRIAL**<br><br>Complaint Filed:  February 8, 2008<br>Trial Date:  September 23, 2013 |

Having considered the parties' Joint Motion for an Order Granting Permission To Bring Equipment for Use During Trial, the record in this case and all related facts and circumstances, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the parties, through their vendor, Aquipt, may bring the following audio-visual equipment into the Federal Courthouse at 280 South 1st Street, San Jose, California on Friday, September 20, 2013, for use during trial commencing on September 23, 2013 in the courtroom of the Honorable Paul Singh Grewal, Courtroom 4:

Digital Projector and stand (1);

Wolfvision Visualizer and stand (1);

8' Tripod Screen (1);

VGA switch boxes (3);

Speakers (1 pair);

Tables for use by the courtroom technicians (2);

17" LCD monitors (6); and

All power cords, data cables and peripherals necessary for connecting and operating the above equipment.

The parties will coordinate with my courtroom deputy, Oscar Rivera, as to the timing of the delivery of said equipment.

IT IS SO ORDERED.

Dated:  September 19, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge

Additional Counsel:

AGILITY IP LAW LLP
JAMES C. OTTESON (157781) (jim@agililityiplaw.com)
THOMAS T. CARMACK (229324) (tom@agilityiplaw.com)
PHILIP W. MARSH (276383)(phil@agilityiplaw.com)
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, California 94025
Phone: (650) 227-4800

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and
ALLIACENSE LIMITED

CHARLES T. HOGE (110696) (choge@knlh.com)
KIRBY NOONAN LANCE & HOGE
35 Tenth Avenue
San Diego, California 92101
Phone: (619) 231-8666

Attorneys for PATRIOT SCIENTIFIC CORPORATION

1172860

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. 5:08-CV-00882 PSG            -3-            [PROPOSED] ORDER GRANTING JOINT
MOTION FOR ORDER GRANTING
PERMISSION TO BRING EQUIPMENT