| | |
|---|---|
| 1 | COOLEY LLP |
| | HEIDI L. KEEFE (178960) (hkeefe@cooley.com) |
| 2 | MARK R. WEINSTEIN (193043) (mweinstein@cooley.com) |
| | RONALD S. LEMIEUX (120822) (rlemieux@cooley.com) |
| 3 | KYLE D. CHEN (239501) (kyle.chen@cooley.com) |
| | Five Palo Alto Square, 4th Floor |
| 4 | 3000 El Camino Real |
| | Palo Alto, California 94306-2155 |
| 5 | Telephone:    (650) 843-5000 |
| | Facsimile:    (650) 857-0663 |

STEPHEN R. SMITH (*pro hac vice*) (stephen.smith@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Attorneys for Plaintiffs
HTC CORPORATION and
HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00882 PSG <br><br> [Related to Case No. 5:08-cv-00877 PSG] <br><br> **REPLY IN SUPPORT OF EMERGENCY MOTION FOR ADDENDUM TO JURY INSTRUCTIONS** <br><br> Complaint Filed:    February 8, 2008 <br> Trial Date:           September 23, 2013 <br><br> Date:   September 20, 2013 <br> Time:   9:30 a.m. <br> Place:  Courtroom 5, 4th Floor <br> Judge:  Hon. Paul S. Grewal |

Case No. 5:08-cv-00882 PSG          **EMERGENCY MOTION FOR ADDENDUM TO JURY INSTRUCTIONS**

To assist the Court in locating the intrinsic records of the '336 patent when considering HTC's Emergency Motion for Addendum to Jury Instructions (Dkt. 590), the following citations to the docket are brought to the Court's attention:

**1. Regarding the Magar Reference:**

"[T]he Magar microprocessor clock is **frequency controlled** by a crystal which is also external to the microprocessor. … The Magar microprocessor in no way contemplates a variable speed clock as claimed." Dkt. No. 457-13, Ex. 6 to Chen Decl. iso MSJ, 7/7/1997 Amendment at 3-4 (TPL853_00002427-28) (emphasis added).

"The Magar teaching is well known in the art as a conventional **crystal controlled oscillator**. It is specifically distinguished from the instant case in that it is **both fixed frequency (being crystal based) and requires an external crystal or external frequency generator**." Dkt. No. 457-14, Ex. 7 to Chen Decl. iso MSJ, 2/10/1998 Amendment at 5 (TPL853_00002403) (emphasis added).

"**[W]hile most of Magar's clock (generator) circuitry is on the IC**, the entire oscillator, which because it requires an external crystal, is not." *Id.* at 4 (TPL853_00002402) (emphasis added).

**2. Regarding the Sheets Reference:**

"Even if the examiner is correct that **the variable clock in Sheets is in the same integrated circuit as the microprocessor of system 100**, that still does not give the claimed subject matter. In Sheets, **a command input is required to change the clock speed**." Dkt. No. 457-17, Ex. 10 to Chen Decl. iso MSJ, 1/8/1997 Amendment at 4) (TPL853_00002449) (emphasis added).

///

///

| | | |
|---|---|---|
| 1 | Dated:  September 20, 2013 | Respectfully submitted, |
| 2 | | COOLEY LLP |
| | | HEIDI L. KEEFE |
| 3 | | MARK R. WEINSTEIN |
| | | RONALD S. LEMIEUX |
| 4 | | STEPHEN R. SMITH |
| | | KYLE D. CHEN |
| 5 | | |
| | | By: /s/ Kyle D. Chen |
| 6 | | |
| | | Attorneys for HTC CORPORATION and |
| 7 | | HTC AMERICA, INC. |

1173380 v1/HN

Case No. 5:08-cv-00882 PSG        3.        **EMERGENCY MOTION FOR ADDENDUM TO JURY INSTRUCTIONS**