| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | HEIDI L. KEEFE (178960) (hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043) (mweinstein@cooley.com) |
| 3 | RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)<br>KYLE D. CHEN (239501) (kyle.chen@cooley.com) |
| 4 | Five Palo Alto Square, 4th Floor<br>3000 El Camino Real |
| 5 | Palo Alto, California 94306-2155<br>Telephone:    (650) 843-5000 |
|   | Facsimile:     (650) 857-0663 |

COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)
KYLE D. CHEN (239501) (kyle.chen@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

STEPHEN R. SMITH (*pro hac vice*) (stephen.smith@cooley.com)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Plaintiffs
HTC CORPORATION and
HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED,<br><br>Defendants. | Case No. 5:08-cv-00882 PSG<br><br>[Related to Case No. 5:08-CV-00877 PSG]<br><br>**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR CLARIFICATION OF ORDER ON ADDENDUM TO JURY INSTRUCTIONS**<br><br>Complaint Filed:    February 8, 2008<br>Trial Date:             September 23, 2013<br><br>Date:     September 23, 2013<br>Time:    9:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

1  Having considered Defendants' Emergency Motion for Clarification of the Order on Addendum to the Joint Proposed Jury Instructions, the record in this case and all related facts and circumstances, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The court's final jury instructions will instruct the jury that the terms "entire ring oscillator variable speed system clock" (in claims 1 and 11), "entire oscillator" (in claims 6 and 13), and "entire variable speed clock" (in claims 10 and 16) are properly understood to exclude any external clock used to generate the signal used to clock the CPU.

IT IS SO ORDERED.

Dated: September 23, 2013

*Paul S. Grewal*
Hon. Paul S. Grewal
United States Magistrate Judge

398111 v2/CO