1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

6  HTC CORPORATION AND HTC          )  C-08-00882 PSG
   AMERICA, INC.,                   )
7                                   )  SAN JOSE, CALIFORNIA
              PLAINTIFF,            )
8                                   )  SEPTEMBER 23, 2013
              VS.                   )
9                                   )  VOLUME 1
   TECHNOLOGY PROPERTIES LIMITED,   )
10  PATRIOT SCIENTIFIC CORPORATION   )  PAGES 1-226
   AND ALLIACENSE LIMITED,          )
11                                   )
              DEFENDANT.            )
12  _____  )

13          TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE PAUL S. GREWAL
14          UNITED STATES MAGISTRATE JUDGE

15  A P P E A R A N C E S:

16  FOR THE PLAINTIFF:    COOLEY LLP
                         BY:  HEIDI KEEFE
17                            RON LEMIEUX
                         3175 HANOVER STREET
18                       PALO ALTO, CALIFORNIA  94304

19

20          APPEARANCES CONTINUED ON NEXT PAGE

21

22

23  OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595
24

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
         TRANSCRIPT PRODUCED WITH COMPUTER

```
 1

 2        APPEARANCES (CONTINUED)

 3        FOR THE PLAINTIFF:        COOLEY LLP
                                    BY:  STEPHEN R. SMITH
 4                                  1299 PENNSYLVANIA AVENUE, NW
                                    SUITE 700
 5                                  WASHINGTON, D.C.  20004

 6                                  BY:  MATTHEW J. LEARY
                                    380 INTERLOCKEN CRESCENT, SUITE 900
 7                                  BROOMFIELD, COLORADO  80021

 8        ALSO PRESENT:            VINCENT LAM

 9

10        FOR DEFENDANTS           AGILITY IP LAW
          TPL AND                  BY:  JAMES C. OTTESON
11        ALLIACENSE:                   IRVIN E. TYAN
                                        THOMAS T. CARMACK
12                                      VINCENT K. YEE
                                        DAVID LANSKY
13                                  149 COMMONWEALTH DRIVE
                                    MENLO PARK, CALIFORNIA  94025
14

15        FOR DEFENDANT            KIRBY, NOONAN, LANCE & HOGE
          PATRIOT:                 CHARLES T. HOGE
16                                 35 TENTH AVENUE
                                   SAN DIEGO, CALIFORNIA  92101
17

18        ALSO PRESENT:            CHARLES MOORE
                                   CLIFFORD FLOWERS
19                                 DAN LECKRONE
                                   MACK LECKRONE
20

21

22

23

24

25
```

1

2                    INDEX OF PROCEEDINGS

3     OPENING STATEMENT BY MR. OTTESON          P. 146

4     OPENING STATEMENT BY MR. SMITH            P. 185

5

6

                     INDEX OF WITNESSES
7
      DEFENDANTS'
8
      **CHARLES MOORE**
9          DIRECT EXAM BY MR. OTTESON          P. 203

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1      SAN JOSE, CALIFORNIA                    SEPTEMBER 23, 2013

2                    P R O C E E D I N G S

3          (COURT CONVENED AND THE FOLLOWING PROCEEDINGS WERE HELD:)

4              THE COURT:  MR. RIVERA, WOULD YOU CALL THE MATTER

5      THAT'S BEEN SET FOR TRIAL?

6              THE CLERK:  YES, YOUR HONOR.  CALLING HTC

7      CORPORATION, ET AL, VERSUS TECHNOLOGY PROPERTIES LIMITED, ET

8      AL, CASE NUMBER CV-08-882 PSG.

9          COUNSEL, PLEASE STATE YOUR APPEARANCES.

10             MR. OTTESON:  YOUR HONOR, JIM OTTESON OF AGILITY IP

11     LAW APPEARING FOR THE DEFENDANTS TPL AND ALLIACENSE.  I'M

12     JOINED BY SEVERAL COLLEAGUES FROM MY FIRM, TOM CARMACK,

13     DAVID LANSKY, PHIL MARSH, AND A COUPLE OF OTHERS IN THE BACK.

14             THE COURT:  ALL RIGHT.  GOOD MORNING, MR. OTTESON.

15             MR. OTTESON:  GOOD MORNING.

16             MR. HOGE:  GOOD MORNING, CHARLIE HOGE FOR PATRIOT

17     SCIENTIFIC, AND CLIFFORD FLOWERS IS THE PATRIOT'S CEO.

18             THE COURT:  GOOD MORNING, SIR.

19             MR. OTTESON:  I SHOULD ALSO POINT OUT THAT WE'RE

20     JOINED BY CHARLES MOORE, THE INVENTOR OF THE '336 PATENT.

21             THE COURT:  MR. MOORE, GOOD MORNING, SIR.

22             MS. KEEFE:  GOOD MORNING, YOUR HONOR.  HEIDI KEEFE

23     FROM COOLEY REPRESENTING HTC, AND WITH ME ARE STEVE SMITH,

24     RON LEMIEUX, AND MATT LEARY.

25             THE COURT:  MS. KEEFE, GOOD MORNING TO YOU AND EACH
```

```
 1        OF YOUR COLLEAGUES AS WELL.

 2              MS. KEEFE:  GOOD MORNING.

 3              THE COURT:  ALL RIGHT.  WHY DON'T WE GET STARTED WITH

 4        SOME HOUSEKEEPING MATTERS.

 5           FIRST AND FOREMOST, YOU MAY HAVE NOT YET SEEN IT, BUT I

 6        HAVE ISSUED ORDERS ON AT LEAST TWO OF THE MATTERS THAT WERE

 7        PENDING AS OF 8:45 THIS MORNING, SO THE DOCKET HAS THOSE ORDERS

 8        POSTED.

 9              ONE ITEM WHICH REMAINS OUTSTANDING IS THIS MOTION,

10        EMERGENCY MOTION FOR A LIMITING INSTRUCTION WHICH WAS BROUGHT

11        BY THE DEFENDANTS.

12           SO MR. OTTESON, YOU WANT TO SPEAK TO THAT?

13              MR. OTTESON:  WE'RE NOT GOING TO OPPOSE THAT, YOUR

14        HONOR.

15              THE COURT:  OKAY.

16              MR. CARMACK:  NO, THAT'S OURS.

17              THE COURT:  IT'S YOUR MOTION.

18              MR. OTTESON:  MR. CARMACK WILL ADDRESS THAT.

19              THE COURT:  WHY DON'T I ASK MR. CARMACK?

20              MR. CARMACK:  SO I THINK THE ONLY SENTENCE IN DISPUTE

21        IS THE LAST SENTENCE OF THE INSTRUCTION, AND HTC CAN SPEAK TO

22        THEIR ASSENT, BUT I BELIEVE THE ISSUE IS, IN THE LAST SENTENCE,

23        IT SAYS, "THE PRIOR DISPUTES HAVE BEEN RESOLVED AND THEY SHOULD

24        IN NO WAY COLOR YOUR PERCEPTION OF ANY PARTY TO THIS CASE."

25              I UNDERSTAND HTC'S OBJECTION TO THAT SENTENCE IS THAT IT
```

1    MAKES A FACTUAL REPRESENTATION THAT THEY HAVEN'T VERIFIED.

2         THE PART OF THE SENTENCE WE'RE CONCERNED WITH IS "THEY

3    SHOULD IN NO WAY COLOR YOUR PERCEPTION OF ANY PARTY IN THIS

4    CASE."  I MEAN, THE JURY INSTRUCTIONS CONTAIN A LOT OF

5    DIFFERENT FACTUAL STATEMENTS, INCLUDING WHO THE PARTIES ARE.

6         I THINK THIS ONE IS NON-CONTROVERSIAL.  THEY'VE BEEN

7    PRODUCED COPIES OF SETTLEMENT AGREEMENTS AND THEY KNOW THE

8    DISPUTES ARE RESOLVED.  I JUST DON'T THINK IT'S CONTROVERSIAL.

9              THE COURT:  ALL RIGHT.

10             MR. LEARY:  YOUR HONOR, I'M MATTHEW LEARY.

11             THE COURT:  GO AHEAD, MR. LEARY.

12             MR. LEARY:  GOOD MORNING, ON BEHALF OF HTC.

13        YOUR HONOR, WE ARE NOT IN ANY WAY CONVINCED THAT THE

14   DISPUTES HAVE BEEN RESOLVED.  IN FACT, THERE HAVE BEEN

15   INDICATIONS ON THE RECORD DURING THE DEPOSITION OF ONE OF THE

16   INVENTORS THAT INDICATE THAT, IN FACT, THE DISPUTES MAY BE

17   BROUGHT UP AGAIN BY THE INVENTOR AT SOME POINT.

18        IF THIS FACT IS GOING TO BE PROVEN, IT SHOULD BE PROVEN AT

19   TRIAL AND SHOULDN'T BE PART OF THE JURY INSTRUCTIONS.

20        AS FAR AS THE LAST PART OF THE SENTENCE, THAT THE PRIOR

21   DISPUTE SHOULD NOT COLOR THE PERCEPTION OF ANY PARTY, THAT LAST

22   PART OF THE SENTENCE IS REDUNDANT OF THE FIRST PARAGRAPH WHICH

23   ALREADY INDICATES WHAT THE JURORS CAN DO WITH THIS EVIDENCE.

24             THE COURT:  ALL RIGHT.  MR. CARMACK, BRIEFLY, GO

25    AHEAD.

1          MR. CARMACK:  JUST ONE SUGGESTION THEN, YOUR HONOR.

2     THE REASON THAT I DON'T THINK THE LAST SENTENCE IS DUPLICATIVE

3     OF THE FIRST PARAGRAPH IS BECAUSE THE FIRST PARAGRAPH TALKS

4     ABOUT THE HYPOTHETICAL NEGOTIATION, SO MY PROPOSAL WOULD BE TO

5     CHANGE THE LAST SENTENCE TO SAY "THE PRIOR DISPUTES SHOULD IN

6     NO WAY COLOR YOUR PERCEPTION OF ANY PARTY TO THIS CASE," AND

7     NOT TALK ABOUT THEM BEING RESOLVED.  SO JUST STRIKE "HAVE BEEN

8     RESOLVED AND THEY."

9          THE COURT:  ALL RIGHT.

10          MR. LEARY:  YOUR HONOR, THAT'S FINE WITH US.

11          THE COURT:  OKAY.  WITH THAT, IT APPEARS WE HAVE AN

12     AGREEMENT.  I WILL ISSUE THE INSTRUCTION AS MODIFIED BY

13     MR. CARMACK IN THE PRECEDING PARAGRAPH OF THE TRANSCRIPT.

14       LET'S MOVE ON TO THE NEXT SET OF ISSUES IF WE COULD.

15     MR. CARMACK?

16          MR. CARMACK:  I WAS GOING TO SAY I UNDERSTAND FROM

17     YOUR ORDER THAT YOUR HONOR WILL ISSUE THIS INSTRUCTION WHEN THE

18     NEED ARISES DURING THE TRIAL, AS IN WHEN HTC BRINGS UP THE

19     DISPUTE BETWEEN THE PARTIES, AND IF THEY DON'T, IT DOESN'T NEED

20     TO BE OFFERED.

21          THE COURT:  WHEN AND IF, THAT'S CORRECT.

22       MS. KEEFE, GO AHEAD.

23          MS. KEEFE:  NO, YOUR HONOR.  WHAT WE STIPULATED TO IS

24     THAT IT WOULD BE A LIMITING INSTRUCTION AT THE TIME OF JURY

25     INSTRUCTIONS, SO AT THE TIME THAT THE JURY IS CHARGED, NOT IN

1    THE MIDDLE OF THE CASE WHEN ALL OF A SUDDEN A WITNESS COMES ON

2    AND YOU SAY "OH, YOU DON'T HAVE TO LISTEN TO THIS GUY."  THAT'S

3    NOT FAIR.  IT'S PREJUDICIAL TO THE FACT OF THE QUESTIONS THAT

4    ARE COMING OUT.  IT'S MEANT TO BE AT THE END.

5         THE COURT:  OKAY.  I APPRECIATE THE STIPULATION.

6    I'M GOING TO GIVE THE INSTRUCTION AS MODIFIED AFTER THE

7    EVIDENCE, IF IT HAS BEEN INTRODUCED AT ALL.

8    SO LET'S PROCEED TO WHAT OTHER EVIDENTIARY ISSUES YOU ALL

9    HAVE, IF ANY.

10        MR. LEARY, WHAT'S FIRST?

11        MR. LEARY:  YOUR HONOR, HTC HAS A COUPLE OF DISPUTES

12   WITH SOME OF THE EXHIBITS THAT WE WERE INFORMED TPL WANTS PUT

13   INTO THE RECORD TODAY.

14   FIRST, LAST NIGHT, LITERALLY ON THE EVE OF TRIAL, THE

15   DEFENDANTS TOLD US OF THEIR INTENT TO USE SOME PHYSICAL

16   EXHIBITS THAT HAVE NEVER BEEN PRODUCED AND NEVER BEEN MADE

17   AVAILABLE TO HTC.

18   AND, YOU KNOW, DISCOVERY ENDED SIX MONTHS AGO.  IT TURNS

19   OUT THE DEFENDANTS, HOWEVER, HAVE KNOWN THESE PHYSICAL

20   EXHIBITS, APPARENTLY, SINCE AROUND JANUARY OF THIS YEAR.

21        THE COURT:  WHAT ARE WE TALKING ABOUT?

22        MR. LEARY:  WE'RE TALKING ABOUT A NUMBER OF WHAT HAVE

23   BEEN ALLEGED TO BE PROTOTYPES OF THE INVENTION, THE -- IF I CAN

24   APPROACH, I CAN GIVE YOU A COPY OF PICTURES OF THE, OF THE

25   EXHIBITS THAT THEY WANT TO ADMIT.

1          THE COURT:  WHY DON'T YOU JUST TELL ME WHAT THEY ARE?

2          MR. LEARY:  THEY APPEAR TO BE PRINTED CIRCUIT BOARDS

3   OF WHAT THEY SAY ARE PROTOTYPES OF THE INVENTOR'S INVENTION

4   FROM THE MID-1990S.

5          THE COURT:  SO THESE PCB'S WERE REQUESTED DURING

6   DISCOVERY?

7          MR. LEARY:  THESE WERE DEFINITELY WITHIN THE SCOPE OF

8   THE DISCOVERY REQUESTS THAT HTC MADE.

9        AND WE ALSO REALIZED LAST NIGHT THAT DURING ONE OF THE

10  DEPOSITIONS OF I BELIEVE IT WAS INVENTOR CHARLES MOORE, HE

11  ACTUALLY INDICATED THAT THESE BOARDS MIGHT EXIST.  HE SAID, IN

12  FRONT OF HIS ATTORNEYS BACK IN JANUARY, THAT HE THOUGHT ONE OF

13  THE PRIOR ATTORNEYS THAT TPL HAD USED HAD THESE EXHIBITS.

14       WE'VE NEVER SEEN THEM.  WE LITERALLY HEARD ABOUT THEM LAST

15  NIGHT.

16         THE COURT:  ALL RIGHT.  SO OTHER THAN PRINT --

17  VARIOUS PRINTED CIRCUIT BOARDS WHICH YOU SAY WERE NEVER

18  PRODUCED IN DISCOVERY, ARE THERE ANY OTHER EXHIBITS THAT WE'RE

19  TALKING ABOUT HERE?

20         MR. LEARY:  YES, THERE'S ONE OTHER EXHIBIT.  AND BY

21  THE WAY, THAT EXHIBIT IS EXHIBIT 1626.

22       WE'RE ALSO OBJECTING TO EXHIBIT 556.  EXHIBIT 556 IS A COPY

23  OF THE 25 MICROPROCESSORS THAT SHOOK THE WORLD.  YOUR HONOR MAY

24  REMEMBER THAT IN YOUR ORDER REGARDING MIL 2, YOU SAID THAT THAT

25  ARTICLE WOULD BE EXCLUDED IF HTC DID NOT BRING A DEFENSE,

1    INVALIDITY DEFENSE OF OBVIOUSNESS.

2        OF COURSE HTC HAS DROPPED ITS DEFENSE, AND YET, DESPITE

3    THAT, TPL IS STILL LOOKING TO PUT THAT 25 MICROPROCESSORS

4    ARTICLE INTO THE RECORD.

5            THE COURT:  ALL RIGHT.  LET ME HEAR FROM MR. OTTESON.

6    DO YOU WANT TO SPEAK TO THIS OR ONE OF YOUR COLLEAGUES?

7            MR. OTTESON:  THANK YOU, YOUR HONOR, YES.

8        SO I THINK IT'S A MISCHARACTERIZATION, TO SAY THE VERY

9    LEAST, THAT THESE WERE NOT AVAILABLE BECAUSE THEY KNEW FROM

10   MR. MOORE'S DEPOSITION IN JANUARY THAT THEY MIGHT EXIST WITH

11   PRIOR COUNSEL.  AND THIS IS, LIKE, TWO OR THREE SETS OF LAWYERS

12   AGO.

13       WE -- WE HAD NO IDEA THAT WE COULD ACTUALLY GET THEM UNTIL

14   TOWNSEND BASICALLY MINED THE BOWELS OF ITS ARCHIVES AND WAS

15   ABLE TO FIND THEM.

16       BUT THERE'S ABSOLUTELY NO PREJUDICE.  IF YOU LOOK AT --

17       I'M SORRY, MATT, IF I COULD JUST BORROW THAT.

18           MR. LEARY:  SURE.

19           MR. OTTESON:  AND ACTUALLY HE GOT THE EXHIBIT NUMBERS

20   MIXED UP.  556 IS THE ACTUAL PHOTOGRAPHS OF THE, OF THE BOARDS

21   THAT WE'RE TALKING ABOUT.

22       SO THESE WERE PRODUCED IN DISCOVERY AND THEY HAD THESE AND

23   ACTUALLY EXAMINED MR. MOORE ABOUT THEM IN DEPOSITION.

24       SO THE BOARDS ARE NOT EVEN OPERATIONAL.  I'VE GOT THEM

25   RIGHT HERE.  THEY DON'T -- THEY DON'T WORK ANYMORE AND THEY'RE

1    THE VERY BOARDS THAT WERE PHOTOGRAPHED HERE, SO THERE'S

2    ABSOLUTELY NO PREJUDICE TO THEM.

3            THE COURT:  WERE THE PHOTOGRAPHS OF THE BOARDS MADE

4    AVAILABLE TO THEM DURING DISCOVERY?

5            MR. OTTESON:  ABSOLUTELY.  HE WAS EXAMINED IN HIS

6    DEPOSITION IN JANUARY ON THE PHOTOGRAPHS.  WE JUST DIDN'T KNOW

7    IF IT WAS EVEN POSSIBLE TO GET THESE UNTIL LITERALLY A FEW DAYS

8    AGO.

9        THERE'S ALSO A PHOTOGRAPH IN EXHIBIT 556 OF THIS LITTLE

10   FOLIO OF CHIPS THAT MR. MOORE DESIGNED.  IT'S RIGHT HERE.  YOU

11   CAN SEE THAT IT'S EXACTLY THE SAME.

12       SO, AGAIN, THIS IS SOMETHING THAT THEY'VE HAD IN

13   DISCOVERY.  FOR THEM TO SAY THAT THEY'VE SUFFERED PREJUDICE IS

14   NOT TRUE AT ALL.  THERE IS NO PREJUDICE AT ALL.

15       SO -- AND THESE ARE SIMPLY DEMONSTRATIVES.  WE DON'T WANT

16   TO ENTER THESE AS EXHIBITS INTO THE EVIDENCE.  THEY'RE JUST

17   SOMETHING THAT MR. MOORE ACTUALLY CREATED AND HE CAN TESTIFY

18   AND SHOW THEM AND THAT'S BASICALLY IT FOR THE BOARDS.

19       SO WITH RESPECT TO THE 25 MICROCHIPS THAT SHOOK THE WORLD,

20   AS I UNDERSTAND YOUR HONOR'S RULING ON THE MOTION IN LIMINE, WE

21   WOULD NOT BE PERMITTED TO USE THAT UNLESS THEY WERE RUNNING AN

22   INVALIDITY OR OBVIOUSNESS DEFENSE, WHICH NOW THEY'VE DROPPED.

23       HOWEVER, I DON'T REALLY SEE THE PREJUDICE OF THAT, EITHER.

24   I MEAN, THEY SAY IT'S HEARSAY.

25       BUT WE'RE NOT OFFERING IT FOR THE TRUTH OF WHAT IS SAID

```
 1    THERE.  WE'RE JUST OFFERING IT TO SHOW THAT THERE WAS SOME
 2    RECOGNITION FOR THE CHIP AT ISSUE.
 3              THE COURT:  OKAY.  LET ME FIRST CONFIRM WHICH EXHIBIT
 4    NUMBER APPLIES TO WHICH EXHIBITS.
 5         IS 556 THE PRINTED CIRCUIT BOARD?
 6              MR. OTTESON:  IT'S PHOTOGRAPHS --
 7              MR. LEARY:  IT'S THE PHOTOGRAPHS.
 8              MR. OTTESON:  -- THAT THEY'VE HAD FOR MANY MONTHS.
 9              THE COURT:  AND IS 1626 THE 25 MICROPROCESSORS
10    ARTICLE?
11              MR. LEARY:  THAT'S CORRECT, YOUR HONOR.
12              THE COURT:  ALL RIGHT.  HERE'S WHAT WE'RE GOING TO
13    DO:  THE PHOTOGRAPHS THAT ARE 556 MAY BE USED.  THE ACTUAL
14    BOARDS, IF THEY WEREN'T MADE AVAILABLE FOR INSPECTION AND
15    REVIEW, THEY'RE OUT.
16         AS FAR AS 1626, THERE'S NO 103 DEFENSE ANYMORE.  IT'S OUT.
17         LET'S MOVE ON TO THE NEXT ISSUE.
18              MR. OTTESON:  THANK YOU, YOUR HONOR.
19              THE COURT:  WHAT'S NEXT, MR. LEARY?
20              MR. LEARY:  YOUR HONOR, NEXT WE WOULD LIKE TO ADDRESS
21    THE PRELIMINARY JURY INSTRUCTIONS.
22         FOR THE MOST PART, THE -- HOLD ON JUST A MOMENT, YOUR
23    HONOR.  I'M SORRY.
24              THE COURT:  I JUST POSTED THOSE ON THE DOCKET, SO IF
25    YOU WANT TO SPEAK TO A FURTHER ISSUE, I'M HAPPY TO, BUT I'VE
```

```
1     ALREADY MADE MY RULING ON THAT ONE.
2               MR. LEARY:  OKAY.  FAIR ENOUGH.
3               MS. KEEFE:  SORRY TO INTERRUPT.  CAN YOU JUST LET ME
4     KNOW WHAT IT WAS, YOUR HONOR?  I DIDN'T GET A CHANCE TO SEE
5     THEM AND FOR SOME REASON MY ECF IS NOT COMING UP.
6               THE COURT:  I ACCEPTED THAT WE WILL NOT TELL THE JURY
7     THAT YOU ARE NO LONGER PURSUING A VALIDITY DEFENSE.  INSTEAD, I
8     WILL SIMPLY NOTE, AS WAS REQUESTED, THAT YOU HAVE SOUGHT A
9     DECLARATION OF NON-INFRINGEMENT.
10              MS. KEEFE:  I APPRECIATE IT.  THANK YOU, YOUR HONOR.
11              THE COURT:  GO AHEAD, MR. LEARY.  WHAT'S NEXT?
12              MR. LEARY:  THE NEXT ISSUE ISN'T REALLY AN ISSUE, I
13    DON'T THINK.
14        THE DEFENDANTS HAVE SERVED A MOTION OF, OR NOTICE OF
15    NON-OPPOSITION.  ALL WE'RE ASKING FOR WITH RESPECT TO THE JURY
16    INSTRUCTION ON THE TERM "ENTIRE OSCILLATOR" IS THAT THE
17    DEFENDANTS' PROPOSED JURY INSTRUCTION BE ADDED TO THE JURY
18    INSTRUCTIONS AND THAT A SINGLE PARENTHESIS, WHICH I BELIEVE IS
19    MISSING, IS ADDED AFTER THE NUMBER 13 IN THE ORDER.
20              MR. OTTESON:  IF I COULD SEE WHAT YOU'RE PROPOSING,
21    WE CAN SPEAK TO IT.
22              MR. LEARY:  SURE.  THIS -- WHAT I'M PROPOSING IS
23    ACTUALLY WHAT YOU ALL PROPOSED WITH THE ADDITION OF JUST A
24    PARENTHESIS.
25              MR. CARMACK:  IF THERE'S A MISSING PARENTHESIS, WE
```

```
1        DON'T OBJECT.

2              MS. KEEFE:  THAT'S ALL IT IS.

3              MR. LEARY:  THAT'S IT.

4        (DISCUSSION OFF THE RECORD BETWEEN COUNSEL.)

5              THE COURT:  LET ME SPARE YOU ALL THE TROUBLE.  AGAIN,

6        I'VE RULED ON THIS.  IT'S ON THE DOCKET.  I'VE ACCEPTED WHAT I

7        THINK YOU JUST AGREED TO.

8              MR. LEARY:  THANK YOU, YOUR HONOR.

9              THE COURT:  LET'S MOVE TO THE NEXT ISSUE.

10       MR. CARMACK, WHAT'S ON YOUR LIST?

11             MR. CARMACK:  THE LAST ISSUE HAS TO DO WITH TI'S

12       WITNESS.  WE GOT YOUR HONOR'S ORDER ON THAT, THANK YOU.

13       AND MR. SHARMA IS HERE AS WELL.  WE UNDERSTAND FROM HIM

14       THAT TI'S WITNESS, DR. HAROUN, WHICH IS THE SAME PERSON WHO

15       TESTIFIED AT THE ITC, IS NOT AVAILABLE AFTER TOMORROW, AND WITH

16       THE WAY THE SCHEDULE IS GOING, WE'RE NOT SURE THAT WE COULD GET

17       HIM ON AND OFF TOMORROW UNLESS WE PUT HIM ON AS THE FIRST

18       WITNESS IN OUR CASE, AND OBVIOUSLY WE DON'T WANT TO PUT AN

19       ADVERSE WITNESS ON AS OUR FIRST WITNESS.

20             THE COURT:  WELL, LET ME, BEFORE I TURN TO

21       MR. SHARMA -- GOOD MORNING, MR. SHARMA.

22             MR. SHARMA:  GOOD MORNING, YOUR HONOR.

23             THE COURT:  LET ME OFFER UP ONE INSIGHT THAT MAY

24       HOPEFULLY RESOLVE THIS PROBLEM.

25       IT'S OCCURRED TO ME THAT I AM GOING TO BE IN A POSITION
```

1    TOMORROW TO TAKE TESTIMONY BEGINNING AT 9:30 RUNNING THROUGH

2    THE AFTERNOON.  NOW, I MAY HAVE TO END EARLY, BUT WE WILL BE

3    ABLE TO BEGIN WITH WITNESS TESTIMONY BEGINNING AT 9:30.

4        WILL THAT SOLVE YOUR PROBLEM, MR. SHARMA?

5            MR. SHARMA:  YES, YOUR HONOR.

6            MR. CARMACK:  OURS AS WELL.

7            MR. SHARMA:  THE ONLY REQUIREMENT IS THAT THE

8    WITNESS, DR. HAROUN, HAS TO GO BACK TOMORROW NIGHT TO ATTEND A

9    MEDICAL PROCEDURE THAT STARTS TOMORROW NIGHT.

10           THE COURT:  OKAY.  WE'LL DO OUR BEST TO MAKE SURE HE

11   GETS ON THAT PLANE.

12           MR. CARMACK:  THANK YOU.

13           THE COURT:  ANYTHING ELSE, MR. CARMACK, ON YOUR SIDE?

14           MR. CARMACK:  NOTHING ELSE FROM US, YOUR HONOR.

15           THE COURT:  ALL RIGHT.  AS FAR AS THE SCHEDULE GOES,

16   LET ME JUST OFFER SOME FURTHER THOUGHTS ABOUT THAT.

17       AS I MENTIONED YESTERDAY, I DID REVIEW MY WEEK AND IT HAS

18   BECOME CLEAR TO ME WE CAN PROCEED TOMORROW WITH WITNESS

19   TESTIMONY ACCORDING TO THE NORMAL SCHEDULE, AND I WANT TO

20   REVIEW THAT NORMAL SCHEDULE WITH YOU ALL SO THAT NO ONE HAS ANY

21   MISUNDERSTANDINGS.

22       I'M GOING TO INSTRUCT THE JURY TO APPEAR IN MY JURY ROOM

23   AT 9:00 O'CLOCK EVERY MORNING WITH THE CAVEAT THAT WE WILL

24   BEGIN WITNESS TESTIMONY AT 9:30.

25       SO BETWEEN 9:00 AND 9:30, YOU ALL SHOULD BE HERE IN THE

1    COURTROOM READY TO GO TO RAISE ANY ISSUES AS WE'VE JUST DONE.

2         IF THERE ARE NO ISSUES AND IF THE JURY HAPPENS TO BE HERE,

3    WE'LL START EARLY, BUT IN NO EVENT WILL WE START PAST 9:30.  I

4    WANT TO GET THIS THING MOVING THROUGH.

5         TOMORROW I DO HAVE ONE HEARING WHICH IS CURRENTLY

6    SCHEDULED FOR 3:00 P.M. IN ANOTHER MATTER.  UNLESS SOMETHING

7    SHOULD HAPPEN TODAY THAT WOULD CHANGE THAT SCHEDULE, WE'LL

8    BREAK TOMORROW AT 3:00 O'CLOCK, YOU'LL BREAK, YOU CAN GO

9    PREPARE FOR THE NEXT DAY, AND I'LL TURN TO THAT OTHER ISSUE IN

10   THAT OTHER CASE.

11        WEDNESDAY, AGAIN, WE'LL START WITH THE USUAL SCHEDULE AT

12   9:00 WITH THE JURY, 9:00 FOR YOU ALL, WITH TESTIMONY BEGINNING

13   AT 9:30.

14        TRIAL WILL END EACH DAY, OTHER THAN TOMORROW, AT 4:30.

15   WE'LL TAKE AN HOUR BREAK FOR LUNCH AND PERHAPS A 10 OR 15

16   MINUTE BREAK DURING THE MORNING AND DURING THE AFTERNOON AS

17   WELL.

18        ALL RIGHT.  SO THAT'S THE SCHEDULE I HAVE IN MIND.

19        YOU ALL UNDERSTAND, I BELIEVE, THAT YOU HAVE AN HOUR EACH

20   FOR OPENINGS, AN HOUR EACH FOR CLOSINGS, AND 15 HOURS FOR

21   DIRECTS AND CROSSES.

22        ESPECIALLY IN LIGHT OF THE STREAMLINING THAT'S TAKEN

23   PLACE, WHICH I COMMEND YOU ALL FOR, I DON'T THINK THERE WILL BE

24   A PROBLEM, BUT THERE WILL BE A CLOCK AND IF YOU NEED TO CHECK

25   IT, MR. RIVERA CAN CERTAINLY HELP YOU WITH THAT DURING THE

1    BREAKS.

2         ALL RIGHT.  ARE THERE ANY OTHER LOGISTICS ISSUES?  MY

3    UNDERSTANDING FROM MR. RIVERA IS THAT THE JURY WAS BEING

4    ASSEMBLED DOWNSTAIRS.

5         ARE WE READY TO GO, MR. RIVERA?

6         THE CLERK:  YES, YOUR HONOR.  WE HAVE 45 JURORS

7    REPORTING.

8         THE COURT:  OKAY, WE HAVE 45.

9      MS. KEEFE.

10         MS. KEEFE:  I JUST WANT TO ASK YOUR HONOR HOW HE

11    PREFERS THINGS TO BE DONE.  I UNDERSTAND THAT YOU'RE GOING TO

12    ASK THE QUESTIONS ON THE JUROR BIOGRAPHICAL INFORMATION SHEET

13    AND THEREAFTER PROCEED EACH OF US GETS A HALF HOUR TO DO

14    INDIVIDUAL VOIR DIRE?

15         THE COURT:  THAT'S CORRECT.

16         MS. KEEFE:  IS YOUR HONOR OKAY WITH ADDRESSING THE

17    ENTIRE POOL WITH "COULD YOU RAISE YOUR HAND IF" THAT INCLUDES

18    ALL THE JURORS?

19         THE COURT:  ABSOLUTELY.  I WANT YOU ALL TO DO YOUR

20    JOBS, SO YOU CAN ADDRESS WHOMEVER YOU LIKE.

21       MY ONLY SUGGESTION IS, GIVEN MY METHODOLOGY, SPENDING A LOT

22    OF TIME ON NUMBERS 42, 43, 44, AND 45 IS PROBABLY NOT

23    PRODUCTIVE BECAUSE THE ODDS THAT THEY'RE GOING TO MAKE THEIR

24    WAY THROUGH THE CHAIN ARE PRETTY SMALL.

25         MS. KEEFE:  I JUST WANTED TO MAKE SURE YOU WEREN'T

1    LIMITED TO THE PEOPLE IN THE BOX FIRST.

2              THE COURT:  NOT AT ALL.

3              MS. KEEFE:  UNTIL THEY COME BACK, IT'S --

4              THE COURT:  NOT AT ALL.  YOU HAVE THE ENTIRE PANEL TO

5    WORK WITH.

6         ALL RIGHT.  ANY OTHER ISSUES?  IF NOT, WHAT WE'LL DO IS

7    TAKE A SHORT RECESS, MR. RIVERA WILL GET THE POTENTIAL JURORS,

8    WE'LL BRING THEM BACK IN AND WE'LL GET STARTED.

9         ALL RIGHT.  THANK YOU.

10        (RECESS FROM 9:19 A.M. UNTIL 9:33 A.M.)

11             THE CLERK:  JURORS PLEASE STAND AND RAISE YOUR RIGHT

12   HAND.

13        (PROSPECTIVE JURY PANEL SWORN.)

14             THE COURT:  LADIES AND GENTLEMEN, MY NAME IS

15   PAUL GREWAL AND I SERVE AS A UNITED STATES MAGISTRATE JUDGE

16   HERE IN THE NORTHERN DISTRICT OF CALIFORNIA.

17        IT IS MY PRIVILEGE AND PLEASURE TO WELCOME YOU TO THIS

18   COURT THIS MORNING AND TO THIS MORNING'S TRIAL.

19        OVER THE COURSE OF THE NEXT SEVERAL HOURS, YOU WILL HEAR

20   FROM ME A NUMBER OF INSTRUCTIONS, AND FOR SOME OF YOU, THOSE

21   INSTRUCTIONS WILL CONTINUE OVER THE NEXT SEVERAL DAYS.

22        IF AT ANY POINT ANY OF YOU DO NOT UNDERSTAND ONE THING I'M

23   SAYING TO YOU, YOU LET ME KNOW AND I'LL DO MY BEST TO CLARIFY

24   THE SITUATION.

25             BEFORE I DO ANYTHING ELSE, I WANT TO EXPLAIN TO YOU WHY

1    YOU HAVE YOU'VE BEEN SUMMONED TO SERVE IN THIS COURT THIS

2    MORNING.

3         YOU'VE BEEN SUMMONED TO SERVE BECAUSE JURORS PERFORM A

4    VITAL SERVICE IN OUR AMERICAN SYSTEM OF JUSTICE.  THE

5    PROTECTION OF OUR RIGHTS, OUR LIBERTIES, THEY DEPEND IN PART ON

6    MEMBERS OF THE COURT SUCH AS MYSELF AND MY STAFF, BUT THEY

7    ULTIMATELY DEPEND UPON YOU, THE MEMBERS OF THIS COMMUNITY.

8         AND SO I THANK YOU FOR THAT SERVICE.  I THANK YOU FOR YOUR

9    TIME AND YOUR COMMITMENT TO THIS PROCEEDING.  I KNOW I SPEAK ON

10   BEHALF OF ALL OF THE PARTIES AND ALL OF THE ATTORNEYS IN

11   EXPRESSING MY GRATITUDE TO YOU FOR YOUR COMMITMENT TO THIS

12   PROCEEDING HERE TODAY AND, AGAIN, FOR SOME OF YOU, OVER THE

13   NEXT SEVERAL DAYS.

14        YOU SHOULD UNDERSTAND THAT EVERY CASE THAT MAKES ITS WAY

15   UP TO THE SUPREME COURT, IN MOST SITUATIONS I SHOULD SAY,

16   BEGINS IN A COURT JUST LIKE THIS ONE, AND SO THOSE FAMOUS

17   DECISIONS YOU MAY HAVE STUDIED IN ELEMENTARY OR IN MIDDLE

18   SCHOOL, PERHAPS HIGH SCHOOL, THE ONES YOU READ ABOUT ON

19   TELEVISION -- READ ABOUT IN THE NEWSPAPERS AND SEE ON

20   TELEVISION, IN MOST CASES THEY BEGIN A COURT JUST LIKE THIS

21   ONE.

22        I DON'T KNOW IF THIS CASE WILL MAKE ITS WAY UP TO THE

23   SUPREME COURT OR NOT, BUT YOU SHOULD UNDERSTAND THAT WE TREAT

24   EVERY CASE AS IF IT IS A MATTER OF THAT SIGNIFICANCE, AND SO I

25   HOPE YOU'LL BRING THAT SAME SPIRIT TO YOUR WORK HERE TODAY.

1          THROUGHOUT THIS PROCESS THERE MAY BE AN OCCASION OR TWO,

2     PERHAPS EVEN THREE, WHEN I WILL BE REQUIRED TO MEET WITH THE

3     LAWYERS SEPARATELY FROM YOU ALL AND APART FROM YOU ALL, AND WE

4     DO THIS IN A PROCEEDING WE CALL A SIDE-BAR CONFERENCE.  I MAY

5     HAVE THE SIDE-BAR CONFERENCE OVER HERE, I MAY HAVE IT OVER

6     HERE.

7          IT CAN BE FRUSTRATING, UNDOUBTEDLY, TO HAVE LAWYERS AND

8     JUDGES WHISPERING AND KIBITZING OFF TO THE SIDE WHILE YOUR

9     VALUABLE TIME IS BEING CONSUMED.  I WANT TO APOLOGIZE FOR THAT

10    AT THE VERY BEGINNING AND ASSURE YOU THAT WE ARE MEETING

11    WITH -- WE'RE MEETING SEPARATELY FROM YOU AND OUTSIDE OF YOUR

12    PRESENCE NOT TO UNNECESSARILY KEEP INFORMATION FROM YOU OR TO

13    WASTE ANY OF YOUR TIME.  WE'RE DOING THAT TO ENSURE THAT THE

14    PROCEEDING IN THIS COURT FOLLOWS THE STANDARDS THAT I'VE JUST

15    ARTICULATED AND THAT THE INTEGRITY OF THIS PROCESS IS

16    MAINTAINED AT ALL TIMES.

17         IN A TRIAL LIKE THIS ONE, THE VERY FIRST PROCESS, OR THE

18    VERY FIRST STEP IN THE PROCESS I SHOULD SAY, IS TO PICK THE

19    ACTUAL JURY THAT WILL SERVE IN THIS CASE, AND YOU SHOULD

20    UNDERSTAND THAT THIS SELECTION PROCESS IS SOMETHING WE REFER TO

21    IN THE COURT SOMETIMES AS VOIR DIRE.

22         IT IS A PROCESS THAT'S AIMED AT GETTING A FAIR

23    REPRESENTATION OF THE COMMUNITY TO SIT IN JUDGMENT OF THE FACTS

24    IN THIS CASE.

25         THAT MEANS, BY DEFINITION, THAT SOME OF YOU WILL NOT BE

1    CALLED TO SERVE, AND YOU SHOULD NOT TAKE THAT AS A REFLECTION

2    UPON YOUR FAIRNESS, BUT RATHER UNDERSTAND THAT WE ARE TRYING TO

3    MAKE SURE THAT THESE PARTIES AND THESE LAWYERS WHO HAVE WORKED

4    VERY HARD TO GET TO THIS POINT HAVE A FAIR REPRESENTATION OF

5    THE COMMUNITY, AND SO THAT'S WHY WE MUST GO THROUGH THIS

6    PROCESS.

7         NOW, TO GET TO THAT FAIR REPRESENTATION OF THE COMMUNITY,

8    WE WILL HAVE TO ASK YOU, THIS MORNING, A NUMBER OF QUESTIONS.

9    AFTER THE COURT AND THE LAWYERS HAVE CONSUMED YOUR ANSWERS TO

10   THOSE QUESTIONS, WE WILL MEET SEPARATELY TO DECIDE WHICH JURORS

11   ARE MOST APPROPRIATELY PICKED TO SERVE AS THE JURY IN THIS

12   CASE.

13        NOW, TO DO THAT, WE WILL CONSIDER WHETHER JURY SERVICE

14   WILL IMPOSE AN UNDUE HARDSHIP ON ANY OF YOU.  THERE MAY BE

15   CERTAIN REASONS WHY THERE'S GOOD CAUSE TO EXCLUDE YOU FROM THE

16   JURY THAT SITS IN THIS CASE.

17        AND FINALLY, EACH SIDE WILL HAVE A LIMITED NUMBER OF WHAT

18   WE CALL PEREMPTORY CHALLENGES, WHICH ALLOWS THE LAWYERS IN THIS

19   CASE TO EXERCISE THEIR PROFESSIONAL JUDGMENT ABOUT WHO IS BEST

20   SERVED TO SERVE AS JURORS IN THIS CASE.

21        NOW, AS TO ALL OF THESE QUESTIONS I'M ABOUT TO ASK YOU,

22   AND PERHAPS THE LAWYERS MAY AS WELL, UNDERSTAND THIS:  NONE OF

23   US INTEND TO PRY UNNECESSARILY INTO YOUR PERSONAL LIVES.  ALL

24   THAT WE ARE TRYING TO DO IS TO LEARN THE LIMITED AND NECESSARY

25   FACTS THAT WE NEED TO HAVE IN OUR POSSESSION TO DETERMINE

1       WHETHER OR NOT YOU CAN SERVE AS A JUROR IN THIS CASE.

2            SO, AGAIN, WITH FULL APOLOGIES FOR WHAT MAY SEEM LIKE AN

3       UNDUE INTRUSION INTO YOUR PERSONAL AFFAIRS, I CAN ASSURE YOU WE

4       ARE NOT ASKING THESE QUESTIONS FOR ANY UNTOWARD PURPOSE.

5            YOU SHOULD UNDERSTAND THAT IN ANSWERING ANY QUESTION I MAY

6       ASK YOU OR THAT ANY OF THE LAWYERS ASK YOU, YOU MUST FOLLOW ONE

7       RULE AT ALL TIMES:  THAT RULE IS BE HONEST.  BE HONEST WITH ME,

8       BE HONEST WITH THE LAWYERS THAT ARE HERE IN THIS COURT, AND

9       ULTIMATELY BE HONEST WITH YOURSELF.

10           IF I ASK YOU, OR IF THE LAWYERS ASK YOU EVEN ONE QUESTION

11      THAT MAKES YOU UNCOMFORTABLE, THAT MAKES YOU A LITTLE NERVOUS,

12      A LITTLE ANXIOUS MAYBE, YOU STILL HAVE TO BE HONEST.  YOU HAVE

13      TO ANSWER THE QUESTION.

14           BUT I WILL GIVE YOU THIS:  IF YOU FEEL THAT YOU WOULD BE

15      MORE COMFORTABLE ANSWERING ANY ONE OF OUR QUESTIONS IN PRIVATE,

16      SEPARATE FROM HAVING 70 OF YOUR BEST FRIENDS HEAR THE ANSWER TO

17      THAT QUESTION, I'LL UNDERSTAND THAT AND WHAT WE'LL DO IS WE'LL

18      BRING YOU UP HERE, YOU GET TO HAVE A SIDE-BAR IN THAT INSTANCE

19      IN WORKING WITH ME AND WITH THE LAWYERS, AND WE'LL GET THE

20      ANSWER TO THE QUESTION IN A WAY THAT'S NOT SO EMBARRASSING OR

21      UNCOMFORTABLE FOR YOU.

22           NOW, YOU'RE GOING TO HEAR A LOT FROM ME TODAY AND, AGAIN,

23      FOR SOME OF YOU OVER THE NEXT SEVERAL DAYS, BUT YOU'RE ALSO

24      GOING TO HEAR A LOT FROM THE LAWYERS IN THIS CASE.

25           WHAT I WOULD LIKE TO DO AT THIS POINT IN TIME IS TO ALLOW

```
 1      EACH OF THE SETS OF LAWYERS IN THIS CASE TO INTRODUCE

 2      THEMSELVES AND THEIR TEAM MEMBERS, AS WELL AS THEIR CLIENTS.

 3           AND SO WITH THAT, MR. OTTESON, I'M GOING TO ASK YOU TO GO

 4      FIRST, SIR.  PLEASE INTRODUCE YOURSELF AS WELL AS MEMBERS OF

 5      YOUR TEAM AND YOUR CLIENT.

 6           MR. OTTESON:  THANK YOU VERY MUCH, JUDGE.

 7        MY NAME IS JIM OTTESON.  I AM AT A LAW FIRM IN MENLO PARK

 8      CALLED AGILITY IP LAW.  WE SPECIALIZE IN PATENT INFRINGEMENT

 9      CASES, WHICH THIS IS ONE.

10        AND LET ME INTRODUCE MY TEAM MEMBERS.  THIS IS MY COLLEAGUE

11      PHIL MARSH, TOM CARMACK, DAVID LANSKY.

12        I'D ALSO LIKE TO INTRODUCE YOU TO CHUCK MOORE, WHO IS THE

13      INVENTOR OF THE PATENT THAT'S GOING TO BE AT ISSUE.

14           A FEW OF MY OTHER COLLEAGUES IN THE BACK, IRVIN TYAN -- IF

15      YOU COULD JUST RAISE YOUR HAND, IRVIN -- JED PHILIPS, AND

16      MICHELLE BREIT.

17           SO IT'S A PLEASURE TO MEET YOU.  THANK YOU FOR YOUR

18      SERVICE.

19             THE COURT:  THANK YOU, MR. OTTESON.

20             MR. HOGE:  GOOD MORNING, YOUR HONOR.  MY NAME IS

21      CHARLIE HOGE.  I REPRESENT PATRIOT SCIENTIFIC CORPORATION,

22      WHICH IS -- THIS IS CLIFFORD FLOWERS, WHO'S THE CEO.

23           PATRIOT IS A COMPANY BASED IN CARLSBAD.  IT'S ONE OF THE

24      CO-OWNERS OF THE PATENTS AT ISSUE.  I WORK WITH A SAN DIEGO

25      FIRM CALLED KIRBY, NOONAN, LANCE & HOGE.  GOOD MORNING.
```

1          MR. OTTESON:  I APOLOGIZE, JUDGE.  I NEGLECTED TO

2     INTRODUCE MY CLIENTS.

3          I REPRESENT TWO OF THE OTHER DEFENDANTS IN THE CASE, TPL,

4     OR TECHNOLOGY PROPERTIES LIMITED, AND ALLIACENSE, AND WE HAVE

5     THE PRINCIPALS FROM THOSE FIRMS TODAY, DAN LECKRONE, IN THE

6     BACK, IS THE CEO OF TPL; AND MACK LECKRONE IS THE CEO OF

7     ALLIACENSE.

8          AND WE ARE ON THE SAME SIDE AS PATRIOT.  WE ARE CO-OWNERS

9     OF THE PATENT AT ISSUE.

10          THANK YOU.

11          THE COURT:  THANK YOU.

12     MS. KEEFE, GOOD MORNING.

13          MS. KEEFE:  THANK YOU, YOUR HONOR.  GOOD MORNING.  MY

14     NAME IS HEIDI KEEFE.  I'M AN ATTORNEY WITH A LAW FIRM NAMED

15     COOLEY LLP HERE IN SILICON VALLEY AND IT'S MY PLEASURE TODAY TO

16     BE REPRESENTING THE DEFENDANTS IN THIS CASE, HTC AND HTC

17     AMERICA.

18          WITH ME TODAY I'M PROUD TO INTRODUCE MY COLLEAGUE

19     STEVE SMITH, MY COLLEAGUE RON LEMIEUX.

20          ALSO IN THE AUDIENCE, WE'RE FORTUNATE TO HAVE JENNIE HUANG

21     WITH US FROM THE CLIENT, HTC, SHE'S STANDING ON THE BACK WALL.

22          AND WE ALSO VERY MUCH THANK YOU FOR YOUR TIME, ATTENTION,

23     AND SERVICE.  WE'LL TRY TO MAKE THIS AS QUICK AS POSSIBLE FOR

24     YOU.

25          THANK YOU.

```
1              THE COURT:  THANK YOU, MS. KEEFE.

2          ALL RIGHT, LADIES AND GENTLEMEN.  HERE'S HOW WE'RE GOING

3      TO GET THROUGH ALL THESE QUESTIONS THIS MORNING IN AS EFFICIENT

4      A MANNER AS POSSIBLE.

5              EACH OF YOU SHOULD HAVE A NUMBERED CARD WITH YOU AT YOUR

6      SEAT.  NOW, IT'S IMPORTANT THAT YOU UNDERSTAND HOW YOU SHOULD

7      ANSWER THE QUESTIONS THAT WE ARE ABOUT TO ASK.  WHEN I ASK YOU

8      A QUESTION OR ONE THE ATTORNEYS ASK YOU A QUESTION AND THE

9      QUESTION IS A YES OR A NO TYPE OF A QUESTION, THE WAY YOU

10     ANSWER YES TO THAT QUESTION IS YOU HOLD YOUR CARD UP HIGH, AND

11     I SAY SPECIFICALLY THAT YOU HOLD THAT CARD UP HIGH WITH THE

12     NUMBER FACING OUTWARD BECAUSE WHAT YOU MUST APPRECIATE IS THAT

13     THE LAWYERS HERE HAVE A VERY DIFFICULT JOB.  THEIR JOB IS NOT

14     JUST TO ASK THE RIGHT QUESTIONS AND TO LISTEN TO WHAT YOU ALL

15     HAVE TO SAY IN RESPONSE TO THOSE QUESTIONS, THEIR JOB IS TO

16     TRACK THAT INFORMATION.

17             AND SO WITH 40-SOME FOLKS HERE TO ANSWER QUESTIONS THIS

18     MORNING, IT CAN TAKE A BIT OF TIME, SO IF YOU CAN DO YOUR BEST

19     TO KEEP YOUR CARD NUMBERS UP, IT WILL HELP THEM DO THEIR JOB

20     AND GET US ALL MOVING ALONG AS QUICKLY AS POSSIBLE.

21             DOES EVERYBODY UNDERSTAND THAT?

22             ALL RIGHT.  THAT WAS THE FIRST TEST.  NONE OF YOU RAISED

23     YOUR CARD UP TO INDICATE YES.

24             (LAUGHTER.)

25              THE COURT:  OKAY.  THIS IS GOING TO BE A LONG DAY.
```

```
1            (LAUGHTER.)

2            THE COURT:  LET ME BEGIN BY ASKING EACH OF YOU, NOW

3     THAT YOU HAVE BEEN INTRODUCED TO THE ATTORNEYS, TO ME, AND TO

4     THE CLIENTS, DO ANY OF YOU KNOW ANY OF THESE ATTORNEYS,

5     CLIENTS, OR PEOPLE THAT MAY BE EMPLOYED BY THEM?  IF THE ANSWER

6     TO THAT QUESTION IS YES, PLEASE HOLD YOUR CARD NUMBER UP HIGH

7     UNTIL I RECOGNIZE IT AND THEN I'LL INVITE YOU TO TURN IT DOWN.

8            I SEE JUROR NUMBER 3 AND JUROR NUMBER 18, JUROR NUMBER 21,

9     JUROR NUMBER 33.  AND I HAVE YOU, JUROR NUMBER 3.  THANK YOU,

10    SIR.

11           ALL RIGHT.  LET ME BEGIN WITH YOU, JUROR NUMBER 33 -- I'M

12    SORRY -- JUROR NUMBER 3.  COULD YOU PLEASE TELL ME WHO YOU

13    KNOW?

14           PROSPECTIVE JUROR:  DON'T KNOW PERSONALLY, BUT I'VE

15    ACTUALLY WORKED WITH COOLEY IN A FEW JOBS THAT I WORKED WITH.

16           THE COURT:  MAY I ASK YOU TO DESCRIBE GENERALLY THE

17    TYPE OF WORK YOU DID WITH COOLEY?

18           PROSPECTIVE JUROR:  I DO PROCUREMENT AND CONTRACTS

19    WITH COMPANIES IN SILICON VALLEY, SO I'VE NEGOTIATED CONTRACTS

20    WITH THAT COMPANY DIRECTLY.

21           THE COURT:  AND WHEN YOU SAY YOU'VE BEEN NEGOTIATING

22    CONTRACTS, HAVE THEY BEEN OPPOSITE TO YOU IN THESE

23    NEGOTIATIONS?

24           PROSPECTIVE JUROR:  IT WAS FOR THE BEST INTERESTS OF

25    THE COMPANY THAT I REPRESENT.
```

```
 1              THE COURT:  OKAY.  BUT YOU NEVER WORKED FOR COOLEY
 2     YOURSELF?
 3              PROSPECTIVE JUROR:  NO, SIR.
 4              THE COURT:  AND DO YOU HAPPEN TO KNOW ANY OF THESE
 5     ATTORNEYS WHO ARE SITTING HERE?
 6              PROSPECTIVE JUROR:  NO, I DO NOT.
 7              THE COURT:  THEY MAY HAVE A FEW FOLLOW-UP QUESTIONS,
 8     BUT I APPRECIATE YOUR ANSWERS, SIR.
 9           JUROR NUMBER 18, I BELIEVE YOU RAISED YOUR CARD.  WHERE ARE
10     YOU?  GOOD MORNING, MA'AM.
11              PROSPECTIVE JUROR:  GOOD MORNING.
12              THE COURT:  WHO DO YOU KNOW?
13              PROSPECTIVE JUROR:  I'M NOT SURE THIS QUALIFIES, BUT
14     I WORKED WITH COOLEY DOWN AT SEASCAPE RESORT.  THEY COME TO OUR
15     RESORT EVERY YEAR.  SO I DIDN'T WANT TO LIE, SO --
16              THE COURT:  NO, YOU DON'T WANT TO DO THAT, I CAN
17     ASSURE YOU OF THAT.
18           MAY I ASK, MA'AM, DO YOU HAPPEN TO KNOW ANY OF THESE
19     ATTORNEYS PERSONALLY?
20              PROSPECTIVE JUROR:  I DO NOT.
21              THE COURT:  ALL RIGHT.  THANK YOU JUROR NUMBER 18.
22           JUROR NUMBER 21, I BELIEVE YOU RAISED YOUR CARD.
23              PROSPECTIVE JUROR:  YES, I DID.  I DON'T KNOW COOLEY
24     PERSONALLY.  MY HUSBAND WORKED FOR A COMPANY NAME SYNERGY AND
25     THEY DID SOME BUSINESS CONSULTING WITH COOLEY.  HE DID A
```

1    ONE-DAY WORK SHOP WITH THEM A NUMBER OF YEARS AGO.

2         THE COURT:  WHEN YOU SAY YOU DON'T KNOW ANY OF THEM

3    PERSONALLY, YOU DON'T KNOW ANY OF THESE LAWYERS AT ALL?

4         PROSPECTIVE JUROR:  CORRECT.

5         THE COURT:  THANK YOU, MA'AM.

6      JUROR NUMBER 33, I BELIEVE YOU RAISED YOUR CARD.  GOOD

7    MORNING, SIR.

8         PROSPECTIVE JUROR:  GOOD MORNING, I'M A PATENT

9    LITIGATOR AND I'VE LITIGATED AGAINST MS. KEEFE.

10       (LAUGHTER.)

11        THE COURT:  MAY I ASK WHERE YOU WORK, SIR?

12        PROSPECTIVE JUROR:  I WORK AT KRAMER, LEVIN, NAFTALIS

13   & FRANKEL.

14        THE COURT:  HAVE WE LITIGATED AGAINST EACH OTHER,

15   SIR, IN A PREVIOUS LIFE?

16        PROSPECTIVE JUROR:  NOT AGAINST EACH OTHER, BUT I

17   KNOW YOU.

18       (LAUGHTER.)

19        THE COURT:  ALL RIGHT.  I'VE LEAVE IT AT THAT, SIR.

20      CAN I ASK YOU, HAVING LITIGATED AGAINST MS. KEEFE AND

21   HAVING SOME FAMILIARITY WITH MY WORK, DO YOU FEEL THERE'S

22   ANYTHING IN THAT EXPERIENCE THAT WOULD PRECLUDE YOU FROM

23   SERVING AS A JUROR, AN IMPARTIAL JUROR IN THIS CASE?

24        PROSPECTIVE JUROR:  ABSOLUTELY NOT.

25        THE COURT:  OKAY.  LET ME -- I WILL -- LET ME CAUTION

1    YOU THAT THE LAWYERS HERE MAY HAVE SOME FOLLOW-UP QUESTIONS,

2    BUT I APPRECIATE YOUR CANDOR, SIR.

3        ALL RIGHT.  LET ME NEXT EXPLAIN TO EACH AND EVERY ONE OF

4    YOU A LITTLE SOMETHING ABOUT THIS CASE.  YOU'VE HEARD REFERENCE

5    TO PATENTS AND PATENT INFRINGEMENT IN SOME OF THE EARLIER

6    INTRODUCTIONS.

7        YOU'RE GOING TO HEAR A LOT MORE FROM ME AND MUCH, MUCH

8    MORE FROM THE LAWYERS ABOUT THE DETAILS OF THIS CASE, BUT IN A

9    NUTSHELL, WHAT THIS CASE IS ABOUT IS THE FOLLOWING:

10        HTC FILED SUIT IN THIS COURT SEEKING A DECLARATION THAT NO

11    CLAIM OF A PARTICULAR UNITED STATES PATENT THAT WE ARE GOING TO

12    REFER TO AS THE '336 PATENT IS INFRINGED BY HTC.

13        TPL FILED A COUNTER-COMPLAINT ALLEGING THAT HTC INFRINGES

14    THIS '336 PATENT BY MAKING, IMPORTING, USING, SELLING, AND

15    OFFERING FOR SALE PRODUCTS THAT TPL ARGUES ARE COVERED BY

16    CERTAIN CLAIMS IN THAT PATENT.

17        TPL ALSO ARGUES THAT HTC ACTIVELY INDUCED THE INFRINGEMENT

18    OF THESE CLAIMS AND SEEKS MONEY DAMAGES.

19        I WANT TO EMPHASIZE A COUPLE OF THINGS BEFORE I SAY

20    ANYTHING ELSE.

21        FIRST AND FOREMOST, WHILE TPL BEARS THE BURDEN OF PROOF ON

22    THE QUESTION OF INFRINGEMENT AND DAMAGES, HTC DENIES THOSE

23    CLAIMS.  NOTHING HAS BEEN PROVEN YET.  YOU HAVEN'T EVEN HEARD

24    ANY EVIDENCE.  FRANKLY, YOU HAVEN'T EVEN HEARD ANY ARGUMENT AT

25    THIS POINT.

1       SO DON'T FORM ANY OPINIONS IN YOUR MIND FROM ANYTHING I'VE

2   JUST SAID.  I'M JUST TRYING TO GIVE YOU SOME BACKGROUND FOR WHO

3   TPL AND PATRIOT ARE, THOSE ARE THE FOLKS SITTING OVER HERE, AND

4   WHO HTC IS, THE FOLKS SITTING OVER HERE.

5       NOW, ON THAT VERY LIMITED SUMMARY OF THE DISPUTE THAT I'VE

6   JUST PROVIDED TO YOU, DO ANY OF YOU HAVE ANY KNOWLEDGE OF THE

7   FACTS OF THIS CASE, OF THIS PATENT INFRINGEMENT LAWSUIT?

8   ANYONE HAVE ANY KNOWLEDGE WHATSOEVER?  NO?  ALL RIGHT.

9       I WANT TO LIST FOR YOU SOME INDIVIDUALS WHO MAY TESTIFY

10  DURING THE COURSE OF THIS TRIAL.  NOW, A FEW OF THESE FOLKS

11  HAVE BEEN INTRODUCED ALREADY.  THERE MAY BE OTHERS WHO TESTIFY

12  IN THIS CASE, BUT I WANT TO AT LEAST GIVE YOU A LIST OF NAMES

13  THAT YOU SHOULD KEEP IN MIND.

14      AND AS I'M RECITING THESE NAMES, I WANT YOU TO ASK

15  YOURSELF, DO I KNOW THIS PERSON?  HAVE I WORKED WITH HER?  HAVE

16  I COME ACROSS HIM IN ANY PERSONAL OR PROFESSIONAL CONTEXT?  AND

17  THEN I'LL ASK YOU A FEW QUESTIONS ABOUT THAT IN A MOMENT.

18      POTENTIAL WITNESS LIST IS THE FOLLOWING:  MARTIN FICHTER;

19  EDWARD LIANG; THOMAS GAFFORD; CHRISTOPHER BOKHART; SINA DENA;

20  DANIEL LECKRONE; CHARLES MOORE; RUSSELL FISH, THE THIRD;

21  BAHER HAROUN; DANIEL LECKRONE; GLORIA FELCYN; VOJIN OKLOBDZIJA;

22  STEVEN PROWSE.

23      DO ANY OF YOU KNOW ANY OF THESE POTENTIAL WITNESSES?

24  JUROR NUMBER 27.

25      ANY OTHERS?  NO?  OKAY.

1        AND AGAIN, I WANT TO UNDERSCORE, WHEN I SAY POTENTIAL

2   WITNESS, I MEAN POTENTIAL.  THESE FOLKS MAY TESTIFY, THEY MAY

3   NOT, AND THE FACT THAT THEY HAVE BEEN IDENTIFIED AND ULTIMATELY

4   ARE NOT CALLED AS WITNESSES SHOULD NOT BE GIVEN ANY WEIGHT IN

5   YOUR MIND WHATSOEVER.

6        JUROR NUMBER 27, GOOD MORNING, SIR.

7             PROSPECTIVE JUROR:  HI, GOOD MORNING, JUDGE.  I TOOK

8   A CLASS UNDER PROFESSOR OKLOBDZIJA AT U.C. DAVIS.

9             THE COURT:  AND CAN I ASK YOU, SIR, WHAT CLASS WAS

10  THAT?

11            PROSPECTIVE JUROR:  IT WAS CIRCUITS DESIGN.

12            THE COURT:  AND WHEN DID YOU TAKE THE CLASS?

13            PROSPECTIVE JUROR:  '95 OR -- '94 OR '95.

14            THE COURT:  HAVE YOU HAD ANY CONTACT WITH

15  DR. OKLOBDZIJA SINCE THEN?

16            THE DEFENDANT:  NO.

17            THE COURT:  AND WAS IT JUST THIS ONE CLASS, SIR?

18            PROSPECTIVE JUROR:  YES.

19            THE COURT:  CAN I ASK YOU HOW YOU DID IN THE CLASS,

20  SIR?

21       (LAUGHTER.)

22            PROSPECTIVE JUROR:  IT'S THE ONLY CLASS IN MY

23  UNDERGRAD THAT I GOT A B PLUS IN.

24       (LAUGHTER.)

25            THE COURT:  I PROMISE NOT TO TELL YOUR MOTHER, SIR.

```
 1          (LAUGHTER.)

 2              THE COURT:  ALL RIGHT.  DOES ANYONE ELSE KNOW ANY

 3       POTENTIAL WITNESS IN THIS CASE?

 4          ALL RIGHT.  LET ME GIVE YOU A LITTLE SENSE OF THE SCHEDULE

 5       THAT WE INTEND TO KEEP DURING THE COURSE OF THIS TRIAL.  IT IS

 6       MY EXPECTATION -- AND I SAY "EXPECTATION" VERY GUARDEDLY --

 7       THAT TRIAL WILL CONTINUE THROUGHOUT THIS WEEK AND INTO THE

 8       NEXT.  IT MAY GO EVEN FURTHER.  TRIALS HAVE A WAY OF TAKING ON

 9       A LIFE OF THEIR OWN, BUT I HAVE EVERY EXPECTATION THAT WE WILL

10       COMPLETE THIS TRIAL BY THE END OF NEXT WEEK.

11          NOW, THE TRIAL DAY WE WILL KEEP IS AS FOLLOWS:  EACH JUROR

12       WILL BE REQUIRED TO REPORT TO THIS COURT NO LATER THAN 9:00

13       O'CLOCK IN THE MORNING.  THOSE OF YOU SELECTED FOR THE JURY

14       WILL GATHER IN MY JURY ROOM, WHICH IS OVER HERE TO MY LEFT.  WE

15       WILL BEGIN THE TRIAL DAY AT 9:30.

16          NOW, YOU MAY ASK, WHY DO I HAVE TO BE HERE AT 9:00 O'CLOCK

17       IF WE'RE GOING TO START AT 9:30?

18          THE REASON FOR THAT IS THAT I WILL WORK WITH THE LAWYERS

19       TO RESOLVE AS MANY ISSUES AS WE CAN BETWEEN 9:00 AND 9:30 SO

20       THAT ONCE WE BEGIN TRIAL, YOUR TIME IS NOT WASTED.

21          I NEED YOU HERE AT 9:00 O'CLOCK BECAUSE IT MAY BE THAT

22       THERE ARE NO DISPUTES AND THAT WE CAN BEGIN RIGHT AWAY.  IN

23       CASE YOU HAVEN'T PICKED THIS UP, MY GOAL HERE IS TO GET YOU ON

24       YOUR WAY AS QUICKLY AS POSSIBLE WHILE ASSURING THE PARTIES AND

25       THE LAWYERS IN THIS CASE OF A FAIR PROCEEDING.
```

```
 1            SO IF YOU'RE HERE AT 9:00, READY TO GO AT 9:30, THINGS

 2     WILL MOVE ALONG RELATIVELY SMOOTHLY.

 3            WE WILL END EACH TRIAL DAY AT 4:30 IN THE AFTERNOON SHARP.

 4            WE'LL TAKE A ONE HOUR LUNCH BREAK, TYPICALLY BETWEEN 12:00

 5     AND 1:00, AND WE MAY ALSO TAKE A SHORT FIVE OR TEN MINUTE BREAK

 6     IN THE MORNING AND/OR THE AFTERNOON IN ORDER TO ALLOW YOU TO

 7     STRETCH YOUR LEGS AND PERHAPS EVEN STEP OUTSIDE AND GET SOME

 8     FRESH AIR.

 9            WITH THIS SCHEDULE IN MIND, DOES ANYONE FACE AN UNDUE

10     BURDEN IN SERVING AS A JUROR IN THIS CASE?  AND I SAY "UNDUE

11     BURDEN" BECAUSE UNDERSTAND THAT I APPRECIATE THAT COMING TO

12     COURT FOR ANY PERIOD OF TIME IS A BURDEN, BUT IF YOU ATTEMPT TO

13     AVOID JURY SERVICE BASED ON THE SCHEDULE, UNDERSTAND YOU'RE

14     SHIFTING THAT BURDEN ONTO SOME OTHER MEMBER OF THE COMMUNITY.

15            SO WITH THAT ADMONITION IN MIND, DOES ANYONE FACE AN UNDUE

16     BURDEN OF THE SCHEDULE THAT I'VE JUST IDENTIFIED?  KEEP YOUR

17     CARDS UP AND WE'LL GO THROUGH THIS.

18            JUROR NUMBER 1.

19            PROSPECTIVE JUROR:  YES, YOUR HONOR.

20            THE COURT:  JUROR NUMBER 7 -- I JUST NEED TO GO

21     THROUGH THEM AND THEN I'LL CAPTURE IT -- JUROR NUMBER 12,

22     NUMBER 14, 16, 18, 21, 28 -- AND YOU CAN PUT YOUR CARD DOWN

23     ONCE I'VE CALLED YOUR NUMBER, THANK YOU -- 32, 34, 35, 38, 40,

24     42, 44, 45.

25            DID I MISS ANYONE?  I DON'T THINK SO.
```

```
 1            ALL RIGHT.  LET'S BEGIN WITH JUROR NUMBER 1.  SIR, WHAT IS

 2    THE UNDUE BURDEN YOU FACE WITH THIS SCHEDULE I'VE IDENTIFIED?

 3            PROSPECTIVE JUROR:  MY BOSS AND I RUN A BUSINESS IN

 4    MENLO PARK AND MY BOSS IS ON VACATION.  THERE'S NOBODY AT WORK

 5    RIGHT NOW.

 6            THE COURT:  CAN YOU ASK YOU WHAT KIND OF BUSINESS

 7    YOU'RE IN, SIR?

 8            PROSPECTIVE JUROR:  WE MANUFACTURE WOOD MOLDING, AND

 9    THINGS LIKE THIS HAVE TO BE RUN THROUGH MACHINERY TO MAKE THE

10    SHAPE AND SMOOTHNESS AND WE MAKE ALL KINDS OF ARCHITECTURAL

11    THINGS.

12            THE COURT:  YOU SAY THERE'S NO ONE TO RUN THE

13    BUSINESS.  HOW LONG IS YOUR BOSS GOING TO BE GONE, SIR?

14            PROSPECTIVE JUROR:  HE'S GOING TO BE GONE THIS WEEK,

15    YOUR HONOR.

16            THE COURT:  ALL RIGHT.  THANK YOU, SIR.

17         JUROR NUMBER 7, I BELIEVE YOU RAISED YOUR CARD.

18            PROSPECTIVE JUROR:  YES.

19            THE COURT:  GOOD MORNING, MA'AM.  WHAT IS YOUR BURDEN

20    WITH THIS SCHEDULE?

21            PROSPECTIVE JUROR:  THIS IS KIND OF EMBARRASSING.  I

22    HAVE A BLADDER PROBLEM, LIKE I HAVE TO GO TO THE BATHROOM EVERY

23    30 MINUTES OR SO.

24            THE COURT:  I APPRECIATE YOUR TELLING US THAT, MA'AM.

25    THAT'S NOTHING TO BE EMBARRASSED ABOUT.
```

```
 1          CAN I ASK YOU, MA'AM, IF I WERE TO ACCOMMODATE THAT

 2     RESTRICTION AND GIVE YOU A CHANCE TO TAKE A BATHROOM BREAK MORE

 3     REGULARLY, WOULD THAT ALLOW YOU TO SERVE?

 4          PROSPECTIVE JUROR:  NO.

 5          THE COURT:  WOULD IT BE DIFFICULT FOR YOU?

 6          PROSPECTIVE JUROR:  YES.

 7          THE COURT:  OKAY.  THANK YOU, JUROR NUMBER 7.

 8        NUMBER 12, GOOD MORNING.

 9          PROSPECTIVE JUROR:  I HAVE A BUSINESS AND I AM THE

10     SOLE PROPRIETOR AND I'M THE ONE WHO -- IT'S A DRY CLEANERS, SO

11     I DO THE DRY CLEANING ON THE PREMISES AND WAIT ON CUSTOMERS.

12     AND WE'RE CLOSED TODAY SO I CAN BE HERE.

13          THE COURT:  I UNDERSTAND.  MAY I ASK, MA'AM, WHERE IS

14     YOUR DRY CLEANING BUSINESS?

15          PROSPECTIVE JUROR:  IN CAMPBELL.

16          THE COURT:  DO YOU HAVE ANY EMPLOYEES AT ALL?

17          PROSPECTIVE JUROR:  A PRESSER AND A -- IN THE

18     AFTERNOON, A PERSON THAT WAITS ON CUSTOMERS.  BUT THEY CAN'T BE

19     THERE UNLESS I'M THERE.

20          THE COURT:  AND YOU'RE ACTUALLY CLOSED THIS MORNING?

21          PROSPECTIVE JUROR:  YES.

22          THE COURT:  THANK YOU.

23        JUROR NUMBER 14.

24          PROSPECTIVE JUROR:  BECAUSE OF MY SCHOOL SCHEDULE, I

25     TAKE AFTERNOON CLASSES.
```

```
 1              THE COURT:  WHERE ARE YOU IN SCHOOL, MA'AM?

 2              PROSPECTIVE JUROR:  CALIFORNIA STATE UNIVERSITY

 3      MONTEREY BAY.

 4              THE COURT:  MAY I ASK A LITTLE BIT, SOMETHING ABOUT

 5      THE AFTERNOON SCHEDULE.  WHEN DO YOUR CLASSES BEGIN?

 6              PROSPECTIVE JUROR:  THEY BEGIN AT 4:00.

 7              THE COURT:  AND MAY I ASK APPROXIMATELY HOW LONG IT

 8      TAKES YOU TO GET FROM WHERE YOU LIVE DOWN IN MONTEREY UP TO THE

 9      COURTHOUSE, OR THE REVERSE COMMUTE?

10              PROSPECTIVE JUROR:  IT TOOK ME AN HOUR AND A HALF

11      TODAY.

12              THE COURT:  OKAY.  THANK YOU, MA'AM.

13          JUROR NUMBER 16, I BELIEVE YOU RAISED YOUR CARD.  GOOD

14      MORNING, SIR.

15              PROSPECTIVE JUROR:  GOOD MORNING.

16              THE COURT:  WHAT IS YOUR BURDEN?

17              PROSPECTIVE JUROR:  MY BURDEN REALLY HAS TO DO WITH

18      FRIDAY OF THIS WEEK.  I'M A REPLAY OFFICIAL IN THE MOUNTAIN

19      WEST CONFERENCE, AND I HAVE A BALL GAME.

20              THE COURT:  MAY I ASK WHERE YOUR BALL GAME IS, SIR?

21              PROSPECTIVE JUROR:  YES, YOU MAY.  IT'S AT SAN JOSE

22      STATE.

23              THE COURT:  KICKOFF IS AT 7:30, I BELIEVE.

24              PROSPECTIVE JUROR:  KICKOFF IS AT 6:00.  IT'S A

25      NATIONALLY TELEVISED GAME.  I HAVE TO BE THERE AT 3:00.
```

```
 1            THE COURT:  DO YOU WEAR THE WHITE HAT, SIR?

 2            PROSPECTIVE JUROR:  NO, SIR.  I'M IN THE REPLAY

 3      BOOTH.

 4            THE COURT:  OKAY.  MAY I ASK IF YOU WERE EXCUSED TO

 5      MAKE IT, IS THE GAME -- IT'S A HOME GAME ON FRIDAY IF I RECALL.

 6            PROSPECTIVE JUROR:  IT'S A HOME GAME.

 7            THE COURT:  IF I COULD GET YOU TO THE STADIUM AT 3:00

 8      O'CLOCK ON FRIDAY, WOULD YOU HAVE ANY PROBLEM WITH THE

 9      SCHEDULE?

10            PROSPECTIVE JUROR:  PROBABLY NOT.

11            THE COURT:  ALL RIGHT.  I APPRECIATE THAT, SIR.

12         JUROR NUMBER 18, I BELIEVE YOU RAISED YOUR CARD.

13            PROSPECTIVE JUROR:  I LIVE TWO HOURS AWAY.  I LIVE IN

14      SOUTH SALINAS.  SO IT IS A CHALLENGE.  I'M NOT GOING TO SAY

15      IT'S A BURDEN, BUT IT'S A CHALLENGE TO GET HERE.

16         AND I'M NOT REIMBURSED FOR SERVING FROM MY EMPLOYER.

17            THE COURT:  MAY I ASK, MA'AM, WHERE DO YOU WORK?

18            PROSPECTIVE JUROR:  SEASCAPE RESORT IN APTOS.

19            THE COURT:  AND DID YOU HAVE TO TAKE A DAY OFF OF

20      WORK TO COME HERE THIS MORNING?

21            PROSPECTIVE JUROR:  UH-HUH.  WELL, I'M GOING TO MILK

22      IT.  IT'LL BE A SICK DAY.

23         (LAUGHTER.)

24            THE COURT:  I DID TELL YOU TO BE HONEST, DIDN'T I?

25         (LAUGHTER.)
```

```
1              THE COURT:  I APPRECIATE YOUR SHARING THAT.

2         JUROR NUMBER 21, I BELIEVE YOU ALSO RAISED YOUR CARD.

3    GOOD MORNING.  GO AHEAD.

4              PROSPECTIVE JUROR:  I'M A SOLE PROPRIETOR FAMILY LAW

5    ATTORNEY AND I HAVE TWO EMPLOYEES WHO I PAY WITH MY, WHEN I

6    WORK HOURLY, SO THAT IS SOMEWHAT OF A FINANCIAL BURDEN.

7         I HAVE THREE HEARINGS AND A SETTLEMENT CONFERENCE I'LL

8    HAVE TO RESCHEDULE IN THE NEXT TWO WEEKS.

9              THE COURT:  AND MAY I ASK, WHERE IS YOUR PRACTICE

10   LOCATED, MA'AM?

11             PROSPECTIVE JUROR:  SANTA CRUZ COUNTY.

12             THE COURT:  THANK YOU.

13        JUROR NUMBER 28, GOOD MORNING, MA'AM.

14             PROSPECTIVE JUROR:  GOOD MORNING.  I HAVE AN EVENT --

15   I WORK FOR A SMALL START-UP COMPANY IN SAN FRANCISCO AND WE

16   HAVE AN EVENT IN LAS VEGAS FOR THE WHOLE WEEK.  IT'S A USER

17   CONFERENCE AND I RUN A PRETTY SUBSTANTIAL PORTION OF THE

18   MARKETING.  SO I HAVE CUSTOMERS, PARTNERS, ANALYSTS, SECTIONS,

19   ALL OF THAT LINED UP FOR NEXT WEEK.

20             THE COURT:  THE CONFERENCE BEGINS NEXT MONDAY, MA'AM?

21             PROSPECTIVE JUROR:  THAT'S RIGHT.  AND HOTEL IS

22   BOOKED, FLIGHT IS BOOKED, EVERYTHING.

23             THE COURT:  MAY I ASK WHAT COMPANY YOU WORK FOR?

24             PROSPECTIVE JUROR:  SPLUNK.

25             THE COURT:  ALL RIGHT.  THANK YOU JUROR NUMBER 28.
```

```
1              JUROR NUMBER 32, I BELIEVE YOU WERE NEXT.  GOOD MORNING.

2              PROSPECTIVE JUROR:  GOOD MORNING.  I HAVE CHILDCARE

3      ISSUES.  I WORK FULL TIME IN AND MY HUSBAND IS TRAVELLING THE

4      END OF THIS WEEK THROUGH EARLY NEXT WEEK AND MY BACK-UP PLAN,

5      MY MOTHER, IS TRAVELLING AS WELL.

6         SO I NEED TO PICK MY KIDS UP AT 5:00 O'CLOCK AND COMING

7      FROM HERE, IT COULD BE CHALLENGING.  YOU NEVER KNOW THE TRAFFIC

8      HEADING OVER.

9              THE COURT:  MAY I ASK, DO YOU TAKE THE 17 OVER?

10             PROSPECTIVE JUROR:  YEAH.  I WORK IN PALO ALTO, TOO.

11             THE COURT:  JUROR NUMBER 32, IF I WERE TO ADJUST THE

12     SCHEDULE SO THAT YOU COULD LEAVE ABOUT 90 MINUTES BEFORE YOU

13     NEEDED TO PICK UP YOUR KIDS, WOULD THAT SOLVE YOUR PROBLEM?

14             PROSPECTIVE JUROR:  POTENTIALLY, YES.  I'M ALWAYS A

15     LITTLE NERVOUS WHEN MY HUSBAND IS NOT ON THAT SIDE OF THE HILL

16     AND I'M OVER HERE WITH MY KIDS BEING OVER THERE, BUT YES,

17     POTENTIALLY.

18             THE COURT:  ALL RIGHT.  THANK YOU, MA'AM.

19         JUROR NUMBER 34, I BELIEVE YOU'RE NEXT.

20             PROSPECTIVE JUROR:  I GET PAID BY THE HOUR, SO I

21     DON'T GET PAID FROM MY BOSS, SO FOR THE NEXT TWO WEEKS, I WOULD

22     HAVE A FINANCIAL ISSUE.

23             THE COURT:  CAN I ASK WHAT KIND OF WORK YOU DO,

24     MA'AM?

25             PROSPECTIVE JUROR:  I WORK FOR AN ENVIRONMENTAL
```

```
1        CONSULTING FIRM.  YOU WANT THE COMPANY NAME?

2                THE COURT:  IF YOU COULD, RAM.

3                PROSPECTIVE JUROR:  CALLED TRA ENVIRONMENTAL.

4                THE COURT:  WHERE IS THAT LOCATED?

5                PROSPECTIVE JUROR:  MENLO PARK.

6                THE COURT:  THANK YOU, JUROR NUMBER 34.

7        JUROR NUMBER 35?

8                PROSPECTIVE JUROR:  YES.

9                THE COURT:  GOOD MORNING, MA'AM.

10               PROSPECTIVE JUROR:  IT'S A SCHEDULING CHALLENGE.  MY

11       NIECE IS GETTING MARRIED IN MALIBU OCTOBER 5TH, AND PRE UP TO

12       OCTOBER 4TH; AND THEN ON OCTOBER 14 IS ANOTHER NEPHEW GETTING

13       MARRIED IN HAWAII AND I HAVE MY TICKET READY.

14               THE COURT:  ALL RIGHT.  I TAKE IT, MA'AM, IF WE WERE

15       TO WRAP THIS TRIAL UP BEFORE THE 5TH, YOU WOULDN'T HAVE ANY

16       PROBLEMS?

17               PROSPECTIVE JUROR:  NO.

18               THE COURT:  OKAY.

19               PROSPECTIVE JUROR:  I'LL BE FINE.

20               THE COURT:  THANK YOU.

21         JUROR NUMBER 38, I BELIEVE YOU ARE NEXT.  HELLO, MA'AM.

22               PROSPECTIVE JUROR:  GOOD MORNING.  I WORK FOR A SMALL

23       START-UP MEDICAL DEVICE COMPANY AND I'M IN CUSTOMER SERVICE,

24       ORDER PROCESSING, AND I'M THE ONLY ONE THAT DOES THE ORDER

25       PROCESSING.  THE ONLY OTHER PERSON THAT CAN HANDLE IT IS THE
```

```
 1            DIRECTOR OF CUSTOMER SERVICE.

 2                SO I ONLY GET PAID FOR THREE DAYS OF JURY DUTY, BUT THAT'S

 3            NOT SUCH A BIG THING.

 4                IF I'M NOT THERE, NO ONE ELSE IS REALLY PROCESSING THE

 5            ORDERS FOR THE THINGS.

 6                    THE COURT:  MAY I ASK THE NAME OF YOUR COMPANY,

 7            MA'AM?

 8                    PROSPECTIVE JUROR:  PIVOT MEDICAL.

 9                    THE COURT:  WHERE IS PIVOT MEDICAL LOCATED?

10                    PROSPECTIVE JUROR:  SUNNYVALE.

11                    THE COURT:  THANK YOU.  MAY I ASK, MA'AM, SO WHO'S

12            PROCESSING THE ORDERS THIS MORNING?

13                    PROSPECTIVE JUROR:  MY BOSS, ALONG WITH BILLINGS AND

14            SETTING UP THE CUSTOMER ACCOUNTS.

15                    THE COURT:  ALL RIGHT.  THANK YOU.

16                JUROR NUMBER 40, I BELIEVE YOU HAD YOUR CARD UP.  GOOD

17            MORNING, SIR.

18                    PROSPECTIVE JUROR:  GOOD MORNING.  THE FIRST ONE IS

19            I'M CURRENTLY UNEMPLOYED AS AN ELECTRICIAN, AND THE JOB CALL

20            LINE IS GETTING CLOSE TO ME.  IF IT PASSES ME, I'LL BE OUT OF

21            WORK FOR ANOTHER MONTH OR TWO.  I'VE BEEN OUT FOR A MONTH

22            ALREADY.

23                ALSO, MY FOSTER KIDS ARE GOING TO BE TRANSITIONING INTO

24            THEIR FAMILY IN MINNESOTA AND I HAVE TO BE FLY WITH THEM IN

25            ORDER TO MAKE THE TRANSITION EASIER.
```

```
 1              THE COURT:  WHEN ARE THEY SCHEDULED TO FLY TO

 2     MINNESOTA, SIR?

 3              PROSPECTIVE JUROR:  I BELIEVE IT STARTS THIS THURSDAY

 4     AND THEY GET BACK ON MONDAY.

 5              THE COURT:  THANK YOU, SIR.  JUROR NUMBER 8, I SEE

 6     YOUR WAVING YOUR CARD.

 7              PROSPECTIVE JUROR:  I'M GOING TO APOLOGIZE, BECAUSE I

 8     HAD A SURGERY THREE YEARS AGO FOR MY GALLBLADDER, SO AFTER

 9     THAT, I SOMETIMES I OUT OF -- I NEED TO GO TO THE RESTROOM

10     JUST -- YEAH.

11              THE COURT:  OKAY.

12              PROSPECTIVE JUROR:  FOR MORE THAN 99 PERCENT I'M

13     OKAY, BUT JUST SOMETIMES IT HAPPENS.

14              THE COURT:  ALL RIGHT.  I APPRECIATE YOUR TELLING ME

15     THAT, JUROR NUMBER 8.

16          ALL RIGHT.  JUROR NUMBER -- AH, NUMBER 25.  GO AHEAD, SIR.

17              PROSPECTIVE JUROR:  THAT'S ALL RIGHT.  I DIDN'T RAISE

18     MINE, BUT THE ISSUE THAT I MIGHT HAVE IS ENGLISH.  I MIGHT NOT

19     UNDERSTAND A LOT OF, A LOT OF QUESTIONS.  SO THAT MIGHT BE A

20     BIG PROBLEM.

21              THE COURT:  OKAY.  MAY I ASK, SIR, I TAKE IT ENGLISH

22     IS NOT YOUR FIRST LANGUAGE.

23              PROSPECTIVE JUROR:  NO, IT'S NOT MY FIRST LANGUAGE.

24              THE COURT:  OKAY.  SIR, DO YOU WORK IN A COMPANY OR

25     AT A --
```

```
 1                    PROSPECTIVE JUROR:  YES, I WORK AT A COMPANY.

 2              THE COURT:  OKAY.  IS ENGLISH THE LANGUAGE THAT'S

 3     USED THERE?

 4              PROSPECTIVE JUROR:  YES.  THEY'RE GOING TO SEND ME TO

 5     ENGLISH CLASSES.  I'M GOING TO ENGLISH CLASSES RIGHT NOW.

 6              THE COURT:  OKAY.  HAVE YOU HAD ANY PROBLEMS

 7     UNDERSTANDING ANYTHING I'VE SAID SO FAR THIS MORNING, SIR?

 8              PROSPECTIVE JUROR:  THE QUESTION ABOUT WHEN EVERYBODY

 9     RAISE THE NUMBER.

10              THE COURT:  ALL RIGHT.  I APPRECIATE YOUR SHARING

11     THAT WITH ME, SIR.  AGAIN, WE MAY HAVE SOME FOLLOW-UP QUESTIONS

12     FOR YOU, SIR, BUT IT'S IMPORTANT FOR YOU TO BE CANDID WITH ME.

13          I BELIEVE WE'RE UP TO NUMBER 42.  GOOD MORNING, MA'AM.

14     WHAT IS YOUR UNDUE BURDEN?

15              PROSPECTIVE JUROR:  SOME PHYSICAL INFIRMITIES.

16              THE COURT:  ARE YOU COMFORTABLE SHARING THEM WITH ME

17     IN FRONT OF ALL THESE FOLKS?

18              PROSPECTIVE JUROR:  YES.  I HAVE SPINAL STENOSIS,

19     SCOLIOSIS, AND ARTHRITIS.  IT'S DIFFICULT TO BE INACTIVE FOR --

20     YOU KNOW, TO JUST SIT FOR A LONG TIME.

21              THE COURT:  MAY I ASK, MA'AM, ABOUT HOW LONG CAN YOU

22     SIT BEFORE YOU NEED TO STAND AND MOVE ABOUT?

23              PROSPECTIVE JUROR:  OH, MAYBE AN HOUR.

24              THE COURT:  OKAY.  ALL RIGHT.  I APPRECIATE YOU

25     SHARING THAT WITH ME, MA'AM.
```

1          NUMBER 42, I BELIEVE -- I'M SORRY.  44, I BELIEVE YOU WERE

2    NEXT.

3          PROSPECTIVE JUROR:  YES.  I WORK ON COMMISSION ONLY

4    AND MY HUSBAND JUST GOT BACK TO WORK TWO WEEKS AGO.  HE'S BEEN

5    OUT OF WORK FOR FIVE MONTHS.  SO ALL OF MY INCOME HAS BEEN

6    GOING TO OUR INSURANCE, MEDICAL INSURANCE.  SO --

7          THE COURT:  I TAKE IT FROM WHAT YOU'RE TELLING ME,

8    MA'AM, THAT BECAUSE YOU WORK ON COMMISSION, YOU DON'T GET PAID

9    ANY DAY THAT YOU'RE HERE IN COURT; IS THAT RIGHT?

10          PROSPECTIVE JUROR:  YES.

11          THE COURT:  I APPRECIATE THAT, MA'AM.

12        JUROR NUMBER 45, DID YOU ALSO HAVE YOUR CARD UP?

13          PROSPECTIVE JUROR:  YEAH.

14          THE COURT:  GO AHEAD, SIR.

15          PROSPECTIVE JUROR:  I'M A FULL TIME STUDENT AT

16    CABRILLO COLLEGE IN APTOS, AND IF I'M NOT AT SCHOOL FOR THE

17    NEXT SEVERAL DAYS, I MIGHT BE PUT ON ACADEMIC PROBATION.

18          THE COURT:  ARE YOU A FULL TIME STUDENT, SIR?

19          PROSPECTIVE JUROR:  YES.

20          THE COURT:  OKAY.  CAN I ASK HOW MANY COURSES YOU'RE

21    TAKING THIS TERM?

22          PROSPECTIVE JUROR:  I'M TAKING FIVE COURSES.

23          THE COURT:  OKAY.  ALL RIGHT.  I APPRECIATE YOUR

24    SHARING THAT WITH ME, SIR.

25          LET ME RETURN TO AN ISSUE THAT SOME OF YOU HAVE RAISED IN

1    RESPONSE TO MY EARLIER QUESTIONS, WHICH IS THIS:  DO ANY OF YOU

2    HAVE ANY PHYSICAL DISABILITIES THAT WOULD PREVENT YOU FROM

3    SITTING AS A JUROR IN THIS CASE?  SOME OF YOU HAVE ALREADY

4    SHARED THAT INFORMATION.  YOU DON'T NEED TO RAISE YOUR HAND A

5    SECOND TIME.

6         BUT NOW THAT YOU UNDERSTAND THAT THIS TRIAL WILL REQUIRE

7    YOU TO SIT FOR SOME PERIOD OF TIME IN THIS COURTROOM, DO ANY

8    OTHERS HAVE PHYSICAL ISSUES THAT I OUGHT TO BE MADE AWARE OF?

9         OKAY.  NUMBER 19 AND 24.

10         JUROR NUMBER 19, WHY DON'T YOU TELL ME, SIR, WHAT THE

11   ISSUE IS?

12              PROSPECTIVE JUROR:  HEMORRHOIDS.

13              THE COURT:  ALL RIGHT.  MAY I ASK, SIR, ARE YOU ABLE

14   TO GO ABOUT AN HOUR OR SO AT A TIME?  WHEN I SAY "GO," I MEAN

15   ARE YOU ABLE TO SIT IN A CHAIR FOR AN HOUR OR SO?

16              PROSPECTIVE JUROR:  YEAH, KIND OF DAY-TO-DAY.  IT

17   DEPENDS ON HOW THEY ACT UP.  MOST DAYS ARE OKAY, BUT THERE ARE

18   TIMES WHEN THEY'RE IRRITATED.

19              THE COURT:  I UNDERSTAND, SIR.

20         ALL RIGHT.  JUROR NUMBER 24.

21              PROSPECTIVE JUROR:  I CAN SIT FOR ABOUT AN HOUR.  I

22   HAVE BACK PROBLEMS.

23              THE COURT:  OKAY.  ANY OTHER PHYSICAL ISSUES I OUGHT

24   TO BE MADE AWARE OF?

25         ALL RIGHT.  LET ME NEXT TURN AND -- TURN TO ANOTHER ISSUE,

```
 1    WHICH IS PREVIOUS JURY SERVICE.  I'D LIKE TO KNOW WHETHER ANY

 2    OF YOU HAVE PREVIOUSLY SERVED AS A JUROR IN ANY KIND OF COURT

 3    WHATSOEVER, STATE, FEDERAL, BIG, SMALL, DOESN'T MATTER.  RAISE

 4    YOUR CARDS UP AND I'LL ASK A FEW FURTHER QUESTIONS ABOUT THAT.

 5             JUROR NUMBER 9, JUROR NUMBER 10, 19, 21, 30, 34, 38, AND

 6    42.  THANK YOU.

 7             I'M GOING TO BEGIN WITH JUROR NUMBER 9.  THERE YOU ARE,

 8    SIR.  MAY I ASK, WHEN DID YOU SERVE AS A JUROR?

 9                 PROSPECTIVE JUROR:  THE LAST TIME I SERVED AS A JUROR

10    WAS LAST YEAR, AND I HAVE SERVED FOUR OTHER TIMES BEFORE THAT.

11                 THE COURT:  YOU'RE KIND OF A PROFESSIONAL JUROR, SIR,

12    AREN'T YOU?

13        (LAUGHTER.)

14                 THE COURT:  MAY I ASK, IN THE MOST RECENT CASE THAT

15    YOU SERVED, IN WHICH YOU SERVED, WHAT KIND OF CASE WAS IT?

16                 PROSPECTIVE JUROR:  IT -- IT WAS A FRAUD CASE AND

17    EMBEZZLEMENT.

18                 THE COURT:  OKAY.  NOW, I DON'T WANT YOU TO TELL ME

19    THE OUTCOME OF THE CASE, AND YOU'RE GOING TO HEAR ME REMIND ALL

20    OF YOU OF THAT OVER AND OVER AGAIN, BUT WITHOUT TELLING ME THE

21    OUTCOME OF THE CASE, WAS A VERDICT REACHED?

22                 PROSPECTIVE JUROR:  YES.

23                 THE COURT:  OKAY.  AND DID YOU SERVE AS EITHER THE

24    PRESIDING JUROR OR FOREPERSON IN THAT CASE?

25                 PROSPECTIVE JUROR:  I WAS NUMBER 11.
```

```
 1                THE COURT:  I'M SORRY.  I MISSED THAT LAST PART.

 2                PROSPECTIVE JUROR:  NUMBER 11.

 3                THE COURT:  YOU WERE --

 4                PROSPECTIVE JUROR:  JUROR NUMBER 11.

 5                THE COURT:  AND AS JUROR NUMBER 11, WERE YOU THE

 6      FOREMAN?

 7                PROSPECTIVE JUROR:  NO.  IT WAS NUMBER 12 WAS THE

 8      FOREMAN.

 9                THE COURT:  OKAY.  DID YOU GET TO PARTICIPATE IN THE

10      VERDICT AS JUROR NUMBER 11?

11                PROSPECTIVE JUROR:  YES.

12                THE COURT:  OKAY.  CAN I ASK YOU, SIR, AGAIN, WITHOUT

13      TELLING ME THE OUTCOME OF THE CASE, FOR MY BENEFIT, HOW WOULD

14      YOU DESCRIBE YOUR EXPERIENCE SERVING AS A JUROR, EITHER IN THIS

15      CASE OR ANY OF THE OTHER FIVE IN WHICH YOU'VE SERVED?

16                PROSPECTIVE JUROR:  WELL, IT'S SOMEWHAT -- THE OTHER

17      CASES WAS QUITE DIFFERENT BECAUSE TWO OF THE CASES WAS

18      CRIMINAL, AND THE FIRST CASE WAS A CIVIL CASE AND THEN THERE

19      WAS A SETTLEMENT AFTER A COUPLE DAYS OF TRIAL.

20           BUT THE EXPERIENCE HAS BEEN -- SOMETIMES I WOULD SAY I

21      WOULD RATHER BE DOING SOMETHING ELSE.  BUT I DID SERVE AND IT

22      WAS A GOOD EXPERIENCE.

23                THE COURT:  IT WAS A GOOD EXPERIENCE?

24                PROSPECTIVE JUROR:  YEAH.

25                THE COURT:  WAS THIS MOST RECENT CASE, SIR, IN STATE
```

```
1      COURT, IN THE SUPERIOR COURT?

2              PROSPECTIVE JUROR:  TWO OF THE CASES WERE IN SUPERIOR

3      COURT FOR THE COUNTY OF SANTA CLARA, AND THEN THE OTHER TWO

4      CASES WAS ON 70 WEST HEDDING.

5              THE COURT:  OKAY.  AND SO IN THIS MOST RECENT CASE

6      YOU TALKED ABOUT, THE FRAUD CASE, THAT WAS A STATE COURT CASE?

7              PROSPECTIVE JUROR:  YES.

8              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU, SIR.

9          JUROR 10, I BELIEVE YOU ALSO HAD SOME EXPERIENCE AS A

10     JUROR.  CAN YOU TELL ME, SIR, WHAT KIND OF CASE WAS THAT?

11             PROSPECTIVE JUROR:  THE GENTLEMAN WAS ACCUSED OF

12     RAPE.

13             THE COURT:  ALL RIGHT.  ABOUT HOW LONG AGO WAS THIS

14     TRIAL, SIR?

15             PROSPECTIVE JUROR:  YOU SAID TO BE HONEST, SO I'M NOT

16     EXACTLY SURE, BUT IT'S BEEN ABOUT TEN YEARS.

17             THE COURT:  MORE THAN FIVE YEARS AGO FOR SURE?

18             PROSPECTIVE JUROR:  MORE THAN FIVE.

19             THE COURT:  AGAIN, WITHOUT TELLING ME THE VERDICT IN

20     THAT PARTICULAR CASE, WAS A VERDICT REACHED?

21             PROSPECTIVE JUROR:  YES.

22             THE COURT:  AND DID YOU SERVE AS EITHER THE

23     FOREPERSON OR THE PRESIDING JUROR IN THAT CASE?

24             PROSPECTIVE JUROR:  I WAS JUST A JUROR.  I WAS ON THE

25     JURY, NOT THE FOREMAN.
```

```
 1              THE COURT:  OKAY.  MAY I ASK YOU, SIR, AGAIN, WITHOUT

 2    GETTING INTO ANY OF THE SPECIFICS OF THE VERDICT, WAS THE

 3    EXPERIENCE AS A WHOLE POSITIVE FOR YOU?  OR NEGATIVE?

 4              PROSPECTIVE JUROR:  THE EXPERIENCE WAS POSITIVE.  THE

 5    PROCESS WAS NOT THAT WE WENT THROUGH.

 6              THE COURT:  OKAY.

 7              PROSPECTIVE JUROR:  IT EXTENDED OVER THREE MONTHS.

 8    NOT -- AND I DON'T WANT TO MISLEAD.  IT WAS PERIODIC.

 9              THE COURT:  I UNDERSTAND, SIR.  SO WHEN I'M TALKING

10    ABOUT A TRIAL OF A WEEK OR TWO, THIS LOOKS LIKE A WALK IN THE

11    PARK, AS THEY SAY?

12              PROSPECTIVE JUROR:  FORTUNATELY, I WAS UNEMPLOYED

13    THEN, SO IT REALLY WASN'T A CONSEQUENCE.

14              THE COURT:  WAS THERE ANYTHING IN THAT EXPERIENCE,

15    SIR, EITHER THE DELAY OR ANYTHING ELSE, THAT WOULD MAKE IT

16    DIFFICULT FOR YOU TO SERVE AS A FAIR AND IMPARTIAL JUROR IN

17    THIS CASE?

18              PROSPECTIVE JUROR:  NO.

19              THE COURT:  ALL RIGHT.  I APPRECIATE THAT, SIR.

20    THANK YOU JUROR NUMBER 10.

21         JUROR NUMBER 19, I BELIEVE YOU HAD YOUR CARD UP.

22              PROSPECTIVE JUROR:  YEAH.

23              THE COURT:  HELLO, SIR.

24              PROSPECTIVE JUROR:  HI.

25              THE COURT:  WHEN DID YOU SERVE AS A JUROR, SIR?
```

1           PROSPECTIVE JUROR:  IT WAS ABOUT THREE OR FOUR YEARS

2     AGO, I BELIEVE.

3           THE COURT:  AND WHAT KIND OF CASE WAS IT?

4           PROSPECTIVE JUROR:  CHILD MOLESTATION.

5           THE COURT:  WAS THIS IN STATE COURT, IN THE SUPERIOR

6     COURT?

7           PROSPECTIVE JUROR:  YES.

8           THE COURT:  OKAY.  WAS IT HERE IN SANTA CLARA COUNTY

9     OR SOMEWHERE ELSE?

10           PROSPECTIVE JUROR:  SANTA CLARA.

11           THE COURT:  OKAY.  AGAIN, WITHOUT TELLING ME WHAT

12     KIND OF VERDICT WAS RENDERED, WAS THERE A VERDICT REACHED IN

13     THAT CASE?

14           PROSPECTIVE JUROR:  YES, THERE WAS.

15           THE COURT:  DID YOU SERVE AS THE FOREMAN OF THAT

16     JURY?

17           PROSPECTIVE JUROR:  NO.

18           THE COURT:  WAS THAT THE ONLY TIME IN WHICH YOU

19     SERVED AS A JUROR, YOUR ONLY PREVIOUS EXPERIENCE?

20           PROSPECTIVE JUROR:  YES.

21           THE COURT:  AND I'LL ASK YOU THE SAME QUESTION, SIR.

22     WITHOUT, AGAIN, COMMENTING ON THE ACTUAL VERDICT, WAS THE

23     EXPERIENCE FOR YOU POSITIVE, NEGATIVE, OR SOMEWHERE IN BETWEEN?

24           PROSPECTIVE JUROR:  SOMEWHERE IN BETWEEN.  IT WAS A

25     LITTLE BIT STRESSFUL.

```
 1              THE COURT:  COULD YOU DESCRIBE THE STRESS FOR US?

 2              PROSPECTIVE JUROR:  I THINK JUST TRYING TO COME TO A

 3      DECISION, LISTENING TO ALL THE TESTIMONY.

 4              THE COURT:  IT'S A SERIOUS RESPONSIBILITY.  I BET YOU

 5      FELT THAT.

 6              PROSPECTIVE JUROR:  YEAH, THAT'S RIGHT.

 7              THE COURT:  THANK YOU, JUROR NUMBER 19.

 8          JUROR NUMBER 21, I BELIEVE YOU ALSO RAISED YOUR CARD.

 9              PROSPECTIVE JUROR:  YES.  I SERVED ABOUT 15 YEARS AGO

10      IN SANTA CRUZ COUNTY SUPERIOR COURT IN A MINOR CRIMINAL MATTER.

11      IT WAS A COCAINE POSSESSION CASE.  AND WE SAT -- I THINK THE

12      TRIAL AND THE DELIBERATIONS LASTED MAYBE FOUR OR FIVE DAYS.  WE

13      DID REACH A VERDICT.

14              THE COURT:  OKAY.  WERE YOU THE FOREPERSON OF THAT

15      JUROR?

16              PROSPECTIVE JUROR:  NO, I WAS NOT.

17              THE COURT:  OKAY.  WAS THAT YOUR ONLY PREVIOUS JURY

18      EXPERIENCE, MA'AM?

19              PROSPECTIVE JUROR:  YES.

20              THE COURT:  MAY I ASK YOU, JUROR NUMBER 21, I BELIEVE

21      YOU TOLD ME EARLIER YOU PRACTICE FAMILY LAW; IS THAT CORRECT?

22              PROSPECTIVE JUROR:  YES.

23              THE COURT:  AS A MEMBER OF THE BAR, HOW WOULD YOU

24      DESCRIBE THE EXPERIENCE OF SERVING AS A JUROR?

25              PROSPECTIVE JUROR:  I FOUND IT INTERESTING.  IT WAS
```

```
1     JUST INTERESTING TO BE ON THE OTHER SIDE OF IT, ON THE OTHER

2     SIDE OF THE CASE, AND OUR -- THE DELIBERATIONS ON OUR PANEL

3     WERE KIND OF FRUSTRATING TO ME FOR REASONS I WON'T SHARE,

4     BUT --

5              THE COURT:  THOSE FRUSTRATIONS ASIDE, WOULD YOU

6     DESCRIBE THE OVERALL EXPERIENCE AS POSITIVE?

7              PROSPECTIVE JUROR:  YES.

8              THE COURT:  OKAY.  THANK YOU JUROR NUMBER 21.

9          JUROR NUMBER 30, I BELIEVE YOU ALSO RAISED YOUR CARD.

10             PROSPECTIVE JUROR:  YES.

11             THE COURT:  WHEN DID YOU SERVE AS A JUROR?

12             PROSPECTIVE JUROR:  2004, I THINK.

13             THE COURT:  WHAT KIND OF CASE WAS THAT, SIR?

14             PROSPECTIVE JUROR:  KIND OF A STRANGE CASE.  THE

15    PERSON WAS ACCUSED OF FLYING A HELICOPTER OVER A NATURE

16    PRESERVE AND DISTURBING THE BIRDS.  SO IT WAS -- THE NATURE

17    PRESERVE IS, I GUESS, A FEDERAL NATURE PRESERVE, SO IT WAS LIKE

18    A CRIMINAL CASE.

19             THE COURT:  WAS IT IN FEDERAL COURT?

20             PROSPECTIVE JUROR:  IT WAS HERE.  I FORGOT --

21             THE COURT:  WAS IT IN THIS SAME COURTHOUSE?

22             PROSPECTIVE JUROR:  NOT THIS ONE, BUT IN THIS

23    BUILDING.

24             THE COURT:  AND YOU SAID THIS WAS BACK IN '04?

25             PROSPECTIVE JUROR:  YEAH.
```

```
 1                    THE COURT:  OKAY.  MAY I ASK YOU, SIR, WAS A VERDICT
 2      REACHED IN THAT CASE?
 3                    PROSPECTIVE JUROR:  YES.
 4                    THE COURT:  AND WERE YOU THE FOREMAN OF THAT JURY?
 5                    PROSPECTIVE JUROR:  NO.
 6                    THE COURT:  HOW WOULD YOU DESCRIBE THAT EXPERIENCE?
 7                    PROSPECTIVE JUROR:  IT WAS PRETTY INTERESTING.
 8                    THE COURT:  WOULD YOU SAY YOU ACTUALLY LEARNED
 9      SOMETHING?
10                    PROSPECTIVE JUROR:  YEAH, I GUESS, NOT TO FLY A
11      HELICOPTER OVER.
12          (LAUGHTER.)
13                    THE COURT:  I KIND OF WALKED INTO THAT ONE, DIDN'T I?
14          (LAUGHTER.)
15                    THE COURT:  I APPRECIATE THAT, JUROR NUMBER 30.
16          JUROR NUMBER 34, YOU ALSO RAISED YOUR CARD?
17                    PROSPECTIVE JUROR:  YEAH.  IT WAS BACK IN MAYBE 2003
18      OR '04.
19                    THE COURT:  AND WHAT KIND OF CASE WAS IT, MA'AM?
20                    PROSPECTIVE JUROR:  IT WAS DOMESTIC VIOLENCE.
21                    THE COURT:  OKAY.  THIS WAS A DOMESTIC VIOLENCE CASE
22      HERE IN SAN JOSE?
23                    PROSPECTIVE JUROR:  YEAH, BUT NOT HERE.
24                    THE COURT:  IN THE STATE COURT, MAYBE?
25                    PROSPECTIVE JUROR:  YEAH.
```

```
1            THE COURT:  SUPERIOR COURT?

2            PROSPECTIVE JUROR:  YEAH.

3            THE COURT:  OKAY.  CAN YOU TELL ME, MA'AM, DID THE

4    JURY IN THAT CASE REACH A VERDICT?

5            PROSPECTIVE JUROR:  YES.

6            THE COURT:  OKAY.  WERE YOU INVOLVED IN DELIBERATIONS

7    IN THAT CASE?

8            PROSPECTIVE JUROR:  YES.

9            THE COURT:  WERE YOU --

10           PROSPECTIVE JUROR:  I JUST GRADUATED FROM SCHOOL,

11   COLLEGE.

12           THE COURT:  OKAY.

13           PROSPECTIVE JUROR:  SO I DIDN'T HAVE A JOB BACK THEN.

14           THE COURT:  OKAY.  CAN I ASK YOU, WERE THE FOREPERSON

15   OF THAT JURY?

16           PROSPECTIVE JUROR:  NO.

17           THE COURT:  NO?  HOW WAS YOUR EXPERIENCE AS A JUROR

18   IN THAT CASE, MA'AM?  HOW WOULD YOU DESCRIBE IT?

19           PROSPECTIVE JUROR:  I GUESS BACK THEN I WAS YOUNG AND

20   IT WAS KIND OF INTERESTING.  BUT THEN AT THE SAME TIME, JUST

21   HEARING BOTH SIDES KIND OF, HOW THE FAMILY DYNAMIC WAS KIND

22   OF -- I DON'T KNOW.  AND THEN LATER ON TO GO BACK TO THE

23   VERDICT, IT WAS KIND OF, I DON'T KNOW, HARD.  BUT FINE.

24           THE COURT:  IT WAS CHALLENGING?

25           PROSPECTIVE JUROR:  YEAH.
```

```
1              THE COURT:  OKAY.  I APPRECIATE YOUR SHARING THAT,

2      MA'AM.

3         JUROR NUMBER 38, I BELIEVE YOU ALSO INDICATED THAT YOU

4      SERVED PREVIOUSLY.  COULD YOU TELL US A LITTLE SOMETHING ABOUT

5      THAT EXPERIENCE?  WHEN WAS THIS CASE?

6              PROSPECTIVE JUROR:  IT WAS AROUND TEN YEARS, MAYBE

7      MORE.

8              THE COURT:  OKAY.  WHAT KIND OF CASE WAS IT?

9              PROSPECTIVE JUROR:  IT WAS A WRONGFUL DISMISSAL,

10     EMPLOYEE OF THE CITY OF SAN JOSE.

11             THE COURT:  OKAY.  WAS A VERDICT REACHED IN THAT

12     CASE?

13             PROSPECTIVE JUROR:  YES.

14             THE COURT:  AND DID YOU PARTICIPATE IN THE

15     DELIBERATIONS?  DID YOU HAVE A VOTE?

16             PROSPECTIVE JUROR:  YEAH.  I WASN'T THE FOREMAN,

17     THOUGH.

18             THE COURT:  YOU WEREN'T THE FOREPERSON OF THAT JURY,

19     THOUGH.  BUT A VERDICT WAS REACHED?

20             PROSPECTIVE JUROR:  YES.

21             THE COURT:  IS THAT THE ONLY TIME YOU SERVED AS A

22     JUROR, MA'AM, BEFORE TODAY?

23             PROSPECTIVE JUROR:  UM-HUM.

24             THE COURT:  OKAY.  CAN I ASK YOU, HOW WOULD YOU

25     DESCRIBE THAT EXPERIENCE?  WOULD YOU SAY IT WAS POSITIVE,
```

```
1    NEGATIVE, SOMEWHERE IN BETWEEN?

2              PROSPECTIVE JUROR:  I THINK THE EXPERIENCE WAS GOOD.

3    AND I DIDN'T AGREE WITH THE DIRECTION IT WENT.  BUT OTHER THAN

4    THAT, I THOUGHT IT WAS A GREAT EXPERIENCE.

5              THE COURT:  CAN I ASK YOU, MA'AM, BECAUSE OUR TIME IS

6    LIMITED, I CAN'T ASK YOU EVERYTHING ABOUT THAT EXPERIENCE, BUT

7    YOU SAY IT WAS A GREAT EXPERIENCE ON THE WHOLE.

8         WHAT'S ONE THING YOU LEARNED FROM THAT EXPERIENCE THAT

9    MAYBE YOU DIDN'T KNOW BEFORE YOU SERVED?  ANYTHING YOU CAN

10   REMEMBER AT ALL?  IT WAS A LONG TIME AGO, I KNOW.

11             PROSPECTIVE JUROR:  NOT REALLY.

12             THE COURT:  OKAY.

13             PROSPECTIVE JUROR:  I MEAN, WITHOUT GOING INTO DETAIL

14   OF THE CASE OR ANYTHING, I MEAN, IT WAS A GOOD EXPERIENCE ON

15   HEARING BOTH SIDES.

16             THE COURT:  OKAY.

17             PROSPECTIVE JUROR:  AGAIN, THE OUTCOME WAS A LITTLE

18   FRUSTRATING.

19             THE COURT:  ALL RIGHT.  I APPRECIATE YOU SHARING

20   THAT.

21        THANK YOU.  NUMBER 42, I BELIEVE YOU ALSO SAID YOU SERVED

22   PREVIOUSLY.  WHEN WERE YOU A JUROR BEFORE, MA'AM?

23             PROSPECTIVE JUROR:  I THINK IT WAS ABOUT 30 YEARS

24   AGO.  IT'S HARD TO REMEMBER.  IT WAS A TRAFFIC TRIAL.  IT WAS

25   IN PALO ALTO.
```

```
 1                 THE COURT:  OKAY.  SO MOST LIKELY IN THE STATE COURT
 2       UP IN PALO ALTO, IS THAT --
 3                 PROSPECTIVE JUROR:  I DON'T REMEMBER.
 4                 THE COURT:  OKAY.  CAN YOU REMEMBER, MA'AM, DID THE
 5       JURY REACH A VERDICT IN THAT CASE?
 6                 PROSPECTIVE JUROR:  I BELIEVE SO.
 7                 THE COURT:  AND WERE YOU THE FOREPERSON OF THAT JURY?
 8                 PROSPECTIVE JUROR:  NO.
 9                 THE COURT:  NO.  OTHER THAN THIS ONE TRAFFIC TYPE
10       CASE, DID YOU EVER SERVE AS A JUROR BEFORE?
11                 PROSPECTIVE JUROR:  NO.
12                 THE COURT:  AND THINKING BACK 30 YEARS, WAS THE
13       EXPERIENCE FOR YOU POSITIVE, NEGATIVE, SOMEWHERE IN BETWEEN?
14                 PROSPECTIVE JUROR:  OH, I THINK IT'S POSITIVE.  IT'S
15       ALWAYS AN INTERESTING EXPERIENCE.
16                 THE COURT:  I APPRECIATE YOU SHARING THAT, MA'AM.
17       THANK YOU.
18             ALL RIGHT.  LET'S TURN NEXT TO THE QUESTIONNAIRE.
19             ACTUALLY, THERE'S ONE OTHER QUESTION I WANT TO ASK YOU
20       BEFORE WE GET TO THE QUESTIONNAIRE, WHICH IS SOMETIMES FOLKS
21       HAVE PERSONAL VIEWS THAT MAKE IT DIFFICULT OR EVEN IMPOSSIBLE
22       FOR THEM TO SERVE AS JURORS IN A CASE LIKE THIS.  AND WHEN I
23       SAY "PERSONAL VIEWS," WHAT I'M REALLY SPEAKING OF IS RELIGIOUS
24       VIEWS, ETHICAL OR THEOLOGICAL VIEWS THAT MAY PREVENT THEM FROM
25       SITTING IN JUDGMENT OF OTHERS.
```

```
 1              DO ANY OF YOU HAVE ANY PERSONAL, RELIGIOUS OR ETHICAL

 2       VIEWS THAT WOULD PREVENT YOU FROM SERVING AS A JUROR IN THIS

 3       CASE?  NO?  OKAY.

 4              WELL, THEN LET'S TURN TO THE QUESTIONNAIRE ITSELF.

 5              EACH OF YOU SHOULD HAVE A COPY OF THIS --

 6              JUROR NUMBER 24, GO AHEAD, MA'AM.

 7                    PROSPECTIVE JUROR:  CAN WE HAVE A BREAK?

 8                    THE COURT:  WE CAN.  I'M ALMOST THERE, MA'AM.

 9                    PROSPECTIVE JUROR:  ARE WE ALLOWED TO STEP OUT AND

10       USE THE RESTROOM, OR NO?

11                    THE COURT:  UNFORTUNATELY, I CAN'T HAVE YOU LEAVE --

12       UNLESS -- IS THIS A TRUE EMERGENCY?  DO YOU HAVE TO GO?  IT'S

13       GOING TO DELAY EVERYTHING FOR THE ENTIRE ROOM.

14                    PROSPECTIVE JUROR:  IF IT'S TWO MINUTES.

15                    THE COURT:  LET ME GET THROUGH THE NEXT COUPLE OF

16       MINUTES AND I'LL GIVE EVERYBODY A CHANCE.  I JUST WANT TO KEEP

17        EVERYBODY'S SCHEDULE AT HEART.

18              YOU SHOULD ALL HAVE A JUROR BIOGRAPHICAL INFORMATION

19       SHEET.  DO YOU HAVE THAT?  OKAY.  ALL RIGHT.

20              WELL, WHAT I'M GOING TO DO IS TO ASK EACH OF THE 45 OF YOU

21       TO STAND UP AND RECITE THE ANSWERS TO THESE QUESTIONS.  NOW, AS

22       YOU MIGHT EXPECT, THIS MAY TAKE A FEW MINUTES, AND IN LIGHT OF

23       THE REQUEST FOR A BATHROOM BREAK, OR A BREAK GENERALLY, I THINK

24       IT MAKES SENSE FOR US TO TAKE THE BREAK FIRST BEFORE WE GO

25       THROUGH THIS.
```

```
1        SO WITH THAT, WE WILL TAKE A SHORT FIVE MINUTE BREAK TO

2   ALLOW YOU ALL TO USE THE RESTROOM.  I WANT YOU TO COME BACK

3   HERE, COME BACK TO THE SAME POSITIONS THAT YOU'VE ASSUMED AND

4   WE'LL GO THROUGH THIS BIOGRAPHICAL SHEET AT THAT TIME.

5        WE'LL STAND IN RECESS.

6        (RECESS FROM 10:25 A.M. UNTIL 10:43 A.M.)

7            THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, BEFORE

8    WE BROKE I WAS ABOUT TO EXPLAIN TO YOU WHAT WE'RE GOING TO DO

9    WITH THESE BIOGRAPHICAL SHEETS THAT YOU HAVE IN FRONT OF YOU.

10        WHAT I'M GOING TO ASK EACH OF YOU TO DO IN TURN, STARTING

11   WITH JUROR NUMBER 1, WORKING OUR WAY THROUGH TO JUROR NUMBER

12   45, IS TO STAND AND RECITE THE ANSWER TO EACH OF THESE

13   QUESTIONS IN ORDER.

14        IT SOUNDS A LITTLE TEDIOUS.  IT WILL GO RELATIVELY

15   SMOOTHLY IF WE ALL JUST WORK OUR WAY THROUGH THESE QUESTIONS

16   ONE BY ONE.

17        TO GIVE EACH OF YOU A SENSE OF HOW I WANT THIS INFORMATION

18   CONVEYED, I WILL DEMONSTRATE USING MYSELF AS A JUROR.

19        SO WITH THAT, LET ME STAND UP.  AND I WANT EACH OF YOU TO

20   STAND UP WHEN IT'S YOUR TURN SO THAT THE LAWYERS CAN HEAR AND

21   THE COURT REPORTER CAN HEAR CLEARLY.

22        MY NAME IS PAUL GREWAL AND I AM THE JUDGE IN THIS CASE,

23   BUT I'M PRETENDING TO BE A JUROR FOR THE MOMENT.  I WAS BORN IN

24   CINCINNATI, OHIO AND I NOW LIVE IN PALO ALTO, CALIFORNIA.  I'VE

25   LIVED HERE IN NORTHERN CALIFORNIA FOR APPROXIMATELY 16 YEARS,
```

```
 1        GIVE OR TAKE.

 2             I LIVE WITH MY WIFE AND MY TWO CHILDREN.  MY OLDER CHILD

 3        IS A BOY, AGE 12, MY YOUNGER CHILD IS A GIRL, AGE 5.

 4             AS FAR AS MY EDUCATIONAL BACKGROUND GOES, I HAVE AN

 5        UNDERGRADUATE DEGREE FROM THE MASSACHUSETTS INSTITUTE OF

 6        TECHNOLOGY.  I RECEIVED MY LAW DEGREE FROM THE UNIVERSITY OF

 7        CHICAGO LAW SCHOOL.

 8             MY CURRENT OCCUPATION IS JUDGE.  I WORK HERE IN THE

 9        NORTHERN DISTRICT OF CALIFORNIA.

10             AS FOR SPECIAL SKILLS OR SPECIAL TRAINING, IN AN EARLIER

11        LIFE I DID A BIT OF COMPUTER PROGRAMMING, BUT THOSE DAYS HAVE

12        LONG SINCE PASSED.

13             MY WIFE DOES WORK.  SHE CURRENTLY IS EMPLOYED BY SYMANTEC

14        CORPORATION WHERE SHE WORKS AS A PRODUCT MANAGER FOR A SOFTWARE

15        PRODUCT.

16             MY CHILDREN ARE NOT YET EMPLOYED, BUT I HAVE HIGH HOPES.

17             (LAUGHTER.)

18             THE COURT:  AND AS FAR AS MY FAVORITE HOBBY OR

19        RECREATIONAL ACTIVITY GOES, THIS TIME OF YEAR IT WOULD HAVE TO

20        BE WATCHING THE SAN FRANCISCO 49ERS, SO TODAY WAS A TOUGH,

21        TOUGH DAY.

22             ALL RIGHT.  WITH THAT, JUROR NUMBER 1, WOULD YOU PLEASE

23        PROCEED?

24             AND MR. RIVERA WILL BE PASSING OUT A MICROPHONE.  JUST DO

25        YOUR BEST TO KEEP YOUR VOICE UP SO EVERYBODY CAN HEAR.  THANK
```

1    YOU.

2              PROSPECTIVE JUROR:  MY FRAME IS FRANCISCO WESTON.  I

3    WAS BORN IN REDWOOD CITY, CALIFORNIA.  I LIVE IN SAN JOSE,

4    CALIFORNIA NOW.  I'VE LIVED IN CALIFORNIA MY WHOLE LIFE.

5         I LIVE WITH MY WIFE AND TWO CHILDREN WHO ARE -- MY

6    DAUGHTER IS AGE 21 AND MY SON IS AGE 9.

7         HIGH SCHOOL EDUCATION.

8         AND I AM A WOODWORKER.  WE MANUFACTURE WOOD PRODUCTS.  ALL

9    OF THE HAND RAILS AND WOODWORKING HERE COMES THROUGH BIG

10   MACHINERY AND THAT'S WHAT I MAKE.

11        SPECIAL SKILLS WOULD BE WOODWORKING.

12        LET'S SEE.  MY WIFE IS A TEACHER'S AID IN SAN JOSE UNIFIED

13   SCHOOL DISTRICT.  AND MY DAUGHTER IS STILL IN COLLEGE.  SHE

14   GOES TO SANTA CLARA UNIVERSITY.  AND MY NINE YEAR OLD IS STILL

15   LIVING AT HOME.

16        AND MY FAVORITE HOBBY WOULD BE RESTORING OLD CARS.

17              THE COURT:  THANK YOU VERY MUCH, JUROR NUMBER 1.

18        JUROR NUMBER 2, GOOD MORNING, SIR.

19              PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

20   PETER MOORE.  I'M JUROR NUMBER 2.  I WAS BORN IN PRINCETON,

21   NEW JERSEY.  I LIVE NOW IN MOUNTAIN VIEW.  I'VE BEEN IN

22   NORTHERN CALIFORNIA FOR AROUND 35 YEARS.

23        AND I LIVE WITH MY WIFE, NO CHILDREN.

24        MY EDUCATIONAL BACKGROUND, I WENT -- UNDERGRADUATE DEGREE

25   FROM PRINCETON IN PHYSICS, AND MY GRADUATE WORK WAS FIRST IN

1   PHYSICS AND THEN I SWITCHED TO CAD FOR IC, INTEGRATED CIRCUIT

2   DESIGN.

3        I WORK AT ORACLE CORPORATION.  I'M AN ARCHITECT IN THE

4   SOCIAL CRM PRODUCT, WHICH IS A CONSUMER RELATION MANAGEMENT

5   SOFTWARE PRODUCT WE BUILD.

6        SPECIAL SKILLS ARE PROBABLY PROGRAMMING.

7        MY WIFE WORKS AS A RESEARCH LAB TECHNICIAN AT STANFORD

8   UNIVERSITY.

9        AND FAVORITE HOBBY IS READING AND OCCASIONAL TRAVEL.

10        THE COURT:  THANK YOU JUROR NUMBER 2.

11        JUROR NUMBER 3, GO AHEAD, SIR.

12        PROSPECTIVE JUROR:  HI.  MY NAME IS SANTINO RIVERA.

13   I WAS BORN IN SAGINAW, MICHIGAN.  NOW LIVE IN SANTA CLARA,

14   CALIFORNIA.  BEEN IN NORTHERN CALIFORNIA FOR ABOUT 40 YEARS.

15        LIVE WITH MY PARTNER, OVER 14 YEARS.  I HAVE ONE CHILD

16   WHO'S 23, OUT OF THE HOUSE NOW.

17        I HAVE A HIGH SCHOOL BACKGROUND.

18        I WORK IN HIGH TECH SOFTWARE DEVELOPMENT.  I'M A

19   PROCUREMENT MANAGER.

20        AND NO SPECIAL SKILLS.

21        MY PARTNER IS A GENERAL CONTRACTOR IN RESIDENTIAL

22   REMODELING.

23        MY SON WORKS FOR GOOGLE.

24        AND MY HOBBIES ARE READING AND GARDENING.

25        THE COURT:  THANK YOU VERY MUCH.

```
 1              JUROR NUMBER 4.

 2              PROSPECTIVE JUROR:  HI.  MY NAME IS CAROL PLUFF,

 3    JUROR NUMBER 4.  I WAS BORN IN SAN JOSE.  RESIDE IN

 4    SANTA CLARA.  I'VE LIVED IN NORTHERN CALIFORNIA ALL MY LIFE.

 5              I RESIDE WITH MY HUSBAND AND ONE DAUGHTER WHO IS A JUNIOR,

 6    17.

 7              I HAVE SOME COLLEGE EDUCATION.  I CURRENTLY WORK FOR A

 8    COMPANY CALLED PACTRUST, WHICH IS A COMMERCIAL REAL ESTATE

 9    PROPERTY MANAGER, AND I DO THEIR LEASING CONTRACTS AND I DRAFT

10    THE CONTRACTS AND THEN MEET WITH THE CLIENTS THAT ARE POTENTIAL

11    TENANTS.

12              MY HUSBAND OWNS A GENERAL CONTRACTING FIRM HERE IN

13    SANTA CLARA.

14              DAUGHTER IS A JUNIOR, NOT EMPLOYED.  BUT HOPEFUL, TOO.

15              (LAUGHTER.)

16              PROSPECTIVE JUROR:  AND HOBBIES, I LIKE TO READ AND

17    COOK.

18              THE COURT:  THANK YOU VERY MUCH.

19              JUROR NUMBER 5, GO AHEAD, SIR.

20              PROSPECTIVE JUROR:  MY NAME IS BRETT IWAHASHI.  I'M

21    JUROR NUMBER 5.  I WAS BORN IN SANTA CLARA.  I LIVE IN

22    CUPERTINO NOW.  I'VE LIVED HERE FOR 28 YEARS.

23              I LIVE WITH MY MOTHER AND FATHER.  NO CHILDREN.

24              BACHELOR'S DEGREE IN BUSINESS FROM SAN JOSE STATE AND I'M

25    CURRENTLY AN ASSOCIATE COORDINATOR FOR WHOLE FOODS MARKET.
```

1          NO SPECIAL SKILLS.

2          AND NOT MARRIED, AND NO CHILDREN.

3          AND FAVORITE HOBBY IS GOING TO THE GYM.

4              THE COURT:  THANK YOU.

5          GOOD MORNING, JUROR NUMBER 6.

6              PROSPECTIVE JUROR:  HI.  GOOD MORNING.  MY NAME IS

7      ALYCIA OSBORNE.  I'M JUROR NUMBER 6.  I WAS BORN IN SACRAMENTO,

8      CALIFORNIA.  I NOW LIVE IN SAN JOSE.  I'VE LIVED IN NORTHERN

9      CALIFORNIA FOR ABOUT 20 YEARS, NOT CONSECUTIVELY.

10         I LIVE WITH MY HUSBAND AND MY THREE YEAR OLD DAUGHTER.

11     SHE'S A GIRL.  SHE'S THREE.

12         I HAVE AN UNDERGRADUATE DEGREE FROM SAN DIEGO STATE

13     UNIVERSITY.

14         I WORK IN HUMAN RESOURCES AS A BENEFITS ANALYST FOR

15     LINKEDIN CORPORATION.

16         I DO HAVE -- DO NOT HAVE ANY SPECIAL SKILLS OR TRAINING.

17             MY HUSBAND IS AN ENGINEER.  HE WORKS FOR APPLE, INC.

18             MY DAUGHTER DOES A LOT OF THINGS, NOT MANY VERY WELL, BUT

19     SHE'S NOT EMPLOYED.

20         (LAUGHTER.)

21             PROSPECTIVE JUROR:  I LIKE TO PLAY GOLF AND DO YOGA.

22             THE COURT:  THANK YOU VERY MUCH, JUROR NUMBER 6.

23         JUROR NUMBER 7, GO AHEAD, MA'AM.

24             PROSPECTIVE JUROR:  MY NAME IS DONNA NAPPI.  I'M

25     JUROR NUMBER 7.  I WAS BORN IN SAN FRANCISCO.  I LIVE IN

```
 1        SUNNYVALE.  I'VE LIVED IN CALIFORNIA ALL MY LIFE.

 2             AND WHO RESIDES WITH ME, JUST ME AND MY BIRD.

 3             I HAVE FOUR CHILDREN.  THEY RANGE FROM 51 TO 37.

 4             MY EDUCATIONAL BACKGROUND IS I GRADUATED FROM HIGH SCHOOL.

 5    NO SPECIAL SKILLS.

 6             MY HUSBAND IS -- WAS RETIRED AND WAS A HEAVY EQUIPMENT

 7    OPERATOR.

 8             MY OLDEST DAUGHTER LIVES IN RENO; AND MY SECOND DAUGHTER

 9    WORKS WITH -- TAKES CARE OF THE ELDERLY; MY SON IS A SECURITY

10    GUARD; MY YOUNGEST DAUGHTER IS A NURSE.

11             AND MY ACTIVITIES ARE READING AND PLAYING WITH MY BIRD

12    FRED.

13                 THE COURT:  THANK YOU VERY MUCH, JUROR NUMBER 7.

14             IF YOU COULD JUST PASS DOWN THE MICROPHONE TO JUROR NUMBER

15    8, I SURE WOULD APPRECIATE IT.

16             JUROR NUMBER 8, GOOD MORNING AGAIN.

17                 PROSPECTIVE JUROR:  HI, GOOD MORNING.  MY NAME IS

18    KEMING WONG.  MY JUROR NUMBER IS 8.  I WAS BORN IN DANYANG,

19    CHINA.  RIGHT NOW I'M LIVING IN SAN JOSE.  I HAVE BEEN HERE

20    SINCE 1995, SO 18 YEARS.

21             I'M LIVING WITH MY WIFE AND MY SON WHO IS JUNIOR, 16

22    YEARS.  AND MY DAUGHTER IS 28 YEARS.  SHE LIVE IN HER

23    APARTMENT.

24             I GOT A BACHELOR AND MASTER'S DEGREE IN ELECTRONIC

25    ENGINEERING.  I'M DOING THE DESIGN ENGINEER FOR INTEGRATED
```

 1    CIRCUITS IN BROADCOM.

 2         AND ALSO I GOT -- YEAH.  I GOT -- I HAVE EXPERIENCE IN

 3    EXCHANGE STUDENTS IN GERMANY.

 4         MY WIFE IS A SEMICONDUCTOR ENGINEER IN PERICOM

 5    SEMICONDUCTOR COMPANY, CORPORATION.

 6         MY DAUGHTER IS ALSO AN ENGINEER IN GOOGLE.

 7         AND I LIKE TO PLAY SOCCER AND VOLLEYBALL AND SOMETIMES

 8    ALSO TO HAVE BALLROOM DANCE.  YEAH.

 9         DURING THE WEEKEND, I DO A LOT OF BACKYARD WORK.

10         THE COURT:  THANK YOU VERY MUCH JUROR NUMBER 8.

11         JUROR NUMBER 9, GO AHEAD, SIR.

12         PROSPECTIVE JUROR:  MY NAME IS JOSEPH NOIA.  I'M

13    JUROR NUMBER 9.  I WAS BORN IN THE AZORES, PORTUGAL.  I'VE

14    LIVED IN CALIFORNIA FOR 52 YEARS.

15      I RESIDE IN SANTA CLARA WITH MY WIFE OF 46 YEARS.  I HAVE

16    TWO CHILDREN, TWO BOYS, 40 AND 41.

17         I DID SOME COLLEGE STUDIES ON ANIMAL BEHAVIOR.

18         LET'S SEE.  I DO PRISON WORK AS A FACILITIES ENGINEER

19    MANAGER FOR NORTH AMERICA.  I TOOK SPECIAL SKILLS AND

20    CONTINUING EDUCATION FOR THE PRISON JOB THAT I HAVE.

21         MY WIFE IS A RETIRED SCHOOL TEACHER WITH SANTA CLARA

22    SCHOOL DISTRICT FOR 35 YEARS.

23         AND MY TWO CHILDREN, ONE IS A MARKET MANAGER FOR SAP, AND

24    THE OTHER ONE IS AN ENGINEER FOR ACTIVE PHARMACEUTICALS IN

25    SUNNYVALE.

```
 1              AND I RIDE MY BIKE AND I READ AND I DO HORSE RIDING.

 2              THE COURT:  THANK YOU, NUMBER 9.

 3          JUROR NUMBER 10, GO AHEAD, SIR.

 4              PROSPECTIVE JUROR:  HI.  MY NAME IS DANA NELSON.  I'M

 5      JUROR NUMBER 10.  I WAS BORN IN ALAMEDA.  I LIVE IN MORGAN

 6      HILL.  I'VE BEEN HERE FOR THE LAST 32 YEARS.

 7              MY WIFE RESIDES WITH ME AT THE MOMENT.  I HAVE --

 8          (LAUGHTER.)

 9              PROSPECTIVE JUROR:  WELL, KIDS KEEP COMING AND GOING.

10          (LAUGHTER.)

11              PROSPECTIVE JUROR:  I HAVE HAD FIVE CHILDREN, FOUR

12      ARE OF WHICH ARE ALIVE.  I HAVE TWO 38 YEAR OLD TWIN GIRLS, I

13      HAVE A 35 YEAR OLD DAUGHTER, AND A 33 YEAR OLD SON.  HE AND HIS

14      WIFE JUST HAD MY 12TH GRANDCHILD.

15              I HAVE HIGH SCHOOL BACKGROUND, MILITARY TRAINING IN

16      ELECTRONICS.

17              MY OCCUPATION IS I WORK FOR A CONTRACT HOUSE WITH -- FOR

18      IBM.  I'M WHAT THEY CALL AN EMERGENCY RESPONSE MANAGER.  WHEN

19      ENTERPRISE CUSTOMERS GO DOWN FOR ANY PERIOD OF TIME, THEY'RE

20      REQUIRED TO ENGAGE OUR TEAM.  AT THAT POINT WE TAKE OVER

21      RESPONSIBILITY FOR EXECUTIVE MANAGEMENT UPDATING, TECH SUPPORT

22      FOLKS, WHATEVER IT TAKES TO GET THE CUSTOMER BACK UP AND

23      RUNNING.

24              I HAVE NO PARTICULAR SPECIAL SKILLS.

25              MY WIFE IS A TEACHER'S AID FOR A CHILD WITH NEEDS IN
```

1     MORGAN HILL UNIFIED SCHOOL DISTRICT.

2          MY KIDS ARE ALL EMPLOYED.

3          AND MY FAVORITE HOBBIES ARE WHITE WATER RAFTING AND

4     GARDENING.

5               THE COURT:  CAN I -- THANK YOU VERY MUCH, JUROR

6     NUMBER 10.  MAY I ASK, SIR, YOU MENTIONED YOUR CHILDREN ARE

7     EMPLOYED.  CAN YOU TELL US WHAT KIND OF WORK THEY DO?

8               PROSPECTIVE JUROR:  ONE OF THEM IS AN ON-LINE TEACHER

9     DOWN IN SOUTHERN CALIFORNIA; ONE IS A STAY AT HOME MOM; AND MY

10    SON IS A PRODUCTION MANAGER OF A GAME DEVELOPMENT --

11              THE COURT:  A VIDEO GAME COMPANY OF SOME KIND?

12              PROSPECTIVE JUROR:  WHAT'S THAT?

13              THE COURT:  A VIDEO GAME COMPANY OF SOME KIND?

14              PROSPECTIVE JUROR:  YES, IT IS, A GAMES COMPANY.

15    THEY DID THE NFL GAME, SOMETHING ELSE.  I GET THEM ALL -- OH,

16    AND MY OTHER DAUGHTER IS THE SHERIFF'S SECRETARY.

17              THE COURT:  THANK YOU VERY MUCH, SIR.

18              PROSPECTIVE JUROR:  YOU BET.

19              THE COURT:  JUROR NUMBER 11.

20              PROSPECTIVE JUROR:  HI.  I'M FLORENTINO HERNANDEZ.

21    I'M NUMBER 11.  I WAS BORN IN MEXICO.  I NOW LIVE IN

22    MOUNTAIN VIEW, CALIFORNIA.  I'VE LIVED HERE FOR 33 YEARS.

23          AND I LIVE WITH MY PARTNER.  NO CHILDREN.

24          ASSOCIATE'S DEGREE IN BUSINESS.  I WORK FOR LOCKHEED

25    MARTIN AND I'M A TRAVEL COORDINATOR, BOOKING TRAVEL AND PROCESS

1    EXPENSE REPORTS.

2        NO SPECIAL SKILLS OR TRAINING.

3        MY PARTNER WORKS AT EASTER SEALS.  HE'S A PSYCHOLOGIST.

4        AND I LIKE TO COOK AND SWIM.

5        THE COURT:  THANK YOU VERY MUCH, SIR.

6        JUROR NUMBER 12, PLEASE GO AHEAD.

7        PROSPECTIVE JUROR:  MY NAME IS DAWN YEARMAN.  I'M

8    JUROR NUMBER 12.  I WAS BORN IN ELGIN, ILLINOIS.  I LIVE IN

9    SAN JOSE.  I'VE BEEN IN NORTHERN CALIFORNIA FOR 31 YEARS.

10        MY DOG LIVES WITH ME.  NO CHILDREN.

11        I HAVE AN ASSOCIATE'S AGREE IN BUSINESS.

12        I'M A SOLE PROPRIETOR AND OWN MY OWN DRY CLEANERS.

13        MY SPECIAL SKILLS ARE TAILORING, WORKING WITH CHEMICALS IN

14    THE DRY CLEANING, WORKING WITH DRY CLEANING MACHINES.

15        AND MY FAVORITE HOBBIES ARE BIKE RIDING, SEWING,

16    CROCHETING, KNITTING.

17        THE COURT:  JUROR NUMBER 12, I'M GOING TO GIVE YOU A

18    CHANCE TO PROMOTE YOUR BUSINESS.  WHAT'S THE NAME OF YOUR DRY

19    CLEANER?

20        PROSPECTIVE JUROR:  CAMPBELL PLAZA CLEANERS.

21        THE COURT:  THANK YOU, MA'AM.

22        JUROR NUMBER 13, GO AHEAD, PLEASE.

23        PROSPECTIVE JUROR:  MY NAME IS LINDSAY WAHLER.  I'M

24    JUROR NUMBER 13.  I WAS BORN IN MOUNTAIN VIEW, CALIFORNIA.  I

25    LIVE IN SANTA CLARA.  I'VE LIVED HERE FOR 37 YEARS, ALL MY

1    LIFE.

2        I LIVE WITH MY HUSBAND AND TWO KIDS.  THEIR AGES ARE TWO

3    AND EIGHT.

4        I WENT TO SAN JOSE STATE.  I HAVE MY DEGREE, BACHELOR OF

5    SCIENCE DEGREE IN PUBLIC RELATIONS.

6        CURRENT OCCUPATION IS OFFICE/COMMUNICATIONS MANAGER AT A

7    START-UP COMPANY CALLED GRABIT INCORPORATED, WHICH I DON'T KNOW

8    IF IT'S TOO LATE TO MENTION AN UNDUE HARDSHIP, BUT I JUST

9    STARTED THERE A FEW WEEKS AGO AFTER BEING LAID OFF FOR ABOUT A

10   YEAR, AND WE'RE SORT OF FINALIZING FOR AN ANNOUNCEMENT THAT WE

11   HAVE IN THE NEXT WEEK OR TWO, SO IT WOULD BE A LITTLE BIT HARD

12   TO MISS WORK.

13       GOING ON, I'LL SKIP NUMBER 9.

14       NUMBER 10, MY HUSBAND IS AN ELECTRICAL CONTRACTOR WHO OWNS

15   HIS OWN BUSINESS.  MY KIDS ARE OBVIOUSLY NOT EMPLOYED.

16       AND MY HOBBIES ARE WORKING OUT AND NOT MUCH TIME FOR

17   HOBBIES, SPENDING TIME WITH MY KIDS OBVIOUSLY AT THEIR AGES.

18       THANKS.

19           THE COURT:  THANK YOU.  JUROR NUMBER 14, GO AHEAD,

20   MA'AM.

21           PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

22   SYLVIA MORA.  I'M JUROR NUMBER 14.  I WAS BORN IN BAKERSFIELD.

23   I LIVE NOW IN SALINAS AND I HAVE FOR THE PAST 24 YEARS.

24       MY HUSBAND AND MY SON LIVE WITH ME.  AND I HAVE TWO BOYS,

25   AGES 21 AND 18.

1          MY EDUCATIONAL BACKGROUND IS ASSOCIATE'S DEGREE.  I WORK

2     FOR SALINAS ELEMENTARY SCHOOL DISTRICT AS AN ENGLISH LEARNER

3     LIAISON.  I HAVE NO SPECIAL SKILLS.

4          MY HUSBAND WORKS FOR D'ARRIGO BROTHERS OF CALIFORNIA.  HIS

5     TITLE IS PRODUCTION MANAGER.

6          AND MY FAVORITE HOBBY IS NATURE WALKS.

7             THE COURT:  JUROR NUMBER 14, MAY I ASK YOU, MA'AM,

8     DID I TAKE NOTES CORRECTLY EARLIER THAT YOU SAID YOU HAD --

9     THAT YOU WERE TAKING SOME CLASSES?

10            PROSPECTIVE JUROR:  YES.

11            THE COURT:  AND THOSE ARE -- WHAT KIND OF CLASSES ARE

12    YOU TAKING?

13            PROSPECTIVE JUROR:  SOCIOLOGY.

14            THE COURT:  OKAY.

15            PROSPECTIVE JUROR:  AT CSUB.

16            THE COURT:  ALL RIGHT.  I APPRECIATE THAT.  THANK

17    YOU, MA'AM.

18         THANK YOU, MR. RIVERA.

19         JUROR NUMBER 15, ONCE YOU HAVE THE MICROPHONE, THE FLOOR

20    WILL BE YOURS.

21         GO AHEAD, MA'AM.

22            PROSPECTIVE JUROR:  I'M JUROR 15.  MY NAME IS

23    PATTY SCOTT.  I WAS BORN IN SAN JOSE AND I LIVE IN SAN JOSE.

24    I'VE LIVED HERE FOR 50 YEARS.

25         I LIVE BY MYSELF.  I HAVE A 19 YEAR OLD SON.

1        I HAVE A BACHELOR'S DEGREE IN ACCOUNTING FROM SAN JOSE

2    STATE.  I DO CORPORATE REVENUE PLANNING AND ANALYSIS AND

3    OPERATIONAL BUDGET DEVELOPMENT FOR M.A. TRANSACTIONS AT MCAFEE.

4        I HAVE NO SPECIAL SKILLS TO CALL OUT.

5        MY EX-HUSBAND IS A SITE SERVICES MANAGER AT IBM.

6        MY SON IS A FULL-TIME STUDENT AT CHICO STATE.

7        AND FOR RECREATION I LIKE TO HIKE AND DO WINE TASTING.

8            THE COURT:  THANK YOU, JUROR NUMBER 15.

9        JUROR NUMBER 16, GO AHEAD, SIR.

10           PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

11    KENT CASKEY.  I WAS BORN IN CORPUS CHRISTI, TEXAS.  I NOW LIVE

12    IN CAMPBELL, CALIFORNIA WHERE I'VE BEEN FOR 33 YEARS.

13        MY WIFE AND MY TWO GROWN SONS BOTH LIVE WITH ME.  MY

14    CHILDREN ARE 29 AND 27 AND STILL LIVING AT HOME.  HOW DID THAT

15    HAPPEN?

16        (LAUGHTER.)

17           PROSPECTIVE JUROR:  I HAVE A BACHELOR'S DEGREE IN

18    BUSINESS ADMINISTRATION AND I'M A SENIOR CONSTRUCTION MANAGER

19    FOR CJ CONTRACTING.

20        MY SPECIAL SKILLS, I'M A CREW CHIEF AND INSTRUCTOR FOR

21    ALL OF THE BASEBALL UMPIRES AND FOOTBALL OFFICIALS IN

22    SANTA CLARA COUNTY.

23        MY WIFE IS A SALES ASSOCIATE FOR BROOKS BROTHERS.

24        MY OLDER SON IS A SUBSTITUTE TEACHER.  MY YOUNGER SON IS A

25    CONSTRUCTION WORKER.

```
 1            AND OBVIOUSLY MY FAVORITE HOBBY OR RECREATIONAL ACTIVITY

 2      IS OFFICIATING HIGH SCHOOL SPORTS.

 3            THANK YOU.

 4              THE COURT:  THANK YOU VERY MUCH, SIR.

 5          JUROR NUMBER 17, GO AHEAD, MA'AM.

 6              PROSPECTIVE JUROR:  HI.  I'M DESIREE CHILDRESS, JUROR

 7      NUMBER 17.  I WAS BORN IN NYACK, NEW YORK AND NOW I'M LIVING IN

 8      SAN JOSE FOR THE LAST 14 YEARS.

 9            I LIVE WITH MY HUSBAND AND MY SON WHO IS 16 AND A SENIOR IN

10      HIGH SCHOOL.  I HAVE TWO CHILDREN, A DAUGHTER WHO'S 20 WHO'S

11      NOW AT ARIZONA STATE, AND MY SON WHO'S 16.

12            I HAVE A BACHELOR'S FROM CLARK UNIVERSITY IN WORCESTER,

13      MASSACHUSETTS IN GOVERNMENT AND WOMEN'S STUDIES, AND THEN A

14      PH.D. IN ECONOMIC SOCIOLOGY AT THE JOHNS HOPKINS UNIVERSITY IN

15      BALTIMORE.

16            I'M CURRENTLY WITH APPLE RETAIL AND I'M IN CUSTOMER

17      SERVICE TRAINING AND SALES.

18            NO PARTICULAR SKILLS.

19            MY HUSBAND WORKS FOR HGST.  HE'S A RESEARCH STAFF MEMBER

20      AND MANAGER.

21            AND NO EMPLOYED CHILDREN YET, BUT HOPEFULLY SOON.

22            AND MY FAVORITE HOBBY IS READING CRIMINAL NOVELS AND

23      WATCHING SOCCER.

24              THE COURT:  THANK YOU VERY MUCH, JUROR NUMBER 17.

25            GO AHEAD, JUROR NUMBER 18.
```

1          PROSPECTIVE JUROR:  HELLO.  MY NAME IS DIANE TERRY.

2     I WAS -- I'M JUROR NUMBER 18.  I WAS BORN HERE IN SAN JOSE.  I

3     GREW UP IN WILLOW GLEN.  I NOW LIVE IN SOUTH SALINAS AND I HAVE

4     SPENT ALL 62 YEARS IN NORTHERN CALIFORNIA.

5          I LIVE ALONE.  I HAVE NO CHILDREN.

6          I WENT BACK TO COLLEGE WHEN I WAS 46 AND GOT A BACHELOR'S

7     DEGREE IN COMMERCIAL RECREATION ADMINISTRATION.  I WORK AT

8     SEASCAPE RESORT AND I WORK IN THEIR CORPORATE SALES OFFICE.

9          NO SPECIAL SKILLS.

10         MY EX-HUSBAND, I REALLY DON'T KNOW WHAT HE DOES ANYMORE.

11         (LAUGHTER.)

12         PROSPECTIVE JUROR:  I APOLOGIZE.  I DON'T KEEP UP.

13         BUT WE DID OWN OUR OWN CONSULTING FIRM FOR COMMERCIAL

14    ROOFING AND WATERPROOFING.

15         I DO NOT HAVE CHILDREN.

16         AND MY FAVORITE HOBBIES AND RECREATIONAL ACTIVITIES ARE

17    RUNNING AND PLAYING GOLF.

18         THE COURT:  THANK YOU, MA'AM.

19         JUROR NUMBER 19, GO AHEAD, SIR.

20         PROSPECTIVE JUROR:  MY NAME IS JAMES MCDERMOTT, JUROR

21    19.  I WAS BORN IN RUNNEMEDE, NEW JERSEY.  I CURRENTLY LIVE IN

22    SAN JOSE.  I'VE BEEN IN CALIFORNIA FOR 33 YEARS.

23         I LIVE WITH MY WIFE, MY MOTHER-IN-LAW, AND BROTHER-IN-LAW

24    AND MY GRANDSON.  HE'S AGE FIVE.  WE HAVE ONE DAUGHTER WHO'S

25    24.

```
 1              I'VE GOT A B.S. DEGREE FROM RUTGERS UNIVERSITY.  I WORK

 2      AT -- AS A PRODUCT ENGINEER AT LINEAR TECHNOLOGY.

 3              NO REAL SPECIAL SKILLS.

 4              MY WIFE IS UNEMPLOYED.

 5              OUR DAUGHTER WORKS AS AN LVN AT A NURSING HOME.  SHE JUST

 6      STARTED AT A NEW PLACE, SO I'M NOT SURE OF THE NAME OF IT.  SHE

 7      USED TO WORK AT CRESTWOOD, BUT THAT WAS BEFORE.

 8              FAVORITE HOBBY IS MUSIC, STOCK MARKET.

 9                  THE COURT:  THANK YOU, JUROR NUMBER 19.  MAY I ASK

10      YOU, SIR, BEFORE YOU PASS THE MIKE, YOU SAID THAT YOU WORK AT

11      LINEAR.

12                  PROSPECTIVE JUROR:  YES.

13                  THE COURT:  WHAT KIND OF -- DO YOU WORK IN

14      ENGINEERING THERE?  WHAT KIND OF WORK DO YOU DO?

15                  PROSPECTIVE JUROR:  MY TITLE IS PRODUCT ENGINEER, SO

16      BASICALLY FOR ANALOG DEVICES, WE -- I'M RESPONSIBLE FOR

17      BRINGING IN NEW PRODUCTS, AS WELL AS MAINTAINING EXISTING

18      PRODUCTS, MAKE SURE THE YIELDS ARE UP.

19                  THE COURT:  ALL RIGHT.  I APPRECIATE THAT, SIR.

20      THANK YOU.

21              JUROR NUMBER 20, GOOD MORNING, SIR.

22                  PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

23      SAM SIN.  I'M JUROR NUMBER 20.  I WAS BORN IN MACAU, PART OF

24      THE CHINA.  I LIVE IN SAN JOSE.  I'VE LIVED HERE FOR 20 YEARS.

25              I LIVE BY MYSELF.  NO KIDS.
```

1          I GOT A DOCTORATE DEGREE FROM U.C. IRVINE AND

2    UNDERGRADUATE FROM TAIWAN, NATIONAL TAIWAN UNIVERSITY FOR MY

3    UNDERGRAD.  ELECTRICAL ENGINEERING.

4          AND I'M THE CO-FOUNDER OF A SMALL START-UP COMPANY MAKING

5    SOME APPLIANCES, NETWORKING APPLIANCES.

6          MY SPECIAL SKILLS IS SOFTWARE DEVELOPMENT, SOFTWARE

7    ARCHITECTURE.

8          AND I'M DIVORCED.  MY WIFE, SHE WAS A SOFTWARE ENGINEER.

9          AND NO KIDS.

10         AND MY HOBBY IS PLAYING GOLF AND GO TO THE MOVIES.

11             THE COURT:  THANK YOU, JUROR NUMBER 21.

12        JUROR NUMBER 21, GO AHEAD, MA'AM.

13             PROSPECTIVE JUROR:  MY NAME IS DONNA BECKER AND I'M

14    JUROR NUMBER 21.  I WAS BORN IN HIBBING, MINNESOTA.  I NOW LIVE

15    IN SANTA CRUZ, CALIFORNIA.  I'VE BEEN IN NORTHERN CALIFORNIA

16    FOR 30 YEARS.

17         I LIVE WITH MY HUSBAND AND HALF TIME WITH MY 27 YEAR OLD

18    SON AND MY THREE YEAR OLD GRANDDAUGHTER.  I HAVE TWO CHILDREN,

19    A DAUGHTER 25 AND A SON 27.

20         I HAVE A B.A. FROM YALE UNIVERSITY AND A MASTER'S IN

21    SOCIAL WORK AND A J.D. FROM BERKELEY.

22         I WORK -- I HAVE MY OWN FAMILY LAW PRACTICE SPECIALIZING,

23    TO THE EXTENT POSSIBLE, IN COLLABORATION AND MEDIATION.

24         MY HUSBAND IS A BUSINESS CONSULTANT IN ORGANIZATIONAL

25    DEVELOPMENT.  HE'S CURRENTLY WORKING WITH A COMPANY OUT OF

1        SACRAMENTO CALLED LEADERSHIP ONE.

2            MY 27 YEAR OLD SON IS CURRENTLY WORKING AS AN AID IN

3    OBTAINING HIS MASTER'S DEGREE IN COUNSELLING FROM JFK

4    UNIVERSITY, AND MY 25 YEAR OLD DAUGHTER LIVES IN DUSSELDORF AND

5    IS WORKING IN MARKETING FOR WITH A TRAVEL COMPANY CALLED

6    TRIVAGO.

7            MY HOBBIES ARE POETRY WRITING AND GARDENING AND DRAWING.

8            THE COURT:  THANK YOU VERY MUCH, JUROR NUMBER 21.

9            JUROR NUMBER 22, GO AHEAD SIR.

10           PROSPECTIVE JUROR:  MY NAME IS LIU PAN AND I'M NUMBER

11   22 AND I WAS BORN IN CHINA.  I LIVE RIGHT NOW IN CUPERTINO,

12   CALIFORNIA.  SO I HAVE LIVED HERE IN NORTHERN CALIFORNIA FOR

13   THE LAST 13 YEARS.

14           AND I LIVE WITH MY WIFE AND TWO KIDS.  THE DAUGHTER, MY

15   DAUGHTER IS 11 YEARS OLD AND MY SON IS FIVE.

16           SO I HAVE A MASTER'S IN COMPUTER SCIENCE AND A PH.D. IN

17   MATHEMATICS, BOTH FROM UNIVERSITY OF PENNSYLVANIA.

18           SO I'M -- RIGHT NOW I'M A SOFTWARE ARCHITECT AT

19   CHARGEPOINT.  WE MAKE ELECTRONIC VEHICLE CHARGING STATIONS.  SO

20   I'M ACTUALLY WORKING ON THAT FOR CHARGEPOINT.

21           SO MY SPECIAL SKILL WOULD BE SOFTWARE DESIGN AND

22   DEVELOPMENT.

23           MY WIFE IS AN I.T. MANAGER FOR H-P.  AND I DON'T HAVE ANY

24   EMPLOYED CHILDREN.

25           SO MY HOBBY WOULD BE SWIMMING, PING PONG, AND SOCCER.

```
1              THE COURT:  THANK YOU, SIR.
2         JUROR NUMBER 23, GO AHEAD, SIR.
3              PROSPECTIVE JUROR:  HI.  MY NAME IS BRIAN JOHNSON,
4    I'M JUROR NUMBER 23.  I WAS BORN IN SANTA CRUZ.  I CURRENTLY
5    LIVE IN CAMPBELL.  I'VE LIVED IN NORTHERN CALIFORNIA ALL MY
6    LIFE, EXCEPT FOR SIX YEARS WHEN I LIVED IN NORTHERN CALIFORNIA.
7         I CURRENTLY LIVE WITH MY FIANCEE.  WE HAVE NO KIDS.
8         I GRADUATED FROM UCLA AND I GOT MY J.D. AT SANTA CLARA
9    UNIVERSITY.  I'M CURRENTLY GENERAL COUNSEL FOR ARACELI CAFE.
10        I HAVE NO SPECIAL SKILLS OR SPECIAL TRAINING.
11        MY FIANCEE WORKS AT RED CROSS OF SILICON VALLEY.
12        AND MY FAVORITE HOBBY IS PROBABLY RUNNING AND READING.
13             THE COURT:  THANK YOU VERY MUCH, SIR.
14        JUROR NUMBER 24, GO AHEAD, MA'AM.
15             PROSPECTIVE JUROR:  I'M LORI JAIN, JUROR NUMBER 24.
16   I WAS BORN IN SAN JOSE.  I LIVE IN SANTA CLARA, AND I'VE LIVED
17   IN NORTHERN CALIFORNIA MY WHOLE LIFE.
18        I RESIDE WITH MY HUSBAND AND SON.  MY SON IS 14 YEARS
19   OLD.
20        I HAVE AN UNDERGRADUATE DEGREE IN ACCOUNTING AND AN
21   M.B.A.  I AM AN ACCOUNTING SYSTEMS MANAGER AT SANTA CLARA
22   UNIVERSITY.
23        I HAVE NO SPECIAL SKILLS.
24        MY HUSBAND RETIRED FROM HIS POSITION AT BROADCOM AS AN
25   ELECTRICAL ENGINEER TO BECOME A VOLUNTEER ENVIRONMENTAL
```

1     ADVOCATE.  MY SON IS NOT EMPLOYED.

2          AND MY FAVORITE HOBBY IS HIKING WITH MY FRIENDS.

3               THE COURT:  THANK YOU, MA'AM.

4          JUROR NUMBER 25, GO AHEAD, SIR.

5               PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

6     JOSE GONZALEZ AND I'M JUROR NUMBER 25.  I WAS BORN IN MEXICO

7     AND NOW I LIVE IN SALINAS FOR THE LAST 25 YEARS.

8          AND I LIVE WITH MY WIFE.  WE GOT TWO KIDS.  ONE IS 12 AND

9     THE OTHER ONE IS THREE.

10          NO EDUCATIONAL BACKGROUND.

11          I WORK FOR A COMPANY AS A SERVICE TECHNICIAN.

12          NO SPECIAL SKILLS.

13          MY WIFE, SHE WORKS FOR DOMINICAN HOSPITAL SANTA CRUZ.

14     SHE'S A CASHIER.

15          AND I'VE GOT TWO KIDS WHO ARE TOO YOUNG.

16          AND MY FAVORITE HOBBY --

17               THE COURT:  A BOY AND A GIRL?  ONE OF EACH, SIR?

18     TELL ME ABOUT YOUR CHILDREN, A BOY AND A GIRL?

19               PROSPECTIVE JUROR:  TWO BOYS.

20               THE COURT:  TWO BOYS, GO AHEAD.

21               PROSPECTIVE JUROR:  AND MY FAVORITE HOBBY IS COACHING

22     SOCCER.

23               THE COURT:  ALL RIGHT.  THANK YOU, SIR.

24          JUROR NUMBER 26, YOU'RE NEXT.  GO AHEAD, SIR.

25               PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

1    SINGUR SALEM, JUROR NUMBER 26.  I WAS BORN IN INDIA AND NOW

2    I'VE LIVED IN SAN JOSE FOR ABOUT 17 YEARS.

3         I LIVE WITH MY WIFE AND I HAVE AN EIGHT YEAR OLD BOY.

4         MY EDUCATIONAL BACKGROUND IS I HAVE A MASTER'S DEGREE IN

5    ELECTRONICS ENGINEERING AND I'M EMPLOYED, SELF-EMPLOYED

6    ENTREPRENEUR, AND SPECIAL SOFTWARE DEVELOPMENT.

7         AND MY WIFE WORKS.  SHE'S AN ENGINEER.  SHE WORKS IN

8    CISCO SYSTEMS.

9         AND MY SON IS EIGHT YEARS OLD, HE'S NOT EMPLOYED.

10        AND MY HOBBIES IS READING BOOKS AND WATCHING TV.

11            THE COURT:  THANK YOU, SIR.  IF YOU COULD JUST PASS

12   THE MICROPHONE OVER.

13        JUROR NUMBER 27, AS SOON AS YOU RECEIVE IT, YOU'RE UP

14   NEXT.  THANK YOU.  GO AHEAD, JUROR NUMBER 27.

15            PROSPECTIVE JUROR:  HI.  MY NAME IS MAHESH

16   RAMACHANDRAN.  MY NUMBER IS 27.  I WAS BORN IN INDIA.  I LIVE

17   IN SAN JOSE CURRENTLY.  I'VE LIVED IN NORTHERN CALIFORNIA FOR

18   23 YEARS.

19        I LIVE WITH MY WIFE AND MY TWO CHILDREN.  MY SON IS 12

20   AND MY DAUGHTER IS SEVEN.

21            THE COURT:  I BET HE BETTER NOT COME HOME WITH A B

22   PLUS, RIGHT?

23        (LAUGHTER.)

24            THE COURT:  GO AHEAD, SIR.  I DIGRESS.

25            PROSPECTIVE JUROR:  I HAVE A BACHELOR'S AND MASTER'S

1    DEGREES IN ELECTRICAL AND COMPUTER ENGINEERING FROM U.C. DAVIS

2    AND AN M.B.A. FROM SAN JOSE STATE.

3        I CURRENTLY WORK FOR A HIGH TECH START-UP HERE IN

4    SAN JOSE.

5            THE COURT:  WHAT'S THE NAME OF YOUR START-UP, SIR?

6            PROSPECTIVE JUROR:  IT'S CALLED NET ENDRIDGE.  IT'S

7    LOCATED BY THE SAN JOSE AIRPORT.

8        AND I DO NOT HAVE ANY SPECIAL SKILLS BEYOND MY ACADEMIC

9    BACKGROUND.

10       MY WIFE IS A HOME MAKER.  AND MY CHILDREN ARE GOING TO

11   SCHOOL AT THIS POINT.

12       AND MY HOBBIES ARE RUNNING.

13           THE COURT:  THANK YOU, SIR.

14   JUROR NUMBER 28, GO AHEAD, MA'AM.

15           PROSPECTIVE JUROR:  HI.  MY NAME IS LEENA JOSHI,

16   JUROR NUMBER 28.  I WAS BORN IN MUMBAI, INDIA.  I LIVE RIGHT

17   NOW IN PALO ALTO AND I'VE LIVED IN NORTHERN CALIFORNIA FOR THE

18   LAST 15 OR SO YEARS.

19       I LIVE WITH MY HUSBAND AND YOUNG SON.  HE'S TEN YEARS OLD.

20       MY EDUCATIONAL BACKGROUND, I HAVE AN UNDERGRADUATE DEGREE

21   IN COMPUTER SCIENCE FROM BOMBAY AND A POST-GRADUATE DEGREE IN

22   MANAGEMENT FROM THE INDIAN INSTITUTE OF MANAGEMENT OF IN

23   CALCUTTA.

24       I WORK FOR SPLUNK AND I RUN SOLUTIONS MARKETING FOR THEM.

25       NO SPECIAL SKILLS BEYOND MY EDUCATION.

1      MY HUSBAND ALSO RUNS HIS OWN TECHNOLOGY START-UP IN TRAVEL

2  TECHNOLOGY.

3      AND MY SON IS IN SCHOOL.  HOPEFULLY, YOU KNOW, HE'LL BE A

4  DOCTOR BECAUSE WE'RE INDIAN.

5      (LAUGHTER.)

6          PROSPECTIVE JUROR:  AND MY HOBBY IS READING AND

7  HIKING.

8          THE COURT:  THANK YOU, JUROR NUMBER 28.

9      JUROR NUMBER 29, GOOD MORNING, SIR.

10          PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

11  ARMANDO HUERTA.  I'M JUROR NUMBER 29.  I WAS BORN IN

12  LOS ANGELES.  I LIVE IN GILROY.  I HAVE LIVED IN NORTHERN

13  CALIFORNIA FOR ABOUT 16 YEARS.

14      I LIVE WITH MY WIFE, MY FOUR CHILDREN, AND MY MOM DECIDED

15  ITS PAYBACK TIME.  MY OLDEST DAUGHTER IS 17; MY SECOND OLDEST

16  DAUGHTER IS 14; AND MY YOUNGEST DAUGHTER IS 12; MY SON IS 11.

17      I HAVE A HIGH SCHOOL EDUCATION.

18      I'M A SECURITY TECHNICIAN AT THE UNIVERSITY OF CALIFORNIA

19  SAN FRANCISCO.

20      I DON'T HAVE ANY SPECIAL SKILLS OR TRAINING.

21      MY WIFE WORKS AS AN OFFICE COORDINATOR IN SOUTH VALLEY

22  MIDDLE SCHOOL IN GILROY.

23      AND MY DAUGHTER IS A WAITRESS AT A SUSHI PLACE IN GILROY.

24      AND I LIKE SPENDING TIME WITH MY KIDS.

25          THE COURT:  THANK YOU, JUROR NUMBER 29.

1          JUROR NUMBER 30, GO AHEAD, SIR.

2          PROSPECTIVE JUROR:  HI.  MY NAME IS WEI JIE CHENG AND

3     I'M NUMBER 30.  I WAS BORN IN SHANGHAI, CHINA AND NOW I LIVE IN

4     SAN JOSE.  I'VE BEEN LIVING HERE FOR 22 YEARS.

5          I LIVE WITH MY WIFE.  WE CURRENTLY HAVE NO KIDS.

6          I HAVE A BACHELOR OF SCIENCE DEGREE FROM U.C. DAVIS.

7     RIGHT NOW I'M A SOFTWARE QA AT A TECH COMPANY CALLED

8     COUPONS.COM.

9          NO SPECIAL SKILLS, JUST ENOUGH FOR MY JOB.

10          MY WIFE IS A RESEARCH SCIENTIST AT A MEDICAL DEVICES

11     COMPANY CALLED BECKTON DICKINSON.

12          MY FAVORITE HOBBIES ARE SOCCER, TRAVELLING, FOOTBALL.

13          THE COURT:  THANK YOU, SIR.

14          JUROR NUMBER 31, GO AHEAD SIR.  GOOD MORNING.

15          PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

16     DAVID BRIGHAM AND I'M JUROR NUMBER 31.  I WAS BORN IN

17     PONCA CITY, OKLAHOMA.  I CURRENTLY LIVE IN PALO ALTO,

18     CALIFORNIA, AND I'VE LIVED THERE FOR 41 YEARS.

19          I LIVE WITH MY WIFE AND TWO CHILDREN.  MY SON IS 18, MY

20     DAUGHTER IS 16.

21          I HAVE A BACHELOR'S OF MUSIC FROM SAN JOSE STATE AND A

22     CALIFORNIA TEACHING CREDENTIAL FROM SAN JOSE STATE.  I TEACH

23     MIDDLE SCHOOL AND HIGH SCHOOL BAND FOR THE PALO ALTO UNIFIED

24     SCHOOL DISTRICT.

25          SPECIAL SKILLS IS I PLAY SOME PRETTY GOOD JAZZ TRUMPET.

```
1          MY WIFE IS A RESEARCH CELL BIOLOGIST.  SHE WORKS FOR

2    ADONIS PHARMACEUTICALS DOING RESEARCH IN NEUROLOGICAL DISORDERS

3    FOR THE MOST PART.

4          NEITHER OF MY CHILDREN ARE EMPLOYED.  THEY'RE BOTH

5    STUDENTS.

6          AND MY FAVORITE HOBBY IS WATCHING, DEPENDING ON THE TIME

7    OF YEAR, THE 49ERS, THE GIANTS, OR THE WARRIORS.

8          THE COURT:  THANK YOU, SIR.

9          JUROR NUMBER 32, GO AHEAD, MA'AM.

10          PROSPECTIVE JUROR:  HI.  MY NAME IS KERRY BENOIT.

11    NUMBER 32.  I WAS BORN IN SAN JOSE.  AND I NOW LIVE IN

12    SANTA CRUZ.  I'VE LIVED IN NORTHERN CALIFORNIA ABOUT 13 YEARS,

13    MINUS COLLEGE.

14          MY HUSBAND LIVES WITH ME, AS WELL AS MY TWO CHILDREN.

15    MY -- I HAVE TWO GIRLS, A SEVEN YEAR OLD AND, TODAY, A TEN YEAR

16    OLD.  IT'S HER BIRTHDAY TODAY.

17          I HAVE A B.A. IN SOCIOLOGY FROM U.C. SANTA BARBARA.

18          AND RIGHT NOW I WORK IN CHANNEL MARKETING AT VMWARE IN

19    PALO ALTO.

20          I HAVE NO SPECIAL SKILLS.  KIDS WOULD PROBABLY SAY

21    DIFFERENT.

22          BUT -- MY HUSBAND IS CARTOGRAPHER FOR THE CALIFORNIA

23    COASTAL COMMISSION.

24          AND MY KIDS DON'T WORK YET.

25          AND FAVORITE HOBBY, I LIKE TO RUN AND COOK.
```

```
 1              THE COURT:  THANK YOU, JUROR NUMBER 32.

 2          JUROR NUMBER 33, GO AHEAD, SIR.

 3              PROSPECTIVE JUROR:  GOOD MORNING.  MY NAME IS

 4      MIKE LEE.  I'M JUROR NUMBER 33.  I WAS BORN IN TAIPEI, TAIWAN.

 5      I LIVE IN PALO ALTO.  I'VE LIVED IN NORTHERN CALIFORNIA FOR 30

 6      YEARS.

 7          I LIVE THERE WITH MY WIFE AND MY DAUGHTER.  MY DAUGHTER

 8      IS 20 MONTHS.

 9          MY EDUCATIONAL BACKGROUND IS I HAVE A BACHELOR'S DEGREE

10      IN COMPUTER SCIENCE AT U.C. IRVINE, MASTER'S DEGREE IN

11      ENGINEERING MANAGEMENT FROM SANTA CLARA UNIVERSITY, AND A J.D.

12      FROM SANTA CLARA UNIVERSITY.

13          I'M A PATENT LITIGATION ATTORNEY AT KRAMER, LEVIN.

14          SPECIAL SKILLS, I USED TO BE A SOFTWARE ENGINEER FOR TEN

15      YEARS BEFORE I WAS AN ATTORNEY.

16          MY SPOUSE -- MY WIFE IS ALSO AN ATTORNEY FOR

17      O'MELVENY & MYERS.

18          MY FAVORITE RECREATIONAL ACTIVITY IS TAKING MY DAUGHTER TO

19      THE PARK.

20              THE COURT:  THANK YOU, SIR.

21          JUROR NUMBER 34, YOU'RE NEXT.  GO AHEAD, MA'AM.

22              PROSPECTIVE JUROR:  HI.  MY NAME IS SANDY HO AND I'M

23      JUROR NUMBER 34.  I WAS BORN IN TAIWAN.  I LIVE IN

24      MOUNTAIN VIEW.  AND MY -- I LIVE IN NORTHERN CALIFORNIA FOR THE

25      LAST 22 YEARS, AND MY MOM LIVES WITH ME.
```

```
 1              THE COURT:  WE'RE HAVING SOME A.V. ISSUES, SO IF EACH

 2     OF YOU COULD DO YOUR BEST TO BELT IT OUT, IT WOULD HELP US ALL

 3     TREMENDOUSLY.

 4              PROSPECTIVE JUROR:  I DON'T HAVE ANY KIDS.  NOT

 5     MARRIED.

 6          EDUCATIONAL BACKGROUND, I HAVE A B.S. IN BUSINESS FROM

 7     SAN JOSE STATE.  RIGHT NOW I WORK FOR COMPANY, TRA

 8     ENVIRONMENTAL SCIENCES.  I PROVIDE I.T. AND OFFICE AND BUILDING

 9     SUPPORT.

10          SPECIAL SKILL, I'M BILINGUAL.

11          AND I'M NOT MARRIED, SO NO CHILD.  NO KIDS.

12          MY FAVORITE HOBBY IS TO COOK.

13              THE COURT:  THANK YOU, JUROR NUMBER 34.

14          JUROR NUMBER 35, YOU'RE NEXT, MA'AM.  GOOD MORNING.

15              PROSPECTIVE JUROR:  MY NAME IS FE LOURDES BERCASIO,

16     AND I WAS BORN IN THE PHILIPPINES.  I LIVE IN SAN JOSE.  AND

17     I'VE BEEN HERE IN NORTHERN CALIFORNIA FOR THE PAST 34 YEARS.

18          I RESIDE WITH MY HUSBAND AND TWO CHILDREN, TWO SONS.

19     THEY CAME BACK TO THE NEST TO SAVE.  I HAVE THREE BOYS, AGES

20     33, 32, AND 30.

21          I HAD MY BACHELOR OF SCIENCE IN NURSING.  I'M A RETIRED

22     NURSE FOR KAISER SAN JOSE.

23          SPECIAL SKILLS, I USED TO BE AN ONCOLOGY CANCER NURSE AND

24     HAD MY SPECIAL TRAINING FOR MANAGER OF SKILLS, SO I GRADUATED

25     AS A NURSE MANAGER.
```

```
 1          AND MY HUSBAND IS A RETIRED ELECTRICIAN FOR THE DISSOLVED

 2     NEW UNITED MOTORS, NUMI.

 3          MY SONS, MY ELDEST SON IS AN OWNER OF MIGHTY THREDZ, WHICH

 4     IS A SILK SCREENING LOGO DESIGN, WEB DESIGN COMPANY; MY SECOND

 5     SON IS A CINEMATOGRAPHER, HE USED TO BE WITH WARNER BROTHERS;

 6     AND MY THIRD SON IS A FINANCIAL SUPPORT ANALYST OF A COMPANY,

 7     AND I DON'T REMEMBER THE NAME.

 8          I LOVE COOKING, I LOVE DANCING, AND I LOVE HIKING.

 9          THE COURT:  THANK YOU VERY MUCH, MA'AM.  JUROR NUMBER

10     36, GO AHEAD, SIR.

11          PROSPECTIVE JUROR:  MY NAME IS TODD MCMASTERS, JUROR

12     NUMBER 36.  I WAS BORN IN MONTEREY, CALIFORNIA.  I NOW LIVE IN

13     BOULDER CREEK, CALIFORNIA AND I'VE BEEN HERE MY WHOLE LIFE, 47

14     YEARS.

15          I RESIDE WITH MY WIFE AND OUR TWO DOGS AND OUR CAT.  NO

16     CHILDREN.

17          I GOT MY ASSOCIATE OF ARTS DEGREE FROM MONTEREY PENINSULA

18     COLLEGE IN MUSIC.  I ATTENDED FURTHER COLLEGE, BUT DIDN'T GET A

19     DEGREE.

20          MY OCCUPATION IS AN AUDIO ENGINEER AND I WORK FOR AV

21     TECHNICA IN SUNNYVALE, AND THE JOB DUTIES ARE WE STAGE

22     CORPORATE EVENTS, BRING IN SYSTEMS, PROJECTORS AND ALL THE LIKE

23     SO THAT COMPANIES CAN HAVE ESSENTIALLY A SYSTEM IN THEIR

24     COMMUNICATIONS.

25          THE COURT:  CAN YOU FIX MY MIKE, SIR?
```

```
 1            PROSPECTIVE JUROR:  YOUR BATTERY IS OUT.

 2       (LAUGHTER.)

 3            THE COURT:  I APPRECIATE THE INSIGHT, SIR.  GO AHEAD.

 4       (LAUGHTER.)

 5            PROSPECTIVE JUROR:  SPECIAL SKILLS, UNITED STATES

 6  ARMY RESERVE MEDICAL CORPS TRAINED AS A MEDIC.  I WORKED IN A

 7  HOSPITAL AS PART OF MY DUTIES.

 8            MY WIFE IS UNEMPLOYED RIGHT NOW.  NO CHILDREN.

 9            AND FAVORITE HOBBY IS PLAYING MUSIC AND TOURING TO PLAY

10  MUSIC.

11            THE COURT:  THANK YOU, SIR.

12       JUROR NUMBER 37, GO AHEAD, MA'AM.

13            PROSPECTIVE JUROR:  I'M MAUREEN BIGGAR.  I'M JUROR

14  NUMBER 37.  I WAS BORN IN PORTLAND, OREGON.  AND I'VE LIVED IN

15  NORTHERN CALIFORNIA ALL OF MY LIFE.

16       I LIVE WITH MY HUSBAND AND MY TWO CHILDREN, AGES 16 AND

17  17.  THEY ATTEND HOMESTEAD HIGH SCHOOL IN SUNNYVALE.

18       I'M A RESPIRATORY THERAPIST.  I WORK AT O'CONNOR HOSPITAL,

19  AND MY DUTIES ARE AIRWAY MANAGEMENT, TAKING CARE OF PEOPLE ON

20  LIFE SUPPORT, VENTILATORS, RESUSCITATION OF NEWBORNS AND

21  ADULTS.  THOSE ARE MY SPECIAL SKILLS.

22       I HAVE AN A.A. IN ADMINISTRATION OF JUSTICE AND MY SCHOOL

23  FOR RESPIRATORY CARE PRACTITIONER.

24       MY HUSBAND IS A DESIGNER.  HE WORKS FOR WORKSAFE TECH IN

25  LOS GATOS.
```

```
1            MY CHILDREN ARE UNEMPLOYED AT THIS TIME, SADLY.

2            AND MY FAVORITE HOBBY IS RUNNING THEM WHEREVER THEY NEED

3      TO GO.  THEY PLAY IN A BAGPIPE BAND AND PLAY SOCCER.  SO --

4                THE COURT:  THANK YOU VERY MUCH, JUROR NUMBER 38.

5            JUROR NUMBER 39, GO AHEAD.

6                PROSPECTIVE JUROR:  38.

7                THE COURT:  I'M SORRY, JUROR NUMBER 38.  GO AHEAD.

8                PROSPECTIVE JUROR:  I'M NANCY ROQUERO.  I'M NUMBER

9      38.  I WAS BORN IN PALO ALTO, CALIFORNIA.  I LIVE IN SUNNYVALE

10     NOW.  I WAS IN SOUTHERN CALIFORNIA FOR ABOUT 16 YEARS AND MOVED

11     BACK HERE IN ABOUT 2012.

12           I LIVE WITH MY HUSBAND AND MY SON WHO'S 23.

13           GRADUATED FROM HIGH SCHOOL, HAD SOME COLLEGE.

14           I WORK FOR A SMALL MEDICAL DEVICE COMPANY, PIVOT MEDICAL

15     IN SUNNYVALE, CUSTOMER SERVICE AND ORDER PROCESSING.

16           NO SPECIAL SKILLS.

17           MY HUSBAND WORKS FOR VARIAN MEDICAL IN PALO ALTO AS A

18     PURCHASING EXPEDITER.

19           MY SON IS, AGAIN, 23 AND HE JUST CHANGED JOBS FROM PF

20     CHANG'S TO THE BEER GARDEN IN SUNNYVALE.  HE DOES WAITING AND

21     ORDERING AND SO FORTH.

22           AND FAVORITE HOBBY IS PET SITTING AND LANDSCAPING.

23               THE COURT:  THANK YOU, MA'AM.

24           ALL RIGHT.  I BELIEVE WE'RE NOW UP TO JUROR NUMBER 39.  IF

25     YOU COULD JUST PASS THAT MICROPHONE, MR. RIVERA WILL GET IT TO
```

1    WHERE IT NEEDS TO GO.

2         THANK YOU, SIR.

3         YOU KNOW WHAT?  LET'S JUST KEEP GOING BECAUSE IT APPEARS

4    THAT THE BATTERIES ARE OUT.

5         SO JUROR NUMBER 39, YES, SIR, HERE'S YOUR CHANCE TO

6    PROJECT, SIR.  GO AHEAD.

7              PROSPECTIVE JUROR:  ALL RIGHT.  MY NAME IS

8    DAVE JENSEN.  I'M JUROR NUMBER 39.  I WAS BORN IN INGELWOOD,

9    CALIFORNIA.  I LIVE NOW IN SAN JOSE AND I'VE LIVED IN NORTHERN

10   CALIFORNIA FOR 24 YEARS.

11        MY WIFE AND SIX YEAR OLD DAUGHTER LIVES WITH ME.

12        I HAVE A BACHELOR'S IN ELECTRICAL ENGINEERING AND A

13   MASTER'S IN COMPUTER ENGINEERING.  MY OCCUPATION, I WORK FOR

14   B.A. SYSTEMS WHERE I WORK ON VEHICLE SYSTEMS, SOFTWARE EMBEDDED

15   IN THE VEHICLE.  WE BUILD FOR THE DEPARTMENT OF DEFENSE.  I

16   WORK ON THE SOFTWARE THAT'S PART OF THE VEHICLE THAT WE DELIVER

17   TO DEPARTMENT OF DEFENSE.

18        SPECIAL SKILLS, SEMI PRO PHOTOGRAPHER, AND I CAN FIX ABOUT

19   ANYTHING ELECTRONIC.

20             THE COURT:  OTHER THAN A MICROPHONE?

21             PROSPECTIVE JUROR:  OH, I NOTICED THE BATTERY WAS

22   DEAD LONG AGO.  I CONCUR WITH HIS ASSESSMENT.

23        (LAUGHTER.)

24             PROSPECTIVE JUROR:  MY WIFE WORKS AT CISCO SYSTEMS AS

25   A PROJECT MANAGER, AND MY DAUGHTER OBVIOUSLY IS IN SCHOOL.

1          HOBBIES, I'M ACTIVE IN THE MAKER MOVEMENT AND I WORK ON

2     EMBEDDED SYSTEMS.

3               THE COURT:  THANK YOU, SIR.

4          JUROR NUMBER 40, YOU'RE NEXT.  THERE YOU ARE, SIR.  GO

5     AHEAD.

6               PROSPECTIVE JUROR:  I'M AUSTIN LEE, JUROR NUMBER 40.

7     I WAS BORN IN SAN JOSE, STILL LIVE IN SAN JOSE.  I'VE LIVED

8     HERE ALL MY LIFE.

9          I LIVE WITH MY WIFE AND TWO FOSTER CHILDREN.  WE HAVE A

10    TWO YEAR OLD BOY AND A ONE YEAR OLD BOY.

11         MY EDUCATIONAL BACKGROUND IS MY -- I HAVE UNION

12    APPRENTICESHIP PROGRAM.  I'M AN UNEMPLOYED UNION ELECTRICIAN.

13    WE INSTALL ELECTRICAL SYSTEMS IN COMMERCIAL INDUSTRIAL

14    BUILDINGS.

15         SPECIAL SKILLS, I'M GOOD WITH MY HANDS.

16         MY WIFE IS A MIDDLE SCHOOL MATH TEACHER.  KIDS ARE TOO

17    YOUNG.

18         AND I AM ALSO A PROFESSIONAL BMX'ER AND R.C. CAR RACER.

19              THE COURT:  THANK YOU, SIR.

20         JUROR NUMBER 41, YOU'RE NEXT.  GO AHEAD, SIR.

21              PROSPECTIVE JUROR:  I'M SERGIO ALEJANDRO, JUROR

22    NUMBER 41.  I WAS BORN HERE IN CALIFORNIA.  I LIVE IN SUNNYVALE

23    RIGHT NOW.  I'VE LIVED IN CALIFORNIA ALL MY LIFE, 23 YEARS.

24         I LIVE WITH MY PARENTS.  I HAVE NO KIDS.

25         I HAVE A HIGH SCHOOL DIPLOMA.

1          I WORK AT A GARBAGE COMPANY CALLED METROLOGY.  I WATCH

2     THEIR GARBAGE CANS.

3          NO SPECIAL SKILLS.  I'M NOT MARRIED.  NO KIDS.

4          AND I LIKE RIDING MOTORCYCLES.

5               THE COURT:  THANK YOU, SIR.

6          JUROR NUMBER 42.  THANK YOU, MA'AM.

7               PROSPECTIVE JUROR:  I'M MARY ANN WEBB, JUROR NUMBER

8     42.  I WAS BORN IN NEW YORK STATE.  I LIVE IN PALO ALTO NOW.

9     I'VE LIVED IN THE SAME HOUSE FOR 45 HOURS IN PALO ALTO.

10          I LIVE ALONE NOW.  I HAVE THREE CHILDREN, AGES 50, 54, AND

11     56.

12          I HAVE A CALIFORNIA TEACHING CREDENTIAL FOR ELEMENTARY

13     SCHOOL.  MY CURRENT OCCUPATION IS AS A COMMUNITY VOLUNTEER.  I

14     DO VOLUNTEER WORK IN VARIOUS SOCIAL SERVICE AGENCIES, MOSTLY

15     HAVING TO DO WITH THE COUNTY.

16          I DON'T HAVE ANY SPECIAL SKILLS OR SPECIAL TRAINING.

17          MY HUSBAND WAS ON THE -- HE WAS A PROFESSOR AT STANFORD

18     UNIVERSITY.

19          MY CHILDREN, THE ONE WHO'S 50 IS A PRESS OFFICER FOR THE

20     IAEA; MY 54 YEAR OLD IS A DAUGHTER WHO IS A GLASS ARTIST AND A

21     GOLDEN RETRIEVER BREEDER; MY OLDEST CHILD, 56, IS UNEMPLOYED

22     RIGHT NOW, BUT HE HAS DONE WORK, GOVERNMENTAL KINDS OF WORK IN

23     THE ENVIRONMENTAL, ON ENVIRONMENTAL ISSUES.

24          MY FAVORITE HOBBY IS READING AND SPENDING TIME WITH

25     FRIENDS.

```
1              THE COURT:  THANK YOU, MA'AM.

2          JUROR NUMBER 43, I BELIEVE YOU'RE NEXT, SIR.  GO AHEAD.

3              PROSPECTIVE JUROR:  JOHN DORSEY, JUROR NUMBER 43.

4    BORN IN TRONA, CALIFORNIA.  I LIVE IN SAN JOSE, AND 24 YEARS IN

5    NORTHERN CALIFORNIA.

6          I LIVE WITH MY WIFE, TWO KIDS, BOTH BOYS, 25 AND 24.

7          BACHELOR'S DEGREE IN ENGINEERING, TECHNOLOGY ELECTRONICS.

8    OCCUPATION, COMPLIANCE ENGINEER AT OCZ TECHNOLOGIES.

9          NO SPECIAL SKILLS.

10         MY WIFE IS A SENIOR DIRECTOR OF TECH SUPPORT AT ORACLE.

11         MY YOUNGEST CHILD WORKS AT ORACLE AS WELL, SOFTWARE

12   DEVELOPER.  OLDEST IS A CPA AT DELOITTE IN SAN FRANCISCO.

13         FAVORITE HOBBIES ARE SHOOTING AND SCUBA DIVING.

14             THE COURT:  THANK YOU, SIR.

15         JUROR NUMBER 44, GO AHEAD, MA'AM.

16             PROSPECTIVE JUROR:  HI, I'M ANNETTE STEWART, NUMBER

17   44.  I WAS BORN IN HARBOR CITY, CALIFORNIA.  I LIVE IN

18   SUNNYVALE.  I'VE LIVED IN NORTHERN CALIFORNIA FOR ABOUT 21

19   YEARS.

20         I HAVE A SON SOON TO BE 30 AND A STEP-SON WHO JUST TURNED

21   29.

22         MY EDUCATIONAL BACKGROUND IS ANIMAL HUSBANDRY AND SOME

23   LEGAL AND MASSAGE PROFESSIONAL.

24         I AM A MASSAGE PRACTITIONER RIGHT NOW.  I HELP PEOPLE HEAL

25   THEMSELVES.
```

1        MY HUSBAND JUST GOT A JOB WORKING FOR FUSION I/O.  HE'S A

2   SENIOR SOFTWARE ENGINEER.

3        AND MY SON WORKS FOR LUMO, FUSION -- EXCUSE ME.  FULHAM,

4   WE JUST PURCHASED ANOTHER ONE.  IT'S A LIGHTING INDUSTRY, TEST

5   ENGINEER.  AND HE ALSO WORKS AS A PROPERTY MANAGER IN

6   SANTA BARBARA.  AND MY STEP-SON IS A MASSAGE THERAPIST AND

7   WORKS FOR MASSAGE ENVY.

8        I LIKE TO READ, I LIKE TO GARDEN, AND I WORK WITH ANIMALS.

9        THE COURT:  THANK YOU, MA'AM.

10   JUROR NUMBER 45, GO AHEAD, SIR.

11        PROSPECTIVE JUROR:  ALLEN LOCKETT, NUMBER 45.  I WAS

12   BORN IN TEMPE, ARIZONA AND I LIVE IN LOS GATOS, CALIFORNIA.

13   I'VE LIVED IN NORTHERN CALIFORNIA MY WHOLE LIFE, ABOUT 19

14   YEARS.

15        I LIVE WITH MY PARENTS AND MY LITTLE BROTHER.  I HAVE NO

16   KIDS.

17        I HAVE A HIGH SCHOOL DEGREE AND -- HIGH SCHOOL EDUCATION

18   AND I'M CURRENTLY IN COLLEGE.

19        I'M EMPLOYED AT THE YMCA CAMP CAMPBELL IN BOULDER CREEK

20   WHERE I'M A GROUP PROGRAM SPECIALIST, SO SETTING UP ACTIVITIES

21   FOR FAMILY CAMPS AND CORPORATE RETREATS AND EVERYTHING.  I'M

22   CPR AND FIRST AID TRAINED.

23        DON'T HAVE A SPOUSE.  NO KIDS.

24        AND MY FAVORITE HOBBY IS PLAYING MUSIC.

25        THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH, JUROR

```
 1        NUMBER 45.

 2             LADIES AND GENTLEMEN, WITH THAT TASK COMPLETED, IT'S NOW

 3   TIME TO GIVE THE ATTORNEYS AN OPPORTUNITY TO ASK CERTAIN

 4   QUESTIONS OF YOU.  SOME OF THESE MAY BE ORIGINAL QUESTIONS,

 5   OTHERS MAY BE FOLLOW-UP.

 6             AGAIN, JUST AS WITH ME, I APPRECIATE YOUR WILLINGNESS TO

 7   SHARE THESE DETAILS OF YOUR LIVES.  WE'LL GET THROUGH THIS AS

 8   QUICKLY AS WE CAN, BUT THIS IS A VERY IMPORTANT PART OF THE

 9   PROCESS IN THIS COURT, SO I HOPE YOU'LL PAY AS MUCH AND AS

10   CAREFUL ATTENTION TO THEM AS YOU HAVE TO ME, HOPEFULLY EVEN

11   MORE.

12             MR. OTTESON, YOU MAY PROCEED.

13                  MR. OTTESON:  THANK YOU, YOUR HONOR.

14             JUROR NUMBER 2, CAN YOU TELL ME WHAT LANGUAGES YOU PROGRAM

15   IN?

16                  PROSPECTIVE JUROR:  ORIGINALLY C, CURRENTLY JAVA.

17                  MR. OTTESON:  AND LET'S SEE.  JUROR NUMBER 8, YOU

18   SAID YOU ARE A CHIP DESIGNER AT BROADCOM?

19                  PROSPECTIVE JUROR:  YES.

20                  MR. OTTESON:  WHAT TOOLS DO YOU USE THERE TO DESIGN

21   CHIPS?

22                  PROSPECTIVE JUROR:  I USUALLY I USE THE MENTOR

23   GRAPHICS TOOL CALLED A TEXT COMPRESS.

24                  MR. OTTESON:  LET ME ASK, YOU KNOW, WE'LL DO KIND OF

25   SOME GENERAL QUESTIONS, SO IF YOU COULD HOLD UP YOUR CARDS, I'D
```

```
1        APPRECIATE IT.

2             IS THERE ANYBODY OF YOU WHO DOES NOT OWN A SMARTPHONE?

3    OKAY.  LET'S SEE.  HOLD YOUR CARDS UP, PLEASE.  THANK YOU.

4             LET ME ASK YOU THIS:  FOR THOSE OF YOU WHO HELD UP YOUR

5    CARDS, DO YOU -- ARE THERE ANY OF YOU WHO DON'T OWN ANY KIND OF

6    A CELL PHONE AT ALL?  OKAY.

7             LET ME ASK YOU THIS:  FOR THOSE OF YOU WHO DO OWN CELL

8    PHONES, DO ANY OF YOU OWN AN HTC PHONE?

9             OKAY.  20 AND 44.  THANK YOU, AND 8, OKAY.

10            LET ME ASK YOU THIS:  IF YOU COULD HOLD UP YOUR CARDS IF

11   THIS APPLIES TO YOU, DO ANY OF YOU KNOW HOW TO PROGRAM A PHONE

12   OR PROGRAM -- CREATE AN APP THAT WOULD GO ON A PHONE?

13            OKAY.  28, 39, AND 20.  LET'S SEE.  OKAY, AND 26.

14            JUROR NUMBER 26, HAVE YOU ACTUALLY CREATED AN APP FOR A

15   SMARTPHONE?

16                 PROSPECTIVE JUROR:  YES.

17                 MR. OTTESON:  WHAT WAS IT?

18                 PROSPECTIVE JUROR:  IT WAS FOR THE PREVIOUS VERSION,

19   FOR JAPANESE PHONES, NOT AMERICAN ONES.

20                 MR. OTTESON:  OKAY.  WHAT WAS THE NATURE OF WHAT THE

21   APP DID?

22                 PROSPECTIVE JUROR:  IT WAS FOR DEVELOPING DRIVERS FOR

23   THE PHONES, SO FOR PRODUCT APPLICATIONS.

24                 MR. OTTESON:  OKAY.  THANK YOU.

25             FOR THOSE OF YOU WHO DO HAVE SMARTPHONES, HOW MANY OF YOU
```

1    USE YOUR SMARTPHONES EVERY DAY?  KIND OF A SILLY QUESTION I

2    GUESS.

3         LET ME ASK YOU GUYS THIS:  IF YOU WOULDN'T MIND HOLDING

4    UP YOUR CARD IF THIS IS APPLICABLE TO YOU, HAVE ANY OF YOU EVER

5    BEEN SUED BEFORE IN A LAWSUIT?

6         JUROR NUMBER 12, COULD YOU TELL ME WHAT THE NATURE OF THE

7    LAWSUIT WAS, PLEASE?

8              PROSPECTIVE JUROR:  PARTNERSHIP.

9              MR. OTTESON:  SO IT WAS A BUSINESS --

10             PROSPECTIVE JUROR:  50-50 PARTNERSHIP THAT DISSOLVED

11   AND HE DECIDED TO SUE.

12             MR. OTTESON:  OKAY.  THAT'S FINE.  THANK YOU VERY

13   MUCH.

14        JUROR NUMBER 8?

15             PROSPECTIVE JUROR:  YES, EVICTION OF TENANT.

16             MR. OTTESON:  WAS THIS WHERE YOU WERE THE LANDLORD?

17             PROSPECTIVE JUROR:  YEAH, I'M LANDLORD.

18             MR. OTTESON:  OKAY.  OKAY.  LET'S SEE.  JUROR NUMBER

19   16?

20             PROSPECTIVE JUROR:  IT WAS A BUSINESS PARTNERSHIP

21   WITH FIVE PARTNERS THAT TURNED VERY UGLY AND NASTY AND HOSTILE.

22             MR. OTTESON:  OKAY.  THANK YOU.

23        JUROR NUMBER 20, WHAT WAS THE NATURE OF YOUR LAWSUIT?

24             PROSPECTIVE JUROR:  THE PRODUCT I MADE AT CISCO

25   SYSTEMS WAS SUED FOR PATENT INFRINGEMENT.

1          MR. OTTESON:  OKAY.  WHAT -- SO WHAT WAS THE PRODUCT

2     THAT WAS BEING SUED FOR PATENT INFRINGEMENT?

3          PROSPECTIVE JUROR:  AT THAT TIME THE PRODUCT IS

4     CALLED -- IT'S AN ATA DEVICE, ANALOG TELEPHONE ADAPTER, AND

5     PBX.  THE COMPANY WHO SUED US CLAIMED THAT THEY OWNED THE

6     PATENT, SO YOU CANNOT HAVE A PBX FUNCTION WITHIN A ATA PHONE.

7          MR. OTTESON:  OKAY.  WHAT WAS THE NAME OF THE COMPANY

8     THAT SUED CISCO?

9          PROSPECTIVE JUROR:  I CAN'T REMEMBER UNFORTUNATELY.

10    I DON'T REMEMBER THE COMPANY WHO SUED US.  IT'S A TECHNOLOGY

11    COMPANY.  IT'S AN I.P. COMPANY.

12         MR. OTTESON:  IT WAS AN I.P. COMPANY?

13         PROSPECTIVE JUROR:  AN I.P. COMPANY.  THAT'S THE TERM

14    THEY USED.

15         MR. OTTESON:  OKAY.

16         PROSPECTIVE JUROR:  SO I'LL USE THAT TERM.

17         MR. OTTESON:  SURE, THAT'S FINE.  THAT'S TOTALLY

18    FINE.  ABOUT HOW LONG AGO WAS THAT?

19         PROSPECTIVE JUROR:  THAT WAS AT LEAST, I WOULD SAY,

20    FOUR TO FIVE YEARS AGO.

21         MR. OTTESON:  OKAY.  WHERE WAS THAT LAWSUIT?  WAS

22    THAT HERE IN NORTHERN CALIFORNIA?

23         PROSPECTIVE JUROR:  YEAH.  I WAS WORKING AT CISCO

24    SYSTEMS.

25         MR. OTTESON:  OKAY.  DID YOU HAVE YOUR DEPOSITION

```
 1        TAKEN OR ANYTHING LIKE THAT?

 2              PROSPECTIVE JUROR:  ACTUALLY, THE MARKETING GUY WENT

 3        TO THE COURT.  I DIDN'T GO.  I JUST HELP PREPARE THE UNDERLYING

 4        STUFF.

 5              MR. OTTESON:  OKAY.  VERY GOOD.

 6           LET'S SEE.  YES, MA'AM, JUROR 21?

 7              PROSPECTIVE JUROR:  I WAS SUED FOR MALPRACTICE.

 8              MR. OTTESON:  OKAY.  HOW LONG AGO WAS THAT?

 9              PROSPECTIVE JUROR:  PROBABLY FIVE OR SIX YEARS AGO.

10              MR. OTTESON:  OKAY.  THANK YOU.

11           JUROR 24?

12              PROSPECTIVE JUROR:  I WAS NAMED PERSONALLY IN A CASE

13        FOR WRONGFUL TERMINATION, MYSELF AND ANOTHER MANAGER AND THE

14        CORPORATION, AND THEY QUICKLY DROPPED THE CASE AGAINST MYSELF

15        AND THE OTHER MANAGER AND JUST WENT FORWARD WITH THE CASE

16        AGAINST THE CORPORATION.

17              MR. OTTESON:  OKAY.  THANK YOU VERY MUCH.

18           ANYBODY ELSE WHO HAS BEEN SUED IN A LAWSUIT?  OKAY.

19           HAVE ANY OF YOU EVER BEEN INVOLVED IN A LAWSUIT AS A

20        PLAINTIFF WHERE YOU WERE SUING SOMEBODY?

21           YES, WE'LL START WITH YOU, MA'AM, THANK YOU.

22              PROSPECTIVE JUROR:  WE SUED OUR GENERAL CONSTRUCTER

23        IN THE CONSTRUCTION OF OUR HOME.

24              MR. OTTESON:  IT WAS -- IT WAS A -- IT -INVOLVED THE

25        CONSTRUCTION OF YOUR HOME?
```

1          PROSPECTIVE JUROR:  YES.

2          MR. OTTESON:  OKAY.  HOW LONG AGO WAS THAT?

3          PROSPECTIVE JUROR:  17 YEARS AGO.

4          MR. OTTESON:  OKAY.  THANK YOU.

5        YES, SIR?

6          PROSPECTIVE JUROR:  DURING THE COURSE OF THE LAWSUIT

7    I MENTIONED EARLIER, WE SUED OUR ATTORNEY FOR MALPRACTICE.

8          MR. OTTESON:  OKAY.  THANK YOU.

9        (LAUGHTER.)

10         MR. OTTESON:  YES, SIR, JUROR NUMBER 36?

11         PROSPECTIVE JUROR:  SMALL CLAIMS COURT CASE ABOUT A

12   VEHICLE ACCIDENT EIGHT YEARS AGO.  WE ACTUALLY TOOK CARE OF IT

13   WITHOUT INSURANCE AND THEN WE HAD TO TAKE HER TO COURT TO GET

14   HER TO PAY US.

15         MR. OTTESON:  OKAY.  THANK YOU.

16       YES, MA'AM, JUROR NUMBER 42--

17         PROSPECTIVE JUROR:  THERE WAS A PERSONAL INJURY SUIT

18   WHEN WE LIVED IN CHICAGO.  IT WAS ABOUT 50 YEARS AGO.

19         MR. OTTESON:  YEAH.  IT WAS IN CHICAGO, RIGHT,

20   BECAUSE YOU'VE BEEN IN PALO ALTO FOR 45 YEARS?

21         PROSPECTIVE JUROR:  YES.

22         MR. OTTESON:  OKAY.  THANK YOU.

23       LET'S SEE.  BESIDES THE GENTLEMAN HERE ON THE FRONT ROW,

24   HAVE ANY OF YOU EVER BEEN INVOLVED IN AN INTELLECTUAL PROPERTY

25   OR PATENT LAWSUIT?  BESIDES OUR PATENT LITIGATOR HERE I GUESS.

1           YES, SIR?

2                PROSPECTIVE JUROR:  PERIPHERALLY.  OUR START-UP WAS

3      SUED BY A COMPETITOR FOR POSSIBLY USING INSIDE INFORMATION

4      ABOUT THEIR PRODUCT.

5                MR. OTTESON:  SO IT WAS LIKE A CONFIDENTIAL

6      INFORMATION OR TRADE SECRET CASE, SOMETHING LIKE THAT?

7                PROSPECTIVE JUROR:  YEAH.  BASICALLY SOMEONE -- ONE

8      OF OUR ENGINEERS GOT AHOLD OF THEIR PRODUCT AND WE INFERRED

9      SOME THINGS ABOUT HOW IT WORKED JUST BY SIMPLY RUNNING IT.

10               MR. OTTESON:  OKAY.  HOW LONG AGO WAS THAT?

11               PROSPECTIVE JUROR:  PROBABLY 15 YEARS AGO NOW.

12               MR. OTTESON:  DO YOU RECALL WHO WAS ON THE OTHER SIDE

13     OF THAT CASE, THE COMPETITOR?

14               PROSPECTIVE JUROR:  OBJECT DESIGN.  WE -- OBJECTIVITY

15     WAS THE NAME OF OUR COMPANY.  THE COMPETITOR WAS SOMETHING LIKE

16     OBJECT DESIGN WAS THE NAME.

17               MR. OTTESON:  OKAY.

18               PROSPECTIVE JUROR:  IT'S AN OBJECT, OR A DATABASE

19     COMPANY.

20               MR. OTTESON:  THANK YOU.  I KNOW WE HAVE A NUMBER OF

21     ENGINEERS AND PEOPLE WHO ARE FAMILIAR WITH SOFTWARE HERE.  IS

22     THERE ANYONE AMONGST THE JURY POOL, IF YOU COULD RAISE YOUR

23     CARDS, PLEASE, WHO HAS BEEN INVOLVED IN THE DESIGN OF A

24     MICROPROCESSOR?

25          JUROR NUMBER 2 AND 8.

```
 1                 JUROR NUMBER 2, COULD YOU TELL ME A LITTLE BIT ABOUT WHAT

 2       THAT MICROPROCESSOR WAS?

 3                 PROSPECTIVE JUROR:  IT'S ON THE EDGE.  WHAT I DID WAS

 4       ACTUALLY CAD, AND SO AS PART OF THE EFFORT, WE'D SUPPORT THE

 5       DEVELOPERS AND THE LIKE.  I DID A SMALL AMOUNT OF CIRCUIT

 6       DESIGN AS PART OF THAT.  SO -- BUT PRIMARILY I'M THE SOFTWARE

 7       PART OF THE PROCESSING, NOT THE ACTUAL DESIGN.

 8                 MR. OTTESON:  AND WHAT TOOLS DID YOU USE TO DO THE

 9       CIRCUIT DESIGN?

10                 PROSPECTIVE JUROR:  WELL, WE WROTE THEM.

11                 MR. OTTESON:  OKAY.

12                 PROSPECTIVE JUROR:  SO IT WAS -- BERKELEY DID THINGS

13       LIKE SPICE, WHICH IS A CIRCUIT SIMULATOR, AND I.C. LEVEL LAYOUT

14       TOOLS.  I DID THE DATABASE FOR THEM.

15                 MR. OTTESON:  SO WHAT WAS THE PART OF THE CIRCUIT

16       THAT YOU DID FOR THE MICROPROCESSORS, IF YOU RECALL?

17                 PROSPECTIVE JUROR:  THIS PARTICULAR CASE WAS, WE WERE

18       JUST DOING -- THEY WERE DOING A PARTICULAR LOW POWER DESIGN AND

19       I HELPED THEM SIMPLY LAY OUT PART OF THE ALU.

20                 MR. OTTESON:  PART OF THE ALU?

21                 PROSPECTIVE JUROR:  YES.

22                 MR. OTTESON:  THANK YOU.

23            YES, JUROR NUMBER 8.  WHAT MICROPROCESSORS HAVE YOU BEEN

24       INVOLVED IN?  OR MAYBE YOU COULD GENERALLY DESCRIBE FOR ME WHAT

25       YOUR EXPERIENCE IS IN MICROPROCESSOR DESIGN.
```

1          PROSPECTIVE JUROR:  YEAH.  ACTUALLY, MY CIRCUIT

2     DESIGN, THE INTEGRATED CIRCUITS ARE EMBEDDED IN MICROPROCESSOR

3     CORES.  I'M DOING THE DESIGN FOR TESTABILITY FOR -- TO INSERT

4     THE CIRCUIT TO TEST THE PROCESSOR.

5          MR. OTTESON:  OKAY.  SO YOU'RE INVOLVED IN MORE

6     TESTING?

7          PROSPECTIVE JUROR:  YES.

8          MR. OTTESON:  OKAY.  VERY GOOD.

9       HAS ANYBODY ELSE HERE KNOWN ANYONE OR DISCUSSED WITH

10    ANYONE IN YOUR FAMILY OR FRIENDS PEOPLE WHO HAVE BEEN INVOLVED

11    IN MICROPROCESSOR DESIGN, BESIDES THE PEOPLE WE'VE HEARD FROM?

12      YES, MA'AM?

13         PROSPECTIVE JUROR:  MY HUSBAND WAS AN ENGINEER AT

14    BROADCOM, BUT I REALLY DIDN'T FOLLOW THE TECHNICAL ISSUES.

15         MR. OTTESON:  OKAY.  FAIR ENOUGH.  THANK YOU.

16      YES, SIR?

17         PROSPECTIVE JUROR:  MY PARENTS, THEY USED TO WORK FOR

18    INTEL AND SO THEY WORKED ON MICROPROCESSORS THERE, MASK DESIGN,

19    BUT I DON'T KNOW WHAT THEY DID.

20         MR. OTTESON:  VERY GOOD.  THANK YOU.

21      YES, MA'AM?

22         PROSPECTIVE JUROR:  I USED TO WORK AT MARVELL

23    SEMICONDUCTOR, BUT IN H.R., SO I REALLY HAD NO IDEA WHAT THEY

24    WERE DOING.  BUT I WAS THERE FOR SIX YEARS.

25         MR. OTTESON:  OKAY.  VERY GOOD.  THANK YOU VERY MUCH.

1      HAVE ANY OF YOU EVER APPLIED FOR A PATENT?  OR ARE YOU AN

2  INVENTOR ON A PATENT?  OKAY.

3      LET'S SEE.  2, 8, I'M SORRY, OVER HERE, 27.  THANK YOU.

4  ANYBODY ELSE?  20.  OKAY.

5      LET'S START WITH YOU, JUROR 20.  WHAT IS YOUR PATENT

6  ABOUT?

7           PROSPECTIVE JUROR:  THERE'S LIKE SIX OR SEVEN.

8           MR. OTTESON:  SIX OR SEVEN PATENTS?

9           PROSPECTIVE JUROR:  YEAH.

10          MR. OTTESON:  WHAT'S THE GENERAL --

11          PROSPECTIVE JUROR:  THE GENERAL THEME IS HOW DO YOU

12  SIGNALLING, VOICEOVER IP SIGNALLING, VOICEOVER IP CIRCUIT

13  SIGNALS.  THERE'S ONE PATENT ABOUT READ DESIGN.

14          MR. OTTESON:  OKAY.  LET'S SEE.  JUROR NUMBER 2, HOW

15  MANY PATENTS HAVE YOU APPLIED FOR OR ARE YOU NAMED ON?

16          PROSPECTIVE JUROR:  JUST ONE.  I WAS JUST ONE NAME

17  OF, LIKE, TEN ON IT.  IT WAS SOMETHING TO DO WITH REPLICATION

18  ON DESIGN DATA.

19          MR. OTTESON:  OKAY.  AND JUROR NUMBER 8?

20          PROSPECTIVE JUROR:  IT WAS REGARDING THE TESTABILITY.

21          MR. OTTESON:  OH, OKAY.

22          PROSPECTIVE JUROR:  YES.

23          MR. OTTESON:  SURE.  LET'S SEE, DID I MISS ANYBODY

24  OVER HERE?  JUROR NUMBER 27?

25          PROSPECTIVE JUROR:  I APPLIED FOR THE INTEL PATENT

1    FOR STREAMING APPLICATIONS OVER THE INTERNET.

2         MR. OTTESON:  STREAMING APPLICATIONS OVER THE

3    INTERNET, THANK YOU.

4         PROSPECTIVE JUROR:  EXCUSE ME.

5         MR. OTTESON:  YES?

6         PROSPECTIVE JUROR:  JUST BACK TO YOUR QUESTION ABOUT

7    BEING INVOLVED IN A SUIT.  I ALSO WAS AN EXPERT WITNESS ON AN

8    IP, IP CASE WHERE A SOFTWARE -- WHERE I WAS BROUGHT IN AS AN

9    EXPERT ON PRIOR ART TO SHOW THAT SOME OF THE MAIN CAD SOFTWARE

10   WE HAD DONE OVERLAPPED WITH THIS PATENT.  IT WAS BETWEEN

11   CADENCE AND MENTOR AS I RECALL.

12        MR. OTTESON:  OKAY.  AND DO YOU RECALL WHICH PARTY

13   YOU WERE ALIGNED WITH AS AN EXPERT WITNESS?

14        PROSPECTIVE JUROR:  THE DEFENSE, CADENCE, THE PEOPLE

15   BEING ACCUSED OF VIOLATING THE PATENTS, WHICH I BELIEVE WAS

16   CADENCE.

17        MR. OTTESON:  OKAY.  SO YOU PROVIDED SOME EXPERT

18   WITNESS WORK REGARDING WHETHER THE PATENTS THAT WERE BEING

19   ASSERTED WERE VALID?

20        PROSPECTIVE JUROR:  YEAH.  I MEAN, THAT'S A LEGAL

21   STATEMENT, BUT I WAS JUST -- I JUST GAVE -- I WAS TO GIVE

22   TESTIMONY ABOUT HOW OUR TOOLS SEEMED TO COVER THE SAME AS THE

23   PATENT DID.  IT NEVER CAME TO TRIAL.  IT GOT SETTLED.

24        MR. OTTESON:  OKAY.  VERY GOOD.  THANK YOU.

25        LET ME ASK ALL OF YOU THIS, THIS IS KIND OF A MORE GENERAL

1    QUESTION.

2         MY CLIENTS, AS YOU KNOW, OWN A PATENT AND I'D LIKE TO

3    KNOW, WITH JUDGE GREWAL'S ADMONITION THAT WE ALL BE HONEST, IF

4    ANY OF YOU HAVE A PARTICULAR BIAS OR CONCERN ABOUT A PATENT

5    OWNER ASSERTING THEIR PATENT RIGHTS SUCH THAT YOU WOULD NOT BE

6    ABLE TO RENDER A DECISION OF INFRINGEMENT IF YOU THOUGHT THE

7    FACTS AND THE EVIDENCE SUPPORTED IT.

8         PROSPECTIVE JUROR:  WELL, I GENERALLY DON'T, YOU

9    KNOW, KIND OF UNDERSTAND ABOUT THE PATENT.

10        MR. OTTESON:  I'M SORRY.  CAN YOU SPEAK UP A LITTLE

11   BIT?  THANK YOU.

12        PROSPECTIVE JUROR:  YEAH.  SO KIND OF -- I HAVE

13   TROUBLE -- IN CERTAIN CASES, I DON'T UNDERSTAND THE PATENT.

14   FOR EXAMPLE, FOR A DRUG PATENT.

15        MR. OTTESON:  FOR A DRUG PATENT?

16        PROSPECTIVE JUROR:  YEAH, FOR A DRUG PATENT, THE

17   COMPANY SPEND SO MUCH TIME DOING RESEARCH, BILLIONS OF DOLLARS

18   TO GET THIS VALID PATENT.

19        BUT I'VE SEEN CASES WHERE PEOPLE APPLYING FOR SOFTWARE

20   PATENTS AND THERE WASN'T EVEN ANY IMPLEMENTATION.  IT'S JUST SO

21   THE IDEA AND THERE WAS A PATENT RIGHT.

22        AND SO -- AND SOME PATENTS, THEY ARE -- THEY'RE VERY

23   SPECIFIC IN CERTAIN AREAS AND SO IT'S LIKE, YOU KNOW, IF PEOPLE

24   HAVE -- SOME PEOPLE COME UP WITH THE SAME IDEA, JUST PROBABLY A

25   COUPLE MONTHS LATER OR A FEW WEEKS LATER, THEY HAVE TO PAY THIS

1    PERSON FOR PATENT.  THAT'S SOMETHING I DON'T QUITE UNDERSTAND.

2            MR. OTTESON:  OKAY.

3            PROSPECTIVE JUROR:  SO I'M A SOFTWARE ENGINEER AND

4    THESE DAYS THERE'S A LOT OF OPEN SOURCE AND THINGS LIKE THAT.

5    SO FROM, YOU KNOW -- I HAVE SOME HARD TIME.

6            MR. OTTESON:  OKAY.  SO I APPRECIATE THAT, JUROR 20,

7    AND I APPRECIATE YOUR HONESTY.

8        LET ME ASK YOU THIS:  IF YOU FELT LIKE THE EVIDENCE IN

9    THIS CASE SHOWED THAT THERE WAS A REAL INVENTION AND A PATENT

10   THAT WAS INFRINGED BY HTC, WOULD YOU HAVE A PROBLEM FINDING

11   INFRINGEMENT?

12           PROSPECTIVE JUROR:  WELL, I KNOW THAT IN SOME CASES,

13   YOU KNOW, PEOPLE, THEY HAVE SOURCE CODE THAT THEY DEVELOP AT

14   ONE COMPANY, AND WHEN THEY BRING THE SOURCE CODE TO ANOTHER

15   COMPANY, THAT'S A DIFFERENT ISSUE.

16       BUT IF IT'S JUST IDEA, THAT'S -- AND IT'S -- I THINK IT'S

17   VERY HARD TO MANAGE THAT MANY PATENTS OUT THERE.

18           MR. OTTESON:  OKAY.

19           PROSPECTIVE JUROR:  YEAH.  SO --

20           MR. OTTESON:  FAIR ENOUGH.

21           PROSPECTIVE JUROR:  AND THE IDEA, YOU KNOW, IF

22   SOMEBODY ACTUALLY CAME UP WITH THE IDEA INDEPENDENTLY, BUT

23   SOMEHOW THEY FAILED TO DISCOVER THAT THERE'S A PATENT, THEN

24   THEY END UP HAVING TO PAY FOR THE PATENT, SO I HAVE TROUBLE.

25       I WAS A MATHEMATICIAN.  THE DISCOVERY -- I GUESS A LOT OF

1    PEOPLE KNOW ABOUT THE DISCOVERY OF CALCULUS.  SO I THINK AT THE

2    END, YOU KNOW, IT'S A DISPUTE BETWEEN WHETHER NEWTON OR, WHAT'S

3    HIS NAME AGAIN, INVENTED CALCULUS.  THERE COULD BE LIKE 20, 30

4    YEARS APART.

5            MR. OTTESON:  UNDERSTOOD.

6            PROSPECTIVE JUROR:  BUT AT THE END, WE SAY THAT

7    THEY'RE THE CO-FOUNDER OF CALCULUS.

8            MR. OTTESON:  SURE.

9            PROSPECTIVE JUROR:  SO --

10           MR. OTTESON:  THANK YOU VERY MUCH.  I APPRECIATE YOUR

11   CANDOR.  THANK YOU.

12          JUROR NUMBER, IS IT 26?  DID YOU HAVE A --

13           PROSPECTIVE JUROR:  NO.

14           MR. OTTESON:  OKAY.  THANK YOU.  YES?

15           PROSPECTIVE JUROR:  MAYBE A QUESTION FOR THE JUDGE.

16         THE OUTCOME OF THIS TRIAL IS TO DETERMINE INFRINGEMENT ON

17   A PATENT, NOT WHETHER A PATENT IS REASONABLE OR SHOULD HAVE

18   BEEN ISSUED IN THE FIRST PLACE?  IS THAT CORRECT?

19           THE COURT:  WELL, I WILL GIVE YOU, THE JURORS WHO ARE

20   SELECTED, A COMPLETE EXPLANATION OF THE PARTICULAR ISSUES AT

21   HAND.

22         WHAT I'D LIKE YOU ALL TO FOCUS ON FOR THE MOMENT IS THE

23   SPECIFIC QUESTIONS THAT THE LAWYERS ARE PUTTING TO YOU.  I

24   APPRECIATE MANY OTHER QUESTIONS ARE GOING THROUGH YOUR MIND.

25           MR. OTTESON, DO YOU WANT TO PUT A SPECIFIC QUESTION TO

```
 1        THIS JUROR OR DO YOU WANT TO MOVE ON?

 2              MR. OTTESON:  I THINK I'M PRETTY GOOD FOR NOW.  I WAS

 3        WONDERING IF THE COURT WILL INDULGE ME TO LET MY PARTNER,

 4        MR. MARSH, ASK A QUESTION OF COUPLES.

 5              THE COURT:  MR. MARCH, YOU MAY PROCEED.

 6              MR. MARSH:  GOOD MORNING, STILL BARELY.

 7           THANK YOU SO MUCH FOR YOUR TIME TODAY.  I KNOW IT'S BEEN

 8        SOMEWHAT OF A LONG MORNING, BUT WE APPRECIATE YOUR TIME.  THIS

 9        IS A VERY IMPORTANT ISSUE FOR OUR CLIENTS, OF COURSE.

10           I'D LIKE TO ASK YOU A COUPLE OF QUESTIONS ABOUT

11        TECHNOLOGY, AND I GUESS IF YOU FEEL LIKE YOU ARE INTERESTED IN

12        TECHNOLOGY, COULD YOU PLEASE HOLD UP YOUR NUMBERS.

13           I WOULD SAY IT'S THE MAJORITY OF THE PEOPLE.

14           OKAY.  AND LIKEWISE, IF YOU FEEL INTIMIDATED BY

15        TECHNOLOGY, COULD YOU HOLD UP YOUR NUMBER CARD, PLEASE?

16           WE HAVE 9, 3, 12, 13, 14 -- OKAY, SO SEVERAL.

17           LET ME ASK YOU, JUROR NUMBER 3, WHO IS IT ABOUT TECHNOLOGY

18        THAT YOU FEEL INTIMIDATED ABOUT?

19              PROSPECTIVE JUROR:  I'VE BEEN IN SILICON VALLEY SINCE

20        THE '80S, '86 TO BE EXACT, AND I'VE ALWAYS BEEN IN OPERATIONS,

21        PROCUREMENT AND OPERATIONS.  BUT I WORK WITH TECHNOLOGY

22        COMPANIES.  SO I'M NOT AN ENGINEER.

23              MR. MARSH:  OKAY.  FAIR ENOUGH.

24           WHO ELSE DID WE HAVE?  WE HAVE A COUPLE HERE ON THE FRONT

25        ROW WHO ARE INTIMIDATED BY TECHNOLOGY.  MA'AM?
```

```
1              PROSPECTIVE JUROR:  I DON'T UNDERSTAND IT.

2              MR. MARSH:  OKAY.  I CAN SYMPATHIZE.  THERE ARE SOME

3        TECHNOLOGIES I DON'T UNDERSTAND AS WELL.

4           WHO ELSE WAS INTIMIDATED BY TECHNOLOGY?  JUROR NUMBER 14.

5              PROSPECTIVE JUROR:  I JUST DON'T -- I DON'T KNOW HOW

6        TO EXPLAIN IT.

7              MR. MARSH:  LET ME ASK YOU THIS:  OF THOSE WHO HELD

8        UP THEIR NUMBERS FOR BEING INTIMIDATED BY TECHNOLOGY, IF YOU

9        HAD AN OPPORTUNITY TO BE, TO HAVE THE TECHNOLOGY EXPLAINED TO

10       YOU, WOULD THAT BE SOMETHING THAT YOU WOULD BE INTERESTED IN?

11       IF YOU HELD UP YOUR NUMBER BEFORE AND YOU WOULD BE INTERESTED

12       IN UNDERSTANDING THE TECHNOLOGY, COULD YOU HOLD UP YOUR NUMBER

13       AGAIN, PLEASE.

14          OKAY.  JUROR NUMBER 9.  OKAY.

15          LET ME ASK YOU THIS:  HOW MANY PEOPLE PLAY MUSIC?  COULD

16       YOU HOLD UP YOUR NUMBER FOR ME, PLEASE?

17             PROSPECTIVE JUROR:  WHAT DO YOU MEAN?

18             MR. MARSH:  EXCUSE ME.  PLAY AN INSTRUMENT OR READ

19        MUSIC OR SING.

20          OKAY.  THANK YOU.

21          ONE QUESTION I HAVE FOR YOU IS IF YOU WERE SELECTED TO BE

22       ON THE JURY AND YOU WERE CHOSEN, YOU WERE CHOSEN AND YOU

23       LISTENED TO THE CASE AND YOU WENT BACK AND DELIBERATED AT THE

24       END OF THE CASE, I'M CURIOUS IF YOU WOULD VIEW YOURSELF AS A

25       LEADER OR A FOLLOWER, AND SO I WONDER, IF YOU FEEL LIKE YOU
```

```
 1    WOULD BE A FOLLOWER, MORE OF A -- LET ME ASK FIRST ABOUT

 2    LEADERS.

 3         WHO FEELS LIKE THEY WOULD BE MORE OF A LEADER IN THE JURY

 4    ROOM, IN THE DISCUSSIONS, IN THE DELIBERATIONS ABOUT HOW THE

 5    CASE SHOULD COME OUT?  WHO FEELS LIKE THEY WOULD BE A LEADER IN

 6    THAT CONTEXT?

 7         OKAY.  SO WE HAVE 2, 4, 6, 10, 17, 18, 21, 24, 36, 29, AND

 8    39.  THANK YOU.

 9         WHO FEELS LIKE THEY WOULD BE MORE OF A FOLLOWER IN THE

10    JURY DELIBERATIONS?  IF YOU COULD HOLD UP YOUR NUMBERS, PLEASE?

11         OKAY.  SO 9, 8, 11, 12, 13, 14, 7, AND IS IT 5?  JUROR

12    NUMBER 5?  20, 26, 37, 38, 31, 40, 41, 42, AND 45.

13         OKAY.  THANK YOU.

14    WHO FEELS LIKE THEY -- AND 13, DID I MISS YOU?

15              PROSPECTIVE JUROR:  NO, I THINK YOU GOT IT.

16              MR. MARSH:  WHO FEELS LIKE THEY WOULD BE NEITHER A

17    LEADER FOR A FOLLOWER?  JUST KIND OF NEUTRAL?  1, 3, 9, 15, 16,

18    17 --

19              PROSPECTIVE JUROR:  I DIDN'T KNOW THAT WAS ONE OF THE

20    OPTIONS.

21              MR. MARSH:  I DIDN'T SAY THAT.  FAIR ENOUGH.  OKAY.

22    SO YOU WANT TO CHANGE YOUR ANSWER?

23              PROSPECTIVE JUROR:  YES.

24              MR. MARSH:  OKAY.  AND 7 WANTS TO CHANGE THEIR ANSWER

25    TOO.  7 AND 12 AS WELL, AND 24, 21, 22, 33, 33, 34, 37, 27, 28,
```

1      29, 30, AND 42.

2            THANK YOU VERY MUCH.  THAT'S ALL THE QUESTIONS I HAVE.

3      THANK YOU VERY MUCH FOR YOUR TIME, LADIES AND GENTLEMEN.

4            THE COURT:  THANK YOU, MR. MARSH.

5            MS. KEEFE.

6            MS. KEEFE:  THANK YOU, YOUR HONOR.

7            THANK YOU, LADIES AND GENTLEMEN.  AND AGAIN, THANK YOU FOR

8      YOUR SERVICE.  WE ALL REALLY DO APPRECIATE HOW MUCH TIME THIS

9      IS TAKING AND KIND OF DRONING ON WITHOUT KNOWING WHAT

10     EVERYTHING IS GOING TO BE ABOUT AS IT GOES ON, BUT WE REALLY DO

11     APPRECIATE IT.

12           THE FIRST QUESTION I'D LIKE TO ASK YOU IS ACTUALLY KIND OF

13     ALONG THE LINES OF SOME OF THE THINGS YOU WERE HEARING.

14     INSTEAD OF THE QUESTION OF HOW MANY OF YOU HAVE PATENTS, IS

15     THERE ANYBODY OUT THERE THAT ACTUALLY FANCIES THEMSELVES AN

16     INVENTOR?  DOESN'T MEAN YOU HAVE A PATENT, BUT MAYBE YOU'VE

17     COME UP WITH SOMETHING GREAT OR SOMETHING NEW.  DO WE HAVE ANY

18     INVENTORS IN THE MIX?

19           SO MR. MCMASTERS, WHAT HAVE YOU INVENTED?

20           PROSPECTIVE JUROR:  TWENTY YEARS AGO I INVENTED

21     HYBRID TECHNOLOGY TO REGENERATE THE BATTERY.  I COME UP WITH

22     LITTLE IDEAS ALL THE TIME, SOME OF THEM PRACTICAL FOR THE HOME,

23     BUT THAT WAS LIKE PROBABLY THE BIGGEST THING THAT I CAME UP

24     WITH PROBABLY 25 OR 30 YEARS AGO, BECAUSE I DRIVE UP A HILL AND

25     DRIVE DOWN A HILL AT THE END OF THE DAY, AND I WAS LIKE, WHY

1    CAN'T I GET THAT ENERGY BACK?

2        AS FAR AS ACTUALLY ENGINEERING ANY OF IT, IT WAS JUST AN

3    IDEA.

4            MS. KEEFE:  AND DID YOU ACTUALLY BUILD IT?

5            PROSPECTIVE JUROR:  DIDN'T BUILD ANYTHING, JUST COME

6    UP WITH LITTLE IDEAS FREQUENTLY.

7            MS. KEEFE:  OKAY.  THANK YOU VERY MUCH.

8        AND MR. SINA, I THINK I SAW YOUR HAND UP, TOO.

9            PROSPECTIVE JUROR:  SINGUR.  FREQUENTLY I HAVE

10   SOMETHING ON THE DRAWING BOARD?

11           MS. KEEFE:  IT'S JUST IF YOU CONSIDERED YOURSELF AN

12   INVENTOR.  I THINK YOU MENTIONED PATENTES, BUT DO YOU HAVE

13   OTHER THINGS THAT YOU'VE INVENTED?

14           PROSPECTIVE JUROR:  YES.

15           MS. KEEFE:  AND WHAT OTHER TYPES OF THINGS HAVE YOU

16   INVENTED?

17           PROSPECTIVE JUROR:  SOFTWARE TECHNOLOGY AND SERVER

18   TECHNOLOGIES, SERVER, SOFTWARE SERVERS.

19           MS. KEEFE:  SOFTWARE SERVERS.  THANK YOU VERY MUCH.

20       ANYONE ELSE?  YES, PLEASE.

21           PROSPECTIVE JUROR:  I'M AN ACTIVE TINKERER,

22   CONSTANTLY WORKING ON IMPROVING THINGS OR CHANGING AND

23   MODIFYING, SOMETIMES COMING UP WITH STUFF ON MY OWN.  IT'S ALL

24   GPL OR THREE -- THAT'S IT.

25           MS. KEEFE:  THANK YOU, MR. JENSEN, VERY MUCH.

1           OKAY, IN THE FRONT?

2               PROSPECTIVE JUROR:  SOFTWARE DESIGN OF -- I THINK I

3       COME UP WITH GOOD IDEAS, BUT NEVER THOUGHT IT WAS FOR A PATENT.

4               MS. KEEFE:  THANK YOU VERY MUCH.

5           THE NEXT QUESTION, KIND OF GETTING MAYBE A LITTLE BIT AWAY

6       FROM TECHNOLOGY, OR MAYBE NOT, I WANT TO KNOW HOW EVERYBODY

7       GETS THEIR INFORMATION NOWADAYS.  YEARS AGO WHEN I STARTED

8       DOING THIS, I WOULD ASK WHAT NEWSPAPERS EVERYONE READS, BUT

9       UNFORTUNATELY THAT'S KIND OF CHANGED BECAUSE I THINK A LOT OF

10      PEOPLE GET THEIR NEWS VERY DIFFERENTLY TODAY.

11          HOW MANY OF YOU GET YOUR PRIMARY SOURCE OF NEWS FROM A

12      NEWSPAPER?

13          AND THIS IS AMAZING, RIGHT?  IF WE HAD DONE THIS JUST A

14      FEW YEARS AGO, THAT WOULD HAVE BEEN A VERY DIFFERENT NUMBER OF

15      CARDS UP.

16          HOW MANY OF YOU GET YOUR PRIMARY SOURCE OF INFORMATION

17      FROM THE TELEVISION?

18          AND HOW MANY OF THE REST OF YOU GET YOUR PRIMARY SOURCE OF

19      INFORMATION FROM THE INTERNET?

20          AND OF THOSE OF YOU WHO GET IT FROM THE INTERNET, HOW MANY

21      OF YOU ACTUALLY GET YOUR PRIMARY SOURCE OF INFORMATION FROM

22      THAT SMARTPHONE THAT YOU CARRY AROUND?

23          SO MS. SCOTT, HOW OFTEN A DAY DO YOU GO ON YOUR SMARTPHONE

24      TO LOOK UP THE NEWS OR ANYTHING ELSE?

25              PROSPECTIVE JUROR:  EVERY DAY.

1        MS. KEEFE:  EVERY DAY.  MORE THAN ONCE A DAY?

2        PROSPECTIVE JUROR:  NO, PROBABLY NOT.

3        MS. KEEFE:  BUT IT'S SOMETHING THAT YOU USE EVERY

4    DAY?

5        PROSPECTIVE JUROR:  UM-HUM.

6        MS. KEEFE:  AND WHO ELSE SAID THEY GO ON THEIR

7    SMARTPHONE TO GET THEIR PRIMARY SOURCE?

8        MS. CHILDRESS, HOW OFTEN A DAY DO YOU GO ON TO LOOK AT

9    THE NEWS?

10        PROSPECTIVE JUROR:  I WOULD SAY AT LEAST FIVE OR SIX

11    TIMES.

12        MS. KEEFE:  ANYONE ELSE?

13        YES, MS. BENOIT.

14        PROSPECTIVE JUROR:  BENOIT.

15        MS. KEEFE:  BENOIT, SORRY.

16        PROSPECTIVE JUROR:  FIVE TO TEN TIMES A DAY.  I'M

17    CONSTANTLY CHECKING IT.

18        MS. KEEFE:  OKAY.  THANK YOU VERY MUCH.

19        NOW, I ALSO NOTICE THAT A LOT OF YOU LISTED READING AS ONE

20    OF YOUR FAVORITE HOBBIES, AND I KNOW THAT SOME OF YOU WHO

21    DIDN'T EVEN LIST IT PROBABLY DO STILL HAVE IT AS ONE OF YOUR

22    FAVORITE HOBBIES.

23        I'M GOING TO ASK YOU A DEEP, SOUL SEARCHING KIND OF A

24    QUESTION HERE.  HOW MANY OF YOU ARE THE KINDS OF PEOPLE THAT

25    HAVE YOUR BOOK, FAVORITE BOOK, IT'S AMAZING, YOU'RE ENJOYING

1      IT, BUT YOU JUST CAN'T RESIST, YOU HAVE TO TURN TO THE END OF

2      THE BOOK AND READ THE LAST PAGE BEFORE YOU FINISH IT?  ANYBODY?

3           WOW.  THAT'S IMPRESSIVE, BECAUSE IT ACTUALLY GOES TO THE

4      VERY NEXT QUESTION WHICH I HAVE WHICH IS VERY GENERAL.

5           IN THIS CASE, WE GET TO TALK SECOND ALL THE TIME, AND SO

6      HOW MANY OF YOU HAVE HEARD OF AN OLD RADIO ANNOUNCER NAMED

7      PAUL HARVEY?  ANYBODY REMEMBER THE PAUL HARVEY THINGS?

8                PROSPECTIVE JUROR:  NOW YOU KNOW THE REST OF THE

9      STORY.

10               MS. KEEFE:  THE REST OF THE STORY, EXACTLY.

11          SO FOR THOSE OF YOU WHO HAVEN'T HEARD OF PAUL HARVEY, HE

12     USED TO TELL STORIES, AND HE WOULD TELL STORIES ABOUT THINGS

13     THAT MOST PEOPLE KIND OF KNEW OR KIND OF RECOGNIZED AND YOU

14     THOUGHT YOU KNEW WHAT IT WAS ALL ABOUT.

15          AND THEN HE'D TELL THE STORY, AND HE DID IT IN A GREAT

16     WAY SO YOU WANTED TO LISTEN TO IT, AND THEN RIGHT AT THE END

17     THERE WOULD BE SOME CRAZY TWIST, AND THEN HE'D SAY, "SO NOW YOU

18     KNOW THE REST OF THE STORY."

19          SO WHAT I NEED IS A SHOW OF HANDS FROM ALL OF YOU, IS

20     THERE ANYONE HERE WHO FEELS LIKE THEY JUST CAN'T WAIT TO HEAR

21     THE REST OF THE STORY, THAT THEY CAN'T GIVE US A CHANCE ON

22     BEHALF OF HTC TO MAKE SURE THAT YOU WAIT AND LISTEN TO OUR

23     PART, WHICH IS THE REST OF THE STORY, THAT YOU'RE NOT GOING TO

24     DO A JUDGMENT FIRST?

25          IS THERE ANYONE HERE WHO FEELS LIKE THEY COULDN'T QUITE DO

```
 1      THAT?  IT WOULD BE REALLY HARD TO JUST LISTEN AND PUT YOUR

 2      FEELINGS ASIDE UNTIL AFTER WE HAD A CHANCE TO TALK?

 3           WOW, THAT'S GREAT, AND WE VERY MUCH APPRECIATE IT BECAUSE

 4      IT'S SO VERY IMPORTANT.

 5           SO I JUST HAD A COUPLE OF MORE QUESTIONS.

 6           I KNOW A FEW OF YOU HAVE OBVIOUSLY WORKED WITH TAIWANESE

 7      COMPANIES.  A FEW OF YOU ACTUALLY COME FROM TAIWAN.

 8           HAS ANYONE EVER DEALT WITH OR WORKED WITH A TAIWANESE

 9      COMPANY WHO HASN'T HAD A CHANCE TO MENTION IT YET?  ANYONE?

10           YES, MR. JENSEN?

11             PROSPECTIVE JUROR:  I SET UP SEMICONDUCTOR EQUIPMENT

12      IN HSINCHU FOR QUITE A FEW SEMICONDUCTOR COMPANIES.

13             MS. KEEFE:  AND DID YOU HAVE ANYTHING OTHER THAN

14      RELATIVELY POSITIVE EXPERIENCES WITH THE TAIWANESE COMPANIES

15      THAT YOU WORKED WITH?

16             PROSPECTIVE JUROR:  ALWAYS POSITIVE.

17             MS. KEEFE:  ALWAYS POSITIVE.

18           ANYONE ELSE?  YES, MS. WAHLER?

19             PROSPECTIVE JUROR:  WELL, THE START-UP COMPANY THAT I

20      WORK FOR, I DON'T KNOW IF THIS IS RELEVANT, BUT WE ARE HIRING

21      SOMEBODY TO WORK OUT OF TAIWAN TO WORK WITH US IN OUR LARGER,

22      ONE OF OUR LARGER CUSTOMERS.

23             MS. KEEFE:  THAT'S GREAT.  AND JUST MAKING SURE THAT

24      THERE'S NOTHING NEGATIVE ABOUT THAT OR ANYTHING THAT, OTHER

25      THAN A POSITIVE --
```

1          PROSPECTIVE JUROR:  NO.

2          MS. KEEFE:  -- FEELING FOR THE TAIWANESE COMPANY

3     YOU'RE WORKING WITH.

4          ANYONE ELSE?  YES?  SORRY, I KNOW I HAVE IT HERE,

5     MR. CASKEY?

6          PROSPECTIVE JUROR:  YES.  I'M A SENIOR PROJECT

7     MANAGER AND I DID A BUILD OUT FOR A TAIWANESE COMPANY ABOUT A

8     YEAR AGO.

9          MS. KEEFE:  AND THE SAME QUESTION.  DO YOU HAVE ANY

10     POSITIVE FEELINGS ABOUT THAT?

11          PROSPECTIVE JUROR:  I HAD MOSTLY NEGATIVE FEELINGS.

12     THEY WERE VERY DIFFICULT TO WORK FOR.  THEY DIDN'T UNDERSTAND

13     CONSTRUCTION CONCEPTS.  IT WAS A VERY DIFFICULT PROJECT.

14          MS. KEEFE:  WOULD YOU HAVE A HARD TIME IN THIS CASE

15     PUTTING ASIDE THOSE MEMORIES IN ORDER TO GIVE HTC A FAIR SHAKE

16     HERE?

17          PROSPECTIVE JUROR:  I CAN'T REALLY ANSWER THAT.  I

18     JUST --

19          MS. KEEFE:  THANK YOU.

20          PROSPECTIVE JUROR:  I COULD BE BIASED.

21          MS. KEEFE:  I VERY MUCH APPRECIATE YOUR HONESTY.

22     THAT'S WHY WE'RE ASKING THESE QUESTIONS.

23          DOES ANYONE ELSE FEEL LIKE, NOT BECAUSE YOU'VE WORKED

24     WITH THEM OR NOT, BUT JUST THINGS YOU'VE HEARD OF THEM IN THE

25     PRESS OR THINGS YOU'VE SEEN IN THE MOVIES, LIKE THEY HAVE ANY

1      KIND OF A NEGATIVE IMPRESSION OF TAIWANESE COMPANIES OR

2      TAIWANESE BUSINESS PEOPLE?

3              YES, PLEASE.

4                  PROSPECTIVE JUROR:  SORRY.  I FORGOT TO MENTION

5      BEFORE, WE HAVE A COMPANY, MY COMPANY HAS A PARTNER IN TAIWAN

6      CALLED SYSTEX.

7                  MS. KEEFE:  OKAY.

8                  PROSPECTIVE JUROR:  AND IN GENERAL THE IMPRESSION IS

9      THEY MAKE A LOT OF NOISE, BUT --

10                 MS. KEEFE:  A LOT OF NOISE WITHOUT RESULTS.

11             AND WOULD YOU HAVE A HARD TIME BEING FAIR TO HTC IN THIS

12     CASE?

13                 PROSPECTIVE JUROR:  NO.

14                 MS. KEEFE:  I'M SORRY, WHAT?

15                 PROSPECTIVE JUROR:  NO.

16                 MS. KEEFE:  NO.  THANK YOU, MS. JOSHI.

17             ANYONE ELSE?

18             I THINK HONESTLY THAT'S ALL THE QUESTIONS THAT I HAVE.  I

19     WANT TO MAKE SURE THAT WE GET YOU OUT TO LUNCH PRETTY EARLY.

20     SO AGAIN, THANK YOU FOR YOUR TIME, HONESTY, AND YOUR INTEREST.

21                 THE COURT:  THANK YOU, MS. KEEFE.

22             LADIES AND GENTLEMEN, IT IS TIME FOR LUNCH.  LET ME

23     EXPLAIN TO YOU THE SCHEDULE WE'RE GOING TO KEEP THIS AFTERNOON.

24             I'M GOING TO ASK THAT YOU ALL RETURN TO THE COURTROOM AT

25     1:30 THIS AFTERNOON.  AT THAT TIME WE WILL INFORM EACH AND

1    EVERY ONE OF YOU WHETHER YOU WILL BE SERVING IN THE JURY, OR ON

2    THE JURY IN THIS CASE.

3         OVER THAT PERIOD OF TIME, I CAN ASSURE YOU, THE LAWYERS

4    AND I ARE GOING TO BE DOING SOME WORK, BUT YOU WILL HAVE UNTIL

5    1:30 TO GET YOUR LUNCH, TO GET OUTSIDE AND THEN RETURN BACK

6    HERE.

7         YOU'RE GOING TO HEAR ME GIVE THIS INSTRUCTION A LOT OVER

8    THE NEXT FEW DAYS, FOR THOSE OF YOU WHO ARE SELECTED ANYWAY.

9         WHILE YOU'RE OUT ON BREAK, I DON'T WANT YOU TO TALK ABOUT

10   ANY OF THE SUBSTANCE OF WHAT WE'VE DISCUSSED HERE IN THE

11   COURTROOM, AND THE REASON FOR THIS IS VERY STRAIGHTFORWARD.

12   SCIENCE TEACHES US THAT THE MINUTE WE BEGIN TO TALK ABOUT EVEN

13   THE SMALLEST DETAIL ABOUT SOMETHING THAT WE'VE SEEN OR HEARD,

14   WE BEGIN TO FORM OPINIONS ABOUT THAT AND WE DON'T WANT YOU TO

15   DO THAT.  WE WANT YOU TO KEEP AN OPEN MIND AS WE GO FORWARD

16   WITH THIS PROCEEDING, SO DON'T TALK ABOUT THE CASE WHILE YOU'RE

17   ON A BREAK.

18        ENJOY YOUR LUNCH.  WE'LL SEE YOU BACK HERE AT 1:30 IN THE

19   AFTERNOON.

20        IF COUNSEL WOULD STAY, I'D LIKE TO ADDRESS SOME ISSUES

21   WITH YOU BEFORE WE BREAK.

22        (PROSPECTIVE JURORS OUT AT 12:09 P.M.)

23             THE COURT:  ALL RIGHT.  PLEASE BE SEATED.

24        COUNSEL, LET ME SUGGEST THAT WE PROCEED AS FOLLOWS:  I'D

25   LIKE TO GIVE YOU A LITTLE BIT OF TIME TO PROCESS AND DIGEST

```
 1     EVERYTHING THAT YOU'VE JUST HEARD, AND SO I WOULD PROPOSE THAT

 2     WE RECONVENE HERE IN COURT AT 1:00 O'CLOCK TO DO THE HARDSHIP,

 3     CAUSE, AND PEREMPTORY CHALLENGES.  I DON'T THINK IT'LL TAKE

 4     MORE THAN HALF AN HOUR.

 5          I'D LIKE TO DO IT HERE IN COURT SO WE DON'T HAVE TO ALL

 6     PICK UP AND MOVE INTO CHAMBERS OR DO SOMETHING ALONG THOSE

 7     LINES.

 8          SO UNLESS THERE'S ANY OBJECTION, WILL THAT GIVE YOU ENOUGH

 9     TIME TO GET A BITE, THINK ABOUT WHAT YOU'VE JUST HEARD, AND

10     THEN EXERCISE YOUR --

11               MR. OTTESON:  THAT'S FINE WITH US.

12               THE COURT:  MS. KEEFE?

13               MS. KEEFE:  THAT'S FINE.  I WAS WONDERING IF YOUR

14     HONOR HAD ANY THOUGHTS ON CAUSE BEFORE THAT TO HELP US MAKE OUR

15     EVALUATIONS.

16               THE COURT:  WELL, I'M HAPPY TO SHARE WITH YOU MY

17     VIEWS TO GIVE YOU SOME SENSE OF WHAT YOU OUGHT TO FOCUS YOUR

18     ATTENTION ON IF THAT'S WHAT YOU'RE GETTING AT.

19               MR. LEMIEUX:  THAT'S EXACTLY WHAT I WAS ASKING, YOUR

20     HONOR.

21               MR. HOGE:  YOUR HONOR, I HAVE A DISCLOSURE ITEM.

22               THE COURT:  GO AHEAD, SIR.

23               MR. HOGE:  MY DAUGHTER WAS A SUMMER ASSOCIATE AT

24     KRAMER, LEVIN IN NEW YORK.  SHE DIDN'T INTERACT AS FAR AS I

25     KNOW WITH ANYBODY IN PALO ALTO, BUT THERE'S A POSSIBLY THAT
```

```
1          MR. LEE SAW MY DAUGHTER'S NAME ON SOMETHING.

2               THE COURT:  MAY I ASK YOU, HOW LONG AGO WAS SHE A

3     SUMMER?

4               MR. HOGE:  SHE WAS JUST A SUMMER.  SHE'S A THIRD YEAR

5     LAW STUDENT NOW.

6               THE COURT:  OKAY.  I APPRECIATE THAT.  I APPRECIATE

7     THAT.

8          ALL RIGHT.  WELL, AS FAR AS CAUSES GO, FRANKLY, THE ONLY

9     CAUSE CHALLENGE I AM INCLINED TO GRANT DEALS WITH JUROR NUMBER

10    16, MR. CASKEY, AND HIS -- IN LIGHT OF HIS COMMENTS REGARDING

11    HIS EXPERIENCE ON THE BUILD OUT WITH THE TAIWANESE FIRM.

12         THERE ARE A NUMBER OF ADDITIONAL JURORS WHO I'M INCLINED

13    TO EXCUSE FOR HARDSHIP REASONS.  LET ME GIVE YOU THAT LIST AS

14    WELL.  I DON'T WANT TO HEAR ARGUMENTS NOW.  I WANT TO DO THAT

15    AT 1:00 O'CLOCK, BUT HERE'S WHERE I'M CURRENTLY AT.

16         JUROR NUMBER 1, I'M INCLINED TO GRANT -- TO EXCUSE FOR

17    HARDSHIP REASONS.  HE HAS NO ONE TO RUN HIS BUSINESS IF HE'S

18    SITTING HERE.

19         JUROR NUMBER 7, I BELIEVE, HAS A SIGNIFICANT ENOUGH

20    MEDICAL ISSUE THAT SITTING AS A JUROR IN THIS CASE WOULD BE

21    UNFAIR AND UNWISE.

22         JUROR NUMBER 12 ALSO RUNS A SMALL BUSINESS.  I DON'T LIKE

23    TO SEE PEOPLE LOSING A DAY'S PAY IF WE DON'T HAVE TO GO THAT

24    FAR, SO I'M INCLINED TO GIVE HER HER DISMISSAL.

25         JUROR NUMBER 14 INDICATED THAT SHE NEEDS TO BE BACK IN
```

```
1    MONTEREY BAY AT 4:00 O'CLOCK.  THAT WOULD REQUIRE ME TO CUT THE

2    TRIAL DAY BY SEVERAL HOURS, OR AT LEAST A COUPLE OF HOURS.  I'M

3    NOT INCLINED TO DO THAT.

4         JUROR NUMBER 18 INDICATED SHE HAS A TWO AND A HALF HOUR

5    DRIVE EACH WAY EACH DAY FROM SOUTH SALINAS.  I GO TO SALINAS

6    REGULARLY.  I CAN ATTEST TO THAT DRIVE.  AND SO I'M INCLINED TO

7    EXCUSE HER AS WELL.

8         JUROR NUMBER 21, SHE IS THE FAMILY LAW PRACTITIONER, SHE

9    INDICATED THAT SHE HAS A NUMBER OF OTHER COURT APPOINTMENTS AND

10   APPEARANCES SCHEDULED.  ON THAT BASIS, I'M INCLINED TO GRANT

11   HER A DISMISSAL FOR HARDSHIP PURPOSES.

12        JUROR NUMBER 28 INDICATED SHE HAS A WORK CONFLICT THAT I

13   BELIEVE WOULD WARRANT DISMISSAL FOR HARDSHIP PURPOSES.

14        JUROR NUMBER 32 HAS CHILD CARE ISSUES DOWN IN SANTA CRUZ.

15   AGAIN, I'M NOT INCLINED TO KEEP PEOPLE FROM PICKING UP THEIR

16   KIDS UNLESS WE NEED HER, SO I WOULD PROPOSE TO DISMISS HER.

17        JUROR NUMBER 34 INDICATED THAT SHE IS NOT GOING TO BE

18   REIMBURSED FOR HER JURY SERVICE.  AGAIN, I DON'T LIKE TO PUT

19   PEOPLE IN A POSITION WHERE THEY'RE TRYING TO WEIGH YOUR

20   ARGUMENTS AND LISTEN TO TESTIMONY WHEN THEY'RE WORRIED ABOUT

21   WHERE THEIR PAYCHECK IS GOING TO COME FROM.

22        JUROR NUMBER 38 ALSO INDICATED A HARDSHIP WITH RESPECT TO

23   COVERAGE AT WORK.

24        JUROR NUMBER 40 INDICATED HE'S TAKING TWO FOSTER CHILDREN

25   TO MINNESOTA ON AN AIRPLANE.
```

1          JUROR NUMBER 44, AGAIN, INDICATED SHE DOES NOT GET PAID IF

2     SHE SERVES AS A JUROR.

3          AND JUROR NUMBER 45 INDICATED THAT HE HAS CLASSES THAT HE

4     WOULD MISS AND THE POTENTIAL TO BE PUT BACK A SEMESTER IF HE

5     WERE TO ATTEND.

6          SO THAT'S MY PRELIMINARY THINKING ABOUT HARDSHIP AND

7     CAUSE.

8          AGAIN, YOU CAN TAKE THE NEXT 45 MINUTES AND TRY TO TURN ME

9     ON ANY OF THOSE.  WE'LL SEE YOU BACK HERE AT 1:00 O'CLOCK.

10          MR. OTTESON:  THANK YOU, YOUR HONOR.

11          MS. KEEFE:  THANK YOU, YOUR HONOR.

12     (THE LUNCH RECESS WAS TAKEN.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **AFTERNOON PROCEEDINGS**

2          (PROSPECTIVE JURORS NOT PRESENT.)

3               THE COURT:  ALL RIGHT.  LET'S GET STARTED.

4          BEFORE WE BROKE FOR LUNCH I GAVE YOU ALL MY PRELIMINARY

5     THOUGHTS AS TO WHO WAS REASONABLY EXCUSED ON EITHER HARDSHIP

6     GROUNDS OR CAUSE GROUNDS.

7               I'M OPEN TO ARGUMENTS REGARDING ANY OF THOSE INDIVIDUALS.

8     DO -- ARE THERE ANY SUCH ARGUMENTS OR SHOULD WE PROCEED

9     IMMEDIATELY TO PEREMPTORIES?

10              MS. KEEFE:  NONE FROM US, YOUR HONOR.

11              THE COURT:  MR. OTTESON?

12              MR. OTTESON:  YES.  I DON'T THINK WE WANTED TO

13     CHALLENGE ANY OF THE HARDSHIP JURORS THAT YOU IDENTIFIED.

14              HOWEVER, WE WOULD LIKE TO CHALLENGE JUROR NUMBER 22 FOR

15     CAUSE.

16              THE COURT:  OKAY.  WHY DON'T YOU GO AHEAD?  TELL ME

17     WHY.

18              MR. OTTESON:  WELL, BECAUSE WHEN I ASKED HIM IF HE

19     COULD FAIRLY RENDER A VERDICT IN FAVOR OF A PATENT HOLDER, HE

20     DIDN'T SAY YES, HE COULD, IF THE EVIDENCE SUPPORTED IT.

21              HE EXPRESSED -- AND WE HAD A QUITE A COLLOQUY THERE WHERE

22     HE EXPRESSED CONCERNS ABOUT PATENTS AND THE ASSERTION OF PATENT

23     RIGHTS.

24              AND SO I THINK HE SHOULD BE DISMISSED FOR CAUSE.

25              THE COURT:  ALL RIGHT.  MS. KEEFE?

1          MS. KEEFE:  I DISAGREE, YOUR HONOR.  I THINK, IN

2     FACT, HE WAS VERY CAREFULLY ASKED ABOUT PATENTS IN GENERAL.  HE

3     ALWAYS REFERRED TO THE ONLY ISSUES THAT HE HAD WITH RESPECT TO

4     SOFTWARE PATENTS, THAT HE ACTUALLY UNDERSTOOD PATENTS AND DID,

5     IN FACT, SEE REASONS FOR PATENTS.  IT WAS ONLY SOFTWARE.

6          THERE ARE NOT SOFTWARE PATENTS IN THIS CASE.

7          AND HE -- I DON'T THINK -- I DON'T REMEMBER HEARING IT THE

8     SAME WAY MR. OTTESON DID THAT HE COULDN'T RENDER A FAIR AND

9     IMPARTIAL VERDICT.

10         INSTEAD HE SAID HE'D LISTEN AND THAT HE ONLY HAD A PROBLEM

11    WITH SOFTWARE PATENTS.

12         MR. OTTESON:  AND I -- I DON'T THINK THAT'S WHAT HE

13    SAID.  I MEAN, MY RECOLLECTION IS THAT I -- I ASKED HIM IF WE

14    PRESENTED OUR CASE AND THE EVIDENCE SUPPORTED A FINDING OF

15    INFRINGEMENT, WHETHER HE COULD BE FAIR AND IMPARTIAL AND RENDER

16    SUCH A VERDICT AND HE DID MORE THAN EQUIVOCATE.  HE INDICATED

17    THAT HE HAD A PROBLEM WITH IT.

18         THE COURT:  ALL RIGHT.  WELL, AS TO NUMBER 22, I AM

19    GOING TO DECLINE THE REQUEST THAT HE BE DISMISSED ON CAUSE

20    GROUNDS.

21         TO THE EXTENT 22 SURVIVES AND IS SEATED AS A JUROR, I'M

22    CERTAINLY WILLING TO ENTERTAIN A SPECIFIC ADMONITION OR

23    INSTRUCTION THAT WILL ADDRESS ANY CONCERNS THAT TPL HAS.

24         MR. OTTESON:  THANK YOU, YOUR HONOR.

25         THE COURT:  ARE THERE ANY OTHER ISSUES?

```
 1              MR. OTTESON:  NO, NOT BEFORE GETTING TO THE

 2      PEREMPTORIES.

 3              THE COURT:  OKAY.  ALL RIGHT.

 4          SO THAT THE RECORD IS CLEAR, LET ME JUST REVIEW WITH YOU

 5      WHO IS GOING TO BE DISMISSED FOR EITHER HARDSHIP OR CAUSE

 6      REASONS.

 7          JUROR NUMBER 1 IS GOING TO BE DISMISSED FOR HARDSHIP.

 8          AND I'M JUST GOING TO CROSS THEIR NAME OUT ON THE SHEET

 9      AND MARK AN H NEXT TO ANY HARDSHIP DISMISSALS AND A C NEXT TO

10      ANY CAUSE DISMISSALS.

11          JUROR NUMBER 7 ALSO WILL BE DISMISSED FOR UNDUE HARDSHIP;

12      JUROR NUMBER 12 AND JUROR NUMBER 14 WILL ALSO BE DISMISSED FOR

13      HARDSHIP; JUROR NUMBER 16 IS DISMISSED FOR CAUSE; JUROR NUMBER

14      18 IS DISMISSED FOR HARDSHIP; JUROR NUMBER 21 IS DISMISSED FOR

15      HARDSHIP; JUROR NUMBER 28 IS DISMISSED FOR HARDSHIP; JUROR

16      NUMBERS 32 AND 34 ARE DISMISSED FOR HARDSHIP; AND JUROR NUMBERS

17      38, 40, 44, AND 45 ARE ALL DISMISSED FOR UNDUE HARDSHIP.

18          NOW, WITH THAT I'M GOING TO INVITE MR. OTTESON AND

19      MS. KEEFE TO APPROACH THE PODIUM.

20          MR. OTTESON, YOU WILL HAVE THE FIRST PEREMPTORY TO

21      EXERCISE.  I'D LIKE YOU TO JUST MARK IT ON THE SHEET, IF YOU

22      COULD, AND PASS IT TO MS. KEEFE.

23              MR. OTTESON:  AND WHAT IS THE -- IS IT JUST BACK AND

24      FORTH?  OR DO I JUST -- I DO ONE AND SHE DOES TWO?

25              THE COURT:  YOU EACH HAVE THREE CHALLENGES TO
```

1    EXERCISE.  WE'LL BEGIN WITH MR. OTTESON.  WE'LL THEN PROCEED TO

2    MS. KEEFE.

3        IF YOU ELECT TO PASS, THAT COUNTS AGAINST YOUR ALLOCATION

4    OF THREE.

5            MR. OTTESON:  OKAY.

6        (PAUSE IN PROCEEDINGS.)

7            THE COURT:  THERE'S A BIT OF A RITUAL I NEED TO

8    PERFORM, SO BEAR WITH ME.

9        JUROR NUMBER 2 HAS BEEN STRUCK BY TPL.

10            MS. KEEFE:  REALLY?  I'M STUNNED.

11        (LAUGHTER.)

12            MS. KEEFE:  I'M SORRY.  I SHOULDN'T HAVE SAID THAT.

13        (PAUSE IN PROCEEDINGS.)

14            THE COURT:  JUROR NUMBER 4 HAS BEEN STRUCK BY HTC.

15        (PAUSE IN PROCEEDINGS.)

16            THE COURT:  JUROR NUMBER 8 HAS BEEN STRUCK BY TPL.

17        (PAUSE IN PROCEEDINGS.)

18            THE COURT:  JUROR NUMBER 9 HAS BEEN STRUCK BY HTC.

19        THAT LEAVES EACH OF YOU WITH ONE FURTHER PEREMPTORY

20    CHALLENGE.

21        (PAUSE IN PROCEEDINGS.)

22            MR. OTTESON:  POINT OF CLARIFICATION, JUDGE.

23            THE COURT:  YES.

24            MR. OTTESON:  DO I UNDERSTAND CORRECTLY THAT WE CAN

25    STRIKE ANYBODY WE WANT IN THE POOL FOR OUR LAST PEREMPTORY, OR

1      DOES IT HAVE TO BE SOMEBODY IN THE FIRST NINE?

2              THE COURT:  YOU CAN PICK ANY OF THE 45 WHO REMAIN.

3              MR. OTTESON:  OKAY.

4          (PAUSE IN PROCEEDINGS.)

5              THE COURT:  WITH ITS LAST PEREMPTORY CHALLENGE, TPL

6      HAS STRUCK JUROR NUMBER 22.

7              MS. KEEFE:  THANK YOU.

8          (PAUSE IN PROCEEDINGS.)

9              THE COURT:  WITH ITS LAST PEREMPTORY CHALLENGE, HTC

10     HAS STRUCK JUROR NUMBER 11.

11         ALL RIGHT.  SO LET ME SEE IF I HAVE THE BIDDING CORRECT.

12     THE NINE JURORS WHO WILL SERVE AS THE JURY IN THIS CASE INCLUDE

13     THE FOLLOWING:  JUROR NUMBER 3; JUROR NUMBER 5; JUROR NUMBER 6;

14     JUROR NUMBER 10; JUROR NUMBER 13; JUROR NUMBER 15; JUROR NUMBER

15     17; JUROR NUMBER 19; AND JUROR NUMBER 20.

16             IS EVERYBODY IN AGREEMENT?

17             MR. OTTESON:  YES, YOUR HONOR.

18             THE COURT:  MS. KEEFE?

19             MS. KEEFE:  THAT LOOKS LIKE MY MATH, YOUR HONOR.

20             THE COURT:  OKAY.  ALL RIGHT.  WE HAVE OUR JURY.

21         ALL RIGHT.  THEN WE WILL BEGIN WITH OPENING STATEMENTS

22     SHORTLY AFTER 1:30.

23         AT 1:30 EVERYBODY WILL RETURN TO THE COURTROOM.  I'LL

24     EXPLAIN WHO'S BEEN PICKED, WHO HASN'T.  I'LL THANK THOSE WHO

25     WERE NOT SELECTED FOR THEIR TIME AND SERVICE AND THEN, AS I

```
 1        SAID, I WILL GIVE SOME PRELIMINARY INSTRUCTIONS BEFORE TURNING

 2        TO OPENING STATEMENTS.

 3              JUST A REMINDER, YOU ALL HAVE ONE HOUR EACH, UP TO AN

 4        HOUR, FOR YOUR OPENINGS.

 5              ONE OTHER POINT THAT I'M NOT SURE WE HAD EXPLICITLY TALKED

 6        ABOUT, BUT I WANT TO DO SO NOW.

 7              I ALLOW MY JURORS TO ASK QUESTIONS AT THE CONCLUSION OF

 8        THE EXAMINATIONS.

 9              NOW, BEFORE THEY ARE ALLOWED TO PUT QUESTIONS TO THE

10        WITNESS, THEY WILL BE ASKED AND INVITED TO WRITE OUT QUESTIONS

11        ON A FORM I HAVE.

12              I'LL THEN SHARE THE QUESTIONS WITH COUNSEL AT SIDE-BAR

13        BEFORE PUTTING THE QUESTION MYSELF TO THE JURY SO THAT YOU ALL

14        CAN RAISE ANY OBJECTIONS AND MAKE YOUR RECORD.

15              BUT I DO WANT TO ENCOURAGE THEM TO SUBMIT QUESTIONS IF

16        THEY THINK THERE'S SOMETHING THAT NEEDS TO BE ASKED.

17              ALL RIGHT.

18              MS. KEEFE?

19              MS. KEEFE:  JUST A -- "HOUSEKEEPING" IS PROBABLY THE

20        WRONG WORD, BUT AN IMPORTANT QUESTION ABOUT CONFIDENTIAL

21        MATERIALS IN OPENINGS.

22              IF THERE IS SOMETHING THAT WE WANT TO REFER TO THAT WOULD

23        OTHERWISE BE COVERED UNDER THE PROTECTIVE ORDER, GIVEN THAT THE

24        COURTROOM IS OPEN, HOW WOULD YOUR HONOR PREFER TO DEAL WITH IT?

25        TO CLOSE IT?  TO HAVE US WRITE IT ON A PAD THAT FACES ONLY THE
```

```
 1     JURY?  WE CAN ACCOMMODATE A NUMBER OF DIFFERENT OPTIONS.  WE

 2     JUST WONDERED WHAT YOUR HONOR'S PREFERENCE IS.

 3               THE COURT:  WELL, MY STRONG PREFERENCE IS NOT TO

 4     CLOSE THE COURTROOM IN ANY WAY, SHAPE, OR FORM.

 5          IF YOU ALL CAN REACH AN AGREEMENT WHEREBY YOU PROJECT

 6     ONLY TO THE JURY, BUT NOT TO THE MEMBERS OF THE AUDIENCE, I'M

 7     OPEN TO THAT.

 8          BUT I DON'T WANT TO HAVE ANY KIND OF INTERRUPTION THAT

 9     REQUIRES THE MEMBERS OF THE PUBLIC TO BE EXCUSED.

10          MR. OTTESON, DO YOU HAVE ANY THOUGHTS ABOUT THAT?

11               MR. OTTESON:  WELL, I AGREE WITH YOUR HONOR.  I DON'T

12     THINK THE COURTROOM SHOULD BE CLOSED AT ALL.

13          FOR MY OPENING, I REALLY DON'T THINK IT'S GOING TO GET

14     INTO ANY SPECIFIC CONFIDENTIAL INFORMATION THAT SHOULD CAUSE

15     ANY CONCERN AT ALL.

16          SO --

17               MS. KEEFE:  I MEAN, WE SEE -- THERE'S ONLY ONE THING

18     THAT I CAN THINK OF AND IT'S SOMETHING THAT COULD EASILY BE

19     WRITTEN IF WE PUT A FLIP CHART, FOR EXAMPLE, HERE.

20               THE COURT:  COULD YOU DESCRIBE IT FOR ME IN GENERAL

21     TERMS?

22               MS. KEEFE:  POTENTIALLY, AND I'M NOT SURE IT WILL GO

23     THIS WAY, BUT POTENTIALLY THE DOLLAR AMOUNT ON ONE OF THE

24     SETTLEMENT AGREEMENTS, OR SORRY, LICENSES.

25               THE COURT:  ANY OBJECTION, MR. OTTESON?
```

1          WE'RE GOING TO GET INTO THIS IN WITNESS EXAMINATION DOWN

2     THE ROAD.

3               MR. OTTESON:  NO.

4               THE COURT:  NO OBJECTION?

5               MR. OTTESON:  WELL, I DON'T THINK THAT, YOU KNOW, I

6     DON'T -- IT IS GOING TO BE BROUGHT UP IN WITNESS EXAMINATION

7     DOWN THE ROAD, SO I DON'T SEE REALLY ANY BENEFIT IN TRYING TO

8     BE SUPER SECRET ABOUT IT IN A PUBLIC COURTROOM.

9               THE COURT:  OKAY.  I THINK THAT PERSPECTIVE IS WISE

10    BECAUSE I'LL TELL YOU RIGHT NOW, IF ONE OF YOU STARTS TO OBJECT

11    ABOUT PRIVATE INFORMATION BEING SHARED, I'M GOING TO HAVE TO

12    START CLOSING IT FOR BOTH SIDES AND IT'S GOING TO MAKE THIS

13    JURY TRIAL GO MUCH LESS SMOOTHLY THAN I WOULD LIKE.  SO LET'S

14    JUST OPEN IT UP.

15              MS. KEEFE:  IT'S NOT OUR PRIVATE INFORMATION THAT

16    WE'RE WORRIED ABOUT HERE.  IT'S MAKING SURE THAT WE'RE UNDER

17    THE PROTECTIVE ORDER BASED ON LICENSES.

18              THE COURT:  I APPRECIATE YOU RAISING THE ISSUE.  I

19    THINK YOU'VE HEARD FROM MR. OTTESON.  HE HAS NO OBJECTION, SO

20    WE CAN PROCEED WITHOUT CLOSING THE COURTROOM OR DOING ANYTHING

21    ELSE.

22              MS. KEEFE:  THANK YOU, YOUR HONOR.

23              MR. OTTESON:  THANK YOU VERY MUCH.

24              THE COURT:  OKAY.  SO WE WILL SEE YOU ALL BACK HERE

25    AT 1:30 AND WE WILL GET STARTED.

```
1              MR. OTTESON:  THANK YOU, YOUR HONOR.

2              MS. KEEFE:  THANK YOU, YOUR HONOR.

3         (RECESS FROM 1:20 P.M. UNTIL 1:36 P.M.).

4         (PROSPECTIVE JURORS PRESENT.)

5              THE COURT:  LADIES AND GENTLEMEN, I TRUST YOU HAD A

6     GOOD LUNCH AND A CHANCE TO STEP OUTSIDE IF IT STRUCK YOUR

7     FANCY.

8         WHILE YOU WERE AWAY AT LUNCH, THE LAWYERS AND I WORKED TO

9     IDENTIFY THE NINE MEMBERS WHO WILL SERVE AS THE JURY IN THIS

10    CASE.

11        THE WAY WE'RE GOING TO PROCEED FROM HERE IS AS FOLLOWS:

12    I'M GOING TO ASK THAT THE FOLKS SITTING IN THE ACTUAL BOX STEP

13    DOWN AND GATHER OVER HERE SO THAT AS MR. RIVERA CALLS THE NINE

14    MEMBERS OF THE JURY, THEY WILL TAKE THEIR SEATS ONE BY ONE,

15    WITH THE FIRST SEVEN TAKING SEATS IN THE FRONT ROW.

16        THANK YOU, IF YOU WOULD.  MY APOLOGIES FOR THE TIGHT SPACE

17    HERE, BUT IT'S THE BEST I CAN DO UNDER THE CIRCUMSTANCES.

18        AND, AGAIN, AS YOUR NAME IS CALLED, IF YOU WOULD ENTER THE

19    JURY BOX AND TAKE A SEAT, I'D LIKE THE FIRST JUROR TO SIT IN

20    THE FIRST ROW IN THE FIRST SEAT TO THE FAR LEFT AND WE'LL

21    PROCEED FROM THERE.

22        MR. RIVERA, YOU MAY CALL THE MEMBERS OF THE JURY.

23             THE CLERK:  YES, YOUR HONOR.

24        SANTINO RIVERA, YOU ARE NOW JUROR NUMBER 1.  PLEASE TAKE

25    SEAT NUMBER 1.
```

1    BRETT IWAHASHI, JUROR NUMBER 2.  PLEASE TAKE SEAT NUMBER

2    2.

3    ALYCIA OSBORNE, JUROR NUMBER 3.  PLEASE TAKE SEAT NUMBER

4    3.

5    DANA NELSON, JUROR NUMBER 4.  PLEASE TAKE SEAT NUMBER 4.

6    LINDSAY WAHLER, JUROR NUMBER 5.  PLEASE TAKE SEAT NUMBER

7    5.

8    PATRICE SCOTT, JUROR NUMBER 6.  PLEASE TAKE SEAT NUMBER 6.

9    DESIREE CHILDRESS, JUROR NUMBER 7.  PLEASE TAKE SEAT

10   NUMBER 7.

11   JAMES MCDERMOTT, JUROR NUMBER 9 -- EXCUSE ME -- JUROR

12   NUMBER 8.  PLEASE TAKE SEAT NUMBER 8.

13   AND SAM SIN, JUROR NUMBER 9.  PLEASE TAKE SEAT NUMBER 9.

14   THE COURT:  ALL RIGHT.  WITH THAT, LADIES AND

15   GENTLEMEN, IF THE TWO OF YOU WOULD TAKE YOUR SEAT, I'LL JUST

16   EXPLAIN TO THOSE WHO WERE NOT SELECTED THAT YOUR SERVICE IS NOW

17   AT AN END.

18   BEFORE I LET YOU GO, LET ME JUST ADDRESS A COUPLE OF

19   HOUSEKEEPING MATTERS.

20   FIRST AND FOREMOST, IF YOU HAVE QUESTIONS ABOUT PARKING

21   AND YOUR REIMBURSEMENT FOR THE DAY, OUR JUROR COORDINATOR CAN

22   ANSWER THOSE.  THOSE QUESTIONS CAN BE ANSWERED ON THE SECOND

23   FLOOR WHERE YOU CAME IN EARLIER THIS MORNING.

24   THE SECOND AND REALLY THE FINAL POINT I WANT TO MAKE IS

25   THAT WHILE YOU MAY WONDER IF YOUR TIME HERE WAS WELL SPENT IF

```
 1        YOU WERE NOT SELECTED FOR THE JURY, LET ME ASSURE YOU THAT IT

 2    WAS.  THIS IS AN IMPORTANT PART OF THE PROCESS AND I THANK YOU

 3    FOR YOUR CONTRIBUTION TO THIS CASE.

 4        YOU'RE EXCUSED.  HAVE A WONDERFUL AFTERNOON, AND THANK YOU

 5    FOR YOUR SERVICE.

 6        PLEASE STAND.

 7        (PROSPECTIVE JURORS EXCUSED, ONLY JURY PANEL REMAINING.)

 8            THE COURT:  ALL RIGHT.  PLEASE BE SEATED.

 9        MR. RIVERA, WITH THE JURY NOW SELECTED, I BELIEVE WE CAN

10    PROCEED TO SWEAR THE JURORS.

11            THE CLERK:  YES, YOUR HONOR.

12            THE COURT:  COULD YOU PLEASE DO THE HONORS?

13            THE CLERK:  PLEASE STAND AND RAISE YOUR RIGHT HAND.

14        (JURY PANEL SWORN.)

15            THE CLERK:  THANK YOU.

16            THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, YOU ARE

17    THE SELECT NINE, AS IT WERE.  AS I EXPLAINED BEFORE WE BROKE

18    FOR LUNCH, WHAT HAPPENS NEXT IS THIS:  WE ARE GOING TO PROVIDE

19    YOU WITH A NUMBER OF INSTRUCTIONS.  I AM GOING TO GIVE YOU

20    THOSE INSTRUCTIONS THAT WILL HOPEFULLY FRAME YOUR APPRECIATION

21    AND UNDERSTANDING OF WHAT WILL FOLLOW.

22        IMMEDIATELY AFTER I GIVE YOU THE INSTRUCTIONS THAT I'M

23    ABOUT TO GIVE, THE ATTORNEYS WILL BE INVITED TO GIVE AND

24    PRESENT OPENING STATEMENTS, A PREVIEW OF THE EVIDENCE TO COME.

25        NOW, I UNDERSTAND COUNSEL, FROM MR. RIVERA, THAT YOU ALL
```

```
 1      WOULD LIKE A FEW MINUTES TO SET UP SOME SCREENS AND SO FORTH.

 2      IS THAT CORRECT?

 3                  MR. OTTESON:  YES, THAT'S CORRECT, YOUR HONOR.

 4                  THE COURT:  MS. KEEFE, ANY OBJECTION TO THAT?

 5                  MS. KEEFE:  NONE WHOSOEVER, YOUR HONOR.

 6                  THE COURT:  ALL RIGHT.  WHY DON'T WE DO THIS:  LET'S

 7      TAKE A VERY SHORT RECESS TO GIVE THE ATTORNEYS AND THEIR STAFF

 8      AN OPPORTUNITY TO SET UP FOR OPENING STATEMENTS.  WHEN WE

 9      RETURN, I WILL GIVE YOU MY PRELIMINARY INSTRUCTIONS AND THEN

10      WE'LL TURN TO THE STATEMENTS THEMSELVES.

11          MR. RIVERA WILL BE ESCORTING YOU TO THE JURY ROOM.  IT'S A

12      LOCATION YOU SHOULD BECOME VERY COMFORTABLE WITH.

13          PLEASE STAND FOR THE JURY.

14          (JURY OUT AT 1:42 P.M.)

15          (RECESS FROM 1:42 P.M. UNTIL 1:57 P.M.)

16          (JURY OUT AT 1:57 P.M.)

17                  THE COURT:  ALL RIGHT.  COUNSEL, BEFORE WE TURN TO MY

18      PRELIMINARY INSTRUCTIONS AND OPENING STATEMENTS FROM EACH OF

19      YOU, ARE THERE ANY OTHER ISSUES WE OUGHT TO ADDRESS OUTSIDE THE

20      PRESENCE OF THE JURY?

21                  MR. OTTESON:  I DON'T BELIEVE SO, YOUR HONOR.

22                  THE COURT:  OKAY.  AND BEFORE WE DO ANYTHING ELSE, I

23      TAKE IT YOU ALL ARE COMFORTABLE AND IN AGREEMENT THAT THAT

24      SCREEN IS APPROPRIATELY POSITIONED?

25                  MR. OTTESON:  YEAH.  WE DON'T REALLY LIKE IT, JUDGE.
```

1    WE'D PREFER JUST TO USE THIS ONE, BUT HTC IS PRETTY INSISTENT

2    THAT WE NEED TO PROTECT SOME THIRD PARTY CONFIDENTIAL

3    INFORMATION THAT GOES UP ON THE SCREEN, EVEN THOUGH THERE'S

4    GOING TO BE TESTIMONY ABOUT IT.

5        SO I HAVE SOME QUALMS ABOUT IT JUST BECAUSE IT'S AN AWKWARD

6    SET UP AND WE WOULD CERTAINLY PREFER TO USE THE MAIN SCREEN,

7    BUT FOR TODAY IT'S SET UP AND WE SHOULD CERTAINLY DO IT THIS

8    WAY TODAY.

9            THE COURT:  OKAY.  MS. KEEFE, DO YOU WANT TO RESPOND?

10           MS. KEEFE:  WE'RE TRYING TO BE AS CAUTIOUS AND

11   CAREFUL AS POSSIBLE TO MAKE SURE THAT THIRD PARTY INFORMATION

12   IS PROTECTED, AND YET WE RESPECT TO THE COURT'S WISHES TO MAKE

13   SURE THAT THE COURTROOM REMAINS AS OPEN AS POSSIBLE.  SO WE'RE

14   TRYING TO BE VERY CONSERVATIVE.

15           THE COURT:  MAY I ASK, WILL IT BE NECESSARY TO KEEP

16   THE SCREEN UP FOR THE ENTIRE TRIAL, OR IS IT YOUR INTENTION TO

17   MOVE IT OR PLACE IT SOMEWHERE ELSE ONCE THE MATERIAL WE'RE

18   TALKING ABOUT HAS BEEN DISCUSSED?

19           MS. KEEFE:  I ACTUALLY THINK THERE WILL BE EASY TIMES

20   DURING THE REST OF THE TRIAL WHERE WE CAN USE THE MAIN SCREEN

21   AND THERE WON'T BE A SCREEN THERE AT ALL.

22           THE COURT:  ALL RIGHT.  I'LL STOP YOU THERE AND SAY

23   IF THIS IS WHAT'S NECESSARY TO BALANCE THESE INTERESTS, I'M

24   CERTAINLY HAPPY TO LET IT BE USED.

25       LET ME JUST MAKE THE REQUEST THAT -- AND I'M GOING TO

```
 1    LOOK TO YOU ALL TO TAKE THE LEAD ON THIS -- WHENEVER AND

 2    HOWEVER OFTEN YOU CAN GET THAT OUT OF THERE AND USE THIS

 3    SCREEN, I'D LIKE TO DO IT SO THE PEOPLE IN THE AUDIENCE CAN

 4    ALSO UNDERSTAND WHAT'S GOING ON.

 5            MS. KEEFE:  ABSOLUTELY, YOUR HONOR.

 6        (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

 7    CLERK.)

 8            THE COURT:  MR. RIVERA REMINDS ME, THIS SCREEN IS

 9    ACTUALLY BROKEN, ISN'T IT, SIR?

10            THE CLERK:  YES, YOUR HONOR.

11            MS. KEEFE:  WE CAN CERTAINLY BRING THAT SCREEN OVER

12    HERE, YOUR HONOR.  WE HAVE NO PROBLEM WITH THAT.

13            THE COURT:  ALL RIGHT.  WITH THAT, MR. RIVERA, WOULD

14    YOU PLEASE BRING THE JURY IN?

15        (JURY IN AT 1:59 P.M.)

16            THE COURT:  MEMBERS OF THE JURY, WHEN YOU TOOK THE

17    OATH JUST A FEW MOMENTS AGO, YOU BECAME PARTNERS WITH THIS

18    COURT IN THIS TRIAL, AND AS YOUR PARTNER, I HAVE MANY

19    RESPONSIBILITIES TO YOU.  AMONG THEM IS PROVIDING YOU WITH THE

20    INSTRUCTIONS THAT SHOULD GUIDE YOUR APPRECIATION OF THE

21    EVIDENCE IN THIS CASE, AND ULTIMATELY YOUR DELIBERATIONS.

22        AND SO WITH THAT, I'D LIKE TO GIVE YOU SOME PRELIMINARY

23    INSTRUCTIONS THAT WILL HOPEFULLY ASSIST YOU IN PROCESSING AND

24    UNDERSTANDING ALL THAT WILL FOLLOW BETWEEN NOW AND THE END OF

25    THE TRIAL.
```

1      UNDERSTAND THAT AT THE END OF THE TRIAL, I WILL GIVE YOU

2      FINAL INSTRUCTIONS WHICH WILL FILL OUT THE LAW THAT YOU ARE TO

3      APPLY AND THE STANDARDS THAT WILL GOVERN.

4      THIS CASE INVOLVES A DISPUTE RELATING TO A UNITED STATES

5      PATENT.  BEFORE SUMMARIZING THE POSITIONS OF THE PARTIES AND

6      THE LEGAL ISSUES INVOLVED IN THIS DISPUTE, LET ME TAKE A MOMENT

7      TO EXPLAIN WHAT A PATENT IS AND HOW ONE IS OBTAINED.

8      PATENTS ARE GRANTED BY THE UNITED STATES PATENT AND

9      TRADEMARK OFFICE (SOMETIMES CALLED "THE PTO").  THE PROCESS OF

10      OBTAINING A PATENT IS CALLED PATENT PROSECUTION.

11      A VALID UNITED STATES PATENT GIVES A PATENT OWNER THE

12      RIGHT TO PREVENT OTHERS FROM MAKING, USING, OFFERING TO SELL,

13      OR SELLING THE PATENTED INVENTION WITHIN THE UNITED STATES, OR

14      FROM IMPORTING IT INTO THE UNITED STATES, DURING THE TERM OF

15      THE PATENT WITHOUT THE PATENT HOLDER'S PERMISSION.

16      A VIOLATION OF THE PATENT OWNER'S RIGHT IS CALLED

17      INFRINGEMENT.  A PATENT OWNER MAY TRY TO ENFORCE THE PATENT

18      AGAINST PERSONS BELIEVED TO BE INFRINGERS BY A LAWSUIT FILED IN

19      FEDERAL COURT.

20      TO OBTAIN A PATENT, ONE MUST FILE AN APPLICATION WITH THE

21      PTO.  THE PTO IS AN AGENCY OF THE FEDERAL GOVERNMENT AND

22      EMPLOYS TRAINED EXAMINERS WHO REVIEW APPLICATIONS FOR PATENTS.

23      THE APPLICATION INCLUDES WHAT IS CALLED A "SPECIFICATION,"

24      WHICH MUST CONTAIN A WRITTEN DESCRIPTION OF THE CLAIMED

25      INVENTION TELLING WHAT THE INVENTION IS, HOW IT WORKS, HOW TO

1    MAKE IT, AND HOW TO USE IT SO OTHERS SKILLED THE FIELD WILL

2    KNOW HOW TO MAKE OR USE IT.

3         THE SPECIFICATION CONCLUDES WITH ONE OR MORE NUMBERED

4    SENTENCES.  THESE ARE THE PATENT "CLAIMS."  WHEN THE PATENT IS

5    EVENTUALLY GRANTED BY THE PTO, THE CLAIMS DEFINE THE BOUNDARIES

6    OF ITS PROTECTION AND GIVE NOTICE TO THE PUBLIC OF THOSE

7    BOUNDARIES.

8         AFTER THE APPLICANT FILES THE APPLICATION, A PTO PATENT

9    EXAMINER REVIEWS THE PATENT APPLICATION TO DETERMINE WHETHER

10   THE CLAIMS ARE PATENTABLE AND WHETHER THE SPECIFICATION

11   ADEQUATELY DESCRIBES THE INVENTION CLAIMED.

12        IN EXAMINING A PATENT APPLICATION, THE PATENT EXAMINER

13   REVIEWS RECORDS AVAILABLE TO THE PTO FOR WHAT IS REFERRED TO AS

14   "PRIOR ART."

15        THE EXAMINER ALSO WILL REVIEW PRIOR ART IF IT IS SUBMITTED

16   TO THE PTO BY THE APPLICANT.

17        PRIOR ART IS DEFINED BY LAW, AND I WILL GIVE YOU SPECIFIC

18   INSTRUCTIONS AS TO WHAT CONSTITUTES PRIOR ART AT A LATER TIME.

19        HOWEVER, IN GENERAL, PRIOR ART INCLUDES THINGS THAT

20   EXISTED BEFORE THE CLAIMED INVENTION, THAT WERE PUBLICLY KNOWN,

21   OR USED IN A PUBLICLY ACCESSIBLE WAY IN THIS COUNTRY, OR THAT

22   WERE PATENTED OR DESCRIBED IN A PUBLICATION IN ANY COUNTRY.

23        THE EXAMINER CONSIDERS, AMONG OTHER THINGS, WHETHER EACH

24   CLAIM DEFINES AN INVENTION THAT IS NEW, USEFUL, AND NOT OBVIOUS

25   IN VIEW OF THE PRIOR ART.  A PATENT LISTS THE PRIOR ART THAT

1        THE EXAMINER CONSIDERED; THIS LIST IS CALLED THE "CITED

2    REFERENCES."

3        AFTER THE PRIOR ART SEARCH AND EXAMINATION OF THE

4    APPLICATION, THE PATENT EXAMINER THEN INFORMS THE APPLICANT IN

5    WRITING WHAT THE EXAMINER HAS FOUND AND WHETHER ANY CLAIM IS

6    PATENTABLE, AND THUS WILL BE "ALLOWED."  THIS WRITING FROM THE

7    PATENT OFFICE IS CALLED AN "OFFICE ACTION."

8        IF THE EXAMINER REJECTS THE CLAIMS, THE APPLICANT THEN

9    RESPONDS AND SOMETIMES CHANGES THE CLAIMS OR SUBMITS NEW

10   CLAIMS.  THIS PROCESS, WHICH TAKES PLACE ONLY BETWEEN THE

11   EXAMINER AND THE PATENT APPLICANT, MAY GO BACK AND FORTH FOR

12   SOME TIME UNTIL THE EXAMINER IS SATISFIED THAT THE APPLICATION

13   AND CLAIMS MEET THE REQUIREMENTS FOR A PATENT.

14       THE PAPERS GENERATED DURING THIS TIME OF COMMUNICATING

15   BACK AND FORTH BETWEEN THE PATENT EXAMINER AND THE APPLICANT

16   MAKE UP WHAT IS CALLED THE "PROSECUTION HISTORY."

17       ALL OF THIS MATERIAL BECOMES AVAILABLE TO THE PUBLIC NO

18   LATER THAN THE DATE WHEN THE PATENT ISSUES.

19       THE FACT THAT THE PATENT -- I'M SORRY.

20       THE FACT THAT THE PTO GRANTS A PATENT DOES NOT NECESSARILY

21   MEAN THAT ANY INVENTION CLAIMED IN THE PATENT, IN FACT,

22   DESERVES THE PROTECTION OF A PATENT.  FOR EXAMPLE, THE PTO MAY

23   NOT HAVE HAD AVAILABLE TO IT ALL THE INFORMATION THAT WILL BE

24   PRESENTED TO YOU.

25       A PERSON ACCUSED OF INFRINGEMENT HAS THE RIGHT TO ARGUE

1      HERE IN FEDERAL COURT THAT A CLAIMED INVENTION IN A PATENT IS

2      INVALID BECAUSE IT DOES NOT MEET THE REQUIREMENTS FOR A PATENT.

3              THIS CASE INVOLVES ONE UNITED STATES PATENT, THE "ASSERTED

4      PATENT," OBTAINED BY CHARLES H. MOORE AND RUSSELL H. FISH, III,

5      AND TRANSFERRED BY MR. MOORE TO TPL AND MR. FISH TO PATRIOT.

6              THE UNITED STATES PATENT NUMBER 5,809,336 LISTS MR. MOORE

7      AND MR. FISH AS THE INVENTORS.  FOR CONVENIENCE, THE PARTIES

8      AND I WILL REFER TO U.S. PATENT NUMBER 5,809,336 AS THE '336

9      PATENT, 336 BEING THE LAST NUMBERS OF THE PATENT NUMBER.

10             THE PLAINTIFFS IN THIS CASE ARE HTC CORPORATION AND HTC

11     AMERICA.  FOR CONVENIENCE, THE PARTIES AND I WILL OFTEN REFER

12     TO PLAINTIFFS AS HTC.

13             THE DEFENDANTS IN THIS CASE ARE TECHNOLOGY PROPERTIES

14     LIMITED, ALLIACENSE LIMITED, AND PATRIOT SCIENTIFIC

15     CORPORATION.  FOR CONVENIENCE, THE PARTIES AND I WILL REFER TO

16     DEFENDANTS AS TPL AND PATRIOT.

17             TO HELP YOU FOLLOW THE EVIDENCE, I WILL AGAIN GIVE YOU A

18     SUMMARY OF THE POSITIONS OF THE PARTIES.

19             HTC FILED SUIT IN THIS COURT SEEKING A DECLARATION THAT NO

20     CLAIM OF THE '336 PATENT IS INFRINGED BY HTC.

21             TPL FILED A COUNTER-COMPLAINT ALLEGING THAT HTC INFRINGES

22     THE '336 PATENT BY MAKING, IMPORTING, USING, SELLING, AND

23     OFFERING FOR SALE PRODUCTS THAT TPL ARGUES ARE COVERED BY

24     CLAIMS 6, 7, 9, 13, 14, AND 15 OF THE '336 PATENT.

25             TPL ALSO ARGUES THAT HTC ACTIVELY INDUCED INFRINGEMENT OF

1   THESE CLAIMS OF THE '336 PATENT.  TPL IS SEEKING MONEY DAMAGES.

2       YOUR JOB WILL BE TO DECIDE WHETHER CLAIMS 6, 7, 9, 13, 14,

3   AND 15 OF THE '336 PATENT HAVE BEEN INFRINGED.

4       IF YOU DECIDE THAT ANY CLAIM OF THE '336 PATENT HAS BEEN

5   INFRINGED BY HTC, YOU WILL THEN NEED TO DECIDE ANY MONEY

6   DAMAGES TO BE AWARDED TO TPL AND PATRIOT TO COMPENSATE IT FOR

7   THE INFRINGEMENT.

8       YOU WILL ALSO NEED TO MAKE A FINDING AS TO WHETHER THE

9   INFRINGEMENT WAS WILLFUL.  IF YOU DECIDE THAT ANY INFRINGEMENT

10  WAS WILLFUL, THAT DECISION SHOULD NOT AFFECT ANY DAMAGE AWARD

11  YOU GIVE.  I WILL TAKE WILLFULNESS INTO ACCOUNT LATER.

12      YOU MAY HEAR EVIDENCE THAT HTC HAS ITS OWN PATENT OR

13  PATENTS OR THAT HTC IMPROVED ON THE '336 PATENT.  WHILE THIS

14  EVIDENCE IS RELEVANT TO SOME ISSUES YOU WILL BE ASKED TO

15  DECIDE, A PARTY CAN STILL INFRINGE EVEN IF IT HAS ITS OWN

16  PATENTS IN THE SAME AREA.

17      YOU WILL BE INSTRUCTED AFTER TRIAL AS TO WHAT, IF ANY,

18  RELEVANCE THESE FACTS HAVE TO THE PARTICULAR ISSUES IN THIS

19  CASE.

20      MEANWHILE, PLEASE KEEP AN OPEN MIND.

21      BEFORE YOU DECIDE WHETHER HTC HAS INFRINGED THE CLAIMS OF

22  THE PATENT, YOU WILL NEED TO UNDERSTAND THE PATENT CLAIMS.  AS

23  I MENTIONED, THE PATENT CLAIMS ARE NUMBERED SENTENCES AT THE

24  END OF THE PATENT THAT DESCRIBE THE BOUNDARIES OF THE PATENT'S

25  PROTECTION.  IT IS MY JOB AS JUDGE TO EXPLAIN TO YOU THE

1    MEANING OF ANY LANGUAGE IN THE CLAIMS THAT NEEDS

2    INTERPRETATION.

3         I HAVE ALREADY DETERMINED THE MEANING OF CERTAIN TERMS OF

4    THE CLAIMS OF THE '336 PATENT.  YOU WILL BE GIVEN A DOCUMENT

5    REFLECTING THOSE MEANINGS.  YOU ARE TO APPLY MY DEFINITIONS OF

6    THESE TERMS THROUGHOUT THIS CASE.

7         HOWEVER, MY INTERPRETATION OF THE LANGUAGE OF THE CLAIMS

8    SHOULD NOT BE TAKEN AS AN INDICATION THAT I HAVE A VIEW

9    REGARDING ISSUES SUCH AS INFRINGEMENT.  THOSE ISSUES ARE YOURS

10   TO DECIDE.

11        I WILL PROVIDE YOU WITH MORE DETAILED INSTRUCTIONS ON THE

12   MEANING OF THE CLAIMS BEFORE YOU RETIRE TO DELIBERATE YOUR

13   VERDICT.

14        THE TRIAL WILL NOW BEGIN.  FIRST, EACH SIDE MAY MAKE AN

15   OPENING STATEMENT.  AN OPENING STATEMENT IS NOT EVIDENCE.  IT

16   IS SIMPLY AN OUTLINE TO HELP YOU UNDERSTAND WHAT THAT PARTY

17   EXPECTS THE EVIDENCE WILL SHOW.

18        THE PRESENTATION OF EVIDENCE WILL THEN BEGIN.  WITNESSES

19   WILL TAKE THE WITNESS STAND AND THE DOCUMENTS WILL BE OFFERED

20   AND ADMITTED INTO EVIDENCE.

21        THERE ARE TWO STANDARDS OF PROOF THAT YOU WILL APPLY TO

22   THE EVIDENCE, DEPENDING ON THE ISSUE YOU ARE DECIDING.  ON SOME

23   ISSUES, YOU MUST DECIDE WHETHER SOMETHING IS MORE LIKELY TRUE

24   THAN NOT.  ON OTHER ISSUES YOU MUST USE A HIGHER STANDARD AND

25   DECIDE WHETHER IT IS HIGHLY PROBABLE THAT SOMETHING IS TRUE.

1           TPL WILL PRESENT THEIR EVIDENCE ON THEIR CONTENTIONS THAT

2    SOME OF THE CLAIMS OF THE '336 PATENT HAVE BEEN INFRINGED BY

3    HTC AND THAT THE INFRINGEMENT HAS BEEN WILLFUL.  THESE

4    WITNESSES WILL BE QUESTIONED BY TPL AND PATRIOT'S COUNSEL IN

5    WHAT IS CALLED DIRECT EXAMINATION.

6           AFTER THE DIRECT EXAMINATION OF A WITNESS IS COMPLETED,

7    THE OPPOSING SIDE HAS AN OPPORTUNITY TO CROSS-EXAMINE THE

8    WITNESS.

9           TO PROVE INFRINGEMENT OF ANY CLAIM, TPL AND PATRIOT MUST

10   PERSUADE YOU THAT IT IS MORE LIKELY THAN NOT THAT HTC INFRINGED

11   THAT CLAIM.

12          TO PERSUADE YOU THAT ANY INFRINGEMENT WAS WILLFUL, TPL AND

13   PATRIOT MUST PROVE THAT IT IS HIGHLY PROBABLE THAT THE

14   INFRINGEMENT WAS WILLFUL.

15          AFTER TPL HAVE PRESENTED THEIR WITNESSES, HTC WILL CALL

16   THEIR WITNESSES, WHO WILL ALSO BE EXAMINED AND CROSS-EXAMINED.

17          HTC WILL PUT ON EVIDENCE RESPONDING TO TPL AND PATRIOT'S

18   INFRINGEMENT AND WILLFULNESS CONTENTIONS.

19          TPL AND PATRIOT WILL THEN RETURN TO PUT ON WHAT IS

20   REFERRED TO AS "REBUTTAL" EVIDENCE TO ANY EVIDENCE OFFERED BY

21   HTC OF NON-INFRINGEMENT OR LACK OF WILLFULNESS.

22          BECAUSE THE EVIDENCE IS INTRODUCED PIECEMEAL, YOU NEED TO

23   KEEP AN OPEN MIND AS THE EVIDENCE COMES IN AND WAIT FOR ALL THE

24   EVIDENCE BEFORE YOU MAKE ANY DECISIONS.  IN OTHER WORDS, YOU

25   SHOULD KEEP AN OPEN MIND THROUGHOUT THE ENTIRE TRIAL.

1          THE PARTIES MAY PRESENT THE TESTIMONY OF A WITNESS BY

2     READING FROM HIS OR HER DEPOSITION TRANSCRIPT OR PLAYING A

3     VIDEOTAPE OF THE WITNESS'S DEPOSITION TESTIMONY.  A DEPOSITION

4     IS THE SWORN TESTIMONY OF A WITNESS TAKEN BEFORE TRIAL AND IS

5     ENTITLED TO THE SAME CONSIDERATION AS IF THE WITNESS HAD

6     TESTIFIED AT TRIAL.

7          AFTER THE EVIDENCE HAS BEEN PRESENTED, I WILL GIVE YOU

8     FINAL INSTRUCTIONS ON THE LAW THAT APPLIES TO THE CASE AND THE

9     ATTORNEYS WILL MAKE CLOSING ARGUMENTS.  CLOSING ARGUMENTS ARE

10    NOT EVIDENCE.

11         AFTER THE INSTRUCTIONS AND CLOSING ARGUMENTS, YOU WILL

12    THEN DECIDE THIS CASE.

13         WITH THAT, I WOULD LIKE TO TURN TO THE ATTORNEYS AND

14    INVITE EACH SIDE TO PRESENT THEIR OPENING STATEMENTS.

15         MR. OTTESON, YOU HAVE THE FLOOR.

16           MR. OTTESON:  THANK YOU, YOUR HONOR.

17         **(MR. OTTESON GAVE HIS OPENING STATEMENT ON BEHALF OF THE**

18    **DEFENDANTS.)**

19           MR. OTTESON:  LADIES AND GENTLEMEN, FIRST OF ALL, I

20    WANT TO THANK YOU FOR YOUR SERVICE TODAY.  IT IS VERY IMPORTANT

21    TO US AS THE PARTIES THAT WE FEEL LIKE WE HAVE A FAIR AND

22    IMPARTIAL JURY, AND SO I REALLY APPRECIATE YOU TAKING THE TIME

23    AND PUTTING IN YOUR SERVICE IN THIS VERY IMPORTANT TASK THAT

24    REALLY MEANS A LOT TO BOTH MY CLIENTS AND, I KNOW, HTC.

25           MY NAME IS JIM OTTESON, AND I WILL BE GIVING THE OPENING

1    STATEMENT FOR THE PATENT HOLDERS IN THIS CASE, PATRIOT

2    SCIENTIFIC CORPORATION, TECHNOLOGY PROPERTIES LIMITED, OR TPL,

3    AND ALLIACENSE.

4         NOW, AS JUDGE GREWAL HAS EXPLAINED TO YOU, THIS IS A

5    PATENT INFRINGEMENT CASE.  MY CLIENTS HAVE ACCUSED HTC OF

6    INFRINGING MY CLIENTS' PATENT, THE '336 PATENT, AS YOU HEARD.

7         NOW, THE '336 PATENT COVERS TECHNOLOGY RELATING TO

8    COMPUTER CHIPS, AND SPECIFICALLY, MICROPROCESSOR CHIPS.

9         NOW, YOU ALL KNOW THAT WE LIVE IN A WORLD OF RAPIDLY

10   EVOLVING TECHNOLOGY.  25 YEARS AGO, ALMOST NOBODY EVEN USED

11   E-MAIL.  20 YEARS AGO, FEW PEOPLE HAD HEARD OF THE INTERNET.

12   AND 15 TO 20 YEARS AGO, MOST PEOPLE DIDN'T OWN A CELL PHONE,

13   AND IF THEY DID, IT WAS SO BIG AND HEAVY YOU PROBABLY COULDN'T

14   PUT IT IN YOUR POCKET OR IT WEIGHED DOWN YOUR PURSE LIKE A BOAT

15   ANCHOR.

16        TEN YEARS AGO, ALMOST NO ONE OWNED WHAT WE WOULD RECOGNIZE

17   TODAY AS A SMARTPHONE, AND APPLE DIDN'T EVEN INTRODUCE THE

18   FIRST IPHONE UNTIL 2007.

19        NOW, AS TECHNOLOGY MOVES ON, WE TEND TO FORGET ABOUT THE

20   IMPORTANT INVENTIONS AND INNOVATIONS OF THE PAST BECAUSE WE

21   COME TO TAKE THEM FOR GRANTED.

22        BUT MAKE NO MISTAKE.  WE WOULD NOT BE HERE TODAY WITH THE

23   TECHNOLOGY WE HAVE WITHOUT STANDING ON THE SHOULDERS OF THE

24   GREAT INNOVATORS WHO WENT BEFORE.  WE HAVE THEM TO THANK FOR

25   THEIR GROUNDBREAKING INNOVATIONS WHICH HAVE PROVIDED THE

1    FOUNDATION FOR TODAY'S TECHNOLOGY WHICH WE ALL NOW ENJOY AND

2    TAKE FOR GRANTED.

3         NOW, TODAY YOU ARE GOING TO HEAR FROM A GREAT AMERICAN

4    INNOVATOR, CHUCK MOORE.  CHUCK IS WITH US TODAY, AND HE -- HE

5    IS TRULY A SILICON VALLEY PIONEER.  HE'S A MAN WHO CREATED HIS

6    OWN COMPUTER PROGRAMMING LANGUAGE CALLED FORTH WHICH HAS BEEN

7    USED TO PROGRAM COMPUTERS ON MULTIPLE NASA SPACE MISSIONS.

8         WHY?  BECAUSE IT'S AN AMAZINGLY COMPACT, FAST, AND

9    EFFICIENT COMPUTER LANGUAGE.

10        CHUCK HAS ALSO DESIGNED MULTIPLE MICROPROCESSOR CHIPS

11   WHICH HE'LL TELL YOU ABOUT, INCLUDING ONE HE'S WORKING ON TODAY

12   CALLED THE GREENARRAYS 144 CHIP WHICH ACTUALLY HAS 144

13   MINICOMPUTERS ON THE SAME CHIP.  IT'S DESIGNED FOR HIGH SPEED,

14   HIGH PERFORMANCE, BUT AT THE SAME TIME, WITH VERY LOW ENERGY

15   USE.

16        NOW, IN 1989, CHUCK, ALONG WITH HIS CO-INVENTOR,

17   RUSSELL FISH, CREATED A GROUNDBREAKING MICROPROCESSOR CALLED

18   SHBOOM.

19        NOW, SHBOOM WAS A COMMERCIAL FAILURE, BUT TO A LARGE

20   EXTENT, THAT WAS BECAUSE IT WAS A CHIP THAT WAS WAY AHEAD OF

21   ITS TIME.

22        AND ONE OF THE MOST IMPORTANT THINGS ABOUT CHUCK MOORE'S

23   SHBOOM CHIP WAS ITS SPEED.  CHUCK DESIGNED THE SHBOOM CHIP WITH

24   AN AMAZING NEW CLOCK SYSTEM THAT ALLOWED IT TO RUN AT 70

25   MEGAHERTZ.

1          NOW, I DON'T KNOW IF ANY OF YOU KNOW ABOUT COMPUTER

2    SPEEDS, BUT IN 1989, THAT WAS REALLY FAST.  AT THAT TIME, MOST

3    MICROPROCESSOR CHIPS RAN AT ABOUT 5 TO 10 MEGAHERTZ, EVEN THE

4    FAST ONES, AND EVEN THE INTEL 486 PROCESSOR FOR LAPTOP AND

5    DESKTOP COMPUTERS WASN'T EVEN COMMERCIALLY AVAILABLE UNTIL THE

6    END OF 1989, AND IT ONLY RAN AT 25 TO 33 MEGAHERTZ, WHICH WAS

7    LESS THAN HALF AS FAST AS CHUCK'S SHBOOM CHIP.

8          SO FAST FORWARD TO TODAY.  TODAY EVERY HIGH SPEED

9    MICROPROCESSOR IN THE WORLD USES CHUCK MOORE'S TRAIL BLAZING

10   CHOCKING SYSTEM.

11         WHY?  BECAUSE IT'S IMPOSSIBLE TO MAKE A SMARTPHONE THAT

12   CAN SURF THE INTERNET, RECEIVE AND RESPOND TO E-MAIL, TAKE

13   PHOTOGRAPHS, TEXT THEM TO YOUR FRIENDS AND RELATIVES WITHOUT A

14   REALLY FAST MICROPROCESSOR, AND IT'S IMPOSSIBLE TO GET A REALLY

15   FAST HIGH PERFORMANCE MICROPROCESSOR WITHOUT USING THE CLOCKING

16   SYSTEM THAT CHUCK MOORE INVENTED IN 1989.  WE'RE GOING TO TALK

17   ABOUT THAT IN THIS TRIAL.

18         NOW, WHILE IT'S NATURAL FOR PEOPLE TO FORGET ABOUT OLDER

19   INVENTIONS AND KIND OF TAKE THEM FOR GRANTED, THERE ARE SOME

20   MANUFACTURING COMPANIES THAT WOULD ACTUALLY LIKE TO FORGET

21   ABOUT WHAT WAS DONE BEFORE, LIKE HTC.

22         THEY WANT TO TELL YOU THAT THE WORLD HAS PASSED

23   CHUCK MOORE BY AND THAT HIS INVENTION IS NOW AN OBSOLETE

24   CLOCKING SYSTEM THAT BEARS NO RELATIONSHIP TO HOW HTC CLOCKS

25   ITS SMARTPHONES.

1          BUT AS THE JURY HERE IN THIS CASE, YOU'VE GOT TO ASK

2     YOURSELVES A QUESTION.  IF THE WORLD HAS PASSED CHUCK MOORE BY

3     AND HIS INVENTION IS NOW IRRELEVANT, WHY HAVE SO MANY LARGE

4     GLOBAL ELECTRONICS COMPANIES ALREADY PURCHASED A LICENSE FOR

5     PERMISSION TO PRACTICE CHUCK MOORE'S MICROPROCESSOR PATENTS,

6     INCLUDING THE '336 PATENT?  COMPANIES LIKE INTEL, SONY, NOKIA,

7     H-P, APPLE, PANASONIC, RIM/BLACKBERRY, AND MANY, MANY OTHERS

8     HAVE ALREADY PURCHASED LICENSES TO THE MOORE MICROPROCESSOR

9     PORTFOLIO, WHICH INCLUDES THE '336 PATENT.

10         IN OTHER WORDS -- OH, AND THIS IS ONLY A PARTIAL LIST.  I

11    SHOULD POINT OUT, THERE ARE OVER 100 COMPANIES THAT HAVE PAID

12    FOR A LICENSE TO PRACTICE CHUCK MOORE'S PATENTS, INCLUDING THE

13    '336.  IN OTHER WORDS, THESE COMPANIES HAVE ALREADY

14    ACKNOWLEDGED THE GENIUS OF CHUCK MOORE'S INVENTION.

15         LET'S BACK UP LITTLE BIT BECAUSE I THINK IT'S VERY

16    IMPORTANT FOR YOU TO UNDERSTAND A LITTLE BIT ABOUT THE

17    TECHNOLOGY IN THIS CASE SO THAT YOU CAN UNDERSTAND

18    CHUCK MOORE'S INVENTION AND WHY HTC INFRINGES IT.

19         SO IF I COULD, I'M GOING TO TRY TO HELP YOU UNDERSTAND THE

20    TECHNOLOGY.

21         SO LET'S START OUT WITH SOMETHING BASIC, OR RELATIVELY

22    BASIC.  WHAT IS A MICROPROCESSOR?

23         AND I THINK IT'S EASIEST TO UNDERSTAND THIS IF WE PUT IT

24    IN THE CONTEXT OF SOMETHING THAT'S FAMILIAR TO US, WHICH IS A

25    MOBILE PHONE, WHICH I THINK JUST ABOUT ALL OF US HAVE, NOT

1    EVERYBODY, BUT MOST PEOPLE DO.

2         NOW, HERE WE HAVE UP ON THE SCREEN A MOBILE PHONE FROM ONE

3    OF THE COMPANIES THAT HAS PAID FOR A LICENSE TO USE THE

4    TECHNOLOGY THAT CHUCK MOORE INVENTED.  THIS, OF COURSE, IS AN

5    APPLE IPHONE.

6         NOW, IF WE LOOK INSIDE THIS OR ANY OTHER SMARTPHONE, WE'RE

7    GOING TO SEE SEVERAL COMPONENTS, AND I WANT TO FOCUS ON A FEW

8    OF THEM.

9         AS YOU MAY KNOW, IF YOU OPEN UP A MOBILE PHONE OR MOST

10   OTHER ELECTRONIC PRODUCTS, YOU USUALLY ARE GOING TO SEE A GREEN

11   BOARD WITH A BUNCH OF CHIPS AND OTHER THINGS MOUNTED TO IT.  WE

12   CALL THAT GREEN BOARD A PRINTED CIRCUIT BOARD.

13        AND IN THIS EXAMPLE, THE BIG COMPUTER CHIP IN THE MIDDLE

14   IS LABELED PROCESSOR, AND THAT'S THE MICROPROCESSOR.  IT'S

15   BASICALLY A MINI COMPUTER THAT FITS ALL ON A SINGLE SILICON

16   CHIP.

17        AND LIKE I TOLD YOU BEFORE, CHUCK'S ACTUALLY NOW WORKING

18   ON A MICROPROCESSOR THAT HAS 144 MINI COMPUTERS ON THE SAME

19   CHIP.

20        BUT BASICALLY WHAT DOES A MICROPROCESSOR DO?  WELL, IT

21   DOES ALL OF THE WORK AND COMPUTATIONS AND MOVING OF DATA AND

22   THINGS THAT YOUR PHONE NEEDS TO BE ABLE TO DO TO DO WHAT YOU

23   WANT TO DO WITH YOUR PHONE:  TEXT MESSAGING; SEARCHING THE

24   INTERNET; TAKING PHOTOS AND E-MAILING THEM TO YOUR FAMILY;

25   WATCHING VIDEOS; EVEN MAKING PHONE CALLS.  ALL OF THAT IS

1      MANAGED AND CONTROLLED BY THE MICROPROCESSOR.  IT IS THE BRAIN

2      OF YOUR PHONE.  IT IS THE MOST IMPORTANT PART.

3          NOW, AS YOU CAN SEE HERE, THERE ARE SOME OTHER PARTS OF A

4      MOBILE PHONE, TOO, LIKE MEMORY, THE CAMERA, AND SOME OTHER

5      THINGS THAT WE SEE HERE ON THE PRINTED CIRCUIT BOARD.

6          AND IT'S IMPORTANT TO NOTICE THAT ALL OF THESE THINGS ARE

7      ACTUALLY CONNECTED TO THE MICROPROCESSOR.

8          NOW, WHY IS THAT?  THE REASON THOSE OTHER COMPONENTS ARE

9      CONNECTED TO THE MICROPROCESSOR IS THAT THE MICROPROCESSOR DOES

10     THE PROCESSING AND THE COMPUTATIONS AND THE MANIPULATION OF

11     DATA SO THAT YOU CAN DO THE THINGS THAT YOU WANT TO DO.

12         AND SO, FOR EXAMPLE, IF YOU TAKE A PICTURE AND YOU WANT TO

13     DO SOMETHING WITH IT, THAT FILE GETS SENT FROM THE CAMERA TO

14     THE MICROPROCESSOR.  THAT WOULD BE CALLED AN INPUT.  THAT'S AN

15     INPUT INTO THE MICROPROCESSOR.

16         THEN IF THE MICROPROCESSOR DOES SOMETHING WITH IT, LIKE

17     YOU WANT TO ADJUST THE PHOTO OR ATTACH IT TO AN E-MAIL OR

18     WHATEVER AND IT SENDS IT OUT, THAT IS CALLED AN OUTPUT FROM THE

19     MICROPROCESSOR.

20         SO YOU'RE GOING TO HEAR A LOT IN THIS CASE ABOUT THE FACT

21     THAT A MICROPROCESSOR HAS AN INPUT/OUTPUT INTERFACE, OR AN I/O

22     INTERFACE.

23         AND THAT'S ACTUALLY -- IF WE CAN GO TO THE NEXT SLIDE --

24     AN INPUT/OUTPUT INTERFACE IS ON THE CHIP, SO IT'S ACTUALLY PART

25     OF THE MICROPROCESSOR, AND I'M NOT A CHIP ENGINEER, SO I DON'T

1    REALLY KNOW EXACTLY WHERE IT WOULD BE, BUT LIKELY IT'S SOME

2    CIRCUITRY NEAR THE EDGE OF THE CHIP, WHICH THE PURPOSE OF IT IS

3    JUST TO HELP THE CHIP GET INFORMATION INTO THE CHIP THAT IT CAN

4    MANIPULATE AND THEN SEND DATA OR FILES OUT OF THE CHIP,

5    INPUT/OUTPUT.

6         SO IF WE GO BACK AND LOOK AT THE BOARD, YOU CAN SEE AGAIN

7    ALL OF THESE LITTLE CONNECTIONS ON THAT GREEN PRINTED CIRCUIT

8    BOARD ARE CONNECTING THESE PERIPHERALS, MEMORY, CAMERA, ET

9    CETERA, TO THE MICROPROCESSOR.

10        AND AGAIN, AS WE DISCUSSED, THAT'S IMPORTANT FOR GETTING

11   THINGS INTO THE CHIP AND OFF OF THE CHIP, WHICH IS MANAGED BY

12   THE INPUT/OUTPUT INTERFACE ON THE CHIP.

13        SO LET'S TALK A LITTLE BIT MORE ABOUT WHAT A

14   MICROPROCESSOR DOES AND HOW IT DOES IT.  AS YOU CAN SEE, IT HAS

15   ALL KINDS OF CIRCUITRY ON IT, AND THAT CIRCUITRY IS MADE UP OF

16   TEENY, TINY PARTS CALLED TRANSISTORS.  THEY'RE MICROSCOPIC,

17   REALLY.  I MEAN, WE CAN SEE THINGS ON THIS, ON THIS PICTURE

18   HERE JUST BECAUSE THEY'RE ACCUMULATED IN SUCH A WAY THAT YOU

19   CAN SEE GROUPS OF TRANSISTORS BASICALLY.

20        BUT WHAT DOES A MICROPROCESSOR DO THEN?  IT HAS THE

21   ABILITY TO DO MATH FUNCTIONS.  FOR EXAMPLE, IT CAN STORE DATA

22   IN MEMORY, BOTH MEMORY THAT IS ON THE CHIP, AS WELL AS MEMORY

23   THAT'S OFF THE CHIP.

24        NOW, I DON'T WANT TO GET TOO CONFUSING HERE BECAUSE WE

25   TALKED ABOUT INPUT/OUTPUT INTERFACE AND HOW IF THE CHIP DOES

1    SOME KIND OF PROCESSING ON A FUNCTION, WHEN IT SENDS IT OFF,

2    THEN IT WANTS TO SEND IT OFF THE CHIP TO EXTERNAL MEMORY,

3    THAT'S TRUE.

4        BUT MOST MICROPROCESSORS ACTUALLY ALSO HAVE MEMORY ON THE

5    CHIP, SO IF YOU LOOK AT THIS ONE IN PARTICULAR, THESE AREAS

6    THAT LOOK VERY UNIFORM ARE VERY LIKELY MEMORY THAT'S ON THE

7    CHIP.

8        SO THE MICROPROCESSOR HAS DIFFERENT PARTS.  IT'S GOT, YOU

9    KNOW, THESE MEMORY MODULES, IT'S GOT THE INPUT/OUTPUT INTERFACE

10   WE TALKED ABOUT FOR GETTING STUFF ON AND OFF THE CHIP.

11       AND THEN THE MOST IMPORTANT PART OF THE MICROPROCESSOR,

12   THE BRAIN OF THE MICROPROCESSOR IF YOU WILL, IS CALLED THE CPU

13   OR A CENTRAL PROCESSING UNIT, AND I DON'T KNOW EXACTLY WHERE

14   THAT IS, BUT IT'S SOMEWHERE IN HERE, AND IT DOES ALL OF THE

15   EXECUTIONS OF INSTRUCTIONS AND MANIPULATION OF DATA.

16       SO JUST LIKE THE MICROPROCESSOR CHIP IS THE BRAIN OF YOUR

17   PHONE, THE CPU, OR THE CENTRAL PROCESSING UNIT INSIDE OF THE

18   MICROPROCESSOR IS THE BRAIN OF THE MICROPROCESSOR.

19       SO IT DOES ALL KINDS OF FUNCTIONS THAT HELP YOU DO THE

20   THINGS THAT YOU WANT TO DO WITH YOUR PHONE, LIKE WE TALKED

21   ABOUT, USING THE INTERNET BROWSER, MAKE PHONE CALLS, E-MAIL,

22   TEXTING, PLAY GAMES, ET CETERA.

23       AND WHAT'S REALLY IMPORTANT TO UNDERSTAND ABOUT HOW THE

24   MICROPROCESSOR DOES ALL OF THOSE THINGS IS THAT TIMING IS

25   CRITICAL BECAUSE THE MICROPROCESSOR AND THE DIFFERENT PARTS OF

```
 1        IT HAVE TO KNOW WHEN THINGS ARE GOING TO BE DONE AND WHAT ORDER

 2   THEY'RE DONE IN.

 3        SO IN ORDER TO ACHIEVE THAT TIMING SO THAT THE CHIP KNOWS

 4   WHEN TO DO THINGS AND WHAT ORDER TO DO THEM IN, THAT REQUIRES

 5   SOMETHING THAT WE CALL A CLOCK, OR A CLOCK SIGNAL, AND THAT'S

 6   REALLY WHERE NOW WE'RE STARTING TO GET TO CHUCK MOORE'S

 7   INVENTION.

 8        SO WHAT IS A CLOCK OR A CLOCK SIGNAL IN THE CONTEXT OF A

 9   MICROPROCESSOR?  IT'S ACTUALLY A MUCH SIMPLER, STRAIGHTFORWARD

10   CONCEPT THAN YOU MIGHT THINK.  FOR A MICROPROCESSOR, A CLOCK IS

11   JUST SOMETHING, A DEVICE THAT SENDS A TIMING SIGNAL TO THE CPU

12   AND OTHER PARTS OF THE MICROPROCESSOR TO PROVIDE TIMING.

13        IT'S ACTUALLY VERY SIMILAR TO THE TICK, TOCK, TICK, TOCK

14   OF A NORMAL CLOCK THAT WE'RE ALL FAMILIAR WITH.  OR IF YOU HAVE

15   A DIGITAL WATCH, FOR EXAMPLE, LIKE THIS ONE, WHERE THIS IS

16   SHOWING 1:00 O'CLOCK, ONE SECOND, TWO SECONDS, WE SEE TIME

17   GOING BY, AND A CLOCK SIGNAL IS VERY SIMILAR TO THAT IN A

18   MICROPROCESSOR EXCEPT YOU SEE HERE A CLOCK SIGNAL IN A

19   MICROPROCESSOR IS REPRESENTED BY THE SQUARE WAVE, AND BASICALLY

20   EVERY TIME THERE'S AN EDGE OF THE SQUARE WAVE THAT GETS TO A

21   CERTAIN POINT, THAT'S AN INDICATION THAT AN INSTRUCTION SHOULD

22   BE EXECUTED, SO THAT WAY THE CLOCK HELPS CONTROL THE TIMING FOR

23   THE MICROPROCESSOR SO THAT IT KNOWS WHAT TO DO, WHEN TO DO IT,

24   AND WHAT ORDER TO DO IT IN.

25        SO THE CLOCK IS VERY IMPORTANT TO COORDINATE THE FUNCTIONS
```

1    OF THE MICROPROCESSOR CHIP, AND FOR THAT MATTER, TO ALSO

2    COORDINATE THE FUNCTIONS OF THE MICROPROCESSOR CHIP WITH ALL OF

3    THESE OTHER THINGS IN THE PHONE ON THE PRINTED CIRCUIT BOARD,

4    BECAUSE JUST LIKE THE FUNCTIONS OF THE MICROPROCESSOR HAVE TO

5    BE COORDINATED WITH THE TIMING SIGNAL, THE TIMING SIGNAL ALSO

6    HAS TO BE USED TO COMMUNICATE WITH THINGS OUTSIDE OF THE CHIP,

7    LIKE CAMERA, MEMORY, ET CETERA.

8         SO THAT'S AN IMPORTANT CONCEPT, HOW IMPORTANT CLOCK

9    SIGNALS ARE FOR THE TIMING OF A MICROPROCESSOR TO MAKE SURE IT

10   EXECUTES THINGS IN THE RIGHT ORDER AND AT THE RIGHT TIME.

11        NOW, ANOTHER THING THAT'S IMPORTANT TO UNDERSTAND ABOUT

12   CLOCK SIGNALS IS A VERY IMPORTANT CHARACTERISTIC OF THEM IS HOW

13   FAST THEY ARE, BECAUSE THERE ARE SOME FAST CLOCKS AND SOME SLOW

14   CLOCKS, AND WHEN WE TALK ABOUT THE SPEED OF A CLOCK, THERE'S A

15   SPECIAL WORD THAT WE USE TO REFER TO THAT AND THAT'S FREQUENCY.

16        SO AS I'M SURE YOU CAN APPRECIATE, IF A MICROPROCESSOR HAS

17   A FASTER CLOCK SIGNAL WITH A HIGHER FREQUENCY, IT CAN ACTUALLY

18   DO MORE WORK IN A SHORTER AMOUNT OF TIME.

19        IF IT HAS A LOWER SPEED CLOCK SIGNAL WITH A LOWER

20   FREQUENCY OR A SLOWER SPEED, IT CAN'T DO AS MUCH WORK IN THE

21   SAME AMOUNT OF TIME BECAUSE IT EXECUTES INSTRUCTIONS WITH

22   EVERY, WITH EVERY CLICK OF THE CLOCK SIGNAL, EVERY TICK, TOCK.

23        SO I'M SURE, YOU KNOW, MANY OF US REMEMBER IN HIGH SCHOOL

24   WHEN WE LEARNED ABOUT SIGN WAVES, AND THAT'S REALLY A VERY

25   SIMILAR CONCEPT OF THESE SQUARE WAVES HERE EXCEPT THAT THEY'RE

1    SQUARE INSTEAD OF BEING WAVY LINE A SIGN WAVE.

2        SO CLOCK SIGNALS IN A COMPUTER -- LET ME TALK TO YOU ABOUT

3    HOW THEY'RE REPRESENTED NORMALLY.

4        SO IN A COMPUTER, EVERYTHING IS DONE NORMALLY WITH 1'S AND

5    0'S, AND A LOT OF TIMES THAT'S KEPT TRACK OF WITH A VOLTAGE.

6        SO IF YOU LOOK AT THIS CLOCK SIGNAL AND WE JUST KEEP IT ON

7    THE SCREEN HERE FOR A MINUTE, THE LOW PART OF THIS SQUARE WAVE

8    IS PROBABLY REPRESENTED BY A LOW VOLTAGE LIKE 0 VOLTS, AND THE

9    TOP PART OF THE SQUARE WAVE IS PROBABLY REPRESENTED IN A

10   COMPUTER BY A HIGHER VOLTAGE, LIKE 1 VOLT.

11       SO BASICALLY -- IF WE COULD RUN THE ANIMATION AGAIN, BILL,

12   PLEASE?  THANK YOU.

13       YOU'VE GOT THIS ALTERNATING HIGH/LOW SIGNAL, AND IN A

14   COMPUTER, AGAIN, IT WOULD BE HIGH, LOW, HIGH, LOW, MEANING A

15   HIGH VOLTAGE, LOW VOLTAGE.  OR 1, 0, 1, 0, WHICH IS HOW

16   COMPUTERS DO EVERYTHING BASICALLY.  THEY STORE INFORMATION IN

17   1'S AND 0'S.

18       THAT'S HOW THE CLOCKS ARE, TOO.  SO THIS -- LET'S RUN THIS

19   ONE MORE TIME JUST SO THAT WE CAN LOOK AT THE FREQUENCY CHANGE

20   AGAIN.

21       LIKE WE TALKED ABOUT, THERE ARE ALSO DIFFERENT -- IT'S

22   POSSIBLE TO HAVE A DIFFERENT FREQUENCY FOR A CLOCK.  SO IF YOU

23   LOOK AT THIS ONE IN PARTICULAR, THIS IS KIND OF A SLOW

24   FREQUENCY, WHICH MEANS THAT THESE SQUARE WAVES ARE BIGGER,

25   THEY'RE FATTER, IT TAKES LONGER FOR THEM TO GO BY THE DOTTED

```
 1        LINE, AND SO THAT WE WOULD SAY IS A LOW FREQUENCY.

 2            HERE WE GET A FASTER FREQUENCY BECAUSE THE SQUARE WAVES

 3        ARE SHORTER.  THEY'RE SHORTER AND THEY'RE CLOSER TOGETHER AND

 4        THAT, AGAIN, ALLOWS MORE INSTRUCTIONS TO BE EXECUTED BY THE

 5        COMPUTER, MORE WORK TO GET DONE IN A SHORTER AMOUNT OF TIME.

 6            YOU MAY HAVE ALSO HEARD ABOUT HOW FREQUENCY IS MEASURED.

 7        YOU MAY HAVE HEARD OF THE TERM "HERTZ."  A HERTZ BASICALLY

 8        MEANS ONE CYCLE PER SECOND, AND SO IF WE'RE TALKING ABOUT A

 9        CYCLE WITH A SQUARE WAVE CLOCK SIGNAL, WE'RE TALKING ABOUT THE

10        TIME IT TAKES TO GO FROM HIGH TO LOW AND BACK UP TO HIGH.

11        THAT'S ONE CYCLE.  SO IF IT TAKES ONE SECOND TO DO THAT, THAT'S

12        1 HERTZ.

13            NOW, YOU MAY ALSO BE FAMILIAR THAT RADIO STATIONS, FM

14        RADIO STATIONS MEASURE THEIR FREQUENCY IN MEGAHERTZ, AND A

15        MEGAHERTZ IS ONE MILLION CYCLES PER SECOND.

16            SO WITH THAT BACKGROUND, NOW LET'S GO BACK TO 1988, THE

17        YEAR BEFORE CHUCK MOORE CAME UP WITH HIS INVENTION IN THE '336

18        PATENT.

19            WHAT DID MICROPROCESSORS USE FOR CLOCKS AND CLOCK SIGNALS

20        IN 1988?  WELL, GENERALLY THEY USED A LITTLE COMPONENT CALLED A

21        CRYSTAL OSCILLATOR.

22            NOW, YOU PROBABLY HAVE HEARD THAT A LOT OF WRISTWATCHES

23        USE A QUARTZ CRYSTAL.  BUT WHAT DO THEY USE IT FOR?  IT'S

24        ACTUALLY USED TO PROVIDE A VIBRATING CLOCK SIGNAL TO THE WATCH

25        WHICH THE WATCH THEN USES TO KEEP TRACK OF TIME.
```

1          AND THE REASON THEY USE A QUARTZ CRYSTAL IS THAT IF YOU

2     CUT THE QUARTZ CRYSTAL VERY PRECISELY IN A SPECIAL SHAPE AND

3     SIZE AND YOU PUT IT IN AN ELECTRIC COMPONENT AND PUT SOME

4     ELECTRICITY ON IT, IT WILL VIBRATE, OR WHAT WE CALL OSCILLATE,

5     AND IT OSCILLATES IN A VERY PREDICTABLE MANNER, SO THAT WAY

6     THAT VIBRATION CAN BE USED BY THE WATCH TO KEEP TRACK OF TIME.

7          WELL, BACK IN 1988, COMPUTERS ALSO USED QUARTZ CRYSTAL

8     OSCILLATORS TO PROVIDE A CLOCK SIGNAL TO COMPUTERS, AND THIS IS

9     HOW THEY DID IT, THE SAME WAY.  THEY TAKE A PIECE OF QUARTZ,

10    THEY CUT IT IN A VERY PRECISE SHAPE AND SIZE, SOMETIMES

11    INVOLVING POLISHING OR WHATEVER, AND THEY PUT IT IN A

12    COMPONENT.  IT'S ACTUALLY NOT REALLY EXPOSED LIKE THIS.  IT'S

13    USUALLY IN WHAT THEY CALL A TIN CAN.  IT LOOKS LIKE A LITTLE

14    METAL THING ON THE PRINTED CIRCUIT BOARD.

15         AND THEN THEY PUT ELECTRICITY ON IT AND IT VIBRATES, JUST

16    LIKE A TUNING FORK IF YOU'RE FAMILIAR WITH THAT, AND IT

17    VIBRATES IN A VERY PREDICTABLE WAY TO PROVIDE A CLOCK SIGNAL,

18    THIS TICK, TOCK, TICK, TOCK WE'VE BEEN TALKING ABOUT.

19         NOW, QUARTZ CRYSTAL OSCILLATORS WERE USED TO PROVIDE A

20    CLOCK SIGNAL FOR ESSENTIALLY ALL MICROPROCESSORS IN 1988 BEFORE

21    CHUCK MOORE'S INVENTION, AND HERE'S AN ILLUSTRATION OF THAT.

22         SO WE HAVE A PRINTED CIRCUIT BOARD AGAIN, WE'VE GOT A

23    MICROPROCESSOR, AND WE'VE GOT THIS EXTERNAL COMPONENT AND THAT

24    IS REPRESENTING AN EXTERNAL QUARTZ CRYSTAL OSCILLATOR THAT

25    IS -- THAT HAS ELECTRICITY SENT TO IT AND IT'S VIBRATING AND SO

1    IT'S CREATING THIS OSCILLATING CLOCK SIGNAL THAT CAN BE USED AS

2    A 1, 0, 1, 0 TIMING SIGNAL FOR THE MICROPROCESSOR TO EXECUTE

3    ITS WORK.

4        NOW, HOW FAST WERE THOSE MICROPROCESSORS IN THE 1988, 1989

5    TIMEFRAME THAT WERE CLOCKED WITH THESE CRYSTAL OSCILLATORS?

6    THE FASTEST ONES WERE GENERALLY ABOUT 10 MEGAHERTZ, WHICH IS 10

7    MILLION CYCLES PER SECOND.

8        NOW, THAT SOUNDS PRETTY FAST, RIGHT?

9        BUT IT'S REALLY NOTHING COMPARED TO THE SPEED OF TODAY'S

10   MICROPROCESSORS IN MODERN CELL PHONES AND OTHER ELECTRONIC

11   DEVICES BECAUSE NOW WE HAVE SMARTPHONES AND COMPUTERS THAT RUN

12   AT 1 OR 2 GIGAHERTZ, AND JUST FOR REFERENCE, A GIGAHERTZ IS ONE

13   BILLION CYCLES PER SECOND, AND THAT'S 100 TIMES FASTER THAN ONE

14   OF THESE QUARTZ CRYSTAL OSCILLATORS BACK IN '88 AND '89.

15       BUT EVEN THOUGH WE HAVE CLOCKS NOW THAT ARE MUCH FASTER,

16   THERE WERE SOME BENEFITS TO USING CRYSTAL CLOCKS, AND ONE IS

17   THAT THEY'RE VERY PREDICTABLE.  THE FREQUENCY OF THE CRYSTAL

18   CLOCK REALLY DOESN'T CHANGE MUCH IF YOU CHANGE THE VOLTAGE TO

19   IT OR IF YOU CHANGE THE TEMPERATURE, WHICH IS NOT REALLY TRUE

20   OF SEMICONDUCTOR CHIPS.

21       THE PERFORMANCE OF A COMPUTER CHIP CAN ACTUALLY GO DOWN OR

22   UP DEPENDING ON CONDITIONS.  YOU KNOW, IF YOU HAVE -- IF YOU'VE

23   EVER HAD A COMPUTER THAT WAS OVERHEATING, THAT ACTUALLY

24   DEGRADES THE PERFORMANCE.  IT MAKES THE PERFORMANCE OF THE

25   CHIPS IN THE COMPUTER WORSE BECAUSE IT'S TOO HOT WHICH IS WHY

1    COMPUTERS OFTEN HAVE FANS.

2         AND BY THE SAME TOKEN, IF YOU RAISE THE VOLTAGE FOR A

3    SEMICONDUCTOR CHIP, GENERALLY IT'S ABLE TO GO FASTER AND DO

4    MORE WORK IN A SHORTER AMOUNT OF TIME.

5         BUT IT'S NOT REALLY THAT WAY WITH THE CRYSTAL OSCILLATORS.

6         SO LET'S TAKE A LOOK AT THIS ANIMATION HERE.  AND THIS IS

7    THE WAY, AGAIN, CLOCKING WAS DONE BACK IN THE '88, '89

8    TIMEFRAME WHEN CHUCK MOORE CAME UP WITH HIS INVENTION.

9         SO YOU SEE HERE WE HAVE AN OFF-CHIP CRYSTAL OSCILLATOR

10   WITH A 20 MEGAHERTZ CRYSTAL CLOCK, AND THAT'S -- THE SPEED OF

11   IT IS REPRESENTED BY THIS ORANGE BALL, AND IT'S VERY REGULAR.

12        OVER HERE ON THE LEFT WE HAVE THIS THERMOMETER WHICH SHOWS

13   THAT WHEN IT'S HOT -- LET'S TRY THIS.  WHEN IT'S COOL, ACTUALLY

14   THE SEMICONDUCTOR CHIP HAS THE ABILITY TO RUN WAY FASTER.

15        BUT THE SPEED OF THE CPU IS CONTROLLED BY THE OFF-CHIP

16   CRYSTAL, SO IF YOU LOOK AT THE ORANGE BALLS ON BOTH OF THESE,

17   THEY ARE TRACKING EACH OTHER.  DO YOU SEE THAT?  THE ORANGE

18   BALL IN THE CPU IS ALWAYS GOING AT THE SAME SPEED AND IT

19   CORRESPONDS TO THE ORANGE BALL ON THE CRYSTAL OSCILLATOR, AND

20   THAT'S BECAUSE -- AND THIS IS VERY IMPORTANT TO UNDERSTAND -- A

21   MICROPROCESSOR, OR A CPU, CAN NEVER GO FASTER THAN ITS CLOCK

22   SIGNAL.  IN FACT, IT MUST EXECUTE INSTRUCTIONS AT EXACTLY THE

23   SAME RATE AS THE CLOCK SIGNAL.

24        SO HERE WE SEE, WHEN TEMPERATURE GOES UP AND DOWN, THE

25   SPEED OF THE CRYSTAL OSCILLATOR STAYS THE SAME, AND THAT MAKES

1      THE SPEED OF THE CPU STAY THE SAME.

2          SO WHAT, MAY YOU ASK, IS THE PURPLE BALL?  THE PURPLE BALL

3      SIMPLY REPRESENTS THE CAPABILITY OF THE CPU, AND IT'S WASTED IN

4      THIS EXAMPLE.  SO YOU SEE WHEN IT GETS COOL, THE PURPLE BALL

5      RACES AROUND.  THAT MEANS THAT THE CPU COULD GO FASTER.

6          BUT IT'S LIMITED BY THE CLOCK SIGNAL FROM THE CRYSTAL

7      CLOCK.  SO THE CPU ALWAYS HAS TO GO AT THE SPEED OF THE

8      EXTERNAL CRYSTAL REPRESENTED BY THE ORANGE BALL.

9          NOW, WE HAVE THE OPPOSITE EFFECT WITH VOLTAGE, OR I SHOULD

10     SAY THE OPPOSITE EFFECT ON A CPU, ON A COMPUTER CHIP.

11         SO IF WE RUN THIS ANIMATION, YOU CAN SEE THAT WITH LOW

12     VOLTAGE, EVERYTHING IS GOING ABOUT THE SAME SPEED.  AGAIN, THIS

13     CPU IS BEING CLOCKED BY THE EXTERNAL CRYSTAL OSCILLATOR, THE

14     ORANGE BALL.

15         NOW, VOLTAGE GOES UP.  THE CPU COULD GO FASTER, A COMPUTER

16     CHIP CAN GO FASTER IF THE VOLTAGE GOES UP.

17         BUT THE EXTERNAL CRYSTAL CLOCK WON'T LET IT BECAUSE IT'S

18     PROVIDING THE CLOCK SIGNAL TO THE CPU AND, AGAIN, THE CPU

19     CANNOT EXECUTE INSTRUCTIONS AT A DIFFERENT SPEED THAN THE CLOCK

20     SIGNAL.  THEY'RE ALWAYS THE SAME SPEED.

21         SO THAT, IF YOU WILL, IS A BIT OF A DISADVANTAGE FROM

22     USING AN OFF-CHIP CRYSTAL CLOCK BECAUSE UNDER GOOD CONDITIONS,

23     YOU CAN'T REALLY TAKE ADVANTAGE OF IT.  YOU'RE LIMITED IN SPEED

24     WITH THE OFF-CHIP CRYSTAL CLOCK.

25         AND THE OTHER, THE OTHER PROBLEM WITH CRYSTALS -- LET'S GO

1    TO THE NEXT SLIDE, IF WE COULD, PLEASE, BILL -- I KNOW WE'VE

2    SEEN THIS BEFORE, BUT THERE'S A MANUFACTURING PROBLEM WITH

3    CRYSTAL OSCILLATORS, WHICH IS THAT IF YOU WANT A FASTER CRYSTAL

4    OSCILLATOR, YOU HAVE TO CUT THE CRYSTAL SMALLER AND SMALLER SO

5    THAT IT VIBRATES FASTER AND FASTER.  SO A SMALL CRYSTAL

6    VIBRATES FASTER THAN A BIG ONE.

7        BUT THERE'S A LIMITATION ON HOW FINELY YOU CAN CUT THESE

8    CRYSTALS SO THAT THEY'LL OSCILLATE VERY QUICKLY, AND BASICALLY

9    THAT LIMIT IS ABOUT 30 TO 50 MEGAHERTZ.  YOU CAN'T REALLY MAKE

10   A CRYSTAL OSCILLATOR THAT WILL OSCILLATE FASTER THAN 30 TO 50

11   MEGAHERTZ.

12       SO, AGAIN, TODAY'S CHIPS, THEY'RE RUNNING A HUNDRED TIMES

13   FASTER THAN THAT ALMOST.  THEY'RE RUNNING AT 1, 1.0, 2.0

14   GIGAHERTZ SOMETIMES, SO WE'RE GOING TO TALK ABOUT WHY THAT IS.

15       SOMETHING ELSE THAT YOU NEED TO UNDERSTAND ABOUT, ABOUT A

16   CRYSTAL OSCILLATOR IS THAT -- YOU KNOW, I'VE WONDERED BEFORE,

17   SOME PEOPLE HAVE ASKED ME AND I'VE COME TO LEARN THAT, YOU

18   KNOW, PEOPLE ASK, WELL, WHY CAN'T YOU JUST TAKE THAT 20

19   MEGAHERTZ SIGNAL THAT YOU GET FROM THE CRYSTAL OSCILLATOR, AND

20   WHEN YOU GET IT ONTO THE CHIP COMPUTER, A MICROPROCESSOR, JUST

21   USE SOME KIND OF CIRCUITRY TO MULTIPLY IT UP?  RIGHT?

22       WELL, THE PROBLEM IS, AS A MATTER OF PHYSICS, IT'S NOT

23   POSSIBLE TO MULTIPLY ONE OF THESE CLOCK SIGNALS AND -- YOU

24   KNOW, FROM, FOR EXAMPLE, 20 MEGAHERTZ MULTIPLIED BY 10 AND GET

25   200 MEGAHERTZ.  THERE IS NO SUCH CIRCUITRY TO DO

1    MULTIPLICATION.

2         YOU'LL HEAR FROM OUR EXPERT IN THIS CASE, DR. OKLOBDZIJA,

3    HE'S AT U.C. DAVIS, THAT THAT IS CERTAINLY THE CASE THAT YOU

4    CAN DIVIDE A CLOCK SIGNAL.  SO IF YOU HAVE A 20 MEGAHERTZ

5    SIGNAL, YOU CAN CUT IT IN HALF SO THAT THERE'S ONLY 10

6    MEGAHERTZ, AND THERE'S CIRCUITRY THAT YOU CAN PUT ON A CHIP TO

7    DO THAT, BUT YOU CAN'T MULTIPLY IT.

8         AND SO SPEED, IF WE WANT FASTER ELECTRONIC DEVICES, YOU'VE

9    GOT TO DO SOMETHING ELSE FOR A CLOCK THAN USE A CRYSTAL

10   OSCILLATOR, WHICH BRINGS US BACK TO CHUCK MOORE IN 1989.

11        AT THAT TIME, MR. MOORE, WITH HIS CO-INVENTOR,

12   RUSSELL FISH, DECIDED THAT THEY WERE GOING TO SET OUT TO MAKE A

13   REVOLUTIONARY NEW PROCESSOR CALLED SHBOOM, AS I MENTIONED

14   EARLIER, AND THEY CAME UP WITH A REVOLUTIONARY CLOCK FOR THE

15   SHBOOM CHIP.

16        AND ALTHOUGH MR. MOORE KNEW THAT THE FASTEST

17   MICROPROCESSORS IN 1989 RAN AT ABOUT 10 MEGAHERTZ, HE WANTED

18   SHBOOM TO RUN WAY FASTER.  HE WANTED SHBOOM TO RUN AT 100

19   MEGAHERTZ.

20        WELL, HOW COULD HE POSSIBLY DO THAT?  IF YOU CAN'T

21   MULTIPLY A 10 MEGAHERTZ CRYSTAL BY 10 TO GET A HUNDRED, HOW CAN

22   YOU GET SUCH A FAST CLOCK?

23        WELL, INSTEAD OF USING A CRYSTAL OSCILLATOR TO CLOCK

24   SHBOOM, HE DECIDED THAT HE WAS GOING TO PUT CIRCUITRY RIGHT ON

25   THE MICROPROCESSOR CHIP, A SPECIAL CIRCUIT CALLED A RING

1    OSCILLATOR TO PROVIDE THE CLOCK SIGNAL FOR SHBOOM.

2         SO LET'S TALK ABOUT WHAT A RING OSCILLATOR IS.

3         NOW, YOU'LL NOTICE THAT THIS SAYS FIGURE 18.  THIS IS

4    ACTUALLY A FIGURE RIGHT FROM THE '336 PATENT TO EXPLAIN WHAT A

5    RING OSCILLATOR IS AND WHAT IT DOES.

6         SO BASICALLY IT'S A LITTLE TINY CIRCUIT ON THE COMPUTER

7    CHIP THAT LOOKS LIKE THIS.  IT HAS A BUNCH OF INVERTERS

8    ARRANGED IN A LOOP.  NOW, AN INVERTER IS ONE OF THESE TRIANGLE

9    THINGS WITH A LITTLE BUBBLE ON THE FRONT, AND WHAT IT DOES IS

10   ACTUALLY VERY SIMPLE.

11        IF WE CAN RUN THE ANIMATION, BILL?  THANK YOU.

12        SO AN INVERTER CHANGES THE SIGNAL THAT'S GOING THROUGH IT

13   FROM 1 TO 0 OR 0 TO 1.  REMEMBER HOW WE TALKED ABOUT HOW

14   COMPUTERS KEEP TRACK OF THINGS IN 1'S AND 0'S?  SO ALL THE

15   INVERTER DOES IS CHANGE THE SIGNAL FROM 1 TO 0 OR 0 TO 1, AND

16   YOU HAVE AN ODD NUMBER OF INVERTERS ARRANGED IN A LOOP OR A

17   RING, WHICH IS WHY YOU CALL IT A RING OSCILLATOR.

18        NOW, YOU HAVE TO HAVE AN ODD NUMBER, BECAUSE IF YOU HAD AN

19   EVEN NUMBER, YOU WOULDN'T GET AN OSCILLATED SIGNAL.

20        AND LET ME EXPLAIN TO YOU A LITTLE BIT MORE ABOUT HOW THIS

21   WORKS, BECAUSE IF YOU LOOK AT THIS, THE CLOCK SIGNAL WHICH YOU

22   SEE DOWN HERE, THE ANIMATION AT THE BOTTOM, ISN'T REPRESENTED

23   BY, YOU KNOW, THIS SIGNAL JUST GOING THROUGH EACH OF THESE

24   INVERTERS, 1, 0, 1, 0, EACH TIME YOU GO THROUGH AN INVERTER.

25        THE WAY YOU GET A CLOCK SIGNAL FROM THIS IS YOU ACTUALLY

1    HAVE TO LOOK AT THE 1 PLACE ON THE RING, LIKE LET'S CHOOSE

2    PHASE 3, WHEN IT GOES BY IT'S A 1.

3        NOW LET'S SEE WHAT IT IS WHEN IT COMES BACK.  THIS TIME

4    IT'S A 0.

5        AND SO THAT'S WHERE YOU GET YOUR CLOCK SIGNAL.  THAT'S

6    WHERE YOU GET YOUR SQUARE SIGN WAVE BY SAMPLING ONE SPOT ON

7    THAT RING OSCILLATOR.

8        IF YOU WANT THE RING OSCILLATOR TO GO FASTER AND BE A

9    FASTER CLOCK, YOU CAN TAKE INVERTERS OUT, BECAUSE EACH OF THESE

10   INVERTERS CAUSES A LITTLE BIT OF A DELAY WHICH IS WHY YOU GET

11   THIS ALTERNATING SIGNAL WHICH IS REPRESENTED BY YOUR SQUARE,

12   YOUR SQUARE WAVE AT THE BOTTOM.

13       SO THAT'S HOW A RING OSCILLATOR WORKS, AND THAT WAS THE

14   CLOCK THAT CHUCK MOORE CHOSE FOR HIS CLOCK IN SHBOOM TO CLOCK

15   THE CPU BECAUSE HE WANTED THE CPU AGAIN TO GO TEN TIMES FASTER

16   THAN THE FASTEST CHIPS THAT WERE RUNNING AT THAT TIME.

17       NOW, THE COOL THING ABOUT RING OSCILLATORS IS THAT THEY'RE

18   MADE UP -- AND, YOU KNOW, WE SAW PICTURES OF CHIPS EARLIER.

19   THE RING OSCILLATOR, INSTEAD OF BEING MADE OF THAT BIG CRYSTAL

20   IN A LITTLE TIN CAN ON THE BOARD, ON THE PRINTED CIRCUIT BOARD,

21   THE RING OSCILLATOR IS MADE UP OF THESE TEENY, TINY LITTLE

22   TRANSISTORS, THE SAME TYPES OF TRANSISTORS THAT ARE ON THE REST

23   OF THE MICROPROCESSOR CHIP.  IT'S ALL RIGHT THERE ON THE CHIP.

24       SO YOU HAVE THESE MICROSCOPIC TRANSISTORS, AND THE BENEFIT

25   OF HAVING A CLOCK MADE OF THAT ON THE SAME CHIP IS THAT IT CAN

1        GO REALLY, REALLY FAST, WHICH WAS SOMETHING THAT CHUCK MOORE

2        WANTED.

3            NOW, HIS ACTUAL SHBOOM CHIP DID NOT RUN AT 100 MEGAHERTZ,

4        BUT IT DID RUN AT 70 AND, AGAIN, THAT WAS MORE THAN TWICE AS

5        FAST AS THE INTEL 486 PROCESSOR WHICH WASN'T AVAILABLE UNTIL

6        THE END OF '89.

7            SO HE DID COME UP WITH SOMETHING TRULY REVOLUTIONARY, A

8        REALLY FAST CLOCK THAT WAS ON THE SAME CHIP AS THE CPU.

9            NOW, ANOTHER REALLY COOL THING ABOUT THE RING OSCILLATORS

10       IS THAT AS SEMICONDUCTOR TECHNOLOGY PROGRESSES OVER TIME, WE

11       GET SMALLER AND SMALLER AND SMALLER TRANSISTORS.

12           SO FOR POINT OF REFERENCE, IF THIS IS HELPFUL AT ALL, BACK

13       IN 1989 THE STATE OF THE ART FOR SEMICONDUCTOR TRANSISTORS, THE

14       LENGTH OF A TRANSISTOR APPROXIMATELY WAS ABOUT .8 MICRONS, AND

15       A MICRON IS ONE ONE-MILLIONTH OF A METER, SO YOU'RE TALKING

16       ABOUT SOMETHING THAT'S REALLY LITTLE.

17           BUT WHAT WE HAVE TODAY IS MUCH, MUCH SMALLER BECAUSE THE

18       CHIPS THAT INTEL MAKES TODAY IN 2013 ARE ACTUALLY 22 NANOMETERS

19       IS THE LENGTH OF A TRANSISTOR, AND A NANOMETER IS ONE

20       ONE-BILLIONTH OF A METER.

21           SO THE TRANSISTOR SIZE TODAY IS ABOUT 36 TIMES SMALLER

22       THAN IT WAS IN 1989, AND THAT MEANS THAT THE TRANSISTORS, LIKE

23       THE RING OSCILLATOR, CAN RUN AT SPEEDS OF ALMOST 50 TIMES

24       FASTER THAN THEY DID BACK IN 1989.

25           BUT WITH THE PROGRESS IN SEMICONDUCTOR TECHNOLOGY IN

1    SHRINKING THESE CHIPS DOWN IN THESE LITTLE TRANSISTORS AND

2    GETTING ALL THIS SPEED INCREASE, ALL OF THAT WOULD BE WASTED,

3    WE WOULDN'T EVEN BE ABLE TO TAKE ADVANTAGE OF IT, EXCEPT FOR

4    THE FACT THAT CHUCK MOORE CAME UP WITH THIS INVENTION AND PUT A

5    RING OSCILLATOR CLOCK ON THE SAME CHIP AS THE CPU IN A

6    MICROPROCESSOR.

7        OTHERWISE WE'D BE STUCK USING CRYSTAL OSCILLATORS TO CLOCK

8    OUR MICROPROCESSORS STILL.

9        SO FOR MODERN PROCESSORS IN TODAY'S SMARTPHONES, AGAIN,

10   WE'RE TALKING ABOUT REALLY HIGH FREQUENCIES, 500 MEGAHERTZ, A

11   GIGAHERTZ, EVEN 3 GIGAHERTZ IN SOME CASES, AND THOSE SPEEDS ARE

12   IMPOSSIBLE TO ACHIEVE WITH AN EXTERNAL CRYSTAL OSCILLATOR.

13   IT'S ONLY POSSIBLE TO ACHIEVE THOSE SPEEDS WITH AN ON-CHIP

14   OSCILLATOR, THE RING OSCILLATOR THAT CHUCK MOORE INVENTED TO

15   CLOCK THE SHBOOM CHIP WHICH HAS BEEN ADOPTED BY EVERYBODY NOW.

16       NOW, THERE WAS ANOTHER IMPORTANT ASPECT OF CHUCK MOORE'S

17   INVENTION IN THE SHBOOM CHIP.  WE TALKED ABOUT HOW THE

18   MICROPROCESSOR NEEDS TO COMMUNICATE WITH OTHER THINGS INSIDE

19   THE PHONE, LIKE MEMORY AND CAMERA AND STUFF LIKE THAT.

20       AND IN MODERN PHONES, YOU KNOW, WE USE USB CABLES AND HAVE

21   CAMERAS AND EVERYTHING, AND IT'S IMPORTANT TO UNDERSTAND THAT

22   THOSE PERIPHERALS, WE SOMETIMES CALL THEM, THAT COMMUNICATE

23   WITH THE INPUT/OUTPUT INTERFACE OF THE MICROPROCESSOR, THEY

24   CAN'T, THEY CAN'T RUN AT A GIGAHERTZ.  THEY HAVE TO RUN MUCH,

25   MUCH SLOWER.

1         SO CHUCK KNEW THAT HIS SHBOOM CHIP NEEDED TO COMMUNICATE

2    WITH THESE OTHER THINGS, LIKE MEMORY CHIPS, THAT RUN AT MUCH

3    SLOWER SPEEDS EVEN AT THAT TIME THAN THE 70 MEGAHERTZ SPEED OF

4    SHBOOM, AND SO ANOTHER ASPECT OF CHUCK'S INVENTION WAS TO

5    DECOUPLE THE VERY FAST CPU CLOCK FROM A SLOWER CLOCK THAT WOULD

6    BE USED TO CLOCK THE I/O INTERFACE.

7         NOW, WHAT DOES "DECOUPLE" MEAN?  BASICALLY IT'S JUST A

8    FANCY WORD FOR SAYING THAT HE HAD TWO DIFFERENT CLOCKS.  HE HAD

9    THE VERY FAST RING OSCILLATOR CLOCK TO CLOCK THE CPU, THE

10   BRAINS OF HIS MICROPROCESSOR, BUT THEN HE USED A DIFFERENT,

11   SLOWER CLOCK TO CLOCK THE INPUT/OUTPUT FUNCTIONS WHERE HIS

12   MICROPROCESSOR CHIP HAD TO COMMUNICATE WITH MEMORY AND OTHER

13   THINGS OFF CHIP.

14        SO LET'S TAKE A LOOK AT THIS NEXT ANIMATION, WHICH IS --

15   YOU SEE IT SAYS FIGURE 17.  AGAIN, THIS IS A MODIFIED VERSION

16   OF A FIGURE THAT COMES RIGHT FROM THE '336 PATENT, AND THIS

17   REALLY COMES RIGHT FROM THE INVENTION.

18        LET'S GO AHEAD AND PLAY THE ANIMATION.

19        SO YOU SEE HERE, CHUCK'S GOAL WAS TO MAKE SHBOOM RUN AT

20   100 MEGAHERTZ, SO WE'VE CHOSEN NUMBERS DOWN AT THAT RANGE.

21        AND REMEMBER WE TALKED ABOUT IF YOU INCREASE VOLTAGE, IT

22   CAN GO FASTER.  SO THE VOLTAGE IS HIGH -- WELL, WE'LL START

23   WITH VOLTAGE IS LOW AT 50 MEGAHERTZ.  VOLTAGE IS HIGH AT 100

24   MEGAHERTZ.  YOU SEE THAT THE RING OSCILLATOR CAN GO VERY FAST

25   AND IT CLOCKS THE CPU AT THE SAME SPEED.

1    REMEMBER WE SAID THE CPU, OR A MICROPROCESSOR, CAN NEVER

2    GO A DIFFERENT SPEED THAN THE CLOCK THAT'S CLOCKING IT.  SO

3    THESE TWO ARE ALWAYS IN SYNCH.  YOU'VE GOT YOUR RING OSCILLATOR

4    CLOCK AND THE CPU IS ALWAYS RUNNING AT THAT SPEED AND THAT CAN

5    BE VERY FAST BECAUSE THEY'RE ON THE SAME CHIP.

6    BUT THE DECOUPLING PART OF THE INVENTION WHERE THE CHIP

7    HAS TO COMMUNICATE WITH, WITH SLOWER MEMORY AND USB CABLES OR

8    WHATEVER, YOU SEE THAT THE I/O INTERFACE IS CLOCKED BY ONE OF

9    THE CRYSTAL CLOCKS BECAUSE THE PERIPHERALS, AND IT'S -- IT WAS

10   TRUE BACK IN 1989 AND IT'S STILL TRUE TODAY -- THERE ARE

11   SPECIFICATIONS AND INDUSTRY STANDARDS THAT SAY HOW FAST A CHIP

12   CAN COMMUNICATE WITH OTHER THINGS AND YOU HAVE TO FOLLOW THOSE.

13   AND SO BASICALLY THAT'S MUCH SLOWER.  WE CHOSE A 32

14   MEGAHERTZ CRYSTAL CLOCK HERE BECAUSE CHUCK ACTUALLY CREATED A

15   BOARD, A DEVELOPMENT BOARD WITH THE SHBOOM CHIP, AND YOU'LL GET

16   TO SEE PICTURES OF THAT LATER, WHERE SHBOOM COULD RUN WITH ITS

17   RING OSCILLATOR CHIP, THE CPU AT A VERY HIGH SPEED, AND THEN

18   FOR INPUT/OUTPUT FUNCTIONS, THERE WAS ONE OF THOSE LITTLE TIN

19   CANS ON THE BOARD THAT WAS A 32 MEGAHERTZ CRYSTAL CLOCK.

20   SO THIS WAS AN IMPORTANT ASPECT OF HIS INVENTION, THE

21   DECOUPLING OF THE FAST RING OSCILLATOR CLOCK FROM THE SLOWER

22   CLOCK TO CLOCK I/O FUNCTIONS.

23   SO LET'S LEAVE THIS UP HERE AND TALK ABOUT SOME OF THE

24   IMPORTANT THINGS ABOUT THE INVENTION OF THE '336 PATENT THAT

25   CHUCK AND RUSSELL FISH CAME UP WITH.

1          FIRST, THE INVENTION ENABLED A HUGE INCREASE IN SPEED AND

2     PERFORMANCE THAT WASN'T POSSIBLE WHEN THE ENTIRE CHIP WAS BEING

3     CLOCKED BY ONE OF THESE SLOW, PLODDING, EXTERNAL CRYSTAL

4     OSCILLATORS.

5          SECOND ASPECT OF THE INVENTION, THE I/O INTERFACE IS

6     CONNECTED TO ONE OF THESE SLOWER CLOCKS SO THEN IT CAN

7     COMMUNICATE WITH EXTERNAL THINGS, DO INPUT/OUTPUT FUNCTIONS,

8     WITHOUT SLOWING DOWN THE REST OF THE CHIP, SO IT'S THIS WHOLE

9     NOTION OF DECOUPLING.

10         THIRD, YOU CAN ACTUALLY VARY THE SPEED OF THE CHIP BY

11    INCREASING OR DECREASING VOLTAGE, WHICH IS A BIG ADVANTAGE OVER

12    USING A CRYSTAL OSCILLATOR WHICH ALWAYS MADE YOUR CHIP RUN AT

13    THE SAME SPEED.

14         AND FOURTH, THE CPU AND THE RING OSCILLATOR WILL BE

15    SIMILARLY AFFECTED BY TEMPERATURE.

16         YOU REMEMBER THE OTHER GRAPHIC WE HAD -- ACTUALLY, MAYBE

17    WE CAN LOOK AT THAT NOW.  SO THIS SHOWS THE EFFECTS OF

18    TEMPERATURE ON THE INVENTION.  HERE WE DON'T HAVE THE

19    INPUT/OUTPUT CLOCK ANIMATED, BUT, AGAIN, THIS IS FIGURE 17 FROM

20    THE PATENT, AND THIS SHOWS THAT UNDER BAD CONDITIONS, WHEN IT'S

21    HOT, BOTH THE RING OSCILLATOR AND THE CPU WILL GO SLOWER, AND

22    UNDER GOOD CONDITIONS, WHERE IT'S COOLER, THE RING OSCILLATOR

23    CAN CLOCK THE CPU AT A MUCH FASTER SPEED.  IT CAN TAKE

24    ADVANTAGE OF GOOD CONDITIONS.

25         NOW, THERE'S ANOTHER BIG, IMPORTANT ADVANTAGE THAT YOU

1    NEED TO UNDERSTAND WITH THE INVENTION, AND IT HAS TO DO WITH

2    HOW SEMICONDUCTOR CHIPS ARE MANUFACTURED OR FABRICATED.

3        SO YOU'RE GOING TO HAVE AN OPPORTUNITY TO SEE SOME WAFERS

4    HERE, BUT BASICALLY THIS IS HOW THE MANUFACTURING PROCESS

5    WORKS.  YOU GET A SILICON WAFER, IT LOOKS LIKE A LITTLE DINNER

6    PLATE OR SOMETHING LIKE THAT, AND YOU MAKE A WHOLE BUNCH OF

7    CHIPS ON IT AT THE SAME TIME, AND THE WAY IT'S DONE IS YOU

8    BUILD UP LAYERS OF DIFFERENT MATERIALS AND ETCH SOME THINGS

9    AWAY AND ADD MORE LAYERS, SOME OF THEM WILL CONDUCT

10   ELECTRICITY, SOME OF THEM WON'T, AND THAT'S HOW YOU MAKE THE

11   CHIPS ON A WAFER.

12       BUT THE PROBLEM WITH IT IS THERE'S A LOT OF VARIATION IN

13   THE PROCESS, SO A LOT OF TIMES JUST AS A NORMAL RESULT OF THE

14   SEMICONDUCTOR MANUFACTURING PROCESS, WHICH WE CALL FABRICATION,

15   GENERALLY IT'S CALLED FABRICATION, SOME OF THE CHIPS HERE MAY

16   BE REALLY GOOD AND REALLY FAST AND SOME OF THEM MAY BE SLOWER.

17       SO WHAT DID SEMICONDUCTOR MANUFACTURERS DO ABOUT THAT?

18   HERE'S A WAFER.  AGAIN, HERE ALL THE CHIPS ARE DONE.

19       WHAT THEY DO IS THEY ACTUALLY TEST THE CHIPS AFTER THEY'RE

20   MANUFACTURED.  SOME OF THEM ARE FAST, SOME OF THEM ARE SLOWER,

21   AND SOME OF THEM ARE MEDIUM, AND SO THEY PUT THEM IN DIFFERENT

22   BINS.  THIS IS A PROCESS THEY CALL BINNING.

23       NOW, WHY WOULD THEY DO THAT?  THE REASON IS THEY WANT TO

24   BE ABLE TO SELL THE FAST CHIPS FOR MORE, AND INSTEAD OF

25   THROWING AWAY THE OLD CHIPS, THEY WANT TO BE ABLE TO SELL THEM

1    FOR SOMETHING, AND SO THESE CHIPS ARE JUST SOLD TO BE SET AT A

2    LOWER SPEED AND THEY STILL CAN MAKE SOME MONEY BY SELLING THOSE

3    CHIPS FOR A LOWER AMOUNT OF MONEY.

4         NOW, LET'S GO TO THE NEXT ANIMATION IF WE COULD, PLEASE,

5    BILL.

6         SO HERE'S WHAT THEY DO WITH THOSE CHIPS.  THIS PHONE ON

7    THE LEFT IS WHAT WE CALL IN MY FAMILY A GRANDMA PHONE BECAUSE

8    GRANDMA DOESN'T WANT ALL THE BELLS AND WHISTLES OF A

9    SMARTPHONE.  SHE JUST WANTS SOMETHING TO MAKE CALLS WITH.  SO

10   WE CAN PUT ONE OF THESE SLOWER CHIPS IN THERE; A MEDIUM CHIP IN

11   A SMARTPHONE THAT MAYBE HAS A LOT OF FEATURES BUT IS NOT TOP OF

12   THE LINE; AND THEN WE WOULD PUT A FAST CHIP IN A TOP OF THE

13   LINE SMARTPHONE.

14        SO THAT'S BINNING.

15        NOW LET'S GO TO THE NEXT ONE, PLEASE.

16        NOW, THIS ANIMATION AGAIN FROM FIGURE 17 OF THE PATENT

17   REALLY SHOWS YOU WHAT BINNING OR FABRICATION DIFFERENCES HAVE

18   TO DO WITH CHUCK MOORE'S INVENTION IN THE '336 PATENT.

19        WE CAN SEE HERE WE HAVE THE DECOUPLED CLOCKS, THE I/O

20   CLOCK GOING SLOWLY, AND OVER HERE WHAT THIS IS ILLUSTRATING IS

21   THAT IF YOU HAVE FAST CHIPS, THE RING OSCILLATOR AND THE CPU

22   ARE BOTH GOING TO BE AFFECTED BY THE FABRICATION DIFFERENCES.

23        SO IF YOU REMEMBER, THERE WAS THAT BIG WAFER, AND SOME OF

24   THE CHIPS ON THE WAFER ARE GOOD AND SOME OF THEM ARE BAD, BUT

25   GENERALLY WITHIN A CHIP, BECAUSE THE CHIP ITSELF IS VERY SMALL,

1    IF THE CPU CIRCUITS ARE GOOD IN A CHIP, ITS RING OSCILLATOR

2    CIRCUITS ARE GOING TO BE GOOD, TOO.

3         AND SO THIS IS THE NOTION THAT IF YOU HAVE A CHIP THAT WAS

4    SUBJECT TO GOOD FABRICATION CONDITIONS, BOTH THE RING

5    OSCILLATOR AND THE CPU WILL PERFORM BETTER IN THOSE CHIPS; AND

6    IF YOU HAVE OTHER CHIPS THAT DID POORLY IN THE FABRICATION

7    PROCESS, THEY'LL RUN SLOWER.

8         BUT THAT'S OKAY, BECAUSE THE RING OSCILLATOR IS ALWAYS

9    CLOCKING THE CPU AND THEY GO SLOWER TOGETHER.

10        SO I KNOW THAT'S A LOT OF MATERIAL WE'VE COVERED AND I

11   APOLOGIZE FOR THAT, BUT, YOU KNOW, THERE'S A LOT OF KIND OF

12   BASIC STUFF THAT I WANT YOU GUYS TO HOPEFULLY UNDERSTAND AS WE

13   GO FORWARD IN THIS TRIAL, ESPECIALLY NOW AS WE TALK ABOUT WHY

14   WE THINK HTC INFRINGES THE '336 PATENT.

15        SO AS WE'VE DISCUSSED -- LET'S KEEP RUNNING THIS, BILL --

16   AS WE'VE DISCUSSED, THE RING OSCILLATOR IS REALLY THE ENGINE

17   THAT DRIVES THE -- THAT DRIVES THE CLOCK FOR MODERN

18   MICROPROCESSORS, INCLUDING, WE BELIEVE, IN HTC'S PRODUCTS.

19        AND AS WE DISCUSSED, IT'S IMPOSSIBLE TO GET A CRYSTAL

20   OSCILLATOR TO RUN AT THE VERY HIGH FREQUENCIES THAT MODERN

21   MICROPROCESSORS RUN AT, SO YOU HAVE TO HAVE AN ON-CHIP CLOCK,

22   ON-CHIP RING OSCILLATOR RUNNING VERY FAST AND TAKE ADVANTAGE OF

23   THE FACT THAT IT'S MADE OF THESE TEENY, TINY TRANSISTORS THAT

24   RUN VERY QUICKLY TO GET THOSE HIGH CLOCK SPEEDS.

25        NOW, LET'S GO TO THE NEXT SLIDE, IF WE COULD, PLEASE,

```
 1        BILL.

 2             HERE'S ANOTHER FIGURE THAT SHOWS A RING OSCILLATOR, AND

 3        WHAT I WANT YOU TO UNDERSTAND HERE IS THAT A RING OSCILLATOR

 4        WILL WORK AND OSCILLATE AS LONG AS IT HAS POWER, AND AS A

 5        TECHNICAL MATTER -- AGAIN, I'M NOT AN ELECTRICAL ENGINEER --

 6        BUT ESSENTIALLY EACH ONE OF THE INVERTERS IN THE RING

 7        OSCILLATOR HAS TO HAVE A POWER SUPPLY, WHICH MEANS IT HAS BOTH

 8        POWER AND GROUND.  HERE I'VE JUST KIND OF SIMPLIFIED IT AND

 9        SHOWN THAT IT HAS POWER.

10             BUT THE IMPORTANT THING TO UNDERSTAND IS THAT WHEN YOU

11        TURN YOUR PHONE ON AND THE CHIP GETS POWER, THIS THING WILL

12        START TO OSCILLATE ALL BY ITSELF.  IT DOESN'T NEED ANY

13        PROMPTING.  IT DOESN'T NEED ANY HELP.  ALL IT NEEDS IS POWER

14        AND IT WILL AUTOMATICALLY START RAMPING UP AND GENERATING A

15        CLOCK SIGNAL.  THE RING OSCILLATOR IS THE ENGINE THAT IS THE

16        CLOCK OF THE CPU AND IT GENERATES A CLOCK SIGNAL ALL BY ITSELF.

17             NOW LET'S LOOK AT A -- THIS IS KIND OF A HIGH LEVEL

18        REPRESENTATION OF WHAT AN HTC PRODUCT LOOKS LIKE, AND WE'RE

19        GOING TO FOCUS ON THE MICROPROCESSOR CHIP IN THE HTC PRODUCT.

20             SO FIRST WHAT WE HAVE HERE, HERE'S THE MICROPROCESSOR,

21        IMAGINE THAT IT'S IN AN HTC PHONE, AND THE EVIDENCE WILL SHOW,

22        LADIES AND GENTLEMEN, THAT EVERY SINGLE HTC PHONE HAS A

23        PROCESSOR WITH A RING OSCILLATOR THAT IS THE HEART OF THE

24        ENGINE OF THAT CLOCK, AND IT CLOCKS THE CPU.

25             NOW, WHAT ELSE DO THESE PROCESSORS HAVE?  THEY ALL HAVE AN
```

1    INPUT/OUTPUT INTERFACE THAT HELPS THE CHIPS GET THINGS, DATA,

2    FILES FROM OFF THE CHIP AND ON THE CHIP.

3        NOW, HOW DO THEY CLOCK THAT I/O INTERFACE IN THE HTC

4    PHONES?

5        WELL, THEY'RE ACTUALLY NOT CLOCKED BY THE RING OSCILLATOR.

6    THE CLOCKING SYSTEM IS DECOUPLED.

7        DOES THAT SOUND FAMILIAR?  THAT'S CHUCK MOORE'S INVENTION.

8    HIS INVENTION WAS TO HAVE A RING OSCILLATOR CLOCK IN THE CPU,

9    TO HAVE AN INPUT/OUTPUT INTERFACE THAT IS CLOCKED BY AN

10   INDEPENDENT CLOCK.

11       THEY'VE GOT THAT.  EVERY PRODUCT -- THE EVIDENCE WILL SHOW

12   THAT EVERY ONE OF THEIR PRODUCTS HAS THAT.

13       SO LET'S GO TO THE NEXT SLIDE, PLEASE, BILL.  ACTUALLY,

14   I'M GOING TO SKIP OVER THIS ONE.  LET'S GO TO THE NEXT ONE.

15   OKAY, YEAH.  LET'S RUN THIS.

16       SO AS A RESULT OF THE HTC PHONES HAVING MICROPROCESSORS

17   THAT HAVE A RING OSCILLATOR AND A CPU ON THE SAME CHIP, AS WE

18   JUST SAW -- AND AGAIN, THIS IS AN ANIMATION FROM FIGURE 17 OF

19   THE PATENT -- THAT MEANS IF THERE ARE ANY FABRICATION PROBLEMS

20   WITH THOSE CHIPS DURING THE MANUFACTURING PROCESS, THE SPEED OF

21   THE RING OSCILLATOR AND THE CPU WILL VARY TOGETHER AS THOSE

22   CHIPS ARE RUNNING.

23       NOW, THIS ANIMATION, I JUST WANT TO MAKE SURE YOU'RE NOT

24   CONFUSED ABOUT IT BECAUSE IT IS A LITTLE BIT -- IT IS A BIT

25   CONFUSING.  I DON'T WANT TO SAY IT'S CONFUSING.  I JUST WANT TO

1    MAKE SURE YOU UNDERSTAND THAT THE VARIATION BASED ON PROCESS

2    DIFFERENCES IS NOT SOMETHING THAT HAPPENS IN THE SAME CHIP

3    WHILE THE CHIP IS OPERATING.

4        SO YOU'VE GOT GOOD CHIPS FROM THE FABRICATION PROCESS AND

5    BAD CHIPS FROM THE FABRICATION PROCESS.

6        THE GOOD ONES, WITH THE GOOD ONES, THE RING OSCILLATOR AND

7    THE CPU ARE GOING TO RUN FASTER TOGETHER, AND THAT'S BASICALLY

8    SOMETHING THAT'S SET AT THE FACTORY BECAUSE THE FABRICATION

9    PROCESS WORKED WELL FOR THOSE CHIPS.

10       AND THEN YOU'RE GOING TO HAVE OTHER CHIPS WHERE THE

11   FABRICATION PROCESS DIDN'T WORK AS WELL.  AGAIN, THAT'S

12   SOMETHING THAT'S SET AT THE FACTORY.  THAT DOESN'T MEAN THAT

13   THE CHIP IS GOING TO BE CHANGING FROM 800 MEGAHERTZ TO 1.3

14   GIGAHERTZ IN OPERATION, NOT THE SAME CHIP.  THOSE ARE DIFFERENT

15   CHIPS.  IT'S JUST THAT THE RING OSCILLATOR AND THE CPU VARY

16   TOGETHER IN DIFFERENT CHIPS DEPENDING ON HOW THEY WERE

17   FABRICATED.

18       SO THERE'S NO DOUBT THAT HTC IS TAKING ADVANTAGE OF

19   CHUCK MOORE'S INVENTION.  THEY GET THIS HUGE INCREASE IN SPEED

20   THAT YOU CAN'T POSSIBLY GET BY CLOCKING YOUR CHIP WITH AN

21   EXTERNAL CRYSTAL OSCILLATOR.

22       THEY'RE ALSO TAKING ADVANTAGE OF THE FACT THAT YOU -- THAT

23   THE RING OSCILLATOR CLOCK AND THE CPU VARY TOGETHER DEPENDING

24   ON FABRICATION DIFFERENCES.

25       THE OTHER THING THEY TAKE ADVANTAGE OF -- ACTUALLY, MAYBE

1      LET'S GO BACK TO THE PREVIOUS ANIMATION -- THE OTHER THING THAT

2      THEY TAKE ADVANTAGE OF IS THAT THEY CAN CHANGE VOLTAGE OR POWER

3      SO THAT THE CLOCK SPEED OF THEIR PHONES CAN CHANGE OVER TIME.

4           SO SOMETIMES THEIR PHONES MAY RUN AT A LOW CLOCK SPEED TO

5      CONSERVE POWER, AND OTHER TIMES THEY HAVE TO DO MORE WORK SO

6      THEY HAVE TO RUN AT A HIGHER CLOCK SPEED, AND YOU CAN ADJUST

7      THAT, AS WE DISCUSSED, BY ADJUSTING VOLTAGE OR POWER SUPPLY.

8           OKAY.  LET'S SKIP AHEAD TWO SLIDES NOW, PLEASE, BILL.

9           SO, AGAIN, HERE'S AN HTC PHONE WITH A PROCESSOR.  IT HAS A

10     RING OSCILLATOR AND A CPU.

11          NEXT.

12          IT HAS AN I/O INTERFACE THAT'S CONNECTED TO PERIPHERALS.

13     THE I/O INTERFACE HAS A DECOUPLED CLOCKING SYSTEM.  IT'S

14     CLOCKED BY SOMETHING DIFFERENT.

15          SO WHAT'S THEIR ARGUMENT THAT THEY DON'T INFRINGE, THEN?

16     WELL, LET'S TAKE A LOOK AT THAT.

17          NEXT.

18          THEY ACTUALLY ADD SOME EXTRA STUFF AROUND THE RING

19     OSCILLATOR.

20          NEXT, PLEASE.

21          AND THIS EXTRA STUFF IS WHAT THEY CALL A PLL, OR A PHASE

22     LOCK LOOP.

23          NOW, THE PURPOSE OF THE PLL, AND WE CAN TALK ABOUT WHAT

24     EACH ONE OF THESE DOES, IT'S A LITTLE BIT COMPLICATED BUT, YOU

25     KNOW, WE CAN KIND OF WORK THROUGH IT, THAT THE MAIN POINT HERE

1    TO UNDERSTAND IS THAT THE CLOCK SIGNAL, THIS VERY FAST -- LET'S

2    GO TO THE NEXT SLIDE -- THE VERY FAST CLOCK SIGNAL, THE CLOCK'S

3    A CPU -- NEXT -- AT 2.0 GIGAHERTZ, FOR EXAMPLE, THAT COMES FROM

4    THIS RING OSCILLATOR CLOCK.  THAT'S THE ENGINE THAT CREATES

5    THIS VERY FAST CLOCK SIGNAL.

6         LET'S TALK ABOUT WHAT ALL THIS OTHER STUFF IS BECAUSE IT

7    LOOKS A LITTLE CONFUSING, BUT ESSENTIALLY, IN A NUTSHELL, THIS

8    OTHER STUFF IN THE PLL, THE PURPOSE OF IT IS TO TRY TO ADJUST

9    OR REGULATE THE FREQUENCY OF THE RING OSCILLATOR SO THAT IT'S

10   ALWAYS RUNNING AT 2 GIGAHERTZ IN THIS EXAMPLE.

11        AND THAT'S WHAT THEY SAY THEY DO.  THEY SAY THEY DON'T

12   INFRINGE BECAUSE THE SPEED OF THE RING OSCILLATOR AND THE SPEED

13   OF THE CPU DO NOT VARY TOGETHER WITH CHANGES IN TEMPERATURE OR

14   VOLTAGE OR SEMICONDUCTOR FABRICATION DIFFERENCES THAT WE'VE

15   TALKED ABOUT.

16        BUT, AGAIN, IT'S IMPORTANT FOR YOU TO UNDERSTAND THAT THIS

17   RING OSCILLATOR IS WHAT PROVIDES THAT 2 GIGAHERTZ CLOCK SIGNAL

18   TO THE CPU.

19        AS WE'VE DISCUSSED, IT IS IMPOSSIBLE FOR THAT CRYSTAL

20   OSCILLATOR, OR ANY CRYSTAL OSCILLATOR, TO PROVIDE A CLOCK

21   SIGNAL THAT'S THAT FAST.

22        SO WHAT HAPPENS HERE?  LET'S TAKE A FEW MINUTES TO TALK

23   ABOUT HOW THIS WORKS.

24        SO WHAT HAPPENS FIRST, LIKE WE TALKED ABOUT, YOU TURN ON

25   THE CHIP, IT GETS POWER, THERE'S POWER TO EACH INVERTER OF THE

1    RING OSCILLATOR, AND IT STARTS GOING, AND WITH THOSE TEENY,

2    TINY TRANSISTORS, IT IS SPINNING AWAY REALLY, REALLY FAST

3    GENERATING A REALLY FAST CLOCK SIGNAL.

4         WELL, THEN THE PLL KICKS IN, AND SO YOU'RE CLOCKING THE

5    CPU AT THIS VERY FAST FREQUENCY AND YOU TAKE THAT 2 GIGAHERTZ

6    SIGNAL AND YOU PUT IT THROUGH WHAT'S CALLED A FREQUENCY

7    DIVIDER.

8         REMEMBER HOW WE SAID YOU CAN'T MULTIPLY A CLOCK SIGNAL TO

9    GET A FASTER FREQUENCY, BUT YOU CAN DIVIDE IT TO GET A SLOWER

10   ONE.

11        SO THIS IS WHAT THEY DO.  THEY TAKE THIS 2 GIGAHERTZ CLOCK

12   SIGNAL, THEY DIVIDE IT BY A HUNDRED BECAUSE THIS IS A HUNDRED

13   TIMES FASTER THAN THAT EXTERNAL CRYSTAL, AND THEY TAKE THAT 20

14   MEGAHERTZ SIGNAL AND DIVIDE IT BY A HUNDRED AND THEY FEED IT

15   INTO THIS PHASE DETECTOR.

16        AND YOU CAN SEE THAT THERE'S SOMETHING ELSE COMING INTO

17   THE PHASE DETECTOR, TOO, WHICH IS THE SIGNAL FROM THE EXTERNAL

18   CRYSTAL.

19        SO WHAT'S THE PURPOSE OF THAT PHASE DETECTOR?  BASICALLY

20   IT'S COMPARING THIS DIVIDED DOWN SIGNAL FROM THE RING

21   OSCILLATOR AT 20 MEGAHERTZ WITH THIS 20 MEGAHERTZ SIGNAL FROM

22   THE CRYSTAL AND IT'S TRYING TO LINE UP THOSE SQUARE WAVES TO

23   TRY TO MAKE SURE THAT THEY ARE WHAT WE CALL IN PHASE.  THAT'S

24   WHY THEY CALL IT A PHASE DETECTOR.

25        NOW, THE REASON THEY DO THAT IS BECAUSE THEY'RE TRYING TO

1    PROVIDE SOME FEEDBACK TO THE RING OSCILLATOR TO GET IT TO GO A

2    LITTLE FASTER OR A LITTLE SLOWER TO TRY TO KEEP IT AS CLOSE AS

3    THEY CAN TO 2.0 GIGAHERTZ.

4         BUT IT'S IMPORTANT TO UNDERSTAND THAT THIS 20 MEGAHERTZ

5    SIGNAL THAT COMES TO THE PHASE DETECTOR, IT'S ACTUALLY A SQUARE

6    WAVE LIKE WE TALKED ABOUT.  IT'S A CLOCK SIGNAL.

7         WHEN IT GETS TO THE PHASE DETECTOR AND IT'S COMPARED WITH

8    THIS SQUARE WAVE, THERE'S A COMPARISON DONE, BUT NO CLOCK

9    SIGNAL IS PASSED ON TO THE FILTER.  YOU SEE THAT ARROW IS

10   BLACK.  THAT IS NOT A CLOCK SIGNAL.  IT'S A VOLTAGE ADJUSTMENT,

11   AND THAT FILTER ACCUMULATES VOLTAGE ADJUSTMENTS, KIND OF

12   SMOOTHS THEM OUT, AND THEN PROVIDES ANOTHER VOLTAGE ADJUSTMENT

13   TO THE RING OSCILLATOR BECAUSE, AS WE DISCUSSED, THE ONLY THING

14   THE RING OSCILLATOR NEEDS TO OSCILLATE AND GENERATE A CLOCK

15   SIGNAL IS POWER AND THAT'S THE ONLY INPUT INTO IT.

16        SO THEY MAY TRY TO TELL YOU THAT, "OH, YOU KNOW, WE DO IT

17   JUST LIKE THE PRIOR ART DID BEFORE CHUCK MOORE'S INVENTION.  WE

18   USE AN EXTERNAL CRYSTAL OSCILLATOR, 20 MEGAHERTZ.  IT'S VERY

19   STABLE, TO MAKE A VERY -- AND WE JUST MULTIPLY IT UP BASICALLY,

20   TO GET A VERY STABLE RING OSCILLATOR 2.0 GIGAHERTZ."

21        THAT'S NOT TRUE.  THIS FREQUENCY, THIS 20 MEGAHERTZ GETS

22   BLOCKED HERE.  IT NEVER GETS PASSED ON TO THE RING OSCILLATOR.

23   THE ONLY THING THAT GETS PASSED ON IS VOLTAGE ADJUSTMENT TO

24   ADJUST OR REGULATE THE FREQUENCY OF THE RING OSCILLATOR.

25        BUT THE CLOCK SIGNAL ITSELF IS GENERATED BY THE RING

```
 1        OSCILLATOR.  IT IS NOT GENERATED BY THAT EXTERNAL CRYSTAL.

 2             I'M JUST CHECKING MY TIME HERE.  IT LOOKS LIKE I'M PRETTY

 3        CLOSE.

 4             THE COURT:  YOU ARE, MR. OTTESON.  I WILL GIVE YOU

 5        ONE MINUTE FOR YOUR WRAP UP AND GIVE HTC THE SAME ADDITIONAL

 6        MINUTE.

 7             MR. OTTESON:  THANK YOU, YOUR HONOR.

 8         NOW, WHAT THAT RING OSCILLATOR REALLY IS, LADIES AND

 9        GENTLEMEN, I DON'T KNOW HOW MANY OF YOU HAVE EVER PLAYED A

10        MUSICAL INSTRUMENT, BUT THEIR RING OSCILLATOR IS LIKE A

11        METRONOME.  WHAT I WAS LEARNING HOW TO PLAY THE PIANO AS A

12        CHILD, MY PIANO TEACHER MADE ME TRY TO PLAY ALONG AND KEEP UP

13        WITH THE METRONOME.  BUT USUALLY I COULDN'T DO IT.

14             AND SO WHERE WAS THE CLOCK SIGNAL COMING FROM?

15             LET ME BACK UP.  THE BEAT TO THE MUSIC WAS BEING CREATED

16        BY ME.  I WAS LIKE THE RING OSCILLATOR.  I WAS ACTUALLY

17        CREATING THE CLOCK SIGNAL.  THE METRONOME WAS JUST A REFERENCE,

18        LIKE A SPEED LIMIT SIGN, WHICH IS ANOTHER ANALOGY.

19             NOW, THE OTHER THING THAT THEY'RE GOING TO TRY TO TELL YOU

20        IS THAT, LIKE WE SAW HERE, "OUR FREQUENCY IS VERY STABLE, YOU

21        KNOW, WE DON'T VARY THE FREQUENCY OF OUR PHONES."

22             WELL, I'VE GOT HERE ONE OF HTC'S PHONES THAT THEY PRODUCED

23        IN THIS CASE.

24             THE COURT:  MR. OTTESON, YOUR TIME IS UP.

25             MR. OTTESON:  IF I COULD INDULGE THE COURT JUST FOR
```

```
 1        ONE MORE MINUTE?

 2              THE COURT:  I'LL GIVE YOU 30 SECONDS AND I'LL GIVE

 3        HTC THE SAME.

 4              MR. OTTESON:  HERE'S WHAT'S WRONG WITH THEIR

 5        ARGUMENT.  THEY SAY THAT THEY DON'T VARY THE FREQUENCY OF THEIR

 6        PHONES.

 7           WELL, I'VE GOT ONE HERE AND I DOWNLOADED AN APP -- IF WE

 8        CAN GO TO THE ELMO?

 9           NOW, WHAT THIS SHOWS -- YOU CAN'T REALLY SEE IT.  I'M GOING

10        TO BRING IT OVER HERE SO YOU GUYS CAN SEE IT.  WHAT IT SHOWS IS

11        THAT THE CPU FREQUENCY HERE OF THE PHONE IS CHANGING BETWEEN 1

12        GIGAHERTZ AND .2 GIGAHERTZ.  IT'S CONSTANTLY CHANGING.

13           SO FOR THEM TO SAY "WE PRACTICE THE PRIOR ART, OUR CLOCK

14        SPEED IS VERY STABLE" IS NOT ACCURATE.

15              THE COURT:  MR. OTTESON, YOUR TIME IS UP.

16              MR. OTTESON:  THANK YOU, YOUR HONOR.

17              THE COURT:  THANK YOU, MR. OTTESON.

18              MR. OTTESON:  THANK YOU, LADIES AND GENTLEMEN, FOR

19        YOUR TIME.  I APPRECIATE IT.

20              THE COURT:  LADIES AND GENTLEMEN, WE'RE GOING TO TAKE

21        OUR AFTERNOON BREAK AT THIS TIME.  FIVE MINUTES FOR YOU TO USE

22        THE RESTROOM AND STRETCH YOUR LEGS.

23           WHEN WE RETURN WE'LL HEAR FROM HTC AND THEIR OPENING

24        STATEMENT.

25              (JURY OUT AT 3:16 P.M.)
```

1          THE COURT:  WE'LL SEE YOU BACK HERE IN FIVE MINUTES.

2          MR. OTTESON:  THANK YOU, JUDGE.

3       (RECESS FROM 3:16 P.M. UNTIL 3:29 P.M.)

4       (JURY OUT AT 3:29 P.M.)

5          THE COURT:  ALL RIGHT.  BEFORE WE BRING THE JURY BACK

6    IN, I JUST WANTED TO CONFIRM ONE DETAIL I DIDN'T FULLY

7    APPRECIATE BEFORE.

8          MR. RIVERA HAS EXPLAINED THAT THERE'S ACTUALLY A SCREEN

9    THAT YOU ALL IN THE AUDIENCE CAN SEE AS WELL.  IS THAT CORRECT?

10   AND ARE YOU ALL ABLE TO SEE CLEARLY WHAT'S BEING SHOWN ON THE

11   SCREEN?  YES?  DON'T BE SHY.

12         SO AS I UNDERSTAND IT, MS. KEEFE, AND I DIDN'T APPRECIATE

13   THE POINT YOU WERE MAKING EARLIER, ONLY WHEN CONFIDENTIAL

14   INFORMATION IS SHOWN ON THIS SIDE WILL THAT SIDE GO DARK.

15         MS. KEEFE:  CORRECT, YOUR HONOR.

16         THE COURT:  THANK YOU.  ALL RIGHT.

17      WITH THAT, MR. RIVERA, COULD YOU BRING THE JURY BACK IN.

18         THE CLERK:  YES, YOUR HONOR.

19         THE COURT:  I APPRECIATE THAT.

20         MS. KEEFE:  TRYING TO DO AS MUCH PUBLIC AS POSSIBLE.

21         THE COURT:  I APPRECIATE THAT.

22      (JURY IN AT 3:30 P.M.)

23         THE COURT:  LADIES AND GENTLEMEN, BEFORE WE TURN TO

24   HTC FOR ITS OPENING STATEMENT, LET ME COMPLIMENT YOU ON ONE

25   THING.  I'VE YET TO HAVE A JURY BEFORE TODAY UNDERSTAND THAT WE

```
 1      STAND FOR YOU, SO YOU SHOULD FEEL FREE TO SIT AND STAND AS YOU

 2      LIKE.  THIS IS THE FIRST TIME I HAVE HAD TO EXPLAIN THAT, SO

 3      PLEASE CONTINUE TO DO JUST WHAT YOU'VE BEEN DOING ALL

 4      AFTERNOON.

 5           IT'S NOW TIME FOR HTC'S OPENING STATEMENT.

 6           WITH THAT, AND FOR THAT, I'LL TURN TO HTC.

 7                MR. SMITH:  THANK YOU, YOUR HONOR.

 8           (MR. SMITH GAVE HIS OPENING STATEMENT ON BEHALF OF THE

 9      PLAINTIFFS.)

10                MR. SMITH:  AND THANK YOU, LADIES AND GENTLEMEN, FOR

11      YOUR TIME AND ATTENTION.  I KNOW IT'S VERY LATE IN THE DAY, BUT

12      I HAVE THE PRIVILEGE OF REPRESENTING HTC IN THIS CASE, ALONG

13      WITH MY COLLEAGUES, HEIDI KEEFE AND RON LEMIEUX.

14           I ALSO WANT TO INTRODUCE THE COMPANY REPRESENTATIVE,

15      VINCENT LAM.

16                MR. LAM:  GOOD AFTERNOON.

17                MR. SMITH:  AND AS MANY OF YOU MAY KNOW, HTC IS A

18      DESIGNER AND MANUFACTURER OF VERY CUTTING EDGE SMARTPHONES, AND

19      WE'LL HEAR MORE ABOUT THEM THROUGHOUT MY PRESENTATION AND

20      THROUGHOUT THIS CASE.

21           BUT I WANT TO GET REALLY TO THE HEART OF THE MATTER VERY

22      QUICKLY.  MR. OTTESON HAD A LOT OF SLIDES AND A LOT OF

23      INFORMATION, BUT WHAT IS THIS CASE REALLY ABOUT WHEN YOU BOIL

24      IT DOWN?

25           TPL WANTS MONEY FROM HTC FOR SUPPOSEDLY USING TPL'S
```

1    TECHNOLOGY IN THEIR PATENT, AND I CAN TELL YOU UNEQUIVOCALLY,

2    HTC DOES NOT USE THEIR TECHNOLOGY, HAS NEVER USED THEIR

3    TECHNOLOGY, AND, IN FACT, HAS NO DESIRE TO USE THEIR

4    TECHNOLOGY.

5         NOW, MR. MOORE AND HIS COLLEAGUE, MR. FISH, AS YOU HEARD

6    DURING MR. OTTESON'S OPENING STATEMENT, CAME UP WITH SOME

7    INNOVATIVE CONCEPT.  WE AGREE.  WE HAVE NO DISAGREEMENT WITH

8    THAT.

9         BUT YOU'LL HEAR THROUGHOUT THIS CASE THAT NO ONE USES THIS

10   TECHNOLOGY.  IT MAY BE INNOVATIVE, BUT NO ONE USES IT

11   COMMERCIALLY.

12        AND WE DON'T USE IT.

13        AND, IN FACT, TPL DOESN'T USE THEIR OWN TECHNOLOGY.

14   THAT'S RIGHT.  THEY DON'T MAKE A PATENT -- THEY DON'T MAKE A

15   PRODUCT THAT USES THEIR TECHNOLOGY.  THEY'RE WHAT'S CALLED A

16   NON-PRACTICING ENTITY.  WHAT THAT MEANS, IN VERY SIMPLE TERMS,

17   THEY GO AROUND WITH THEIR PATENTS AND THEY TRY TO LICENSE THEM

18   FOR MONEY.  THEY DON'T MAKE A PRODUCT.

19        HOW ABOUT HTC?  WE SPEND MILLIONS EVERY SINGLE YEAR ON

20   RESEARCH AND DEVELOPMENT TO MAKE CUTTING EDGE PRODUCTS LIKE

21   THIS PHONE, AND WE'VE BEEN DOING IT FOR YEARS.  THIS IS THE

22   HTC 1.  WE'VE BEEN DOING IT FOR YEARS.  IN FACT, WE CAME OUT

23   WITH THE FIRST TOUCH SCREEN PHONE YEARS BEFORE ANYBODY ELSE

24   DID.  THIS IS FOR T-MOBILE.

25        YOU KNOW WHAT OTHER KIND OF COMPANY WE ARE, LADIES AND

1    GENTLEMEN?  WE ARE A COMPANY THAT PLAYS BY THE RULES.  IF WE

2    USE SOMEONE ELSE'S IDEAS, WE PAY FOR THEM.  WE PLAY FAIRLY.

3         AND WE DIDN'T USE AND WON'T USE TPL'S TECHNOLOGY.

4         AND WHY CAN I STAND BEFORE YOU SO CONFIDENTLY THAT WE

5    DON'T USE THEIR TECHNOLOGY?

6         WELL, YOU HEARD MR. OTTESON TALK TO YOU ABOUT THE '336

7    PATENT, AND I LOST COUNT AFTER SIX OR SEVEN TIMES HE SAID IT,

8    BUT THE '336 PATENT IS ALL ABOUT SPEED, REALLY FAST I THINK

9    MR. OTTESON SAID, FAST, FAST, FAST, TEN TIMES AS FAST, FIVE

10   TIMES AS FAST AS ALL THE OTHER MICROPROCESSORS ARE, AND THAT'S

11   WHAT THE '336 PATENT WAS ALL ABOUT.

12        WELL, SPEED IS FINE.

13        BUT HTC, AS YOU'LL HEAR THROUGHOUT THE COURSE OF THIS

14   TRIAL, MAKES TRADEOFFS.  WE TRADE SPEED ON ONE HAND FOR

15   RELIABILITY AND CONSISTENCY ON THE OTHER HAND.  WE WANT TO MAKE

16   SURE THAT PHONE WORKS, SO WE DON'T GO AS FAST AS WE CAN.

17        WE ALSO TRADE SPEED FOR BATTERY LIFE.  IF YOU GO AS FAST

18   AS YOU CAN AND YOU'RE CLOCKING THAT CPU VERY FAST, AS

19   MR. OTTESON WAS SAYING, GUESS WHAT?  YOUR BATTERY DRAINS.

20        SO WHAT DO WE DO?  WE USE THESE CRYSTALS, AND WE'LL TALK

21   ABOUT THEM A LITTLE BIT MORE, THAT ARE OFF THE MICROPROCESSOR

22   TO FIX THE CLOCK SPEED.  WE GO STEADY AS YOU CAN.  WE DO

23   EVERYTHING IN OUR POWER TO MAKE SURE WE'RE NOT VARYING.

24        MR. OTTESON DIDN'T TALK ABOUT THIS THAT MUCH, BUT THE

25   PATENT REQUIRES THAT THE CPU AND THE CLOCK VARY TOGETHER BASED

1    UPON TEMPERATURE, VOLTAGE, AND PROCESS VARIATIONS, AND WE'LL

2    GET TO THAT IN GREAT DETAIL.

3         BUT WE DO EVERYTHING WE CAN TO MAKE SURE WE STAY STEADY

4    AND FIXED, NOT FAST AND VARIABLE.

5         AND WHY DO WE DO THAT?  WELL, FIRST LET'S GO INTO OUR

6    TRADEOFFS IN A LITTLE BIT MORE DETAIL.

7         OUR JOB NUMBER ONE FOR HTC AND THEIR PHONES IS TO MAKE

8    CUSTOMERS HAPPY.  AND HOW DO YOU MAKE A CUSTOMER HAPPY?  MAKE

9    SURE THAT HIS PHONE WORKS.  MAKE SURE IT WORKS IN HOT

10   CONDITIONS, COLD CONDITIONS, AND EVERYTHING IN BETWEEN.

11        CAN WE PUT UP THE FIRST SLIDE?

12        AND WE DO THAT BY FIXING THE CPU CLOCK, FIXING THE CPU

13   SPEED, AND WE SEE IN THE ILLUSTRATION ON THE LEFT-HAND SIDE, IF

14   YOU'RE IN ALASKA OR YOU'RE IN THE DESERT, WE WANT THIS PHONE TO

15   WORK AND WE WANT IT TO PERFORM RELIABLY AND CONSISTENTLY IN ALL

16   CONDITIONS.

17        AND SO WHAT WOULD HAPPEN IF YOU CLOCK THE CPU AS FAST AS

18   YOU CAN DO, AS FAST AS YOU CAN GO UNDER THE CONDITIONS AND THEN

19   VARIOUS CONDITIONS, IF IT GETS TOO HOT, FOR EXAMPLE, THE CPU

20   SLOWS DOWN.  CPU'S DON'T LIKE HOT WEATHER.

21        BUT THE PATENT CALLS FOR MAXIMIZING THE CPU SPEED IN ALL

22   CONDITIONS, AS FAST AS YOU CAN GO IF IT'S HOT, AS FAST AS YOU

23   CAN GO IF IT'S COLD, AND EVERYTHING IN BETWEEN.  AND GUESS WHAT

24   HAPPENS WHEN YOU DO THAT?

25        WE GO TO THE NEXT SLIDE.

1          YOUR PHONE DOESN'T WORK BECAUSE YOU HAVE THESE VARYING

2     SPEEDS BECAUSE YOU'RE TRYING TO MAXIMUM IN EVERY CONDITION AND

3     YOUR PHONE DOESN'T WORK PROPERLY.  SO IF YOU'RE TRYING TO CALL

4     THE BABYSITTER, YOUR HUSBAND, YOUR WIFE, YOUR GIRLFRIEND OR

5     ANYBODY ELSE, GUESS WHAT HAPPENS?  YOUR PHONE DOESN'T WORK

6     RELIABLY.  IT STOPS WORKING.

7          SO THAT'S WHY HTC MAKES A TRADEOFF FOR SPEED, A PURPOSEFUL

8     TRADEOFF FOR SPEED, INTENTIONAL, TO FIX THIS CLOCK FOR THE CPU

9     AND NOT GO AS FAST AS WE CAN.

10         IT'S A PRETTY SIMPLE CONCEPT.  IF YOU'RE TRYING TO GO AS

11    FAST AS YOU CAN ALL THE TIME, IF YOU'RE RUNNING AS FAST AS YOU

12    CAN ALL THE TIME, WE KNOW WHAT HAPPENS.  YOU FALL.

13         SAME WITH SMARTPHONES.  IF YOU'RE CLOCKING THE CPU WITH

14    MAX SPEED ALL THE TIME AND THAT SPEED IS VARYING BASED UPON

15    DIFFERENT CONDITIONS, THAT PHONE WILL CRASH.

16         AND THERE'S ANOTHER REASON WHY HTC SACRIFICES SPEED, FOR

17    BATTERY LIFE, WHICH IS VERY IMPORTANT TO OUR CUSTOMERS.  NOT

18    SURPRISINGLY, IF YOU'RE CLOCKING THE CPU AS FAST AS YOU CAN GO

19    AT ALL TIMES, THE BATTERY IS GOING TO DRAIN VERY QUICKLY.

20         IF WE COULD GO TO THE NEXT SLIDE.

21         HERE WE HAVE TWO PHONES SIDE BY SIDE IN GREAT CONDITIONS,

22    SAY 50 DEGREES, WHICH MEANS THE PROCESSOR, THE CPU CAN RUN VERY

23    FAST.

24         BUT AT HTC, WE FIX THE CPU SPEED.  WE DON'T LET IT RUN AS

25    FAST AS IT CAN.

1      THE PATENT, HOWEVER, WANTS TO MAXIMIZE THAT CPU SPEED, AND

2   IF THERE'S GOOD CONDITIONS, THEY CAN EXCEED THE 50 MEGAHERTZ,

3   IF YOU WILL.

4      CAN WE RUN THE ANIMATION, PLEASE?

5      AND THIS IS WHAT HAPPENS.  YOU SEE ON THE LEFT-HAND SIDE

6   WHEN YOU'RE MAXING YOUR SPEED, YOUR BATTERY LIFE DRAINS

7   QUICKLY.  ON THE RIGHT-HAND SIDE, YOUR BATTERY IS DRAINING, BUT

8   NOT AS QUICKLY.

9      SO LADIES AND GENTLEMEN, HTC MAKES SPECIFIC TRADEOFFS TO

10   NOT GO AND USE THE '336 PATENT, BUT INSTEAD USE THE OLDER

11   TRADITIONAL WAY.

12      WHY?  TO MAKE SURE OUR PHONES WORK RELIABLY, CONSISTENTLY,

13   UNDER ALL CONDITIONS, AND ALSO TO SAVE BATTERY LIFE.

14      AND SO WE TALKED ABOUT WHY WE DON'T USE THEIR TECHNOLOGY,

15   BUT LET ME TALK TO YOU A LITTLE BIT MORE ABOUT WHAT WE DO

16   INSTEAD.

17      WHAT WE DO INSTEAD, AND I THINK I MENTIONED THIS, IS WE

18   USE A FIXED CLOCK, NOT A VARIABLE SPEED CLOCK, TO MAKE SURE

19   THAT CPU STAYS NICE AND CONSTANT, AS STABLE AS WE CAN GET IT.

20   THAT'S HOW WE WANT IT.

21      AND HOW DO WE DO THAT?

22      WELL, IF WE COULD GO TO THE NEXT SLIDE, WHICH LOOKS

23   RELATIVELY FAMILIAR, MR. OTTESON HAD A SIMILAR SLIDE, AND

24   YOU'LL SEE ON -- HERE'S THE MICROPROCESSOR, THIS CHIP RIGHT

25   HERE, AND YOU'LL SEE A QUALCOMM NAME ON IT.

1           AND THERE'S THREE DIFFERENT MANUFACTURERS OF OUR CHIPS

2      THAT ARE AT ISSUE IN THIS CASE, QUALCOMM, TEXAS INSTRUMENTS,

3      AND ALSO SAMSUNG.  THE REASON WHY WE USE THREE SUPPLIERS, IF

4      YOU WILL, OR THREE DIFFERENT COMPANIES IS TO MAKE SURE WE HAVE

5      A STEADY SUPPLY OF CHIPS, AND ALSO FOR PRICE COMPETITION.

6           AND SO WHAT'S IN THIS MICROPROCESSOR?  THE PLL, AND WE'LL

7      TAKE A CLOSER LOOK AT THAT, MR. OTTESON TALKED A LOT ABOUT IT,

8      AND THE CPU.  THE CPU IS ON THE SAME CHIP.  YOU'LL HEAR A LOT

9      ABOUT ON-CHIP, OFF-CHIP, AND THE CHIP THAT THEY'RE REFERRING TO

10     IS THIS MICROPROCESSOR.

11          AND IF WE COULD GO TO THE NEXT SLIDE, PLEASE.

12          YOU'LL SEE THIS IS JUST A BLOW UP OF THE MICROPROCESSOR,

13     AND ON THE LEFT-HAND SIDE, MR. OTTESON TALKED ABOUT THIS A

14     LITTLE BIT, IS THE EXTERNAL CRYSTAL CLOCK.  IT'S EXTERNAL TO

15     THE MICROPROCESSOR.

16          AND SO HOW DO OUR HTC PHONES WORK?  WELL, THEY ALL

17     GENERALLY WORK THE SAME WITH THESE CHIPS, WHETHER THEY'RE

18     QUALCOMM OR TEXAS INSTRUMENTS OR THEY'RE SAMSUNG, AND HERE'S

19     HOW IT WORKS.

20          THE CRYSTAL STARTS THE ENGINE, IF YOU WILL.  EVERYTHING

21     STARTS RIGHT HERE.

22          WE CAN PLAY THE ANIMATION, PLEASE.

23          AND YOU'LL SEE WHAT IS CALLED A CLOCK SIGNAL, OR A

24     REFERENCE SIGNAL, AND IT GOES TO THE PLL, WHICH IS CALLED THE

25     PHASE LOCK LOOP, AND I'LL GET TO THAT IN A MINUTE, AND THEN THE

1    CLOCK SIGNAL COMES OUT OF THE PLL TO CLOCK THE CPU -- AND THIS

2    IS VERY IMPORTANT, LADIES AND GENTLEMEN -- RIGHT HERE IS THE

3    CLOCK SIGNAL, THIS SIGNAL THAT COMES OUT OF THE PLL, AND YOU'LL

4    HEAR A LOT OF TESTIMONY THROUGHOUT THE WEEK ABOUT IT, AND WHEN

5    THEY SAY CLOCKING THE CPU OR THE CLOCK SIGNAL, THIS IS WHAT

6    THEY'RE TALKING ABOUT.

7         AND SO HOW DOES THE PLL AND THE EXTERNAL CRYSTAL CLOCK

8    WORK?  WELL, THEY'RE IN A LOOP, A PHASE LOCK LOOP, AND THEY'RE

9    LOCKED.  THEY WANT TO MAKE SURE THIS STAYS AS STEADY AS

10   POSSIBLE SO THAT WE DON'T VARY.  WHATEVER THE CONDITION, THE

11   PVT CONDITIONS THAT MR. OTTESON MENTIONED, PROCESSOR,

12   TEMPERATURE, OR VOLTAGE, WE DON'T WANT TO VARY.  WE DO

13   EVERYTHING IN OUR POWER TO MAKE SURE IT STAYS FIXED BECAUSE WE

14   USE A PHASE LOCK LOOP AND A CRYSTAL.

15        AND NOW WHAT WOULD HAPPEN, LADIES AND GENTLEMEN, IF YOU

16   TOOK OUT THIS CRYSTAL CLOCK?  MR. OTTESON SAID IT WOULD WORK.

17        WELL, YOU'LL HEAR TESTIMONY, DON'T TAKE MY WORD FOR IT,

18   YOU'LL HEAR TESTIMONY THROUGHOUT THIS CASE FROM QUALCOMM

19   ENGINEERS, FROM TEXAS INSTRUMENTS FELLOWS THAT IF YOU TAKE THIS

20   CRYSTAL CLOCK OUT, THERE WILL BE NO CLOCK SIGNAL.  THIS CLOCK

21   SIGNAL AND THAT PROCESSOR WILL NOT WORK WITHOUT THAT CRYSTAL.

22        MR. OTTESON CALLED IT A METRONOME, OR IT JUST HELPS BUFFER

23   THE CLOCK SIGNAL.

24        NO.  THIS IS CRITICAL TO GENERATE THIS CLOCK SIGNAL.

25        AND MR. OTTESON ALSO HAD A SLIDE WHERE HE FOCUSSED ON A

1      PORTION OF THE PHASE LOCK LOOP.  HE TALKED ABOUT THE RING

2      OSCILLATOR, IF YOU REMEMBER THAT.

3          AND THE RING OSCILLATOR, YOU'LL HEAR FROM MR. MOORE

4      HIMSELF, POSSIBLY TOMORROW GIVEN THE LATE HOUR, BUT YOU'LL HEAR

5      FROM MR. MOORE HIMSELF, HE DIDN'T INVENT THE RING OSCILLATOR.

6      THE RING OSCILLATOR HAS BEEN AROUND FOR A LONG TIME.

7          MR. OTTESON ALSO SAID THAT THE RING OSCILLATOR CLOCKS THE

8      CPU, AND HE HAD A FORMULA.  REMEMBER THAT FORMULA ON THE

9      BOTTOM?

10         WELL, THAT'S NOT THE FORMULA THAT DEFINES THE CLOCK

11     SIGNAL.

12         PAY VERY CLOSE ATTENTION.  IF YOU REMEMBER ANYTHING FROM

13     THESE OPENING STATEMENTS, PAY VERY CLOSE ATTENTION TO THE

14     FORMULA THAT DEFINES THIS CLOCK SIGNAL HERE.  IT'S A RECIPE.  I

15     DON'T PARTICULARLY LIKE FORMULAS, BUT IT'S A RECIPE AND THERE'S

16     NECESSARY INGREDIENTS TO MAKE THIS CLOCK SIGNAL.

17         AND WHAT'S ONE OF THE CRITICAL -- WHAT'S THE FIRST

18     INGREDIENT?  THIS SIGNAL, THIS CRYSTAL REFERENCE IS A NECESSARY

19     INGREDIENT TO MAKE THIS CLOCK SIGNAL.  WITHOUT IT, IT WON'T

20     WORK.

21         AND SO WHILE MR. OTTESON IS FOCUSSING ON THE RING

22     OSCILLATOR, THIS CLOCK SIGNAL IS GOVERNED BY ITS FORMULA.

23         SO PAY CLOSE ATTENTION THROUGHOUT THIS TRIAL, LISTEN TO

24     THE EXPERTS, LISTEN TO THE MANUFACTURERS, AND THEY'LL ALL POINT

25     YOU TO A FORMULA THAT INCLUDES THAT CRYSTAL REFERENCE CLOCK.

1    IT HAS TO BE THERE.

2         NOW, MR. OTTESON TALKED ONLY A LITTLE BIT ABOUT THE PATENT

3    ITSELF, AND I THINK IT'S IMPORTANT FOR US TO REALLY TAKE A LOOK

4    AT THE PATENT IN A LITTLE BIT OF DETAIL.

5         IF WE CAN GO TO THE FIRST SLIDE.

6         HERE'S THE FRONT OF THE PATENT, AND YOU'LL RECALL THIS

7    FIGURE.  MR. OTTESON TALKED ABOUT THAT A LOT.

8         BUT DID YOU NOTICE, HE DIDN'T EVEN MENTION THE NAME OF THE

9    PATENT, HIGH PERFORMANCE MICROPROCESSOR HAVING A VARIABLE SPEED

10   SYSTEM CLOCK.  THE CLOCK HAS TO VARY.

11        AND WHAT DOES IT VARY BASED ON?  TEMPERATURE, VOLTAGE, AND

12   PROCESS.  TEMPERATURE, VOLTAGE, AND PROCESS.

13        AND WHY IS THAT IMPORTANT?  WELL, AT THE TIME MR. MOORE

14   AND MR. FISH WERE COMING UP WITH THEIR INVENTION, AND EVEN

15   TODAY, MICROPROCESSORS, AS MR. OTTESON MENTIONED, WERE AFFECTED

16   BY TEMPERATURE, HEAT, COLD, AND OTHER ENVIRONMENTAL CONDITIONS.

17        AND SO THE PATENT INVENTORS SAID, "WELL, WE DON'T LIKE HOW

18   THE TRADITIONAL WAY IS ADDRESSING THESE CONDITIONS."

19        AND WHAT WAS THE TRADITIONAL WAY OF DOING THIS?  WELL, THE

20   TRADITIONAL WAY OF CLOCKING THE CPU WAS USING A CRYSTAL JUST

21   LIKE HTC DOES, EXACTLY LIKE HTC DOES.

22        AND YOU KNOW HOW THEY DID THAT?  THEY WOULD SET THE CLOCK

23   FOR THE WORST CONDITION, THE HOTTEST CONDITION, FOR EXAMPLE, OR

24   THE LOWEST COMMON DENOMINATOR.

25        WHAT DOES ALL THAT JARGON MEAN?  WELL, IT'S PRETTY SIMPLE.

1    IF YOU WANT THE PHONE TO OPERATE WHEN IT'S 0 DEGREES OR 110

2    DEGREES, 110 DEGREES IS GOING TO BE THE WORST CONDITION BECAUSE

3    THE CPU IS GOING TO SLOW DOWN, IT DOESN'T LIKE HEAT.  SO YOU

4    LOOK AT THE CLOCK SPEED AT THAT 110 DEGREES AND YOU FIX IT AT

5    THAT POINT.  BECAUSE YOU KNOW WHY?  YOU GUARANTEE THAT IT WORKS

6    BELOW THAT TEMPERATURE.

7         I LIKE TO THINK ABOUT IT IN TERMS OF I LIVE ABOUT TWO

8    MILES FROM THE SUPERMARKET AND IT'S ALL STRAIGHTAWAYS WHERE I

9    CAN GO 40 MILES AN HOUR IF I'M DRIVING WITHIN THE SPEED LIMIT,

10   AND THERE'S A BIG TURN, IT'S A 20 MILE AN HOUR HAIRPIN TURN.

11        AND SO I CAN START OFF FROM MY HOUSE AND GO 20 MILES AN

12   HOUR THE ENTIRE WAY AND GUARANTEE THAT I WOULD MAKE IT AROUND

13   THAT TURN.

14        BUT I LEAVE SPEED ON THE ROAD, IF YOU WILL.  I WOULDN'T BE

15   GOING AS FAST AS I CAN LIKE THE PATENT SAYS I WANT TO, LIKE I

16   SHOULD.

17        AND THAT'S WHAT MR. MOORE AND MR. FISH DIDN'T LIKE.  THEY

18   DIDN'T WANT YOU TO GO SLOW.  THEY WANTED YOU TO GO AS FAST AS

19   YOU CAN.

20        AND SO WHAT DID THEY COME UP WITH?  WELL, LADIES AND

21   GENTLEMEN -- IF WE CAN GO TO THE NEXT SLIDE -- THEY CAME UP

22   WITH, AS MR. OTTESON SAID, THIS TWO CLOCK SYSTEM, AND THIS

23   FIRST CLOCK WAS JUST THIS I/O, IN/OUT INTERFACE, WHICH IT JUST

24   RECEIVES AND EXCHANGES DATA WITH EVERYTHING OFF THE CHIP.

25        SO IF WE CAN WHITE THIS OUT, BECAUSE THIS IS REALLY WHAT

1      THE INVENTORS WERE FOCUSSED ON.

2           HERE IT IS.  REMEMBER THE RING OSCILLATOR VARIABLE SPEED

3      CLOCK, AND THAT CLOCKS THE CPU.

4           AND YOU NOTICE IT'S ON THE CHIP.  WHY IS THAT IMPORTANT?

5           WELL, THE WAY THIS WORKS IS IF THIS CHIP HEATS UP BECAUSE

6      YOU'RE OUTSIDE ON A HOT DAY IN THE SUMMER, IT'S 95 DEGREES,

7      THEN THIS WILL SLOW DOWN A LITTLE BIT, BUT IT'LL GO AS FAST AS

8      IT CAN TO CLOCK THE CPU.

9           IF YOU COME INSIDE AND MAYBE THE COURTROOM IS FREEZING IN

10     HERE, TEMPERATURE'S TURNED WAY DOWN LOW, WELL, THIS WILL START

11     TO RUN A LITTLE QUICKER BECAUSE THE CONDITIONS ARE BETTER AND

12     IT'LL CLOCK THE CPU FASTER.

13          THAT'S WHY IT'S A VARIABLE SPEED CLOCK.  DEPENDING UPON

14     THE CONDITIONS, IT'LL VARY.  BUT IT'S ALWAYS TRYING TO MAXIMIZE

15     THAT SPEED, AS FAST AS YOU CAN GO.

16          NOW, WHAT'S VERY INTERESTING IS YOU'LL NOTICE, OUR

17     PRODUCTS HAD A CRYSTAL OVER HERE.  OUR PRODUCTS HAD A PLL.

18          THERE'S NO PLL HERE.  THERE'S NO CRYSTAL IN MR. MOORE AND

19     MR. FISH'S INVENTION BECAUSE THEY DID NOT WANT TO GO -- THEY

20     DID NOT WANT TO GO AT A FIXED SPEED.  THEY DID NOT WANT TO GO

21     STEADY LIKE HTC.  NO.  THEIR WHOLE POINT OF THEIR INVENTION IS

22     GO AS FAST AS YOU CAN UNDER THE INVENTION, SPEED, SPEED, SPEED.

23     YOU HEARD MR. OTTESON, REALLY FAST, REALLY FAST.  THAT'S WHAT

24     THEY WANTED TO DO.

25          WELL, THAT'S THEIR INVENTION, AND YOU'LL HEAR FROM

1      MR. MOORE PERSONALLY TOMORROW THAT HE DIDN'T -- THAT HIS

2      INVENTION DID NOT INCLUDE CRYSTALS.  HIS INVENTION DID NOT

3      INCLUDE PLL'S.  HIS INVENTION DID NOT INCLUDE FIXED CLOCKS.

4           AND YOU'LL HEAR FROM MR. FISH -- UNFORTUNATELY, YOU'RE

5      GOING TO HAVE TO HEAR HIM BY VIDEOTAPE -- AND YOU'RE GOING TO

6      HAVE TO HEAR HIM LATER IN THE WEEK THROUGH OUR CASE WHEN WE GO

7      SECOND, AND WE'LL TALK ABOUT THAT IN A MINUTE, BUT YOU'LL HEAR

8      FROM MR. FISH WHO'LL TELL YOU THE SAME THING.

9           AND YOU KNOW WHAT THEY CALLED THIS CLOCK RIGHT HERE?  THEY

10     REFERRED TO IT AS A FREE RUNNING CLOCK.  NO CONTROL.  NO

11     CRYSTAL.  NO PLL.  FREE RUNNING CLOCK.  THAT'S WHAT THEY CAME

12     UP WITH.

13          SO WHERE DOES THAT LEAVE US, LADIES AND GENTLEMEN?

14          WELL, THAT LEAVES US BACK REALLY WHERE WE STARTED, THAT WE

15     DON'T USE THIS TECHNOLOGY.  WE DON'T WANT TO USE THIS

16     TECHNOLOGY.  WE DO EVERYTHING WE CAN NOT TO USE THIS

17     TECHNOLOGY.  WE USE A CRYSTAL NOT TO VARY, BUT TO MAKE THIS

18     STAY STEADY SO OUR PHONES WORK PROPERLY, AND TO PRESERVE

19     BATTERY LIFE.  WE DO THE EXACT OPPOSITE OF THE PATENT.

20          AND SO YOU'LL HEAR FROM OUR WITNESSES, YOU'LL HEAR FROM

21     WITNESSES FROM QUALCOMM, AND YOU'LL HEAR FROM WITNESSES FROM

22     TEXAS INSTRUMENTS AND THEY'LL TELL YOU THE SAME THING AND

23     THEY'LL TELL YOU HOW OUR PRODUCTS WORK.

24          AND LET ME GET INTO THAT IN A LITTLE BIT MORE DETAIL.

25          THE WAY THIS WORKS IS THAT TPL'S WITNESSES WILL GO FIRST

1    AND YOU'LL HEAR FROM THEM FOR SEVERAL DAYS, SO PLEASE KEEP AN

2    OPEN MIND AND WAIT FOR OUR WITNESSES TO TESTIFY TO TELL YOU OUR

3    STORY, AND THEY'RE GOING TO BE LATER IN THE WEEK, THEY MAY BE

4    EVEN INTO THE FOLLOWING WEEK ON IN THE MONDAY OR TUESDAY.

5         AND WHO ARE YOU GOING TO HEAR FROM?  WELL, FIRST YOU'RE

6    GOING TO HEAR FROM MR. MARTIN FICHTER, WHO'S THE HTC

7    VICE-PRESIDENT OF PRODUCT AND OPERATIONS.  HE'S GOING TO TELL

8    YOU WHY WE MAKE THESE TRADEOFFS, SPEED FOR BATTERY LIFE, SPEED

9    FOR DEPENDABILITY AND CONSISTENCY AND RELIABILITY, MAKING SURE

10   THAT THE PHONE WORKS.

11        AND THEN YOU'LL HEAR FROM MR. EDWARD LIANG, WHAT'S THE HTC

12   MANAGER OF THE COMPUTING LAB IN TAIWAN FOR HTC.  AND MR. LIANG

13   IS THE ONE WHO ACTUALLY PICKS OUT THE CHIPS THAT THE PHONES ARE

14   GOING TO USE.  HE PICKS OUTSIDE THE MICROSOFT -- EXCUSE ME --

15   THE QUALCOMM CHIPS, FOR EXAMPLE.  AND HE'LL TELL YOU WHY HE

16   REQUIRES THEM TO BE FIXED, DOESN'T WANT THEM TO BE FREE RUNNING

17   LIKE THE '336 PATENT.

18        AND THEN YOU'LL HEAR FROM SINA DENA, A QUALCOMM SENIOR

19   ENGINEER.  HE'S THE MAN RESPONSIBLE FOR THE QUALCOMM PRODUCTS.

20   AND YOU KNOW WHAT HE'LL TELL YOU?  HE'LL TELL YOU THAT IF YOU

21   TAKE OUT THE CRYSTAL -- REMEMBER I WAS POINTING TO THE CRYSTAL

22   A LITTLE BIT EARLIER -- IF YOU TAKE OUT THE CRYSTAL, THE PHONE

23   WON'T WORK.  IF YOU TAKE OUT THE CRYSTAL, THE PHONE WON'T BE

24   CLOCKED, THE CPU WON'T BE CLOCKED.

25        AND HE'LL ALSO SHOW YOU THE FORMULA.  REMEMBER I TALKED TO

1    YOU ABOUT THE FORMULA FROM THE CLOCK SIGNAL?

2        IF WE COULD GO BACK, JIM, TO THE SLIDE WITH THE

3    MICROPROCESSOR?

4        MR. DENA WILL SHOW YOU THAT FORMULA.  HE'LL WALK YOU

5    THROUGH THAT THE REFERENCE SIGNAL RIGHT HERE THAT IS REQUIRED

6    TO MAKE THIS SIGNAL.  THIS IS A NECESSARY INGREDIENT FOR THE

7    RECIPE OF THAT CLOCK SIGNAL.  SO PLEASE, HE'S NOT GOING TO

8    TESTIFY FOR YOU FOR A FEW DAYS, BUT REMEMBER TO LISTEN TO HIS

9    TESTIMONY.

10       IF WE COULD GO BACK TO THE WITNESS SLIDE, JIM?  THANK YOU.

11       AND FINALLY -- THEN YOU'RE GOING TO HEAR FROM OUR EXPERTS,

12   MR. TOM GAFFORD AND MR. CHRIS BOKHART.

13       AND MR. GAFFORD IS OUR TECHNICAL EXPERT AND HE'S GOING TO

14   SHOW YOU HOW THESE PRODUCTS WORK.  HE'S GOING TO TELL YOU IN

15   VERY SIMPLE TERMS.  AND WHO'S MR. TOM GAFFORD?

16       WELL, WE CAN GO TO THE NEXT SLIDE.  HE'S AN ELECTRICAL

17   ENGINEER AND HE'S A HANDS ON GUY.  HE'S BEEN IN SILICON VALLEY

18   FOR 40 YEARS.  HE'S THE INVENTOR OF FOUR PATENTS AND HE'S A

19   SERIAL ENTREPRENEUR.  AT TEN YEARS OLD, HE WAS REPAIRING

20   TELEVISIONS AND RADIOS, AND BY HIS TEENS, HE WAS MAKING A HAM

21   RADIO WITH CLOCKS SIMILAR TO WHAT WE HAVE TODAY.  HE FOUNDED A

22   START-UP AND HE BUILT ROBOTS AT STANFORD, AND HE'S CONSULTED

23   FOR A NUMBER OF DIFFERENT COMPANIES.

24       AND WHAT HE WILL GIVE YOU, WHAT MR. GAFFORD WILL GIVE YOU

25   WILL BE A MAN IN THE INDUSTRY POINT OF VIEW OF HOW THESE THINGS

```
1      WORK AND WHY THEY DO.

2           AND THEN FINALLY, LADIES AND GENTLEMEN, YOU'LL HEAR FROM

3      MR. BOKHART.

4           IF WE COULD GO TO THE NEXT SLIDE?

5           MR. BOKHART'S AN INTELLECTUAL PROPERTY VALUATION EXPERT.

6      WHAT DOES THAT MEAN IN SIMPLE TERMS?  HE'S GOING TO ADDRESS

7      IT -- IF THERE'S ANY DAMAGES IN THIS CASE, HE'LL ADDRESS THAT.

8      WE DON'T THINK THERE SHOULD BE BECAUSE WE DON'T INFRINGE.  WE

9      DON'T USE THEIR TECHNOLOGY.  BUT HE WILL ADDRESS THOSE ISSUES.

10          AND HE WILL ALSO ADDRESS, LADIES AND GENTLEMEN -- REMEMBER

11     THAT SLIDE, I THINK IT WAS THE FIRST SLIDE THAT MR. OTTESON PUT

12     UP WITH ALL THE LOGOS OF THE COMPANIES THAT WERE COMING IN ON

13     THE SIDE OF THE SCREEN?  MR. BOKHART WILL ALSO ADDRESS THOSE

14     LICENSES.  HE'LL TELL YOU THAT TPL TRIED TO LICENSE OVER 800

15     COMPANIES AND GOT 100 LICENSES.

16          HE WILL ALSO -- OR YOU WILL ALSO HEAR, LADIES AND

17     GENTLEMEN, THROUGH THE COURSE OF THIS CASE -- OR I SHOULD SAY

18     YOU WON'T HEAR THROUGH THE COURSE OF THIS CASE NOT A SINGLE

19     WITNESS FROM ANY OF THOSE COMPANIES THAT MR. OTTESON PUT UP.

20     REMEMBER, I THINK THERE WAS APPLE, SONY, AND A BUNCH OF OTHERS,

21     NOKIA.  YOU WON'T HEAR FROM A SINGLE WITNESS FROM THOSE

22     COMPANIES WHO SAY THEY ACTUALLY USE THIS INVENTION.

23          BUT YOU'LL HEAR TESTIMONY, YOU'LL HEAR EVIDENCE WHY

24     PEOPLE, COMPANIES, TAKE LICENSES FOR TECHNOLOGY THEY DON'T USE.

25     SOMETIMES IT'S CHEAPER TO TAKE THE TECHNOLOGY, THE LICENSE,
```

1          THAN IT IS TO PAY THE LAWYERS.

2               AND SO YOU'LL HEAR FROM MR. BOKHART AND YOU'LL HEAR FROM

3          OTHERS ON THESE ISSUES.

4               AND SO, LADIES AND GENTLEMEN, I WANT TO END BY THANKING

5          YOU FOR YOUR TIME AND ATTENTION IN THIS CASE.

6               AND I ALSO WANT TO BRING THIS CASE BACK TO REALLY WHAT

7          IT'S ABOUT.  IT'S ABOUT A PATENT.

8               AND WHAT DOES THE PATENT REQUIRE?  WHAT ARE THE BOUNDS, AS

9          THE JUDGE SAID, WHAT ARE THE BOUNDS OF THIS PATENT?

10              WELL, THIS PATENT REQUIRES TWO THINGS THAT YOU NEED TO

11         KEEP IN MIND AS YOU LOOK AT THE EVIDENCE, AS YOU LISTEN TO THE

12         TESTIMONY.

13              THIS PATENT REQUIRES A VARIABLE SPEED CLOCK ON THE CHIP,

14         ON THE MICROPROCESSOR TO CLOCK THE CPU, AND THERE'S REALLY TWO

15         REQUIREMENTS, SO PLEASE KEEP THESE IN MIND THROUGHOUT THE WEEK,

16         WEEK AND A HALF WE'RE HERE, AND KEEP THESE QUESTIONS IN THE

17         FOREFRONT OF YOUR MIND WHEN YOU'RE LOOKING AT ALL THE EVIDENCE

18         AND YOU'RE LISTENING TO THE TESTIMONY.

19              FIRST, WHAT DOES IT REQUIRE?  A CPU SPEED HAS TO VARY

20         BASED UPON ENVIRONMENTAL CONDITIONS LIKE TEMPERATURE.  IT HAS

21         TO VARY.  NOT MAY.  IT HAS TO VARY.

22              AND YOU KNOW WHAT, LADIES AND GENTLEMEN?  WE DO EVERYTHING

23         IN OUR POWER NOT TO VARY BECAUSE WE WANT TO PRESERVE THE

24         BATTERY LIFE AND MAKE SURE OUR PHONES WORK.

25              REMEMBER THE SLIDE ABOUT THE IGLOO AND THE DESERT?  WE

1    WANT TO MANGE SURE OUR PHONES WORK IN THESE CONDITIONS AND

2    EVERYTHING IN BETWEEN.  WE DON'T VARY BASED UPON TEMPERATURE

3    AND OTHER ENVIRONMENTAL CONDITIONS.

4         AND THE SECOND REQUIREMENT OF THIS PATENT THAT YOU SHOULD

5    KEEP IN THE FOREFRONT OF YOUR MIND IS EVERYTHING NEEDED TO

6    GENERATE THE CLOCK SIGNAL HAS TO BE ON THE MICROPROCESSOR.

7         IF WE COULD GO BACK TO THE MICROPROCESSOR SLIDE, JIM,

8    PLEASE?

9         WHAT DOES THAT MEAN?  EVERYTHING TO MAKE THIS SIGNAL, ALL

10   THE INGREDIENTS HAVE TO BE ON THIS MICROPROCESSOR.

11        WELL, WE KNOW -- DON'T TAKE MY WORD FOR IT -- WE KNOW BY A

12   FORMULA, THERE'S A FORMULA, A RECIPE HOW TO MAKE THIS CLOCK

13   SIGNAL, AND IT TELLS YOU THAT YOU MUST HAVE THAT CRYSTAL.  NOT

14   MAY OR IT'S OPTIONAL.  YOU MUST.

15        SO THERE'S NO WAY THAT EVERYTHING ON THAT MICROPROCESSOR

16   NEEDED TO GENERATE THIS SIGNAL IS HERE BECAUSE THE FORMULA

17   REQUIRES THIS CRYSTAL.

18        AND SO, LADIES AND GENTLEMEN, I'M GOING TO END MY REMARKS

19   BY AGAIN THANKING YOU.  I KNOW IT'S LATE IN THE DAY AND YOU

20   PROBABLY DIDN'T THINK YOU'D BE HERE FOR A PATENT INFRINGEMENT

21   TRIAL WHEN YOU STARTED YOUR MORNING, BUT WE THANK YOU VERY MUCH

22   AND WE'RE CONFIDENT THAT AT THE END OF THE CASE THAT YOU WILL

23   SEE OUR POINT OF VIEW AND RETURN A VERDICT OF NON-INFRINGEMENT.

24        AND THANK YOU SO MUCH.

25             THE COURT:  MR. SMITH, THANK YOU, SIR.

1          MR. SMITH:  THANK YOU, YOUR HONOR.

2          THE COURT:  MR. OTTESON, YOU MAY CALL YOUR FIRST

3    WITNESS.

4          MR. OTTESON:  THANK YOU, YOUR HONOR.

5        DEFENDANTS CALL CHARLES H. MOORE.

6          THE COURT:  MR. MOORE, BEFORE YOU TAKE THE WITNESS

7    STAND, I WILL NEED TO HAVE YOU SWORN, SIR.

8        MR. RIVERA, WOULD YOU PLEASE SWEAR THE WITNESS?

9          THE CLERK:  RAISE YOUR RIGHT HAND, PLEASE.

10         **(CHARLES H. MOORE, DEFENDANTS' WITNESS, WAS SWORN.)**

11           THE WITNESS:  I DO.

12           THE CLERK:  THANK YOU.  PLEASE BE SEATED.

13       PLEASE STATE YOUR FULL NAME AND SPELL YOUR LAST NAME FOR

14   THE RECORD.

15           PROSPECTIVE JUROR:  CHARLES H. MOORE, M-O-O-R-E.

16           THE COURT:  MR. OTTESON, YOU MAY PROCEED.

17           MR. OTTESON:  THANK YOU, YOUR HONOR.

18                      **DIRECT EXAMINATION**

19   BY MR. OTTESON:

20   Q.   MR. MOORE, GOOD AFTERNOON.

21        ARE YOU CURRENTLY EMPLOYED?

22   A.   YES.

23   Q.   AND WHAT IS YOUR CURRENT JOB THAT YOU HAVE NOW?

24   A.   I'M THE CHIEF TECHNOLOGY OFFICER OF GREENARRAYS,

25   INCORPORATED, AND THE CHAIRMAN OF THEIR BOARD OF DIRECTORS.

MOORE DIRECT

```
1      Q.   SO BEFORE WE TALK ABOUT YOUR PARTICULAR RESPONSIBILITIES

2      AT GREENARRAYS, WHAT IS THE GENERAL BUSINESS OF GREENARRAYS?

3      A.   WE MAKE MULTICORE COMPUTER CHIPS.  THAT IS A CHIP WITH

4      MULTIPLE COMPUTERS ON IT.

5      Q.   AND WHAT IS THE CHIP THAT GREENARRAYS IS CURRENTLY WORKING

6      ON?

7      A.   IT'S CALLED THE GA144.  IT'S A FIVE MILLIMETER DIE WITH

8      144 COMPUTERS.

9      Q.   SO WHAT WE'RE LOOKING AT ON THE SCREEN HERE, CAN YOU TELL

10     US WHAT THAT IS?

11     A.   THAT'S THE PACKAGE THAT THE CHIP IS INSIDE, AND ALL THOSE

12     LETTERS ARE REQUIRED IN ORDER TO DESCRIBE ACCURATELY WHAT IT

13     IS.

14     Q.   AND SO THIS KIND OF BLACK PACKAGING YOU SAY IS NOT THE

15     CHIP ITSELF?

16     A.   NO.  THAT'S A PLASTIC PACKAGE THAT INCORPORATES THE CHIP.

17     Q.   OKAY.  AND I BELIEVE YOU SAID THAT THE GREENARRAYS 144 HAS

18     MULTIPLE COMPUTERS OR CORES.  HOW MANY DOES IT HAVE?

19     A.   IT HAS 144 SMALL COMPUTERS.  THEY HAVE TO BE SMALL IN

20     ORDER TO FIT IN THE FIVE MILLIMETER DIE.

21     Q.   YEAH, I'LL BET.

22          IS THE GA144 WHAT YOU WOULD CALL A MICROPROCESSOR?

23     A.   YES.

24     Q.   SO TELL US, MAYBE YOU CAN EXPLAIN FOR THE JURY JUST

25     GENERALLY WHAT A MICROPROCESSOR IS.
```

MOORE DIRECT

1    A.   A MICROPROCESSOR IS THE BRAINS OF A COMPUTER SYSTEM.  IT

2    EXECUTES INSTRUCTIONS SEQUENTIALLY AND DOES ALL OF THE WORK

3    THAT THE COMPUTER IS REQUIRED TO DO.  IT DOES CALCULATIONS, IT

4    MOVES DATA FROM PLACE TO PLACE, IT CONTROLS PERIPHERALS,

5    PERIPHERALS THAT ARE ATTACHED TO IT.

6    Q.   SO LET ME -- LET ME SEE IF I CAN ASK YOU ABOUT AN EXAMPLE

7    THAT MIGHT GIVE A MORE, A LITTLE MORE LIFE TO THE DESCRIPTION.

8         MY DAUGHTER LIKES TO GET MY IPAD ONCE IN A WHILE AND PLAY

9    A GAME ON THERE THAT'S CALLED TEMPLE RUN, AND IT DISPLAYS VIDEO

10   AND DOES VARIOUS THINGS.

11        CAN YOU DESCRIBE FOR THE JURY WHAT IT IS THAT THE

12   MICROPROCESSOR DOES THAT ENABLES SOMETHING -- THAT ENABLES MY

13   DAUGHTER TO BE ABLE TO PLAY THAT GAME ON MY IPAD?

14   A.   WELL, THE IPAD HAS A NUMBER OF CHIPS IN IT.  ONE OF THEM

15   WOULD BE THE MICROPROCESSOR.  ANOTHER WOULD BE A VIDEO DISPLAY

16   UNIT THAT DISPLAYS, THAT GENERATES THE PICTURE.  ANOTHER WOULD

17   BE A KEYBOARD THAT ACCEPTS INPUTS FROM A TOUCH SCREEN PERHAPS.

18        AND ALL THESE DEVICES HAVE TO BE MONITORED AND CONTROLLED

19   AND THAT'S DONE BY THE MICROPROCESSOR.

20   Q.   OKAY.  VERY GOOD.  THANK YOU.

21        SO LET'S GO BACK AND TALK ABOUT GREENARRAYS A LITTLE BIT.

22   WHAT, IN GENERAL, ARE YOUR RESPONSIBILITIES AS THE CHAIRMAN AND

23   CHIEF TECHNOLOGY OFFICER OF GREENARRAYS?

24   A.   AS CHAIRMAN, I JUST RUN BOARD MEETINGS LIKE ALL OTHER

25   CHAIRMEN.

1          AS TECHNOLOGY OFFICER, I OVERSEE THE DEVELOPMENT OF OUR

2     CHIPS AND THE IMPROVEMENT OF THE TECHNOLOGY THEY CONTAIN.

3     Q.    OKAY.  SO YOU MENTIONED THE GA144 CHIP THAT GREENARRAYS IS

4     WORKING ON NOW.

5          MAYBE YOU COULD TELL US WHAT, IF ANYTHING, MAKES

6     GREENARRAYS' MICROPROCESSOR CHIPS UNIQUE OR DIFFERENT FROM

7     OTHER MICROPROCESSORS.

8     A.    IT'S A REMARKABLE CHIP.  FIRST, THE FACT THAT IT HAS 144

9     COMPUTERS THAT CAN RUN IN PARALLEL.  THIS GIVES IT ABSOLUTELY

10    UNPRECEDENTED COMPUTATIONAL ABILITY.  WE CAN EXECUTE 96,000

11    MIPS ON THIS CHIP.

12    Q.    WHAT DOES THAT MEAN WHEN YOU SAY THAT YOU CAN EXECUTE

13    96,000 MIPS?  PLEASE EXPLAIN FOR THE JURY WHAT THAT MEANS.

14    A.    A MODERN PENTIUM COMPUTER CAN EXECUTE ABOUT 3,000 MIPS,

15    THAT'S ABOUT 3 GIGAHERTZ, SO WE'RE RUNNING ABOUT 30 TIMES AS

16    FAST AS A PENTIUM, YEAH, THE PENTIUM.

17    Q.    AND HOW IS THE CHIP ABLE TO DO THAT?

18    A.    IT NOT ONLY HAS A RING OSCILLATOR CLOCKING A COMPUTER AS

19    FAST AS IT CAN, IT HAS 144 RING OSCILLATORS COMPUTING, CLOCKING

20    144 COMPUTERS AS FAST AS IT CAN.

21    Q.    AND I ASSUME, THEN, IF IT HAS 144 COMPUTERS, ALL OF WHICH

22    ARE BEING CLOCKED BY ITS OWN RING OSCILLATOR AS FAST AS THEY

23    CAN, DOES THAT MEAN THAT IT CONSUMES POWER VERY QUICKLY?

24    A.    ONE WOULD THINK SO, BUT IN FACT, NOT.  IT CAN RUN 96,000

25    MIPS WITH HALF A WATT OF POWER.

```
 1    Q.   AND WHY IS IT ABLE TO RUN SO EFFICIENTLY?

 2    A.   THAT'S MAGIC, I GUESS.  FIRST, CAREFUL DESIGN TO MINIMIZE

 3    THE AMOUNT OF POWER EACH COMPUTER USES; AND SECOND, WE HAVE A

 4    RING OSCILLATOR RUNNING EACH OF THE COMPUTERS.

 5         THAT MEANS WE DO NOT HAVE A MASTER CLOCK WHICH WOULD HAVE

 6    TO BE DISTRIBUTED TO 144 DIFFERENT PLACES WHICH WOULD BE VERY

 7    EXPENSIVE IN POWER.

 8    Q.   SO IN TERMS OF POWER CONSUMPTION, HOW WOULD YOU

 9    CHARACTERIZE THE GA144 COMPARED TO OTHER MICROPROCESSORS?

10    A.   ONE OF OUR CUSTOMERS CONSTRUCTED A DIAGRAM SHOWING A

11    COMPARISON OF SPEED VERSUS POWER OUT OF ALL CONTEMPORARY

12    COMPUTERS -- THIS WAS A COUPLE YEARS AGO -- AND WE WERE RIGHT

13    AT THE TOP OF THAT LIST.

14         WE USE LESS POWER AND GET MORE SPEED THAN ANY OTHER

15    COMMERCIALLY AVAILABLE COMPUTER.

16    Q.   SO LET ME ASK YOU THIS:  ARE ALL 144 MINI COMPUTERS ON THE

17    GA144 RUNNING AT THE SAME TIME?

18         MS. KEEFE:  OBJECTION, YOUR HONOR.  I'VE BEEN QUITE,

19    YOU KNOW, ALLOWING THE LIST TO GO ON WHITE A WHILE, BUT I

20    OBJECT BECAUSE THERE'S NO RELEVANCE.  THIS HAS NOTHING TO DO

21    WITH THE PHONES OR CHIPS THAT ARE ACCUSED IN THIS CASE.

22         THE COURT:  RESPONSE, MR. OTTESON?

23         MR. OTTESON:  WELL, I THINK IT'S RELEVANT TO HIS

24    BACKGROUND, AND ALSO THIS IS SOMETHING THAT PRACTICES THE

25    INVENTION AS HE'S TESTIFYING TO NOW.
```

MOORE DIRECT

```
 1              THE COURT:  ALL RIGHT.  I'LL OVERRULE THE OBJECTION.
 2         YOU MAY PROCEED.
 3              MR. OTTESON:  THANK YOU.
 4    Q.   SO I BELIEVE THE QUESTION WAS, ON THE GREENARRAYS CHIP,
 5    YOU'VE GOT 144 OF THESE MINI COMPUTERS.  ARE ALL OF THOSE
 6    RUNNING ALL THE TIME?  OR HOW DOES THAT WORK?
 7    A.   THEY CAN BE RUNNING ALL THE TIME.  BUT WHAT HAPPENS
 8    TYPICALLY IS THE COMPUTER RUNS WHEN IT'S CALLED UPON TO, AND
 9    WHEN IT HAS NOTHING TO DO, IT STOPS.  IT JUST IS IDLE, DRAWING
10    NO POWER AT ALL.
11         SO THE MINIMUM POWER THE CHIP CAN USE IS 0 IF NONE OF THE
12    COMPUTERS ARE RUNNING.  IF ONE COMPUTER IS RUNNING, IT WILL USE
13    4 MILLIAMPS.  IF ALL THE COMPUTERS ARE RUNNING, IT'LL USE HALF
14    A WATT.  IT'S SELF-REGULATING IN THAT SENSE.
15    Q.   SO WHAT ARE SOME OF THE POTENTIAL USES FOR A
16    MICROPROCESSOR CHIP LIKE THE GREENARRAYS 144?
17              MS. KEEFE:  I APOLOGIZE, YOUR HONOR.  OBJECTION.  AND
18    MIGHT I ASK FOR A SIDE-BAR?
19              THE COURT:  YOU MAY.
20         (SIDE-BAR DISCUSSION ON THE RECORD.)
21              THE COURT:  TELL ME IF YOU HAVE ANY PROBLEMS HEARING.
22         GO AHEAD.
23              MS. KEEFE:  I APOLOGIZE, YOUR HONOR, BUT THERE WERE
24    INTERROGATORIES AND DISCOVERY REQUESTS THROUGHOUT THIS ENTIRE
25    CASE FOR ANYTHING THAT PRACTICES THE INVENTION AND GREENARRAYS
```

1    WAS NEVER MENTIONED AT ALL.

2        AND HE JUST TOLD YOU THAT THE RELEVANCE OF THIS WAS THAT

3    THIS GREENARRAYS CHIP NOW SOMEHOW PRACTICES THE PATENT AND HE'S

4    GOING TO TELL ALL ABOUT IT AND WHY HE THINKS IT DOES THAT.

5        IT'S A VIOLATION OF DISCOVERY.  IT'S AN AMBUSH ON ME.  I'M

6    VERY PREJUDICED AT THIS POINT.  I'VE HAD NO ABILITY TO DO ANY

7    DISCOVERY ON THIS AND I THINK IT'S HIGHLY PREJUDICIAL AND NOT

8    RELEVANT.

9        THE COURT:  MR. OTTESON, GO AHEAD.

10        MR. OTTESON:  CHUCK MOORE IS A THIRD PARTY.  HE IS

11    NOT MY CLIENT.  HE -- THEY HAD EVERY OPPORTUNITY TO TAKE HIS

12    DEPOSITION AND, IN FACT, THEY DID FOR TWO DAYS.

13        FOR THEM TO COME IN NOW AND SAY THAT HE CAN'T COME IN AND

14    TALK ABOUT WHAT HE DOES IT AN OUTRAGEOUS OBJECTION.  THERE'S NO

15    BASIS FOR IT.

16        MS. KEEFE:  BUT THEY NEVER SAID --

17        THE COURT:  ALL RIGHT.  I'M GOING TO ALLOW THE

18    QUESTIONING TO CONTINUE.

19        HOWEVER, I WILL ENTERTAIN A REQUEST AT THE END OF THE DAY

20    AND BEFORE TOMORROW, OR ANYTIME IN BETWEEN, FOR AN INSTRUCTION

21    TO THE JURY STRIKING THIS TESTIMONY IF, IN FACT, IT WAS

22    REQUESTED DURING DISCOVERY AND IT WAS NOT IDENTIFIED DURING

23    DISCOVERY.

24        I DON'T WANT THIS TO BE CONTINUED DURING THIS TRIAL.  I

25    WANT TO KEEP THINGS MOVING ALONG, BUT I'LL ENTERTAIN THE

1    REQUEST.

2        MR. OTTESON, YOU MAY PROCEED, BUT YOU MUST BE AWARE

3    THAT THAT'S THE OBJECTION.

4        LET'S PROCEED.  LET'S PROCEED.

5            MR. OTTESON:  THANK YOU, YOUR HONOR.

6            MS. KEEFE:  THANK YOU, YOUR HONOR.

7        (SIDE-BAR DISCUSSION CONCLUDED.)

8            MR. OTTESON:  YOUR HONOR, I WAS WONDERING IF WE MIGHT

9    HAVE THE LAST QUESTION READ BACK, PLEASE?

10            THE COURT:  YOU MAY.

11            MR. OTTESON:  THANK YOU.

12        (THE RECORD WAS READ BY THE COURT REPORTER.)

13            THE WITNESS:  IT'S APPROPRIATE FOR ANY APPLICATION IN

14    WHICH YOU NEED A LOT OF COMPUTATION.  IF YOU DON'T NEED 96,000

15    MIPS OR IN THAT VICINITY, IT WOULD NOT BE APPROPRIATE.

16        BUT APPLICATIONS, SUCH AS CONTROL OF A ROBOT OR

17    INTERPRETATION OF A CAMERA IMAGE OR CRYPTOGRAPHY, APPROPRIATE

18    APPLICATIONS ABOUND.

19    BY MR. OTTESON:

20    Q.   THANK YOU, MR. MOORE.

21        NOW, YOU'RE AWARE, ARE YOU NOT, SIR, THAT TPL AND PATRIOT

22    ARE PARTIES IN THIS CASE?

23    A.   YES.

24    Q.   DO YOU HAVE A RELATIONSHIP WITH THEM?

25    A.   YES.

1    Q.    WHAT IS YOUR RELATIONSHIP WITH TPL AND PATRIOT?

2    A.    THEY FORMED A JOINT VENTURE TO LICENSE AND EXPLOIT THESE

3    PATENTS, AND I HAVE A CONTRACT WITH THAT VENTURE CALLED -- IT'S

4    CALLED PDS TO PROVIDE SUPPORT FOR THEIR LICENSING EFFORTS.

5    Q.    AND WHAT TYPES OF SUPPORT DO YOU PROVIDE FOR THE LICENSING

6    EFFORTS OF TPL AND PATRIOT?

7    A.    WHATEVER I CAN, WHENEVER THEY ASK ME TO DO.  I'M HERE

8    TODAY.

9    Q.    NOW, LET ME ASK YOU THIS, MR. MOORE:  WHEN A COMPANY

10   PURCHASES A LICENSE TO THE '336 PATENT, DO YOU GET ANY OF THE

11   PROCEEDS FROM THAT?

12   A.    AS A CO-INVENTOR, I GET A PERCENTAGE OF THE ROYALTIES

13   AFTER EXPENSES.

14   Q.    OKAY.  LET'S TAKE A LOOK AT EXHIBIT 245 IF WE COULD,

15   PLEASE, WHICH IS THE -- A DOCUMENT WE'VE BEEN TALKING ABOUT.

16        CAN YOU TELL US WHAT THIS IS, EXHIBIT 245?

17   A.    THAT'S THE FIRST PAGE OF THE '336 PATENT.

18   Q.    ARE YOU FAMILIAR WITH THIS?

19   A.    YES.

20   Q.    AND WHY ARE YOU FAMILIAR WITH IT?

21   A.    BECAUSE I HAVE READ IT MANY TIMES OVER THE LAST, OH, WHAT,

22   15 YEARS IN SUPPORT OF VARIOUS LITIGATION EFFORTS.

23   Q.    OKAY.  SO IS THIS YOUR NAME HERE THAT APPEARS ON THE UPPER

24   LEFT PART OF THIS PAGE THAT WE'RE LOOKING AT?

25   A.    THAT'S RIGHT, CHARLES H. MOORE.  AT THE TIME I LIVED IN

MOORE DIRECT

1    WOODSIDE.

2    Q.   SO ARE YOU THEN AN INVENTOR OF THE '336 PATENT?

3    A.   THAT'S RIGHT.

4    Q.   AND WERE THE -- WERE THERE ANY CO-INVENTORS THAT YOU HAD

5    ON THE '336?

6    A.   RUSSELL FISH WAS THE CO-INVENTOR.

7    Q.   NOW, LET ME ASK YOU THIS:  IS THE '336 PATENT PART OF A

8    GROUP OR WHAT WE MIGHT CALL A PORTFOLIO OF PATENTS?

9    A.   YES, IT IS.

10   Q.   AND WHAT IS -- WHAT IS THAT CALLED?

11   A.   THAT'S TERMED MMP PORTFOLIO, THE MOORE MICROPROCESSOR

12   PATENT PORTFOLIO.

13   Q.   AND HOW DOES THE '336 PATENT FIT INTO THE MMP PORTFOLIO?

14   A.   I THINK THAT PORTFOLIO HAS ABOUT SEVEN PATENTS.  WE

15   APPLIED FOR A PATENT, AS IT INDICATES THERE, IN AUGUST OF 1989

16   AND THE PATENT OFFICE CAME BACK WITH AN OFFICE ACTION SAYING WE

17   SHOULD BREAK IT UP INTO MULTIPLE PATENTS BECAUSE THERE WERE SO

18   MANY IDEAS PRESENTED IN IT.

19   Q.   OKAY.  SO WHAT'S THE RELATIONSHIP BETWEEN THE '336 PATENT,

20   THEN, AND THE ORIGINAL PATENT APPLICATION THAT YOU FILED BACK

21   IN AUGUST OF 1989?

22   A.   IT IS A PORTION OF THE ORIGINAL PATENT THAT DEALT WITH THE

23   COMPUTER CLOCK.

24   Q.   OKAY.  SO HOW WOULD YOU GENERALLY DESCRIBE YOUR INVENTION

25   IN THE '336 PATENT?

1    A.   THE INVENTION IS THAT I PUT A RING OSCILLATOR ON THE SAME

2    CHIP AS THE MICROPROCESSOR TO ACT AS A COMPUTER CLOCK; AND A

3    SECOND CLOCK TO, TO INTERFACE WITH THE I/O INTERFACE.

4         IN OTHER WORDS, I -- INSTEAD OF ONE CLOCK, AS MOST

5    COMPUTERS HAD, I HAD TWO CLOCKS THAT WERE INDEPENDENT.

6    Q.   AND THE RING OSCILLATOR, WHICH PORTION OF THE

7    MICROPROCESSOR WAS THE RING OSCILLATOR USED TO CLOCK?

8    A.   IT CLOCKED THE CPU.

9    Q.   WHAT IS A CPU?

10   A.   IT'S THE CONTROLLING ELEMENT OF THE MICROPROCESSOR IN THE

11   SAME SENSE AS THE MICROPROCESSOR IS THE CONTROLLING ELEMENT OF

12   A COMPUTER.

13   Q.   AND YOU MENTIONED THE TERM "CLOCK."

14        WHAT IS A CLOCK IN THE CONTEXT OF COMPUTERS?

15   A.   A CLOCK IS A PERIODIC SIGNAL THAT IS USED TO DETERMINE

16   WHEN AN INSTRUCTION BEGINS AND WHEN IT ENDS.

17   Q.   NOW, I THINK YOU ALSO MENTIONED THE TERM "INPUT/OUTPUT

18   INTERFACE."

19        WHAT IS AN INPUT/OUTPUT INTERFACE?

20   A.   IT IS USED, FOR INSTANCE, TO COMMUNICATE WITH MEMORY.

21   MEMORY REQUIRES PRECISE TIMING SIGNALS WHICH WOULD BE

22   INAPPROPRIATE FOR A RING OSCILLATOR TO GENERATE, SO THEY WOULD

23   BE GENERATED BY A CRYSTAL CLOCK.

24        LIKEWISE IF YOU HAVE AN ETHERNET CONNECTION THAT REQUIRES

25   A VERY PRECISE TIMING SIGNALS, OR A USB REQUIRES TIMING

1    SIGNALS.  ALL THESE PERIPHERAL DEVICES REQUIRE THEIR OWN

2    TIMING.

3    Q.   OKAY.  MAYBE WE CAN GO TO FIGURE 17 OF THE '336 PATENT AND

4     YOU CAN TALK TO US ABOUT SOME OF THESE THINGS.

5         ACTUALLY, FIGURE 17, I THINK, IS REPRODUCED ON THE FRONT

6    PAGE, BUT -- YEAH, LET'S JUST BLOW THAT UP.

7         SO MAYBE YOU CAN USE THIS DIAGRAM, MR. MOORE, WHICH IS ON

8    THE COVER OF THE '336 PATENT TO TALK ABOUT SOME OF THE THINGS

9    YOU WERE JUST TALKING ABOUT WITH RESPECT TO YOUR INVENTION.

10   A.   YES.  THERE IS THE RING OSCILLATOR WHICH GENERATES A

11    TIMING SIGNAL THAT IS PASSED TO THE CPU.

12        THEN THERE'S A SECOND CLOCK, THE CRYSTAL CLOCK, WHICH

13   GENERATES A MORE -- A CONSTANT, A STEADY TIMING SIGNAL TO THE

14   I/O INTERFACE.

15        AND THAT IS -- THAT IS AN APPROPRIATE FREQUENCY FOR THE

16   EXTERNAL MEMORY BUS, FOR OTHER PERIPHERALS WHICH ARE DRIVEN BY

17   THE COMPUTER.

18   Q.   OKAY.  VERY GOOD.

19        COULD YOU PLEASE TALK TO US ABOUT WHAT IN THIS DIAGRAM

20   THAT WE SEE ON THE COVER PAGE OF THE '336 PATENT, WHICH OF

21   THESE COMPONENTS ARE ACTUALLY ON THE MICROPROCESSOR ITSELF?

22   A.   EVERYTHING EXCEPT THE CRYSTAL CLOCK.

23   Q.   OKAY.  SO THE RING OSCILLATOR, THE CPU, AND THE I/O

24    INTERFACE, ARE THOSE ALL ON THE SILICON CHIP?

25   A.   YES, THEY ARE.

1    Q.   OKAY.  WHAT ABOUT -- THIS IS A REFERENCE TO AN EXTERNAL

2    MEMORY BUS.  WHERE IS THAT?

3    A.   THAT GOES OFF CHIP THROUGH A NUMBER OF, OF PINS.

4    Q.   OKAY.  AND WHAT DOES THAT CONNECT TO?

5    A.   THAT WOULD CONNECT TO MEMORY CHIPS.

6    Q.   OKAY.

7    A.   IN THE CASE OF OUR PROTOTYPE, I THINK EIGHT DIFFERENT

8    MEMORY CHIPS.

9    Q.   OKAY.  BEFORE WE SPEND MORE TIME ON THE '336 PATENT, LET'S

10   TALK A LITTLE BIT ABOUT YOUR BACKGROUND.

11        WHERE ARE YOU FROM ORIGINALLY, MR. MOORE?

12   A.   I WAS BORN IN MCKEESPORT, PENNSYLVANIA, WHICH IS A STEEL

13   TOWN JUST OUTSIDE OF PITTSBURGH, OR AT LEAST IT WAS WHEN I WAS

14   BORN.

15   Q.   AND DID YOU GROW UP IN MCKEESPORT?

16   A.   NO.  MY FATHER WORKED IN THE STEEL MILL WHEN HE WAS YOUNG,

17   AND HAS HE GREW OLDER, HE MOVED US TO ERIE, PENNSYLVANIA, AND

18   THEN TO FLINT, MICHIGAN.

19   Q.   SO WHERE DID YOU GO TO HIGH SCHOOL THEN?

20   A.   I WENT TO FLINT CENTRAL HIGH SCHOOL, GRADUATED IN 1956.

21   Q.   AND AFTER GRADUATING FROM HIGH SCHOOL, DID YOU GO TO

22   COLLEGE AT SOME POINT?

23   A.   I RECEIVED A NATIONAL MERIT SCHOLARSHIP TO ATTEND MIT IN

24   1956, AND THAT WAS THE SECOND YEAR THAT NATIONAL MERIT

25   SCHOLARSHIPS HAD BEEN OFFERED.  THEY ARE STILL OFFERED TODAY.

MOORE DIRECT

```
1     Q.   AND WHEN YOU WENT TO MIT, WHAT DID YOU STUDY THERE?

2     A.   I WENT THERE EXPECTING TO STUDY CIVIL ENGINEERING, TO

3     BUILD BRIDGES AND RAILROADS.

4          BUT I LEARNED ABOUT PHYSICS WHEN I GOT THERE AND DECIDED I

5     WOULD BECOME A PHYSICIST, HIGH ENERGY PARTICLE PHYSICIST.

6          BUT IN THE COURSE OF DOING THAT, I DISCOVERED COMPUTERS

7     AND FELL IN LOVE WITH THEM AND BECAME A COMPUTER ENGINEER.

8          MY DEGREE IS IN PHYSICS, BACHELOR'S IN PHYSICS.

9     Q.   AND WHAT YEAR DID YOU GRADUATE FROM MIT WITH YOUR PHYSICS

10    DEGREE?

11    A.   1960.

12    Q.   NOW, WHILE YOU WERE EARNING YOUR BACHELOR'S DEGREE AT MIT,

13    DID YOU HAVE ANY UNIQUE OR INTERESTING WORK EXPERIENCE?

14    A.   I DID, INDEED.  AS I WAS A SOPHOMORE IN 1957, THE SOVIET

15    UNION LAUNCHED SPUTNIK, WHICH WAS THE FIRST EARTH ORBITING

16    SATELLITE, AND JUST DOWN THE STREET FROM MIT AT SMITHSONIAN

17    ASTROPHYSICAL OBSERVATORY, THEY HAD A -- THEY WERE ASSIGNED THE

18    TASK OF TRACKING SUCH SATELLITES, AND THIS SATELLITE OCCURRED

19    ABOUT A YEAR EARLIER THAN THEY EXPECTED, SO THEY WERE QUITE

20    UNPREPARED TO TRACK IT.

21         AND, AMONG OTHER PEOPLE, I WAS HIRED TO RUN A DESK

22    CALCULATOR AND CALCULATE THE ORBIT AND PREDICT WHERE YOU COULD,

23    WHERE YOU COULD SEE THE SATELLITE.

24    Q.   AND SO WHAT YEAR DID YOU START WORKING AT THE SMITHSONIAN

25    ASTROPHYSICAL OBSERVATORY?
```

MOORE DIRECT

```
1     A.   THAT WOULD BE JANUARY OF 1958.

2     Q.   SO YOU SAID SOMETHING ABOUT USING A CALCULATOR IN YOUR

3     WORK THERE.  TELL US A LITTLE BIT MORE ABOUT THAT AND HOW THAT

4     WENT.

5     A.   CALCULATORS AT THE TIME, THESE WERE MECHANICAL

6     CALCULATORS, THERE WERE TWO MAJOR KINDS, FRIDEN AND MARTIAN.  I

7     BELIEVE I USED THE MARTIAN CALCULATOR.

8          YOU PUSHED A LOT OF BUTTONS AND IT WAS ELECTRICALLY

9     DRIVEN, SO YOU DIDN'T HAVE TO TURN A CRANK, AND YOU GOT NUMBERS

10    OUT AND WROTE THEM ON SHEETS OF PAPER.

11    Q.   AND DID YOU CONTINUE IN TERMS OF THE WORK THAT YOU WERE

12    DOING FOR THE SMITHSONIAN ASTROPHYSICAL OBSERVATORY, DID YOU

13    CONTINUE TO USE THAT OLD-FASHIONED CALCULATOR IN YOUR WORK?

14    A.   NO.  AFTER ABOUT A MONTH OF DOING THIS, I DISCOVERED THAT

15    I COULD WRITE A FORTRAN PROGRAM THAT WOULD DO IT MUCH MORE

16    EASILY.

17    Q.   AND WHAT IS FORTRAN?

18    A.   PARDON?

19    Q.   WHAT IS FORTRAN?

20    A.   FORTRAN IS THE FIRST COMPUTER LANGUAGE, THE FIRST HIGH

21    LEVEL COMPUTER LANGUAGE THAT WAS DESIGNED.

22    Q.   SO WHAT WAS -- WHAT COMPUTER DID YOU HAVE ACCESS TO THAT

23    YOU COULD WRITE THIS FORTRAN PROGRAM FOR TO TRACK SPUTNIK?

24    A.   THE SMITHSONIAN ARRANGED THAT I COULD USE THE COMPUTER

25    WHICH HAD JUST BEEN INSTALLED AT MIT, WHICH WAS VERY
```

1    CONVENIENT.  IT WAS A 704, AN IBM 704, WHICH WAS A VACUUM TUBE

2    COMPUTER.

3        SO MY BACKGROUND IN COMPUTING GOES WAY, WAY BACK.

4    Q.   SO HOW BIG WAS THIS IBM 704 COMPUTER?

5    A.   ABOUT THE SIZE OF THIS ROOM.

6    Q.   OKAY.  AND WHO -- WHO HAD ACCESS TO THIS IBM 704 COMPUTER

7    THAT YOU USED?

8    A.   THERE WERE THOUSANDS OF STUDENTS AT MIT.  I WAS VERY LUCKY

9    TO GET ACCESS TO IT.  MOSTLY IT WOULD HAVE BEEN PROFESSORS.

10   THERE WERE NO COMMERCIAL APPLICATIONS.

11       I REMEMBER STANDING BY THE PRINTER WATCHING IT SPEW OUT

12   PREDICTIONS, SIMULATIONS OF STELLAR INTERIORS.  IT WAS

13   SIMULATING THE LIFETIME OF A STAR, WHICH WAS A VERY EXCITING

14   PLACE TO BE AND A TIME TO BE THERE.

15   Q.   SO WHAT DID YOU USE THE IBM 704 TO DO IN YOUR JOB FOR

16   SMITHSONIAN ASTROPHYSICAL OBSERVATORY?

17   A.   I WOULD GENERATE WHAT ARE CALLED EPHEMERIS.  THEY'RE LISTS

18   OF PREDICTIONS OF WHEN VARIOUS TRACKING CAMERAS CAN SEE THE

19   SATELLITE.  THE SATELLITE HAD TO BE ILLUMINATED BY THE SUN, IT

20   HAD TO BE ABOVE THE HORIZON, THE SKY IT TO BE CLEAR, BUT THAT

21   WAS BEYOND MY CONTROL.

22       AND EVERY WEEK WE WOULD RUN A -- MAKE A COMPUTER RUN AND

23   GENERATE A BUNCH OF PAPER, WHICH I THINK WOULD BE MAILED TO

24   THE, TO THE TRACKING STATIONS.  I DON'T THINK -- THERE WAS NO

25   INTERNET, OF COURSE.  I DON'T EVEN THINK THEY COULD TELETYPE

1    IT.

2    Q.   DID YOU RECEIVE ANY RECOGNITION FOR YOUR WORK THAT YOU DID

3    AT THE SMITHSONIAN ASTROPHYSICAL OBSERVATORY?

4    A.   YES.   I GOT A VERY NICE LETTER FROM THE ADMINISTRATION

5    BECAUSE THEY HAD NOT PLANNED TO DO THIS.   THEY HAD PLANS THAT

6    WOULD MATURE IN ANOTHER YEAR TO DO THIS KIND OF THING, BUT I

7    DID IT IN A MONTH AND GOT A HEAD START ON IT AND IT WAS A GOOD

8    THING FOR ME TO HAVE DONE AND IT WAS NICE OF THEM TO

9    ACKNOWLEDGE IT.

10   Q.   SO --

11   A.   I ALSO PUT MYSELF OUT OF A JOB.

12   Q.   SO YOU SAID THAT YOU STARTED WORKING AT SAO, OR

13   SMITHSONIAN ASTROPHYSICAL OBSERVATORY, BEFORE YOU GRADUATED

14   FROM MIT.

15        HOW MUCH LONGER DID YOU WORK FOR SAO?   DID YOU CONTINUE

16   AFTER YOU GRADUATED?

17   A.   YES, I BELIEVE I DID.   I WORKED THERE FOR ANOTHER YEAR

18   AFTER GRADUATING BEFORE MOVING ON TO STANFORD.

19   Q.   AND TELL US ABOUT THAT, PLEASE.

20   A.   I WAS WORKING ON A THESIS PROJECT AT MIT WHICH HAD TO DO

21   WITH LAUNCHING THE GAMMA RAY TELESCOPE INTO ORBIT, AND THAT

22   SATELLITE LAUNCH WAS DELAYED, SO I, I -- I WAS STUCK AT MIT

23   WAITING FOR IT.

24        BUT THEN I DECIDED TO GO TO STANFORD AND STUDY

25   MATHEMATICS.   THERE WERE NO COMPUTER SCIENCE DEPARTMENTS AT THE

MOORE DIRECT

1    TIME, ALTHOUGH STANFORD STARTED ONE A COUPLE YEARS LATER.

2         AND I STUDIED MATHEMATICS GOING FOR A PH.D. FOR A COUPLE

3    YEARS BEFORE I DECIDED THAT COMPUTERS WERE REALLY MORE FUN.

4    Q.   AND WAS THERE ANYTHING ELSE, ANYTHING IN TERMS OF PROJECTS

5    GOING ON AT STANFORD THAT YOU WORKED ON WHILE YOU WERE THERE

6    BESIDES WORKING ON YOUR MATHEMATICS DEGREE?

7    A.   THIS WAS 1961 AND THE STANFORD LINEAR ACCELERATOR WAS JUST

8    BEING BUILT, AND SO I GOT A JOB PROGRAMMING ELECTRON BEAM

9    STEERING FOR THE STANFORD ACCELERATOR.

10   Q.   SO DID YOU ACTUALLY GET A PH.D. FROM STANFORD?

11   A.   ALAS, NO.  I -- I WAS DIVERTED.

12   Q.   OKAY.  SO WHAT WERE YOU DIVERTED TO NEXT AFTER STANFORD?

13   A.   AFTER I LEFT STANFORD, I DID FREELANCE PROGRAMMING FOR A

14   WHILE AND THEN GOT A JOB WITH THE NATIONAL RADIO ASTRONOMY

15   OBSERVATORY PROGRAMMING RADIO TELESCOPES.

16   Q.   AND WHERE WAS THE NATIONAL RADIO ASTRONOMY OBSERVATORY

17   LOCATED?  IN OTHER WORDS, WHERE DID YOU PHYSICALLY WORK?

18   A.   THIS MEANT I HAD TO GO BACK TO CHARLOTTESVILLE, VIRGINIA,

19   WHICH WAS THEIR HEADQUARTERS, BUT THEY HAD TELESCOPES IN GREEN

20   BANKS, WEST VIRGINIA AND IN TUCSON, ARIZONA, WHICH I WOULD

21   TRAVEL TO FROM TIME TO TIME.

22   Q.   AND WHAT WAS THE NAME OF THE OBSERVATORY IN TUCSON?

23   A.   IT WAS KITT PEAK.  KITT PEAK OPTICAL OBSERVATORY WAS ON

24   THIS MOUNTAIN, AS WELL AS A RADIO TELESCOPE FOR NRAO.

25   Q.   SO WHAT DID YOU DO IN YOUR, IN YOUR JOB FOR THE NATIONAL

1   RADIO ASTRONOMY OBSERVATORY?

2   A.   IN ORDER TO PROGRAM THE COMPUTERS IN THE WAY THAT I

3   THOUGHT THEY SHOULD BE PROGRAMMED, I HAD TO INVENT A COMPUTER

4   LANGUAGE.

5   Q.   AND SO IS YOUR INVENTION OF A COMPUTER LANGUAGE SOMETHING

6   THAT HAPPENED WHILE YOU WERE AT NRAO, OR WHEN DID THAT HAPPEN

7   EXACTLY?

8   A.   IT STARTED A YEAR OR TWO EARLIER, BUT THE FIRST REALLY

9   PRACTICAL SYSTEMS WERE AT NRAO.

10   Q.   SO WE'RE GOING TO GET TO YOUR COMPUTER LANGUAGE IN A

11   MINUTE, BUT WHAT TYPES OF WORK WAS GOING ON AT NRAO THAT YOU

12   WERE WORKING ON?

13   A.   I WAS PROGRAMMING THE DATA ACQUISITION OF RADIO SIGNALS

14   THAT HAD GONE THROUGH A FILTER BANK TO PRODUCE A SPECTRUM.

15        AND IN MICROWAVE RADIATION, THE MOST INTERESTING SPECTRA

16   YOU GET ARE FROM MOLECULES THAT ARE IN INTERSTELLAR SPACE, AND

17   THE MOST INTERESTING MOLECULES ARE ORGANIC MOLECULES WHICH HAVE

18   SINCE BEEN RECOGNIZED TO BE PRECURSORS OF LIFE, THE SORT OF

19   THINGS CONTAINED IN COMETS AND METEORS AND GAS CLOUDS, AND

20   THAT'S ALMOST CERTAINLY INVOLVED IN THE EVOLUTION OF LIFE ON

21   THIS PLANET.

22   Q.   OKAY.  SO LET'S GO BACK FOR A MINUTE THEN AND TELL US A

23   LITTLE BIT ABOUT THIS PROGRAMMING LANGUAGE THAT YOU CAME UP

24   WITH.  WHAT WAS IT CALLED?

25   A.   I CALLED IT FORTH, F-O-R-T-H.  AND IT WAS DIFFERENT THAN

MOORE DIRECT

```
1     OTHER COMPUTER LANGUAGES.  AT THE TIME I KNEW ABOUT COBOL AND
2     FORTRAN AND ALGOL AND LISP, ALL THE CURRENT LANGUAGES, BUT I
3     WAS NOT HAPPY WITH THEM, AND SO I DEVISED ONE WHICH I THOUGHT
4     WAS MUCH SIMPLER.
5     Q.   SO WHAT WAS WRONG WITH THE OTHER PROGRAMMING LANGUAGES OF
6     THAT TIME THAT WOULD MOTIVATE YOU TO COME UP WITH YOUR OWN
7     LANGUAGE?
8     A.   PARENTHESES.  ESPECIALLY LISP WOULD HAVE NESTED
9     PARENTHESES AD NAUSEAM, AND OTHER LANGUAGES PICKED UP ON THAT,
10    AND C HAS CURLY BRACKETS INSTEAD OF JUST PARENTHESES, AND THE
11    PUNCTUATION BECAME A NIGHTMARE.
12         THE COMPILERS WERE CLEVER, IF YOU THINK OF THIS AS BEING
13    CLEVER.  THEY COULD DETECT YOUR PUNCTUATION ERRORS AND TELL YOU
14    ABOUT THEM, WHICH STRUCK ME AS STUPID.
15         SO I ELIMINATED THE PUNCTUATION AND ELIMINATED ALL THOSE
16    OPPORTUNITIES TO MAKE ERRORS.
17         ON THE OTHER HAND, IT PUT COMPILER WRITERS OUT OF WORK
18    BECAUSE THEY HAD NO ERROR CHECKING TO DO.
19    Q.   SO WHAT WAS DIFFERENT ABOUT FORTH BESIDES THE FACT THAT IT
20    DIDN'T HAVE PARENTHESES OR SOME OF THIS OTHER PUNCTUATION THAT
21    WAS CAUSING PROBLEMS?
22    A.   IT HAD TWO PUSH DOWN STACKS.  MOST LANGUAGES ONLY HAD ONE
23    PUSH DOWN STACK.  SO THE FORTH LANGUAGE PRE -- IT PREVIEWED AN
24    ARCHITECTURE FOR A COMPUTER THAT WOULD BE ESPECIALLY CONVENIENT
25    AND EFFICIENT.
```

MOORE DIRECT

1    Q.   SO WITHOUT MAKING US ALL INTO FORTH PROGRAMMERS AND

2    TEACHING US WHAT PUSH DOWN STACKS ARE, WHAT WERE THE GENERAL

3    BENEFITS OF FORTH FROM YOUR PERSPECTIVE THAT YOU, THAT YOU

4    ACHIEVED BY CREATING FORTH AS OPPOSED TO OTHER LANGUAGES?

5    A.   A FORTH PROGRAM CAN HAVE 1 PERCENT THE NUMBER OF

6    INSTRUCTIONS THAT A C PROGRAM HAS, AND IN GENERAL, THE SPEED OF

7    A PROGRAM DEPENDS UPON THE NUMBER OF INSTRUCTIONS.  SO A FORTH

8    PROGRAM CAN RUN MUCH FASTER THAN A C PROGRAM.

9         IT USES LESS MEMORY.  IT CAN RUN ON SMALLER COMPUTERS.  IT

10   TAKES LESS ENERGY.  ADVANTAGE AFTER ADVANTAGE AFTER ADVANTAGE.

11        AND MANY PEOPLE APPRECIATED THIS, ALTHOUGH THOUSANDS

12   DIDN'T.

13          THE COURT:  MR. OTTESON, I'M GOING TO NEED TO STOP

14   YOU THERE.  WE HAVE REACHED THE END OF OUR TRIAL DAY.

15        LADIES AND GENTLEMEN OF THE JURY, I WANT TO THANK YOU FOR

16   YOUR SERVICE TODAY.  IF I COULD GIVE YOU JUST A COUPLE OF

17   FURTHER INSTRUCTIONS BEFORE I LET YOU GO HOME.

18        THE FIRST IS THAT, AS I'VE ALREADY MENTIONED, YOU ARE NOT

19   TO DISCUSS THIS CASE WHILE WE'RE OUT ON BREAK, AND IT'S

20   PARTICULARLY IMPORTANT AT THE END OF A TRIAL DAY TO KEEP SOME

21   FURTHER IDEAS IN MIND.

22        THE FIRST IS THAT UNDOUBTEDLY YOUR SPOUSE, YOUR KIDS, YOUR

23   PARTNER, YOUR FRIENDS ARE GOING TO WONDER, WHAT HAPPENED TODAY

24   IN COURT?  AND ALL I CAN TELL YOU TO SAY TO THEM IN RESPONSE IS

25   "NOTHING THAT I CAN TALK ABOUT."

1    AND THE SECOND IDEA I WANT TO LEAVE YOU WITH IS THIS:

2    SOMETIMES FOLKS FIND IT KIND OF DIFFICULT TO TELL PEOPLE THAT

3    THEY'RE CLOSE TO THAT THEY CAN'T TALK ABOUT THE WORK THAT

4    THEY'VE JUST SPENT DOING DURING THE DAY.  WELL, I HAVE AN EASY

5    SOLUTION FOR YOU THERE.  TELL THEM I MADE YOU SAY NOTHING.

6    BLAME IT ON ME.  I'LL TAKE THE FALL FOR THAT, OKAY?

7    AS I MENTIONED EARLIER, YOU ARE TO RETURN HERE TOMORROW

8    MORNING AT 9:00 O'CLOCK READY TO GO.  WE ARE LIKELY TO BEGIN AT

9    9:30, BUT IF IT TURNS OUT THAT THE COURT HAS NO FURTHER

10   BUSINESS WITH THE LAWYERS ALONE, WE'LL START AS SOON AS ALL OF

11   YOU ARE ASSEMBLED.

12   WITH THAT, I'LL WISH YOU A GOOD EVENING.  WE'LL SEE YOU

13   BACK HERE AT 9:00 O'CLOCK TOMORROW MORNING IN THE JURY ROOM.

14   (JURY OUT AT 4:31 P.M.)

15   THE COURT:  MR. MOORE, YOU MAY STEP DOWN, SIR.

16   PLEASE BE SEATED.  COUNSEL, DO WE HAVE ANY ISSUES TO

17   ADDRESS BEFORE WE CALL IT A DAY?

18   MR. OTTESON:  I DON'T BELIEVE WE DO FROM OUR SIDE,

19   JUDGE.

20   MS. KEEFE:  NONE THAT I CAN THINK OF YET, YOUR HONOR.

21   THE COURT:  OKAY.  THEN I WILL SEE YOU ALL BACK HERE

22   READY TO GO AT 9:00.

23   JUST LET MR. RIVERA KNOW WHEN YOU'RE READY AND WE'LL DEAL

24   WITH ANY ISSUES THAT COME UP OVER THE EVENING.

25   MR. OTTESON:  THANK YOU, YOUR HONOR.

1          MS. KEEFE:  THANK YOU, YOUR HONOR.

2      OH, YOUR HONOR, I APOLOGIZE.  DID YOU INVOKE THE RULE

3   REGARDING WITNESSES AND WHO THEY CAN TALK TO ONCE THEY'RE ON

4   THE STAND?

5          THE COURT:  I DIDN'T HEAR ANY SUCH REQUEST, BUT I'LL

6   CERTAINLY ENTERTAIN ONE NOW IF YOU WANT TO MAKE THAT REQUEST.

7          MS. KEEFE:  I WOULD LIKE TO MAKE THAT REQUEST.  GIVEN

8   THE FACT THAT MR. MOORE IS IN THE MIDDLE OF HIS TESTIMONY, IT

9   DOESN'T SEEM APPROPRIATE THAT HE'S TALKING TO ANYONE FROM

10  OPPOSING COUNSEL.

11         THE COURT:  CAN I TAKE IT THAT YOUR REQUEST WOULD

12  APPLY TO ANY AND ALL WITNESSES THAT MIGHT FOLLOW?

13         MS. KEEFE:  ABSOLUTELY.

14         THE COURT:  MR. OTTESON, ANY OBJECTION?

15         MR. OTTESON:  NO OBJECTION, JUDGE.

16         THE COURT:  ALL RIGHT.  WITH THAT, MR. MOORE, I WILL

17  GIVE YOU THE SPECIFIC ADMONITION THAT YOU REMAIN UNDER OATH,

18  AND BECAUSE YOU ARE UNDER OATH, YOU ARE NOT TO DISCUSS YOUR

19  TESTIMONY WITH ANYONE.

20     WE'LL SEE YOU BACK HERE TOMORROW MORNING AND MR. OTTESON

21  CAN YOU HIS NEXT QUESTION.  ALL RIGHT, SIR?

22         THE WITNESS:  YES, YOUR HONOR.

23         THE COURT:  ALL RIGHT.  THANK YOU.  HAVE A GOOD

24  EVENING.

25         MS. KEEFE:  THANK YOU.

1          MR. OTTESON:  THANK YOU, YOUR HONOR.

2          MS. KEEFE:  THANK YOU, YOUR HONOR.

3          (WHEREUPON, THE EVENING RECESS WAS TAKEN.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    <u>CERTIFICATE OF REPORTER</u>

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
17    CERTIFICATE NUMBER 9595

18         DATED:  SEPTEMBER 23, 2013

19

20

21

22

23

24

25