UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION AND HTC AMERICA, INC.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>TECHNOLOGY PROPERTIES LIMITED, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 5:08-cv-00882-PSG<br><br>**FINAL VERDICT FORM**<br><br>**(Re: Docket No. 524)** |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

I.   U.S. Patent No. 5,809,336 ("the '336 patent")

   A.   Infringement

      1.   **Literal Infringement**

1.   Do you find that TPL has proven by a preponderance of the evidence that HTC has literally infringed any of the following claims of the '336 patent?

*You can only find claims 7 or 9 infringed if you previously found claim 6 infringed. You can only find claims 14 or 15 infringed if you previously found claim 13 infringed.*

| Claim | Yes (for TPL) | No (for HTC) |
|---|---|---|
| 6 | ☑ | ☐ |
| 7 | ☑ | ☐ |
| 9 | ☑ | ☐ |
| 13 | ☑ | ☐ |
| 14 | ☑ | ☐ |
| 15 | ☑ | ☐ |

## 2. Inducement

2. Do you find that TPL has proven by a preponderance of the evidence for each of the claims below that HTC:

    a. intentionally took an action that actually induced direct infringement of the '336 patent by a third party;

    b. was aware of the '336 patent; and

    c. knew that the actions, if taken, would cause infringement of the '336 patent?

*You can only find claims 7 or 9 infringed if you previously found claim 6 infringed. You can only find claims 14 or 15 infringed if you previously found claim 13 infringed.*

| Claim | Yes (for TPL) | No (for HTC) |
|---|---|---|
| 6 | ☐ | ☑ |
| 7 | ☐ | ☑ |
| 9 | ☐ | ☑ |
| 13 | ☐ | ☑ |
| 14 | ☐ | ☑ |
| 15 | ☐ | ☑ |

## II. Damages

*If you have found that HTC has not infringed any claim of the '336 patent please skip Question 3. Only answer Question 3 if you have found that HTC has infringed at least one claim of the '336 patent.*

3. To the extent you have found that at least one claim of the '336 patent is infringed, what has TPL proven that it is entitled to as a reasonable royalty for infringement:

One-time (lump sum) payment of $ __958,560__ for the life of the patent.

## III. Willfulness

4. If you have found that HTC has infringed at least one claim of the '336 patent, has TPL proven that it is highly probable that HTC's infringement was willful?

| Yes (for TPL) | No (for HTC) |
|---|---|
| ☐ | ☑ |

The foreperson must sign and date this verdict form.

Signed: _[signature]_  Date: __10/03/2013__

Foreperson

Case No.: 5:08-cv-00882-PSG
FINAL VERDICT FORM

4