IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTC CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TECHNOLOGY PROPERTIES LIMITED, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. CV08-00882 PSG<br><br>**JUDGMENT IN A CIVIL CASE** |

　**(X)  Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**()  Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

　**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed October 3, 2013, judgment is entered in favor of Defendants.


Dated: October 3, 2013                               Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: Oscar Rivera
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk