UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTC CORPORATION, et al., | No. CV08-00882 PSG |
| Plaintiff(s), | |
| v. | JURY NOTES |
| TECHNOLOGY PROPERTIES LIMITED, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find Jury Notes following testimony and during jury deliberations.

Dated: October 3, 2013

FOR THE COURT,
Richard W. Wieking, Clerk

Oscar Rivera
Courtroom Deputy



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/24/13

The Jury has the following question:

What is the exact relationship between the CPU + RO? Does the CPU have to be faster than the RO or are there limits that are acceptable? E.g. if the CPU can run to 75mhz, how fast can the RO be clocked? at 75mhz? 80mhz? or 70mhz? Can the CPU overheat if RO is too fast?
Is this dynamic crucial to your patent?

②

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/24/13

The Jury has the following question:

PLEASE DEFINE TERM SAFETY MARGIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/25/13

The Jury has the following question:

ARE THERE FIXED PRICES FOR PORTFOLIOS? OR "SUGGESTED" BASED ON FORMULA? THEN OPENED FOR NEGOTIATION?

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/25/13

The Jury has the following question:

~~Is there an industry standard for licensing? E.g. does "computer"~~

Is the license for actual or hypothetical use of the patent? When you come up with a value for a license, do you consider other values for other companies in the same sector? Would there be a range or what are most important factors?

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/26/13

The Jury has the following question:

Is a PLL a way to change voltage or is it another clock?

Does it matter for the conditions of the patent to be met if there is more than 1 clock on chip?

Could there only be a PLL on chip with no RO?

Would the PLL change P, V or T? Is it a parameter variation?

~~Could you remove the~~

Does it matter what adjusts the RO?

5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/27/13

The Jury has the following question:

Why would licensing fees vary by industry?
Why would 1 industry pay more for a license



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/27/13

The Jury has the following question:

IS TIERED RATE STRUCTURE COMMON IN INDUSTRY?

ISN'T IT TRUE THAT "UNCERTAINTY" NEVER ACTUALLY GOES AWAY?



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/27/13

The Jury has the following question:

Maybe wrong witness but:

HOW IS IT THAT 2 ~~camera~~ PHOTOGRAPHY INDUSTRY SEGMENTS CAN BOTH BE TIER ONE (PENTAX & NIKON)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/27/13

The Jury has the following question:

DOES THE RING OSCILLATOR OPERATE ON A SEPARATE POWER SUPPLY OR DOES THE POWER COME SOLELY FROM THE OUTPUT OF THE FILTER

WOULD THE RING OSCILLATOR RUN IF POWERED UP WITHOUT THE EXTERNAL CLOCK CONNECTED?

DOES THE EXTERNAL CLOCK TO THE PLL RUN ALL THE TIME OR IS IT EVER TURNED OFF DURING OPERATION OF THE CHIP?

DOES THE VALUE OF THE FREQUENCY DIVIDER EVER CHANGE? OR IS IT FIXED FOR ALL OPERATIONS?

DOES OR CAN ONE IC DESIGN BE TESTED AND THEN BE SEPARATED INTO DIFFERENT PERFORMANCE BINS?

9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/27/13

The Jury has the following question:

Is the PLL a clock? Is there an RO on the chip, connected to the CPU? If there is, what is its role? Where is the RO on Fig. 2-1? Can you change the rate of the PLL? Does the PLL affect the oscillator by P V or T? ~~Do~~ If a PLL is a clock, why do you need an RO?

Is there an I/O interface on your chip? Is there a CPU and clock on the chip?

Can you explain if you think you are using technology from the 336 patent? Why or why not?

(10)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/30/13

The Jury has the following question:

Does your analysis factor in the state of the economy when licenses were obtained? Do we know the impact of the 2008 downturn? Does it matter?

Is there a correlation between "brand" and licensing rate?

Would If we assume HTC would have received a license in 2005, would you consider Apple a phone manufacturer back then?

What concerns do you have, if any, when looking at such a small sample for your calculations?

How do you quantify how valuable the technology is for each sector? Did you quantify this amount and compare sectors?

When adding Apple in cellphone sector did you apply a decision rule? If so did you use this rule for all mixed companies?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/30/13

The Jury has the following question:

FOR THE FREQUENCY DIVIDER CONNECTED TO THE RING OSCILLATOR THAT DRIVES THE CPU - DOES THE VALUE OF THE FREQUENCY DIVIDER EVER GET RE-PROGRAMMED OR CHANGE?

DOES THE VALUE OF THE RING OSCILLATOR FREQUENCY CHANGE BASED UPON AN APPLICATION. FOR EXAMPLE IS IT THE SAME FOR RUNNING A VIDEO GAME VERSUS SURFING THE INTERNET OR A PHONE CONVERSATION?



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 9/30/13

The Jury has the following question:

What is the purpose of locating the PLL on the chip & not next to crystal?

What do you think the 336 patent refers when talking about process?

Does the clock on the chip inform the speed of the CPU? Since the crystal oscillator never varies? If not, how do you have various clock speeds in fig 12-1?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 10/02/13
Time: 14:45

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

COURTS DEFINITION of "GENERATE"
Pg 26 LINES 4+5

The court has no further definition.

Judge Grewal

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV08-00882 PSG
CASE TITLE: HTC Corporation, et al. v. Technology Properties Limited, et al.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 10/2/13
Time: 2:45

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

Can you define what is meant by "other parts" on pg. 29 line 14.

The court has no further definition.

Judge Grewal

_____
Signature of Juror