AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

HTC CORPORATION and HTC AMERICA, INC.    )
)
v.     )   Case No.: 5:08-CV-00882-PSG
TECHNOLOGY PROPERTIES LIMITED, et al.    )
)

## AMENDED  BILL OF COSTS

Judgment having been entered in the above entitled action on   **10/03/2013**   against   **HTC Corp., HTC America**  ,
                *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . | |
| Fees and disbursements for printing ...................................................... | |
| Fees for witnesses *(itemize on page two)* ..................................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................................. | |
| Docket fees under 28 U.S.C. 1923 ........................................................ | |
| Costs as shown on Mandate of Court of Appeals ........................................... | |
| Compensation of court-appointed experts ................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................................. | 59,483.12 |
| TOTAL     $ | 59,483.12 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    ☑ Electronic service    ☐ First class mail, postage prepaid

    ☐ Other:

    s/ Attorney:   **/s/ Charles T. Hoge**

        Name of Attorney: Charles T. Hoge

For:     **Defendant Patriot Scientific Corporation**     Date:   **10/31/2013**
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
   *Clerk of Court*               *Deputy Clerk*              *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## HTC, et al. v. Technology Properties Limited, et al.

### Case Number C08CV00882

### Bill of Costs (Worksheet)

### Reproduction and Exemplification

| Item | Cost |
|------|------|
| Discovery documents. Including processing and endorsing images for production | $56,152.79 |

### Fees for Mediation

| Item | Cost |
|------|------|
| Fees of Special Discovery Master Appointed by Court (1/3) | $3,330.33 |

 ESQUIRE

ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205



**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

## Invoice # ELS241934

| Invoice Date | 04/06/2011 |
|---|---|
| Terms | Net 30 |
| Payment Due | 05/06/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/06/2011 | 12628.11 | 12738 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| BURN - CD ROM | $ 25.00 | $ 25.00 |
| BURN - DVD | $ 35.00 | $ 35.00 |
| EDD FULL CONVERSION TO TIFF (GB) | $ 900.00 | $ 846.00 |
| ENDORSEMENT OF IMAGES NUMBERING (97504 Units) | $ 0.01 | $ 975.04 |
| COMMENT | $ 0.00 | $ 0.00 |
| | | $ 1,881.04 |
| | Tax: | $ 5.25 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 05/21/2011** | | **$ 1,886.29** |
| | Amount Due After 05/21/2011 | $ 2,074.92 |

Tax Number:  57-1160947

------------------------------------------------------------------------
Please detach and return this bottom portion with your payment





| | Invoice #: | ELS241934 |
|---|---|---|
| | Payment Due: | 05/06/2011 |
| **Amount Due On/Before 05/21/2011** | | **$ 1,886.29** |
| | Amount Due After 05/21/2011 | $ 2,074.92 |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

094  0000241934  04062011  5  000188629  1  05062011  05212011  5  000207492  10



**ESQUIRE**
ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # ELS242117

BECKY ROMERO
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

| | |
|---|---|
| Invoice Date | 04/21/2011 |
| Terms | Net 30 |
| Payment Due | 05/21/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/21/2011 | 12628-1 | 12920 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| EDD FULL CONVERSION TO TIFF | $ 6,765.75 | $ 6,765.75 |
| HARD DRIVE DELIVERY | $ 150.00 | $ 150.00 |
| 50596M | $ 0.00 | $ 0.00 |
| | | $ 6,915.75 |
| | Tax: | $ 605.13 |
| | Paid: | $ 0.00 |
| | **Amount Due On/Before 06/05/2011** | **$ 7,520.88** |
| | Amount Due After 06/05/2011 | $ 8,272.97 |

Tax Number:   57-1160947

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and return this bottom portion with your payment



