AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC. )<br>)<br>v.                                                                         )<br>TECHNOLOGY PROPERTIES LIMITED,            )<br>PATRIOT SCIENTIFIC CORPORATION, et al.    ) | Case No.: 5:08-cv-00882 PSG |

## AMENDED BILL OF COSTS

Judgment having been entered in the above entitled action on __10/03/2013__ against __Plaintiffs HTC Corp., et al.__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,336.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 53,242.90 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,522.26 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 108,510.18 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,035.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 83,945.35 |
| TOTAL | $ 274,592.19 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney:   DAVID LANSKY

For:   Plaintiffs, TECHNOLOGY PROPERTIES LIMITED, et al.          Date:   10/31/2013
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Charles Moore | | 3,419.71 | | | | | $3,419.71 |
| Dr. V. Oklobdzija | | 136.00 | | | | | $136.00 |
| Dr. S. Prowse (FTI Consulting) | | 3,966.55 | | | | | $3,966.55 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $7,522.26 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
 "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
 "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
 Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

 When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

 Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Agility IP Law, LLP
**Amended Itemization of Costs**
*HTC Corporation et al v. Technology Properties Limited et al*
Case No. 5:08-cv-00882 PSG

| Date | Vendor | Description | Initial Amount | Amended Amount | Category | Authority | Notes |
|---|---|---|---|---|---|---|---|
| 12/04/2012 | S&R Services | Process Service 01/04/2013 (HTC & Acer, et al - 4 invoices) | $578.50 | $316.50 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3(e) | Removed LSI, CRS (Acer) subpoenas |
| 01/07/2013 | S&R Services | Process Service 01/07/2013 (Texas Instruments - 2 invoices) | $370.00 | $370.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3€ | No change |
| 1/24/2011 | Specialized Legal Services, Inc. | Service on Samsung Semiconductor Inc | $210.00 | $210.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3(e) | No change |
| 1/24/2011 | Specialized Legal Services, Inc. | Service on Cambridge Silicon Radio Inc | $60.00 | $60.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3(e) | No change |
| 1/24/2011 | Specialized Legal Services, Inc. | Service on Qualcomm Incorporated | $206.00 | $206.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3(e) | No change |
| 08/19/2013 | Wheels of Justice, Inc. | Process server fees re: Texas Instruments | $110.00 | $110.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3(e) | No change |
| 08/23/2013 | Wheels of Justice, Inc. | Process service re: Sina Dena (8/21/13) | $470.00 | $470.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3(e) | No change |
| 09/10/2013 | Wheels of Justice, Inc. | Process service re: second subpoena (Texas Instruments) | $594.00 | $594.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L.R. 54-3(e) | No change |
| 01/09/2012 | Advantage Reporting Services | Transcript of December 21, 2011 telephonic hearing before Special Master | $66.68 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 02/22/2012 | Advantage Reporting Services | Transcript of February 7, 2012 telephonic hearing before Special Master | $100.00 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 05/04/2012 | Advantage Reporting Services | Transcript of February 24, 2012 telephonic hearing before Special Master | $66.67 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 08/02/2012 | Advantage Reporting Services | Transcript of July 3, 2012 telephonic hearing before Special Master | $67.68 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 02/02/2012 | Connie Kuhl, RMR, CRR | Transcript of January 27, 2012 hearing before Judge Ware | $433.61 | $433.61 | Transcripts | Civil L.R. 54-3(b) | No change |
| 12/12/2012 | Gina Galvan Colin, CSR, CRR | Transcript of November 30, 2012 hearing before Judge Grewal | $256.50 | $256.50 | Transcripts | Civil L.R. 54-3(b) | No change |
| 03/07/2013 | Irene Rodriguez, CSR, CRR | Transcript of February 8, 2013 hearing before Judge Grewal | $119.00 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted. Hearing re: Acer issues |
| 11/7/2008 | Summer Clanton | Transcript of September 19, 2008 hearing before Judge Fogel | $34.50 | $34.50 | Transcripts | Civil L.R. 54-3(b) | No change |
| 1/30/2009 | Summer Clanton | Transcript of January 30, 2009 hearing before Judge Fogel | $36.00 | $36.00 | Transcripts | Civil L.R. 54-3(b) | No change |
