# EXHIBIT A
## (SERVICE)

**Agility IP Law, LLP**
**Itemization of Costs**
*HTC Corporation et al v. Technology Properties Limited et al*
Case No. 5:08-cv-00882 PSG

| Date | Vendor | Description | Initial Amount | Amended Amount | Category | Authority | Notes |
|---|---|---|---|---|---|---|---|
| 12/04/2012 | S&R Services | Process Service 01/04/2013 (HTC & Acer, et al - 4 invoices) | $578.50 | $316.50 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3(e) | Removed LSI, CRS (Acer) subpoenas |
| 01/07/2013 | S&R Services | Process Service 01/07/2013 (Texas Instruments - 2 invoices) | $370.00 | $370.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3€ | No change |
| 1/24/2011 | Specialized Legal Services, Inc. | Service on Samsung Semiconductor Inc | $210.00 | $210.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3(e) | No change |
| 1/24/2011 | Specialized Legal Services, Inc. | Service on Cambridge Silicon Radio Inc | $60.00 | $60.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3(e) | No change |
| 1/24/2011 | Specialized Legal Services, Inc. | Service on Qualcomm Incorporated | $206.00 | $206.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3(e) | No change |
| 08/19/2013 | Wheels of Justice, Inc. | Process server fees re: Texas Instruments | $110.00 | $110.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3(e) | No change |
| 08/23/2013 | Wheels of Justice, Inc. | Process service re: Sina Dena (8/21/13) | $470.00 | $470.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3(e) | No change |
| 09/10/2013 | Wheels of Justice, Inc. | Process service re: second subpoena (Texas Instruments) | $594.00 | $594.00 | Service; Wit. Fees | Civil L.R. 54-3(a)(2) Civil L R. 54-3(e) | No change |



Attention Sherri Mills
JAMES C. OTTESON ESQ
AGILITY IP LAW, LLP
149 COMMONWEALTH DRIVE
Menlo Park CA 94025

| Friday January 04, 2013 | **INVOICE** | JAOTT.61538 |

Attorney File #: 1030.103 / 02
Client Matter #: 1030.103
Case #: CV08-00882-PSG
Court: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
Title: HTC CORPORATION, et al. vs. TECHNOLOGY PROPERTIES LIMITED, et al.
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ATTACHMENT A;

| Date | Description | Amount |
|---|---|---|
| 01/04/13 02:51PM | Personal Service: CSR TECHNOLOGY, INC., AT Business NATIONAL REGISTERED AGENTS 2875 MICHELLE DR STE 100 Irvine, CA 92606, by serving: DENA LA PORTA, AUTHORIZED TO ACCEPT, White, Female, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 2 Inches, 110 Pounds, Served By: Bob Palash. | |
| 01/04/13 | DO TODAY PROCESS SERVICE - SPECIAL RUSH CHARGE | 95.00 |
| 01/04/13 | FEES ADVANCED | 65.00 |
| 01/04/13 | ADVANCE FEE CHARGE (10% of Cost), With Mininum of $2.00 | 6.50 |
| **PLEASE PAY FROM THIS INVOICE** | | **166.50** |

1030.10



Attention: TRACEY NERO
JAMES C. OTTESON ESQ
AGILITY IP LAW, LLP
149 COMMONWEALTH DRIVE
Menlo Park CA  94025

1030.102

| Friday January 04, 2013 | ***INVOICE*** | JAOTT.61536 |

Case #: CV08-00877-PSG
Court: UNITED STATES DISTRICT COURT; NORTHERN DISTRICT OF CALIFORNIA
Title: ACER, INC., et al. vs. TECHNOLOGY PROPERTIES LIMITED, et al.
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; ATTACHMENT A;

| Date | Description | Amount |
|---|---|---|
| 01/04/13 03:05PM | Personal Service: LSI CORPORATION, AT Business CSC LAWYERS INCORPORATING SERVICE CO 2710 GATEWAY OAKS DR.,STE 150N Sacramento, CA 95833, by serving: NAI SAETURUN, AUTHORIZED TO ACCEPT, Served By: HENRY GARCIA. | |
| 01/04/13 | DO TODAY PROCESS SERVICE - SPECIAL RUSH CHARGE | 65.00 |
| 01/04/13 | FEES ADVANCED | 55.00 |
| 01/04/13 | ADVANCE FEE CHARGE (10% of Cost), With Mininum of $2.00 | 5.50 |
| **PLEASE PAY FROM THIS INVOICE** | | **125.50** |



