# EXHIBIT B

## (TRANSCRIPTS)

**Agility IP Law, LLP**
**Itemization of Costs**

*HTC Corporation et al v. Technology Properties Limited et al*
Case No. 5:08-cv-00882 PSG

| Date | Vendor | Description | Initial Amount | Amended Amount | Category | Authority | Notes |
|------|--------|-------------|----------------|----------------|----------|-----------|-------|
| 01/09/2012 | Advantage Reporting Services | Transcript of December 21, 2011 telephonic hearing before Special Master | $66.68 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 02/22/2012 | Advantage Reporting Services | Transcript of February 7, 2012 telephonic hearing before Special Master | $100.00 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 05/04/2012 | Advantage Reporting Services | Transcript of February 24, 2012 telephonic hearing before Special Master | $66.67 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 08/02/2012 | Advantage Reporting Services | Transcript of July 3, 2012 telephonic hearing before Special Master | $67.68 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted |
| 02/02/2012 | Connie Kuhl, RMR, CRR | Transcript of January 27, 2012 hearing before Judge Ware | $433.61 | $433.61 | Transcripts | Civil L.R. 54-3(b) | No change |
| 12/12/2012 | Gina Galvan Colin, CSR, CRR | Transcript of November 30, 2012 hearing before Judge Grewal | $256.50 | $256.50 | Transcripts | Civil L.R. 54-3(b) | No change |
| 03/07/2013 | Irene Rodriguez, CSR, CRR | Transcript of February 8, 2013 hearing before Judge Grewal | $119.00 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted.  Hearing re: Acer issues |
| 11/7/2008 | Summer Clanton | Transcript of September 19, 2008 hearing before Judge Fogel | $34.50 | $34.50 | Transcripts | Civil L.R. 54-3(b) | No change |
| 1/30/2009 | Summer Clanton | Transcript of January 30, 2009 hearing before Judge Fogel | $36.00 | $36.00 | Transcripts | Civil L.R. 54-3(b) | No change |
| 6/12/2009 | Summer Clanton | Transcript of June 12, 2009 hearing before Judge Fogel | $172.50 | $172.50 | Transcripts | Civil L.R. 54-3(b) | No change |
| 11/16/2009 | Summer Clanton | Transcript of November 13, 2009 hearing before Judge Fogel | $23.25 | $23.25 | Transcripts | Civil L.R. 54-3(b) | No change |
| 3/21/2011 | Summer Fisher | Transcript of March 18, 2011 hearing before Judge Fogel | $144.75 | $144.75 | Transcripts | Civil L.R. 54-3(b) | No change |
| 03/20/2013 | Summer Fisher | Transcript of March 19, 2013 hearing before Judge Grewal | $96.80 | $0.00 | Transcripts | Civil L.R. 54-3(b) | Deleted.  Hearing re: Acer issues |
| 08/28/2013 | Summer Fisher | Transcript of August 13, 2013 hearing before Judge Grewal | $683.85 | $547.08 | Transcripts | Civil L.R. 54-3(b) | Apportioned 80% |
| 1/7/2011 | Alderson Reporting Co., Inc. | Court reporter services re: deposition of V. Oklobdzija (12/22/2010) | $1,088.75 | $544.38 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 10/17/2012 | Alderson Reporting Company, Inc | Court reporter services re: deposition of V. Oklobdzija (10/12/2012) | $2,635.12 | $1,317.56 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 11/15/2012 | Gregory Edwards, LLC | Court reporter services re: deposition of A. Wolfe (10/15/2012) | $1,693.33 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 02/14/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of R. Fish (1/28/13) (2 invoices @ 50%) | $1,813.87 | $1,813.87 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/25/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of E. Liang (1/30/13-2/1/13) (6 invoices) | $9,489.34 | $9,489.34 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/25/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of J. Chen (2/4/13) (2 invoices) | $3,488.87 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 03/06/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of  S. Dena (2/7/13) (2 invoices) | $3,898.81 | $3,898.81 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 03/07/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of H. Lai (2/5/13) (2 invoices @ 50%) | $1,542.84 | $1,542.84 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 03/19/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of J. Casasanta (2/20/13) (2 invoices) | $2,742.54 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 03/20/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of J. Whitt (2/12/13) (2 invoices) | $2,137.51 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 07/18/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of T. Gafford 7/8/13 (2 invoices) | $4,369.43 | $4,369.43 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 07/18/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: deposition of C. Bokhart 7/10/13 (2 invoices) | $3,336.17 | $3,336.17 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 07/30/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: M. May (7/16/13) (2 invoices) | $4,233.48 | $4,233.48 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 07/30/2013 | Gregory Edwards, LLC | Court reporter and videographer services re: Dr. A. Wolfe (7/19/13) (2 invoices) | $5,551.68 | $0.00 | Transcripts | Civil L.R. 54-3(c)(1) | Deleted. Acer only. |
| 07/24/2013 | LegaLink, Inc. | Court reporter services re: deposition of V. Oklobdzija (7/13, 7/15/13) (2 invoices) | $6,048.00 | $3,024.00 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 07/24/2013 | LegaLink, Inc. | Court reporter services re: deposition of S. Prowse (7/15/13) | $3,773.00 | $1,886.50 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 07/24/2013 | LegaLink, Inc. | Court reporter services re: deposition of S. Prowse (7/16/13) | $1,713.00 | $856.50 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 08/22/2013 | LegaLink, Inc. | Videographer services re: deposition of V. Oklobdzija (7/13 & 7/15/13) (2 invoices) | $1,630.00 | $815.00 | Transcripts | Civil L.R. 54-3(c)(1) | Apportioned 50% |
| 1/18/2011 | Nogara Reporting Service | Court reporter services re: deposition of D. May (12/13/2010) | $2,181.25 | $2,181.25 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 3/29/2011 | Sarnoff Court Reporters | Videographer services re: deposition of G. Goodere (3/29/2011) | $625.00 | $625.00 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 4/15/2011 | Sarnoff Court Reporters | Court reporter services re: deposition of G. Goodere (3/29/2011) | $2,338.05 | $2,338.05 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 12/13/2010 | Tradewinds-West Video Prod. | Videographer services re: deposition of D. May (12/13/2010) | $1,950.50 | $1,950.50 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/16/2013 | Veritext | Court reporter services re: deposition of Daniel Leckrone (@50%) | $685.18 | $685.18 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/21/2013 | Veritext | Court reporter services re: deposition of Dwayne Hannah 2/5/13 (@50%) | $300.48 | $300.48 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/27/2013 | Veritext | Court reporter services re: deposition of D. Leckrone (2/8/13) | $1,069.35 | $1,069.35 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/27/2013 | Veritext | Court reporter and videographer services re: deposition of D M. Leckrone (2/11/13) (2 invoices) | $1,401.20 | $1,401.20 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/27/2013 | Veritext | Court reporter services re: deposition of D. Hannah (2/12/13) | $1,920.45 | $1,920.45 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| 02/27/2013 | Veritext | Court reporter and services re: deposition of D. Leckrone (2/14/13) | $911.05 | $911.05 | Transcripts | Civil L.R. 54-3(c)(1) | No change |
| | WARP 9 | Reproduction of deposition exhibits designated by Defendants (7930 pages x 2 copies x $0.08 per page) | $1,084.32 | $1,084.32 | Transcripts | Civil L.R. 54-3(c)(3) | No change |

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000952

**MAKE CHECKS PAYABLE TO:**

James C. Otteson
Agility IP Law
1900 University Circle
Suite 201
East Palo Alto, CA 94303

Phone: (650) 227-4800

jim@agilityiplaw.com

Connie Kuhl, RMR, CRR
Official Reporter, USDC
450 Golden Gate Avenue
16th Floor, Room 6766
San Francisco, CA 94102

Phone: (415) 431-2020
FAX (415) 522-3149
Tax ID: 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
Connie_Kuhl@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-27-2012 | DATE DELIVERED 02-02-2012 |
|---|---|---|---|

