# EXHIBIT C
# (WITNESS EXPENSES)

**Agility IP Law, LLP**

**Itemization of Costs**

***HTC Corporation et al v. Technology Properties Limited et al***

**Case No. 5:08-cv-00882 PSG**

| Date | Vendor | Description | Initial Amount | Amended Amount | Category | Authority | Notes |
|---|---|---|---|---|---|---|---|
| 10/01/2013 | Charles Moore | Witness travel and lodging expenses for trial | $3,419.71 | **$3,419.71** | Witness Expenses | Civl L.R. 54-3(e) | No change |
| 10/01/2013 | Dr. V. Oklobdzija | Witness parking expenses for trial | $136.00 | **$136.00** | Witness Expenses | Civl L.R. 54-3(e) | No change |
| 10/14/2013 | Dr. S. Prowse (FTI Consulting) | Witness travel and lodging expenses for trial | $3,966.55 | **$3,966.55** | Witness Expenses | Civl L.R. 54-3(e) | No change |

1030.102

MOORE/CHARLES MR

MR VINCENT YEE
975 ELIZABETH ST
SAN FRANCISCO CA 94114

MR VINCENT YEE
AGILITY IP LAW LLP
149 COMMONWEALTH DRIVE
MENLO PARK CA 94025

# ITINERARY

# INVOICE

Please check your documents when you receive them. Call us if you have any questions.

Falure to use any reservation will result in automatic cancelation of all continuing and returning reservations by the airlines.

Canceled or unused tickets must be returned to us for proper credit.

Thank you for booking with us!

SEP 17 2013 INVOICE 67023 RES NBR L08W0M AGENT 1H2VHC

18 SEP 13 - WEDNESDAY
UNITED 1609 UNITED ECON EQUIP-739
LV: SAN FRANCISCO 243P NONSTOP MILES- 1846 CONFIRMED
AR: CHICAGO/OHARE 902P ELAPSED TIME- 4:19
FOOD TO PURCHASE SEAT-31D

UNITED 3696 UNITED ECON EQUIP-CR7
LV: CHICAGO/OHARE 1001P NONSTOP MILES- 258 CONFIRMED
AR: ST LOUIS 1109P ELAPSED TIME- 1:08
OPERATED BY-GOJET AIRLINES DBA

20 SEP 13 - FRIDAY
UNITED 435 UNITED ECON EQUIP-AIRBUS A320 JET
LV: ST LOUIS 733P NONSTOP MILES- 1735 CONFIRMED
AR: SAN FRANCISCO 952P ELAPSED TIME- 4:19
FOOD TO PURCHASE SEAT-34D

SOFITEL HOTELS 02 NT/S - OUT 22SEP CONFIRMED
SOFITEL SAN FRANCIS 1 ROOM/S / 1 KING GUARANTEE-CREDIT CARD
223 TWIN DOLPHIN DRIVE RATE- 275.00 GUARANTEED
REDWOOD CITY CA 94065 PHONE-1 650-598-9000
FAX-1 650-598-9383

NAME-MOORE CHARLES MR
CONFIRMATION-0922NIJ614

18 SEP 13 - WEDNESDAY
TOUR ST LOUIS
CA556708800220XXXX
TICKET ISSUANCE FEE 25.00-
25.00

☒ Received ______ ☒ Posted 10-4-13
☐ Scanned ______ ☐ Paid VKY MC
Accts
Unbilled 1030.102 1169.70

