# EXHIBIT F
# (OTHER)

Agility IP Law, LLP
Itemization of Costs
*HTC Corporation et al v. Technology Properties Limited et al*
Case No. 5:08-cv-00882 PSG

| Date | Vendor | Description | Initial Amount | Amended Amount | Category | Authority | Notes |
|---|---|---|---|---|---|---|---|
| 07/17/2013 | FTI Consulting | Expert deposition preparation, including expenses | $3,893.28 | $3,893.28 | Other | Civil L R. 54-3(e); FRCP 26(b)(4)(E) | No change |
| 08/16/2013 | FTI Consulting | Expert deposition preparation, including expenses | $66,431.55 | $66,431.55 | Other | Civil L R. 54-3(e); FRCP 26(b)(4)(E) | No change |
| 08/04/2013 | Integration Corp. | Expert deposition preparation | $13,620.52 | $13,620.52 | Other | FRCP 26(b)(4)(E) | No change |



*Invoice Summary*

Jim Otteson
Agility IP Law
149 Commonwealth Drive
Menlo Park, CA 94025
United States
jim@agilityiplaw.com
CC: jill@agilityiplaw.com

July 17, 2013
FTI Invoice No. 7324800
FTI Job No. 424124.0004
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Acer v. Technology Properties Limited, Ltd.
    EW - Required

Current Invoice Period: Charges Posted through June 30, 2013

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Brandon Jazmin | Senior Consultant | $300.00 | 10.0 | $3,000.00 |
| | | | | $3,000.00 |

**Expenses**                                                                $893.28

**Invoice Total**                                                           $3,893.28



# Invoice Activity

\* Indicates state sales tax applied

## EXPENSES

**Airfare/Trainfare**

| Date | Description | Amount |
|---|---|---|
| 06/24/13 | Airfare - Coach/Economy, Shelly Irvine, SFO - Dallas, 07/08/2013 - 07/09/2013. depo prep | $593.80 |
| | Total | $593.80 |

**Hotel & Lodging**

| Date | Description | Amount |
|---|---|---|
| 06/24/13 | Lodging - Shelly Irvine 07/08/2013 - 07/09/2013. depo prep | $280.94 |
| | Total | $280.94 |



*Invoice Remittance*

Jim Otteson  
Agility IP Law  
149 Commonwealth Drive  
Menlo Park, CA 94025  
United States  
jim@agilityiplaw.com  
cc: jill@agilityiplaw.com  

August 16, 2013  
FTI Invoice No. 7327024  
FTI Job No. 424124.0004  
Terms NET 30  
FEDERAL I.D. NO. 52-1261113  

Re: Acer v. Technology Properties Limited, Ltd.  
    EW - Required  

Current Invoice Period:  Charges Posted through July 31, 2013  

Professional Services: Deposition Preparation.................................................. $62,465.00

Expenses........................................................................................... ~~$5,753.87~~ 3966.55

Please Remit Payment To: FTI Consulting, Inc.  
P.O. Box 418005  
Boston, MA 02241-8005



*Invoice Activity*

\* Indicates state sales tax applied

## EXPENSES

**Airfare/Trainfare**

| | | |
|---|---|---|
| 09/17/13 | Airfare - Coach/Economy, Stephen Prowse, DFW - SJC, 09/22/2013 - 09/26/2013. Airfare - Stephen Prowse. TPL Trial | $1,911.60 |
| 09/17/13 | Travel Agent Fees - Stephen Prowse. fees | $32.00 |
| 09/20/13 | Change Fees - Stephen Prowse. Change fee | $553.05 |
| 09/20/13 | Travel Agent Fees - Stephen Prowse. Change fee | $32.00 |
| | Total | $2,528.65 |

**Hotel & Lodging**

| | | |
|---|---|---|
| 09/27/13 | Lodging - Stephen Prowse 09/23/2013 - 09/27/2013. Hotel | $1,008.90 |
| | Total | $1,008.90 |

**Meals - Out of office**

| | | |
|---|---|---|
| 09/23/13 | Meals - Travel Related. dinner | $20.00 |
| 09/24/13 | Meals - Travel Related. Breakfast | $10.00 |
| 09/24/13 | Meals - Travel Related. Breakfast | $3.00 |
| 09/25/13 | Meals - Travel Related. Breakfast | $10.00 |
| 09/25/13 | Meals - Travel Related. Breakfast | $4.00 |
| 09/25/13 | Meals - Travel Related. Dinner | $64.00 |
| 09/26/13 | Meals - Travel Related. Breakfast | $10.00 |
| 09/26/13 | Meals - Travel Related. Dinner | $56.00 |
| 09/27/13 | Meals - Travel Related. Lunch | $20.00 |
| 09/27/13 | Meals - Travel Related. Hotel | $22.00 |
| | Total | $475.00 |

