1  JAMES C. OTTESON, State Bar No. 157781
   jim@agilityiplaw.com
2  THOMAS T. CARMACK, State Bar No. 229324
   tom@agilityiplaw.com
3  PHILIP W. MARSH, State Bar No. 27683
   phil@agilityiplaw.com
4  DAVID L. LANSKY, State Bar No. 199952
   dlansky@ agilityiplaw.com
5  AGILITY IP LAW, LLP
   149 Commonwealth Drive
6  Menlo Park, CA 94025
   Telephone:  (650) 227-4800
7  Facsimile:   (650) 318-3483

8  Attorneys for Defendants
   TECHNOLOGY PROPERTIES LIMITED and
9  ALLIACENSE LIMITED

10

11 CHARLES T. HOGE, State Bar No. 110696
   choge@knlh.com
   KIRBY NOONAN LANCE & HOGE
12 35 Tenth Avenue
   San Diego, CA 92101
13 Telephone:  (619) 231-8666
   Facsimile:   (619) 231-9593
14

15 Attorneys for Defendant
   PATRIOT SCIENTIFIC CORPORATION

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                          SAN JOSE DIVISION
19

20  

21  HTC CORPORATION and HTC           )   Case No. 5:08-cv-00882 PSG
    AMERICA, INC.,                    )
22                                    )   (Related to Case No. 5:08-CV-00877 PSG)
                    Plaintiffs,       )
23                                    )   **JOINT ADMINISTRATIVE MOTION**
          v.                          )   **FOR LEAVE TO FILE ADDITIONAL**
24                                    )   **BRIEFING RE: DEFENDANTS'**
    TECHNOLOGY PROPERTIES LIMITED,    )   **AMENDED BILLS OF COSTS**
25  PATRIOT SCIENTIFIC CORPORATION    )
    and ALLIACENSE LIMITED,           )    Judge:  Hon. Paul S. Grewal
26                                    )
                    Defendants.       )
27                                    )
                                      )
28

Pursuant to Civil Local Rule 7-11(a), Defendants Technology Properties Ltd., Alliacense Ltd., and Patriot Scientific Corporation (collectively, "Defendants") and Plaintiffs HTC Corporation and HTC America, Inc. (collectively, "HTC") respectfully seek leave to file additional briefing regarding Defendants' Amended Bills of Costs [Dkts. 669, 670].

On October 17, 2013, Defendants filed their Bills of Costs [Dkts. 663, 664] in accordance with Civ. L.R. 54-1.  Defendants filed their Amended Bills of Costs [Dkts. 669, 670] on October 31, 2013.  HTC timely filed their Objections to Defendants' Amended Bills of Costs [Dkts. 678, 679] on November 4, 2013, and a Corrected Objection (Dkt. 681 that supersedes Dkt. 678) on November 5, 2013.

Neither the Federal Rules of Civil Procedure nor the Civil Local Rules provide for the filing of responses or replies to objections to bills of cost. *See* Fed. R. Civ. P. 54; N.D. Cal. Civ. L. R. 54.  However, the parties met and conferred and agreed to petition the Court for leave to file a response and a reply of no more than 12 pages per brief for each of the objections filed against Defendants' Amended Bills of Costs.  Accordingly, the parties jointly seek permission from the Court for Defendants to file responses to HTC's objections, and for HTC to file replies, prior to the Clerk taking action on Defendants' Amended Bills of Costs.  If the Court grants leave, the parties propose the following briefing schedule: Defendants shall file their responses to HTC's objections to Defendants' Amended Bills of Costs by November 26, 2013 or within 3 days of the Court's order, whichever is later.  HTC shall file its replies to Defendants' responses by December 6, 2013 or within 10 days of Defendants' filings, whichever is later.

The present joint administrative motion is accompanied by a [Proposed] Order.

Dated:  November 11, 2013                             Respectfully submitted,

                                                                              AGILITY IP LAW, LLP

                                                                              By:  /s/  David L. Lansky
                                                                                     David L. Lansky

| | | |
|---|---|---|
| 1 | | Attorneys for Defendants |
| | | TECHNOLOGY PROPERTIES LIMITED |
| 2 | | and ALLIACENSE LIMITED |

KIRBY NOONAN LANCE & HOGE

By: /s/  Charles T. Hoge
     Charles T. Hoge
Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

Dated:  November 11, 2013

COOLEY LLP

By: /s/ Kyle D. Chen
    Heidi L. Keefe, State Bar No. 178960
    hkeefe@cooley.com
    Ronald S. Lemieux, State Bar No. 120822
    rlemieux@cooley.com
    Mark R. Weinstein, State Bar No. 193043
    mweinstein@cooley.com
    Kyle D. Chen, State Bar No. 239501
    kyle.chen@cooley.com
    3000 El Camino Real
    Five Palo Alto Square, 4th Floor
    Palo Alto, California 94306
    Phone:  (650) 843-5000
    Fax:  (650) 857-0663

    Attorneys for Plaintiffs
    HTC CORPORATION AND HTC
    AMERICA, INC.

## ATTESTATION

Pursuant to General Order No. 45, I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

Dated: November 11, 2013                              By: */s/ David Lansky*
                                                                            David Lansky