| | |
|---|---|
| 1 | COOLEY LLP |
| | HEIDI L. KEEFE (178960) (hkeefe@cooley.com) |
| 2 | MARK R. WEINSTEIN (193043) (mweinstein@cooley.com) |
| | RONALD S. LEMIEUX (120822) (rlemieux@cooley.com) |
| 3 | KYLE D. CHEN (239501) (kyle.chen@cooley.com) |
| | Five Palo Alto Square, 4th Floor |
| 4 | 3000 El Camino Real |
| | Palo Alto, California 94306-2155 |
| 5 | Telephone:    (650) 843-5000 |
| | Facsimile:    (650) 857-0663 |
| 6 | |
| | STEPHEN R. SMITH (*pro hac vice*) (stephen.smith@cooley.com) |
| 7 | One Freedom Square |
| | Reston Town Center |
| 8 | 11951 Freedom Drive |
| | Reston, VA 20190-5656 |
| 9 | Telephone:  (703) 456-8000 |
| | Facsimile:  (703) 456-8100 |
| 10 | |
| | Attorneys for Plaintiffs |
| 11 | HTC CORPORATION and |
| | HTC AMERICA, INC. |
| 12 | |
| | [Additional counsel listed on signature page] |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION and ALLIACENSE LIMITED, <br><br> Defendants. | Case No. 5:08-cv-00882 PSG <br><br> [Related to Case No. 5:08-cv-00877 PSG] <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE HEARING DATE OF HTC'S MOTION FOR COURT'S REVIEW OF TAXED COSTS PURSUANT TO FED. R. CIV. P. 54(d)(1)** <br><br> Complaint Filed:   February 8, 2008 <br> Trial Date:            September 23, 2013 |

Plaintiffs HTC Corporation and HTC America, Inc. (collectively, "HTC") and Defendants Technology Properties Limited, Patriot Scientific Corporation, and Alliacense Limited (collectively, "TPL"), by and through their undersigned counsel and pursuant to Local Rule 6-2, respectfully submit the following stipulation:

**WHEREAS**, the hearing on HTC's Motion for Court's Review of Taxed Costs Pursuant to Fed. R. Civ. P. 54(d)(1) has been noticed for February 25, 2014 at 10:00 a.m. before Judge Grewal;

**WHEREAS**, counsel for TPL have a conflict on the noticed hearing date of February 25, 2014;

**WHEREAS**, the hearings for other costs related motions (Dkt Nos. 706 and 714) have been noticed for March 18, 2014;

**WHEREAS**, counsel for HTC and TPL agree that rescheduling the hearing on HTC's Motion for Court's Review of Taxed Costs Pursuant to Fed. R. Civ. P. 54(d)(1) to March 18, 2014 best maximizes judicial economy, conserves the resources of the parties, and reduces the burdens on the Court since all cost related issues may be heard on the same date;

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

HTC's Motion for Court's Review of Taxed Costs Pursuant to Fed. R. Civ. P. 54(d)(1) will now be heard on March 18, 2014 at 10:00 a.m. before Judge Grewal.

Dated: February 11, 2014                    Respectfully submitted,

                                            AGILITY IP LAW, LLP
                                            JAMES C. OTTESON
                                            THOMAS T. CARMACK
                                            PHILIP W. MARSH
                                            DAVID LANSKY

                                            By:  */s/ David Lansky*

                                            Attorneys for Defendants
                                            TECHNOLOGY PROPERTIES LIMITED and
                                            ALLIACENSE LIMITED

1  Dated:  February 11, 2014

KIRBY NOONAN LANCE & HOGE  
CHARLES T. HOGE

By:  */s/ Charles T. Hoge*

Attorneys for Defendant  
PATRIOT SCIENTIFIC CORPORATION

6  Dated:  February 11, 2014

COOLEY LLP  
HEIDI L. KEEFE  
MARK R. WEINSTEIN  
RONALD S. LEMIEUX  
STEPHEN R. SMITH  
KYLE D. CHEN

By:  */s/ Kyle D. Chen*

Attorneys for Plaintiffs  
HTC CORPORATION and HTC AMERICA, INC.

**IT IS SO ORDERED.**

Date: _____, 2014

_____  
Hon. Paul S. Grewal  
United States Magistrate Judge

Case No. 5:08-cv-00882 PSG          3.          STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE OF HTC'S MOTION FOR COURT'S REVIEW OF TAXED COSTS

**ADDITIONAL COUNSEL:**

AGILITY IP LAW LLP
JAMES C. OTTESON (157781) (jim@agililityiplaw.com)
THOMAS T. CARMACK (229324) (tom@agilityiplaw.com)
PHILIP W. MARSH (276383)(phil@agilityiplaw.com)
DAVID LANSKY (199952) (dlansky@agilityiplaw.com)
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, California 94025
Phone: (650) 227-4800

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and
ALLIACENSE LIMITED

CHARLES T. HOGE (110696) (choge@knlh.com)
KIRBY NOONAN LANCE & HOGE
35 Tenth Avenue
San Diego, California 92101
Phone: (619) 231-8666

Attorneys for PATRIOT SCIENTIFIC CORPORATION

**FILER'S ATTESTATION**

I, Kyle D. Chen, am the ECF User whose ID and password are being used to file "Stipulation and [Proposed] Order Regarding the Hearing Date of HTC's Motion for Court's Review of Taxed Costs Pursuant to Fed. R. Civ. P. 54(d)(1)." I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 11, 2014                              COOLEY LLP

                                                      By: /s/ Kyle D. Chen
                                                           Kyle D. Chen