UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC et al., <br><br> Plaintiffs, <br> v. <br><br> NINTENDO CO., LTD et al., <br><br> Defendants. | Case Nos. 4:12-cv-03881-JSW; 5:08-cv-882-PSG <br><br> **ORDER SETTING STATUS CONFERENCE** <br><br> **(Re: Docket No. 35)** |

In light of Judge White's order of referral for purposes of determining the relationship and continuing case management conference, the court sets this matter for a status conference on Friday, October 10, 2014, at 10:00 a.m.[1]

**IT IS SO ORDERED.**

Dated: September 29, 2014

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 35 at 1 ("The court HEREBY REFERS this matter to Judge Grewal to determine if it is related to *HTC Corporation, et al. v. Technology Properties, Ltd, et al.*").

1
Case Nos. 4:12-cv-00881-JSW; 5:08-cv-882-PSG
ORDER SETTING STATUS CONFERENCE