MATTHEW J. BRIGHAM, SBN 191428
mbrigham@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

THOMAS J. FRIEL, JR., SBN 80065
tfriel@cooley.com
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

STEPHEN R. SMITH, pro hac vice
stephen.smith@cooley.com
11951 Freedom Drive
Reston, VA 20190
COOLEY LLP
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Attorneys for Defendants
NINTENDO CO, LTD. and NINTENDO OF
AMERICA, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA, INC.,<br><br>Defendants. | Case No. 4:12-cv-03881-JSW; 5:08-cv-882-PSG<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO OCTOBER 21, 2014<br><br>(Re: Docket No. 35) |

IT IS HEREBY ORDERED that the status conference set for October 10, 2014 at 10:00 am in the above-captioned case be continued to October 21, 2014 at 10:00 a.m.

Dated: October 3, 2014

*Paul S. Grewal* (signature)
Hon. Paul S. Grewal
United States Magistrate Judge