**ESQUIRE**
an Alexander Gallo Company

 

| | | |
|---|---|---|
| | Invoice #: | ELS242117 |
| | Payment Due: | 05/21/2011 |
| | **Amount Due On/Before 06/05/2011** | **$ 7,520.88** |
| | Amount Due After 06/05/2011 | $ 8,272.97 |

BECKY ROMERO
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

094  0000242117  04212011  1  000752088  8  05212011  06052011  1  000827297  23



**ESQUIRE**

ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 412-3273
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # ELS242372

| Invoice Date | 04/30/2011 |
|---|---|
| Terms | Net 30 |
| Payment Due | 06/02/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/03/2011 | 12628-1 | 13163 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| FILTERING (7.39 Units) | $ 200.00 | $ 1,478.00 |
| ELECTRONIC CONVERSION TO TIFF (2.43 Units) | $ 700.00 | $ 1,701.00 |
| HARD DRIVE | $ 150.00 | $ 150.00 |
| 50743M | $ 0.00 | $ 0.00 |
| | | $ 3,329.00 |

| | | |
|---|---|---|
| | Tax: | $ 291.29 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 06/17/2011** | | **$ 3,620.29** |
| Amount Due After 06/17/2011 | | $ 3,982.32 |

Tax Number:   57-1160947

--------------------------------------------------------------------------------
Please detach and return this bottom portion with your payment



**ESQUIRE**
an Alexander Gallo Company

 

| | | |
|---|---|---|
| Invoice #: | ELS242372 |
| Payment Due: | 06/02/2011 |
| **Amount Due On/Before 06/17/2011** | **$ 3,620.29** |
| Amount Due After 06/17/2011 | $ 3,982.32 |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

Remit to:

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

094  0000242372  04302011  5  000362029  4  06022011  06172011  2  000398232  49

 **ESQUIRE**

ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (866) 412-3273
Fax (866) 590-3205

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

## Invoice # ELS242373

| Invoice Date | 04/30/2011 |
|---|---|
| Terms | Net 30 |
| Payment Due | 06/02/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/03/2011 | 12628-1 | 13163 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| FULL CONVERSION TO TIFF (35.43 Units) | $ 700.00 | $ 24,801.00 |
| MEDIA - HARD DRIVE | $ 150.00 | $ 150.00 |
| ENDORSEMENT OF IMAGES NUMBERING (664434 Units) | $ 0.01 | $ 6,644.34 |
| 50705M | $ 0.00 | $ 0.00 |
| | | $ 31,595.34 |

| | | |
|---|---|---|
| | Tax: | $ 2,183.21 |
| | Paid: | $ 0.00 |
| | **Amount Due On/Before 06/17/2011** | **$ 33,778.55** |
| | Amount Due After 06/17/2011 | $ 37,156.41 |

Tax Number:   67-1160947

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment



# ESQUIRE
an Alexander Gallo Company

 **VISA** Mastercard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ELS242373 |
| Payment Due: | 06/02/2011 |
| **Amount Due On/Before 06/17/2011** | **$ 33,778.55** |
| Amount Due After 06/17/2011 | $ 37,156.41 |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

094  0000242373  04302011  7  003377855  9  06022011  06172011  2  003715641  82

 **ESQUIRE**

ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 412-3273
Fax (866) 590-3205


## ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

### *Invoice # ELS242458*

| | |
|---|---|
| Invoice Date | 05/09/2011 |
| Terms | Net 30 |
| Payment Due | 06/08/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/09/2011 | 12626-1 | 13244 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| MEDIA - HARD DRIVE (2 Units) | $ 150.00 | $ 300.00 |
| ENDORSEMENT OF IMAGES NUMBERING (664434 Units) | $ 0.01 | $ 6,644.34 |
| 50812M | $ 0.00 | $ 0.00 |
| | | $ 6,944.34 |

| | |
|---|---|
| Tax: | $ 26.25 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/23/2011** | **$ 6,970.59** |
| Amount Due After 06/23/2011 | $ 7,667.65 |