| 6/12/2009 | Summer Clanton | Transcript of June 12, 2009 hearing before Judge Fogel | $172.50 | $172.50 | Transcripts | Civil L.R. 54-3(b) | No change |
| 11/16/2009 | Summer Clanton | Transcript of November 13, 2009 hearing before Judge Fogel | $23.25 | $23.25 | Transcripts | Civil L.R. 54-3(b) | No change |
| 3/21/2011 | Summer Fisher | Transcript of March 18, 2011 hearing before Judge Fogel | $144.75 | $144.75 | Transcripts | Civil L.R. 54-3(b) | No change |
| 03/20/2013 | Summer Fisher | Transcript of March 19, 2013 hearing before Judge Grewal | $96.80 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted. Hearing re: Acer issues |
| 08/28/2013 | Summer Fisher | Transcript of August 13, 2013 hearing before Judge Grewal | $683.85 | $547.08 | Transcripts | Civil L.R. 54-3(b) | Apportioned 80% |
| 1/7/2011 | Alderson Reporting Co., Inc. | Court reportter services re: deposition of V. Oklobdzija (12/22/2010) | $1,088.75 | $544.38 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 10/17/2012 | Alderson Reporting Company, Inc | Court reporter services re: deposition of V. Oklobdzija (10/12/2012) | $2,635.12 | $1,317.56 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 11/15/2012 | Gregory Edwards, LLC | Court reporter services re: deposition of A. Wolfe (10/15/2012) | $1,693.33 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 02/14/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of R. Fish (1/28/13) (2 invoices @ 50%) | $1,813.87 | $1,813.87 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/25/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of E. Liang (1/30/13-2/1/13) (6 invoices) | $9,489.34 | $9,489.34 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/25/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of J. Chen (2/4/13) (2 invoices) | $3,488.87 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 03/06/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of S. Dena (2/7/13) (2 invoices) | $3,898.81 | $3,898.81 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 03/07/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of H. Lai (2/5/13) (2 invoices @ 50%) | $1,542.84 | $1,542.84 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 03/19/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of J. Casasanta (2/20/13) (2 invoices) | $2,742.54 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 03/20/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of J. Whitt (2/12/13) (2 invoices) | $2,137.51 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 07/18/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of T. Gafford 7/8/13 (2 invoices) | $4,369.43 | $4,369.43 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 07/18/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of C. Bokhart 7/10/13 (2 invoices) | $3,336.17 | $3,336.17 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 07/30/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: M. May (7/16/13) (2 invoices) | $4,233.48 | $4,233.48 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 07/30/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: Dr. A. Wolfe (7/19/13) (2 invoices) | $5,551.68 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 07/24/2013 | LegaLink, Inc. | Court reporter services re: deposition of V. Oklobdzija (7/13, 7/15/13) (2 invoices) | $6,048.00 | $3,024.00 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 07/24/2013 | LegaLink, Inc. | Court reporter services re: deposition of S. Prowse (7/15/13) | $3,773.00 | $1,886.50 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 07/24/2013 | LegaLink, Inc. | Court reporter services re: deposition of S. Prowse (7/16/13) | $1,713.00 | $856.50 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 08/22/2013 | LegaLink, Inc. | Videographer services re: deposition of V. Oklobdzija (7/13 & 7/15/13) (2 invoices) | $1,630.00 | $815.00 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 1/18/2011 | Nogara Reporting Service | Court reporter services re: deposition of D. May (12/13/2010) | $2,181.25 | $2,181.25 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 3/29/2011 | Sarnoff Court Reporters | Videographer services re: deposition of G. Goodere (3/29/2011) | $625.00 | $625.00 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 4/15/2011 | Sarnoff Court Reporters | Court reporter services re: deposition of G. Goodere (3/29/2011) | $2,338.05 | $2,338.05 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 12/13/2010 | Tradewinds-West Video Prod. | Videographer services re: deposition of D. May (12/13/2010) | $1,950.50 | $1,950.50 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/16/2013 | Veritext | Court reporter services re: deposition of Daniel Leckrone (@50%) | $685.18 | $685.18 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/21/2013 | Veritext | Court reporter services re: deposition of Dwayne Hannah 2/5/13 (@50%) | $300.48 | $300.48 | Transcripts | Civil L.R. 54-3(c)(1) | No change |