Attention: TRACEY NERO
JAMES C. OTTESON ESQ
AGILITY IP LAW, LLP
149 COMMONWEALTH DRIVE
Menlo Park CA  94025

| Friday January 04, 2013 | INVOICE | JAOTT.61535 |
|---|---|---|

Attorney File #:  1030.~~103~~/02
Client Matter #:  1030.~~103~~
            Case #:  CV08-00882-PSG
            Court:  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
            Title:  HTC CORPORATION, et al. vs. TECHNOLOGY PROPERTIES LIMITED, et al.
   Documents:  SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; ATTACHMENT A;

| Date | Description | Amount |
|---|---|---|
| 01/04/13 03:05PM | Personal Service: QUALCOMM INCORPORATED, AT Business CSC LAWYERS INCORPORATING SERVICE CO 2710 GATEWAY OAKS DR.,STE 150N Sacramento, CA  95833, by serving: NAI SAETURUN, AUTHORIZED TO ACCEPT, Served By: HENRY GARCIA. | |
| 01/04/13 | DO TODAY  PROCESS SERVICE - SPECIAL RUSH CHARGE | 95.00 |
| 01/04/13 | FEES ADVANCED | 50.00 |
| 01/04/13 | ADVANCE FEE CHARGE (10% of Cost), With Mininum of $2.00 | 5.00 |
| | PLEASE PAY FROM THIS INVOICE | 150.00 |



Attention: Sherri Mills
JAMES C. OTTESON ESQ
AGILITY IP LAW, LLP
149 COMMONWEALTH DRIVE
Menlo Park CA 94025

| Friday January 04, 2013 | *INVOICE* | JAOTT.61539 |

Attorney File #: 1030.103 / 02
Client Matter #: 1030.103 / 02
Case #: CV08-00877-PSG
Court: UNITED STATES DISTRICT COURT; NORTHERN DISTRICT OF CALIFORNIA
Title: ACER, INC., et al. vs. TECHNOLOGY PROPERTIES LIMITED, et al.
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ATTACHMENT A;

| Date | Description | Amount |
|---|---|---|
| 01/04/13 02:51PM | Personal Service: CSR TECHNOLOGY, INC., AT Business NATIONAL REGISTERED AGENTS 2875 MICHELLE DR STE 100 Irvine, CA 92606, by serving: DENA LA PORTA, AUTHORIZED TO ACCEPT, White, Female, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 2 Inches, 110 Pounds, Served By: Bob Palash. | |
| 01/04/13 | DO TODAY PROCESS SERVICE - SPECIAL RUSH CHARGE | 65.00 |
| 01/04/13 | FEES ADVANCED | 65.00 |
| 01/04/13 | ADVANCE FEE CHARGE (10% of Cost), With Mininum of $2.00 | 6.50 |
| | PLEASE PAY FROM THIS INVOICE | 136.50 |



JAMES C. OTTESON ESQ
AGILITY IP LAW, LLP
149 COMMONWEALTH DRIVE
Menlo Park CA  94025

| Monday January 07, 2013 | *INVOICE* | JAOTT.61579 |

Attorney File #: **1030.103** /02
Client Matter #: 1030.103
         Case #: CV08-00877-PSG
         Court: UNITED STATES DISTRICT COURT; NORTHERN DISTRICT OF CALIFORNIA
         Title: ACER, INC., et al. vs. TECHNOLOGY PROPERTIES LIMITED, et al.
  Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ATTACHMENT A;

| Date | Description | Amount |
|---|---|---|
| 01/07/13 01:56PM | Personal Service: TEXAS INSTRUMENTS INCORPORATED, AT Business 13588 N. CENTRAL EXPRESSWAY RESEARCH EAST BUILDING DALLAS, TX 75243, by serving: RICHARD ANDREWS, SENIOR COUNSEL AUTHORIZED TO ACCEPT, White, Male, 55 Years Old, Brown Hair, 5 Feet 10 Inches, 190 Pounds, Glasses, Served By: DAVID HINER. | |
| 01/07/13 | RUSH HANDLING | 20.00 |
| 01/07/13 | OUT OF STATE SERVICE | 95.00 |
| 01/07/13 | FEES ADVANCED | 50.00 |
| 01/07/13 | ADVANCE FEE CHARGE (10% of Cost), With Mininum of $2.00 | 5.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **170.00** |