Case Style: C 08-0877 JW, Acer, Inc. v TPL, et al.
Transcript of Proceedings held on Friday, January 27, 2012 before the
Hon. Chief Judge James Ware.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 131 | 3.31 | 433.61 | | | | | | | 433.61 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 433.61 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | Date Paid: | | | Amt: | | TOTAL DUE: | | | $433.61 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 02-03-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT

for the

Northern District of California

## INVOICE

| | NUMBER |
|---|---|

| TO: OTTESON LAW GROUP<br>of AGILITY IP LAW, LLP<br>14350 N. 87th Street, Ste 190<br>Scottsdale, AZ 85260 | MAKE CHECK PAYABLE TO:<br>GINA GALVAN COLIN, CSR<br>4848 San Felipe Road, #150-416<br>San Jose, CA 95135 |
|---|---|
| PHONE: (480) 646-3441 | PHONE: (408) 888-6697 |
| FAX: | Tax 10 No: 20-3860975 |

### TRANSCRIPTS

| | CRIMINAL | ✓ CIVIL | DATE ORDERED<br>12/12/2012 | DATE DELIVERED<br>12/13/2012 |
|---|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

CV08-00877 PSG CV08-00882 PSG re Acer/HTC vs Technology Properties Lmtd

### CHARGES.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | *ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | 171 | 0.90 | 153.90 | 171 | 0.60 | 102.60 | 256.50 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): November 30, 2012 | | TOTAL | 256.50 |
|---|---|---|---|

| ordered by Sarah Hawkes, case manager<br>TX Is pages 1 -172<br>PDF copy sent to shawkes@agilityiplaw.com | LESS DISCOUNT FOR LATE DELIVERY | |
|---|---|---|
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 256.50 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE<br>12/13/12 |
|---|---|

DISTRIBUTION: TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR



139541

(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

(0816)

INVOICE NO: 20070260

**MAKE CHECKS PAYABLE TO:**

Jeffrey Fisher
Farella Braun & Martel
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104

Phone: (415) 954-4400

equezada@fbm.com

SUMMER CLANTON
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone: (408) 288-6150

Summer_Clanton@cand.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 11-07-2008 | 11-07-2008 |

Case Style: CV-08-0877-JF, ACER v TPL
INV. due upon receipt of transcript.

DUE 12/7/08

9/19/08 Judge Fogel. Efile access and PDF sent.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 23 | 0.90 | 20.70 | 23 | 0.60 | 13.80 | 34.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

**EXPENSE APPROVAL**

OK [signature] DATE 1/8/09

GL / MATTER # 23129

re: Hearing transcript before Judge Fogel
on 9/19/08

| | | |
|---|---|---|
| | TOTAL: | 34.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:   Amt: | TOTAL DUE: | $34.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 11-07-2008 |

(All previous editions of this form are cancelled and should be destroyed)

10816

**EXPENSE APPROVAL**

NAME _Fernando Brown_

MATTER# _23129_

EXP CODE _____ DATE _2/2/05_

AO44
(Rev. 11/87)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO: 20070313

MAKE CHECKS PAYABLE TO:

Jeffrey Fisher
Farella Braun & Martel
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104

Phone: (415) 954-4400

aquezada@fbm.com

SUMMER CLANTON
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone: (408) 288-6150

Summer_Clanton@cand.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 01-30-2009 | DATE DELIVERED: 02-02-2009 |

Case Style: CV-08-877-JF, ACER v TPL

INV. due upon receipt of transcript.

1/30/09 Judge Fogel. Efile and PDF sent.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|----------|-------|-------|----------|-------|-------|----------|-------|-------|----------|----------|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 24 | 0.90 | 21.60 | 24 | 0.60 | 14.40 | 36.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 36.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | , Date Paid: | | | Amt: | | | TOTAL DUE: | | | $36.00 |

Full price may be charged only if the transcript is deli...
for expedited transcript is not completed and delivered v
ordinary delivery rate.

ADDITI...
...mple, if an order
...i be at the

139919

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO: 20070392

MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Eugene Mar | SUMMER CLANTON |
| Farella Braun & Martel | Official Court Reporter |
| Russ Building, 30th Floor | 280 S. First Street |
| 235 Montgomery Street | Room 2112 |
| San Francisco, CA 94104 | San Jose, CA 95113 |
| Phone: (415) 954-4400 | Phone: (408) 288-6150 |
| emar@fbm.com | Summer_Clanton@cand.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-19-2009 | DATE DELIVERED: 06-22-2009 |
|---|---|---|---|

Case Style: CV-08-877-JF, Acer v TPL
INV. due upon receipt of transcript.

June 12, 2009. Judge Fogel
Related Cases: CV-08-882-JF, CV-08-5398-JF

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 30 | 4.85 | 145.50 | 30 | 0.90 | 27.00 | | | | 172.50 |
| Dally | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 172.50 |
| | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | |
| | | | | | | | | TAX (If Applicable): | | |
| | | | | | | | | LESS AMOUNT OF DEPOSIT: | | |
| | | | | | | | | TOTAL REFUND: | | |
| | | | Date Paid: | | Amt: | | | TOTAL DUE: | | $172.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 06-22-2009 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AD44
(Rev 11/07)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN CALIFORNIA**

10816

INVOICE NO: 20070486

**MAKE CHECKS PAYABLE TO:**

John Cooper
Farella Braun & Martel
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104

Phone: (415) 954-4400

jcooper@fbm.com

SUMMER CLANTON
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone: (408) 288-6150

Summer_Clanton@cand.uscourts.gov

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 11-16-2009

DATE DELIVERED: 11-16-2009

Case Style: CV-08-877-JF, Acer v TPL
INV. due upon receipt of transcript.

11/13/09 Judge Fogel.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 12 | 0.90 | 10.80 | 12 | 0.60 | 7.20 | 18.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. postage | | | | | | | MISC. CHARGES: | | | 5.25 |

TOTAL: 23.25

LESS DISCOUNT FOR LATE DELIVERY:

11-16-09
2.3129

TAX (If Applicable).

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid: Amt: TOTAL DUE: $23.25

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: DATE 11-16-2009

(All previous editions of this form are cancelled and should be destroyed)


151019

AO44
(Rev. 11/01)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO: 20070683

**MAKE CHECKS PAYABLE TO:**

Nan Joesten
Parella Braun & Martel
Russ Building, 10th Floor
235 Montgomery Street
San Francisco, CA 94104

Phone: (415) 954-4400

llaflamme@fbm.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone: (408) 288-6150

summer_fisher@cand.uscourts.gov

[X] CRIMINAL    [ ] CIVIL

DATE ORDERED: 03-18-2011

DATE DELIVERED: 03-21-2011

Case Style: CV-08-882-JF, Acer, Inc., et al v TPL, et al
INV. due upon receipt of transcript.

3/18/2011 Judge Fogel.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 24 | 4.85 | 116.40 | 24 | 0.90 | 21.60 | | | | 138.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. postage | MISC. CHARGES: | 6.75 |
| | TOTAL: | 144.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (if Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $144.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE 03-21-2011

*(All previous editions of this form are cancelled and should be destroyed)*

1030.102

| AO44<br>(Rev. 1/07) | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN CALIFORNIA | | |
|---|---|---|---|

INVOICE NO:  20081351

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Tracey Nero<br>Agility IP Law, LLP<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>Phone:  (650) 318-3511<br><br>tracey@agilityiplaw.com | SUMMER FISHER<br>Official Court Reporter<br>280 S. First Street<br>Room 2112<br>San Jose, CA 95113<br>Phone:    (408) 288-6150<br><br>summer_fisher@cand.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED:<br>08-28-2013 | DATE DELIVERED:<br>08-28-2013 |
|---|---|---|---|

Case Style: CV-08-00877-PSG, Acer v TPL
INV. due upon receipt of transcript.