E-TKT. LOCATOR IS OT6S27 WITH UNITED

TICKET NUMBER/S:
MOORE/CHARLES MR 7268642838 1144.70
CA CARD NBR XXXXXXXXXXXX8238
ELECTRONIC

AIR TRANSPORTATION 1034.42 TAX 110.28 TTL 1144.70
SUB TOTAL 1144.70
CREDIT CARD PAYMENT 1144.70-
AMOUNT DUE 0.00

BAGGAGE ALLOWANCE
ADT

KNC TRAVEL SERVICE

1406 Sutter Street, San Francisco CA 94109

Telephone: 415/771-2000 • Email: knc@knctravel.com

CST # 10005-60-10

THE SAINTE CLAIRE
302 SOUTH MARKET STREET
SAN JOSE, CA 95113
408-295-2000

**Account:** 00210267392
**Arrival:** 9/22/2013
**Departure:** 10/2/2013
**Rate:** $229.00
**Room:** 327

MOORE, CHARLES
AGILITY IP LAW

| DATE | DESCRIPTION | | COMMENT | CHARGE/PAYMENT | BALANCE |
|---|---|---|---|---|---|
| 9/22/2013 | VP | VALET PARKING | VALET#4261 | $29.00 | $29.00 |
| 9/22/2013 | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $209.00 | $238.00 |
| 9/22/2013 | OT | OCCUPANCY TAX | OCCUPANCY TAX | $20.90 | $258.90 |
| 9/22/2013 | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.16 | $259.06 |
| 9/22/2013 | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $261.06 |
| 9/22/2013 | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $8.36 | $269.42 |
| 9/22/2013 | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $269.82 |
| 9/23/2013 | 2010 | IL FORNAIO RESTAURA | 327/1128/08:50/IL FORNAIO RES | $20.81 | $290.63 |
| 9/23/2013 | VP | VALET PARKING | VALET# 094261 | $29.00 | $319.63 |
| 9/23/2013 | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $239.00 | $558.63 |
| 9/23/2013 | OT | OCCUPANCY TAX | OCCUPANCY TAX | $23.90 | $582.53 |
| 9/23/2013 | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.18 | $582.71 |
| 9/23/2013 | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $584.71 |
| 9/23/2013 | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $9.56 | $594.27 |
| 9/23/2013 | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $594.67 |
| 9/24/2013 | VP | VALET PARKING | VALET# 094261 | $29.00 | $623.67 |
| 9/24/2013 | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $249.00 | $872.67 |
| 9/24/2013 | OT | OCCUPANCY TAX | OCCUPANCY TAX | $24.90 | $897.57 |
| 9/24/2013 | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.19 | $897.76 |
| 9/24/2013 | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $899.76 |
| 9/24/2013 | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $9.96 | $909.72 |
| 9/24/2013 | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $910.12 |
| 9/25/2013 | VP | VALET PARKING | VALET# 094261 | $29.00 | $939.12 |
| 9/25/2013 | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $229.00 | $1,168.12 |
| 9/25/2013 | OT | OCCUPANCY TAX | OCCUPANCY TAX | $22.90 | $1,191.02 |
| 9/25/2013 | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.17 | $1,191.19 |
| 9/25/2013 | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $1,193.19 |
| 9/25/2013 | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $9.16 | $1,202.35 |
| 9/25/2013 | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $1,202.75 |
| 9/26/2013 | VP | VALET PARKING | VALET#4350 | $29.00 | $1,231.75 |
| 9/26/2013 | VP | VALET PARKING | VALET#4261 | $29.00 | $1,260.75 |
| 9/26/2013 | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $159.00 | $1,419.75 |
| 9/26/2013 | OT | OCCUPANCY TAX | OCCUPANCY TAX | $15.90 | $1,435.65 |
| 9/26/2013 | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.12 | $1,435.77 |
| 9/26/2013 | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $1,437.77 |
| 9/26/2013 | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $6.36 | $1,444.13 |
| 9/26/2013 | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $1,444.53 |
| 9/27/2013 | CV | VISA | VISA 8645 | ($1,000.00) | $444.53 |
| 9/27/2013 | VP | VALET PARKING | VALET#4350 | $29.00 | $473.53 |
| 9/27/2013 | VP | VALET PARKING | VALET#4361 | $29.00 | $502.53 |
| 9/27/2013 | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $109.00 | $611.53 |
| 9/27/2013 | OT | OCCUPANCY TAX | OCCUPANCY TAX | $10.90 | $622.43 |
| 9/27/2013 | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.08 | $622.51 |

**Signature:** ______________________________

I agree that my liability for this bill is not waived.