**Mileage**

**Park/Toll**

**Taxi/Subway**

| | | |
|---|---|---|
| 09/23/13 | Taxi - Stephen Prowse, Home - DFW. Taxi | $80.00 |
| 09/23/13 | Taxi - Stephen Prowse, SJC - Hotel. taxi | $25.00 |
| 09/27/13 | Taxi - Stephen Prowse, DFW - Home. Taxi | $80.00 |
| 09/27/13 | Taxi - Stephen Prowse, St Clair - SJC. Taxi | $25.00 |
| | Total | $210.00 |

INTEGRATION CORP.
PROF. VOJIN G. OKLOBDZIJA
1285 GRIZZLY PEAK BLVD
BERKELEY, CA 94708

**AGILITY IP LAW, LLP**                                                                 Invoice No. 9.

Attn: Jim Otteson
149 Commonwealth Drive
Menlo Park, CA 94025                                                                    August 4, 2013

RE: Consulting services with regard to the patent infringement litigation between Technology Properties Limited LLC and Acer (N.D. Cal Case No. 5:08-cv-877 PSG; HTC (N.D. Cal Case No. 5:08-cv-882 PSG)

July 1, 2013 – July 31, 2013

| Date | Work | Time | Rate | Charge | Total Chg. |
|---|---|---|---|---|---|
| July, 2013 | Encl. Time tracking | 89.99 | Encl.* | $36,773.65 | $36,773.65 |
| July 22, 2013 | Hotel expense (deposition) | | | $422.87 | $37,196.52 |
| | | | | **Total Charges:** | **$37,196.52** |

*[signature]*

Oklobdzija Vojin G., Professor

Encl. Time tracking records, receipts

Please make payment by **direct deposit to Bank of America Account No: 05578-01983**; Routing: **121000358** and advise of the transaction by email to: vojin@integration-corp.com
Or mail check to: *1285 Grizzly Peak Blvd, Berkeley, CA 947080*

## Complete Time Tracking Std

**Report Type:** Details by Time Entry Tag
**Category:** Otteson Law Group- Aquility IP Law, LLP
**Date Range:** 7/1/2013 to 7/31/2013

### Time Entry Tag
**Category**      **Date**   **Start Time**   **End Time**   **Duration**   **Charge Amount**

| Category | Date | Start Time | End Time | Duration | Charge Amount |
|---|---|---|---|---|---|
| ▮▮▮ | 7/10/2013 | 4:55 PM | 7:00 PM | 2.08 | $800.80 |
| Preparation for Deposition | | | | | |
| ▮▮▮ | 7/10/2013 | 7:52 PM | 7:59 PM | 0.12 | $46.20 |
| Preparation for Deposition | | | | | |
| ▮▮▮ | 7/11/2013 | 11:15 AM | 3:15 PM | 4.00 | $1,540.00 |
| preparation for deposition | | | | | |
| ▮▮▮ | 7/11/2013 | 5:00 PM | 7:00 PM | 2.00 | $770.00 |
| Preparation for deposition: | | | | | |
| ▮▮▮ | 7/12/2013 | 7:23 AM | 9:05 AM | 1.71 | $658.35 |
| Preparation fordeposition | | | | | |
| ▮▮▮ | 7/12/2013 | 10:50 AM | 4:20 PM | 5.50 | $2,117.50 |
| preparation for deposition | | | | | |
| ▮▮▮ | 7/12/2013 | 8:30 PM | 9:13 PM | 0.73 | $281.05 |
| ▮▮▮ | 7/13/2013 | 9:00 AM | 5:00 PM | 8.00 | $4,000.00 |
| Deposition at Agility IP Law | | | | | |
| ▮▮▮ | 7/14/2013 | 12:17 PM | 8:02 PM | 7.75 | $2,983.75 |
| Preparation for deposition next day.. | | | | | |

Printed: 8/4/2013 10:55:13 AM        Page: 1



## FOUR SEASONS HOTEL
*Silicon Valley at East Palo Alto*

Vojin Oklobdzija  
1285 Grizzly Peak Blvd  
Berkeley CA 94708

| | |
|---|---:|
| Arrival | 07/14/13 |
| Departure | 07/15/13 |
| Room No. | 0904 |
| Folio No. | |
| Cashier | 16 |
| Page No. | 1 of 1 |

### INFORMATION INVOICE

| Date | Description | Debit | Credit |
|---|---|---:|---:|
| 07/14/13 | Private Bar | 7.63 | |
| 07/14/13 | In Room Internet | 15.00 | |
| 07/14/13 | Room Charge | 325.00 | |
| 07/14/13 | Occupancy Tax | 39.00 | |
| 07/14/13 | San Mateo Tourism Fee | 1.00 | |
| 07/14/13 | California Tourism Assessment Fee | 0.24 | |
| 07/15/13 | Quattro Breakfast | 35.00 | |
| | Balance | | 422.87 |

_____  
Guest Signature

2050 UNIVERSITY AVENUE EAST PALO ALTO, CALIFORNIA 94303, USA  
TEL: (650) 566-1200 FAX: (650) 566-1221 www.fourseasons.com/siliconvalley  
70 HOTELS. 31 COUNTRIES. ONE PHILOSOPHY