Tax Number:   67-1160947

---

Please detach and return this bottom portion with your payment


## ESQUIRE
an Alexander Gallo Company

 **VISA** MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ELS242458 |
| Payment Due: | 06/08/2011 |
| **Amount Due On/Before 06/23/2011** | **$ 6,970.59** |
| Amount Due After 06/23/2011 | $ 7,667.65 |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

094  0000242458  05092011  3  000697059  0  06082011  06232011  5  000766765  22

 **ESQUIRE**

ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 412-3273
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

### Invoice # ELS242635

| | |
|---|---|
| Invoice Date | 05/20/2011 |
| Terms | Net 30 |
| Payment Due | 06/19/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/20/2011 | PATRIOT | 13420 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| DATA ANALYSIS TIME (HOURLY) (6.50 Units) | $ 200.00 | $ 1,300.00 |
| MEDIA - HARD DRIVE | $ 150.00 | $ 150.00 |
| 50909M | $ 0.00 | $ 0.00 |
| | | $ 1,450.00 |

| | | |
|---|---|---|
| Tax: | | $ 126.88 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 07/04/2011** | | **$ 1,576.88** |
| Amount Due After 07/04/2011 | | $ 1,734.57 |

Tax Number:   57-1160947

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment



**ESQUIRE**
an Alexander Gallo Company

 VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ELS242635 |
| Payment Due: | 06/19/2011 |
| **Amount Due On/Before 07/04/2011** | **$ 1,576.88** |
| Amount Due After 07/04/2011 | $ 1,734.57 |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

094  0000242635  05202011  0  000157688  5  06192011  07042011  9  000173457  23

 ESQUIRE

ELS
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (866) 412-3273
Fax (866) 590-3205

### Invoice # ELS242713

| Invoice Date | 05/27/2011 |
|---|---|
| Terms | Net 30 |
| Payment Due | 06/26/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/27/2011 | PATRIOT | 13496 | | HAND DELIVERED |

| Description | Price | Amount |
|---|---|---|
| DATA ANALYSIS TIME (HOURLY) (4 Units) | $ 175.00 | $ 700.00 |
| BURN - DVD | $ 35.00 | $ 35.00 |
| 50990M | $ 0.00 | $ 0.00 |
| | | $ 735.00 |

| | | |
|---|---|---|
| Tax: | | $ 64.31 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 07/11/2011** | | **$ 799.31** |
| Amount Due After 07/11/2011 | | $ 879.24 |

Tax Number:   57-1160947

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
Please detach and return this bottom portion with your payment



ESQUIRE
an Alexander Gallo Company

VISA  AMERICAN  DISCOVER  AMERICAN

| | |
|---|---|
| Invoice #: | ELS242713 |
| Payment Due: | 06/26/2011 |
| **Amount Due On/Before 07/11/2011** | **$ 799.31** |
| Amount Due After 07/11/2011 | $ 879.24 |

PATRICIA HOFFMAN
KIRBY NOONAN LANCE & HOGE
SUITE 1300, 350 TENTH AVENUE
SAN DIEGO, CA 92101-8702

**Remit to:**

Esquire Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

094  0000242713  05272011  2  000079931  6  06262011  07112011  5  000087924  86



MEDIATION MASTERS

RECEIVED

SEP 6 - 2013

KIRBY NOONAN LANCE & HOGE LLP

September 3, 2013

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:     Acer/HTC v. Technology Properties, et al.

| 8/16/13 | Review multiple court filings | .4 | 240.00 |
|---|---|---|---|
|  | Total    .4 hours at $600.00 per hour |  | $240.00 |

**TOTAL DUE:**     **$240.00**

**EACH PARTY TO PAY:**          **$60.00\***

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

~~Thomas HR Denver~~
Tax I.D. No. 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



MEDIATION   MASTERS

RECEIVED

AUG 1 9 2013

KIRBY NOONAN LANCE & HOGE LLP

August 15, 2013

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:           Acer/HTC v. Technology Properties, et al.