Agility IP Law, LLP
**Amended Itemization of Costs**
*HTC Corporation et al v. Technology Properties Limited et al*
Case No. 5:08-cv-00882 PSG

| Date | Vendor | Description | Initial Amount | Amended Amount | Category | Authority | Notes |
|---|---|---|---|---|---|---|---|
| 02/27/2013 | Veritext | Court reporter services re: deposition of D. Leckrone (2/8/13) | $1,069.35 | $1,069.35 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/27/2013 | Veritext | Court reporter and videographer services re: deposition of D.M. Leckrone (2/11/13) (2 invoices) | $1,401.20 | $1,401.20 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/27/2013 | Veritext | Court reporter services re: deposition of D. Hannah (2/12/13) | $1,920.45 | $1,920.45 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/27/2013 | Veritext | Court reporter and services re: deposition of D. Leckrone (2/14/13) | $911.05 | $911.05 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| | WARP 9 | Reproduction of deposition exhibits designated by Defendants (7930 pages x 2 copies x $0.08 per page) | $1,084.32 | $1,084.32 | Transcripts | Civil L.R. 54-3(c)(3) | No change |
| 10/01/2013 | Charles Moore | Witness travel and lodging expenses for trial | $3,419.71 | $3,419.71 | Witness Expenses | Civl L.R. 54-3(e) | No change |
| 10/01/2013 | Dr. V. Oklobdzija | Witness parking expenses for trial | $136.00 | $136.00 | Witness Expenses | Civl L.R. 54-3(e) | No change |
| 10/14/2013 | Dr. S. Prowse (FTI Consulting) | Witness travel and lodging expenses for trial | $3,966.55 | $3,966.55 | Witness Expenses | Civ.L.R. 54-3(e) | No change |
| 4/15/2008 | Cooper Patent Search & Service | Obtain US Patent 6,598,148, 5,809,336, 5,784,584 | $742.60 | $742.60 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 3/24/2010 | Cooper Patent Search & Service | P Parker: patent 5,247,212 | $451.35 | $451.35 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 1/31/2011 | Cooper Patent Search & Service | Copy of the file wrapper without ref to US Patent 4,689,581 | $148.00 | $148.00 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 4/15/2008 | Delphion, Inc. | Delphion Inc - Patent US06598148 | $3.00 | $3.00 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 9/12/2008 | Delphion, Inc. | Delphion: copies of patents | $12.00 | $12.00 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 2/4/2009 | Delphion, Inc. | Delphion: TPL Patent Charges | $33.00 | $33.00 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 2/13/2009 | Landon IP, Inc. | 2 Patent Title Searches | $103.75 | $103.75 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 2/18/2009 | Landon IP, Inc. | Patent File History 90/002593 | $184.25 | $184.25 | Reproduction | Civil L.R. 54-3(d)(1) | No change |
| 7/26/2010 | Amazon.com | Hard drives for TPL productions to 3 plaintiffs (HTC, Barco, Acer) | $211.88 | $70.63 | Reproduction | Civil L.R. 54-3(d)(2) | Reduced to 1/3 |
| 10/25/2010 | Amazon.com | 3 Hard Drives for TPL licensee correspondence production to 3 plaintiffs (HTC, Barco, Acer) | $149.97 | $49.99 | Reproduction | Civil L.R. 54-3(d)(2) | Reduced to 1/3 |
| 11/17/2010 | Amazon.com | Hard drives for TPL productions to 3 plaintiffs (HTC, Barco, Acer) | $127.96 | $42.65 | Reproduction | Civil L.R. 54-3(d)(2) | Reduced to 1/3 |
| 3/29/2011 | Amazon.com | G Glass @ Amazon.com: 5x hard drives for TPL email prod. to 3 plaintiffs (HTC, Barco, Acer) | $194.90 | $64.97 | Reproduction | Civil L.R. 54-3(d)(2) | Reduced to 1/3 |
| 11/8/2011 | Amazon.com | G Glass: flash drives for document production/collections to 3 plaintiffs (HTC, Barco, Acer) | $79.00 | $26.33 | Reproduction | Civil L.R. 54-3(d)(2) | Reduced to 1/3 |