| Attorney or Party without Attorney: <br> JAMES C. OTTESON ESQ, Bar #157781 <br> AGILITY IP LAW, LLP <br> 149 COMMONWEALTH DRIVE <br> Menlo Park, CA 94025 <br> Telephone No: 650-318-3511   FAX No: 650-318-3483 <br><br> Attorney for: Defendant | Ref. No. or File No.: <br> 1030.103 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court; Northern District Of California | | |
| Plaintiff: ACER, INC., et al. | | |
| Defendant: TECHNOLOGY PROPERTIES LIMITED, et al. | | |

| PROOF OF SERVICE SUBPOENA | Hearing Date: <br> Wed, Jan. 23, 2013 | Time: <br> 9:00AM | Dept/Div: | Case Number: <br> CV08-00877-PSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ATTACHMENT A;

3. a. Party served:                    TEXAS INSTRUMENTS INCORPORATED
   b. Person served:                   RICHARD ANDREWS, SENIOR COUNSEL AUTHORIZED TO ACCEPT,
                                       White, Male, 55 Years Old, Brown Hair, 5 Feet 10 Inches, 190 Pounds, Glasses

4. Address where the party was served:  13588 N. CENTRAL EXPRESSWAY
                                        RESEARCH EAST BUILDING
                                        DALLAS, TX 75243

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jan. 07, 2013 (2) at: 1:56PM CST
   b. I received this subpoena for service on:     Monday, January 07, 2013

6. Witness fees were offered or demanded, and paid:     $50.00

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID HINER                                       d. The Fee for Service was:    $115.00

                                                        e. I am: NOT A REGISTERED CALIFORNIA PROCESS SERVER

   S&R Services
   903 Sneath Lane
   Suite #227
   San Bruno, CA 94066
   Phone 650.794.1923
   FAX 650.989.4182

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Jan. 07, 2013

   Judicial Council Form                  PROOF OF SERVICE       /s/ Dave Hiner
   Rule 2.150.(a)&(b) Rev January 1, 2007      SUBPOENA          (DAVID HINER)           jaott.61579

   SOH 4662 EXP. 1-31-15



JAMES C. OTTESON ESQ
AGILITY IP LAW, LLP
149 COMMONWEALTH DRIVE
Menlo Park CA  94025

| Monday January 07, 2013 | *INVOICE* | JAOTT.61578 |
|---|---|---|

Attorney File #: 1030.103 /102
Client Matter #: 1030.103
Case #: CV08-00882-PSG
Court: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
Title: HTC CORPORATION, et al. vs. TECHNOLOGY PROPERTIES LIMITED, et al.
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ATTACHMENT A;

| Date | Description | Amount |
|---|---|---|
| 01/07/13 01:56PM | Personal Service: TEXAS INSTRUMENTS INCORPORATED, AT Business 13588 N. CENTRAL EXPRESSWAY RESEARCH EAST BUILDING DALLAS, TX  75243, by serving: RICHARD ANDREWS, SENIOR COUNSEL AUTHORIZED TO ACCEPT, White, Male, 55 Years Old, Brown Hair, 5 Feet 10 Inches, 190 Pounds, Glasses, Served By: DAVID HINER. | |
| 01/07/13 | OUT OF STATE SERVICE | 125.00 |
| 01/07/13 | RUSH HANDLING | 20.00 |
| 01/07/13 | FEES ADVANCED | 50.00 |
| 01/07/13 | ADVANCE FEE CHARGE (10% of Cost), With Mininum of $2.00 | 5.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **200.00** |

903 Sneath Lane, Suite 227, San Bruno, CA  94066
Telephone: (650) 794-1923, FAX: (650) 989-4182, Tax ID: 26-4161879

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| JAMES C. OTTESON ESQ, Bar #157781<br>AGILITY IP LAW, LLP<br>149 COMMONWEALTH DRIVE<br>Menlo Park, CA 94025<br>Telephone No: 650-318-3511  FAX No: 650-318-3483 | | | | |
| Attorney for: Defendant | | Ref. No. or File No.:<br>1030.103 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | |
| Plaintiff: HTC CORPORATION, et al. | | | | |
| Defendant: TECHNOLOGY PROPERTIES LIMITED, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUBPOENA** | Hearing Date:<br>Wed, Jan. 23, 2013 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>CV08-00882-PSG |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ATTACHMENT A;

3. a. Party served:  TEXAS INSTRUMENTS INCORPORATED
   b. Person served: RICHARD ANDREWS, SENIOR COUNSEL AUTHORIZED TO ACCEPT,
   White, Male, 55 Years Old, Brown Hair, 5 Feet 10 Inches, 190 Pounds, Glasses