8/13/13 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL<br>CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 141 | 4.85 | 683.85 | | | | | | | 683.85 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 683.85 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $683.85 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE<br>08-28-2013 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

√ #2946

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39554 | 1/7/2011 | 16927 |
| Job Date | Case No. | |
| 12/22/2010 | C-08-00882 JF | |
| Case Name | | |
| HTC Corporation and HTC America v. Technology Properties Limited, et al. | | |
| Payment Terms | | |
| Due upon receipt (1.5%/mo & collection) | | |

Eugene Y. Mar, Esq.
Farella Braun & Martel, LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Dr. Volin Oldobatija (continued) | 147.00 Pages | @ | 3.35 | 492.45 |
| Exhibit | 78.00 Pages | @ | 0.35 | 27.30 |
| Interactive Real-time Transcript | 147.00 Pages | @ | 2.00 | 294.00 |
| Synchronized Video on DVD | 4.00 Hours | @ | 55.00 | 220.00 |
| Processing Fee | 1.00 | @ | 55.00 | 55.00 |

TOTAL DUE >>>                     $1,088.75
AFTER 2/6/2011 PAY               $1,197.63

X _please see email from C Mar_
_OK to pay_ as sic9 3/4/11

Tax ID: 52-0257990                                    Phone: (415)954-4400   Fax:(415)954-4480

*Please detach bottom portion and return with payment.*

Eugene Y. Mar, Esq.
Farella Braun & Martel, LLP
235 Montgomery Street
17th Floor
San Francisco, CA 9410

| | | |
|---|---|---|
| Invoice No. | : | 39554 |
| Invoice Date | : | 1/7/2011 |
| Total Due | : | $1,088.75 |
| AFTER 2/6/2011 PAY $1,197.63 | | |

168976

Remit To:   Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036

| | | |
|---|---|---|
| Job No. | : | 16927 |
| BU ID | : | DC-Field |
| Case No. | : | C-08-00882 JF |
| Case Name | : | HTC Corporation and HTC America v. Technology Properties Limited, et al. |

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO Fax:202-289-2221

| Invoice No. | Invoice Date | | Job No. |
|---|---|---|---|
| 55223 | 10/17/2012 | | 38792 |
| Job Date | | Case No. | |
| 10/12/2012 | S:08-CV-00877 | | |
| Case Name | | | |
| Acer, Inc., et al. v. Technology Properties Limited, et al. | | | |

Michelle Breil, Esq.
Agility IP Law
14350 N. 87th Street
Suite 190
Scottsdale, AZ 85260

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

I CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Vojin Oklobdzija (Volume 3) | 259.00 | Pages | @ | 3.35 | 867.65 |
| 2 Business Day Delivery - Copy | | | | | 694.12 |
| Exhibit | 116.00 | Pages | @ | 0.35 | 40.60 |
| Color Exhibits | 59.00 | Pages | @ | 1.50 | 88.50 |
| Interactive Real-time Transcript | 259.00 | Pages | @ | 2.00 | 518.00 |
| Synchronized video on DVD | 6.75 | Hours | @ | 55.00 | 371.25 |
| Processing Fee | 1.00 | | @ | 55.00 | 55.00 |
| | TOTAL DUE >>> | | | | $2,635.12 |

Thank you for your business.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,635.12 |

Tax ID: 53-0257990                                    Phone: 480.646.3434   Fax:



# GREGORYEDWARDS LLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 2/14/2013 | 103635 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 0113040 | 2/14/2013 | GE | AIPL | Federal Express | 337-TA-853 / 1030.102 1412 |

January 28, 2013 - Dallas, TX
Deponent: Rusell H. Fish, III

Certified deposition copy of Rusell H. Fish, III

Scan and OCR original certified exhibits. Create LEF file.
Hyperlink exhibits with transcript

Provide E-Transcript, text, LEF, and PDF
LiveNote configured loaner laptop
RealTime connection/hook-up
Rough ASCII provided
Provide Minuscript

Delivery via Federal Express

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $2,952.75 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| Total | $2,952.75 |

EIN: 52-2360813

# **GREGORYEDWARDS**LLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 2/14/2013 | 103638 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Mr. Vincent Kenman Yes

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 0113040 | 2/14/2013 | GE | AIPL | Federal Express | 337-TA-853 /10 30 102 · HTC |

January 28, 2013 - Dallas, TX · Video Service
Deponent: Rusell H. Fish, III

Encode and synchronize deposition
Create master DVDs

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| | |
|---|---|
| Subtotal | $775.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $775.00 |

EIN: 52-2360813

| Deposition Date | Party | Deponent's Name | Exhibits Listed | Case Number |
|---|---|---|---|---|
| 2/16/2012 | HTC | Bokhart, Christopher | Bokhart Exhibits 3-13 | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) |
| 1/28/2013 | Inventor | Fish, Russell | Fish Exhibits 1-20 | USITC In the Matter of Certain Wireless Consumer Electronics Devices and Components Therefor, Investigation No. 337-TA-853 |
| 12/17/2010 | Inventor | Fish, Russell | Fish Exhibits 52-63 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 2/6/2013 | HTC | Gafford, Thomas | Gafford Exhibits 1-19 | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) |
| 3/29/2013 | ? | Goodere, Gregory | Goodere Exhibits 1-10 | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) |
| 2/5/2013 | TPL/ACER/HTC | Hannah, Dwayne (Vol. 1) | Hannah Exhibits 1-10 | USDC - Northern District of California San Jose Division - 5:08-CV-00882(PSG); USDC - Northern District of California San Jose Division - 5:08-CV-00884 (P); USITC In the Matter of Certain Wireless Consumer Electronics Devices and Components |
| 2/12/2013 | TPL | Hannah, Dwayne (Vol. 2) | Hannah Exhibits 11-37 | USITC In the Matter of Certain Wireless Consumer Electronics Devices and Components Therefor, Investigation No. 337-TA-853 |
| 2/8/2013 | HTC | Hsiu-Fen Lai | Lai Exhibits 1-14 | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) |
| 2/1/2013 | TPL/ACER | Leckrone Daniel E. (Vol. 1) | Daniel E Leckrone Exhibits 1-16 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 2/14/2013 | TPL/ACER | Leckrone Daniel E.(Vol. 2) | Daniel E Leckrone Exhibits 17-33 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 2/6/2013 | TPL | Leckrone, Mac (Vol. 1) | Mac Exhibits 1-13 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 2/11/2013 | TPL | Leckrone, Mac (Vol. 2) | Mac Exhibits 14-36 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 1/30/2013 | HTC | Liang, Edward (Vol. 1) | Liang Exhibits 1-9 | USITC In the Matter of Certain Wireless Consumer Electronics Devices and Components Therefor, Investigation No. 337-TA-853 |
| 1/31/2013 | HTC | Liang, Edward (Vol. 2) | Liang Exhibits 8-13 | USITC In the Matter of Certain Wireless Consumer Electronics Devices and Components Therefor, Investigation No. 337-TA-853 |
| 2/1/2013 | HTC | Liang, Edward (Vol. 3) | Liang Exhibits 13-19 | USITC In the Matter of Certain Wireless Consumer Electronics Devices and Components Therefor, Investigation No. 337-TA-853 |
| 7/16/2013 | HTC | May, David | May (Exhibits 57-64, Previously Marked Exhibits: 4, 32-35, 37) | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) |
| 11/3/2010 | Inventor | Moore, Charles Vol. 1 | Exhibits 1-24 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 11/4/2010 | Inventor | Moore, Charles Vol. 2 | Exhibits 25-33 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 12/10/2010 | Expert | Oklobdzija, Vojin Vol. 1 | Exhibits 40-51 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 12/11/2010 | Expert | Oklobdzija, Vojin Vol. 2 | Exhibits 64-65 | USDC - Northern District of California San Jose Division - 5:08-cv-00883 (PSG) USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 10/12/2011 | Expert | Oklobdzija, Vojin Vol. 3 | Exhibits 46-83 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 7/13/2011 | Expert | Oklobdzija, Vojin Vol. 1 | Exhibits 1-10 | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 7/15/2011 | Expert | Oklobdzija, Vojin Vol. 2 | Exhibits 11-25 | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 7/15/2002 | Expert | Prowse, Steven Vol. 1 | Prowse Vol. 1 Exhibits 1-37 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 7/16/2011 | Expert | Prowse, Steven Vol. 2 | Prowse Vol. 2 Exhibits 38-46 | USDC - Northern District of California San Jose Division - 5:08-cv-00877 (PSG) |
| 2/7/2013 | Qualcomm | Sina Dana | Dana Exhibits 1-13 | USDC - Northern District of California San Jose Division - 5:08-CV-00882 (PSG) |