*THE SAINTE CLAIRE*

*302 SOUTH MARKET STREET*

*SAN JOSE, CA 95113*

*408-295-2000*

**Account:** 00210267392
**Arrival:** 9/22/2013
**Departure:** 10/2/2013
**Rate:** $229.00
**Room:** 327

MOORE, CHARLES
AGILITY IP LAW

| DATE | DESCRIPTION | | COMMENT | CHARGE/PAYMENT | BALANCE |
|---|---|---|---|---|---|
| 9/27/201: | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $624.51 |
| 9/27/201: | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $4.36 | $628.87 |
| 9/27/201: | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $629.27 |
| 9/28/201: | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $109.00 | $738.27 |
| 9/28/201: | OT | OCCUPANCY TAX | OCCUPANCY TAX | $10.90 | $749.17 |
| 9/28/201: | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.08 | $749.25 |
| 9/28/201: | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $751.25 |
| 9/28/201: | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $4.36 | $755.61 |
| 9/28/201: | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $756.01 |
| 9/29/201: | VP | VALET PARKING | VALET#4261 | $29.00 | $785.01 |
| 9/29/201: | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $149.00 | $934.01 |
| 9/29/201: | OT | OCCUPANCY TAX | OCCUPANCY TAX | $14.90 | $948.91 |
| 9/29/201: | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.11 | $949.02 |
| 9/29/201: | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $951.02 |
| 9/29/201: | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $5.96 | $956.98 |
| 9/29/201: | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $957.38 |
| 9/30/201: | VP | VALET PARKING | VALET# 094261 | $29.00 | $986.38 |
| 9/30/201: | RRACK | ROOM CHARGE RACK | #327 MOORE, CHARLES | $229.00 | $1,215.38 |
| 9/30/201: | OT | OCCUPANCY TAX | OCCUPANCY TAX | $22.90 | $1,238.28 |
| 9/30/201: | CTTC | CA TRAVEL & TOURISM | CA TRAVEL & TOURISM TAX | $0.17 | $1,238.45 |
| 9/30/201: | HBID | HBID ASSESSMENT | HBID ASSESSMENT | $2.00 | $1,240.45 |
| 9/30/201: | CCFD | CONVENTION CENTER | CONVENTION CENTER FACILIT | $9.16 | $1,249.61 |
| 9/30/201: | PBID | PROPERTY BUSINESS | PROPERTY BUSINESS | $0.40 | $1,250.01 |
| 10/1/201: | CV | VISA | VISA-8645 | ($1,250.01) | $0.00 |

**BALANCE DUE:** $0.00

**Signature:** ____________________

I agree that my liability for this bill is not waived.

City of San Jose
2nd San Carlos Garage
280 S. 2nd ST
San Jose CA 95113
Tel.(408)-298-8852 Fax (408)-287-2739

Receipt 8776/0691/691 09/24/13 15:42:32

010100 Pay parking tickeS 20.00
09/24/13 09:12 - 09/24/13 15:42
Length of stay: 0 Dy. 6 Hr. 30 Min.
02991312081011913267331420??

Total Amount $ 20.00

Credit Visa $ 20.00

..........................................
Visa

VOJIN G OKLOBDZIJA/
Customer No. <=;? >568 1>5> 8542 1510[%s]
Amount = $ 20.00

****************************************
** Thank you **
****************************************

City of San Jose
2nd San Carlos Garage
280 S. 2nd ST
San Jose CA 95113
Tel.(408)-298-8852 Fax (408)-287-2739

Receipt 8940/0691/691 09/25/13 16:46:24

010100 Pay parking tickeS 20.00
09/25/13 08:49 - 09/25/13 16:46
Length of stay: 0 Dy. 7 Hr. 57 Min.
02991312081011913268317750??

Total Amount $ 20.00

Credit Visa $ 20.00

..........................................
Visa

VOJIN G OKLOBDZIJA/
Customer No. <=;? >568 1>5> 8542 1510[%s]
Amount = $ 20.00

****************************************
** Thank you **
****************************************

City of San Jose
2nd San Carlos Garage
280 S. 2nd ST
San Jose CA 95113
Tel.(408)-298-8852 Fax (408)-287-2739

Receipt 0068/0691/691 10/01/13 19:51:30

010100 Pay parking tickeS 20.00
10/01/13 10:19 - 10/01/13 19:51
Length of stay: 0 Dy. 9 Hr. 32 Min.
02991312081011913274371570??

Total Amount $ 20.00

Credit Visa $ 20.00

..........................................
Visa

VOJIN G OKLOBDZIJA/
Customer No. <=;? >568 1>5> 8542 1510[%s]
Amount = $ 20.00

****************************************
** Thank you **
****************************************

City of San Jose
2nd San Carlos Garage
280 S. 2nd ST
San Jose CA 95113
Tel.(408)-298-8852 Fax (408)-287-2739

Receipt 9917/0691/691 09/30/13 16:47:25

010100 Pay parking tickeS 20.00
09/30/13 08:41 - 09/30/13 16:47
Length of stay: 0 Dy. 8 Hr. 6 Min.
02991312081011913273312660??

Total Amount $ 20.00

Credit Visa $ 20.00

..........................................
Visa

VOJIN G OKLOBDZIJA/
Customer No. <=;? >568 1>5> 8542 1510[%s]
Amount = $ 20.00

****************************************
** Thank you **
****************************************

0.00 *
0.00 *
20.00 +
20.00 +
20.00 +
20.00 +
20.00 +
8.00 +
20.00 +
8.00 +
136.00 *

City of San Jose
2nd San Carlos Garage
280 S. 2nd ST
San Jose CA 95113
Tel.(408)-298-8852 Fax (408)-287-2739

Receipt 9100/0691/691 09/26/13 18:07:04

010100 Pay parking ticket 20.00
09/26/13 08:34 - 09/26/13 18:06
Length of stay: 0 Dy. 9 Hr. 32 Min.
02991312081011913269308720??