| 7/15/13 | Review Motions to Modify Briefing Schedule & Order | .2 | $120.00 |

|  | Total | .2 hours at $600.00 per hour | $120.00 |

**TOTAL DUE:        $120.00**

**EACH PARTY TO PAY:          $30.00***

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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

12668.12



M E D I A T I O N   M A S T E R S

**RECEIVED**

JUN 0 7 2013

KIRBY NOONAN LANCE & HOGE LLP

June 4, 2013

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

  Re:  <u>Acer/HTC/Barco NV v. Technology Properties, et al.</u>

<u>Costs:</u>

 5/31/13  Bank service charge (Dec-May)  $22.50

**\*This amount will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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

96 North Third Street . Suite 300 . San Jose, CA . 95112
office (408) 280 . 7683  fax (408) 292 . 7968
www.mediationmasters.com





MEDIATION MASTERS

**RECEIVED**

JUN 7 - 2013

KIRBY NOONAN LANCE & HOGE LLP

June 4, 2013

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re: Acer/HTC v. Technology Properties, et al.

| 5/15/13 | Review Court's Orders | | .1 | $60.00 |
|---|---|---|---|---|
| | Total | .1 hours at $600.00 per hour | | $60.00 |

**TOTAL DUE:** **$60.00**

**EACH PARTY TO PAY:**  **$15.00**

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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

96 North Third Street . Suite 300 . San Jose, CA . 95112
office (408) 280 . 7893  fax (408) 292 . 7868
www.mediationmasters.com



RECEIVED

MAY 7 - 2013

KIRBY NOONAN LANCE & HOGE LLP

May 1, 2013

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:         Acer/HTC v. Technology Properties, et al.

| | | | |
|---|---|---|---|
| 4/8/13 | Review counsels' letters re: bankruptcy stay | .3 | $180.00 |
| Total | .3 hours at $600.00 per hour | | $180.00 |

**TOTAL DUE:**     **$180.00**

**EACH PARTY TO PAY:**          $45.00

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

**RECEIVED**

MAR 8 – 2013

KIRBY NOONAN LANCE & HOGE LLP

March 5, 2013

REVISED INVOICE

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:        Acer/HTC v. Technology Properties, et al.

| | | | |
|---|---|---|---|
| 2/15/13 | Review revised case management order and discovery stipulation | .2 | 120.00 |
| | Total      .2 hours at $600.00 per hour | | $120.00 |

**TOTAL DUE:        $120.00**

**EACH PARTY TO PAY:                    $30.00**

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



MEDIATION MASTERS

RECEIVED

MAR 7 - 2013

KIRBY NOONAN LANCE & HOGE LLP

March 1, 2013

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:     Acer/HTC v. Technology Properties, et al.

---

| 2/15/13 | Review revised case management order and discovery stipulation | .2 | 120.00 |

|  | Total | .2 hours at $600.00 per hour |  | $120.00 |

**TOTAL DUE:**     **$180.00**

**EACH PARTY TO PAY:**               **$30.00**

*These amounts will be paid out of Bridge Bank Account No. 101214203

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

RECEIVED

FEB 7   2013

KIRBY NOONAN LANCE & HOGE LLP

February 4, 2013

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:        Acer/HTC v. Technology Properties, et al.

| 1/2/13 | Review Order modifying pre trial dates; email counsel | .3 | $180.00 |
|---|---|---|---|
| | Total        .3 hours at $600.00 per hour | | $180.00 |

**TOTAL DUE:**        **$180.00**

**EACH PARTY TO PAY:**                        $45.00

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

RECEIVED

JAN 1 4 2013

KIRBY NOONAN LANCE & HOGE LLP

January 8, 2013

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:    <u>Acer/HTC v. Technology Properties, et al.</u>

| | | | |
|---|---|---|---|
| 12/5/12 | Review claim construction order | .2 | $120.00 |
| 12/13/12 | Review motion to continue | .2 | 120.00 |
| 12/27/12 | Review Court's order for continuance | .1 | 60.00 |
| | Total      .5 hours at $600.00 per hour | | $300.00 |