| 09/17/2012 | Best Buy | USB and back up drives for document production | $401.00 | $401.00 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 09/29/2012 | Best Buy | Hard drives for document production | $389.67 | $389.67 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 01/03/2013 | Best Buy | Hard drives for document production | $477.36 | $477.36 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 10/31/2010 | Iris Data Services, LLC | Tiff processing w/Metadata extraction | $5,815.92 | $5,815.92 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 3/31/2011 | Iris Data Services, LLC | Tiff processing w/Metadata extraction | $3,694.96 | $3,694.96 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 4/6/2011 | Iris Data Services, LLC | G Glass: 2x Tiff Processing w/Metadata extraction | $5,718.91 | $5,718.91 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 4/19/2011 | Iris Data Services, LLC | Tiff processing w/Metadata extraction | $1,939.31 | $1,939.31 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 9/20/2011 | Iris Data Services, LLC | Tiff Processing w/Metadata Extration; OCR; Tech time | $3,205.01 | $3,205.01 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 11/22/2011 | WARP 9 | Warp 9 Inv #1122201108 - Scanning for production to HTC | $12.56 | $12.56 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 12/31/2011 | WARP 9 | Warp 9 Inv #12312011233- Scanning for production to HTC | $13.08 | $13.08 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 01/23/2012 | WARP 9 | Warp 9 Inv #12011012 - Scanning for production to HTC | $578.92 | $578.92 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 01/30/2012 | WARP 9 | Warp 9 Inv #1201162 - Scanning for production to HTC | $42.06 | $42.06 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 02/06/2012 | WARP 9 | Warp 9 Inv #1201223 - Scanning for production to HTC | $42.06 | $42.06 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 02/13/2012 | WARP 9 | Warp 9 Inv #1201306 - Scanning for production to HTC | $42.06 | $42.06 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 04/02/2012 | WARP 9 | Warp 9 Inv #120171 - Scanning for production to HTC | $170.71 | $170.71 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 08/06/2012 | WARP 9 | Warp 9 Inv #1202639 - Scanning for production to HTC | $279.93 | $279.93 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 10/08/2012 | WARP 9 | Warp 9 Inv #1202903 - Scanning for production to HTC | $289.41 | $289.41 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 10/15/2012 | WARP 9 | Warp 9 Inv #1202933 - Scanning for production to HTC | $2,487.89 | $2,487.89 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 10/22/2012 | WARP 9 | Warp 9 Inv #1202964 - Scanning for production to HTC | $2,623.07 | $2,623.07 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 12/03/2012 | WARP 9 | Warp 9 Inv #1203149 - Scanning for production to HTC | $2,380.05 | $2,380.05 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 01/14/2013 | WARP 9 | Warp 9 Inv #1203345 re discovery - Photocopying for production to HTC | $3,561.50 | $3,561.50 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 03/12/2013 | WARP 9 | Warp 9 Inv #1203686 - Scanning /coding for production to HTC | $158.93 | $158.93 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 03/19/2013 | WARP 9 | Warp 9 Inv #1203719 - Scanning for production to HTC | $8.16 | $8.16 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 04/01/2013 | WARP 9 | Warp 9 Inv #1203765 - Scanning for production to HTC | $3.82 | $3.82 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 08/05/2013 | WARP 9 | Warp 9 Inv #1204308 re pre trial disclosures; damages project | $668.36 | $668.36 | Reproduction | Civil L.R. 54-3(d)(2) | No change |
| 09/19/2013 | WARP 9 | Warp 9 Inv #1204533 re boxes of trial exhibits placed next to the bench | $18,472.94 | $18,472.94 | Reproduction | Civil L.R. 54-3(d)(4) | No change |
| 09/23/2013 | WARP 9 | Warp 9 Inv #1204538 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $13,221.28 | $6,610.64 | Reproduction | Civil L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |
| 09/24/2013 | WARP 9 | Warp 9 Inv #1204554 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $424.94 | $212.47 | Reproduction | Civil L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |
| 09/25/2013 | WARP 9 | Warp 9 Inv #1204556 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $593.01 | $296.51 | Reproduction | Civil L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |
| 09/26/2013 | WARP 9 | Warp 9 Inv #1204563 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $1,100.91 | $550.46 | Reproduction | Civil L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |
| 09/27/2013 | WARP 9 | Warp 9 Inv #1204572 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $2,070.74 | $1,035.37 | Reproduction | Civil L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |

Agility IP Law, LLP
**Amended Itemization of Costs**
*HTC Corporation et al v. Technology Properties Limited et al*
Case No. 5:08-cv-00882 PSG

| Date | Vendor | Description | Initial Amount | Amended Amount | Category | Authority | Notes |
|---|---|---|---|---|---|---|---|
| 10/01/2013 | WARP 9 | Warp 9 Inv #1204583 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $1,019.77 | $509.89 | Reproduction | Civl L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |
| 10/01/2013 | WARP 9 | Warp 9 Inv #1204590 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $1,674.94 | $837.47 | Reproduction | Civl L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |
| 10/02/2013 | WARP 9 | Warp 9 Inv #1204595 two copies of trial exhibits binders for use during trial: one for witnesses and one for opposing counsel | $4,210.35 | $2,105.18 | Reproduction | Civl L.R. 54-3(d)(4) | 50% reduced. One copy of trial exhibits needed for witnesses |
| 02/03/2012 | Advanced Courtroom Technologies, Inc. | Trial consultant - graphics for hearing - Trial visual aids | $12,833.05 | $12,833.05 | Exemplification | Civil L.R. 54-3(d)(5) | No change |
| 10/04/2013 | Advanced Courtroom Technologies, Inc. | Trial consultant - graphics for trial - Trial visual aids | $15,230.25 | $15,230.25 | Exemplification | Civil L.R. 54-3(d)(5) | No change |
| 09/18/2013 | Amazon.com | Phone used as exhibit re MMP NCDC trial | $79.99 | $79.99 | Exemplification | Civil L.R. 54-3(d)(5) | No change |
| 10/14/2013 | FTI Consulting | Preparation of demonstratives for trial | $4,267.50 | $4,267.50 | Exemplification | Civil L.R. 54-3(d)(5) | No change |
| 09/30/2013 | LegalVision Inc. | LegalVision (graphics) re MMP NCDC trial - Trial visual aids | $8,531.25 | $8,531.25 | Exemplification | Civil L.R. 54-3(d)(5) | No change |
| 02/08/2012 | Chan, Kwan | Kwan Chan - deposit for technical expert per Judge Ware | $19,035.00 | $19,035.00 | Court Appointed Expert | Civil L.R. 54-3(f); 28 U.S.C. § 1920(6) | No change |
| 07/17/2013 | FTI Consulting | Expert deposition preparation, including expenses | $3,893.28 | $3,893.28 | Other | Civil L.R. 54-3(e); FRCP 26(b)(4)(E) | No change |
| 08/16/2013 | FTI Consulting | Expert deposition preparation, including expenses | $66,431.55 | $66,431.55 | Other | Civil L.R. 54-3(e); FRCP 26(b)(4)(E) | No change |
| 08/04/2013 | Integration Corp. | Expert deposition preparation | $13,620.52 | $13,620.52 | Other | FRCP 26(b)(4)(E) | No change |
| | | Total: | $312,232.76 | $274,592.19 | | | |