4. Address where the party was served:  13588 N. CENTRAL EXPRESSWAY
   RESEARCH EAST BUILDING
   DALLAS, TX 75243

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jan. 07, 2013 (2) at: 1:56PM CST
   b. I received this subpoena for service on: Monday, January 07, 2013

6. Witness fees were offered or demanded, and paid:  $50.00

7. Person Who Served Papers:
   a. DAVID HINER

   903 Sneath Lane
   Suite #227
   San Bruno, CA 94066
   Phone 650.794.1923
   FAX 650.989.4182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:  $145.00
   e. I am: NOT A REGISTERED CALIFORNIA PROCESS SERVER

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Jan. 07, 2013

   PROOF OF SERVICE SUBPOENA    /s/ Dave Hiner
   (DAVID HINER)
   SCN 4662  EXP. 1-31-15    jaott.61578

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

## Invoice/Service Report

Client#: 18  
Inv#: 287082  

Date: February 1, 2011

---

Client: FARELLA BRAUN + MARTEL LLP  
235 Montgomery Street, 30th Floor  
San Francisco, CA 94104  
Attention: BARBARA WESTBERG  
Case No.: 5:08-CV-00828 JF/HRL  
Court: UNITED STATES DISTRICT COURT  
Plaintiff: HTC CORPORATION ET AL.  
Defendant: TECHNOLOGY PROPERTIES LIMITED, ET AL.  
Ref No.: 23129 (HTC)  
Document(s): SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES; COVER LETTER DATED JANUARY 20, 2011

---

Report: Service on: SAMSUNG SEMICONDUCTOR, INC. - Business address (B) : 2875 Michell Drive #100, Irvine, CA 92606 - Residence address (H) : UNKNOWN - Service was effected at the Business address on January 21, 2011. Declaration(s) re service were returned January 24, 2011 **

---

Fees and Costs:  
   1 Affiliate Service - Orange @ $145.00     $145.00  
   1 Do Today Service Requested @ $25.00     $25.00  
  40 Fax Charges @ $1.00     $40.00  



EXPENSE APPROVAL  
APPROVED BY: B Wee  
MATTER #: 23129  
EXP CODE: _____ DATE: 2-3-11  
DESCRIPTION: _____

Invoice Total:     $210.00

---


167480

**Specialized Legal Services, Inc.**  
P.O. Box 77141  
San Francisco, CA 94107  
(415) 357-0500  
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 18  
**Inv#:** 287087  
**Date:** February 1, 2011

---

**Client:** FARELLA BRAUN + MARTEL LLP  
235 Montgomery Street, 30th Floor  
San Francisco, CA 94104  
**Attention:** BARBARA WESTBERG  
**Case No.:** 5:08-CV-00882 JF/HRL  
**Court:** UNITED STATES DISTRICT COURT  
**Plaintiff:** HTC CORPORATION ET AL.  
**Defendant:** TECHNOLOGY PROPERTIES LIMITED, ET AL.  
**Ref No.:** 23129 (HTC)  
**Document(s):** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES; COVER LETTER DATED JANUARY 20, 2011

---

**Report:** Service on: CAMBRIDGE SILICON RADIO, INC. - Business address (B) : 2875 Michelle Drive #100, Irvine, CA 92606 - Residence address (H) : UNKNOWN - Service was effected at the Business address on January 21, 2011. Declaration(s) re service were returned January 24, 2011 **

---

**Fees and Costs:** 1 Additional Service @ $60.00        $60.00

```
EXPENSE APPROVAL
APPROVED BY Proely
MATTER # 23129
EXP CODE_____ DATE 2-3-11
DESCRIPTION:_____
```

**Invoice Total:** $60.00

---



Specialized Legal Services, Inc.  
P.O. Box 77141  
San Francisco, CA 94107  
(415) 357-0500  
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 18  
**Inv#:** 287069  
**Date:** February 1, 2011

---

**Client:** FARELLA BRAUN + MARTEL LLP  
235 Montgomery Street, 30th Floor  
San Francisco, CA 94104  
**Attention:** KATHY SMALL  
**Case No.:** 5:08-CV-00882 JF/HRL  
**Court:** UNITED STATES DISTRICT COURT  
**Plaintiff:** HTC CORPORATION AND HTC AMERICA, INC.  
**Defendant:** TECHNOLOGY PROPERTIES LIMITED, ET AL.  
**Ref No.:** 23129  
**Document(s):** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES; COVER LETTER DATED JANUARY 20, 2011; DECLARATION OF CUSTODIAN OF RECORDS (BLANK)