Page 1 of 1



**GREGORYEDWARDS**LLC
1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

# INVOICE

| Date | Invoice # |
|------|-----------|
| 2/25/2013 | 103733 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 0113033 | 2/25/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

January 30, 2013 - Palo Alto, CA
Deponent: Edward Liang V1

Court Reporter's Appearance Fee - FEE WAIVED
Court Reporter's overtime rate - FEE WAIVED

Certified original transcript of Edward Liang

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR original certified exhibits: 11x17 Size
Scan and OCR color original certified exhibits 11x17
Scan and OCR color original certified exhibits.
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop - FEE WAIVED
Provide Minuscript - FEE WAIVED
RealTime connection/ 2 hook-ups
Rough ASCII provided
Delivery via Federal Express        *Thank you for your business!!*

It is a pleasure working with you!

Payment is due on receipt of Invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $2,077.47 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| Total | $2,077.47 |

EIN: 52-2360813



**GREGORYEDWARDS**LLC
1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

## INVOICE

| Date | Invoice # |
|------|-----------|
| 2/25/2013 | 103734 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 0113033 | 2/25/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

January 30, 2013 - Palo Alto, CA - Video service
Deponent: Edward Liang VI

Encode and synchronize deposition - FEE WAIVED
Create master DVDs - FEE WAIVED
Videographer's appearance fee
Videographer's overtime rate - FEE WAIVED

Thank you for your business !!

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any,
shall bear interest at the rate of 1.5 percent per month or the highest rate
permitted by law. In any action taken to collect amounts due and owing
GregoryEdwards, LLC. GregoryEdwards, LLC shall be entitled to recover, and
customer agrees to pay, GregoryEdwards, LLC counsel fees, including
contingency fees, and costs of suit. Credit cards subject to three percent fee

| | |
|---|---|
| Subtotal | $1,320.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $1,320.00 |

EIN: 52-2360813

gregoryedwards.com ·· office 202.347.9300 ·· finance@gregoryedwards.com

# GREGORYEDWARDS LLC



1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 2/25/2013 | 103737 |

| Bill To | Ship To |
|---------|---------|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Mr. Vincent Kenman Yee | Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Ms. Ana Villanueva |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|------------------------------------|
| 0113032 | 2/25/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

January 31, 2013 - Palo Alto, CA
Deponent: Edward Liang V2

Court Reporter's Appearance Fee  -  FEE WAIVED

Certified original transcript of  Edward Liang

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR original certified exhibits: 11x17 Size
Scan and OCR color original certified exhibits,
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop  -  FEE WAIVED
Provide Minuscript  -  FEE WAIVED
RealTime connection/ 2 hook-up's
Rough ASCII provided

Delivery via Federal Express

*Thank you for your business !!*

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $1,977.34 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| Total | $1,977.34 |

EIN: 52-2380813



**GREGORYEDWARDS**LLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 2/25/2013 | 103738 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|-----------|----------|-----|-----------|-----------|-----------------------------------|
| 0113032 | 2/25/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

January 31, 2013 - Palo Alto, CA - Video service
Deponent: Edward Liang V2

Encode and synchronize deposition - FEE WAIVED
Create master DVDs - FEE WAIVED
Videographer's appearance fee

Thank you for your business !!

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any,
shall bear interest at the rate of 1.5 percent per month or the highest rate
permitted by law. In any action taken to collect amounts due and owing
GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and
customer agrees to pay, GregoryEdwards, LLC counsel fees, including
contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $1,260.00 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| Total | $1,260.00 |

EIN: 52-2360813

gregoryedwards.com ·· office 202.347.9300 ·· finance@gregoryedwards.com



# GREGORYEDWARDS LLC

1120 Connecticut Avenue, NW – Suite 261
Washington, DC 20036

## INVOICE

| Date | Invoice # |
|------|-----------|
| 2/25/2013 | 103741 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 020113-HKH | 2/25/2013 | GE | AIPL | Federal Express | HTC vs TPL |

February 1, 2013 - Palo Alto, CA
Deponent: Edward Liang V3

Court Reporter's Appearance Fee - FEE WAIVED

Certified original transcript of Edward Liang

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR color original certified exhibits.
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop - FEE WAIVED
Provide Minuscript - FEE WAIVED
RealTime connection/ 2 hook-ups
Rough ASCII provided

Delivery via Federal Express

_Thank you for your business!!_

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any,
shall bear interest at the rate of 1.5 percent per month or the highest rate
permitted by law. In any action taken to collect amounts due and owing
GregoryEdwards, LLC, GregoryEdwards, LLC, shall be entitled to recover, and
customer agrees to pay, GregoryEdwards, LLC counsel fees, including
contingency fees, and costs of suit. Credit cards subject to three percent fee.

| | |
|---|---|
| **Subtotal** | $1,894.53 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,894.53 |

EIN: 52-2380813

gregoryedwards.com •• office 202.347.9300 •• finance@gregoryedwards.com



**GREGORYEDWARDS**LLC
1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 2/25/2013 | 103742 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 020113-HKH | 2/25/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

February 1, 2013 - Palo Alto, CA - Video service
Deponent: Edward Liang V3

Encode and synchronize deposition - FEE WAIVED
Create master DVDs
Videographer's appearance fee

*Thank you for your business!!*

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any,
shall bear interest at the rate of 1.5 percent per month or the highest rate
permitted by law. In any action taken to collect amounts due and owing
GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and
customer agrees to pay, GregoryEdwards, LLC counsel fees, including
contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $960.00 |
|----------|---------|
| Sales Tax (0.0%) | $0.00 |
| Total | $960.00 |

EIN: 52-2380813

gregoryedwards.com ·· office 202.347.9300 ·· finance@gregoryedwards.com



# **GREGORYEDWARDS**LLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 3/6/2013 | 103774 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94028
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 020713-DSH | 3/6/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

February 7, 2013 · San Diego, CA
Deponent: Sina Dena

Court Reporter's Appearance Fee - FEE WAIVED

Certified original transcript of Sina Dena

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR color original certified exhibits.
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop · FEE WAIVED
Provide Minuscript · FEE WAIVED
RealTime connection/hook-up
Rough ASCII provided

Delivery via Federal Express

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall
bear interest at the rate of 1.5 percent per month or the highest rate permitted by
law. In any action taken to collect amounts due and owing GregoryEdwards, LLC,
GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay,
GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit.
Credit cards subject to three percent fee.

| Subtotal | $2,818.81 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$2,818.81** |

EIN: 52-2360813



# GREGORYEDWARDS LLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

## INVOICE

| Date | Invoice # |
|------|-----------|
| 3/6/2013 | 103775 |

| Bill To |
|---------|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Mr. Vincent Kenman Yee |

| Ship To |
|---------|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Ms. Ana Villanueva |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 020713-DSH | 3/6/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

February 7, 2013 · San Diego, CA · Video service
Deponent: Sina Dena

Encode and synchronize deposition · FEE WAIVED
Create master DVDs · FEE WAIVED
Videographer's appearance fee

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| | |
|---|---|
| Subtotal | $1,080.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $1,080.00 |

EIN: 52-2360813

gregoryedwards.com ·· office 202.347.9300 ·· finance@gregoryedwards.com

1030.1078



# GREGORYEDWARDS LLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

# INVOICE

| Date | Invoice # |
|------|-----------|
| 3/7/2013 | 103797 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 020513-SMH | 3/7/2013 | GE | AIPL | Federal Express | HTC vs. TPL / 853 |

February 5, 2013 - Palo Alto, CA
Deponent: Hsiu-Fen Lai

Court Reporter's Appearance Fee - FEE WAIVED

Certified original transcript of Hsiu-Fen Lai

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR color original certified exhibits.
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop - (2) - FEE WAIVED
Provide Minuscript - FEE WAIVED
RealTime connection/ 2 hook-ups
Rough ASCII provided

Delivery via Federal Express

It is a pleasure working with you!