Total Amount $ 20.00

Credit Visa $ 20.00

Visa

VOJIN G OKLOBDZIJA/
Customer No. <=;? >568 1>5> 8542 1510[%s]
Amount = $ 20.00

** Thank you **

City of San Jose
2nd San Carlos Garage
280 S. 2nd ST
San Jose CA 95113
Tel.(408)-298-8852 Fax (408)-287-2739

Receipt 8680/0691/691 09/23/13 17:37:08

010100 Pay parking ticket 8.00
09/23/13 14:57 - 09/23/13 17:36
Length of stay: 0 Dy. 2 Hr. 39 Min.
02991312081011913266538470??

Total Amount $ 8.00

Credit Visa $ 8.00

Visa

VOJIN G OKLOBDZIJA/
Customer No. <=;? >568 1>5> 8542 1510[%s]
Amount = $ 8.00

** Thank you **

City of San Jose
2nd San Carlos Garage
280 S. 2nd ST
San Jose CA 95113
Tel.(408)-298-8852 Fax (408)-287-2739

Receipt 9257/0691/691 09/27/13 18:06:47

010100 Pay parking ticket 20.00
09/27/13 08:48 - 09/27/13 18:06
Length of stay: 0 Dy. 9 Hr. 18 Min.
02991312081011913270317350??

Total Amount $ 20.00

Credit Visa $ 20.00

Visa

VOJIN G OKLOBDZIJA/
Customer No. <=;? >568 1>5> 8542 1510[%s]
Amount = $ 20.00

** Thank you **

RECEIPT
05-141
Amount Paid $ 8.00
Date 9/24/13
MINUTEMAN PARKING COMPANY
"Revolutionizing Hospitality"



## *Invoice Remittance*

Jim Otteson
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025
United States
jim@agilityiplaw.com
cc: jill@agilityiplaw.com

October 14, 2013
FTI Invoice No. 7331122
FTI Job No. 424124.0004
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Acer v. Technology Properties Limited, Ltd.
EW - Required

Current Invoice Period: Charges Posted through September 30, 2013

Expenses.................................................................................... 3966.55 ~~$4,345.31~~

***Please Remit Payment To: FTI Consulting, Inc.***
***P.O. Box 418005***
***Boston, MA 02241-8005***

REMITTANCE



*Invoice Activity*

*** Indicates state sales tax applied**

## *EXPENSES*

| | Date | Description | | Amount |
|---|---|---|---|---|
| **Airfare/Trainfare** | | | | |
| | 09/17/13 | Airfare - Coach/Economy, Stephen Prowse, DFW - SJC, 09/22/2013 - 09/26/2013. Airfare - Stephen Prowse. TPL Trial | | $1,911.60 |
| | 09/17/13 | Travel Agent Fees - Stephen Prowse. fees | | $32.00 |
| | 09/20/13 | Change Fees - Stephen Prowse. Change fee | | $553.05 |
| | 09/20/13 | Travel Agent Fees - Stephen Prowse. Change fee | | $32.00 |
| | | | Total | $2,528.65 |
| **Hotel & Lodging** | | | | |
| | 09/27/13 | Lodging - Stephen Prowse 09/23/2013 - 09/27/2013. Hotel | | $1,008.90 |
| | | | Total | $1,008.90 |
| **Meals - Out of office** | | | | |
| | 09/23/13 | Meals - Travel Related. dinner | | $20.00 |
| | 09/24/13 | Meals - Travel Related. Breakfast | | $10.00 |
| | 09/24/13 | Meals - Travel Related. Breakfast | | $3.00 |
| | 09/25/13 | Meals - Travel Related. Breakfast | | $10.00 |
| | 09/25/13 | Meals - Travel Related. Breakfast | | $4.00 |
| | 09/25/13 | Meals - Travel Related. Dinner | | $64.00 |
| | 09/26/13 | Meals - Travel Related. Breakfast | | $10.00 |
| | 09/26/13 | Meals - Travel Related. Dinner | | $56.00 |
| | 09/27/13 | Meals - Travel Related. Lunch | | $20.00 |
| | 09/27/13 | Meals - Travel Related. Hotel | | $22.00 |
| | | | Total | $475.00 |
| **Mileage** | | | | |
| **Park/Toll** | | | | |
| **Taxi/Subway** | | | | |
| | 09/23/13 | Taxi - Stephen Prowse, Home - DFW. Taxi | | $80.00 |
| | 09/23/13 | Taxi - Stephen Prowse, SJC - Hotel. taxi | | $25.00 |
| | 09/27/13 | Taxi - Stephen Prowse, DFW - Home. Taxi | | $80.00 |
| | 09/27/13 | Taxi - Stephen Prowse, St Clair - SJC. Taxi | | $25.00 |
| | | | Total | $210.00 |