**TOTAL DUE:**      **$300.00**

**EACH PARTY TO PAY:**                **$75.00**

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



MEDIATION MASTERS

**RECEIVED**

DEC - 4 2012

KIRBY NOONAN LANCE & HOGE LLP

December 12, 2012

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Re:     Acer/HTC/Barco NV v. Technology Properties, et al.

Costs:

| | | |
|---|---|---|
| 3/5/12 | Wire transfer fee | $12.00 |
| 11/30/12 | Bank Service charge | 6.00 |
| | Total: | *$18.00 |

**\*This amount will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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

96 North Third Street . Suite 300 . San Jose, CA . 95112

office (408) 280 . 7993          fax (408) 292 . 7868

www.mediationmasters.com



MEDIATION MASTERS

RECEIVED

DEC 1 4 2012

KIRBY NOONAN LANCE & HOGE LLP

December 11, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Re:     Acer/HTC/Barco NV v. Technology Properties, et al.

| | | | |
|---|---|---|---|
| 11/30/12 | Attend Claims Construction Reconsideration hearing; review Order of Dismissal | 2.1 | 1,260.00 |
| | Total    2.1 hours at $600.00 per hour | | $1,260.00 |

**TOTAL DUE:**     **$1,260.00**

EACH PARTY TO PAY:                    $315.00

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

RECEIVED

DEC 1 4 2012

KIRBY NOONAN LANCE & HOGE LLP

December 11, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:     Acer/HTC/Barco NV v. Technology Properties, et al.

| 11/8/12 | Review Opposition to Motion for Reconsideration | | .3 | $180.00 |
|---|---|---|---|---|
| | Total | .3 hours at $600.00 per hour | | $180.00 |

**TOTAL DUE:        $180.00**

**EACH PARTY TO PAY:**                    **$36.00**

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



MEDIATION MASTERS

RECEIVED

OCT 1 2 2012

KIRBY NOONAN LANCE & HOGE LLP

October 8, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:    <u>Acer/HTC/Barco NV v. Technology Properties, et al.</u>

| 9/4/12 | Prepare for and attend CMC | | 1.1 | $660.00 |
|--------|----------------------------|--|-----|---------|
| 9/11/12 | Review Motion to Reconsider | | .2 | 120.00 |
| | Total | 1.3 hours at $600.00 per hour | | $780.00 |

**TOTAL DUE:**     **$780.00**

**EACH PARTY TO PAY:**                     **$156.00**

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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

96 North Third Street , Suite 300 , San Jose, CA , 95112
office (408) 280 . 7883          fax (408) 292 . 7868
www.mediationmasters.com



MEDIATION MASTERS

RECEIVED

SEP 6 - 2012

KIRBY NOONAN LANCE & HOGE LLP

September 1, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:    Acer/HTC/Barco NV v. Technology Properties, et al.

| | | | |
|---|---|---|---|
| 8/3/12 | Review Order re: reassignment | .1 | $60.000 |
| 8/20/12 | Review Notice of Reassignment and CMC | .2 | 120.00 |
| 8/30/12 | Review Joint Case Management Statement | .3 | 180.00 |
| | Total       .6 hours at $600.00 per hour | | $360.00 |

**TOTAL DUE:**       **$360.00**

**EACH PARTY TO PAY:**                    **$72.00**

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

August 1, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

**RECEIVED**

AUG 0 6 2012

KIRBY NOONAN LANCE & HOGE LLP

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:    Acer/HTC/Barco NV v. Technology Properties, et al.