---

**Report:** Service on: QUALCOMM INCORPORATED - CSC-Lawyers Incorporating Service, Registered Agent - Business address (B) : 2730 Gateway Oaks Drive #100, Sacramento, CA 95833 - Residence address (H) : UNKNOWN - Service was effected at the Business address on January 21, 2011. Declaration(s) re service were returned January 24, 2011 **

---

| Fees and Costs: | | |
|---|---|---|
| 1 Affiliate Service - Sacramento @ $145.00 | | $145.00 |
| 1 Do Today Service Requested @ $25.00 | | $25.00 |
| 36 Fax Charges @ $1.00 | | $36.00 |

```
EXPENSE APPROVAL
APPROVED BY: Small
MATTER #_____
EXP CODE_____ DATE 2/2/11
DESCRIPTION:_____
```

**Invoice Total:** $206.00

---



**Specialized Legal Services, Inc.**  
P.O. Box 77141  
San Francisco, CA 94107  
(415) 357-0500  
IRS# 94-3315956

167510

1030.102

# WHEELS OF JUSTICE, INC.   657 Mission Street, Suite 502 San Francisco, CA  94105
Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2617570

Attorney IRVIN E. TYAN, ESQ. ()
Tel (650) 227-4800
Fax
Atty File DEFENDANTS

Date August 19, 2013
Court UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
Plaintiff   ACER, INC.
Defendant   TECHNOLOGY PROPERTIES
Case No.    5-08-cv-00877; 5-08-cv-00882

Documents: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

Attention Ana Villanueva

Firm  AGILITY IP LAW, LLP
      149 Commonwealth Drive
      Menlo Park, CA 94025

Serve: TEXAS INSTRUMENTS INCORPORATED

Residence Address (1)
Business Address (2)  C.T. CORPORATION
                      818 West 7th Street
                      Los Angeles, CA 90017
Bus Phone

Special Instructions    ADVANCE FEES • SERVE

Hearing Date 9/23/2013   Time 9:00 a.m.   Dept San Jose   Last Date to Serve do-today

Description  Age   Hgt   Race   Wt   Sex   Hair

Service Date 8/20/13   Time 2:30 p.m.   Servers Name Carlos Canas

Report 8/19/2013
received by email, waiting to find out how much to advance

8/20/2013
per Ana, serve w/o witness fees

08/20/13                  2:30 p.m.
Served MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process, at the given address.

| ITEM | CHARGES |
|---|---|
| Service | 110.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| TOTAL | $110.00 |

Attorney Check Attached



Thank you for using WHEELS OF JUSTICE, INC.
Please remit payment with copy of this Invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH



| | | | |
|---|---|---|---|
| Attorney Or Party Without Attorney (Name and Address):<br>IRVIN E. TYAN, ESQ. ()<br>AGILITY IP LAW, LLP<br>149 Commonwealth Drive<br>Menlo Park, CA 94025 | Telephone:<br>(650) 227-4800 | | FOR COURT USE ONLY |
| Attorneys for: DEFENDANTS | Ref. No. Or File No.<br>W2617570 | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff:<br>ACER, INC. | | | |
| Defendant:<br>TECHNOLOGY PROPERTIES | | | |
| PROOF OF SERVICE | Date<br>9/23/2013 | Time<br>9:00 a.m. | Dept/Div<br>San Jose | Case Number<br>5-08-cv-00877;<br>5-08-cv-00882 |

I, Carlos Canas, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Witness | : TEXAS INSTRUMENTS INCORPORATED |
| By Serving | : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process |
| Address | : 818 West 7th Street, Los Angeles, CA 90017 |
| Date & Time | : Tuesday, August 20, 2013 @ 2:30 p.m. |
| Witness fees were | : Not demanded or paid. |

Person serving:
Carlos Canas
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 4571
(3) County: Los Angeles
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 20, 2013

Signature: _____
Carlos Canas


Printed on recycled paper

**WHEELS OF JUSTICE, INC.**   657 Mission Street, Suite 502 San Francisco, CA 94105
Tel: (415) 546-6000   Fax: (415) 546-6199       Invoice No. W2617785

| | |
|---|---|
| Attorney IRVIN E. TYAN, ESQ. () | Date August 21, 2013 |
| Tel (650) 227-4800 | Court UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Fax | |
| Atty File DEFENDANTS | Plaintiff ACER, INC. |
| 1030.102 | Defendant TECHNOLOGY PROPERTIES |
| Attention Ana Villanueva | Case No. 5-08-cv-00877; 5-08-cv-00882 |
| Firm AGILITY IP LAW, LLP | Documents SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION |
| 149 Commonwealth Drive | |
| Menlo Park, CA 94025 | |