Payment is due on receipt of Invoice. After 30 days the unpaid balance, if any, shall
bear interest at the rate of 1.5 percent per month or the highest rate permitted by
law. In any action taken to collect amounts due and owing GregoryEdwards, LLC,
GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay,
GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit.
Credit cards subject to three percent fee.

| Subtotal | $2,065.87 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| Total | $2,065.87 |

EIN: 52-2360813

# GREGORYEDWARDS LLC



1120 Connecticut Avenue, NW – Suite 261
Washington, DC 20036



INVOICE

| Date | Invoice # |
|------|-----------|
| 3/7/2013 | 103798 |

| Bill To | Ship To |
|---------|---------|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Mr. Vincent Kenman Yee | Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Ms. Ana Villanueva |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 020513-SMH | 3/7/2013 | GE | AIPL | Federal Express | HTC vs. TPL /863 |

February 5, 2013 - Palo Alto, CA - Video Service
Deponent: Hsiu-Fen Lai

Encode and synchronize deposition - FEE WAIVED
Create master DVDs - FEE WAIVED
Videographer's appearance fee

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| | |
|---|---|
| Subtotal | $1,020.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $1,020.00 |

EIN: 52-2380813



# GREGORYEDWARDSLLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

## INVOICE

| Date | Invoice # |
|------|-----------|
| 7/18/2013 | 104203 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Ms. Ana Villanueva

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 070813-HKH | 7/18/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

July 8, 2013 - Palo Alto, CA
Deponent: Thomas A. Gafford

Court Reporter's Appearance Fee - FEE WAIVED
Court Reporter's Overtime Rate - FEE WAIVED

Certified original transcript of Thomas A. Gafford
[5 Business day expedite]

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR color original certified exhibits.
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop - FEE WAIVED
Provide Minuscript - FEE WAIVED
RealTime connection/hook-up
Rough ASCII provided

Delivery via Federal Express

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $3,049.43 |
|----------|-----------|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $3,049.43 |

EIN: 52-2360813

gregoryedwards.com ·· office 202 347.9300 ·· finance@gregoryedwards.com



**GREGORYEDWARDS**LLC
1120 Connecticut Avenue, NW – Suite 261
Washington, DC 20036

## INVOICE

| Date | Invoice # |
|------|-----------|
| 7/18/2013 | 104204 |

| Bill To | Ship To |
|---------|---------|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Mr. Vincent Kenman Yee | Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Ms. Ana Villanueva |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 070813-HKH | 7/18/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

July 8, 2013 - Palo Alto, CA - Video service
Deponent: Thomas A. Gafford

Encode and synchronize deposition - FEE WAIVED
Create master DVDs - FEE WAIVED
Videographer's appearance fee
Videographer's Overtime Rate - FEE WAIVED

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

| | |
|---|---|
| Subtotal | $1,320.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $1,320.00 |

EIN: 52-2360813



# GREGORYEDWARDSLLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

## INVOICE

| Date | Invoice # |
|------|-----------|
| 7/18/2013 | 104207 |

| Bill To |
|---------|
| Agility IP Law |
| 149 Commonwealth Drive |
| Suite 103 |
| Menlo Park, CA 94026 |
| Attn. Mr. Vincent Kenman Yee |

| Ship To |
|---------|
| Agility IP Law |
| 149 Commonwealth Drive |
| Suite 103 |
| Menlo Park, CA 94026 |
| Attn. Ms. Ana Villanueva |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 071013-HKH | 7/18/2013 | GE | AIPL | Federal Express | HTC vs TPL |

July 10, 2013 - Palo Alto, CA
Deponent: Christopher J. Bokhart

Court Reporter's Appearance Fee - FEE WAIVED

Certified original transcript of Christopher J. Bokhart
[5 Business day expedite]

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR color original certified exhibits.
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop - FEE WAIVED
Provide Minuscript - FEE WAIVED
RealTime connection/hook-up
Rough ASCII provided

Delivery via Federal Express

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any,
shall bear interest at the rate of 1.5 percent per month or the highest rate
permitted by law. In any action taken to collect amounts due and owing
GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and
customer agrees to pay. GregoryEdwards, LLC counsel fees, including
contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $2,496.17 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| Total | $2,496.17 |

EIN: 52-2360813

gregoryedwards.com ·· office 202.347.9300 ·· finance@gregoryedwards.com



# GREGORYEDWARDSLLC

1120 Connecticut Avenue, NW – Suite 281
Washington, DC 20036

## INVOICE

| Date | Invoice # |
|------|-----------|
| 7/18/2013 | 104208 |

| Bill To |
|---------|
| Agility IP Law |
| 149 Commonwealth Drive |
| Suite 103 |
| Menlo Park, CA 94028 |
| Attn: Mr. Vincent Kenman Yee |

| Ship To |
|---------|
| Agility IP Law |
| 149 Commonwealth Drive |
| Suite 103 |
| Menlo Park, CA 94028 |
| Attn: Ms. Ana Villanueva |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 071013-HKH | 7/18/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

July 10, 2013 – Palo Alto, CA – Video service
Deponent: Christopher J. Bokhart

Encode and synchronize deposition – FEE WAIVED
Create master DVDs – FEE WAIVED
Videographer's appearance fee

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any, shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law. In any action taken to collect amounts due and owing GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and customer agrees to pay, GregoryEdwards, LLC counsel fees, including contingency fees, and costs of suit. Credit cards subject to three percent fee.

EIN: 52-2380813

| Subtotal | $840.00 |
|----------|---------|
| Sales Tax (0.0%) | $0.00 |
| Total | $840.00 |

gregoryedwards.com ·· office 202.347.9300 ·· finance@gregoryedwards.com



**GREGORYEDWARDS**LLC
1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 7/30/2013 | 104235 |

| Bill To |
|---------|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Mr. Vincent Kenman Yee |

| Ship To |
|---------|
| Agility IP Law<br>149 Commonwealth Drive<br>Suite 103<br>Menlo Park, CA 94026<br>Attn. Ms. Sherri Mills |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 071613-KHK | 7/30/2013 | GE | AIPL | Federal Express | HTC vs TPL |

July 16, 2013 - Palo Alto, CA
Deponent: Michael David May

Court Reporter's Appearance Fee - FEE WAIVED

Certified original transcript of Michael David May
[4 business day expedite]

Scan and OCR original certified exhibits. Create LEF file.
Scan and OCR color original certified exhibits.
Hyperlink exhibits with transcript - FEE WAIVED

Provide E-Transcript, text, LEF, and PDF - FEE WAIVED
LiveNote configured loaner laptop - FEE WAIVED
Provide Minuscript - FEE WAIVED
RealTime connection/hook-up
Rough ASCII provided

Delivery via Federal Express

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any,
shall bear interest at the rate of 1.5 percent per month or the highest rate
permitted by law. In any action taken to collect amounts due and owing
GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and
customer agrees to pay, GregoryEdwards, LLC counsel fees, including
contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $3,273.48 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| Total | $3,273.48 |

EIN: 52-2360813



# GREGORYEDWARDS LLC

1120 Connecticut Avenue, NW ~ Suite 261
Washington, DC 20036

INVOICE

| Date | Invoice # |
|------|-----------|
| 7/30/2013 | 104236 |

**Bill To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Mr. Vincent Kenman Yee

**Ship To**

Agility IP Law
149 Commonwealth Drive
Suite 103
Menlo Park, CA 94026
Attn. Ms. Sherri Mills

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|------------------------------------|
| 071613-HKH | 7/30/2013 | GE | AIPL | Federal Express | HTC vs. TPL |

July 16, 2013 - Palo Alto, CA - Video service
Deponent: Michael David May

Encode and synchronize deposition - FEE WAIVED
Create master DVDs - FEE WAIVED
Videographer's appearance fee

It is a pleasure working with you!