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 7/3/12 | Prepare for hearing; hearing on Barco's motion to strike | 1.5 | $900.00 |
| 7/5/12 | Review contentions | 3.8 | 2,280.00 |
| 7/6/12 | Prepare Order re: motion to strike | 3.5 | 2,100.00 |
| 7/11/12 | Finalize Order | .5 | 300.00 |
| 7/30/12 | Letter to counsel | .2 | 120.00 |
| | Total    9.5 hours at $600.00 per hour | | $5,700.00 |

Acer/HTC/Barco NV, V. Technology Properties, et al.
August 1, 2012
Page 2

Costs:

7/3/12    Conference call                    $227.74


          **TOTAL DUE:**       **$5,927.74**


          **EACH PARTY TO PAY:**        $1,185.54


**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

**RECEIVED**

JUL 5  2012

KIRBY NOONAN LANCE & HOGE LLP

July 2, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:     Acer/HTC/Barco NV v. Technology Properties, et al.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/6/12 | Review Barco's motion to strike | 3.3 | 1,980.00 |
| 6/7/12 | Review motion to strike exhibits | .7 | 420.00 |
| 6/15/12 | Review Claims Construction Order; review motion to strike | 4.2 | 2,520.00 |
| 6/18/12 | Review TPL's opposition to motion to strike | .9 | 540.00 |
| 6/28/12 | Prepare for 6/3/12 hearing | 2.6 | 1,560.00 |
|  | Total     11.7 hours at $600.00 per hour |  | $7,020.00 |

Costs:

| 5/7/12 | Conference call | $82.73 |
|---|---|---|

96 North Third Street . Suite 300 . San Jose, CA . 05112
office (408)  280 . 7883          fax (408)  292 . 7868
www.mediationmasters.com

Acer/HTC/Barco NV. V. Technology Properties, et al.
July 2, 2012
Page 2

**TOTAL DUE:** **$7,102.73**

**EACH PARTY TO PAY:** **$1,420.54**

\*These amounts will be paid out of Bridge Bank Account No. 101214203

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

RECEIVED

JUN 1 1 2012

KIRBY NOONAN LANCE & HOGE LLP

June 5, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:       Acer/HTC/Barco NV v. Technology Properties, et al.

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 5/1/12 | Email to counsel | .2 | $120 |
| 5/7/12 | Conference call with counsel; contact Court; email counsel | .8 | 480 |
| 5/24/12 | Review emails from counsel re: infringement contentions; respond | .2 | 120 |

            Total       .1.2 hours at $600.00 per hour                     $720

**EACH PARTY TO PAY:**                  $144*

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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

96 North Third Street . Suite 300 . San Jose, CA . 96112
office (408) 280 . 7883          fax (408) 292 . 7868
www.mediationmasters.com



MEDIATION MASTERS

RECEIVED

MAY 3 2012

KIRBY NOONAN LANCE & HOGE LLP

May 1, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:     Acer/HTC/Barco NV v. Technology Properties, et al.

| 4/24/12 | Letter to counsel | | .2 | $120 |
|---|---|---|---|---|
| | Total | .2 hours at $600.00 per hour | | $120 |

Costs:

| 2/24/12 | Conference call | | 226.39 |
|---|---|---|---|
| | Total Due: | $346.39 | |

**EACH PARTY TO PAY:**        $69.27*

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



MEDIATION   MASTERS

**RECEIVED**

APR 6 - 2012

**KIRBY NOONAN LANCE & HOGE LLP**

April 2, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:     Acer/HTC/Barco NV v. Technology Properties, et al.

| | | | | |
|---|---|---|---|---|
| 3/8/12 | Review Mr. Runyan's email; email counsel | | .4 | $240.00 |
| 3/15/12 | Review and execute stipulation; prepare Order; letter to counsel | | .4 | 240.00 |
| | Total | .8 hours at $600.00 per hour | | $480.00 |