Serve: Sina Dena

| Residence Address (1) | Business Address (2) |
|---|---|
| 4655 Belvista Court | 8324 Regents Rd Unit 3I, |
| San Diego, CA 92130 | San Diego, Ca 92122-1330 |
| | Bus Phone (858) 230-6739 |
| **BAD ADDRESS** | *LOCATED* |

Special Instructions         *SERVE (no fees)*

| | | | | | |
|---|---|---|---|---|---|
| Hearing Date 9/23/2013 | Time 9:00 a.m. | Dept San Jose | Last Date to Serve *do-today* |
| Description  Age | Hgt | Race | Wt | Sex | Hair |
| Service Date 9/4/13 | Time 8:15 p.m. | Servers Name Gabriel Diaz |

Report 08/21/2013    4:28 PM
Received by email
08/21/13
Bad address - per male occupant, subject never lived here he just used the address for mailing purposes
08/30/13
Not served to date - still no answer - server taped bottom of door on last attempt - tape unbroken
8/30/2013         1:43:37 PM
emailed photo
9/4/2013
Served personally at the located residence address.

Attorney Check Attached

| ITEM | CHARGES |
|---|---|
| Service | 110.00 |
| Bad Address | 110.00 |
| Locate | 125.00 |
| Time | 125.00 |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$470.00** |



Thank you for using WHEELS OF JUSTICE, INC.
Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

*Send subpoena w/ witness Fees included*      *1030.102*

# WHEELS OF JUSTICE, INC.   657 Mission Street, Suite 502 San Francisco, CA  94105
Tel: (415) 546-6000   Fax: (415) 546-6199   Invoice No. W2618625

| | |
|---|---|
| Attorney: IRVIN E. TYAN, ESQ. () | Date: September 10, 2013 |
| Tel: (650) 227-4800 | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Fax: | Plaintiff: ACER, INC. |
| Atty File: DEFENDANTS | Defendant: TECHNOLOGY PROPERTIES |
| 1030.102 | Case No.: 5-08-cv-00877; 5-08-cv-00882 |
| Attention: Ana Villanueva | Document: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION |
| Firm: AGILITY IP LAW, LLP 149 Commonwealth Drive Menlo Park, CA 94025 | |

Serve: TEXAS INSTRUMENTS INCORPORATED

Residence Address (1): C.T. CORPORATION
818 West 7th Street
Los Angeles, CA 90017
Bus Phone:
Business Address (2):

Special Instructions: **ADVANCE FEES • SERVE**

| Hearing Date | 9/23/2013 | Time | 9:00 a.m. | Dept | San Jose | Last Date to Serve | do-today |
|---|---|---|---|---|---|---|---|
| Description | Age | Hgt | | Race | Wt | Sex | Hair |
| Service Date | 9/10/13 | Time | 3:10 p.m. | Servers Name | B. Anderson | | |

Report 09/10/2013   10:48 AM
Received by email

09/10/13   3:10 p.m.
Served MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process, at the given address.

| ITEM | CHARGES |
|---|---|
| Service | 110.00 |
| Time | |
| Mileage | |
| Fees Adv. | 440.00 |
| Check Charge | 44.00 |
| Copywork | |
| Court Service | |
| **TOTAL** | **$594.00** |

Attorney Check Attached

Thank you for using WHEELS OF JUSTICE, INC.
Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

**WHEELS OF JUSTICE, INC**
657 MISSION ST STE 502   415-546-6000
SAN FRANCISCO, CA 94105-4101

5-08

14460

11-204/1210
101

DATE Sept 10, 2013

PAY TO THE ORDER OF   TEXAS INSTRUMENTS INCORPORATED                     $ 440.00

Four Hundred Forty Only ———————————————————— DOLLARS

**CALIFORNIA BANK TRUST**
SAN FRANCISCO MAIN OFFICE
465 CALIFORNIA ST., SAN FRANCISCO, CALIFORNIA 94104
CBT Connect 1-800-400-6080 www.calbanktrust.com

**NOT NEGOTIABLE**

⑆014460⑆ ⑈121002042⑈ 1010182101⑈