Payment is due on receipt of invoice. After 30 days the unpaid balance, if any,
shall bear interest at the rate of 1.5 percent per month or the highest rate
permitted by law. In any action taken to collect amounts due and owing
GregoryEdwards, LLC, GregoryEdwards, LLC shall be entitled to recover, and
customer agrees to pay, GregoryEdwards, LLC counsel fees, including
contingency fees, and costs of suit. Credit cards subject to three percent fee.

| Subtotal | $960.00 |
|----------|---------|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$960.00** |

EIN: 52-2360813

gregoryedwards.com ·· office 202.347.9300 ·· finance@gregoryedwards.com

1030, 102

# MERRILL CORPORATION

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125502 | 07/24/2013 | 2001-452787 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/13/2013 | ARLEWE | 5:08-cv-00882 P |

| CASE CAPTION |
|---|
| HTC Corporation v Technology Properties Ltd. |

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

| TERMS |
|---|
| Immediate, cold POR Merrill facility |

---

EXPEDITED COPY AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Vojin Oklobdzija | 229 Pages @ | 1.50/Page | 801.50 |
| NEXT-DAY EXPEDITE | | | 801.50 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 50.00 |
| Exhibit Scanning | 884.00 Pages @ | .50/Page | 442.00 |
| Delivery | | | 30.00 |
| Interactive Realtime | 197.00 Pages @ | 1.50/Page | 295.50 |
| Unedited ASCII (RT) 2 | 197.00 Pages @ | 1.50/Page | 295.50 |
| Computer Rental | | | 50.00 |

| | | |
|---|---|---|
| | TOTAL DUE >>>> | 2,811.00 |

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)



TAX ID NO.: 20-2665382

(650) 227-4800

*Please detach bottom portion and return with payment.*

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

Invoice No.: 20125502
Date      : 07/24/2013
TOTAL DUE : 2,811.00

Job No.  : 2001-452787
Case No. : 5:00-cv-00802 PSG
HTC Corporation v Technology Propert

Remit To:   LegaLink, Inc.
           File 70206
           Los Angeles, CA 90074-0206

# MERRILL CORPORATION

LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.387.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125505 | 07/24/2013 | 2001-452355 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2013 | ARLEWE | 5:08-cv-00882 P |

| CASE CAPTION |
|---|

HTC Corporation v Technology Properties Ltd.

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

| TERMS |
|---|

Immediate, sold FOB Merrill facility

CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Vojin Oklobdzija - Vol. 2 | 274 Pages @ | 3.50/Page | 959.00 |
| NEXT-DAY EXPEDITE | | | 959.00 |
| TotalTranscript | | | 45.00 |
| Packaging and Handling | | | 50.00 |
| Exhibit Scanning | 084.00 Pages @ | .50/Page | 442.00 |
| Interactive Realtime | 234.00 Pages @ | 1.50/Page | 351.00 |
| Unedited ASCII (RT) 2 | 234.00 Pages @ | 1.50/Page | 351.00 |
| Computer Rental | | | 50.00 |
| Delivery | | | 30.00 |

TOTAL DUE >>>>                    3,237.00

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                                    (650) 227-4800

*Please detach bottom portion and return with payment.*

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

Invoice No.:     20125505
Date         :    07/24/2013
TOTAL DUE    :     3,237.00

Job No.      :    2001-452355
Case No.     :    5:08-cv-00882 PSG
HTC Corporation v Technology Propert

Remit To:     LegaLink, Inc.
              File 70206
              Los Angeles, CA 90074-0206

# MERRILL CORPORATION

LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125546 | 07/24/2013 | 2001-452289 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2013 | KOTTAN | 5:08-cv-00882 P |

CASE CAPTION

HTC Corporation v Technology Properties Ltd.

TERMS

Immediate, sold FOB Merrill facility

David Lansky
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

EXPEDITED COPY AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Dr. Stephen Prowse - Vol. 1 | 317 Pages @ | 3.50/Page | 1,109.50 |
| NEXT-DAY EXPEDITE | | | 1,109.50 |
| TotalTranscript | | | 45.00 |
| Packaging and Handling | | | 50.00 |
| Exhibit Scanning | 1102.00 Pages @ | .50/Page | 551.00 |
| Interactive Realtime | 276.00 Pages @ | 1.50/Page | 414.00 |
| Unedited ASCII (RT)? | 276.00 Pages @ | 1.50/Page | 414.00 |
| Computer Rental | | | 50.00 |
| Delivery | | | 30.00 |

TOTAL DUE >>>>  3,773.00

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382

(650) 227-4800

*Please detach bottom portion and return with payment.*

David Lansky
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

Invoice No.: 20125546
Date       : 07/24/2013
TOTAL DUE  : 3,773.00

Job No.  : 2001-452289
Case No. : 5:08-cv-00882 PSG
HTC Corporation v Technology Propert

Remit To:  LegaLink, Inc.
File 70106
Los Angeles, CA 90074-0206

1030·102

# MERRILL CORPORATION

LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415 357 4300
Fax: 415 357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125549 | 07/24/2013 | 2001-452291 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/16/2013 | KOTTAN | 5:08-cv-00882 P |

CASE CAPTION

HTC Corporation v Technology Properties Ltd.

TERMS

Immediate, sold FOB Merrill facility

David Lansky
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

EXPEDITED COPY AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Dr. Stephen Prowse - Vol, 2 | 147 Pages @ | 3.50/Page | 514.50 |
| NEXT-DAY EXPEDITE | | | 514.50 |
| TotalTranscript | | | 45.00 |
| Packaging and Handling | | | 50.00 |
| Exhibit Scanning | 262.00 Pages @ | .50/Page | 131.00 |
| Interactive Realtime | 126.00 Pages @ | 1.50/Page | 189.00 |
| Unedited ASCII (RT) | 126.00 Pages @ | 1.50/Page | 189.00 |
| Computer Rental | | | 50.00 |
| Delivery | | | 30.00 |

TOTAL DUE >>>> 1,713.00

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Expr: ...
Call 1-866-650-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                    (650) 227-4800

*Please detach bottom portion and return with payment.*

David Lansky
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

Invoice No.: 20125549
Date       : 07/24/2013
TOTAL DUE  :  1,713.00

Job No.  :  2001-452291
Case No. :  5:08-cv-00882 PSG
HTC Corporation v Technology Propert

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

# MERRILL CORPORATION

LegaLink, Inc.        135 Main Street
                      4th Floor
                      San Francisco, CA 94105
                      Phone: 415.357.4300
                      Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125960 | 08/22/2013 | 2002-452288 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/13/2013 | ANDEJE | 5:08-cv-00882 P |

| CASE CAPTION |
|---|
| HTC Corporation v Technology Properties Ltd. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

---

SYNCHRONIZATION SERVICES:
    Vojin Oklobdzija (Vol. 1)
        Video on DVD w/ synch              8.00 Hours @       95.00/Hour          760.00

                                           TOTAL  DUE  >>>>                       760.00

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

---

TAX ID NO.: 20-2665382                                        (650) 227-4800

*Please detach bottom portion and return with payment.*

---

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

Invoice No.:   20125960
Date       :   08/22/2013
TOTAL DUE  :      760.00


Job No.    :   2002-452288
Case No    :   5:08-cv-00882 PSG
HTC Corporation v Technology Propert

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

# MERRILL CORPORATION

LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20125962 | 08/22/2013 | 2002-452356 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2013 | ANDEJE | 5:08-cv-00882 P |

| CASE CAPTION |
|---|
| HTC Corporation v Technology Properties Ltd. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

| SYNCHRONIZATION SERVICES: | | | |
|---|---|---|---|
| Vojin Oklobdzija (Vol. 2) | | | |
| Video on DVD w/ synch | 9.00 Hours @ | 95.00/Hour | 855.00 |
| Shipping & Handling | | | 15.00 |
| | | TOTAL DUE >>>> | 870.00 |