Costs:

| | | |
|---|---|---|
| 2/3/12 | Conference call | 131.84 |
| 2/7/12 | Conference call | 208.56 |
| 2/10/12 | Conference call | 47.31 |
| | Total | $387.71 |

Acer/HTC/Barco NV. V. Technology Properties, et al.
April 2, 2012
Page 2

> Total Due:        $867.71

> **EACH PARTY TO PAY:**        **$173.54\***

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



M E D I A T I O N   M A S T E R S

**RECEIVED**

MAR 9 – 2012

KIRBY NOONAN LANCE & HOGE LLP

March 5, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
300 East Randolph Street, Suite 5000
Chicago, IL 60601

Re:     Acer/HTC/Barco NV v. Technology Properties, et al.

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 2/2/12 | Review briefs re: motion to compel | 4.3 | $2,580.00 |
| 2/3/12 | Conference call with counsel; preparing for hearing re: Seagate | 3.2 | 1,920.00 |
| 2/6/12 | Review reply and relevant case law | 2.1 | 1,260.00 |
| 2/7/12 | Prepare for and conduct hearing on motion to compel Seagate production; prepare Order; letter to counsel; Review Barco's Motion to Strike | 5.1 | 3,060.00 |
| 2/8/11 | Revise Order; email to counsel | .8 | 480.00 |
| 2/10/12 | Conference call with counsel; emails to Court and to counsel | .6 | 360.00 |
| 2/15/12 | Review Court's order re: CMC; contact Court | .2 | 120.00 |

99 North Third Street , Suite 300 . San Jose, CA . 96112
office (408) 280 . 7883          fax (408) 292 . 7866
www.mediationmasters.com

Acer/HTC/Barco NV. V. Technology Properties, et al.
March 5, 2012
Page 2

| | | | |
|---|---|---|---|
| 2/20/12 | Prepare for Motion to Strike | 4.2 | 2,520.00 |
| 2/21/12 | Review Reply and ICs | 2.6 | 1,560.00 |
| 2/22/12 | Prepare for 2/24/12 hearing; review Mr. Baum's email; email counsel | 2.3 | 1,380.00 |
| 2/23/12 | Prepare for 2/24/12 hearing on Barco Motion to Strike | 2.8 | 1,680.00 |
| 2/24/12 | Prepare for hearing; hearing; prepare order | 3.1 | 1,860.00 |
| | Total          31.3 hours at $600.00 per hour | | $18,780.00 |

Costs:

| | | |
|---|---|---|
| 1/19/12 | Conference call | $88.93 |

Total Due:     $18,868.93

**EACH PARTY TO PAY:**     **$3,773.78\***

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**

Thomas HR Denver
Tax I.D. No. 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



MEDIATION MASTERS

**RECEIVED**

FEB 6 - 2012

KIRBY NOONAN LANCE & HOGE LLP

February 2, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
One Prudential Plaza, Suite 3900
130 E. Randolf Drive
Chicago, IL 60601

Re:    Acer/HTC/Barco NV v. Technology Properties, et al.

| | | | |
|---|---|---|---|
| 1/3/12 | Memo to Court | .2 | $120.00 |
| 1/9/12 | Review & respond to Mr. Baum's email | .2 | 120.00 |
| 1/11/12 | Review Patriot Motion to Compel (Seagate) | .5 | 300.00 |
| 1/12/12 | Call Mr. Peterson (Seagate) re: subpoena | .2 | 120.00 |
| 1/19/12 | Conference call re Patriot Motion to Compel; email to counsel | .5 | 300.00 |
| 1/25/12 | Prepare for Tutorial | .6 | 360.00 |
| 1/26/12 | Prepare for and attend Tutorial | 3.5 | 2,100.00 |
| 1/27/12 | Prepare for and attend Markman; review notes for Tutorial and Markman | 5.0 | 3,000.00 |

99 North Third Street . Suite 300 . San Jose, CA . 95112
office (408) 280 . 7863        fax (408) 292 . 7868
www.mediationmasters.com