Thank you.  Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                                         (650) 227-4800

*Please detach bottom portion and return with payment*

James Otteson
Agility IP Law
149 Commonwealth Drive.
Menlo Park, CA 94025

Invoice No.:   20125962
Date       :   08/22/2013
TOTAL DUE  :      870.00

Job No.    :   2002-452356
Case No.   :   5:08-cv-00882 PSG
HTC Corporation v Technology Propert

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

**NOGARA REPORTING SERVICE**
130 Battery Street
Suite 580
San Francisco, CA 94111
(415) 398-1889
depos@nogara.com
FAX (415) 398-0511

V#0574

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 58164 | 01/18/2011 | 02-24330 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/13/2010 | CHINHE | 50800882 |

| CASE CAPTION |
|---|
| HTC Corp. v. Technology Properties Limit |

| TERMS |
|---|
| Terms. Our accounts are payable in full upon receipt of invoice. A finance charge of 1½% ... |

Eugene Y. Mar
Parella, Braun + Martel
235 Montgomery Street
22nd Floor
San Francisco, CA 94104

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Dr. M. David Nay

| | | |
|---|---|---|
| | 304 Pages | 1,641.60 |
| EXHIBITS | 299 Pages | 104.65 |
| Certification | | 30.00 |
| Rough Draft | | 380.00 |
| Delivery & Handling | | 25.00 |
| | TOTAL DUE >>>> | 2,181.25 |

Complimentary condensed transcript and ASCII diskette.

Technical transcript.

*[handwritten signature]* 1/21/11

OK to pay 23129

166622

TAX I.D. NO.: 94-2791849                    (415) 954-4400

*Please detach and return this portion with your payment*

Eugene Y. Mar
Parella, Braun + Martel
235 Montgomery Street
22nd Floor
San Francisco, CA 94104

Job No.     : 02-24330
Case No.    : 50800882
HTC Corp. v. Technology Properties L

Invoice No.: 58164
Date       : 01/18/2011
TOTAL DUE  : 2,181.25

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| VISA/MC/AmExp #: |
| Amount to Charge: |
| Billing Address: |
| Exp. Date: _____ Phone #: _____ |
| Cardholder's Signature: |

Remit To:     Nogara Reporting Service
              130 Battery Street, Ste. 580
              San Francisco, CA 94111

9255

172101

# INVOICE



## Sarnoff

### COURT REPORTERS

877.955.3855 phone   20 Corporate Park, Suite 350
949.955.3854 fax     Irvine, CA 92606
www.sarnoffcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 155324 | 4/27/2011 | 159780 |
| Job Date | | Case No. |
| 3/29/2011 | C 08 00882 JF | |
| | Case Name | |
| HTC Corporation vs. Technology Properties Limited | | |
| | Payment Terms | |
| Due upon receipt | | |

Eugene Mar, Esq.
Farella Braun & Martel
235 Montgomery Street
Russ Building, 17th Floor
San Francisco, CA 94104

| VIDEO COPIES OF: | | |
|---|---|---|
| Gregory Goodere | | |
| Video Convert to MPGI | | 700.00 |
| Video Synchronizing | | 300.00 |
| Handling & Delivery Costs | | 25.00 |
| | TOTAL DUE >>> | $625.00 |
| | AFTER 6/11/2011 PAY | $687.50 |

X m Cla  4/28/11
23124  okay to pay

Tax ID: 88-0433563

Phone: 415-954-4400   Fax: 415-954-4480

Please detach bottom portion and return with payment.

Eugene Mar, Esq.
Farella Braun & Martel
235 Montgomery Street
Russ Building, 17th Floor
San Francisco, CA 94104

| Job No. | : 159780 | BU ID | : SFVID |
|---|---|---|---|
| Case No. | : C 08 00882 JF | | |
| Case Name | : HTC Corporation vs. Technology Properties Limited | | |
| Invoice No. | : 155324 | Invoice Date | : 4/27/2011 |
| Total Due | : $625.00 | | |
| AFTER 6/11/2011 PAY $687.50 | | | |

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone #:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   Sarnoff Court Reporters
20 Corporate Park
Suite 150
Irvine, CA 92606

V## 92755



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 154985 | 4/15/2011 | 158920 |

| Job Date | Case No. |
|---|---|
| 3/29/2011 | C 08 00882 JF |

| Case Name |
|---|
| HTC Corporation vs. Technology Properties Limited |

**Sarnoff.**
COURT REPORTERS

877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX     Irvine, CA 92606
www.sarnoffcourtreporters.com

Eugene Mar, Esq.
Farella Braun & Martel
235 Montgomery Street
Russ Building, 17th Floor
San Francisco, CA 94104

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Gregory Goodare | 238.00 Pages | 773.50 |
| Exhibits | 1,835.00 | 1,192.75 |
| Rough Disk | 212.00 Pages | 296.80 |
| Technology Package * | | 35.00 |
| Transcript & Exhibit Repository - Complimentary | | 0.00 |
| Delivery & Processing Costs | | 40.00 |
| | TOTAL DUE >>> | $2,338.05 |
| | AFTER 5/30/2011 PAY | $2,571.86 |

*Technology Package includes condensed transcript and CD with final ASCII text file, full size PDF transcript, condensed PDF transcript,
E-Transcript Bundle with linked exhibits, Livenote LEF, Summation SBF, and Sanction Database file.

X _____

#23129    OK    ꓕ    Pay

Tax ID: 88-0432563                                                          Phone: 415-954-4400   Fax:415-954-4480

*Please detach bottom portion and return with payment.*

Eugene Mar, Esq.
Farella Braun & Martel
235 Montgomery Street
Russ Building, 17th Floor
San Francisco, CA 94104

| | | | | |
|---|---|---|---|---|
| Job No. | : 158920 | | BU ID | : 3-SF |
| Case No. | : C 08 00882 JF | | | |
| Case Name | : HTC Corporation vs. Technology Properties Limited | | | |
| Invoice No. | : 154985 | | Invoice Date | : 4/15/2011 |
| Total Due | : $2,338.05 | | | |

AFTER 5/30/2011 PAY $2,571.86

|||||||| ||||| ||||| ||||| ||||| ||||| |||| ||||||||
172382

**PAYMENT WITH CREDIT CARD**     AMEX   [ ]   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To:   **Sarnoff Court Reporters**
            **20 Corporate Park**
            **Suite 350**
            **Irvine, CA 92606**

V# 3357

**TRADEWINDS-WEST VIDEO PRODUCTIONS**
65 Bennit Avenue
(San Francisco Bay Area)
SAN ANSELMO, CALIFORNIA 94960-1539

(415) 456-7630   Fax (415) 454-6056
tradewindsw.vid@comcast.net

12/8/10 INVOICE

X Eugene

23189 (902 TO DCH

4041

TO   EUGENE MAR — ATTY,
FARELL A BRAUN & MARTEL
235 MONTGOMERY ST, 17TH FL,
SAN FRANCISCO, CA, 94104

954-4400

DATE  12/13/10
CUSTOMER ORDER NO.  001
SALESPERSON  ERIC HARNEW/MARGY
VIA  UPS/MAIL

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | VIDEO DEPOSITION: 12/13/10 | | |
| | CASE: HTC CORP. V. TECHNOLOGY | | |
| | DEPO: DR. MICHAEL DAVID MAY | | |
| | SET UP: 7:30-8:30 | 1.0 HR. | |
| | DEPO: 8:30-6:00 | 9.5 HRS. | |
| | | 10.5 HRS. | |
| | 10.5 HRS. X $110.00/HR. | | $1,155 00 |
| | COPY CONVERTED TO MPEG 1 @ 79.50/2 HR/DVD X 5 DVDS | | $398 00 |
| | COPIES: 5 DVD'S, MPEG 2 @ $49.50 ea 2 HRS ea | | $248 00 |
| 5 | MASTER TAPE STOCK: $19.50/2HR, HI-8 PRO. | | $98 00 |
| | PARKING: | | $32 00 |
| | SHIPPING & HANDLING = | | $19 50 |

Thank You!