Acer/HTC/Barco NV. V. Technology Properties, et al.
February 2, 2012
Page 2

| | | | | |
|---|---|---|---|---|
| 1/30/12 | Letter to counsel | | .2 | 120.00 |
| 2/1/12 | Review emails from counsel; respond; prepare for 2/7/12 hearing on Motion to Compel | | 1.6 | 960.00 |
| | Total | 12.5 hours at $600.00 per hour | | $7,500.00 |

Costs:

| | | |
|---|---|---|
| 12/16/11 | Conference call | $159.62 |
| 12/21/11 | Conference call | 136.12 |
| | Total | $295.74 |

Total Due:     $7,795.74

## EACH PARTY TO PAY:     $1,559.14*

*These amounts will be paid out of Bridge Bank Account No. 101214203

Thomas HR Denver
Tax I.D. No. 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



MEDIATION MASTERS

RECEIVED

JAN 0 6 2012

KIRBY NOONAN LANCE & HOGE LLP

January 3, 2012

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
One Prudential Plaza, Suite 3900
130 E. Randolf Drive
Chicago, IL 60601

Re:   Acer/HTC/Barco NV v. Technology Properties, et al.

| | | | |
|---|---|---|---|
| 12/13/11 | Review Mr. Baum's email; emails to Court and counsel | .4 | $240.00 |
| 12/16/11 | Prepared for phone conference; conference | 1.7 | 1,020.00 |
| 12/21/11 | Conference call with counsel | .4 | 240.00 |
| | Total     2.5 hours at $600.00 per hour | | $1,500.00 |

Costs:

| | | | |
|---|---|---|---|
| 11/8/11 | Conference call | | $229.21 |
| 11/10/11 | Conference call | | 229.21 |
| | Total | | $458.42 |

Acer/HTC/Barco NV. V. Technology Properties, et al.
January 3, 2012
Page 2


                Total Due:              $1,958.42


**\*EACH PARTY TO PAY:**        **$391.68**

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**


Thomas HR Denver
Tax I.D. No. 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



MEDIATION MASTERS

RECEIVED

DEC 7 – 2011

KIRBY NOONAN LANCE & HOGE LLP

December 5, 2011

Timothy P. Walker, Esq.
K&L Gates
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Charles T. Hoge, Esq.
Kirby Noonan Lance & Hoge
350 10th Avenue, Suite 1300
San Diego, CA 92101

Heidi Keefe, Esq.
Cooley, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

James C. Otteson, Esq.
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025

Edward Runyan, Esq.
Baker & McKenzie
One Prudential Plaza, Suite 3900
130 E. Randolf Drive
Chicago, IL 60601

Re:    Acer/HTC/Barco NV v. Technology Properties, et al.

| | | | |
|---|---|---|---|
| 10/10/11 | Review scheduling order | .2 | $120.00 |
| 10/17/11 | Emails to Court and counsel | .3 | 180.00 |
| 11/8/11 | Conference call with counsel; email to counsel | .8 | 480.00 |
| 11/9/11 | Email to counsel | .2 | 120.00 |
| 11/10/11 | Conference call with counsel; contact Court | .7 | 420.00 |
| 11/21/11 | Review motion to reschedule | .2 | 120.00 |
| 11/3/11 | Email to all counsel; review Court's order for continuance | .3 | 180.00 |

Total    2.7 hours at $600.00 per hour                $1,620.00

96 North Third Street . Suite 300 . San Jose, CA . 95112
office (408) 280 . 7883        fax (408) 292 . 7868
www.mediationmasters.com

Acer/HTC/Barco NV, V. Technology Properties, et al.
December 5, 2011
Page 2


**\*EACH PARTY TO PAY:**          $324.00

**\*These amounts will be paid out of Bridge Bank Account No. 101214203**


Thomas HR Denver
Tax I.D. No. 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