TOTAL DUE: $1,950.50

166691

# INVOICE

PH TTC
50150
DC/TTC 1030.102
.003

**Veritext**
Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855 Fax. 949-955-3854

Bill To: James Otteson, Esq.
Agility IP Law
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025-1133

| | |
|---|---|
| Invoice #: | SF1679648 |
| Invoice Date: | 02/16/2013 |
| Balance Due: | $1,370.35 |

**Case:** HTC Corporation v. Technology Properties Limited
**Job #:** 1603804 | Job Date: 2/1/2013 | Delivery: Normal

**Location:** Cooley LLP
3175 Hanover St. | Palo Alto, CA 94304-1130

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Daniel E. Leckrone | Certified Transcript | Page | 209.0 | $689.70 |
| | Exhibits | Per Page | 417.0 | $271.05 |
| | Rough Draft | Page | 209.0 | $292.60 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,370.35 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,370.35 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

# INVOICE

## Veritext
### Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Per TTC
50/50
DC/ITC 1030.102
103

Bill To: James Oheson, Esq.
Agility IP Law
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025-1133

| | |
|---|---|
| Invoice #: | SF1684464 |
| Invoice Date: | 02/21/2013 |
| Balance Due: | $600.95 |

| Case: | HTC Corporation v. Technology Properties Limited |
|---|---|
| Job #: | 1606453  |  Job Date: 2/5/2013  |  Delivery: Normal |

| Location: | Agility IP Law |
|---|---|
| | 149 Commonwealth Drive | Menlo Park, CA 94025 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Dwayne Hannah | Certified Transcript | Page | 89.0 | $293.70 |
| | Exhibits | Per Page | 101.0 | $65.65 |
| | Rough Draft | Page | 89.0 | $124.60 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $600.95 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $600.95 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

# INVOICE

**Veritext**
## Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855 Fax. 949-955-3854

Bill To: James Otteson, Esq.
Agility IP Law
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025-1133

| | |
|---|---|
| Invoice #: | SF1689656 |
| Invoice Date: | 02/27/2013 |
| Balance Due: | $1,069.35 |

| | |
|---|---|
| Case: | HTC Corporation v. Technology Properties Limited |
| Job #: | 1606455 | Job Date: 2/8/2013 | Delivery: Normal |
| Location: | Agility IP Law |
| | 149 Commonwealth Drive | Suite 300 | Menlo Park, CA |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Daniel Leckrone | Certified Transcript | Page | 179.0 | $590.70 |
| | Exhibits | Per Page | 102.0 | $66.30 |
| | Realtime Services | Page | 179.0 | $295.35 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

| Notes: | | | Invoice Total: | $1,069.35 |
|---|---|---|---|---|
| | | | Payment: | |
| | | | Credit: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Interest: | $0.00 |
| | | | Balance Due: | $1,069.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

### Please tear off stub and return with payment.

| Make check payable to: **Veritext** | |
|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | |
| Credit Card # _____ Exp. Date _____ | |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | |

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

| | |
|---|---|
| Invoice #: | SF1689656 |
| Job #: | 1606455 |
| Invoice Date: | 02/27/2013 |
| Balance : | $1,069.35 |

# INVOICE

Veritext
## Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: James Otteson, Esq.
Agility IP Law
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025-1133

| | |
|---|---|
| Invoice #: | SF1687492 |
| Invoice Date: | 02/27/2013 |
| Balance Due: | $1,110.70 |

| | |
|---|---|
| Case: | HTC Corporation v. Technology Properties Limited |
| Job #: | 1610403  |  Job Date: 2/11/2013  |  Delivery: Normal |
| Location: | Agility IP Law |
| | 149 Commonwealth Drive | Suite 300 | Menlo Park, CA |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Daniel McNary Leckrone | Certified Transcript | Page | 167.0 | $551.10 |
| | Exhibits | Per Page | 257.0 | $167.05 |
| | Realtime Services | Page | 167.0 | $275.55 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

| | |
|---|---|
| Notes: | |
| | Invoice Total: $1,110.70 |
| | Payment: |
| | Credit: |
| Fed. Tax ID: 20-3132569 | Interest: $0.00 |
| Term: Net 30 | Balance Due: $1,110.70 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge at 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____   _____
Credit Card #                                      Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SF1687492 |
| Job #: | 1610403 |
| Invoice Date: | 02/27/2013 |
| Balance : | $1,110.70 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855 Fax. 949-955-3854

Bill To: James Otteson, Esq.
Agility IP Law
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025-1133

| | |
|---|---|
| Invoice #: | SF1692185 |
| Invoice Date: | 02/28/2013 |
| Balance Due: | $290.50 |

| | |
|---|---|
| Case: | HTC Corporation v. Technology Properties Limited |
| Job #: | 1610403 | Job Date: 2/11/2013 | Delivery: Normal |
| Location: | Agility IP Law |
| | 149 Commonwealth Drive | Suite 300 | Menlo Park, CA |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Daniel McNary Leckrone | Video - Transcript Synchronization | Per hour | 3.5 | $262.50 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

| Notes: | | Invoice Total: | $290.50 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $290.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.6% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

| | | | |
|---|---|---|---|
| Make check payable to: **Veritext** | | Invoice #: | SF1692185 |
| | | Job #: | 1610403 |
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | | Invoice Date: | 02/28/2013 |
| | | Balance : | $290.50 |
| | Please remit payment to: | | |
| | **Veritext** | | |
| Credit Card # _____ Exp. Date | P.O. Box 71303 | | |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | Chicago, IL 60694-1303 | | |

For more information on charges related to our services please consult www.veritext.com/services

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855 Fax. 949-955-3854

Bill To: James Otteson, Esq.
Agility IP Law
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025-1133

| | |
|---|---|
| Invoice #: | SF1691197 |
| Invoice Date: | 02/28/2013 |
| Balance Due: | $1,920.45 |

| | |
|---|---|
| Case: | HTC Corporation v. Technology Properties Limited |
| Job #: | 1810419  \|  Job Date: 2/12/2013  \|  Delivery: Normal |
| Location: | Agility IP Law<br>149 Commonwealth Drive \| Suite 300 \| Menlo Park, CA |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Dwayne Hannah | Certified Transcript | Page | 257.0 | $848.10 |
| | Exhibits | Per Page | 762.0 | $495.30 |
| | Exhibits - Color | Per Page | 24.0 | $36.00 |
| | Realtime Services | Page | 257.0 | $424.05 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,920.45 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,920.45 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

_____            _____
Credit Card #                                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

| | |
|---|---|
| Invoice #: | SF1691197 |
| Job #: | 1610419 |
| Invoice Date: | 02/28/2013 |
| Balance : | $1,920.45 |

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

For more information on charges related to our services please consult  www.veritext.com/services/fb

# INVOICE

**Veritext**
## Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Bill To:  James Otteson, Esq.
Agility IP Law
149 Commonwealth Dr.
Suite 1033
Menlo Park, CA 94025-1133

| | |
|---|---|
| Invoice #: | SF1690470 |
| Invoice Date: | 02/28/2013 |
| Balance Due: | $911.05 |

| | |
|---|---|
| Case: | HTC Corporation v. Technology Properties Limited |
| Job #: | 1610429  \|  Job Date: 2/14/2013  \|  Delivery: Normal |
| Location: | Agility IP Law |
| | 149 Commonwealth Drive \| Menlo Park, CA |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Daniel Leckrone | Certified Transcript | Page | 144.0 | $475.20 |
| | Exhibits | Per Page | 125.0 | $81.25 |
| | Realtime Services | Page | 144.0 | $237.60 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $911.05 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $911.05 |

| Fed. Tax ID: 20-3132559 | Term: Net 30 |
|---|---|

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

---

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

_____          _____
Credit Card #                                                        Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SF1690470 |
| Job #: | 1610429 |
| Invoice Date: | 02/28/2013 |
| Balance : | $911.05 |

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/charges